# Exhibit 3
# Filed Under Seal

WAYMO & UBER CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4                          ---oOo---
 5
 6   WAYMO LLC,
 7         Plaintiff,
 8   vs.                              No. 3:17-cv-00939-WHA
 9   UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11         Defendants.
     _____/
12
13       WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15       VIDEOTAPED DEPOSITION OF CAMERON POETZSCHER
16                  SAN FRANCISCO, CALIFORNIA
17                    MONDAY, JUNE 19, 2017
18
19
20   BY:  ANDREA M. IGNACIO,
21   CSR, RPR, CRR, CCRR, CLR
22   CSR LICENSE NO. 9830
23   JOB NO. 2642012
24
25   Pages 1 - 374
```

```
 1   important to have that control right away?                    11:34
 2        A    I mean, it's the same reason we have control        11:34
 3   over all of our other employees; right?  They work for        11:34
 4   us rather than as a third party.                              11:34
 5             In fact, in relation to what I told you about       11:34
 6   the deal originally, in late 2015 it was a                    11:34
 7   customer/vendor relationship.  And we shifted strategy        11:34
 8   to say we'd rather have these people as employees.            11:34
 9   Given that strategy, we'd rather have them as                 11:34
10   employees sooner rather than later, all other things          11:34
11   being equal.                                                  11:34
12        Q    Why not just hire them as employees of Uber?        11:34
13        A    That's essentially what we did; right.              11:34
14   Ultimately, we hired them.  We paid $100,000 in cash,         11:34
15   and we gave a commitment to issue up to 12 million            11:35
16   shares -- approximately 12 million shares of Uber             11:35
17   stock, contingent on meeting milestones.                      11:35
18   ███████████████████████████████████████████              ███
     ███████████████████████████████████████████████████      ███
     ████████████████████████████████████████████████████████ ███
     ████████████████████████████████████                          11:35
22        Q    But what was -- was there a value add to            11:35
23   acquiring NewCo, and with it, the engineers, as               11:35
24   opposed to just hiring those engineers --                     11:35
25             MR. JACOBS:  Objection --                           11:35
```

Page 135

```
1      Q   Who is Colin Seeberg?                           16:32
2      A   I don't know.                                   16:32
3      Q   Who is Don Burnette?                            16:32
4      A   I know he's an employee of Otto.  I recognize  16:32
5   the name.                                              16:32
6      Q   And do you -- other than knowing he is an --   16:32
7   an employee of Otto, do you know anything else about  16:32
8   him?                                                   16:32
9      A   No.                                             16:32
10         And when I say "employee of Otto," he's now    16:32
11  an employee of Uber, of course, but he was an employee 16:32
12  of Otto.                                               16:32
13     Q   Right.                                          16:32
14         Was he formerly employed at Waymo?              16:32
15     A   I don't know.                                   16:32
16     Q   But for Soren and Colin, you don't know --      16:32
17  you don't recognize those names as Otto employees?     16:32
18     A   No.                                             16:32
19     Q   And you don't recognize those names as          16:32
20  members of the team that Anthony Levandowski brought   16:32
21  to Otto?                                               16:32
22     A   No.                                             16:32
23     Q   And is it correct that, under the terms of     16:32
24  the indemnification agreement, Uber agreed to          16:32
25  indemnify the signatories in the event of certain     16:32
```

Veritext Legal Solutions
866 299-5127