# EXHIBIT 1

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4                         ---oOo---

5

6   WAYMO LLC,

7          Plaintiff,

8   vs.                          No. 3:17-cv-00939-WHA

9   UBER TECHNOLOGIES, INC.;

    OTTOMOTTO LLC; OTTO TRUCKING,

10  INC.,

11         Defendants.

    _____/

12

13        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

14

15               WAYMO LLC RULE 30(b)(6)

16       VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ

17                PALO ALTO, CALIFORNIA

18              THURSDAY, AUGUST 3, 2017

19

20

21  REPORTED BY:

22  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23  CSR LICENSE NO. 9830

24  JOB NO. 2663199

25  PAGES 1 - 371

                                          Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A    I do. | 09:49 |
| 2 | Q    Next to Trade Secret No. 90 is Bernard | 09:49 |
| 3 | Fidric. | 09:49 |
| 4 | Do you see that name? | 09:49 |
| 5 | A    Uh-huh. | 09:49 |
| 6 | Q    Aside from Mr. Fidric, was there anyone else | 09:49 |
| 7 | directly involved in the development of Trade Secret | 09:50 |
| 8 | No. 90? | 09:50 |
| 9 | A    So directly involved? | 09:50 |
| 10 | Q    Yes. | 09:50 |
| 11 | A    Yeah, I think Bernard was the only person. | 09:50 |
| 12 | Q    The only person? | 09:50 |
| 13 | A    Yes. | 09:50 |
| 14 | Q    Are you knowledgeable about the development | 09:50 |
| 15 | of Trade Secret 90? | 09:50 |
| 16 | A    I am knowledgeable. | 09:50 |
| 17 | Q    You are knowledgeable? | 09:50 |
| 18 | A    Yes. | 09:50 |
| 19 | Q    And how are you knowledgeable? | 09:50 |
| 20 | A    By kind of being a side observer of the | 09:50 |
| 21 | development process. | 09:50 |
| 22 | Q    Did you have conversations with Mr. Fidric | 09:50 |
| 23 | before your deposition today? | 09:50 |
| 24 | MR. JAFFE:  So, I just want to caution you, I | 09:50 |
| 25 | think he's -- he's asking in preparation for your | 09:50 |

Page 29

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | deposition, if you had. | 09:50 |
| 2 | THE WITNESS:  Okay. | 09:50 |
| 3 | MR. JAFFE:  So you can answer that yes or no. | 09:50 |
| 4 | THE WITNESS:  No, not in preparation of | 09:50 |
| 5 | the -- | 09:50 |
| 6 | MR. KIM:  Q.  You did not speak with him in | 09:50 |
| 7 | preparation for this deposition? | 09:50 |
| 8 | MR. JAFFE:  Same caution.  You can answer yes | 09:50 |
| 9 | or no. | 09:50 |
| 10 | THE WITNESS:  No. | 09:50 |
| 11 | MR. KIM:  Q.  Have you talked to Mr. Fidric | 09:50 |
| 12 | about this case at all? | 09:50 |
| 13 | MR. JAFFE:  So I want to caution you not to | 09:50 |
| 14 | reveal any attorney-client privileges.  So to the | 09:50 |
| 15 | extent that you've had conversations with Mr. Fidric | 09:51 |
| 16 | in the context of working with your attorneys, such as | 09:51 |
| 17 | me -- | 09:51 |
| 18 | THE WITNESS:  Yeah. | 09:51 |
| 19 | MR. JAFFE:  -- or anyone else in the legal | 09:51 |
| 20 | department, I instruct you not to answer. | 09:51 |
| 21 | But if you had conversations with him outside | 09:51 |
| 22 | of that context, you can answer. | 09:51 |
| 23 | MR. KIM:  Q.  And right now, I'm just asking | 09:51 |
| 24 | you if you've had conversations with him -- | 09:51 |
| 25 | A   So -- | 09:51 |

Veritext Legal Solutions
866 299-5127

1      Q    -- about this case.  I believe you can answer    09:51

2    that yes or no.                                          09:51

3          MR. JAFFE:  Same caution.  Go ahead.               09:51

4          THE WITNESS:  I -- not that I can recall,          09:51

5    except for the -- the -- maybe talking about, you        09:51

6    know, date of depositions and things like this.          09:51

7          MR. KIM:  Q.  The date of the depositions?         09:51

8      A    Yes.                                              09:51

9      Q    So why did you tell Mr. Fidric about the date     09:51

10   of your deposition?                                      09:51

11     A    He is, you know, one of my reports.  Not the      09:51

12   date of my deposition; the date of his deposition.       09:51

13   He's one of my reports.  And so just in the scheduling   09:51

14   work, just understanding when he would be, like,         09:51

15   obviously, missing for today.                            09:51

16     Q    So what did you do to prepare to testify as       09:51

17   Waymo's corporate designee on Trade Secret No. 90?       09:51

18     A    So I met with counsel.  We -- I reviewed          09:52

19   the -- you know, the trade secret list is one other     09:52

20   thing I reviewed.  The -- you know, the -- some of       09:52

21   the -- the -- the interrogatory responses.              09:52

22          And then I also reviewed the document that,       09:52

23   you know, this picture comes from.  I don't remember     09:52

24   the exact name of the presentation about the -- the      09:52

25   fiber laser.                                             09:52

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | That's a non-exhaustive list, but that's what | 09:52 |
| 2 | I can remember. | 09:52 |
| 3 | Q   Okay.  And let me ask you the same question | 09:52 |
| 4 | generally. | 09:52 |
| 5 | So what did you do to prepare to testify for | 09:52 |
| 6 | your corporate witness deposition? | 09:52 |
| 7 | Did you meet with counsel? | 09:52 |
| 8 | MR. JAFFE:  So, I'm going to object to form | 09:52 |
| 9 | to that question. | 09:52 |
| 10 | I think he's asking you a yes-or-no question | 09:53 |
| 11 | at this point. | 09:53 |
| 12 | THE WITNESS:  Answer yes. | 09:53 |
| 13 | MR. KIM:  Q.  And when did you meet with | 09:53 |
| 14 | counsel? | 09:53 |
| 15 | MR. JAFFE:  Again, just caution the witness. | 09:53 |
| 16 | You can answer as to the time. | 09:53 |
| 17 | THE WITNESS:  Yesterday. | 09:53 |
| 18 | MR. KIM:  Q.  Yesterday, for how long? | 09:53 |
| 19 | MR. JAFFE:  Same caution.  Go ahead. | 09:53 |
| 20 | THE WITNESS:  The length of the day, so maybe | 09:53 |
| 21 | that would be seven or eight hours on this, maybe a | 09:53 |
| 22 | bit more. | 09:53 |
| 23 | MR. KIM:  Q.  And who was present at that | 09:53 |
| 24 | meeting with counsel? | 09:53 |
| 25 | MR. JAFFE:  Again, caution you not to reveal | 09:53 |

Page 32

| | | |
|---|---|---|
| 1 | to actually make sure that the -- that I want to make | 14:01 |
| 2 | sure it had, you know, the -- the basic information in | 14:01 |
| 3 | it, right, and not just from memory. | 14:01 |
| 4 |     MR. KIM:  Q.  So was there something in there | 14:01 |
| 5 | that you had forgotten and remembered after looking at | 14:01 |
| 6 | it? | 14:02 |
| 7 |    A   There's -- I mean, there's all -- you know, I | 14:02 |
| 8 | mean, the -- when we last time had, you know, looked | 14:02 |
| 9 | at document was quite a while back.  And so the -- | 14:02 |
| 10 | the -- I don't remember when, but -- and so that there | 14:02 |
| 11 | are things in it that I didn't remember and that, by | 14:02 |
| 12 | looking at it, I, after that, remembered. | 14:02 |
| 13 |    Q   Okay.  And, aside from the '922 pat- -- | 14:02 |
| 14 | '936 patent, was there any other document that | 14:02 |
| 15 | contained information that you had forgotten until you | 14:02 |
| 16 | reviewed it yesterday? | 14:02 |
| 17 |    A   Yeah, so another document, for example, was | 14:02 |
| 18 | the -- the, you know, schem- -- the -- the simulations | 14:02 |
| 19 | and schematics for simulation that I had done in -- | 14:02 |
| 20 | like, before -- you know, before coming up with the -- | 14:02 |
| 21 | the concept of '936.  And so we looked at this. | 14:02 |
| 22 |    Q   What else? | 14:03 |
| 23 |    A   The -- we looked at the -- an article from | 14:03 |
| 24 | the -- the Washington Post. | 14:03 |
| 25 |     And there were a lot of documents.  I'm | 14:03 |

Page 174

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | trying to remember all documents we looked at. | 14:03 |
| 2 | We looked at the -- I'm trying to remember. | 14:03 |
| 3 | I mean, the -- the trade secret list was one of them. | 14:03 |
| 4 | The interrogatory response was another. | 14:03 |
| 5 | I mean, I have a hard time making an | 14:03 |
| 6 | exhaustive list because there was, like, a lot of | 14:03 |
| 7 | things. | 14:03 |
| 8 | But the -- we looked at also, like, files | 14:03 |
| 9 | that were part of the -- the download.  So there was | 14:04 |
| 10 | one page of a schematic that came from, like, a GBr | 14:04 |
| 11 | schematic that came from SVN. | 14:04 |
| 12 | There were also documents about, you know, | 14:04 |
| 13 | this -- this presentation that we talked about | 14:04 |
| 14 | earlier, like, the -- the fiber -- the fiber -- | 14:04 |
| 15 | position of the fiber laser. | 14:04 |
| 16 | And the -- we also looked at, I think, the | 14:04 |
| 17 | ERS, like, the GBr Tx ERS. | 14:04 |
| 18 | And there was also a presentation, like, a | 14:04 |
| 19 | spreadsheet on laser -- like, comparison of different | 14:04 |
| 20 | lasers, laser specs, that we looked at. | 14:05 |
| 21 | That's what I remember.  I mean, there may be | 14:05 |
| 22 | more, but I think that's what I remember now. | 14:05 |
| 23 | Q   So, what about that one-page schematic file | 14:05 |
| 24 | from the SVN? | 14:05 |
| 25 | A   Yes. | 14:05 |

Page 175

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Do you want to take a break? | 14:42 |
| 2 | THE WITNESS:  Yes. | 14:42 |
| 3 | MR. KIM:  Okay. | 14:42 |
| 4 | THE VIDEOGRAPHER:  Going off the record.  The | 14:42 |
| 5 | time is 2:41 p.m. | 14:42 |
| 6 | (Recess taken.) | 14:42 |
| 7 | THE VIDEOGRAPHER:  Back on the record.  The | 15:30 |
| 8 | time is 3:29 p.m. | 15:30 |
| 9 | MR. KIM:  Okay.  Just a couple of | 15:30 |
| 10 | housekeeping issues before we get back to questioning. | 15:30 |
| 11 | So, at the break, I conferred with Waymo's | 15:30 |
| 12 | counsel about the production of documents used to | 15:30 |
| 13 | refresh the recollection of Mr. Droz. | 15:30 |
| 14 | And we reached agreement that plaintiff's | 15:30 |
| 15 | counsel, Mr. Jaffe, would e-mail us the documents that | 15:30 |
| 16 | refreshed Mr. Droz's recollection, and that we would | 15:30 |
| 17 | be responsible for printing out those exhibits, given | 15:30 |
| 18 | that this deposition is taking place at Morrison & | 15:30 |
| 19 | Foerster's offices. | 15:30 |
| 20 | The other housekeeping -- | 15:30 |
| 21 | MR. JAFFE:  Well, let me just -- I think | 15:31 |
| 22 | that's -- that's generally accurate.  I don't -- as I | 15:31 |
| 23 | stated in the e-mail that I sent you all at the break, | 15:31 |
| 24 | we don't believe that these are required under | 15:31 |
| 25 | Judge Alsup's standing order, for the reasons that I | 15:31 |

Page 203

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | stated, which I think the question that you asked him | 15:31 |
| 2 | was about his preparation as a 30(b)(6) witness, and | 15:31 |
| 3 | that's what he answered.  And I don't think that's | 15:31 |
| 4 | what Judge Alsup's order is talking about. | 15:31 |
| 5 | But, as an offer of compromise and to avoid | 15:31 |
| 6 | any disputes, I told you I'd send you the documents, | 15:31 |
| 7 | which is what I did. | 15:31 |
| 8 | MR. KIM:  Okay.  And deposition Exhibit 1284, | 15:31 |
| 9 | just for the record, we've been talking about is | 15:31 |
| 10 | Exhibit I to Mr. Droz's declaration submitted in this | 15:31 |
| 11 | case in support of the -- Waymo's preliminary | 15:31 |
| 12 | injunction motion.  So I just wanted to state that for | 15:31 |
| 13 | the record as well. | 15:32 |
| 14 | MR. JAFFE:  Can we just pause for a second? | 15:32 |
| 15 | MR. KIM:  Can we go off the record? | 15:32 |
| 16 | THE VIDEOGRAPHER:  Here you go. | 15:32 |
| 17 | MR. KIM:  Okay. | 15:32 |
| 18 | Q   Mr. Droz, we were looking at Exhibit 1274, | 15:32 |
| 19 | which is a list of trade secrets. | 15:32 |
| 20 | A   Okay. | 15:32 |
| 21 | Q   And I wanted to direct your attention to | 15:32 |
| 22 | page 11. | 15:32 |
| 23 | A   (Witness complies.) | 15:32 |
| 24 | Okay. | 15:32 |
| 25 | Q   And ask you about Trade Secret No. 14.  And, | 15:32 |

Page 204

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | for four and a half days.  So -- so -- but I don't | 18:29 |
| 2 | want to disrupt the deposition because I've got to -- | 18:29 |
| 3 | I've got to catch -- but I'll stay as long as I can. | 18:29 |
| 4 | MR. KIM:  So I'll just state that we are six | 18:29 |
| 5 | hours into this deposition.  And due to multiple | 18:29 |
| 6 | reasons, including our position that Mr. Droz was not | 18:29 |
| 7 | sufficiently prepared to testify on the deposition | 18:29 |
| 8 | topics for which he was designated, and due to the | 18:29 |
| 9 | late production of documents that were used to refresh | 18:29 |
| 10 | his recollection, among other things, we are going to | 18:29 |
| 11 | hold this deposition open after seven hours, and | 18:29 |
| 12 | reserve the right to continue his deposition. | 18:30 |
| 13 | MR. JAFFE:  Were there -- were there any | 18:30 |
| 14 | documents that you didn't have printed out that I sent | 18:30 |
| 15 | you by e-mail? | 18:30 |
| 16 | MR. KIM:  Yes, I think a lot of them -- | 18:30 |
| 17 | MR. JAFFE:  A lot of them? | 18:30 |
| 18 | MR. KIM:  -- weren't printed out, yes. | 18:30 |
| 19 | MR. JAFFE:  How many? | 18:30 |
| 20 | MR. KIM:  I don't remember. | 18:30 |
| 21 | MS. CHAN:  We printed out the documents that | 18:30 |
| 22 | you sent us. | 18:30 |
| 23 | MR. JAFFE:  Right.  Right. | 18:30 |
| 24 | I'm asking, did you have -- previously | 18:30 |
| 25 | printed out? | 18:30 |

Page 317

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  Yeah.  I -- I think there were | 18:30 |
| 2 | multiple documents.  I don't remember exactly how | 18:30 |
| 3 | many. | 18:30 |
| 4 | MR. JAFFE:  And are you going to use them | 18:30 |
| 5 | today? | 18:30 |
| 6 | MR. KIM:  I -- if I get to them.  My whole | 18:30 |
| 7 | point is, I don't think I'll have time to get to them. | 18:30 |
| 8 | MR. JAFFE:  So I don't know if we need to | 18:30 |
| 9 | debate this.  If there's any specific point that you | 18:30 |
| 10 | view he wasn't prepared on the topics he was actually | 18:30 |
| 11 | designated for, let's discuss it. | 18:30 |
| 12 | And if there's some amount of time that you | 18:30 |
| 13 | want to have beyond the seven hours today, so we can | 18:30 |
| 14 | avoid disputes, let's discuss it. | 18:30 |
| 15 | MR. KIM:  Yeah.  Well, let's discuss it off | 18:30 |
| 16 | the record, because I don't want to waste my precious | 18:30 |
| 17 | time remaining hashing that out. | 18:30 |
| 18 | MR. JAFFE:  That's fine. | 18:31 |
| 19 | MR. KIM:  Okay. | 18:31 |
| 20 | Q   So Mr. Droz, before we go on, are you | 18:31 |
| 21 | available tomorrow for a continued deposition? | 18:31 |
| 22 | MR. JAFFE:  So I'm going to object.  That is | 18:31 |
| 23 | outside the scope. | 18:31 |
| 24 | You know, I'd like the opportunity to confer | 18:31 |
| 25 | with my client if you're asking for his deposition | 18:31 |

Page 318

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  Okay.  I think I'm out of time.  As | 19:16 |
| 2 | mentioned, we're holding open this deposition and -- | 19:16 |
| 3 | MR. JAFFE:  How much more time do you want? | 19:17 |
| 4 | MR. KIM:  -- and reserve our right to | 19:17 |
| 5 | continue. | 19:17 |
| 6 | MR. JAFFE:  How much more time do you want? | 19:17 |
| 7 | MR. KIM:  I can't -- I can't say it right | 19:17 |
| 8 | now. | 19:17 |
| 9 | MR. JAFFE:  Won't even -- you won't even tell | 19:17 |
| 10 | me how much time you want? | 19:17 |
| 11 | We're ready.  We're sitting right now. | 19:17 |
| 12 | MR. KIM:  I think I would need at least -- | 19:17 |
| 13 | MR. JAFFE:  What do you want him to talk | 19:17 |
| 14 | about?  He's ready. | 19:17 |
| 15 | MR. KIM:  I think we could go another seven | 19:17 |
| 16 | hours. | 19:17 |
| 17 | MR. JAFFE:  You want to take another seven | 19:17 |
| 18 | hours now? | 19:17 |
| 19 | MR. KIM:  We -- you're asking me for an | 19:17 |
| 20 | outside limit.  I -- I don't want to constrain myself. | 19:17 |
| 21 | MR. JAFFE:  I'm trying to make this | 19:17 |
| 22 | productive, and you guys are plainly just angling to | 19:17 |
| 23 | gain this. | 19:17 |
| 24 | So, how much more time do you want?  Can we | 19:17 |
| 25 | solve this problem right now? | 19:17 |

Page 358

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  I -- I don't think so, unless we're | 19:17 |
| 2 | prepared to go another seven hours. | 19:17 |
| 3 | MR. JAFFE:  Seven hours?  That's your only | 19:17 |
| 4 | offer? | 19:17 |
| 5 | MR. KIM:  I -- look -- | 19:17 |
| 6 | MR. JAFFE:  What do you want him prepared | 19:17 |
| 7 | about? | 19:17 |
| 8 | MR. KIM:  -- I'm not going to be -- | 19:17 |
| 9 | MR. JAFFE:  What do you contend he's not | 19:17 |
| 10 | prepared about? | 19:17 |
| 11 | MR. KIM:  Among other things, he was not | 19:17 |
| 12 | prepared to talk about the cost of the -- | 19:17 |
| 13 | MR. JAFFE:  He wasn't designated on that.  I | 19:17 |
| 14 | said that 5,000 times. | 19:17 |
| 15 | MR. KIM:  He was up until the -- the start of | 19:18 |
| 16 | this deposition. | 19:18 |
| 17 | MR. JAFFE:  No. | 19:18 |
| 18 | MR. KIM:  There was no objection in your | 19:18 |
| 19 | communication to us. | 19:18 |
| 20 | MR. JAFFE:  I disagree. | 19:18 |
| 21 | MR. KIM:  We marked the e-mail as an exhibit | 19:18 |
| 22 | to this deposition.  So we have a disagreement on | 19:18 |
| 23 | that.  But if anything, you withdrew him at the last | 19:18 |
| 24 | minute -- | 19:18 |
| 25 | MR. JAFFE:  No. | 19:18 |

Page 359

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM:  -- after the deposition started. | 19:18 |
| 2 | MR. JAFFE:  I -- I disagree. | 19:18 |
| 3 | MR. KIM:  Can you -- | 19:18 |
| 4 | MR. JAFFE:  What I'm trying to do is ask you | 19:18 |
| 5 | what you want him to talk about.  Someone else is | 19:18 |
| 6 | going to be designated on cost. | 19:18 |
| 7 | MR. KIM:  He was also not prepared to talk | 19:18 |
| 8 | about the deposition for which he did not contribute | 19:18 |
| 9 | to the development and did not even bother to talk | 19:18 |
| 10 | to -- | 19:18 |
| 11 | MR. JAFFE:  The deposition he didn't | 19:18 |
| 12 | contribute to?  That doesn't make sense. | 19:18 |
| 13 | MR. KIM:  The trade secret that he was not | 19:18 |
| 14 | part of developing. | 19:18 |
| 15 | MR. JAFFE:  You didn't even put the document | 19:18 |
| 16 | in front of him. | 19:18 |
| 17 | MR. KIM:  Yeah, well, like I said, I -- | 19:18 |
| 18 | MR. JAFFE:  He has factual knowledge. | 19:18 |
| 19 | MR. KIM:  I have more time -- | 19:18 |
| 20 | MR. JAFFE:  Go forth. | 19:18 |
| 21 | You don't have anymore time. | 19:18 |
| 22 | MR. KIM:  Well -- | 19:19 |
| 23 | MR. JAFFE:  What do you want -- | 19:19 |
| 24 | MR. KIM:  Okay. | 19:19 |
| 25 | MR. JAFFE:  -- what do you want to do? | 19:19 |

Page 360

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. KIM: Okay. | 19:19 |
| 2 | MR. JAFFE: Put the document in front of him. | 19:19 |
| 3 | Ask him -- | 19:19 |
| 4 | MR. KIM: We're going to have to -- we're | 19:19 |
| 5 | going to have to continue the deposition anyway. | 19:19 |
| 6 | MR. JAFFE: He's -- not necessarily. He's | 19:19 |
| 7 | prepared to talk about Trade Secret 90. Put the | 19:19 |
| 8 | document in front of you. Ask him questions. I'm | 19:19 |
| 9 | inviting you to do that right now. | 19:19 |
| 10 | MR. KIM: Okay. Let's -- if you want to | 19:19 |
| 11 | continue, we can continue. | 19:19 |
| 12 | MR. JAFFE: Well, I want to come to an | 19:19 |
| 13 | agreement. | 19:19 |
| 14 | MR. KIM: Okay. I'm not going to constrain | 19:19 |
| 15 | myself ahead of time to a outside limit. Look, I'm | 19:19 |
| 16 | offering to continue the deposition for another day. | 19:19 |
| 17 | I'm happy to keep going. | 19:19 |
| 18 | MR. JAFFE: Here's what we're not going to | 19:19 |
| 19 | do. We're not going to have a situation where you say | 19:19 |
| 20 | he wasn't prepared to talk about Trade Secret 90, when | 19:19 |
| 21 | you literally haven't put the document in front of | 19:19 |
| 22 | him. | 19:19 |
| 23 | MR. KIM: I'm happy to question him about -- | 19:19 |
| 24 | MR. JAFFE: You're out of time. | 19:19 |
| 25 | MR. KIM: -- Trade Secret 90 now. | 19:19 |

Page 361

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. JAFFE:  I'm trying to come to an | 19:19 |
| 2 | agreement. | 19:19 |
| 3 | MR. KIM:  So you just said I'm out of time. | 19:19 |
| 4 | MR. JAFFE:  Well, do you want to put the | 19:19 |
| 5 | document and ask him if he's prepared to talk about | 19:19 |
| 6 | it? | 19:19 |
| 7 | MR. KIM:  I will ask him about document -- | 19:19 |
| 8 | Trade Secret 90, yes. | 19:19 |
| 9 | MR. JAFFE:  Okay.  How much time would you | 19:19 |
| 10 | like to do that? | 19:19 |
| 11 | MR. KIM:  Well, I'm not going to say I -- | 19:19 |
| 12 | MR. JAFFE:  This isn't going to be | 19:19 |
| 13 | open-ended.  How much time would you like? | 19:19 |
| 14 | MR. KIM:  Look, I'm prepared to continue | 19:19 |
| 15 | asking questions and happy to do so, but I'm not going | 19:19 |
| 16 | to commit to an outside limit of time. | 19:20 |
| 17 | MR. JAFFE:  How much time would you like to | 19:20 |
| 18 | ask him -- | 19:20 |
| 19 | MR. KIM:  I told you -- | 19:20 |
| 20 | MR. JAFFE:  -- about Trade Secret 90? | 19:20 |
| 21 | MR. KIM:  -- at this point -- | 19:20 |
| 22 | MR. JAFFE:  The only number you've given me | 19:20 |
| 23 | is seven hours.  That's not reasonable.  Everyone | 19:20 |
| 24 | knows that's not reasonable, sitting at this table. | 19:20 |
| 25 | MR. KIM:  Look, I'll also need time to go | 19:20 |

Page 362

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | over the documents that were produced late during this | 19:20 |
| 2 | deposition.  Otto Trucking -- | 19:20 |
| 3 | MR. JAFFE:  He's produced documents.  That's | 19:20 |
| 4 | a complete mischaracterization. | 19:20 |
| 5 | MR. KIM:  Yeah.  Well, at a minimum, we're | 19:20 |
| 6 | going to have to continue his deposition also in his | 19:20 |
| 7 | personal capacity. | 19:20 |
| 8 | MR. JAFFE:  You chose to not use that time. | 19:20 |
| 9 | That was up to you. | 19:20 |
| 10 | MR. KIM:  Disagree. | 19:20 |
| 11 | MR. JAFFE:  You already took him once in his | 19:20 |
| 12 | personal capacity.  This was your election of the | 19:20 |
| 13 | time. | 19:20 |
| 14 | I'm asking you right now:  Other than seven | 19:20 |
| 15 | more hours, do you have anything to say? | 19:20 |
| 16 | MR. KIM:  No.  I think I've made my position | 19:20 |
| 17 | clear. | 19:20 |
| 18 | MR. JAFFE:  Okay.  Well, we're here, and | 19:20 |
| 19 | you're choosing to go off the record. | 19:20 |
| 20 | MR. KIM:  No, I'm not choosing to go off the | 19:20 |
| 21 | record.  Like I said, I'm -- I'm willing to continue | 19:20 |
| 22 | asking questions. | 19:20 |
| 23 | MR. JAFFE:  This isn't a good faith | 19:20 |
| 24 | negotiation.  You said seven hours or nothing.  I'm | 19:20 |
| 25 | trying to -- to resolve this.  You want to game it. | 19:20 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | That's up to you.  That's your -- your thing.  We | 19:21 |
| 2 | can -- I -- I invite you to do this.  I invite you to | 19:21 |
| 3 | ask about Trade Secret 90. | 19:21 |
| 4 |         MR. KIM:  I will. | 19:21 |
| 5 |         MR. JAFFE:  So how much time would you like | 19:21 |
| 6 | to ask about Trade Secret 90? | 19:21 |
| 7 |         MR. KIM:  We'll see.  It depends on his | 19:21 |
| 8 | answers. | 19:21 |
| 9 |         MR. JAFFE:  You can't tell me right now? | 19:21 |
| 10 | He's ready to talk about it right now. | 19:21 |
| 11 |         MR. KIM:  I can't -- I can't tell you right | 19:21 |
| 12 | now. | 19:21 |
| 13 |         MR. JAFFE:  I'm inviting you to do it.  Would | 19:21 |
| 14 | you like a half hour to talk about Trade Secret 90? | 19:21 |
| 15 |         MR. KIM:  I'd like to ask him questions about | 19:21 |
| 16 | Trade Secret 90, and happy to do so. | 19:21 |
| 17 |         MR. JAFFE:  You're refusing to do that? | 19:21 |
| 18 |         MR. KIM:  Yeah, I'm refusing to give you a | 19:21 |
| 19 | specific amount of time.  It depends on what he knows. | 19:21 |
| 20 | And at this point, I have no idea what he knows about | 19:21 |
| 21 | Trade Secret 90. | 19:21 |
| 22 |         MR. JAFFE:  Because you chose not to ask him | 19:21 |
| 23 | about it.  Whose fault is that?  Come on. | 19:21 |
| 24 |         So just so the record is clear, you used your | 19:21 |
| 25 | seven hours.  I'm trying to engage.  How much more | 19:21 |

Page 364

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | time would you like?  Your only offer is seven hours. | 19:21 |
| 2 | And you're saying he's unprepared to talk about a | 19:21 |
| 3 | trade secret that -- you literally didn't put the | 19:21 |
| 4 | document in front of him.  I mean, we can be done if | 19:21 |
| 5 | that's what you choose.  I'm trying to engage in good | 19:21 |
| 6 | faith and negotiate to get this behind us, but you | 19:21 |
| 7 | don't want to do that. | 19:21 |
| 8 | MR. KIM:  Like I said, I'm willing to go | 19:22 |
| 9 | forward with questioning him on Trade Secret 90. | 19:22 |
| 10 | MR. JAFFE:  How much time would you like | 19:22 |
| 11 | to -- I mean, we can go around and around.  How much | 19:22 |
| 12 | time would you like on Trade Secret 90? | 19:22 |
| 13 | MR. KIM:  So I think I've got some additional | 19:22 |
| 14 | questions on the '936 patent as well. | 19:22 |
| 15 | MR. JAFFE:  What is he not prepared for?  You | 19:22 |
| 16 | told me he's not prepared on the -- on Trade | 19:22 |
| 17 | Secret 90. | 19:22 |
| 18 | MR. KIM:  Oh, okay.  Look, we're either going | 19:22 |
| 19 | to continue this deposition or we're not.  I'm happy | 19:22 |
| 20 | to continue. | 19:22 |
| 21 | MR. JAFFE:  I'm happy to continue if you can | 19:22 |
| 22 | give me some outer bound. | 19:22 |
| 23 | MR. KIM:  I'm not going to give you an outer | 19:22 |
| 24 | bound. | 19:22 |
| 25 | MR. JAFFE:  Okay.  Then we're done.  That's | 19:22 |

Page 365

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | fine.  If -- if you're -- | 19:22 |
| 2 | MR. KIM:  Well, we're hoping -- | 19:22 |
| 3 | MR. JAFFE:  -- refusing to negotiate -- | 19:22 |
| 4 | MR. KIM:  -- to hold this deposition open. | 19:22 |
| 5 | THE REPORTER:  One at a time, please. | 19:22 |
| 6 | MR. JAFFE:  I mean, I -- I don't know how to | 19:22 |
| 7 | make this clear.  I'm trying to negotiate to -- to | 19:22 |
| 8 | avoid compromise. | 19:23 |
| 9 | You're saying seven hours.  You're arguing | 19:23 |
| 10 | that he's not prepared for a document you didn't put | 19:23 |
| 11 | in front of him and even ask him about his knowledge | 19:23 |
| 12 | for. | 19:23 |
| 13 | So I -- I don't know where that leaves us, | 19:23 |
| 14 | other than you made your choices, and that's up to | 19:23 |
| 15 | you.  We don't need to keep debating this.  So if | 19:23 |
| 16 | you're not going to agree to some limit, we can be | 19:23 |
| 17 | done. | 19:23 |
| 18 | MR. KIM:  Yeah.  So I'm just going to | 19:23 |
| 19 | reiterate for the record that we have not started | 19:23 |
| 20 | Mr. Droz's personal capacity deposition.  Otto | 19:23 |
| 21 | Trucking also has not yet had a chance to answer | 19:23 |
| 22 | questions. | 19:23 |
| 23 | MR. JAFFE:  Are you -- do you represent Otto | 19:23 |
| 24 | Trucking? | 19:23 |
| 25 | MR. KIM:  We haven't completed questioning on | 19:23 |

Page 366

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the '936 patent.  We're on the multitude of other | 19:23 |
| 2 | deposition topics that he was designated for.  Given | 19:23 |
| 3 | the breadth of the deposition topics that Mr. Droz was | 19:23 |
| 4 | designated, that in and of itself justifies a longer | 19:24 |
| 5 | deposition. | 19:24 |
| 6 | And the -- as I mentioned, we're happy to | 19:24 |
| 7 | continue the deposition on another day or go forward. | 19:24 |
| 8 | MR. JAFFE:  How much more time? | 19:24 |
| 9 | MR. KIM:  I'm not going to give you -- I'm | 19:24 |
| 10 | not going to give you an outer bound at this point. | 19:24 |
| 11 | We can just keep going until I get to ask my | 19:24 |
| 12 | questions, or we can reschedule this for another day. | 19:24 |
| 13 | MR. JAFFE:  I -- I'm -- I'm trying to | 19:24 |
| 14 | negotiate.  I understand you're not going to give a | 19:24 |
| 15 | time, so it doesn't sound productive.  I disagree. | 19:24 |
| 16 | You chose to spend your time how you chose to spend | 19:24 |
| 17 | it.  So we -- we clearly disagree.  We don't need to | 19:24 |
| 18 | debate about that anymore. | 19:24 |
| 19 | Mr. Chatterjee had to go.  That's not my | 19:24 |
| 20 | fault.  That's not Mr. Droz's fault.  He's not here. | 19:24 |
| 21 | MR. KIM:  Understood. | 19:24 |
| 22 | MR. JAFFE:  All right. | 19:24 |
| 23 | MR. KIM:  We're holding this deposition open. | 19:24 |
| 24 | It's not closed. | 19:24 |
| 25 | MR. JAFFE:  I -- I'm -- we can agree to | 19:24 |

Page 367

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | disagree.  I -- I don't think that's -- I think that's | 19:24 |
| 2 | fine.  We can -- we don't need to resolve that right | 19:24 |
| 3 | now. | 19:24 |
| 4 | MR. KIM:  And I just want to make very clear, | 19:24 |
| 5 | I'm prepared to continue this deposition now. | 19:24 |
| 6 | MR. JAFFE:  So -- so were we.  And if you can | 19:24 |
| 7 | give me something other than seven more hours, we can | 19:25 |
| 8 | do it. | 19:25 |
| 9 | MR. KIM:  That's the amount of time I need. | 19:25 |
| 10 | I -- | 19:25 |
| 11 | MR. JAFFE:  That's not a reasonable ask.  You | 19:25 |
| 12 | know it's not a reasonable ask.  I know it's not a | 19:25 |
| 13 | reasonable ask. | 19:25 |
| 14 | MR. KIM:  I think -- I think it is. | 19:25 |
| 15 | MR. JAFFE:  Okay.  Well then, you know, if | 19:25 |
| 16 | the only ask that's on the table is -- is seven more | 19:25 |
| 17 | hours -- | 19:25 |
| 18 | MR. KIM:  Yes. | 19:25 |
| 19 | MR. JAFFE:  -- we're not doing that right | 19:25 |
| 20 | now. | 19:25 |
| 21 | MS. BARTOW:  I think our hardest working | 19:25 |
| 22 | person in the room -- | 19:25 |
| 23 | THE REPORTER:  I can't hear you. | 19:25 |
| 24 | MS. ATTORNEY:  I think our hardest working | 19:25 |
| 25 | person in the room is close to expiring as well. | 19:25 |

Page 368

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. JAFFE:  I -- I don't think -- I agree.  I | 19:25 |
| 2 | don't think we're being productive with this at all. | 19:25 |
| 3 | So I've made clear our position repeatedly. | 19:25 |
| 4 | You've made clear your position repeatedly. | 19:25 |
| 5 | I think we can go off the record, because I | 19:25 |
| 6 | don't -- it doesn't seem like this is going anywhere. | 19:25 |
| 7 | MR. KIM:  Okay.  Let's go off the record. | 19:25 |
| 8 | And as I stated -- | 19:25 |
| 9 | THE VIDEOGRAPHER:  Do you want to deal with | 19:25 |
| 10 | this, the first one, 1271?  We never did anything | 19:25 |
| 11 | about it. | 19:25 |
| 12 | MR. KIM:  Oh, 1271?  No, because this was his | 19:25 |
| 13 | notice for his personal capacity deposition, which | 19:26 |
| 14 | hasn't started. | 19:26 |
| 15 | THE VIDEOGRAPHER:  So this conclude -- this | 19:26 |
| 16 | concludes today's videotaped deposition of Waymo LLC | 19:26 |
| 17 | pursuant to Rule 30(b)(6). | 19:26 |
| 18 | We're off the record at 7:25 p.m. | 19:26 |
| 19 | Thank you. | 19:26 |
| 20 | (WHEREUPON, the deposition ended | |
| 21 | at 7:25 p.m.) | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Veritext Legal Solutions
866 299-5127