1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2      charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3      davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4      melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5      johnneukom@quinnemanuel.com
      Jordan Jaffe (Bar No. 254886)
6      jordanjaffe@quinnemanuel.com
    50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
    Telephone:     (415) 875-6600
8   Facsimile:     (415) 875-6700

9   Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12   WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

13            Plaintiff,                     **PLAINTIFF WAYMO LLC'S**
                                             **ADMINISTRATIVE MOTION TO FILE**
14        vs.                                **UNDER SEAL ITS SUBMISSION TO**
                                             **SPECIAL MASTER COOPER**
15   UBER TECHNOLOGIES, INC.;                **REGARDING UBER'S OBLIGATION TO**
     OTTOMOTTO LLC; OTTO TRUCKING            **PRODUCE JACOBS LETTER AND**
16   LLC,                                    **RELATED DOCUMENTS**

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its December 5, 2017 Submission To Special Master Cooper Regarding Uber's Obligation To Produce Jacobs Letter And Related Documents ("Waymo's Submission").  Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Portions of Waymo's Submission | Portions highlighted in blue | Defendants |
| Exhibit 1 | Entire document | Defendants |
| Exhibit 2 | Entire document | Defendants |
| Exhibit 3 | Portions highlighted in green | Waymo |
| | Portions highlighted in blue | Defendants |
| Exhibit 4 | Portions highlighted in green | Waymo |
| Exhibit 5 | Portions highlighted in green | Waymo |
| Exhibit 6 | Portions highlighted in green | Waymo |
| Exhibit 7 | Portions highlighted in green | Waymo |
| Exhibit 10 | Portions highlighted in green | Waymo |
| | Portions highlighted in blue | Defendants |
| Exhibit 11 | Portions highlighted in green | Waymo |
| Exhibit 13 | Portions highlighted in green | Waymo |
| Exhibit 14 | Entire document | Defendants |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.    UBER'S CONFIDENTIAL INFORMATION

Waymo seeks to seal the portions of Waymo's Submission and exhibits thereto because they contain information that Defendants have designated or may designate as confidential and/or highly confidential.  Declaration of Lindsay Cooper ("Cooper Dec.") ¶ 3.  Waymo expects Defendants to file one or more declarations in accordance with the Local Rules.  *Id.*

1  **III.    UNITED STATES ATTORNEY LETTER**

2          Waymo seeks to seal the yellow highlighted portions of Waymo's Submission that quote from

3  a letter from the United States Attorney, which the Court has held shall remain sealed until at least

4  December 13 at noon. (*Id.* at ¶ 4; Dkt. 2307).

5

   **IV.    THE COURT SHOULD SEAL WAYMO'S CONFIDENTIAL INFORMATION**

6

7          The Court should seal the portions of Waymo's Submission and exhibits thereto identified by

   Waymo in the table above.  Waymo seeks to file this information under seal because it discloses
8
   Waymo's trade secrets and confidential business information.  *See* Cooper Dec., ¶ 5.  Courts have
9
   determined that trade secret information merits sealing. *Music Grp. Macao Commercial Offshore Ltd.*
10
   *v. Foote*, No. 14–cv–03078–JSC, 2015 WL 3993147, at *1 (N.D. Cal. June 30, 2015) (quoting
11
   *Kamakana*, 447 F.3d at 1179); *see also Brocade Commc'ns Sys., Inc. v. A10 Networks, Inc.*, No. C 10-
12
   3428 PSG, 2013 WL 211115, at *1, *3 (N.D. Cal. Jan. 17, 2013) (granting request to seal document
13
   that "consists entirely of descriptions of Brocade's trade secrets.").  Confidential business information
14
   that, if released, may "harm a litigant's competitive standing" also merits sealing.  *See Nixon v.*
15
   *Warner Commc'ns, Inc.,* 435 U.S. 589, 598-99 (1978).  Waymo seeks to seal confidential business
16
   information and trade secret information that fit squarely within these categories.  Cooper Dec. ¶ 5.
17
   Waymo maintains this information as a trade secret (*see* Dkt. 25-31) and ensures the information
18
   remains secret with strict secrecy and security protocols (*see* Dkt. 25-47; Dkt. 25-49.).  *Id.*  Waymo
19
   has narrowly tailored its requests to only information meriting sealing.  *Id.*  In fact, both *Music Grp.*
20
   and *Brocade* found the confidential information at issue in those cases met the heightened
21
   "compelling reasons" standard for sealing.  *Music Grp.*, 2015 WL 3993147, at *1; *Brocade*, 2013 WL
22
   211115, at *1, *3.  The information that Waymo seeks to seal, therefore, also meets this heightened
23
   standard.  The disclosure of Waymo's trade secret and confidential business information would harm
24
   Waymo.  Cooper Dec. ¶ 5.  Thus, the Court should grant Waymo's administrative motion to seal.
25

26

27

28

1  **V.      CONCLUSION**

2          In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the

3  above listed documents accompany this Administrative Motion.  For the foregoing reasons,

4  Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

5

6  DATED:  December 11, 2017                    QUINN EMANUEL URQUHART & SULLIVAN,
                                                LLP
7
                                             By  */s/ Charles Verhoeven*
8                                                Charles Verhoeven
                                                 Attorneys for WAYMO LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28