1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF WAYMO LLC'S<br>ADMINISTRATIVE MOTION TO FILE<br>UNDER SEAL ITS SUBMISSION TO<br>SPECIAL MASTER COOPER<br>REGARDING UBER'S OBLIGATION TO<br>PRODUCE JACOBS LETTER AND<br>RELATED DOCUMENTS** |

11
12
13
14
15
16
17
18
19
20

        Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal information in its December 5, 2017 Submission To Special Master Cooper Regarding Uber's Obligation To Produce Jacobs Letter And Related Documents (the "Administrative Motion").

        Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

21
22
23
24
25
26
27
28

| Document | Portions to Be Filed Under Seal |
|---|---|
| Portions of Waymo's Submission | Portions highlighted in blue |
| Exhibit 1 | Entire document |
| Exhibit 2 | Entire document |
| Exhibit 3 | Portions highlighted in green |
| | Portions highlighted in blue |
| Exhibit 4 | Portions highlighted in green |
| Exhibit 5 | Portions highlighted in green |
| Exhibit 6 | Portions highlighted in green |
| Exhibit 7 | Portions highlighted in green |
| Exhibit 10 | Portions highlighted in green |
| | Portions highlighted in blue |
| Exhibit 11 | Portions highlighted in green |
| Exhibit 13 | Portions highlighted in green |
| Exhibit 14 | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. WILLIAM ALSUP
United States District Court Judge