# EXHIBIT 10

*Waymo, LLC v. Uber Technologies, Inc., et al.*
Uber:  document search for regular RFP sets 1, 2 (7.3.17)

- Time Period commencing 1/1/15
- Search terms applied to custodial email data.
- Custodian laptops included.
- Will also produce responsive Google Drive folders/files.
- Will also produce responsive files from servers in Bay Area and Pittsburgh:



| Search Terms | Custodians |
|---|---|
| ███████████████████████████████ | Bares, John |
| ███████████████████████████████ | Bocalan, Marlon |
| ███████████████████████████ | Doll, Robert |
| ██████████████████████████████ | Gasbarro, Jim |
| OWL AND (██████████████) | Gruver, Daniel |
| (Fuji OR Spider OR Owl OR LiDAR OR LADAR) AND (roadmap OR timeline OR schedule OR manufactur*) | Haslim, James |
| (██████████████████████) AND (forecast OR market) | Ignatescu, Florin |
| ████████████████████████ | Karasoff, Michael |
| █████████████████ | Kenvarg, Adam |
| ██████████████████████████████ | Lagui, George |
| █████████████████ | Linaval, Asheem |
| ██████████████████████████████ | Pennecot, Gaetan |
| ██████████████████████████████ | Ratner, Daniel |
| ██████████████████████████████ | Treichler, William |
| ████████████████████ | Wu, Steven |
| ██████████████████████ | Meyhofer, Eric |
| ███████████████ | Levandowski, Anthony |
| ██████████████████████████████ | Kshirsagar, Sameer |
| ██████████████████████ | Radata, Radu |
| ████████████████████████ | |
| ████████████████████ | |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
la-1353726

| | |
|---|---|
| (LiDAR OR ladar) AND (instruct* OR assembl* OR calibration) | |
| (Fuji OR Spider OR Owl OR ▬▬ OR ▬▬ OR ▬▬ AND (Waymo OR Google) | |
| ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | |
| MOPA | |

- Time Period commencing 1/1/15 to 8/24/16
- Search Custodial Email Data

| Search Terms | Custodians |
|---|---|
| Ottomotto | Cameron Poetzscher |
| Otto | Nina Qi |
| Otto! | Brian McClendon |
| "otto trucking" | Jeff Holden |
| Newco! | Travis Kalanick |
| "new co" | John Bares |
| milestone!  (search for this term applies past 8/30/16) | |
| Levandowski | |
| [Known email addresses for Anthony Levandowski in sender/recipient fields] | |
| Tyto | |
| "odin wave" | |
| Odin | |
| "Pouch Holdings" | |
| Dogwood | |
| Stroz | |
| LiDAR | |
| LaDAR | |
| laser | |

- Time Period commencing 1/1/15 to 8/24/16
- Search Custodial Email Data
- A. Levandowski and Lior Ron laptops included

| Search Term | Custodian |
|---|---|
| Tyto | Anthony Levandowski |
| "Odin Wave" | Ognen Stojanovski |
| Odin | Lior Ron |
| "Pouch Holdings" | |
| Dogwood | |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
la-1353726

- Time Period commencing 1/1/15 to 8/24/16
- Search Custodial Email Data
- Custodian laptops included

| Search Term | Custodian |
| --- | --- |
| [Known email addresses for Anthony Levandowski in sender/recipient fields] | John Bares |
| | Scott Boehmke |
| | Eric Meyhofer |
| | Jim Gasbarro |
| | Max Levandowski |
| | |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
la-1353726