UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>              Plaintiff, <br><br>    v. <br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br>              Defendants. | Case No.    3:17-cv-00939-WHA <br><br>[~~PROPOSED~~] **ORDER ON ATTORNEY-CLIENT COMMUNICATION PURSUANT TO RULE 502** <br><br>Trial Date: February 5, 2017 |

WHEREAS, Waymo has indicated that it would like to take the depositions of 6 Morrison & Foerster partners and one Boies Schiller partner;

WHEREAS, Uber objects to such depositions;

WHEREAS, the Special Master has recommended that Waymo provide four written questions to be answered by Morrison & Foerster and Boies Schiller;

WHEREAS, the parties agree that responding to those four questions will not constitute a waiver of the attorney-client privilege, work product or any other applicable privilege or protection in any way for this or any other litigation, arbitration, or investigation;

WHEREAS, the parties have also agreed that they will not argue that the "sword/shield" doctrine requires further disclosure of privileged information due to the limited disclosure agreed-upon herein;

IT IS HEREBY ORDERED, pursuant to Rule 502 of the Federal Rules of Evidence, that the disclosure described herein will not operate as a waiver of any applicable privileges or protections in this litigation or any other federal or state proceeding.

IT IS SO STIPULATED.

Dated: December \_\_, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

12