1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DKT. NO. 1784-7. |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1   Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly

2   Filed Document: Dkt. No 1784-7, and good cause appearing therefore, IT IS HEREBY

3   ORDERED that Waymo's Motion shall be granted.

5   Dated: __December 12__, 2017

6   _____
    JACQUELINE SCOTT CORLEY
7   United States Magistrate Judge