1  BOERSCH SHAPIRO LLP
   David W. Shapiro (State Bar No. 219265)
2  Dshapiro@boerschshapiro.com
   Martha Boersch (State Bar No. 126569)
3  Mboersch@boerschshapiro.com
   Lara Kollios (State Bar No. 235395)
4  Lkollios@boerschshapiro.com
5  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
6  Telephone: (415) 500-6640

7
   Attorneys for Non-party
8  Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 17-cv-0939-WHA |
| Plaintiff, | **DECLARATION OF MARTHA BOERSCH IN SUPPORT OF NON-PARTY RICHARD JACOBS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE PORTIONS OF THE DECLARATION OF MARTHA BOERSCH IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND ATTACHED EXHIBIT UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

1.      I, MARTHA BOERSCH, am an attorney licensed to practice law before the courts of

the State of California and this Court.  I make this declaration in support of Non-party Richard

Jacobs' Motion for Administrative Relief to File Portions of the Declaration of Martha Boersch In

Support of Motion for Leave to File Motion for Reconsideration and Attached Exhibit Under Seal.  I

have personal knowledge of the facts stated herein and, if called upon, could and would testify

competently thereto under oath.

2.      Mr. Jacobs seeks to file portions of paragraph two of the Declaration of Martha

Boersch In Support of Motion for Leave to File Motion for Reconsideration ("Boersch Declaration")

1  and Exhibit A, attached thereto.  Exhibit A to the Boersch Declaration is a true and correct copy of a

2  redacted version of the May 5, 2017 letter from Clayton Halunen to Uber (hereinafter the "Halunen

3  Letter").

4    3.    The Halunen Letter contains information that, if disclosed, could damage the safety

5  and security of Uber employees and vendors, as well as information that infringes on personal

6  privacy rights and could cause reputational harm.

7    4.    The proposed additional redactions in the Halunen Letter are necessary to:

8    a.    Protect the safety of Uber employees abroad because, absent the redactions, the

9      identity and conduct of such persons are or could be easily revealed given the

10      context (Redaction Nos. 11, 12, 13, 21);

11    b.    Protect the safety of Uber employees abroad because, absent the redactions, the

12      nature, location, and/or timing of Uber's activities abroad are revealed and such

13      revelation could, in context, reveal the identity of individual persons who may be

14      subjected to harm (Redaction Nos. 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 18, 19, 20,

15      22, 23, 24, 25);

16    c.    Protect the safety of individuals who currently or formerly worked in some

17      capacity for the United States intelligence services, as well as the identity of

18      certain United States intelligence operations (Redaction Nos. 1, 2); and

19    d.    Protect the safety of employees of a non-party who have been subject to

20      harassment and violence in the past as a result of their activity (Redaction No. 3).

21    5.    Paragraph two of the Declaration of Martha Boersch contains information that, if

22  disclosed, could damage the safety and security of employees of a non-party.

23    6.    Attached hereto as Exhibit A is a true and correct copy of the redacted Halunen Letter

24  that outlines Mr. Jacobs' proposed additional redactions, numbered sequentially, in addition to the

25  approved redactions marked by the Court at Dkt. 2307-2.

26    7.    Attached hereto as Exhibit B is a true and correct copy of the unredacted Halunen

27  Letter that outlines Mr. Jacobs' proposed additional redactions marked in red, numbered sequentially,

28  in addition to the approved redactions marked by the Court at Dkt. 2307-2.

8.    Attached hereto as Exhibit C is the redacted version of the Declaration of Martha Boersch.

9.    Attached hereto as Exhibit D is the unredacted version of the Declaration of Martha Boersch.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 12 day of December 2017, in Oakland, California.


*/s/ Martha Boersch*
Martha Boersch