# EXHIBIT C

BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Non-party
Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 17-cv-0939-WHA |
| Plaintiff, | **DECLARATION OF MARTHA BOERSCH IN SUPPORT OF NON-PARTY RICHARD JACOBS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

1. I, MARTHA BOERSCH, am an attorney licensed to practice law before the courts of the State of California and this Court. I make this declaration in support of Non-party Richard Jacobs' Motion for Leave to File Motion for Reconsideration. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Jacobs requests Redaction No. 3 regarding his work at the ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ .

3. Given the Court's December 11, 2017, Order Re Communications from Attorney Esther Chang (Dkt. No. 2361), counsel will not serve Waymo with a copy of the proposed redactions to the Halunen Letter.

4. Attached hereto as Exhibit A is a true and correct copy of the redacted Halunen Letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 12 day of December 2017, in Oakland, California.

                                         */s/ Martha Boersch*
                                         Martha Boersch