BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Non-party
Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 17-cv-0939-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTY RICHARD JACOBS' ADMINISTRATIVE RELIEF TO FILE PORTIONS OF HALUNEN LETTER AND DECLARATION OF MARTHA BOERSCH IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Good cause having been shown, IT IS HEREBY ORDERED that Exhibits A, B, and D to the Declaration of Martha Boersch in Support of Non-Party Richard Jacobs' Motion for Administrative Relief to File Portions of the Declaration of Martha Boersch In Support of Motion for Leave to File Motion for Reconsideration and Attached Exhibit Under Seal shall be filed under seal.

IT IS SO ORDERED.

Dated: _____     _____
HONORABLE WILLIAM H. ALSUP
United States District Judge

[PROPOSED] ORDER
Case No. 17-cv-0939-WHA