# EXHIBIT A

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL