BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Non-party
Richard Jacobs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No. 17-cv-0939-WHA<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION** |

   Good cause having been shown, IT IS HEREBY ORDERED that Non-party Richard Jacobs may file his Motion for Reconsideration.

   IT IS FURTHER ORDERED that the additional proposed redactions will be included when unsealing the Halunen letter.

   IT IS SO ORDERED.


Dated: _____          _____
                                        HONORABLE WILLIAM H. ALSUP
                                        United States District Judge

                                                           [PROPOSED] ORDER
                                                           Case No. 17-cv-0939-WHA