# EXHIBIT C

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Rivera, Sylvia <SRivera@mofo.com> |
| **Sent:** | Monday, July 03, 2017 12:05 PM |
| **To:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; John Cooper; Matthew Cate; QE-Waymo (qewaymo@quinnemanuel.com) |
| **Subject:** | Waymo; Uber/Ottomotto search terms and custodians |
| **Attachments:** | Waymo;_search_term_list_and_custodians.pdf |

Counsel,

Pursuant to the parties' agreement, attached please find a search term and custodian list for Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber"). We reserve the right to amend the attached as needed based on, for example, the parties' on-going meet-and-confers and additional document requests served by Waymo. Please note the attached is designated Highly Confidential.

Best,
Sylvia

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

1

*Waymo, LLC v. Uber Technologies, Inc., et al.*
Uber:  document search for regular RFP sets 1, 2 (7.3.17)

- Time Period commencing 1/1/15
- Search terms applied to custodial email data.
- Custodian laptops included.
- Will also produce responsive Google Drive folders/files.
- Will also produce responsive files from servers in Bay Area and Pittsburgh:
    - CloudForge
    - SolidWorks server
    - ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

| Search Terms | Custodians |
|---|---|
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Bares, John |
| (Fuji OR Spider OR Owl OR Velodyne) AND (instruct* OR assembl* OR calibration) | Bocalan, Marlon |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Doll, Robert |
| (Spider OR SPDR OR Mini8 OR "8 channel") AND (TX OR transmit) AND PCB | Gasbarro, Jim |
| OWL AND (MOPA OR fiber OR laser) | Gruver, Daniel |
| (Fuji OR Spider OR Owl OR LiDAR OR LADAR) AND (roadmap OR timeline OR schedule OR manufactur*) | Haslim, James |
| (Krypton OR Xenon OR Dragonfly) AND (forecast OR market) | Ignatescu, Florin |
| ■■■■■■■■■■■■■■■■■■■■■■■■ | Karasoff, Michael |
| ■■■■■■■■■■■■■■ | Kenvarg, Adam |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Lagui, George |
| FirstSensor OR "First Sensor" | Linaval, Asheem |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Pennecot, Gaetan |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Ratner, Daniel |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Treichler, William |
| ■■■■■■■■■■■■■■■■■■■■■■ | Wu, Steven |
| ■■■■■■■■■■■■■■■■■■■■■■ | Meyhofer, Eric |
| ■■■■■■■■■■ | Levandowski, Anthony |
| ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | Kshirsagar, Sameer |
| ■■■■■■■■■■■■■■■■■■ | Radata, Radu |
| (Spider OR SPDR OR Mini8 OR "8 channel") AND (testing OR demo) | |
| (Fuji OR Fly) AND (layout OR lightpath OR arrangement) | |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
la-1353726

| | |
|---|---|
| (LiDAR OR ladar) AND (instruct* OR assembl* OR calibration) | |
| (Fuji OR Spider OR Owl OR Krypton OR Xenon OR Dragonfly) AND (Waymo OR Google) | |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| MOPA | |

- Time Period commencing 1/1/15 to 8/24/16
- Search Custodial Email Data

| Search Terms | Custodians |
|---|---|
| Ottomotto | Cameron Poetzscher |
| Otto | Nina Qi |
| Otto! | Brian McClendon |
| "otto trucking" | Jeff Holden |
| Newco! | Travis Kalanick |
| "new co" | John Bares |
| milestone!  (search for this term applies past 8/30/16) | |
| Levandowski | |
| [Known email addresses for Anthony Levandowski in sender/recipient fields] | |
| Tyto | |
| "odin wave" | |
| Odin | |
| "Pouch Holdings" | |
| Dogwood | |
| Stroz | |
| LiDAR | |
| LaDAR | |
| laser | |

- Time Period commencing 1/1/15 to 8/24/16
- Search Custodial Email Data
- A. Levandowski and Lior Ron laptops included

| Search Term | Custodian |
|---|---|
| Tyto | Anthony Levandowski |
| "Odin Wave" | Ognen Stojanovski |
| Odin | Lior Ron |
| "Pouch Holdings" | |
| Dogwood | |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
la-1353726

- Time Period commencing 1/1/15 to 8/24/16
- Search Custodial Email Data
- Custodian laptops included

| Search Term | Custodian |
|---|---|
| [Known email addresses for Anthony Levandowski in sender/recipient fields] | John Bares |
|  | Scott Boehmke |
|  | Eric Meyhofer |
|  | Jim Gasbarro |
|  | Max Levandowski |
|  |  |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
la-1353726