# EXHIBIT D

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Andrea P Roberts <andreaproberts@quinnemanuel.com> |
| **Sent:** | Monday, July 03, 2017 12:01 PM |
| **To:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; John Cooper; Matthew Cate |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber: Exchange of ESI Search Information |
| **Attachments:** | (AEO) Waymo 2017.07.03 Search List.xlsx |

Counsel,

Pursuant to Uber and Waymo's agreement, attached please find Waymo's disclosure of the custodial and non-custodial sources searched in response to Defendants' document requests, and the date ranges and search terms used. This disclosure relates to the searches in response to Uber's 1st and 2nd Sets of RFPs. This agreement is based on the representation by Uber that it will provide the same information at the same time. This disclosure is designated AEO and should be treated accordingly.

Otto Trucking has not yet agreed to be part of this mutual exchange and so its counsel is not included on this email.

Thanks,
Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

## CUSTODIAL SEARCHES

| Custodian | Data Type | Date Range | Term(s) |
|---|---|---|---|
| | | | (Anthony OR Levandowski OR Ron OR Lior ) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) |
| | | | (Levandowski OR Ron OR Lior OR Burnette OR Delaunay) /25 ((Newco) OR Uber)) |
| | | | OR ("self-driving" /5 truck*) OR (self /2 driving) /5 (truck*)) |
| | | | OR ((side /5 business*) OR (side /5 invest*)) |
| | | | OR (Pouch OR Sandstone OR Apparate) |
| | | | OR (angel /2 invest*) |
| Bailey, Chelsea | Email | 01/01/2011 - 05/31/2016 | OR (Ognen OR Stojanovski) |
| Bailey, Chelsea | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| Bailey, Chelsea | Email | 01/01/2012 - 12/31/2016 | Levandowski OR Lior OR Delaunay OR Burnette OR Otto OR (280 pre/1 System*) |
| Brin, Sergey | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) |
| Brin, Sergey | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| | | | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) |
| | | | OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Brin, Sergey | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Brin, Sergey | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed) |
| | | | (Newco) OR Otto OR Uber OR ("self-driving" /5 truck*) OR ((self /2 driving) /5 (truck*)) OR (side /5 business*) OR (side /5 invest*) OR Pouch OR Sandstone OR Apparate OR (Dwight /5 Way) OR (angel /5 invest*) OR Ognen OR Stojanovski OR ((invest) /5 (Otto OR Uber OR truck*)) |
| Burnette, Don | Email | 01/01/2011 - 05/31/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) |
| | | | OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Burnette, Don | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Burton, Mark | Email | 08/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| Chan, Min Li | Email | 08/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| Chin, Joanne | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| Chu, Daniel | EmailDocs | 09/01/2014 - 05/30/2017 | "entering the TaaS market" |
| Code of Conduct Alias | Email | 01/01/2009 - 05/31/2016 | Levandowski OR Lior OR Ron OR Burnette OR Delaunay OR (280 pre/1 System*) OR Otto OR Uber OR (Odin /2 Wave) OR Tyto |
| | | | (Newco) OR Otto OR Uber OR ("self-driving" /5 truck*) OR ((self /2 driving) /5 (truck*)) OR (side /5 business*) OR (side /5 invest*) OR Pouch OR Sandstone OR Apparate OR (Dwight /5 Way) OR (angel /5 invest*) OR Ognen OR Stojanovski OR ((invest) /5 (Otto OR Uber OR truck*)) |
| Delaunay, Claire | Email | 01/01/2011 - 05/31/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) |
| | | | OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Delaunay, Claire | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Dolgov, Dimitri | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) |
| | | | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) |
| | | | OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Dolgov, Dimitri | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Dolgov, Dimitri | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed) |
| Dolgov, Dimitri | Email | 02/24/2017 - 05/31/2017 | (Uber OR otto OR ottomotto OR "odin wave") /10 (SDC OR "self-driving" OR "self driving" OR driverless OR selfdriving OR autonomous OR lidar OR velodyne OR PCB) |
| | | | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) OR |
| | | | (Newco) OR Otto OR Uber OR ("self-driving" /5 truck*) OR ((self /2 driving) /5 (truck*)) OR (side /5 business*) OR (side /5 invest*) OR Pouch OR Sandstone OR Apparate OR (Dwight /5 Way) OR (angel /5 invest*) OR Ognen OR Stojanovski OR ((invest) /5 (Otto OR Uber OR truck*)) |
| Droz, Pierre | Email | 01/01/2011 - 05/31/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) |
| | | | OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Droz, Pierre | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Droz, Pierre | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed) |
| | | | trade /2 secret* |
| | | | ▮▮▮▮▮▮ |
| | | | ▮▮▮▮ |
| | | | "FAC lens" |
| | | | GBr3 |
| | | | ▮▮▮▮▮▮▮▮▮▮ |
| | | | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| | | | ▮▮▮▮▮▮▮ |
| Droz, Pierre | Email | 01/01/2013 - 01/31/2016 | ▮▮▮▮▮ |
| Droz, Pierre | Email | 02/24/2017 - 05/31/2017 | (Uber OR otto OR ottomotto OR "odin wave") /10 (SDC OR "self-driving" OR "self driving" OR driverless OR selfdriving OR autonomous OR lidar OR velodyne OR PCB) |
| Drummond, David | Email | 02/24/2017 - 05/31/2017 | (Uber OR otto OR ottomotto OR "odin wave") /10 (SDC OR "self-driving" OR "self driving" OR driverless OR selfdriving OR autonomous OR lidar OR velodyne OR PCB) |
| Feenstra, Lauren | Email | 08/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| | | | ▮▮▮▮ |
| | | | ▮▮ |
| | | | ▮▮▮▮▮▮ |
| Fidric, Bernard | Email | 01/01/2013 - 01/31/2016 | ▮▮▮▮▮ |
| Friedman, Eric | Email | 08/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| Grossman, William | Email | 02/24/2017 - 05/31/2017 | (Uber OR otto OR ottomotto OR "odin wave") /10 (SDC OR "self-driving" OR "self driving" OR driverless OR selfdriving OR autonomous OR lidar OR velodyne OR PCB) |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

## CUSTODIAL SEARCHES

| Custodian | Data Type | Date Range | Term(s) |
|---|---|---|---|
| Harrison, Donald | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) |
| Harrison, Donald | Email | 01/01/2012 - 09/01/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) OR (Pouch OR Sandstone OR Apparate) |
| | | | trade /2 secret* |
| | | | ■■■■■■■■■■ |
| | | | "FAC lens" |
| | | | GBr3 |
| | | | ■■■■■■■■■■ |
| Ingram, Ben | Email | 01/01/2013 - 01/31/2016 | ■■■■■■■■■■ |
| Kohli, Raghav | Email | 03/29/2017 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| | | | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) |
| | | | (Levandowski OR Ron OR Lior OR Burnette OR Delaunay) /25 ((Newco) OR Uber)) |
| | | | OR ("self-driving" /5 truck*) OR (self /2 driving) /5 (truck*)) |
| | | | OR ((side /5 business*) OR (side /5 invest*)) |
| | | | OR (Pouch OR Sandstone OR Apparate) |
| | | | OR (angel /2 invest*) |
| Krafcik, John | Email | 01/01/2011 - 05/31/2016 | OR (Ognen OR Stojanovski) |
| Krafcik, John | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| | | | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Krafcik, John | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Krafcik, John | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed) |
| Krafcik, John | Email | 02/24/2017 - 05/31/2017 | (Uber OR otto OR ottomotto OR "odin wave") /10 (SDC OR "self-driving" OR "self driving" OR driverless OR selfdriving OR autonomous OR lidar OR velodyne OR PCB) |
| Krafcik, John | Email | 03/19/2017 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| | | | Levandowski OR (Anthony and (Uber or "280 Systems" or "510 Systems")) OR ((Anthony /15 (trade /2 secret*)) OR "IP" OR theft OR steal OR stole OR "intellectual property" OR krafcik)) OR Otto* OR Newco OR ((sue OR suit OR lawsuit OR "trade secret") /10 uber*) |
| Krafcik, John | Email | 05/01/2015 - 2/25/2017 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) |
| | | | OR (Levandowski OR Ron OR Lior OR Burnette OR Delaunay) /25 ((Newco) OR Uber)) |
| | | | OR ("self-driving" /5 truck*) OR (self /2 driving) /5 (truck*)) |
| | | | OR ((side /5 business*) OR (side /5 invest*)) |
| | | | OR (Pouch OR Sandstone OR Apparate) |
| | | | OR (angel /2 invest*) |
| Lambert, Amy | Email | 01/01/2011 - 05/31/2016 | OR (Ognen OR Stojanovski) |
| Lambert, Amy | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| Lambert, Amy | Email | 01/01/2008 - 12/31/2016 | Levandowski OR Lior OR Delaunay OR Burnette OR Otto OR (280 pre/1 System*) |
| Lauterbach, Christian | Email | 01/01/2013 - 01/31/2016 | ■■■■■■■■■■ |
| | | | ■■■■■■■■■■ OR (trade /2 secret*) OR ■■■■■■■■■■ OR "FAC lens" OR GBr3 OR ■■■■■■■■■■ OR ((fast /2 axis) /2 collimat*) OR ■■■■■■■■■■ OR (anthony /10 (otto* or uber)) OR (levandowski /10 (otto* or uber)) or ((anthony OR levandowski /10 newco) |
| Lenius, Sam | Email | 06/01/2013 - 01/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) OR |
| | | | (Newco) OR Otto OR Uber OR ("self-driving" /5 truck*) OR ((self /2 driving) /5 (truck*)) OR (side /5 business*) OR (side /5 invest*) OR Pouch OR Sandstone OR Apparate OR (Dwight /5 Way) OR (angel /5 invest*) OR Ognen OR Stojanovski OR ((invest) /5 (Otto OR Uber OR truck*)) |
| Levandowki, Anthony | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| Levandowski, Anthony | Email | 01/01/2012 - 08/31/2016 | bonus |
| | | | truck |
| | | | trucking |
| | | | Odin |
| | | | Tyto |
| | | | Otto |
| | | | Uber |
| | | | "280 systems" |
| Levandowski, Anthony | Docs | 07/01/2015 - 01/27/2016 | Lior |
| | | | krafcik |
| Levandowski, Anthony | Email | 09/01/2015 - 01/31/2016 | emails to, from, cc, bcc John Krafcik |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

## CUSTODIAL SEARCHES

| Custodian | Data Type | Date Range | Term(s) |
|---|---|---|---|
| Levandowski, Anthony | Drive | 04/09/2007 – 01/27/2016 | bonus<br>truck<br>trucking<br>Odin<br>Tyto<br>Otto<br>Uber<br>"280 systems"<br>Lior<br>emails to, from, cc, bcc Brian Salesky and Pierre Droz with the following search term hits:<br>"510 Systems"<br>"280 Systems"<br>Otto<br>Ottomotto<br>Newco<br>New /3 (venture OR company OR project)<br>(resign* or leav* or quit*) /10 (Waymo or Google)<br>emails to, from, cc, bcc Larry Page, Sergey Brin, Eric Schmidt, John Krafcik<br>TO/FROM/CC/BCC:<br>"code-of-conduct@google.com" |
| Levandowski, Anthony | Email | 04/09/2007 – 01/27/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski)<br>OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Levandowski, Anthony | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Levandowski, Anthony | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed)<br>(Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski)<br>OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Livaval, Asheem | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| | | | ███████████████ OR (trade /2 secret*) OR ███<br>███████████████ OR "FAC lens" OR GBr3 OR █████<br>OR ((fast /2 axis) /2 collimat*) OR ████████<br>████████████████████████████ OR (anthony /10 |
| McCann, Will | Email | 06/01/2013 - 01/31/2016 | (otto* or uber)) OR (levandowski /10 (otto* or uber)) or ((anthony OR levandowski) /10 newco) |
| Mehta, Amar | Email | 12/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| Mercay, Julien | Email | 08/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| Mian, Nabeel | Email | 08/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| | | | ███████████████ OR (trade /2 secret*) OR ███<br>███████████████ OR "FAC lens" OR GBr3 OR █████<br>OR ((fast /2 axis) /2 collimat*) OR ████████<br>████████████████████████████ OR (anthony /10 |
| Morriss, Zach | Email | 06/01/2013 - 01/31/2016 | (otto* or uber)) OR (levandowski /10 (otto* or uber)) or ((anthony OR levandowski) /10 newco)<br>(Levandowski OR Ron OR Lior OR Burnette OR Delaunay) /25 ((Newco) OR Uber))<br>OR ("self-driving" /5 truck*) OR (self /2 driving) /5 (truck*))<br>OR ((side /5 business*) OR (side /5 invest*))<br>OR (Pouch OR Sandstone OR Apparate)<br>OR (angel /2 invest*) |
| Ondik, Alex | Email | 01/01/2011 - 05/31/2016 | OR (Ognen OR Stojanovski) |
| Ondik, Alex | Email | 01/01/2012 - 12/31/2016 | Levandowski OR Lior OR Delaunay OR Burnette OR Otto OR (280 pre/1 System*) |
| Page, Larry | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*))<br>OR ZeeArrow OR KittyHawk) |
| Page, Larry | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment)))<br>(Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski)<br>OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Page, Larry | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Page, Larry | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed)<br>(Uber OR otto OR ottomotto OR "odin wave") /10 (SDC OR "self-driving" OR "self driving" OR driverless OR selfdriving OR autonomous OR lidar OR velodyne OR PCB) |
| Page, Larry | Email | 02/24/2017 - 05/31/2017 | Levandowski OR (Anthony and (Uber or "280 Systems" or "510 Systems")) OR ((Anthony /15 ((trade /2 secret*)) OR "IP" OR theft OR steal OR stole OR "intellectual property" OR krafcik)) OR Otto* OR Newco OR ((sue OR suit OR lawsuit OR "trade secret") /10 uber*) |
| Page, Larry | Email | 05/01/2015 - 02/25/2017 | |
| Pennecot, Gaetan | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed) |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

### CUSTODIAL SEARCHES

| Custodian | Data Type | Date Range | Term(s) |
|---|---|---|---|
| Pennecot, Gaetan | Email | 01/01/2013 - 01/31/2016 | trade /2 secret* <br> ███ <br> "FAC lens" <br> GBr3 <br> ███ <br> ███ |
| Price, Andrew | Email | 01/01/2011 - 02/24/2017 | (Anthony Levandowski OR Lior Ron OR Don Burnette OR Claire Delauney) AND (Tyto OR Odin OR Oden OR (280 pre/1 System*) OR Otto OR Ottomotto OR Levandowski OR Lior OR ("self-driving" /5 truck*) OR ((self /2 driving) /5 truck*) |
| Ron, Lior | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) <br> (Newco) OR Otto OR Uber OR ("self-driving" /5 truck*) OR ((self /2 driving) /5 (truck*)) OR (side /5 business*) OR (side /5 invest*) OR Pouch OR Sandstone OR Apparate OR (Dwight /5 Way) OR (angel /5 invest*) OR Ognen OR Stojanovski OR ((invest) /5 (Otto OR Uber OR truck*)) |
| Ron, Lior | Email | 01/01/2012 - 09/01/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) OR (Pouch OR Sandstone OR Apparate) |
| Ron, Lior | Docs | 01/01/2012 - 01/13/2016 | bonus <br> truck <br> trucking <br> Odin <br> Tyto <br> Otto <br> Uber <br> "280 systems" <br> Levandowski |
| Ron, Lior | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed) <br> bonus <br> truck <br> trucking <br> Odin <br> Tyto <br> Otto <br> Uber <br> "280 systems" <br> Levandowski |
| Ron, Lior | Drive | 10/30/2014 - 01/13/2016 | TO/FROM/CC/BCC: "code-of-conduct@google.com" |
| Ron, Lior | Email | 10/30/2014 - 01/13/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) <br> OR (Levandowski OR Ron OR Lior OR Burnette OR Delauney) /25 ((Newco) OR Uber)) <br> OR ("self-driving" /5 truck*) OR (self /2 driving) /5 (truck*)) <br> OR ((side /5 business*) OR (side /5 invest*)) <br> OR (Pouch OR Sandstone OR Apparate) <br> OR (angel /2 invest*) |
| Salesky, Brian | Email | 01/01/2011 - 05/31/2016 | OR (Ognen OR Stojanovski) |
| Salesky, Brian | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) <br> (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) |
| Salesky, Brian | Email | 01/01/2012 - 09/01/2016 | OR (Pouch OR Sandstone OR Apparate) |
| Salesky, Brian | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed) <br> ███ OR (trade /2 secret*) OR ███ OR "FAC lens" OR GBr3 OR ███ OR ((fast /2 axis) /2 collimat*) OR ███ OR ███ OR (anthony /10 |
| Salesky, Brian | Email | 06/01/2013 - 01/31/2016 | (otto* or uber)) OR (levandowski /10 (otto* or uber)) or ((anthony OR levandowski) /10 newco) |
| Stewart, Shaun | Email | 08/01/2016 - 06/01/2017 | To/from/cc/bbc: @lyft.com email domain hit AND search term hit: Uber |
| Sullivan, Stacey | Email | 01/01/2008 - 12/31/2016 | Levandowski OR Lior OR Delauney OR Burnette OR Otto OR (280 pre/1 System*) <br> (Levandowski OR Ron OR Lior OR Burnette OR Delauney) /25 ((Newco) OR Uber)) <br> OR ("self-driving" /5 truck*) OR (self /2 driving) /5 (truck*)) <br> OR ((side /5 business*) OR (side /5 invest*)) <br> OR (Pouch OR Sandstone OR Apparate) <br> OR (angel /2 invest*) |
| Sullivan, Stacey | Email | 01/01/2011 - 05/31/2016 | OR (Ognen OR Stojanovski) |
| Sullivan, Stacey | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| Thrun, Sebastian | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk) |
| Thrun, Sebastian | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

### CUSTODIAL SEARCHES

| Custodian | Data Type | Date Range | Term(s) |
|---|---|---|---|
| Thrun, Sebastian | Email | 01/01/2012 - 09/01/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) OR (Pouch OR Sandstone OR Apparate)<br>bonus<br>truck<br>trucking<br>Levandowski<br>Lior<br>Odin<br>Tyto<br>Otto<br>Uber |
| Thrun, Sebastian | Docs | 01/01/2012 - 08/04/2014 | "280 systems" |
| Thrun, Sebastian | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed)<br>bonus<br>truck<br>trucking<br>Levandowski<br>Lior<br>Odin<br>Tyto<br>Otto<br>Uber |
| Thrun, Sebastian | Drive | 04/09/2007 – 07/31/2014 | "280 systems"<br>trade /2 secret*<br>[redacted]<br>[redacted]<br>"FAC lens"<br>GBr3<br>[redacted] |
| Ulrich, Drew | Email | 01/01/2013 - 01/31/2016 | [redacted]<br>[redacted] OR (trade /2 secret*) OR [redacted] OR "FAC lens" OR GBr3 OR [redacted]<br>OR ((fast /2 axis) /2 collimat*) OR [redacted]<br>[redacted] OR (anthony /10 |
| Ulrich, Drew | Email | 06/01/2013 - 01/31/2016 | (otto* or uber)) OR (levandowski /10 (otto* or uber)) or ((anthony OR levandowski) /10 newco) |
| Urmson, Chris | Email | 01/01/2011 - 05/31/2016 | (Anthony OR Levandowski OR Ron OR Lior) /25 (Newco OR Uber OR ((self /2 driving) /5 truck*) OR (side /5 business*) OR ZeeArrow OR KittyHawk)<br>(Levandowski OR Ron OR Lior OR Burnette OR Delaunay) /25 ((Newco) OR Uber))<br>OR ("self-driving" /5 truck*) OR (self /2 driving) /5 (truck*))<br>OR ((side /5 business*) OR (side /5 invest*))<br>OR (Pouch OR Sandstone OR Apparate)<br>OR (angel /2 invest*) |
| Urmson, Chris | Email | 01/01/2011 - 05/31/2016 | OR (Ognen OR Stojanovski) |
| Urmson, Chris | Email | 01/01/2012 - 08/31/2016 | (Anthony OR Levandowski) /25 ( bonus* OR (Chauffeur /10 (bonus* OR payment))) |
| Urmson, Chris | Email | 01/01/2012 - 09/01/2016 | (Herschel AND Lidar) OR (OWL /5 (lidar OR sensor)) OR (Ognen OR Stojanovski) OR (Schwarz OR Haslim OR Asheem OR Linaval OR Iturraran OR Karasoff) OR (Pouch OR Sandstone OR Apparate)<br>bonus<br>truck<br>trucking<br>Levandowski<br>Lior<br>Odin<br>Tyto<br>Otto<br>Uber |
| Urmson, Chris | Docs | 01/01/2012 - 08/05/2016 | "280 systems" |
| Urmson, Chris | Email | 04/01/2012 - 05/31/2016 | Truck* /10 (driver* OR "driver-less" OR chauffeur OR "self-driving" OR mile* OR speed)<br>bonus<br>truck<br>trucking<br>Levandowski<br>Lior<br>Odin<br>Tyto<br>Otto<br>Uber |
| Urmson, Chris | Drive | 02/23/2009 – 08/06/2016 | "280 systems" |

**HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY**

## CUSTODIAL SEARCHES

| Custodian | Data Type | Date Range | Term(s) |
|---|---|---|---|
| Urmson, Chris | Email | 06/01/2013 - 01/31/2016 | ███ OR (trade /2 secret*) OR ███ OR "FAC lens" OR GBr3 OR ███ OR ((fast /2 axis) /2 collimat*) OR ███ OR (anthony /10 (otto* or uber)) OR (levandowski /10 (otto* or uber)) or ((anthony OR levandowski) /10 newco) trade /2 secret* ███ "FAC lens" GBr3 ███ |
| Wachter, Luke | Email | 01/01/2013 - 01/31/2016 | ███ |
| Willis, Tim | Email | 02/24/2017 - 05/31/2017 | (Uber OR otto OR ottomotto OR "odin wave") /10 (SDC OR "self-driving" OR "self driving" OR driverless OR selfdriving OR autonomous OR lidar OR velodyne OR PCB) |

## NON-CUSTODIAL SEARCHES

Drive repositories concerning regulatory filings
Drive repositories concerning self-driving car technology
Employee Handbook Help Center
Employee Policy Materials
Engineering database documents
Ethics and Compliance Help Center
Ethics and Compliance training site
G3doc (internal engineering documentation management system)
gTrieve (internal HR data system)
HR Help Center
Internal Privacy Policy Site
Internal Security Policy Site
IPfolio (internal patent documentation storage)
Patent-related email boxes
Perf tool (internal performance review storage tool)
Security training site
SVN Audit Log
Targeted searches by individuals identified in Waymo's Responses and Objections
Workday (People Ops management tool and repository)