# EXHIBIT 4

# Jocelyn Ma

| | |
|---|---|
| **From:** | David Perlson |
| **Sent:** | Sunday, December 10, 2017 6:34 PM |
| **To:** | 'Villegas, Ethel'; QE-Waymo |
| **Cc:** | BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM; JCooper@fbm.com; MCate@fbm.com; UberWaymoMoFoAttorneys |
| **Subject:** | RE: Waymo v Uber - Uber Privilege Log |

Counsel, please confirm there will be another MoFo log produced tonight that is not limited to the MoFo "trial team."

John, as you recall, you directed MoFo to provide by today a complete log of its communications regarding the three documents with Uber, as well as with anyone other than Wilmer Hale, including internally at MoFo.  This was not limited to the "trial team."

---

**From:** Villegas, Ethel [mailto:EVillegas@mofo.com]
**Sent:** Sunday, December 10, 2017 5:54 PM
**To:** QE-Waymo <qewaymo@quinnemanuel.com>
**Cc:** BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM; JCooper@fbm.com; MCate@fbm.com; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>
**Subject:** Waymo v Uber - Uber Privilege Log

Counsel,

Attached is the log of communications before November 22, 2017 involving the MoFo trial team and the three documents at issue.

Best Regards,

**ETHEL VILLEGAS**

Paralegal Supervisor | Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
**P:** +1 (650) 813-5765
mofo.com | LinkedIn | Twitter

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.