# EXHIBIT 5

12/10/2017

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:14cv-00939- WHA

**Uber's Privilege Log Re Communications with Trial Team Re Jacobs Documents pre November 22, 2017**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/26/2017 | Duross, Charles <cduross@mofo.com> | Stern, William L. <WStern@mofo.com>; Cheung, Tiffany <TCheung@mofo.com>; Tate, Eric Akira <ETate@mofo.com>; Sprenkel, Stacey M. <SSprenkel@mofo.com>; Dysart, Meghan E. <MDysart@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com> | Friedman, Paul T. <PFriedman@mofo.com> | | AC, WP | Email concerning legal advice regarding 4/14/17 resignation email from Richard Jacobs | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 2 | 4/26/2017 | Sprenkel, Stacey <SSprenkel@mofo.com> | Duross, Charles <cduross@mofo.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com> | Stern, William L. <WStern@mofo.com>; Cheung, Tiffany <TCheung@mofo.com>; Tate, Eric Akira <ETate@mofo.com>; Dysart, Meghan E. <MDysart@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Friedman, Paul T. <PFriedman@mofo.com> | | AC, WP | Email concerning legal advice regarding 4/14/17 resignation email from Richard Jacobs | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 3 | 4/26/2017 | Tate, Eric Akira <ETate@mofo.com> | Sprenkel, Stacey M. <SSprenkel@mofo.com> | Duross, Charles <cduross@mofo.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>; Stern, William L. <WStern@mofo.com>; Cheung, Tiffany <TCheung@mofo.com>; Dysart, Meghan E. <MDysart@mofo.com>; Carlin, John P. <JCarlin@mofo.com>; Friedman, Paul T. <PFriedman@mofo.com>; Rivera, Sylvia <srivera@mofo.com>; Ray, Wendy <wray@mofo.com> | | AC, WP | Email concerning legal advice and work product regarding Uber's ediscovery systems. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 4 | 4/27/2017 | Sprenkel, Stacey M. <SSprenkel@mofo.com> | Rivera, Sylvia <srivera@mofo.com>; Ray, Wendy <wray@mofo.com> | Duross, Charles <cduross@mofo.com> | | AC, WP | Email concerning legal advice regarding Uber's ediscovery systems regarding potential investigation into Jacobs resignation letter. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 5 | 4/27/2017 | Ray, Wendy <wray@mofo.com> | Sprenkel, Stacey M. <SSprenkel@mofo.com> | Rivera, Sylvia <srivera@mofo.com>; Duross, Charles <cduross@mofo.com> | | AC, WP | Email concerning legal advice and work product regarding Uber's ediscovery system. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 6 | 4/27/2017 | Rivera, Sylvia <srivera@mofo.com> | Sprenkel, Stacey M. <SSprenkel@mofo.com> | Ray, Wendy <wray@mofo.com>; Duross, Charles <cduross@mofo.com> | | AC, WP | Email concerning legal advice and work product regarding Uber's ediscovery systems. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |
| 7 | 4/27/2017 | Sprenkel, Stacey M. <SSprenkel@mofo.com> | Rivera, Sylvia <srivera@mofo.com> | Ray, Wendy <wray@mofo.com>; Duross, Charles <cduross@mofo.com> | | AC, WP | Email concerning legal advice regarding Uber's ediscovery systems regarding potential investigation into Jacobs resignation letter. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |

12/10/2017

Waymo LLC v. Uber Technologies, Inc.
Case No. 3:14cv-00939- WHA

**Uber's Privilege Log Re Communications with Trial Team Re Jacobs Documents pre November 22, 2017**

| Priv Log No. | Document Date | Sent By / Author | Recipients | CC | BCC | Privilege Assertion | Subject Matter of Communication | Steps Taken to Ensure Confidentality | Received by Unauthorized Persons? | Custodian (Location) |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 4/27/2017 | Rivera, Sylvia <srivera@mofo.com> | Sprenkel, Stacey M. <SSprenkel@mofo.com> | Ray, Wendy <wray@mofo.com>; Duross, Charles <cduross@mofo.com> | | AC, WP | Email concerning legal advice and work product regarding Uber's ediscovery systems. | Maintained in Morrison & Foerster LLP's internal and secured records repository. | To the best of Uber's knowledge, this document has not been received by unauthorized persons. | Morrison & Foerster LLP |