# EXHIBIT 6

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 1 | 04/26/2017 13:09 EDT | Spiegler, Joe (Uber) | Gorelick, Jamie (WH) Duross, Charles (MF) | Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to 4/14/17 resignation email from Jacobs. |
| 2 | 04/26/2017 21:22 EDT | Spiegler, Joe (Uber) | Gorelick, Jamie (WH) Duross, Charles (MF) | Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to 4/19/17 notice of representation letter from Jacobs. |
| 3 | 04/27/2017 20:11 EDT | Lee, Randall (WH) | Duross, Charles (MF) Sprenkel, Stacey (MF) | Tewksbury, Heather (WH) Gorelick, Jamie (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 3a | 04/27/2017 20:34 EDT | Gorelick, Jamie (WH) | Duross, Charles (MF) Lee, Randall (WH) Sprenkel, Stacey (MF) | Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 3b | 04/28/2017 08:40 EDT | Gorelick, Jamie (WH) | Duross, Charles (MF) Carlin, John (MF) Lee, Randall (WH) Sprenkel, Stacey (MF) | Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 3c | 04/28/2017 09:19 EDT | Carlin, John (MF) | Gorelick, Jamie (WH) | Duross, Charles (MF) Lee, Randall (WH) Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 3d | 04/28/2017 09:25 EDT | Gorelick, Jamie (WH) | Carlin, John (MF) | Duross, Charles (MF) Lee, Randall (WH) Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 3e | 04/28/2017 10:20 EDT | Lee, Randall (WH) | Carlin, John (MF) | Duross, Charles (MF) Tewksbury, Heather (WH) Gorelick, Jamie (WH) Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 3f | 04/28/2017 10:22 EDT | Gorelick, Jamie (WH) | Carlin, John (MF) Lee, Randall (WH) | Duross, Charles (MF) Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 3g | 04/28/2017 10:41 EDT | Carlin, John (MF) | Gorelick, Jamie (WH) Lee, Randall (WH) | Duross, Charles (MF) Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 4 | 04/28/2017 08:44 EDT | Gorelick, Jamie (WH) | Duross, Charles (MF) Carlin, John (MF) Sprenkel, Stacey (MF) | Gorelick, Jamie (WH) Lee, Randall (WH) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 4a | 04/28/2017 08:47 EDT | Duross, Charles (MF) | Carlin, John (MF) Gorelick, Jamie (WH) Sprenkel, Stacey (MF) | Lee, Randall (WH) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 5 | 04/28/2017 08:52 EDT | Sprenkel, Stacey (MF) | Carlin, John (MF) Duross, Charles (MF) Gorelick, Jamie (WH) Tewksbury, Heather (WH) Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 5a | 04/28/2017 14:09 EDT | Lee, Randall (WH) | Duross, Charles (MF)<br>Tewksbury, Heather (WH)<br>Gorelick, Jamie (WH)<br>Carlin, John (MF)<br>Sprenkel, Stacey (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 5b | 04/28/2017 14:26 EDT | Sprenkel, Stacey (MF) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 5c | 04/28/2017 21:03 EDT | Gorelick, Jamie (WH) | Sprenkel, Stacey (MF) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Lee, Randall (WH<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 6 | 04/28/2017 16:36 EDT | Spiegler, Joe (Uber) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH)<br>Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 6a | 04/28/2017 16:36 EDT | | | | Attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 4. |
| 7 | 04/28/2017 16:45 EDT | Hill, Christin (Uber) | Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Spiegler, Joe (Uber)<br>Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 8 | 04/28/2017 17:00 EDT | Hill, Christin (Uber) | Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Spiegler, Joe (Uber)<br>Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 9 | 04/30/2017 22:47 EDT | Lee, Randall (WH) | Duross, Charles (MF)<br>Tewksbury, Heather (WH)<br>Gorelick, Jamie (WH)<br>Carlin, John (MF);<br>Sprenkel, Stacey (MF) | Johnstone, Chris (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9a | 04/30/2017 22:57 EDT | Gorelick, Jamie (WH) | Lee, Randall (WH) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9b | 05/01/2017 18:07 EDT | Johnstone, Chris (WH) | Gorelick, Jamie (WH)<br>Spiegler, Joe (Uber)<br>Sprenkel, Stacey (MF) | Carlin, John (MF<br>Duross, Charles (MF)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 9c | 05/01/2017 18:24 EDT | Spiegler, Joe (Uber) | Gorelick, Jamie (WH)<br>Hill, Chirstin (Uber)<br>Majalya, Sidney (Uber) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Sprenkel, Stacey (MF)<br>Lee, Randall (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9d | 05/01/2017 18:28 EDT | Gorelick, Jamie (WH) | Hill, Christin (Uber)<br>Spiegler, Joe (Uber)<br>Majalya, Sidney (Uber) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Sprenkel, Stacey (MF)<br>Lee, Randall (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9e | 05/01/2017 18:55 EDT | Sprenkel, Stacey (MF) | Gorelick, Jamie (WH)<br>Majalya, Sidney (Uber)<br>Hill, Christin (Uber)<br>Spiegler, Joe (Uber) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Tewksbury, Heather (WH)<br>Lee, Randall (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9f | 05/02/2017 19:52 EDT | Duross, Charles (MF) | Gorelick, Jamie (WH)<br>Majalya, Sidney (Uber)<br>Hill, Christin (Uber)<br>Spiegler, Joe (Uber) | Carlin, John (MF)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9g | 05/02/2017 19:56 EDT | Spiegler, Joe (Uber) | Duross, Charles (MF) | Carlin, John (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9h | 05/02/2017 20:40 EDT | Hill, Christin (Uber) | Spiegler, Joe (Uber) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9i | 05/02/2017 21:05 EDT | Lee, Randall (WH) | Duross, Charles (MF)<br>Spiegler, Joe (Uber) | Hill, Christin (Uber)<br>Johnstone, Chris (WH)<br>Tewksbury, Heather (WH)<br>Gorelick, Jamie (WH)<br>Carlin, John (MF)<br>Majalya, Sidney (Uber)<br>Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |
| 9j | 05/02/2017 21:29 EDT | Gorelick, Jamie (WH) | Hill, Christin (Uber)<br>Spiegler, Joe (Uber) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Tewksbury, Heather (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs Investigation. |

Log of Communication with Trial Counsel Firms Through November 21, 2017

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 10 | 05/02/2017 14:13 EDT | Carlin, John (MF) | Gorelick, Jamie (WH)<br>Lee, Randall (WH) | Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10a | 05/02/2017 20:31 EDT | Lee, Randall (WH) | Gorelick, Jamie (WH)<br>Carlin, John (MF) | Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Tewksbury, Heather (WH)<br>Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10b | 05/02/2017 20:31 EDT | Lee, Randall (WH) | Gorelick, Jamie (WH)<br>Carlin, John (MF) | Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Tewksbury, Heather (WH)<br>Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10c | 05/02/2017 20:51 EDT | Carlin, John (MF) | Lee, Randall (WH) | Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10d | 05/02/2017 20:55 EDT | Carlin, John (MF) | Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10e | 05/02/2017 21:07 EDT | Lee, Randall (WH) | Carlin, John (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10f | 05/02/2017 21:09 EDT | Carlin, John (MF) | Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10g | 05/04/2017 09:30 EDT | Carlin, John (MF) | Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10h | 05/04/2017 13:07 EDT | Carlin, John (MF) | Lee, Randall (WH) | Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10i | 05/04/2017 13:12 EDT | Lee, Randall (WH) | Carlin, John (MF) | Johnstone, Chris (WH)<br>Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10j | 05/04/2017 14:44 EDT | Carlin, John (MF) | Lee, Randall (WH) | Sprenkel, Stacey (MF)<br>Johnstone, Chris (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 10k | 05/04/2017 15:20 EDT | Lee, Randall (WH) | Carlin, John (MF) | Sprenkel, Stacey (MF)<br>Johnstone, Chris (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11 | 05/02/2017 21:10 EDT | Johnstone, Chris (WH) | Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Carlin, John (MF)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11a | 05/02/2017 21:25 EDT | Gorelick, Jamie (WH) | Duross, Charles (MF)<br>Carlin, John (MF)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11b | 05/02/2017 21:45 EDT | Lee, Randall (WH) | Duross, Charles (MF)<br>Johnstone, Chris (WH)<br>Tewksbury, Heather (WH)<br>Gorelick, Jamie (WH)<br>Carlin, John (MF) | Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 11c | 05/02/2017 21:57 EDT | Gorelick, Jamie (WH) | Duross, Charles (MF)<br>Carlin, John (MF)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11d | 05/02/2017 23:53 EDT | Duross, Charles (MF) | Carlin, John (MF<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11e | 05/03/2017 00:01 EDT | Sprenkel, Stacey (MF) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11f | 05/03/2017 12:29 EDT | Sprenkel, Stacey (MF) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11g | 05/03/2017 13:16 EDT | Lee, Randall (WH) | Johnstone, Chris (WH)<br>Sprenkel, Stacey (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11h | 05/03/2017 13:42 EDT | Johnstone, Chris (WH) | Lee, Randall (WH)<br>Sprenkel, Stacey (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11i | 05/03/2017 17:00 EDT | Johnstone, Chris (WH) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11j | 05/03/2017 17:00 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 9i. |
| 11k | 05/03/2017 17:02 EDT | Carlin, John (MF) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 11l | 05/03/2017 17:02 EDT | Sprenkel, Stacey (MF) | Johnstone, Chris (WH) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Lee, Randall (WH)<br>Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 12 | 05/03/2017 12:21 EDT | Duross, Charles (MF) | Hill, Christin (Uber)<br>Spiegler, Joe (Uber)<br>Majalya, Sidney (Uber) | Carlin, John (MF)<br>Gorelick, Jamie (WH)<br>Johnstone, Chris (WH)<br>Lee, Randall (WH)<br>Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 12a | 05/03/2017 15:01 EDT | Hill, Christin (Uber) | Duross, Charles (MF) | Johnstone, Chris (WH)<br>Tewksbury, Heather (WH)<br>Gorelick, Jamie (WH)<br>Carlin, John (MF)<br>Spiegler, Joe (Uber)<br>Lee, Randall (WH)<br>Majalya, Sidney (Uber)<br>Sprenkel, Stacey (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 12b | 05/03/2017 15:14 EDT | Johnstone, Chris (WH) | Duross, Charles (MF)<br>Hill, Christin (Uber) | Gorelick, Jamie (WH)<br>Carlin, John (MF)<br>Lee, Randall (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH)<br>Spiegler, Joe (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 12c | 05/03/2017 16:50 EDT | Johnstone, Chris (WH) | Duross, Charles (MF)<br>Hill, Christin (Uber) | Gorelick, Jamie (WH)<br>Carlin, John (MF)<br>Lee, Randall (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH)<br>Spiegler, Joe (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 12d | 05/03/2017 16:50 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 10c. |
| 13 | 05/04/2017 18:55 EDT | Sprenkel, Stacey (MF) | Carlin, John (MF)<br>Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Gorelick, Jamie (WH)<br>Tewksbury, Heather (WH)<br>Lee, Randall (WH) | Johnstone, Chris (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 13a | 05/04/2017 18:55 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 11. |
| 14 | 05/05/2017 21:25 EDT | Spiegler, Joe (Uber) | Tewksbury, Heather (WH)<br>Gorelick, Jamie (WH)<br>Lee, Randall (WH) | Duross, Charles (MF)<br>Sprenkel, Stacey (MF)<br>Hill, Christin (Uber)<br>Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to 5/5/17 Jacobs Letter. |
| 14a | 05/05/2017 21:25 EDT | | | | 5/5/17 Jacobs Letter attached to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 12. |
| 15 | 05/07/2017 01:37 EDT | Spiegler, Joe (Uber) | Duross, Charles (MF)<br>Gorelick, Jamie (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH) | Hill, Christin (Uber)<br>Wong, Marcus (Uber)<br>Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 15a | 05/07/2017 06:06 EDT | Duross, Charles (MF) | Spiegler, Joe (Uber) | Gorelick, Jamie (WH)<br>Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH)<br>Hill, Christin (Uber)<br>Wong, Marcus (Uber)<br>Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 15b | 05/07/2017 07:45 EDT | Gorelick, Jamie (WH) | Duross, Charles (MF)<br>Spiegler, Joe (Uber) | Sprenkel, Stacey (MF)<br>Tewksbury, Heather (WH)<br>Hill, Christin (Uber)<br>Wong, Marcus (Uber)<br>Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 16 | 05/07/2017 21:40 EDT | Carlin, John (MF) | Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 16a | 05/08/2017 13:20 EDT | Lee, Randall (WH) | Carlin, John (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 16b | 05/08/2017 13:34 EDT | Carlin, John (MF) | Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 16c | 05/08/2017 13:46 EDT | Lee, Randall (WH) | Carlin, John (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 16d | 05/08/2017 13:47 EDT | Carlin, John (MF) | Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 16e | 05/08/2017 13:48 EDT | Lee, Randall (WH) | Carlin, John (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 16f | 05/08/2017 13:49 EDT | Carlin, John (MF) | Lee, Randall (WH) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 17 | 05/08/2017 13:57 EDT | Carlin, John (MF) | Lee, Randall (WH)<br>Wong, David (Mandiant) | Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 17a | 05/08/2017 14:16 EDT | Wong, David (Mandiant) | Carlin, John (MF)<br>Lee, Randall (WH) | Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 17b | 05/08/2017 14:40 EDT | Sedgwick, Sue (MF) | Carlin, John (MF)<br>Lee, Randall (WH)<br>Wong, David (Mandiant) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 17c | 05/08/2017 14:51 EDT | Lee, Randall (WH) | Sedgwick, Sue (MF) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 17d | 05/09/2017 10:25 EDT | Jam, Navid (Mandiant) | Carlin, John (MF)<br>Lee, Randall (WH)<br>Sedgwick, Sue (MF)<br>Wong, David (Mandiant)<br>Jam, Navid (Mandiant) | | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 17e | 05/09/2017 10:30 EDT | Lee, Randall (WH) | Jam, Navid (Mandiant) | Wong, David (Mandiant)<br>Carlin, John (MF)<br>Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 18 | 05/10/2017 00:35 EDT | Jam, Navid (Mandiant) | Lee, Randall (WH) | Carlin, John (MF)<br>Sedgwick, Sue (MF)<br>Wong, David (Mandiant) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 18a | 05/10/2017 00:35 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 16. |

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 18b | 05/10/2017 00:35 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 16. |
| 18c | 05/10/2017 21:58 EDT | Lee, Randall (WH) | Jam, Navid (Mandiant) | Johnstone, Chris (WH) Wong, David (Mandiant) Carlin, John (MF) Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 18d | 05/10/2017 22:49 EDT | Jam, Navid (Mandiant) | Lee, Randall (WH) | Carlin, John (MF) Johnstone, Chris (WH) Sedgwick, Sue (MF) Wong, David (Mandiant) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 18e | 05/10/2017 23:12 EDT | Lee, Randall (WH) | Jam, Navid (Mandiant) | Johnstone, Chris (WH) Wong, David (Mandiant) Carlin, John (MF) Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 18f | 05/11/2017 13:14 EDT | Lee, Randall (WH) | Jam, Navid (Mandiant) | Johnstone, Chris (WH) Wong, David (Mandiant) Carlin, John (MF) Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 18g | 05/11/2017 13:53 EDT | Jam, Navid (Mandiant) | Lee, Randall (WH) | Johnstone, Chris (WH) Wong, David (Mandiant) Carlin, John (MF) Sedgwick, Sue (MF) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 18h | 05/11/2017 13:53 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 16g. |
| 18i | 05/11/2017 13:53 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 16g. |
| 19 | 05/22/2017 12:26 EDT | Majalya, Sidney (Uber) | Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Spiegler, Joe (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 19a | 05/22/2017 12:26 EDT | | | | Document attachment to correspondence with Morrison Foerster compliance team relating to Jacobs investigation in log entry 17. |
| 20 | 06/05/2017 11:42 EDT | Spiegler, Joe (Uber) | Duross, Charles (MF) Tewksbury, Heather (WH) | Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 20a | 06/05/2017 11:44 EDT | Tewksbury, Heather (WH) | Spiegler, Joe (Uber) | Duross, Charles (MF) Majalya, Sidney (Uber) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 21 | 06/19/2017 12:51 EDT | Johnstone, Chris (WH) | Hill, Joshua (MF) | Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 21a | 06/19/2017 17:04 EDT | Hill, Joshua (MF) | Johnstone, Chris (WH) | Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 21b | 06/19/2017 17:56 EDT | Johnstone, Chris (WH) | Hill, Joshua (MF) | Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 21c | 06/21/2017 01:00 EDT | Johnstone, Chris (WH) | Hill, Joshua (MF) | Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 21d | 06/21/2017 01:03 EDT | Hill, Joshua (MF) | Johnstone, Chris (WH) | Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |
| 21e | 06/21/2017 01:14 EDT | Johnstone, Chris (WH) | Hill, Joshua (MF) | Sprenkel, Stacey (MF) Tewksbury, Heather (WH) | Correspondence with Morrison Foerster compliance team relating to Jacobs investigation. |

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 22 | 06/25/2017 15:31 EDT | Robbins, Patrick (SS) | Dunn, Karen (BSF)<br>Tewksbury, Heather (WH) | | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |
| 22a | 06/25/2017 15:40 EDT | Dunn, Karen (BSF) | Tewksbury, Heather (WH)<br>Robbins, Patrick (SS) | | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |
| 22b | 06/26/2017 11:17 EDT | Tewksbury, Heather (WH) | Dunn, Karen (BSF) | Johnstone, Chris (WH)<br>Ladd, Erin (WH) | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |
| 22c | 06/26/2017 11:50 EDT | Dunn, Karen (BSF) | Tewksbury, Heather (WH) | Johnstone, Chris (WH)<br>Ladd, Erin (WH)<br>Padilla, Angela (Uber)<br>Lee, Sarah (BSF) | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |
| 22d | 06/28/2017 13:50 EDT | Johnstone, Chris (WH) | Dunn, Karen (BSF)<br>Tewksbury, Heather (WH) | Padilla, Angela (Uber)<br>Ladd, Erin (WH) | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |
| 22e | 06/28/2017 13:52 EDT | Dunn, Karen (BSF) | Johnstone, Chris (WH)<br>Tewksbury, Heather (WH) | Ladd, Erin (WH)<br>Padilla, Angela (Uber)<br>Takashima, Edward (BSF)<br>Goodman, Martha (BSF)<br>Lee, Sarah (BSF) | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |
| 22f | 06/28/2017 14:10 EDT | Padilla, Angela (Uber) | Dunn, Karen (BSF) | Johnstone, Chris (WH)<br>Ladd, Erin (WH)<br>Goodman, Martha (BSF)<br>Tewksbury, Heather (WH)<br>Takashima, Edward (BSF)<br>Lee, Sarah (BSF) | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |
| 22g | 06/28/2017 14:15 EDT | Johnstone, Chris (WH) | Padilla, Angela (Uber)<br>Dunn, Karen (BSF) | Ladd, Erin (WH)<br>Goodman, Martha (BSF)<br>Tewksbury, Heather (WH)<br>Takashima, Edward (BSF)<br>Lee, Sarah (BSF) | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |

Log of Communication with Trial Counsel Firms Through November 21, 2017

| Log Entry | Document Date | From/Author | To/Recipient(s) | CC | Document Description |
|---|---|---|---|---|---|
| 22h | 06/28/2017 14:23 EDT | Takashima, Edward (BSF) | Padilla, Angela (Uber)<br>Dunn, Karen (BSF)<br>Johnstone, Chris (WH) | Ladd, Erin (WH)<br>Goodman, Martha (BSF)<br>Tewksbury, Heather (WH)<br>Lee, Sarah (BSF) | Correspondence with Boies Schiller Flexner relating to issue that arose from internal investigation of practices by Uber's Security group following Jacobs's 5/5/17 letter [correspondence does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter or the content of such letters/emails]. |