# EXHIBIT 8

# Jocelyn Ma

| | |
|---|---|
| **From:** | evillegas@mofo.com |
| **Sent:** | Sunday, December 10, 2017 1:25 PM |
| **To:** | Charles K Verhoeven; David Perlson; Dawn A. Siadatan; John McCauley; John Neukom; Jordan Jaffe; Joseph LeRoy; Melissa Baily; QE-Waymo; Rene Unger; Jim Grossell |
| **Cc:** | bdunseth@susmangodfrey.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; cseki@BSFLLP.com; JCooper@fbm.com; MCate@fbm.com; sschulze@susmangodfrey.com; Uber-sg@LISTS.SUSMANGODFREY.COM; UberWaymoMoFoAttorneys@mofo.com |
| **Subject:** | Waymo v Uber - UBER_183 |

**You have received 1 secure file from evillegas@mofo.com.**
Use the secure link below to download.

Counsel,

Enclosed please find for production UBER_183. This production contains AEO & Confidential documents and should be treated accordingly. The password for the zip file will be sent under separate cover.

Best Regards,

Ethel Villegas | Litigation Paralegal Supervisor | Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304
P. 650.813.5765 | F. 650.251.3894 | evillegas@mofo.com

**Secure File Downloads:**
Available until: **25 December 2017**

Click link to download:

> **UBER_183.zip**
> 657.54 MB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com

Secured by Accellion

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

# Jocelyn Ma

| | |
|---|---|
| **From:** | evillegas@mofo.com |
| **Sent:** | Sunday, December 10, 2017 9:04 PM |
| **To:** | Charles K Verhoeven; David Perlson; Dawn A. Siadatan; Jim Grossell; John McCauley; John Neukom; Jordan Jaffe; Joseph LeRoy; Melissa Baily; QE-Waymo; Rene Unger |
| **Cc:** | bdunseth@susmangodfrey.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; cseki@BSFLLP.com; JCooper@fbm.com; MCate@fbm.com; sschulze@susmangodfrey.com; Uber-sg@LISTS.SUSMANGODFREY.COM; UberWaymoMoFoAttorneys@mofo.com |
| **Subject:** | Waymo v Uber - UBER_184 & UBER_185 |

**You have received 2 secure files from evillegas@mofo.com.**
Use the secure links below to download.

Counsel,

Enclosed please find for production UBER_184 & UBER_185. These productions contain AEO & Confidential documents and should be treated accordingly. The password for the zip files will be sent under separate cover.

Best Regards,

Ethel Villegas | Litigation Paralegal Supervisor | Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304
P. 650.813.5765 | F. 650.251.3894 | evillegas@mofo.com

**Secure File Downloads:**
Available until: **25 December 2017**

Click links to download:

**UBER_184.zip**
48.92 MB

**UBER_185.zip**
2.95 MB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com

Secured by Accellion

================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

# Jocelyn Ma

| | |
|---|---|
| **From:** | evillegas@mofo.com |
| **Sent:** | Monday, December 11, 2017 11:14 PM |
| **To:** | Charles K Verhoeven; David Perlson; Dawn A. Siadatan; Jim Grossell; John McCauley; John Neukom; Jordan Jaffe; Joseph LeRoy; Melissa Baily; QE-Waymo; Rene Unger |
| **Cc:** | bdunseth@susmangodfrey.com; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; cseki@BSFLLP.com; JCooper@fbm.com; MCate@fbm.com; sschulze@susmangodfrey.com; Uber-sg@LISTS.SUSMANGODFREY.COM; UberWaymoMoFoAttorneys@mofo.com |
| **Subject:** | Waymo v Uber - UBER_186 |

**You have received 1 secure file from evillegas@mofo.com.**
Use the secure link below to download.

Counsel,

Enclosed please find for production UBER_186. This production contains AEO & Confidential documents and should be treated accordingly. The password for the zip file will be sent under separate cover.

Best Regards,

Ethel Villegas | Litigation Paralegal Supervisor | Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304
P. 650.813.5765 | F. 650.251.3894 | evillegas@mofo.com

**Secure File Downloads:**
Available until: **26 December 2017**

Click link to download:

UBER_186.zip
66.13 MB

You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com

Secured by Accellion

======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.