1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY 10019-6023
   Tel: 212.336.8330 / Fax:  212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

| 20 | WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR LETTER BRIEF FOR TELEPHONIC HEARING** |
| 22 | v. | |
| 23 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24 | | |
| 25 | Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Letter Brief for Telephonic Hearing ("Letter").

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Letter Brief for Telephonic Hearing ("Letter") | Highlighted Portions | Defendants (Blue) Plaintiff (Green) |
| Exhibits 1 and 2 | Entirety | Plaintiff |

3. The blue-highlighted portions of the Letter discuss confidential information relating to certain confidential proceedings between Uber and certain former employees, which should be maintained as confidential subject to an agreement between parties to those proceedings.

4. The blue-highlighted portions of the Letter discuss confidential information relating to technology measures considered for application within Uber. This information is maintained as confidential. Disclosure of this sensitive information could reveal Uber's strategy and technology capabilities.

5. The green-highlighted portions of the Letter and Exhibits 1 and 2 contains information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

1  6. Defendants' request to seal is narrowly tailored to the portions of their Letter Brief that merits sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of December, 2017 at Washington, District of Columbia

                                                        */s/ Michelle Yang*
                                                          Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has concurred in this filing.

Dated: December 12, 2017                       */s/ Arturo J. Gonzalez*
                                                         ARTURO J. GONZALEZ