QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**SUPPLEMENTAL DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF PLAINTIFF WAYMO'S LETTER BRIEF RE JACOBS-RELATED DISCOVERY**<br><br>Judge:         Hon. William H. Alsup<br>Trial Date:  February 5, 2018 |

I, Andrea Pallios Roberts, hereby declare as follows.

1. I am a member of the bar of the State of California and Counsel with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit 11 is a true and correct copy of WilmerHale's "Privilege Log Relating to First Communications with Outside Waymo Litigation Counsel re: (1) 4/14/17 Jacobs Resignation Email; (2) 5/5/17 Jacobs Letter; and (3) Jacobs Settlement Agreement" served by counsel for WilmerHale on December 5, 2017.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  December 13, 2017

*/s Andrea Roberts*
Andrea Pallios Roberts

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrea P. Roberts.

/s/ Charles K. Verhoeven

Charles K. Verhoeven