# Exhibit 11

Privilege Log Relating to First Communications with Outside Waymo Litigation Counsel
re: (1) 4/14/17 Jacobs Resignation Email; (2) 5/5/17 Jacobs Letter; and (3) Jacobs Settlement Agreement

| Date | From | To/cc | Outside Litigation Counsel | Subject Matter |
|---|---|---|---|---|
| April 26, 2017 | Spiegler, Joe (Uber) | Gorelick, Jamie (WH); Duross, Charles (MF); Majalya, Sidney (Uber) | Morrison Foerster | First communication relating to 4/14/17 resignation email from Jacobs |
| April 26, 2017 | Spiegler (Uber) | Gorelick (WH); Duross (MF); Majalya (Uber) | Morrison Foerster | First communication relating to 4/19/17 notice of representation letter |
| May 5, 2017 | Spiegler (Uber) | Gorelick (WH); Lee, Randall (WH); Tewksbury, Heather (WH); Duross (MF); Sprenkel, Stacey (MF); Majalya; Hill, Christin (Uber) | Morrison Foerster | First communication relating to 5/5/17 demand letter |
| June 25, 2017 | Robbins, Patrick (Shearman & Sterling) | Dunn, Karen (BSF); Tewksbury (WH) | Boies Schiller Flexner | First communication relating to allegations in the Jacobs matter [does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter] |
| June 26, 2017 | Dunn (BSF) | Tewksbury (WH); Johnstone, Chris (WH); Ladd, Erin (WH); Padilla, Angela (Uber); | Boies Schiller Flexner | Continued communication relating to allegations in the Jacobs matter [does not specifically reference 4/14/17 email, 4/19/17 letter, or 5/5/17 letter] |

Privilege Log Relating to First Communications with Outside Waymo Litigation Counsel
re: (1) 4/14/17 Jacobs Resignation Email; (2) 5/5/17 Jacobs Letter; and (3) Jacobs Settlement Agreement

| Date | From | To/cc | Outside Litigation Counsel | Subject Matter |
|---|---|---|---|---|
| | | Lee, Sarah (BSF) | | |
| August 20, 2017 | Kelly, Candace (Uber) | Lee (WH); Tewksbury (WH) | | First communication relating to Jacobs settlement agreement |