1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 2326)** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Plaintiff Waymo LLC ("Waymo") has filed a Motion for Reconsideration of Order

2 Granting in Part and Denying in Part Administrative Motion to File Under Seal (Dkt. 2326)

3 ("Motion for Reconsideration").

4        Having considered the Motion for Reconsideration, and good cause to seal having been

5 shown, the Court **GRANTS** Waymo's Motion for Reconsideration and **ORDERS** sealed the

6 portions of the documents listed below:

7        1.      Sealing portions of Plaintiff's Responses and Objections to Uber's Fifth Set of

8               Interrogatories (Nos. 18-24) (previously filed as Exhibit 1 at Dkt. 1214-6/1294-4) marked

9               in red boxes on page 12, lines 20-24 of the sealed version filed as Exhibit A to the Motion

10               for Reconsideration (in addition to passages previously granted sealing); and

11        2.      Sealing portions of the July 30, 2017 email from Andrea P. Roberts to counsel for

12               Defendants (previously filed as Exhibit 6 at Dkt. 1214-16/1294-14) marked in red boxes

13               on pages 20-21 and 24-28 of the sealed version filed as Exhibit B to the Motion for

14               Reconsideration.

15

16 **IT IS SO ORDERED.**

17

18 Dated: ___December 14___, 2017

19                                      HON. JACQUELINE SCOTT CORLEY

20                                      United States Magistrate Judge

21

22

23

24

25

26

27

28