IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants.<br>_____/ | No. C 17-00939 WHA<br><br>**ORDER AND PUBLIC REFILING OF DKT. NO. 2307-2 PURSUANT TO ORDERS DATED NOVEMBER 29 AND DECEMBER 13** |

      The public re-filing of the Jacobs letter (Dkt No. 2307-2) with the Court's approved redactions is appended hereto as <u>Exhibit A</u>.  The redacted information shall remain under seal. Plaintiff Waymo LLC shall not use the sealed information in any way outside of this litigation. This obligation does not extend to any party that has acquired or will acquire copies of the Jacobs letter or the information therein outside of this litigation.

      **IT IS SO ORDERED.**

Dated:  December 15, 2017.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE