United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, <br><br> Defendants. | No. C 17-00939 WHA <br><br> **ORDER RE DEADLINE TO FILE OBJECTIONS TO OR MOTIONS REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION** |

Pursuant to the referral dated December 4 (Dkt. No. 2341), special master John Cooper has filed a report and recommendation regarding the Jacobs materials (Dkt. No. 2396). Any objection to or motion regarding the special master's report and recommendation must be filed by **DECEMBER 22 AT NOON** and will be heard on **JANUARY 3, 2018, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: December 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE