| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
|   | AGonzález@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Tel: 415.268.7000 / Fax: 415.268.7522 |
| 5 | |
|   | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
|   | HAMISH P.M. HUME (*Pro Hac Vice*) |
| 7 | hhume@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
|   | Washington DC 20005 |
| 9 | Tel: 202.237.2727 / Fax: 202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
|   | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
|   | srabin@susmangodfrey.com |
| 12 | SUSMAN GODFREY |
|   | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY 10019-6023 |
|   | Tel: 212.336.8330 / Fax: 212.336.8340 |
| 14 | |
| 15 | Attorneys for Defendants |
|   | UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.  3:17-cv-00939-WHA |
| Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS SUBMISSION TO SPECIAL MASTER COOPER REGARDING UBER'S OBLIGATION TO PRODUCE JACOBS LETTER AND RELATED DOCUMENTS (DKT. 2367)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Submission to Special Master Cooper Regarding Uber's Obligation to Produce Jacobs Letter and Related Documents ("Submission") (Dkt. 2367).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 1 | Redacted portions in public refiling at Dkt. 2401-1 |
| Exhibit 2 | Yellow-highlighted portion in attached version |
| Exhibit 3 | Blue-highlighted portion on page 18 |
| Exhibit 10 | Red boxes |
| Exhibit 14 | Red boxes |

3. I understand that Exhibit 1 to Waymo's Submission is the same document as Exhibit B to the Court's November 29, 2017 Order (Dkt. 2307-2), for which the Court has already granted sealing with respect to the green-highlighted portions of that document. (Dkt. 2307 at 2.) The Court's December 13, 2017 Order also granted additional redactions to Exhibit A to the Boersch Declaration (Dkt. 2382), which are also reflected in the public re-filing of Dkt. 2307-2. (Dkt. 2401-1.) Exhibit 1 to Waymo's Submission contains information that implicates the safety, privacy, and reputational interests of former and current Uber employees and vendors, as well as various third party individuals and entities. Defendants support sealing of the redacted portions in Dkt. 2307-2 and Dkt. 2401-1.

4. The yellow-highlighted portion of Exhibit 2 contain references to the same type of confidential material for which the Court granted sealing in its November 29, 2017 Order and December 13, 2017 Order, which are reflected in the public refiling of Exhibit B to Dkt. 2307-2 at Dkt. 2401-1.  (Dkt. 2307-2; Dkt. 2382; Dkt. 2401-1.)  I understand that the yellow-highlighted portion of Exhibit 2 similarly contain information that implicates the safety, privacy, and reputational interests of former and current Uber employees and vendors, as well as various third-party individuals and entities.

5. The yellow-highlighted portions of Exhibit 2 also contain the email addresses and telephone number of a former Uber employee, which include personal contact information.  Uber requests that this contact information be kept confidential in order to protect this former Uber employee from harm or harassment.

6. The blue highlighted-portion on page 18 of Exhibits 3 and the red boxes on Exhibit 10 contain highly confidential information regarding a list of Uber's internal servers.  I understand that disclosure of this information could compromise the security and privacy of these internal servers.

7. The red boxes on Exhibit 14 contain a list of current and former employee names relating to use of ephemeral messaging.  Uber requests this list be kept confidential in order to protect the privacy of individuals currently or formerly at a company that is subject of extensive media coverage, in order to protect them from harm or harassment.

8. Defendants' request to seal is narrowly tailored to the portions of exhibits to Waymo's Submission that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of December, 2017 at Washington, District of Columbia.

                                              */s/ Michelle Yang*
                                              Michelle Yang