IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER REQUIRING FURTHER RESPONSE RE UNJUST ENRICHMENT**

Do both sides agree that acquisition alone can be enough to support an unjust enrichment award under both CUTSA and DTSA? The Court had understood that Waymo's unjust enrichment theory in our case depended on use or disclosure. Has Waymo preserved an unjust enrichment theory based on acquisition alone? Please answer these follow-up questions by **DECEMBER 18 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 15, 2017.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE