IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**REQUEST FOR RESPONSE**

By **NOON ON DECEMBER 19**, will each side respond to the other side's submission today with respect to whether or not Waymo properly preserved a claim for damages based solely on acquisition. The Court reminds counsel their duty of candor.

**IT IS SO ORDERED.**

Dated: December 18, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE