QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER BRIEF FOR TELEPHONIC HEARING** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to File Under Seal Letter Brief for Telephonic Hearing (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Defendants' Letter Brief for Telephonic Hearing ("Uber's Letter Brief") and the entirety of Exhibits 1-2 thereto.

3. The portions of Uber's Letter Brief and Exhibits 1-2 identified below contain or refer to confidential business information and/or attorney advice, which Waymo seeks to seal.

4. Uber's Letter Brief (portions highlighted in green), Exhibit 1 (entire document), and Exhibit 2 (portions highlighted in green in version filed herewith) contain, reference, and/or describe highly confidential and sensitive business information. The information Waymo seeks to seal regards confidential policies regarding off-the-record communications. I understand that this confidential business information is maintained by Waymo as secret. The public disclosure of this information would give Waymo's competitors access to information about Waymo's business practices. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

5. Exhibit 1 (entire document) additionally contains, references, and/or describes Waymo's confidential attorney advice. The information Waymo seeks to seal regards confidential attorney advice regarding company policy on off-the-record communications. I understand that this confidential information is maintained by Waymo as secret and that it is subject to Waymo's attorney-client privilege and work product protection, which have not been waived, pursuant to the Court's Order Pursuant to Rule 502, Fed. R. Ev. (Dkt. 2363). The public disclosure of this information would be contrary to the Court's Order. If such information were made public, I understand that Waymo's

competitive standing would be significantly harmed by exposure of its confidential legal strategy and advice.

6. Waymo's request to seal is narrowly tailored to those portions of Uber's Letter Brief and Exhibits 1-2 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on December 18, 2017.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven