# EXHIBIT 2

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**IN UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

FUNCTION MEDIA, L.L.C.,

  v.

GOOGLE, INC. AND YAHOO!, INC.

Civil Case No. 2:07-cv-279 (CE)

FILED UNDER SEAL

JURY TRIAL DEMANDED

**SUPPLEMENTAL DECLARATION OF THERESA H. BEAUMONT**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   WAYMO-UBER-00145128

I, Theresa H. Beaumont, hereby declare,

      1.     I have personal knowledge of the facts stated herein.  If called and sworn as a witness, I could and would testify competently thereto.  I am submitting this declaration in support of Google's Sur-Reply to Function Media's Emergency Motion for Adverse Inference Instruction Regarding Google's Destruction of Evidence.

      2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of January, 2010 at San Francisco, California.

/s/ Theresa H. Beaumont
Theresa H. Beaumont

01980.51542/3287523.1

2

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**     **WAYMO-UBER-00145129**