1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2     charlesverhoeven@quinnemanuel.com
      David A. Perlson (Bar No. 209502)
3     davidperlson@quinnemanuel.com
      Melissa Baily (Bar No. 237649)
4     melissabaily@quinnemanuel.com
      John Neukom (Bar No. 275887)
5     johnneukom@quinnemanuel.com
      Jordan R. Jaffe (Bar No. 254886)
6     jordanjaffe@quinnemanuel.com
7  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
8  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
9
10 Attorneys for Waymo LLC

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                       SAN FRANCISCO DIVISION
14

15 | WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
16 | Plaintiff, | **NOTICE OF WITHDRAWAL OF JOSHUA SOHN AS COUNSEL FOR PLAINTIFF WAYMO LLC AND [PROPOSED] ORDER** |
17 | vs. | |
18 | UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
19 | | |
20 | Defendants. | |

# NOTICE OF WITHDRAWAL OF COUNSEL

By this notice, Plaintiff Waymo LLC ("Plaintiff") notifies the Court that Joshua Sohn is no longer counsel for Plaintiff in this action. Mr. Sohn was previously admitted to represent Plaintiff as an attorney for the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Plaintiff. Mr. Sohn has departed from Quinn Emanuel Urquhart & Sullivan, LLP and is no longer associated with the firm. Charles K. Verhoeven, David A. Perlson, Melissa Baily, John Neukom and Jordan R. Jaffe of Quinn Emanuel Urquhart & Sullivan, LLP continue to act as counsel of record for Plaintiff.

Accordingly, it is hereby requested that the Court remove Mr. Sohn's name and e-mail address from the service list that is on file with the Court in this action and continue to serve Charles K. Verhoeven as the primary service person for electronic filings made with the Court.

DATED: December 20, 2017

QUINN EMANUEL URQUHART
& SULLIVAN, LLP


By: /s/  *Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for Defendant Google Inc.

IT IS SO ORDERED

Dated: _____, 2017

HON. WILLIAM ALSUP
United States District Court Judge