# EXHIBIT 2

# FILED UNDER SEAL

| **From:** | Whitney.Weber@lw.com |
|---|---|
| **Sent:** | Saturday, September 23, 2017 12:01 PM |
| **To:** | James Judah; Melanie.Blunschi@lw.com; UberWaymoMoFoAttorneys@mofo.com; BSF_EXTERNAL_UberWaymoLit@BSFLLP.com; DG-GPOttoTruckingWaymo@goodwinlaw.com; Uber-sg@LISTS.SUSMANGODFREY.COM; miles@ramsey-ehrlich.com; izzy@ramsey-ehrlich.com; amy@ramsey-ehrlich.com; jbartlett@mkwllp.com; af@annefokstuen.com; jpatchen@taylorpatchen.com; John.Eastly@LW.com; mpernick@mkwllp.com; wfarmer@fbj-law.com |
| **Cc:** | QE-Waymo; JCooper@fbm.com; MCate@fbm.com |
| **Subject:** | RE: Waymo v Uber - Stroz Privacy Search Terms |

James,

Please see below for a chart detailing the document hit-count for each term, by custodian. Certain documents contain hits for multiple terms. Thus, at the end of the chart detailing the hits for each search term, we have included a row showing the total number of documents that are implicated for each custodian (i.e., a de-duped number). Altogether, the terms hit on 1,134 documents that have been withheld on privacy grounds.

|  | Levandowski | Sebern | Ron | Juelsgaard | Total Hits for Search Term |
|---|---|---|---|---|---|
| **Lidar** | 47 | 0 | 10 | 22 | 79 |
| **Laser** | 97 | 52 | 11 | 108 | 268 |
| **Diode** | 3 | 0 | 0 | 54 | 57 |
| **Fiber** | 15 | 139 | 9 | 49 | 212 |
| **FAC** | 5 | 12 | 0 | 96 | 113 |
| **PCB** | 20 | 21 | 10 | 63 | 114 |
| **SNV** | 3 | 2 | 17 | 58 | 80 |
| **GBR** | 0 | 1 | 1 | 9 | 11 |
| **GBR3** | 0 | 0 | 0 | 0 | 0 |
| **GBR2** | 0 | 0 | 0 | 0 | 0 |
| **PBR** | 0 | 5 | 3 | 35 | 43 |
| **CBR** | 6 | 2 | 0 | 12 | 20 |
| **UBR** | 0 | 0 | 0 | 0 | 0 |
| **YBR** | 0 | 0 | 1 | 1 | 2 |
| **Otto** | 12 | 25 | 9 | 15 | 61 |
| **Ottomotto** | 21 | 0 | 63 | 0 | 84 |
| **Uber** | 19 | 32 | 58 | 20 | 129 |
| **280 Systems** | 2 | 0 | 21 | 0 | 23 |
| **Chauffeur** | 17 | 2 | 2 | 7 | 28 |
| **Tyto** | 8 | 0 | 0 | 5 | 13 |
| **Odin Wave** | 12 | 0 | 0 | 5 | 17 |
| **Bismuth** | 27 | 0 | 0 | 7 | 34 |

| Sandstone | 31 | 2 | 1 | 8 | 42 |
| --- | --- | --- | --- | --- | --- |
| Total Hits by Custodian | 345 | 295 | 216 | 574 | |
| Total Documents Affected by Custodian | 270 | 281 | 186 | 397 | |

**From:** James Judah [mailto:jamesjudah@quinnemanuel.com]
**Sent:** Friday, September 22, 2017 3:57 PM
**To:** Blunschi, Melanie (SF) <Melanie.Blunschi@lw.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; DG-GP Otto Trucking Waymo <DG-GPOttoTruckingWaymo@goodwinlaw.com>; Susman Godfrey (uber-sg@lists.susmangodfrey.com) <Uber-sg@LISTS.SUSMANGODFREY.COM>; Miles Ehrlich (miles@ramsey-ehrlich.com) <miles@ramsey-ehrlich.com>; Isamil ("Izzy") Ramsey (izzy@ramsey-ehrlich.com) <izzy@ramsey-ehrlich.com>; Amy Craig (amy@ramsey-ehrlich.com) <amy@ramsey-ehrlich.com>; jbartlett@mkwllp.com; af@annefokstuen.com; jpatchen@taylorpatchen.com; Weber, Whitney (SF) <Whitney.Weber@lw.com>; Eastly, John (CC) <John.Eastly@LW.com>; mpernick@mkwllp.com; wfarmer@fbj-law.com
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>; 'John Cooper' <JCooper@fbm.com>; 'MCate@fbm.com' <MCate@fbm.com>
**Subject:** Waymo v Uber - Stroz Privacy Search Terms

Melanie –

Here is the first set of search terms we would like Stroz to run against the privacy screened files.  Please let us know how soon you can provide hit counts, ideally broken out by custodian.

LiDAR
Laser
Diode
Fiber
FAC
PCB
SVN
GBr
GBr3
GBR2
PBr
CBr
UBr
YBr
Otto
Ottomotto
Uber
280 Systems
Chauffeur
Tyto
Odin Wave

2

Bismuth
Sandstone

James

**James Judah**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements.

Latham & Watkins LLP