QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS LETTER BRIEF REGARDING OUTSTANDING DISCOVERY ITEMS** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal information in its Letter Brief Regarding Outstanding Discovery Items (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the highlighted portions of the following:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Letter Brief | Highlighted in blue |
| Exhibit 1 to Waymo's Letter Brief | Entire document |
| Exhibit 3 to Waymo's Letter Brief | Entire document |
| Exhibit 4 to Waymo's Letter Brief | Entire document |
| Exhibit 5 to Waymo's Letter Brief | Entire document |
| Exhibit 6 to Waymo's Letter Brief | Entire document |
| Exhibit 7 to Waymo's Letter Brief | Entire document |
| Exhibit 8 to Waymo's Letter Brief | Entire document |
| Exhibit 11 to Waymo's Letter Brief | Entire document |
| Exhibit 12 to Waymo's Letter Brief | Entire document |
| Exhibit 13 to Waymo's Letter Brief | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge