UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER ON ATTORNEY-CLIENT COMMUNICATION PURSUANT TO RULE 502**<br><br>Trial Date: February 5, ~~2017~~ 2018 |

WHEREAS, Waymo has sought from Uber unredacted copies of two demand letters sent by the counsel of two former employees, bearing production numbers UBER00340637-48 and UBER00340616-24;

WHEREAS, Uber objects to producing unredacted copies of the requested documents on the ground that the redacted text is protected by the attorney-client privilege;

WHEREAS, the Special Master recommended and Uber has agreed to produce unredacted copies of the requested documents subject to the parties' agreement that producing the unredacted versions of the two documents will not constitute a waiver of the attorney-client privilege, work product or any other applicable privilege or protection in any way for this or any other litigation, arbitration, investigation, or other proceeding;

WHEREAS, the parties have also agreed that they will not argue that the "sword/shield" doctrine requires further disclosure of privileged information due to the limited disclosure agreed-upon herein;

IT IS HEREBY ORDERED, pursuant to Rule 502 of the Federal Rules of Evidence, that the disclosure described herein will not operate as a waiver of any applicable privileges or protections in this litigation or any other federal, state, or other proceeding.

IT IS SO ORDERED.

Dated: December 21, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge