QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY TO SPECIAL MASTER COOPER REGARDING UBER'S OBLIGATION TO PRODUCE JACOBS LETTER AND RELATED DOCUMENTS S** |

I, Lindsay Cooper, declare as follows:

1.  I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.  I make this declaration in support of Waymo's Administrative Motion to File Under Seal ("Waymo's Administrative Motion") confidential information in its Reply Submission to Special Master Cooper Regarding Uber's Obligation to Produce Jacobs Letter and Related Documents ("Waymo's Reply"). Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Reply | Highlighted in blue | Defendants |
| Exhibit 17 to Waymo's Reply | Entire document | Defendants |
| Exhibit 19 to Waymo's Reply | Entire document | Defendants |
| Exhibit 20 to Waymo's Reply | Entire document | Defendants |
| Exhibit 21 to Waymo's Reply | Entire document | Defendants |
| Exhibit 22 to Waymo's Reply | Entire document | Defendants |
| Exhibit 23 to Waymo's Reply | Entire document | Defendants |
| Exhibit 24 to Waymo's Reply | Entire document | Defendants |

3.  Waymo's Reply and exhibits contain information that Defendants have designated as confidential and/or highly confidential.

4.  Waymo takes no position on the merits of sealing the designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

1   I declare under penalty of perjury under the laws of the State of California that the foregoing is
2   true and correct, and that this declaration was executed in San Francisco, California, on December 21,
3   2017.

By  */s/ Lindsay Cooper*
Lindsay Cooper
Attorneys for WAYMO LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven