1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10

11

12                          UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14  WAYMO LLC,                                CASE NO. 3:17-cv-00939-WHA

15               Plaintiff,
                                             **[PROPOSED] ORDER GRANTING
16        vs.                                PLAINTIFF WAYMO LLC'S
                                             ADMINISTRATIVE MOTION TO FILE
17                                           UNDER SEAL ITS REPLY SUBMISSION
    UBER TECHNOLOGIES, INC.;                 TO SPECIAL MASTER COOPER
18  OTTOMOTTO LLC; OTTO TRUCKING             REGARDING UBER'S OBLIGATION TO
    LLC,                                     PRODUCE JACOBS LETTER AND
19                                           RELATED DOCUMENTS**
                 Defendants.
20

21

22

23

24

25

26

27

28

                                                  CASE NO. 3:17-cv-00939-WHA
                     [PROPOSED] ORDER GRANTING WAYMO'S ADMINISTRATIVE MOTION TO SEAL

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2   information in its Reply Submission to Special Master Cooper Regarding Uber's Obligation to

3   Produce Jacobs Letter and Related Documents (the "Administrative Motion").

4    Having considered the Administrative Motion, and good cause to seal having been shown,

5   the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the highlighted

6   portions of the following:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Reply | Highlighted in blue |
| Exhibit 17 to Waymo's Reply | Entire document |
| Exhibit 19 to Waymo's Reply | Entire document |
| Exhibit 20 to Waymo's Reply | Entire document |
| Exhibit 21 to Waymo's Reply | Entire document |
| Exhibit 22 to Waymo's Reply | Entire document |
| Exhibit 23 to Waymo's Reply | Entire document |
| Exhibit 24 to Waymo's Reply | Entire document |

14    **IT IS SO ORDERED.**

16   Dated: _____, 2017

HON. JUDGE WILLIAM ALSUP
United States District Court Judge