# EXHIBIT 18

MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

December 4, 2017

Writer's Direct Contact
+1 (415) 268.7020
AGonzalez@mofo.com

**BY HAND DELIVERY**

Honorable William Alsup
U.S. District Court
Northern District of California
Courtroom 12 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Waymo LLC v. Uber Technologies, Inc. et al., Case No. 3:17-cv-00939*

Dear Judge Alsup:

On behalf of defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber"), and as requested by the Court at the hearing on November 28, 2017, enclosed please find the following information:

1. Uber Personnel Who Have Used Wickr or Similar Platform

2. Vendors Related to Non-Attributable Devices

3. Inventory of Non-Attributable Devices

4. Vendors Related to Ephemeral/Self-Deleting Communications System.

We are simultaneously providing copies to counsel for plaintiff Waymo LLC. The enclosed lists are based on the information we have developed to date. We will furnish to Waymo any supplemental information as it is developed.

Sincerely,

Arturo J. González
Counsel for Uber

Encl.

cc: Counsel for Waymo LLC (via email)

sf-3846897