Christopher B. Hockett (SBN 121539)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
chris.hockett@davispolk.com
serge.voronov@davispolk.com

*Counsel for Nonparty*
*Kitty Hawk Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, OTTO TRUCKING LLC,<br><br>                    Defendants. | CASE NO. 3:17-cv-00939 WHA<br><br>**DECLARATION OF SERGE A. VORONOV IN SUPPORT OF PLAINTIFF WAYMO LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 2393)** |

I, Serge A. Voronov, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Davis Polk & Wardwell LLP, counsel for nonparty Kitty Hawk Corporation ("Kitty Hawk"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration pursuant to Civil Local Rule 79-5(e)(1) in support of Plaintiff Waymo's Motion for Reconsideration of Order Granting in Part and Denying in Part Administrative Motion to File Under Seal (Dkt. 2393).

1        3.     Exhibit H to Waymo's Motion for Reconsideration is an email from Sebastian Thrun
2   to Larry Page.  The portions within red boxes contain, reference, and/or describe trade secrets and
3   other confidential and proprietary research, development, commercial, and business information
4   belonging to Kitty Hawk.  Specifically, the portions within red boxes set forth confidential details
5   regarding corporate strategy, business models, and prototype development and testing.  The public
6   disclosure of this information would give Kitty Hawk's competitors and potential competitors
7   access to sensitive information that could be used to Kitty Hawk's disadvantage.  I am informed
8   and believe that disclosure would inflict serious and irreparable damage to Kitty Hawk's business.
9        4.     The portions within red boxes at the top of the exhibit contain confidential email
10  addresses. This information should be redacted so as to protect the privacy of these individuals.
11       5.     Kitty Hawk's request to seal is narrowly tailored to those portions of Exhibit 5 that
12  merit sealing.
13       I declare under penalty of perjury under the laws of the State of California and the United
14  States that the foregoing is true and correct.
15       Executed this 21st day of December, 2017, in Menlo Park, California.

                                                */s/ Serge A. Voronov*
                                                Serge A. Voronov

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Serge A. Voronov.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven