# EXHIBIT 2
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
    _____
 5  WAYMO LLC,                       )
 6                  Plaintiff,       )
 7           vs.                     )  Case No.
 8  UBER TECHNOLOGIES, INC.,         )  3:17-cv-00939-WHA
 9  OTTOMOTTO LLC; OTTO              )
10  TRUCKING LLC,                    )
11                  Defendants.      )
    _____)
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15         VIDEOTAPED DEPOSITION OF DANIEL CHU
16              San Francisco, California
17                Monday, April 3, 2017
18                      Volume I
19
20
21  Reported by:
22  SUZANNE F. GUDELJ, CSR No. 5111
23  Job No. 2583707
24
25  PAGES 1 - 53
```

Page 1

```
1    prepared before it went to senior management; would
2    that be fair?
3            MS. BAILY:  Object to form.
4            THE WITNESS:  That's fair, yes.
5    BY MR. GONZALEZ:                                    10:18:33
6        Q   You don't recall making any edit to the big
7    headline that said "A single player will likely earn
8    majority of profits"?  You -- you did not change
9    that in any way, did you?
10           MS. BAILY:  Object to form.                 10:18:43
11           THE WITNESS:  I don't remember, honestly.
12   But I think it's important context to know that many
13   of these documents are intended to provoke
14   conversation and thought, not necessarily saying
15   this is the answer.                                 10:18:52
16   BY MR. GONZALEZ:
17       Q   Fair enough.
18           Then if you turn to the next page, it says
19   that ████████████
20           "Creating a global goliath."                10:19:04
21           Do you see that?
22       A   I do.
23       Q   What does that mean?  Is that global
24   Goliath Waymo?
25       A   This slide is referring to -- to Uber.     10:19:12
```

Page 21