# EXHIBIT 3
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3      SAN FRANCISCO DIVISION

4

5    _____

6    WAYMO LLC,                              )

7             Plaintiff,                     )

8       vs.                                  ) Case No.

9    UBER TECHNOLOGIES, INC.;                ) 17-cv-00939-WHA

10   OTTOMOTTO, LLC; OTTO TRUCKING LLC,      )

11            Defendants.                    )

     _____)

12

13     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

14

15        VIDEOTAPED DEPOSITION OF JENNIFER HAROON

16              San Francisco, California

17              Wednesday, July 26, 2017

18                    Volume I

19

20   Reported by:

21   MARY J. GOFF

22   CSR No. 13427

23   Job No. 2664313

24

25   PAGES 1-222

Page 1

| | | |
|---|---|---|
| 1 | A    I think sometimes employees would just | 09:40:36 |
| 2 | check with their manager.  And perhaps their manager | 09:40:38 |
| 3 | didn't -- I -- I -- I don't know what the manager | 09:40:41 |
| 4 | thought, but I didn't then follow the rest of the | 09:40:44 |
| 5 | process. | 09:40:47 |
| 6 | Q    Okay.  Does Waymo have any internal | 09:40:48 |
| 7 | guidelines or policy documents defining what | 09:41:01 |
| 8 | information is confidential and what is not? | 09:41:05 |
| 9 | MS. BAILY:  Object to form. | 09:41:07 |
| 10 | A    So when I joined, one of the first things | 09:41:13 |
| 11 | I talked to Chris about and was included in his | 09:41:17 |
| 12 | comments for our, what we call, the Chauffeur | 09:41:21 |
| 13 | Noogler orientation was about confidentiality. | 09:41:25 |
| 14 | The project, unlike some at Google, was | 09:41:31 |
| 15 | confidential even within Google, so -- and that was | 09:41:34 |
| 16 | different coming from another Google project.  So it | 09:41:38 |
| 17 | was clearly something that was important.  And so | 09:41:41 |
| 18 | confidentiality is something we talked about a lot | 09:41:44 |
| 19 | as a company and as a team. | 09:41:46 |
| 20 | In terms of a specific document, I can't | 09:41:50 |
| 21 | think of one.  Although, that doesn't mean one | 09:41:53 |
| 22 | doesn't exist.  I just can't think of one off the | 09:41:56 |
| 23 | top of my head. | 09:41:59 |
| 24 | Q    Okay.  But to the best of your knowledge, | 09:42:01 |
| 25 | there's no such document? | 09:42:02 |

Page 24

```
 1   identification and is attached to the transcript.)           09:55:29
 2        Q    Okay.  Ms. Haroon, the reporter has handed          09:55:30
 3   you what's been marked as Exhibit 1136.  Can you              09:55:50
 4   look at through this, please --                               09:55:55
 5        A    Yes.                                                09:55:56
 6        Q    -- and let me know when I can ask a                 09:55:56
 7   question?                                                     09:55:58
 8        A    Okay.                                               09:58:44
 9        Q    Do you recognize this document?                     09:58:44
10        A    I do.                                               09:58:46
11        Q    Okay.  And what is this document?                   09:58:47
12        A    It is a discussion document that the                09:58:50
13   self-driving car team prepared for a discussion with          09:58:54
14   [REDACTED]                                                    09:58:59
15        Q    I'm sorry.  With?                                   09:59:01
16        A    [REDACTED]                                          09:59:02
17        Q    And what was the purpose of those                   09:59:06
18   discussions?                                                  09:59:09
19        A    They varied.  They normally involved                09:59:15
20   talking about progress on the project, some of our            09:59:18
21   future plans.  And in this case, also budget.                 09:59:23
22        Q    Okay.  And the document is entitled                 09:59:29
23   "Self-Driving Car:  2016 Budget, Including HC                 09:59:34
24   Plans," correct?                                              09:59:39
25        A    Correct.                                            09:59:40
```

Page 32

```
1    developing relationships with OEMs, car           01:40:16
2    manufacturers.  So this was not the strategy as I 01:40:21
3    would describe it.                                01:40:27
4        Q    Okay.                                    01:40:28
5        A    On 1488, again, I would take this as a   01:41:10
6    discussion document.  But                         01:41:16
7    were not part of the business plan when I joined. 01:41:20
8        Q    Okay.                                    01:41:24
9        A    So some of the supporting documents      01:42:10
10   support some of the things that I have already    01:42:13
11   mentioned that are no longer part of --           01:42:16
12       Q    Understood.                              01:42:19
13       A    -- were no longer part of the plan.      01:42:19
14       Q    Understood.                              01:42:21
15            MS. BAILY:  Just for the written record, 01:42:22
16   the witness obviously did not read every line of  01:42:22
17   this document.  I -- that's not what I understood 01:42:25
18   you to ask her to do, but for the written record. 01:42:27
19            MR. TAKASHIMA:  Agreed.                  01:42:31
20       Q    (BY MR. TAKASHIMA) Flipping back to the  01:42:32
21   page ending 1484.                                 01:42:33
22       A    1484.                                    01:42:36
23       Q    The headline is "Reviewed go-to-market   01:42:44
24   Options; selected Transportation as a Service (TaaS) 01:42:47
25                                                     01:42:52
```

| | | |
|---|---|---|
| 1 | say that Waymo revisited ▓▓▓▓▓ at | 02:09:53 |
| 2 | least four times? | 02:09:59 |
| 3 |     MS. BAILY:  Object to form. | 02:10:11 |
| 4 |   A    I don't think each discussion document | 02:10:11 |
| 5 | would necessarily be a fresh time that we relooked | 02:10:13 |
| 6 | at ▓▓▓▓▓ | 02:10:17 |
| 7 |     So for example, between -- for February | 02:10:21 |
| 8 | and March 2016, those are not necessarily unique | 02:10:24 |
| 9 | times that we relooked at this. | 02:10:29 |
| 10 |   Q    Okay.  But these -- these four dates seem | 02:10:31 |
| 11 | to indicate that there was some revisit in 2016, | 02:10:37 |
| 12 | 2014, and 2013; is that fair to say? | 02:10:40 |
| 13 |     MS. BAILY:  Object to form. | 02:10:44 |
| 14 |   A    That's fair to say.  Although, I don't | 02:10:46 |
| 15 | know if the 2013 was a revisit or potentially the | 02:10:48 |
| 16 | original.  I wasn't there. | 02:10:51 |
| 17 |   Q    The visit.  Okay.  Are those -- are those | 02:10:53 |
| 18 | dates -- I mean, in the native format of this | 02:11:08 |
| 19 | document, would those dates be links? | 02:11:11 |
| 20 |     MS. BAILY:  Object to form. | 02:11:14 |
| 21 |   A    Yes. | 02:11:15 |
| 22 |   Q    Okay.  To what? | 02:11:17 |
| 23 |     MS. BAILY:  Object to form. | 02:11:18 |
| 24 |   A    I don't remember.  Likely to a slide | 02:11:22 |
| 25 | discussion document. | 02:11:27 |

| | | |
|---|---|---|
| 1 | that we received. | 03:26:14 |
| 2 | A    Okay. | 03:26:15 |
| 3 | Q    But let's note -- let's note for the | 03:26:19 |
| 4 | record that -- whatever page number that is.  What | 03:26:20 |
| 5 | page is that? | 03:26:23 |
| 6 | A    Slide 9. | 03:26:24 |
| 7 | Q    We'll note for the record that Slide 9 is | 03:26:25 |
| 8 | blank when you click on it. | 03:26:28 |
| 9 | THE VIDEOGRAPHER:  Can you turn -- your | 03:26:53 |
| 10 | microphone is the wrong way. | 03:26:55 |
| 11 | A    Slide 20 is also blank. | 03:27:09 |
| 12 | Q    (BY MR. TAKASHIMA) Okay. | 03:27:11 |
| 13 | A    And 21. | 03:27:27 |
| 14 | Q    So leaving aside the pages noted that are | 03:28:17 |
| 15 | blank, do you recognize that document? | 03:28:21 |
| 16 | A    Yes. | 03:28:24 |
| 17 | Q    Okay.  And what is it? | 03:28:25 |
| 18 | A    It's a discussion document -- it looks | 03:28:27 |
| 19 | like it's still a work in progress -- in preparation | 03:28:33 |
| 20 | for a discussion between John Krafcik and | 03:28:39 |
| 21 | potentially other members of the Chauffeur team and | 03:28:44 |
| 22 | ███████ | 03:28:48 |
| 23 | Q    And was that just a periodic discussion or | 03:28:57 |
| 24 | was there something in particular that triggered it? | 03:28:59 |
| 25 | A    It looks like a preview to our 2017 | 03:29:05 |

Page 152

| | | |
|---|---|---|
| 1 | supplier team. | 04:42:49 |
| 2 | Q   Okay.  And then, I guess, respectively | 04:42:49 |
| 3 | headcount for products, business and operations? | 04:42:55 |
| 4 | A   Right.  And business is -- broadly | 04:42:59 |
| 5 | includes things like marketing, PR, policy. | 04:43:03 |
| 6 | Q   Okay.  I understand that you're not | 04:43:06 |
| 7 | familiar with this specific version of the | 04:43:13 |
| 8 | spreadsheet.  Do you know why the headcount figures | 04:43:14 |
| 9 | for everything other than TaaS software are blank | 04:43:20 |
| 10 | after 2017? | 04:43:27 |
| 11 | MS. BAILY:  Object to form. | 04:43:30 |
| 12 | A   I don't.  So there were not a lot of | 04:43:34 |
| 13 | people who had regular access to the P&L.  But there | 04:43:36 |
| 14 | would be times where it would make sense, perhaps | 04:43:39 |
| 15 | someone from my team, to save on -- still on Google | 04:43:43 |
| 16 | Drive, their own version and because of research | 04:43:48 |
| 17 | they were doing, to make changes. | 04:43:53 |
| 18 | And that's why I don't recognize this | 04:43:55 |
| 19 | being at any time the official P&L, because I don't | 04:43:59 |
| 20 | recognize it at all.  So it's possible, for example, | 04:44:01 |
| 21 | that whoever may -- saved this version was looking | 04:44:04 |
| 22 | at headcount issues. | 04:44:09 |
| 23 | Q   Okay.  Looking -- just based on looking at | 04:44:11 |
| 24 | two different files, is there a way we would be able | 04:44:22 |
| 25 | to determine whether you were looking at sort of one | 04:44:24 |

| | | |
|---|---|---|
| 1 | of the official P&L versions or one of these sort of | 04:44:27 |
| 2 | individually workshopped versions? | 04:44:31 |
| 3 |       MS. BAILY:  Object to form. | 04:44:34 |
| 4 |   A  So if I had the file name, there was a | 04:44:35 |
| 5 | specific file name used for the official version | 04:44:38 |
| 6 | that I would likely recognize. | 04:44:45 |
| 7 |       And then there are -- certainly like this, | 04:44:49 |
| 8 | there are times when I can just look at the contents | 04:44:52 |
| 9 | and know that it's not an official version.  But I | 04:44:56 |
| 10 | don't know if I would be able to identify -- you | 04:44:58 |
| 11 | know, if there was one cell change -- | 04:45:00 |
| 12 |   Q  Okay. | 04:45:03 |
| 13 |   A  -- from an official version, if that was | 04:45:03 |
| 14 | not one. | 04:45:05 |
| 15 |   Q  Okay.  And do you recall what the official | 04:45:06 |
| 16 | file name was for the -- the official versions? | 04:45:10 |
| 17 |   A  I don't recall the full name.  But | 04:45:15 |
| 18 | certainly there would be as part of it, in brackets, | 04:45:19 |
| 19 | "Go, slash, Chauffeur P&L." | 04:45:24 |
| 20 |       And normally when people made their own | 04:45:28 |
| 21 | version to -- to do some testing or to test some | 04:45:31 |
| 22 | changes, for themselves they would label -- they | 04:45:36 |
| 23 | would add on some label, like what they were doing | 04:45:39 |
| 24 | it for. | 04:45:43 |
| 25 |   Q  Okay.  I'm going to the next tab, which is | 04:45:44 |

Page 194