# Exhibit 9
# FILED UNDER SEAL

# Prologix, LLC
16541 Redmond Way #421-C, Redmond, WA 98052 US
+1-800-686-0305
FAX:     +1-800-686-0305
http://www.prologix.biz
support@prologix.biz



## Order   #4057 Invoice
Date:                          09/13/2012, 10:45
Payment method:    Credit card (VIS)
Shipping method:   USPS Priority Mail
Email:                        james@odinwave.com

## STATUS:   Charged
To track the status of your order, type the order number into the Track My Order(s) box on www.prologix.biz

Bill to:
Anthony Levandowski
Company: -
Phone number: 9258721874
2201 Dwight Way
Berkeley California 94704 United States

Ship to:
Anthony Levandowski
Company: -
Phone number: 9258721874
2201 Dwight Way
Berkeley California 94704 United States

| Product | Quantity | Unit price | Subtotal |
|---|---|---|---|
| GPIB-USB Controller (gpib-usb) | 1 | $149.95 | $149.95 |
|  |  | Subtotal: | $149.95 |
|  |  | Sales Tax  7.25%: | $11.45 |
|  |  | Shipping cost: | $8.00 |
|  |  | Total cost: | $169.40 |

Notes:
**Odin's Eye R&D attn: James Haslim**