# Exhibit 10
# FILED UNDER SEAL

# Thorlabs, Inc.

56 Sparta Ave.
Newton, NJ 07860
Phone ..: 973-300-3000
Fax ......: 973-300-3600
E-mail ..: sales@thorlabs.com



## Invoice 1537686

| | |
|---|---|
| Inv Date ....................: | 09/13/2012 |
| **Due .........................:** | **09/13/2012** |
| Purchase Order ........: | WEBTS0908366 |
| Terms of Payment ....: | Credit Card |
| Sales Order ...............: | TS0908366 |
| Sales Contact ...........: | Shannon Sliker |
| Delivery Method ........: | UPS 2nd Day Air |
| Terms of Delivery ......: | Ex Works Newton |
| Delivery Date ............: | 09/12/2012 |
| Page ...........................: | 1   of   1 |

**Bill to**
Anthony Levandowski
2201 Dwight Way
Berkeley, CA 94704

**Attention: Anthony Levandowski**

**Ship to**
Anthony Levandowski
2201 Dwight Way
Berkeley, CA 94704

**Attention:  Anthony Levandowski**
Telephone: 9258721874

| | |
|---|---|
| Contact ......................: | Anthony Levandowski |
| Customer Account ...: | 209812 |
| Invoice Account ........: | 209812 |
| Your Tax Exempt No.: | |
| Fax .................: | |
| E-mail .............:  | odin.wave.engineering@gmail.com |

**FOR ADVICE ONLY - PLEASE DO NOT PAY**

| Item Number | Description | Qty Sold | Std Price | Disc. % | Disc Price | Ext Price |
|---|---|---|---|---|---|---|
| 10202A-99-APC | 2x2 SM Tap, 1310 nm & 1550 nm, 99:1 Split, FC/APC | 1 | 180.90 | 0 | 180.900 | 180.90 USD |
| | Commodity code: 9013800000 Country/region of origin TW
Quantity : 1.00  Packing slip No.: 1436400  Ship date: 9/12/2012 | | | | | |
| DT12XYZ/M | 1/2" (12.7 mm) XYZ Dovetail Translation Stage (Baseplate Included) | 1 | 288.50 | 0 | 288.500 | 288.50 USD |
| | Commodity code: 9031900000 Country/region of origin GB
Quantity : 1.00  Packing slip No.: 1436400  Ship date: 9/12/2012 | | | | | |
| P3-SMF28E-FC-5 | SM Fiber Patch Cable, 5 m, 1260 nm - 1620 nm, FC/APC | 2 | 60.80 | 0 | 60.800 | 121.60 USD |
| | Commodity code: 8544700000 Country/region of origin US
Quantity : 2.00  Packing slip No.: 1436400  Ship date: 9/12/2012 | | | | | |
| ADAFC4 | FC/APC to FC/APC Mating Sleeve, Narrow Key (2.0 mm), D-Hole | 3 | 14.30 | 0 | 14.300 | 42.90 USD |
| | Commodity code: 8536700000 Country/region of origin US
Quantity : 3.00  Packing slip No.: 1436400  Ship date: 9/12/2012 | | | | | |

End User Agreement Response: NO  Electronic Invoice Requested.   Odin's Eye R&D; for James Haslim

Please pay in US funds by check to the above address, credit card, or wire to Thorlabs, Inc Acct#205000754, bank routing # 021205376 C/O Lakeland Bank, 615 Rt.206N.,Newton, NJ, 07860 EIN: 22-2873153. DUNS 19-395-3726. For international wires only use Wells Fargo Bank, 190 River Road, Summit, NJ 07901, Account#2000039124913, SWIFT code WFBIUS6S. Thorlabs' Terms and Conditions (www.thorlabs.com) control and supersede any other terms and conditions. Export Administration Regulations and   European Export Laws may apply to the sale, destination and end use of these items and any related technical data. Any diversion contrary to US and European export control regulations is strictly prohibited: www.bis.doc.gov

| | | |
|---|---|---|
| Subtotal: | 633.90 | |
| Total Discount: | 0.00 | |
| Shipping & Handling: | 27.71 | |
| Sales Tax: | 55.45 | |
| Invoice Total: | 717.06 | USD |

CONFIDENTIAL

TYTO-001599