# EXHIBIT 8

# FILED UNDER SEAL

CONFIDENTIAL

# Alphabet

Anthony Levandowski (anthonyl) | Project Chauffeur Plan - Bonus | December 2015

Anthony,

Thank you for your hard work and contributions to Project Chauffeur. In recognition of your accomplishments and in accordance with the compensation program outlined in the Project Chauffeur Bonus Program, effective October 17, 2011, you will receive the following bonus:

| Chauffeur Plan Bonus Amount | |
|---|---|
| Bonus Amount | 50,617,800 USD |

This bonus was determined based on your 1st Bonus Allocation Percentage and the Applicable Project Valuation, each as of the First Exchange Date (October 17, 2015).

You will receive this bonus in your December 31, 2015 paycheck.

If you have any questions, please reach out to Chris Urmson (curmson@) or your HRBP, Chelsea Bailey (chelseab@).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                     WAYMO-UBER-00014099