# EXHIBIT 2

# FILED UNDER SEAL

MINUTES OF MEETING
BOARD OF DIRECTORS
UBER TECHNOLOGIES, INC.

May 15, 2017

The Board of Directors (the "***Board***") of Uber Technologies, Inc., a Delaware corporation (the "***Company***"), held a special meeting on May 15, 2017 at 10:00 a.m. by conference telephone, pursuant to notice duly given in accordance with the Bylaws of the Company.

Present at the meeting were Board members David Bonderman, Garrett Camp, Ryan Graves, Bill Gurley, Travis Kalanick and Yasir Al Rumayyan, constituting a majority of the directors and a quorum for the conduct of business. Directors Arianna Huffington and David Plouffe were absent.

Also present at the meeting were Salle Yoo, the Company's Chief Legal Officer, General Counsel and Secretary; Angela Padilla, the Company's Associate General Counsel, Litigation, & Employment; Emil Michael, the Company's Senior Vice President of Business; Gautam Gupta, the Company's Acting Chief Financial Officer; and Gordon Davidson of Fenwick & West LLP, outside legal counsel to the Company.

All participants in the meeting could hear and be heard by one another. Mr. Kalanick chaired the meeting, and Mr. Davidson acted as secretary of the meeting and kept the minutes.

Mr. Kalanick called the meeting to order and reviewed the agenda for the meeting.

1. **Summary of Russia Transaction**

**Redacted**

2. **Report on Waymo Litigation**

**PRIVILEGED**

28910/00004/FW/9656724.1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                             UBER00101499

# PRIVILEGED

**PRIVILEGED** The Board then further discussed the impact on the Company of continuing to employ Mr. Levandowski.

3. **Adjournment**

There being no other business to come before the meeting, it adjourned at approximately 11:30 a.m.

Gordon K. Davidson<br>
Secretary of the Meeting

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          UBER00101500