# EXHIBIT 4

# FILED UNDER SEAL

MINUTES OF MEETING
BOARD OF DIRECTORS
UBER TECHNOLOGIES, INC.

May 25, 2017

The Board of Directors (the "*Board*") of Uber Technologies, Inc., a Delaware corporation (the "*Company*"), held a meeting on May 25, 2017 at 7:30 p.m. at the Company's headquarters at 1455 Market Street, 4th Floor, in San Francisco, California, pursuant to notice duly given in accordance with the Bylaws of the Company.

Present at the meeting were David Bonderman (by telephone), Garrett Camp (by telephone), Ryan Graves (by telephone), the Company's Senior Vice President Operations, Bill Gurley, Arianna Huffington, Yasir Al Rumayyan (by telephone) and Travis Kalanick, the Company's Chief Executive Officer, constituting all of the voting directors and a quorum for the conduct of business. David Plouffe was absent from the meeting. Also present were Angela Padilla, the Company's Associate General Counsel, Litigation & Employment, Todd Hamblet, Managing Counsel, Corporate, Salle Yoo, the Company's Chief Legal Officer, Patrick Robbins of Shearman & Sterling LLP ("*Shearman*"), and Susan Muck of Fenwick & West LLP, outside legal counsel to the Company. All participants could hear and be heard by one another. Mr. Kalanick chaired the meeting, and called the meeting to order. Ms. Muck acted as secretary of the meeting and kept the minutes.

1. **Update on Waymo Litigation**

**PRIVILEGED**

**PRIVILEGED** The Board discussed various employees and certain contractual matters related to the Waymo litigation.

2. **Update on** **PRIVILEGED** **Investigation**

**PRIVILEGED**

3. **Update on** PRIVILEGED **Investigation**

**PRIVILEGED**

28910/00600/FW/9655897.1

# PRIVILEGED

4. **Board Fiduciary Duty Review**

Redacted

5. **Adjournment**

The meeting was adjourned at approximately 9:30 p.m.

_____<br>
Susan S. Muck<br>
Secretary of the Meeting

28910/00600/FW/9655897.1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                             UBER00101506