# EXHIBIT 2
# FILED UNDER SEAL

**From:**     Sebastian Thrun <        REDACTED - PRIVACY        >
**To:**       Larry Page ███████████████
**Sent:**     Thu, 30 Jul 2015 08:38:35 -0700
**Subject:**  Fwd: Nice work!


---------- Forwarded message ----------
From: **Anthony Levandowski** <        REDACTED - PRIVACY        >
Date: Thursday, July 30, 2015
Subject: Nice work!
To: Zac Vawter███████████████ Aldo Longhi█████████████████ Asheem Linaval
███████ REDACTED - PRIVACY ███████ >, Ken Loo        REDACTED - PRIVACY        >            Ben Harvey █████████████          Josh Barnert ██████████████████████ Colin Sebern
Cc: Sebastian Thrun <        REDACTED - PRIVACY        >


Guys,

Great work yesterday! Its great to have ███████████████████████████████████████due to ███████████████ I am super excited to ███████████████████████ Now that we have a good set of logs, lets figure out what we need to fix, fix it then go back out and not go back to take more shots ███████████████████ No rush to go back out Friday (unless we think we have a fix to ███████████████ by then).

I'd like to have all of us for a regular team breakfast on Friday. I am unable to be around as much as I'd like but want to start getting to know you guys better and engage more regularly with all of you, especially as we get closer to market and issues come up. I'd like to get to a point where you guys feel free to text or call me when something comes up or you have a idea for us going faster / improvement to our product. Speaking of product....

After some good discussions and thinking on how to ███████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

We would like to focus on the ████████████████████████████████████████████
████████████████████████████████████████████ There is a ton of work to be done, but ██████
████████████████████████████████████████████████████████ I look forward to
hearing your feedback. For the moment, this is super secret.

-Anthony & Sebastian



--
--Sebastian

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY