UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART ADMINSTRATIVE MOTION TO FILE UNDER SEAL (DKT. No. 2393)**<br><br>Trial Date: February 5, 2018 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION
Case No. 3:17-cv-00939-WHA
sf-3807450

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Motion for Reconsideration of Order Granting in Part and Denying In Part Administrative Motion to File Under Seal (Dkt. No. 2393), and finding that good cause exists, this Court hereby GRANTS Defendants' Motion for Reconsideration and ORDERS that additional portions shall be sealed, in accordance with Defendants' Motion and as indicated below:

| Title of Document | Additional Portions to Be Filed Under Seal |
|---|---|
| Ex. 3 to Waymo's Discovery Letter Brief (Dkt. 1168-4) | Marked portions |
| Ex. 1 to Waymo's Discovery Letter Brief (Dkt. 1101-1/Dkt. 1096-5), and corresponding portions in the identical document at Exhibit 3 to Waymo's Discovery Letter Brief (Dkt. 1059-10) | Marked portions |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge