1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Tel: 415.268.7000 / Fax: 415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC 20005
9  Tel: 202.237.2727 / Fax: 202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY 10019-6023
   Tel: 212.336.8330 / Fax: 212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19                    SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO SPECIAL MASTER'S RECOMMENDATION** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Response to Special Master's Recommendation ("Response"). Defendants file under seal the below documents in accordance with Paragraph 14.4 of the Protective Order, but do not believe any of these documents contain sealable information:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Response to Special Master's Recommendation ("Response") | Highlighted Portions | Plaintiff (Green) |
| Chang Decl. Ex. A | Entirety | Collier Law Firm |
| Chang Decl. Ex. B | Entirety | Richard Jacobs |
| Chang Decl. Ex. C | Entirety | Plaintiff |
| Chang Decl. Ex. D | Entirety | Plaintiff |

Defendants do not believe the green-highlighted portions of the Response or Exhibits C or D to the Declaration of Esther Chang ("Chang Declaration") merit sealing, but Waymo designated this material "Highly Confidential – Attorneys' Eyes Only." Defendants file this material under seal in order to provide Waymo the opportunity to justify sealing pursuant to Local Rule 79-5. (Yang Decl. ¶ 3.)

Defendants file Exhibits A and B to the Chang Declaration under seal in order to provide Collier Law Firm and Richard Jacobs the opportunity to justify their respective "Confidential" designations for these documents. (Yang Decl. ¶ 4.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the document at issue, with accompanying chamber copy.

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on December 22, 2017.

| | |
|---|---|
| Dated:  December 22, 2017 | MORRISON & FOERSTER LLP |
| | By:  */s/ Arturo J. Gonzalez*<br>ARTURO J. GONZALEZ |
| | Attorneys for Defendants<br>UBER TECHNOLOGIES, INC. and<br>OTTOMOTTO LLC |