MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO SPECIAL MASTER'S RECOMMENDATION** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Discovery Letter Brief ("Letter").

2. Defendants file under seal the below documents in accordance with Paragraph 14.4 of the Protective Order, but do not believe any of these documents contain sealable information:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Special Master's Recommendation ("Response") | Highlighted Portions | Plaintiff (Green) |
| Chang Decl. Ex. A | Entirety | Collier Law Firm |
| Chang Decl. Ex. B | Entirety | Richard Jacobs |
| Chang Decl. Ex. C | Entirety | Plaintiff |
| Chang Decl. Ex. D | Entirety | Plaintiff |

3. Defendants do not believe the green-highlighted portions of the Response or Exhibits C or D to the Declaration of Esther Chang ("Chang Declaration") merit sealing, but Waymo designated this material "Highly Confidential – Attorneys' Eyes Only." Defendants file this material under seal in order to provide Waymo the opportunity to justify sealing pursuant to Local Rule 79-5.

4. Defendants file Exhibits A and B to the Chang Declaration under seal in order to provide Collier Law Firm and Richard Jacobs the opportunity to justify their respective "Confidential" designations for these documents.

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of December, 2017 at Washington, District of Columbia

                                                */s/ Michelle Yang*
                                                  Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has concurred in this filing.

Dated: December 22, 2017             */s/ Arturo J. Gonzalez*
                                                            ARTURO J. GONZALEZ