MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>         Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO SPECIAL MASTER'S RECOMMENDATION**<br><br>Trial Date: February 5, 2018 |

1   I, Esther Kim Chang, declare as follows:

2   1.  I am an attorney with the law firm of Morrison & Foerster LLP.  I am a member in good standing of the Bar of the State of California.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Response to Special Master's Recommendation.

2.  Attached hereto as **Exhibit A** is a true and correct copy of an email from Arturo Gonzalez to Dustin Collier, dated December 14, 2017.

3.  Attached hereto as **Exhibit B** are relevant pages from the deposition of Richard Jacobs, taken on December 10, 2017.

4.  Attached hereto as **Exhibit C** are relevant pages from the deposition of Scott Johnston, taken on December 12, 2017.

5.  Attached hereto as **Exhibit D** is a true and correct copy of a document produced in this litigation bearing Bates numbers WAYMO-UBER-00145114 – WAYMO-UBER-00145127.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of December, 2017 in San Francisco, California.

                                                    */s/   Esther Kim Chang*
                                                    ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: December 22, 2017

*/s/ Arturo J. Gonzalez*
ARTURO J. GONZÁLEZ