1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
7  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
8  BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
9  Washington DC  20005
   Telephone:   202.237.2727
10 Facsimile:   202.237.6131

11 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
12 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
13 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
14 New York, NY 10019-6023
   Telephone:   212.336.8330
15 Facsimile:   202.336.8340

16 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
17 and OTTOMOTTO LLC

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.  3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE RE [2434]** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA
pa-1782295

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 2000 Pennsylvania Avenue, NW Suite 6000, Washington, D.C.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on this date, I served true and correct copies of the following documents:

- **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO SPECIAL MASTER'S RECOMMENDATION**

- **EXHIBITS A-D TO DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO SPECIAL MASTER'S RECOMMENDATION (_UNREDACTED VERSIONS_)**

| Recipient | Email Address: |
|---|---|
| Charles K. Verhoeven<br>David A. Perlson<br>Melissa Baily<br>John Neukom<br>Jordan Jaffe<br>James D. Judah<br>John W. McCauley<br>Felipe Corredor<br>Grant Margeson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>Lindsay Cooper<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br><br>*Attorneys for Plaintiff Waymo LLC* | qewaymo@quinnemanuel.com |
| John L. Cooper<br>Farella Braun + Martel LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br><br>*Special Master* | JCooper@fbm.com<br>MCate@fbm.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Washington, D.C., this 22nd day of December, 2017.

|  |  |
|---|---|
| Michelle Yang | */s/ Michelle Yang* |
| (typed) | (signature) |

CERTIFICATE OF SERVICE
CASE NO. 3:17-CV-00939-WHA
pa-1782295