1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY 10019-6023
   Tel: 212.336.8330 / Fax:  212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| 20 | WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS LETTER BRIEF RE OUTSTANDING DISCOVERY ITEMS (DKT. 2419)** |
| 22 | v. | |
| 23 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24 | Defendants. | |

25

26

27

28

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Letter Brief Re Outstanding Discovery Items (Dkt. 2419).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 1 to Waymo's Letter Brief | Redacted portions in public refiling at Dkt. 2401-1 |
| Exhibit 4 to Waymo's Letter Brief | Entire Document |
| Exhibit 5 to Waymo's Letter Brief | Red Boxes |
| Exhibit 6 to Waymo's Letter Brief | Red Boxes |
| Exhibit 8 to Waymo's Letter Brief | Red Boxes |
| Exhibit 11 to Waymo's Letter Brief | Red Boxes |

3. I understand that Exhibit 1 to Waymo's Letter Brief is the same document as Exhibit B to the Court's November 29, 2017 Order (Dkt. 2307-2), for which the Court has already granted sealing with respect to the green-highlighted portions of that document. (Dkt. 2307 at 2.) The Court's December 13, 2017 Order granted additional redactions to Exhibit A to the Boersch Declaration (Dkt. 2382), which are also reflected in the public re-filing of Dkt. 2307-2. (Dkt. 2401-1.) Exhibit 1 to Waymo's Letter Brief contains information that implicates the safety, privacy, and reputational interests of former and current Uber employees and vendors, as well as various third party individuals and entities. Defendants support sealing of the redacted portions in Dkt. 2307-2 and Dkt. 2401-1.

4. The entirety of Exhibit 4 contains highly confidential information regarding internal communications among company employees relating to internal investigations. Similar

1  to the names sealed in Exhibit 1 in accordance with the Court's November 29, 2017 and
2  December 13, 2017 Orders, this exhibit contains information that could implicate the safety,
3  privacy, and reputational interests of former and current Uber employees.  Defendants request
4  sealing of this document to protect these interests.

5       5. The red boxes in Exhibits 5 and 11 contain telephone numbers of Uber employees,
6  which include personal contact information.  Uber requests that this contact information be kept
7  confidential in order to protect Uber employees from harm or harassment.

8       6. The red boxes in Exhibit 6 contain the email addresses and telephone numbers of
9  government employees.  Uber requests that this contact information be kept confidential in order
10 to protect government employees from harm or harassment.

11      7. The red boxes on Exhibit 8 contain a list of current and former employee names
12 relating to certain in-house counsel communications. Uber requests this list be kept confidential
13 in order to protect the privacy of individuals currently or formerly at a company that is subject of
14 extensive media coverage, in order to protect them from harm or harassment.  Uber's request is
15 narrowly tailored to names that have not been made public with respect to this subject matter.

16      8. Defendants' request to seal is narrowly tailored to the portions of exhibits to
17 Waymo's Letter Brief that merit sealing.

18 I declare under penalty of perjury that the foregoing is true and correct.  Executed this
19 26th day of December, 2017 at Washington, District of Columbia.

                                                               */s/ Michelle Yang*
                                                                 Michelle Yang