1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Charles K. Verhoeven (Bar No. 170151)
2    charlesverhoeven@quinnemanuel.com
     David A. Perlson (Bar No. 209502)
3    davidperlson@quinnemanuel.com
     Melissa Baily (Bar No. 237649)
4    melissabaily@quinnemanuel.com
     John Neukom (Bar No. 275887)
5    johnneukom@quinnemanuel.com
     Jordan Jaffe (Bar No. 254886)
6    jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10              UNITED STATES DISTRICT COURT

11       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| 13          Plaintiff, | **PLAINTIFF WAYMO LLC'S** |
| | **ADMINISTRATIVE MOTION TO FILE** |
| 14      vs. | **UNDER SEAL WAYMO'S LETTER** |
| | **BRIEF REGARDING ITS MOTION TO** |
| 15  UBER TECHNOLOGIES, INC.; | **COMPEL** |
|    OTTOMOTTO LLC; OTTO TRUCKING | |
| 16  LLC, | |
| 17          Defendants. | |
| 18 | |

1    Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests

2    to file under seal information in Waymo's Letter Brief Regarding Its Motion to Compel ("Waymo's

3    Letter Brief"), filed concurrently herewith.  Specifically, Waymo requests an order granting leave to

4    file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Letter Brief | Highlighted in blue | Defendants |
| Exhibit B to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit C to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit D to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit E to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit F to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit G to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit H to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit I to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit L to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit N to Waymo's Letter Brief | Entire document | Defendants |
| Exhibit O to Waymo's Letter Brief | Entire document | Defendants |

## I.    LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II.    DEFENDANTS' CONFIDENTIAL INFORMATION

Waymo seeks to seal identified portions of these documents because Defendants have designated the information confidential and/or highly confidential.  Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3.  Waymo takes no position on the merits of sealing the designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.  Cooper Decl. ¶ 4.

## III.    CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED:  December 29, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC