# EXHIBIT K

**Patrick Schmidt**

| | |
|---|---|
| **From:** | Rivera, Sylvia <SRivera@mofo.com> |
| **Sent:** | Friday, December 29, 2017 4:54 PM |
| **To:** | QE-Waymo |
| **Cc:** | John Cooper (JCooper@fbm.com); Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | Waymo v. Uber |

Counsel:

In double-checking the completeness of Uber's search and production in this supplemental round of discovery, our e-discovery vendor determined that a set of search results inadvertently was not pushed to us for review. Those documents were reviewed this week, we expect to produce about 20 responsive and non-privileged documents tonight or tomorrow, and will supplement the privilege log for Angela Padilla communications as needed in light of privileged documents withheld.

Regards,
Sylvia

**Sylvia Rivera**
Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
P: +1 (213) 892.5734 | F: +1 (323) 210.1210
SRivera@mofo.com | www.mofo.com

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.