IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; and OTTO<br>TRUCKING LLC,<br><br>    Defendants.<br>_____/ | No. C 17-00939 WHA<br><br>**NOTICE AND ORDER RE<br>SPECIAL MASTER'S REPORT<br>AND RECOMMENDATION** |

     A prior order required any objection to or motion regarding the special master's report and recommendation to be filed by December 22 at noon (Dkt. No. 2402). On December 21, Waymo filed what appeared to be a "reply" brief directed to the special master (Dkt. No. 2426). On December 22, defendants filed a "response" that superficially disagreed with the special master's conclusion but primarily expressed defendants' view that we should turn to other issues (Dkt. No. 2435). As the Court understands these submissions, neither is an objection to or motion regarding the special master's report and recommendation. If either side believes otherwise, they should notify the Court immediately. Otherwise, the Court has reviewed and intends to accept and rely on the special master's conclusion in evaluating the forthcoming briefs due in January 2018.

     **IT IS SO ORDERED.**

Dated: December 29, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE