IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER CLARIFYING PRIOR ORDER DATED DECEMBER 15, 2017**

    A prior order dated December 15, 2017, provided that any objection to or motion regarding the special master's report and recommendation would be heard tomorrow (Dkt. No. 2402). Since neither side filed any such objection or motion (*see* Dkt. No. 2444), no hearing is scheduled to take place tomorrow.

    **IT IS SO ORDERED.**

Dated: January 2, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE