UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: RESPONSE TO WAYMO'S LETTER BRIEF RE: OUTSTANDING DISCOVERY ISSUES**<br><br>Re: Dkt. No. 2442 |

Waymo filed a letter brief regarding outstanding discovery issues on December 29, 2017. (Dkt. No. 2442.) Waymo shall provide the Court with a chambers copy of the letter brief and related exhibits assembled in a binder consistent with the Court's prior orders by 5:00 p.m. today. Any response to the letter brief from Uber is due by 10:00 a.m. January 4, 2018.

**IT IS SO ORDERED.**

Dated: January 3, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge