1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY 10019-6023
   Tel:  212.336.8330 / Fax:  212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| 21              Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER BRIEF FOR TELEPHONIC HEARING** |
| 22       v. | |
| 23  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24              Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants") submit this motion for an order to file under seal their Letter Brief in Opposition to Defendant Waymo LLC's Motion to Compel ("Letter") and the accompanying exhibits to the Declaration of Esther Chang ("Chang Decl."). Specifically, Defendants request an order granting leave to file under seal the following confidential documents:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Chang Decl. Ex. B | Highlighted Portions | Defendants |
| Chang Decl. Ex. E | Entirety | Defendants |
| Chang Decl. Ex. G | Entirety | Plaintiff |
| Chang Decl. Ex. H | Entirety | Plaintiff |
| Chang Decl. Ex. I | Highlighted Portions | Defendants |
| Chang Decl. Ex. J | Highlighted Portions | Defendants |
| Chang Decl. Ex. K | Highlighted Portions | Defendants |
| Chang Decl. Ex. L | Entirety | Third Party |
| Chang Decl. Ex. M | Highlighted Portions | Defendants |
| Chang Decl. Ex. N | Highlighted Portions | Defendants |
| Chang Decl. Ex. O | Highlighted Portions | Defendants |

The blue-highlighted portions of Exhibit B, the entirety of Exhibit E, and the highlighted portions of Exhibit I discuss confidential information relating to certain confidential proceedings between Uber and certain former employees, which should be maintained as confidential subject to agreements between parties to those proceedings. (Declaration of Michelle Yang in Support of Defendants' Administrative Motion to File Documents Under Seal ("Yang Decl.") ¶ 3.)

The blue-highlighted portions of Exhibits J, K, and O contain confidential information contained in the sealed portions of Exhibit B to the Court's November 29, 2017 Order (Dkt. 2307-2), for which the Court has already granted sealing with respect to the green-highlighted portions of that document. (Dkt. 2307 at 2.) The Court's December 13, 2017 Order granted

additional redactions to Exhibit A to the Boersch Declaration (Dkt. 2382), which are also reflected in the public re-filing of Dkt. 2307-2. (Dkt. 2401-1.)  Exhibits J, K, and O contain information that implicates the safety, privacy, and reputational interests of former and current Uber employees and vendors, as well as various third party individuals and entities.  Defendants support sealing of the redacted portions in Dkt. 2307-2 and Dkt. 2401-1.  (Yang Decl. ¶ 4.)

In addition, the highlighted portions of Exhibits J, K, and O contain the contact information of current and former employee, including personal contact information.  Uber requests this contact information be kept confidential in order to preserve the privacy of current and former employees of a company that is the subject of extensive media coverage, and to protect these individuals from harm or harassment.  (Yang Decl. ¶ 5.)

The highlighted portions of Exhibit M contain references to a confidential third party vendor Uber used to conduct open-source research.  Defendants request this information be sealed to protect this confidential business relationship from disclosure and this third party vendor from possible harassment.    (Yang Decl. ¶ 6.)

The highlighted portions of Exhibits M and N also contain references to an Uber employee's draft internal document on potential objectives considered by the employee for competitor research.  This information has been maintained as highly confidential.  Disclosure of this information could allow competitors to understand potential research objectives and options considered by an employee, indicating specific information that Uber does and does not have about the self-driving industry, such that Uber's competitive standing could be significantly harmed.  (Yang Decl. ¶ 7.)

The green-highlighted portions of Exhibits G and H contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.  (Yang Decl. ¶ 8.)

The entirety of Exhibit L contains the deposition transcript of a third party. Defendants file this document under seal to allow the third party to file a sealing declaration, if needed.

Defendants' request is narrowly tailored to portions that merit sealing. (Yang Decl. ¶ 9.)

Pursuant to Civil Local Rule 79-5(d)(2), Defendants will lodge with the Clerk the documents at issue, with accompanying chamber copies. (Yang Decl. ¶ 10.)

Defendants served Waymo with this Administrative Motion to File Documents Under Seal on January 4, 2018.

For the foregoing reasons, Defendants request that the Court enter the accompanying Proposed Order granting Defendants' Administrative Motion to File Documents Under Seal and designate the service copies of these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Dated:  January 4, 2018                      MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
    ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>              Defendants. | Case No.      3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEALITS OPPOSITION TO WAYMO LETTER BRIEF RE OUTSTANDING DISCOVERY ITEMS** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Its Letter Brief in Opposition to Defendant Waymo LLC's Motion to Compel ("Letter") and the accompanying exhibits to the Declaration of Esther Chang ("Chang Decl.").

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Chang Decl. Ex. B | Highlighted Portions | Defendants |
| Chang Decl. Ex. E | Entirety | Defendants |
| Chang Decl. Ex. G | Entirety | Plaintiff |
| Chang Decl. Ex. H | Entirety | Plaintiff |
| Chang Decl. Ex. I | Highlighted Portions | Defendants |
| Chang Decl. Ex. J | Highlighted Portions | Defendants |
| Chang Decl. Ex. K | Highlighted Portions | Defendants |
| Chang Decl. Ex. L | Entirety | Third Party |
| Chang Decl. Ex. M | Highlighted Portions | Defendants |
| Chang Decl. Ex. N | Highlighted Portions | Defendants |
| Chang Decl. Ex. O | Highlighted Portions | Defendants |

3. The blue-highlighted portions of Exhibit B, the entirety of Exhibit E, and the highlighted portions of Exhibit I discuss confidential information relating to certain confidential proceedings between Uber and certain former employees, which should be maintained as confidential subject to agreements between parties to those proceedings.

4. The blue-highlighted portions of Exhibits J, K, and O contain confidential

1  information contained in the sealed portions of Exhibit B to the Court's November 29, 2017
2  Order (Dkt. 2307-2), for which the Court has already granted sealing with respect to the green-
3  highlighted portions of that document. (Dkt. 2307 at 2.) The Court's December 13, 2017 Order
4  granted additional redactions to Exhibit A to the Boersch Declaration (Dkt. 2382), which are also
5  reflected in the public re-filing of Dkt. 2307-2. (Dkt. 2401-1.) Exhibits J, K, and O contain
6  information that implicates the safety, privacy, and reputational interests of former and current
7  Uber employees and vendors, as well as various third party individuals and entities. Defendants
8  support sealing of the redacted portions in Dkt. 2307-2 and Dkt. 2401-1.

9       5.     In addition, the highlighted portions of Exhibits J, K, and O contain the contact
10 information of current and former employee, including personal contact information. Uber
11 requests this contact information be kept confidential in order to preserve the privacy of current
12 and former employees of a company that is the subject of extensive media coverage, and to
13 protect these individuals from harm or harassment.

14      6.     The highlighted portions of Exhibit M contain references to a confidential third
15 party vendor Uber used to conduct open-source research. Defendants request this information be
16 sealed to protect this confidential business relationship from disclosure and this third party vendor
17 from possible harassment.

18      7.     The highlighted portions of Exhibits M and N also contain references to an Uber
19 employee's draft internal document on potential objectives considered by the employee for
20 competitor research. This information has been maintained as highly confidential. Disclosure of
21 this information could allow competitors to understand potential research objectives and options
22 considered by an employee, indicating specific information that Uber does and does not have
23 about the self-driving industry, such that Uber's competitive standing could be significantly
24 harmed.

25      8.     The green-highlighted portions of Exhibits G and H contain information that has
26 been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in
27 accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"),
28 which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).

Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

9. The entirety of Exhibit L contains the deposition transcript of a third party. Defendants file this document under seal to allow the third party to file a sealing declaration, if needed.

10. Defendants' request is narrowly tailored to portions that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of January, 2018 at Washington, District of Columbia.

                                                     */s/ Michelle Yang*
                                                        Michelle Yang

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this

3

Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has

4

concurred in this filing.

5

Dated: January 4, 2018                                     */s/ Arturo J. González*
                                                                       ARTURO J. GONZÁLEZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Chang Decl. Ex. B | Highlighted Portions |
| Chang Decl. Ex. E | Entirety |
| Chang Decl. Ex. G | Entirety |
| Chang Decl. Ex. H | Entirety |
| Chang Decl. Ex. I | Highlighted Portions |
| Chang Decl. Ex. J | Highlighted Portions |
| Chang Decl. Ex. K | Highlighted Portions |
| Chang Decl. Ex. L | Entirety |
| Chang Decl. Ex. M | Highlighted Portions |
| Chang Decl. Ex. N | Highlighted Portions |
| Chang Decl. Ex. O | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2018

HONORABLE JACQUELINE SCOTT CORLEY

United States District Judge