UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
sf-3855500

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Chang Decl. Ex. B | Highlighted Portions |
| Chang Decl. Ex. E | Entirety |
| Chang Decl. Ex. G | Entirety |
| Chang Decl. Ex. H | Entirety |
| Chang Decl. Ex. I | Highlighted Portions |
| Chang Decl. Ex. J | Highlighted Portions |
| Chang Decl. Ex. K | Highlighted Portions |
| Chang Decl. Ex. L | Entirety |
| Chang Decl. Ex. M | Highlighted Portions |
| Chang Decl. Ex. N | Highlighted Portions |
| Chang Decl. Ex. O | Highlighted Portions |

**IT IS SO ORDERED**.

Dated: _____, 2018

HONORABLE JACQUELINE SCOTT CORLEY

United States District Judge