```
 1  MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
 2  ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzález@mofo.com
 3  MORRISON & FOERSTER LLP
    425 Market Street
 4  San Francisco, California  94105-2482
    Tel:  415.268.7000 / Fax:  415.268.7522
 5
    KAREN L. DUNN (Pro Hac Vice)
 6  kdunn@bsfllp.com
    HAMISH P.M. HUME (Pro Hac Vice)
 7  hhume@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
 8  1401 New York Avenue, N.W.
    Washington DC  20005
 9  Tel:  202.237.2727 / Fax:  202.237.6131

10  WILLIAM CARMODY (Pro Hac Vice)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (Pro Hac Vice)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY 10019-6023
    Tel: 212.336.8330 / Fax:  212.336.8340
14

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No.   3:17-cv-00939-WHA |
| Plaintiff, | **UNREDACTED EXS. J, K, AND O TO DECLARATION OF ESTHER KIM CHANG (CORRECTED HIGHLIGHTED VERSIONS OF DKT. 2451-8, 2451-9, AND 2451-13)** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |