QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>   Defendants. | CASE NO. 3:17-cv-00939<br><br>**PLAINTIFF WAYMO'S NOTICE OF REDACTED PAGES FOR *IN CAMERA* REVIEW**<br><br>Trial Date:   February 5, 2018 |

Pursuant to the Court's Order that Waymo "identify for Uber 50 pages by bates number that it wants the Court to review *in camera*" and "provide those bates numbers to Uber by 5:00 p.m. on January 5, 2018" (Dkt. 2454 at 2), Waymo provides the following list, subject to a reservation of rights regarding Uber's improper withholding of discovery (including documents and testimony, whether logged, unlogged, redacted, or entirely withheld) on the basis of purported privileges:

- UBER00338432
- UBER00334495
- UBER00331932
- UBER00334507
- UBER00334882, UBER00334883
- UBER00099182
- UBER00099283
- UBER00101505, UBER00101506
- UBER00109837, UBER00109838, UBER00109839, UBER00109840
- UBER00109846, UBER00109847, UBER00109848
- UBER00109878
- UBER00246796, UBER00246797
- UBER00256937
- UBER00258199
- UBER00330793
- UBER00332553
- UBER00332644
- UBER00333830
- UBER00333940
- UBER00333989
- UBER00334286, UBER00334287, UBER00334288
- UBER00334337

1  • UBER00334369
2  • UBER00334409
3  • UBER00334419, UBER00334420
4  • UBER00334501
5  • UBER00334619, UBER00334620
6  • UBER00334682
7  • UBER00334791, UBER00334792
8  • UBER00336143
9  • UBER00336362, UBER00336363
10 • UBER00339000
11 • UBER00340421
12 • UBER00342152
13 • UBER00342480, UBER00342481

DATED: January 5, 2018           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
    Charles K. Verhoeven
    Attorneys for WAYMO LLC