UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>             Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER REGARDING WAYMO'S IDENTIFICATION OF DOCUMENTS FOR THE COURT'S IN CAMERA REVIEW** |

This Court ordered Uber to provide the Court for its *in camera* review 50 pages Waymo identified as potentially improperly redacted on attorney-client or attorney work-product grounds. (Dkt. No. 2454.)  The Special Master has now brought to the Court's attention a dispute among the parties as to whether the pages Waymo identifies must be from documents logged or produced as part of the supplemental post-November 2017 discovery.  They must.  Waymo's December 29, 2017 letter brief was focused exclusively on Uber's supplemental production and logs; Waymo did not make any argument as to why this Court should review *in camera* documents long ago produced in this lawsuit and this Court did not rule that it would review such documents.

**IT IS SO ORDERED.**

Dated:  January 8, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge