QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO WAYMO LETTER BRIEF RE OUTSTANDING DISCOVERY ITEMS** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Defendants' Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to File Under Seal Their Opposition to Waymo Letter Brief Re Outstanding Discovery Items (the "Administrative Motion"). The Administrative Motion seeks an order sealing highlighted portions of Exhibits B, I-K, and M-O to the Declaration of Esther Chang, as well as the entirety of Exhibits E, G-H, and L thereto.

3. Exhibits G-H (portions marked in red boxes in version filed herewith) contain email addresses and/or phone numbers of Google and Waymo employees and/or former employees involved in this case, the disclosure of which would cause Waymo and those employees substantial harm due to the high public profile of this litigation. Waymo seeks to seal this information.

4. Waymo's request to seal is narrowly tailored to those portions of Exhibits G-H that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on January 8, 2018.

By */s/ Felipe Corredor*
Felipe Corredor
Attorneys for WAYMO LLC

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Felipe Corredor.

By: */s/ Charles K. Verhoeven*
Charles K. Verhoeven

# Exhibit G

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Jolie Sorge
**To:** Michael Pfyl                           Judy Gilbert                    ☐Chelsea Bailey
Michael Xing                          ☐Christine Flores
**Sent:** Mon, 27 Oct 2014 09:38:33 -0700
**Subject:** Fwd: Anthony [confidential]

Attorney Client Privileged
+ Christine (so she is in the loop when she gets back from holiday)

Hi Micheal, Mike and Judy,



REDACTED - PRIVILEGE

---------- Forwarded message ----------
From: **Chris Urmson**
Date: Mon, Oct 27, 2014 at 7:08 AM
Subject: Fwd: Anthony [confidential]
To: Chelsea Bailey                              Jolie Sorge


Can I share with Clay Anthony's comp situation.  I think it is important, along with the performance challenges.

Chris

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                WAYMO-UBER-00057551

---------- Forwarded message ----------
From: "Clay Bavor"
Date: Oct 27, 2014 7:04 AM
Subject: Anthony [confidential]
To: "Christopher Urmson"
Cc:

Hi Chris,

I spoke with Anthony last night. It sounds like he is ready to move on from Chauffeur to work on VR / robot stuff. To his credit, he also let me know that the situation is not exactly straightforward, and that you were considering putting him on a performance plan.

Can you give me a bit of color for why? Should I be concerned?

Happy to talk by phone if that is easiest. Text me any time you are free and I will step out of what I'm doing.

Thanks.

Clay

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                              WAYMO-UBER-00057552

# Exhibit H

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Chelsea Bailey
**To:** Judy Gilbert
**Sent:** Mon, 27 Oct 2014 12:37:06 -0700
**Subject:** Re: Anthony [confidential]
**Cc:** Michael Xing                    Michael Pfyl                    Christine Flores
Jolie Sorge

Privileged and confidential

*REDACTED - PRIVILEGE*

Please advise.

On Mon, Oct 27, 2014 at 11:48 AM, Judy Gilbert                    wrote:

> Privileged and confidential
>
> *REDACTED - PRIVILEGE*
>
> Please advise.
>
> On Mon Oct 27 2014 at 10:29:39 AM Michael Xing                    wrote:
>
> *REDACTED - PRIVILEGE*
>
> On Mon, Oct 27, 2014 at 9:53 AM, Michael Pfyl                    wrote:
>
>> Answers inline.
>> On Mon, Oct 27, 2014 at 9:38 AM, Jolie Sorge                    wrote:
>>
>>> Attorney Client Privileged
>>> + Christine (so she is in the loop when she gets back from holiday)
>>
>> Hi Micheal, Mike and Judy,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

*REDACTED - PRIVILEGE*

---------- Forwarded message ----------
From: **Chris Urmson**
Date: Mon, Oct 27, 2014 at 7:08 AM
Subject: Fwd: Anthony [confidential]
To: Chelsea Bailey                                        Jolie Sorge


Can I share with Clay Anthony's comp situation.  I think it is important, along with the performance challenges.

Chris

---------- Forwarded message ----------
From: "Clay Bavor"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                WAYMO-UBER-00009523

Date: Oct 27, 2014 7:04 AM
Subject: Anthony [confidential]
To: "Christopher Urmson"
Cc:

Hi Chris,

I spoke with Anthony last night. It sounds like he is ready to move on from Chauffeur to work on VR / robot stuff. To his credit, he also let me know that the situation is not exactly straightforward, and that you were considering putting him on a performance plan.

Can you give me a bit of color for why? Should I be concerned?

Happy to talk by phone if that is easiest. Text me any time you are free and I will step out of what I'm doing. REDACTED - PRIVACY

Thanks.

Clay


--
Chelsea Bailey

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                          WAYMO-UBER-00009524