# Exhibit G

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:**    Jolie Sorge
**To:**       Michael Pfyl                              Judy Gilbert                    ☐Chelsea Bailey
Michael Xing                              ☐Christine Flores
**Sent:**    Mon, 27 Oct 2014 09:38:33 -0700
**Subject:** Fwd: Anthony [confidential]

Attorney Client Privileged
+ Christine (so she is in the loop when she gets back from holiday)

Hi Micheal, Mike and Judy,



REDACTED - PRIVILEGE

---------- Forwarded message ----------
From: **Chris Urmson**
Date: Mon, Oct 27, 2014 at 7:08 AM
Subject: Fwd: Anthony [confidential]
To: Chelsea Bailey                              Jolie Sorge


Can I share with Clay Anthony's comp situation.  I think it is important, along with the performance challenges.

Chris

---------- Forwarded message ----------
From: "Clay Bavor"
Date: Oct 27, 2014 7:04 AM
Subject: Anthony [confidential]
To: "Christopher Urmson"
Cc:

Hi Chris,

I spoke with Anthony last night. It sounds like he is ready to move on from Chauffeur to work on VR / robot stuff. To his credit, he also let me know that the situation is not exactly straightforward, and that you were considering putting him on a performance plan.

Can you give me a bit of color for why? Should I be concerned?

Happy to talk by phone if that is easiest. Text me any time you are free and I will step out of what I'm doing.

Thanks.

Clay

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                WAYMO-UBER-00057552