# Exhibit H

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** Chelsea Bailey
**To:** Judy Gilbert
**Sent:** Mon, 27 Oct 2014 12:37:06 -0700
**Subject:** Re: Anthony [confidential]
**Cc:** Michael Xing            Michael Pfyl            Christine Flores
Jolie Sorge

Privileged and confidential

*REDACTED - PRIVILEGE*

Please advise.

On Mon, Oct 27, 2014 at 11:48 AM, Judy Gilbert                    wrote:

> Privileged and confidential
>
> *REDACTED - PRIVILEGE*
>
> Please advise.
>
> On Mon Oct 27 2014 at 10:29:39 AM Michael Xing                    wrote:
>
>> *REDACTED - PRIVILEGE*
>>
>> On Mon, Oct 27, 2014 at 9:53 AM, Michael Pfyl                    wrote:
>>
>>> Answers inline.
>>> On Mon, Oct 27, 2014 at 9:38 AM, Jolie Sorge                    wrote:
>>>
>>>> Attorney Client Privileged
>>>> + Christine (so she is in the loop when she gets back from holiday)
>>>>
>>>> Hi Micheal, Mike and Judy,

*REDACTED - PRIVILEGE*

---------- Forwarded message ----------
From: **Chris Urmson**
Date: Mon, Oct 27, 2014 at 7:08 AM
Subject: Fwd: Anthony [confidential]
To: Chelsea Bailey                      Jolie Sorge


Can I share with Clay Anthony's comp situation.  I think it is important, along with the performance challenges.

Chris

---------- Forwarded message ----------
From: "Clay Bavor"

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          WAYMO-UBER-00009523

Date: Oct 27, 2014 7:04 AM
Subject: Anthony [confidential]
To: "Christopher Urmson"
Cc:

Hi Chris,

I spoke with Anthony last night. It sounds like he is ready to move on from Chauffeur to work on VR / robot stuff. To his credit, he also let me know that the situation is not exactly straightforward, and that you were considering putting him on a performance plan.

Can you give me a bit of color for why? Should I be concerned?

Happy to talk by phone if that is easiest. Text me any time you are free and I will step out of what I'm doing. REDACTED - PRIVACY

Thanks.

Clay


--
Chelsea Bailey

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                              WAYMO-UBER-00009524