UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>  Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER RE: WAYMO'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 2441 |

On December 29, 2017, Waymo filed an administrative motion to file under seal portions of its discovery letter brief and exhibits thereto. (Dkt. No. 2441.) Waymo sought to file the matters referenced therein under seal because Defendants have designated the information as confidential and/or highly confidential. Under Civil Local Rule 79-5(e)(1), the designating party has 4 days to file a declaration in support of sealing. No such declaration has been filed by Defendants and the time for filing has run. Accordingly, the motion to seal is DENIED.

This Order disposes of Docket No. 2441.

**IT IS SO ORDERED.**

Dated: January 9, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge