UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-00939-WHA   (JSC)<br><br>**ORDER RE:** *IN CAMERA* **REVIEW** |

　　　The Court has reviewed *in camera* 50 pages of documents Uber has redacted as attorney-client privileged or attorney work-product or as otherwise confidential information not relevant to this trade secret misappropriation lawsuit.  Upon its review, the Court concludes that the following shall be produced to Waymo in unredacted form by 5:00 p.m. today:

- UBER00338432
- UBER00333940
- UBER00333989
- UBER00334369

**IT IS SO ORDERED.**

Dated: January 9, 2018

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jacqueline Scott Corley
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge