IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**NOTICE AND ORDER RE SEATING IN GALLERY**

The press, public, and counsel are hereby alerted that during jury selection, at least half and likely a little more of the public seating will be consumed by the venire, so space will be tight. All counsel and their teams (and observers) must fit in the front row and the right side of the well (as seen by the judge). Please remember NOT to interview or communicate with members of the venire. Seating for the press and public will be on a first-come, first-seated basis. An overflow courtroom will be provided if technologically feasible.

**IT IS SO ORDERED.**

Dated: January 9, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE