UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>              Defendants. | Case No.17-cv-00939-WHA   (JSC)<br><br>**ORDER AMENDING DKT. NO. 2460**<br>**ORDER RE: WAYMO'S**<br>**ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. Nos. 2441, 2446, 2460 |

On January 9, 2018, the Court denied Waymo's administrative motion to file under seal portions of its discovery letter brief and exhibits thereto because Uber—the party who had designated the material sought to be filed under seal as confidential—had not submitted a declaration is support of sealing as required by Civil Local Rule 79-5(e)(1).  (Dkt. No. 2241.)  It has since been brought to the Court's attention that Uber actually submitted a declaration in support of sealing, although it was not docketed as such or linked to Waymo's motion to seal.  (Dkt. No. 2446.)  Accordingly, the Court AMENDS its prior order and GRANTS Waymo's motion to seal as follows: Exhibits B, F, H, and O as narrowly tailored by Uber (Dkt. No. 2446-1 at 1-10) and Exhibit G (Dkt. No. 2441-10) in its entirety.  Waymo's motion to seal is otherwise DENIED.

**IT IS SO ORDERED.**

Dated: January 11, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge