QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL WAYMO'S OFFER OF PROOF REGARDING DEFENDANTS' DISCOVERY MISCONDUCT** |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Waymo LLC ("Waymo") respectfully requests to file under seal information in its Offer of Proof Regarding Defendants' Discovery Misconduct ("Offer of Proof"), filed concurrently herewith.  Specifically, Waymo requests an order granting leave to file under seal the portions of the documents as listed below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Offer of Proof | Highlighted in blue | Defendants |
| | Highlighted in green | Waymo |
| Exhibit 1 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 2 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 3 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 4 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 5 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 6 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 7 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 8 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 9 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 10 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 12 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 13 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 14 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 15 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 16 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 17 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 18 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 19 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 20 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 21 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 22 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 23 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 24 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 27 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 32 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 33 to Nardinelli Declaration | Entire document | Waymo |
| Exhibit 34 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 35 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 36 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 37 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 38 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 40 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 41 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 42 to Nardinelli Declaration | Entire document | Defendants |

| | | |
|---|---|---|
| Exhibit 43 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 44 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 45 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 48 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 49 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 50 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 51 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 52 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 53 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 54 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 56 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 57 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 58 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 60 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 61 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 62 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 63 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 64 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 65 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 66 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 67 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 68 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 69 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 70 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 71 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 72 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 73 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 75 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 76 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 77 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 78 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 83 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 84 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 85 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 86 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 87 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 88 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 90 to Nardinelli Declaration | Entire document | Defendants |

| | | |
|---|---|---|
| Exhibit 93 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 94 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 95 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 96 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 97 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 99 to Nardinelli Declaration | Entire document | Third-parties |
| Exhibit 100 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 101 to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit 102 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 103 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit 104 to Nardinelli Declaration | Entire document | Defendants |
| Exhibit A to Nardinelli Declaration | Entire document | Defendants |
| Exhibit B to Nardinelli Declaration | Entire document | Defendants |
| Exhibit C to Nardinelli Declaration | Entire document | Defendants |
| Exhibit D to Nardinelli Declaration | Entire document | Defendants |
| Exhibit E to Nardinelli Declaration | Entire document | Defendants |
| Exhibit F to Nardinelli Declaration | Entire document | Defendants |
| Exhibit G to Nardinelli Declaration | Entire document | Defendants |
| Exhibit H to Nardinelli Declaration | Entire document | Defendants |
| Exhibit I to Nardinelli Declaration | Entire document | Defendants |
| Exhibit J to Nardinelli Declaration | Entire document | Defendants |
| Exhibit K to Nardinelli Declaration | Entire document | Defendants |
| Exhibit L to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit M to Nardinelli Declaration | Entire document | Waymo |
| Exhibit N to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit P to Nardinelli Declaration | Entire document | Defendants |
| Exhibit Q to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit R to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit S to Nardinelli Declaration | Entire document | Defendants and/or third-parties |
| Exhibit T to Nardinelli Declaration | Entire document | Defendants |
| Exhibit U to Nardinelli Declaration | Entire document | Defendants |
| | Highlighted in green | Waymo |
| Exhibit V to Nardinelli Declaration | Entire document | Defendants |
| | Highlighted in green | Waymo |
| Exhibit W to Nardinelli Declaration | Entire document | Defendants |
| Exhibit X to Nardinelli Declaration | Entire document | Defendants |

| Exhibit Y to Nardinelli Declaration | Entire document | Defendants |
| Exhibit Z to Nardinelli Declaration | Entire document | Defendants |
| Exhibit AA to Nardinelli Declaration | Entire document | Defendants |

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law" (*i.e.*, is "sealable"). Civil L.R. 79-5(b). The sealing request must also "be narrowly tailored to seek sealing only of sealable material." *Id.* In the context of non-dispositive motions, materials may be sealed so long as the party seeking sealing makes a "particularized showing" under the "good cause" standard of Federal Rule of Civil Procedure 26(c). *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto Insurance Co.*, 331 F.3d 1122, 1135, 1138 (9th Cir. 2003)).

## II. THE COURT SHOULD SEAL WAYMO'S CONFIDENTIAL INFORMATION

The Court should seal the portions of Waymo's Response and exhibits thereto identified by Waymo in the table above. Waymo seeks to file this information under seal because it discloses Waymo's trade secret and confidential business information. *See* Declaration of Lindsay Cooper ("Cooper Decl.") ¶ 3. Trade secret and confidential business information that, if released, may "harm a litigant's competitive standing" merits sealing. *See Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 598-99 (1978). The public disclosure of such information would cause significant competitive harm to Waymo, as its internal legal strategy would become known to competitors who could use such information to Waymo's disadvantage. Cooper Decl. ¶ 3. The information filed under seal also discloses privileged work product which is only being disclosed in limited form pursuant to court order. Cooper Decl. ¶ 3. Waymo has narrowly tailored its requests to only information that merits sealing. *Id.* Thus, the Court should grant Waymo's administrative motion to seal.

## III. DEFENDANTS' AND THIRD-PARTIES' CONFIDENTIAL INFORMATION

Waymo seeks to seal identified portions of these documents because Defendants and/or third-parties have designated the information confidential and/or highly confidential. Cooper Decl. ¶ 4.

Waymo takes no position on the merits of sealing the designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules. *Id.*

## IV. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, Waymo respectfully requests that the Court grant Waymo's Administrative Motion.

DATED: January 12, 2018  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorney for WAYMO LLC