UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL WAYMO'S OFFER OF PROOF REGARDING DEFENDANTS' DISCOVERY MISCONDUCT** |

1      Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2  ("Waymo's Administrative Motion") certain information in its Offer of Proof Regarding

3  Defendant's Discovery Misconduct  ("Offer of Proof").

4      Having considered Waymo's Administrative Motion, and good cause to seal having been

5  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the

6  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Offer of Proof | Highlighted in blue |
|  | Highlighted in green |
| Exhibit 1 to Nardinelli Declaration | Entire document |
| Exhibit 2 to Nardinelli Declaration | Entire document |
| Exhibit 3 to Nardinelli Declaration | Entire document |
| Exhibit 4 to Nardinelli Declaration | Entire document |
| Exhibit 5 to Nardinelli Declaration | Entire document |
| Exhibit 6 to Nardinelli Declaration | Entire document |
| Exhibit 7 to Nardinelli Declaration | Entire document |
| Exhibit 8 to Nardinelli Declaration | Entire document |
| Exhibit 9 to Nardinelli Declaration | Entire document |
| Exhibit 10 to Nardinelli Declaration | Entire document |
| Exhibit 12 to Nardinelli Declaration | Entire document |
| Exhibit 13 to Nardinelli Declaration | Entire document |
| Exhibit 14 to Nardinelli Declaration | Entire document |
| Exhibit 15 to Nardinelli Declaration | Entire document |
| Exhibit 16 to Nardinelli Declaration | Entire document |
| Exhibit 17 to Nardinelli Declaration | Entire document |
| Exhibit 18 to Nardinelli Declaration | Entire document |
| Exhibit 19 to Nardinelli Declaration | Entire document |
| Exhibit 20 to Nardinelli Declaration | Entire document |
| Exhibit 21 to Nardinelli Declaration | Entire document |
| Exhibit 22 to Nardinelli Declaration | Entire document |
| Exhibit 23 to Nardinelli Declaration | Entire document |
| Exhibit 24 to Nardinelli Declaration | Entire document |
| Exhibit 27 to Nardinelli Declaration | Entire document |
| Exhibit 32 to Nardinelli Declaration | Entire document |
| Exhibit 33 to Nardinelli Declaration | Entire document |
| Exhibit 34 to Nardinelli Declaration | Entire document |
| Exhibit 35 to Nardinelli Declaration | Entire document |
| Exhibit 36 to Nardinelli Declaration | Entire document |
| Exhibit 37 to Nardinelli Declaration | Entire document |
| Exhibit 38 to Nardinelli Declaration | Entire document |
| Exhibit 40 to Nardinelli Declaration | Entire document |

| | |
|---|---|
| Exhibit 41 to Nardinelli Declaration | Entire document |
| Exhibit 42 to Nardinelli Declaration | Entire document |
| Exhibit 43 to Nardinelli Declaration | Entire document |
| Exhibit 44 to Nardinelli Declaration | Entire document |
| Exhibit 45 to Nardinelli Declaration | Entire document |
| Exhibit 48 to Nardinelli Declaration | Entire document |
| Exhibit 49 to Nardinelli Declaration | Entire document |
| Exhibit 50 to Nardinelli Declaration | Entire document |
| Exhibit 51 to Nardinelli Declaration | Entire document |
| Exhibit 52 to Nardinelli Declaration | Entire document |
| Exhibit 53 to Nardinelli Declaration | Entire document |
| Exhibit 54 to Nardinelli Declaration | Entire document |
| Exhibit 60 to Nardinelli Declaration | Entire document |
| Exhibit 61 to Nardinelli Declaration | Entire document |
| Exhibit 62 to Nardinelli Declaration | Entire document |
| Exhibit 63 to Nardinelli Declaration | Entire document |
| Exhibit 64 to Nardinelli Declaration | Entire document |
| Exhibit 65 to Nardinelli Declaration | Entire document |
| Exhibit 66 to Nardinelli Declaration | Entire document |
| Exhibit 67 to Nardinelli Declaration | Entire document |
| Exhibit 68 to Nardinelli Declaration | Entire document |
| Exhibit 69 to Nardinelli Declaration | Entire document |
| Exhibit 70 to Nardinelli Declaration | Entire document |
| Exhibit 71 to Nardinelli Declaration | Entire document |
| Exhibit 72 to Nardinelli Declaration | Entire document |
| Exhibit 73 to Nardinelli Declaration | Entire document |
| Exhibit 75 to Nardinelli Declaration | Entire document |
| Exhibit 76 to Nardinelli Declaration | Entire document |
| Exhibit 77 to Nardinelli Declaration | Entire document |
| Exhibit 78 to Nardinelli Declaration | Entire document |
| Exhibit 83 to Nardinelli Declaration | Entire document |
| Exhibit 84 to Nardinelli Declaration | Entire document |
| Exhibit 85 to Nardinelli Declaration | Entire document |
| Exhibit 86 to Nardinelli Declaration | Entire document |
| Exhibit 87 to Nardinelli Declaration | Entire document |
| Exhibit 88 to Nardinelli Declaration | Entire document |
| Exhibit 90 to Nardinelli Declaration | Entire document |
| Exhibit 93 to Nardinelli Declaration | Entire document |
| Exhibit 94 to Nardinelli Declaration | Entire document |
| Exhibit 95 to Nardinelli Declaration | Entire document |
| Exhibit 96 to Nardinelli Declaration | Entire document |
| Exhibit 97 to Nardinelli Declaration | Entire document |
| Exhibit 99 to Nardinelli Declaration | Entire document |
| Exhibit 100 to Nardinelli Declaration | Entire document |
| Exhibit 101 to Nardinelli Declaration | Entire document |
| Exhibit 102 to Nardinelli Declaration | Entire document |

| | |
|---|---|
| Exhibit 103 to Nardinelli Declaration | Entire document |
| Exhibit A to Nardinelli Declaration | Entire document |
| Exhibit B to Nardinelli Declaration | Entire document |
| Exhibit C to Nardinelli Declaration | Entire document |
| Exhibit D to Nardinelli Declaration | Entire document |
| Exhibit E to Nardinelli Declaration | Entire document |
| Exhibit F to Nardinelli Declaration | Entire document |
| Exhibit G to Nardinelli Declaration | Entire document |
| Exhibit H to Nardinelli Declaration | Entire document |
| Exhibit I to Nardinelli Declaration | Entire document |
| Exhibit J to Nardinelli Declaration | Entire document |
| Exhibit K to Nardinelli Declaration | Entire document |
| Exhibit L to Nardinelli Declaration | Entire document |
| Exhibit M to Nardinelli Declaration | Entire document |
| Exhibit N to Nardinelli Declaration | Entire document |
| Exhibit O to Nardinelli Declaration | Entire document |
| Exhibit P to Nardinelli Declaration | Entire document |
| Exhibit Q to Nardinelli Declaration | Entire document |
| Exhibit R to Nardinelli Declaration | Entire document |
| Exhibit S to Nardinelli Declaration | Entire document |
| Exhibit T to Nardinelli Declaration | Entire document |
| Exhibit U to Nardinelli Declaration | Entire document |
| | Highlighted in green |
| Exhibit V to Nardinelli Declaration | Entire document |
| | Highlighted in green |
| Exhibit W to Nardinelli Declaration | Entire document |
| Exhibit X to Nardinelli Declaration | Entire document |
| Exhibit Y to Nardinelli Declaration | Entire document |
| Exhibit Z to Nardinelli Declaration | Entire document |
| Exhibit AA to Nardinelli Declaration | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. WILLIAM ALSUP
United States District Court Judge