# EXHIBIT 12
# FILED UNDER SEAL

# EXHIBIT 13
# FILED UNDER SEAL

# EXHIBIT 14
# FILED UNDER SEAL

# EXHIBIT 15
# FILED UNDER SEAL

# EXHIBIT 16
# FILED UNDER SEAL

# EXHIBIT 17
# FILED UNDER SEAL

# EXHIBIT 18
# FILED UNDER SEAL

# EXHIBIT 19
# FILED UNDER SEAL

# EXHIBIT 20
# FILED UNDER SEAL

# EXHIBIT 21
# FILED UNDER SEAL

# EXHIBIT 22
# FILED UNDER SEAL

# EXHIBIT 23
# FILED UNDER SEAL

# EXHIBIT 24
# FILED UNDER SEAL