# EXHIBIT 25
# FILED UNDER SEAL

# EXHIBIT 26
# FILED UNDER SEAL