# EXHIBIT 30

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

## 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Rahul | Abrol | India Operations | Wickr SCIF/PRO; Wickr ME |
| Jace | Alfiere | Security | Wickr SCIF/PRO; Wickr ME |
| Laura | Alioto | Insurance Claims and Litigation | Wickr SCIF/PRO |
| Jason | Allen | Litigation | Wickr SCIF/PRO |
| Rey | Allie | Security | Wickr SCIF/PRO; Wickr ME |
| Julie | Ambrose | Strategic Services Group | Wickr SCIF/PRO |
| Nate | Anderson | Russia | Wickr SCIF/PRO |
| William | Anderson | Technology Services | Wickr SCIF/PRO |
| Pooja | Ashok | Security | Wickr SCIF/PRO |
| Scott | Atkinson | Litigation | Wickr SCIF/PRO |
| Chiraag | Aval | Security Response & Investigations | Wickr SCIF/PRO |
| Amos | Barreto |  | Wickr SCIF/PRO; Wickr ME |
| Nicole | Bartow | Litigation | Wickr SCIF/PRO; Wickr ME |
| Aaron | Bergstrom | Litigation | Wickr SCIF/PRO; Telegram |
| Daniel | Borges | Security Response & Investigations | Wickr SCIF/PRO |
| Shawn | Bracken | Internal Security | Wickr SCIF/PRO |
| Dalene | Bramer | Litigation | Wickr SCIF/PRO |
| Kurt | Brasch | Legal IP | Wickr SCIF/PRO |
| Tracey | Breeden | P&C, AMERICAS, US, CENTRAL | Wickr SCIF/PRO |
| Jessica | Brooks | Security | Wickr SCIF/PRO |
| Matthew | Bryant |  | Wickr SCIF/PRO; Wickr ME |
| Andres | Bucchi | Strategy & Planning | Wickr SCIF/PRO |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

### 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Jordan | Buettner | Research | Wickr SCIF/PRO |
| Charles | Burns | Security | Wickr SCIF/PRO |
| Avery | Bustamonte | Security | Wickr SCIF/PRO |
| Benjamin | Butin |  | Google Hangouts (set to "incognito," "off the record" or auto-delete) |
| Jonathan | Byrne | EMEA Security | Wickr SCIF/PRO |
| David | Campbell | Security Response & Investigations | Wickr SCIF/PRO |
| Stella | Chamarelli | LATAM Security | Wickr SCIF/PRO |
| Brett | Champlin |  | Wickr SCIF/PRO |
| Brett | Champlin | Security | Wickr SCIF/PRO |
| Karthik | Chandrashekar | Security Response & Investigations | Wickr SCIF/PRO |
| Frank | Chang | Safety & Insurance | Wickr SCIF/PRO |
| Sheng-Dean | Chang | Global Intelligence | Wickr SCIF/PRO |
| Yulin | Chen | Security Response & Investigations | Wickr SCIF/PRO: Wickr ME; Telegram |
| Ben | Chiang | Product Data | Wickr SCIF/PRO: Wickr ME; Telegram |
| Susan | Chiang | Security | Wickr SCIF/PRO; Wickr ME |
| Aaron | Chou | Tri-state, DOps | Wickr SCIF/PRO |
| Peter | Chovanec | EATS EMEA S&P | Wickr SCIF/PRO |
| Anna | Chung | Strategic Services Group | Wickr SCIF/PRO; Wickr ME, Telegram |
| Craig | Clark | Litigation | Wickr SCIF/PRO; Wickr ME |
| Ben | Cooper | Intrusion | Wickr SCIF/PRO; |
| Sean | Coyne | Security Response & Investigations | Wickr SCIF/PRO |
| Juan_Pablo | Crespo | Regulatory LatAm | Wickr SCIF/PRO |
| Robert | Crowley | EMEA Security | Wickr SCIF/PRO; Wickr ME |
| Brian | Cullinane | ATG | Wickr SCIF/PRO |
| Roxana | del_Toro_Lopez | Security Response & Investigations | Wickr SCIF/PRO |
| Shawnee | Delaney | Strategic Services Group | Wickr SCIF/PRO; Wickr ME |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

# 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Will | Demaine | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME |
| Nirvan | Dey | India Security | Wickr SCIF/PRO |
| Yifan | Ding | Customer Security Experience | Wickr SCIF/PRO; Wickr ME |
| Qi | Dong | | Wickr SCIF/PRO; Wickr ME |
| Thibault | Doutre | Data Science | Wickr SCIF/PRO |
| Deon | DuToit | EMEA Security | Wickr SCIF/PRO |
| Melanie | Ensign | P&C, AMERICAS, US, CENTRAL | Wickr SCIF/PRO |
| Mason | Feldman | ATG-Facilities | Wickr SCIF/PRO |
| Faranak | Firozan | Security Response & Investigations | Wickr SCIF/PRO |
| Alberto | Fittarelli | EMEA Security | Wickr SCIF/PRO; Wickr ME |
| John | Flynn | Security | Wickr SCIF/PRO |
| David | Fong | Tri-state, DOps | Wickr SCIF/PRO |
| Rob | Fuller | Security Response & Investigations | Wickr SCIF/PRO |
| Raymond | Galaviz | Litigation | Wickr SCIF/PRO |
| Galeno | Garbe | LATAM Security | Wickr SCIF/PRO |
| Alex | Garbutt | ProdSec | Wickr SCIF/PRO |
| Prashant | Garg | Rahul Abrol | Wickr SCIF/PRO; Wickr ME |
| Chris | Gates | Security Response & Investigations | Wickr SCIF/PRO |
| Xin | Ge | Security | Wickr SCIF/PRO |
| Austin | Geidt | | Telegram |
| Projjal | Ghatak | SEA Strategic Ops | Wickr SCIF/PRO; Wickr ME |
| Parham | Ghods | Corporate Development | Wickr SCIF/PRO |
| Nicholas | Gicinto | Security | Wickr SCIF/PRO; Wickr ME |
| Andy | Goldin | SENA Regional Ops | Wickr SCIF/PRO |
| George | Gordon | Latin America | Wickr SCIF/PRO |
| Carla | Gray | Security | Wickr SCIF/PRO |
| Collin | Greene | EngSec | Wickr SCIF/PRO |
| Alan | Grubbe | Insurance Claims and Litigation | Wickr SCIF/PRO |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

## 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Ashley | Guest | EMEA Security | Wickr SCIF/PRO |
| Neeraja | Gunaratnam | Security | Wickr SCIF/PRO |
| Jasmine | Guo | Strategic Ops & Planning | Wickr SCIF/PRO; Wickr PRO; Wickr ME; Telegram |
| Mike | Haas | Insurance Claims and Litigation, US | Wickr SCIF/PRO |
| Randall | Haimovici | Litigation | Wickr SCIF/PRO; Wickr ME |
| Randall | Haimovici | Litigation | Wickr SCIF/PRO; Wickr ME |
| Andrew | Hasbun | P&C, AMERICAS, US, CENTRAL | Wickr SCIF/PRO |
| Laurent | Hautefeuille | Freight | Wickr SCIF/PRO |
| Spencer | Hawes | Legal | Wickr SCIF/PRO |
| Susan | Hendrick | P&C, AMERICAS, US, CENTRAL | Wickr SCIF/PRO |
| Mat | Henley | Security | Wickr SCIF/PRO; Wickr ME; Telegram, Google Hangouts (set to "incognito," "off the record" or auto-delete) |
| Art | Henry | Product & Marketplace | Wickr SCIF/PRO; Wickr ME; Telegram |
| Fires | Here | | Wickr SCIF/PRO |
| Mary | Hillas | Legal | Wickr SCIF/PRO |
| Zehao | Hu | Growth Analytics | Wickr SCIF/PRO |
| Robert | Hugh | Security Response & Investigations | Wickr SCIF/PRO |
| David | Hughes | Security Response & Investigations | Wickr SCIF/PRO; Wickr PRO; Wickr ME; Telegram |
| Naushin | Husain | Legal | Wickr SCIF/PRO |
| Linda | Isley | Global Law Enforcement Team | Wickr SCIF/PRO |
| Amr | Ismail | EMEA Security | Wickr SCIF/PRO |
| Natalie | Iturralde | Insurance Law | Wickr SCIF/PRO |
| Ric | Jacobs | Security | Wickr SCIF/PRO; Wickr ME |
| Mohamad | Jardaneh | Middle East & Africa | Wickr SCIF/PRO |
| Angela | Johnson | Litigation | Wickr SCIF/PRO |
| Jeff | Jones | Security | Wickr SCIF/PRO; Wickr ME |
| Mark | Jones | Global Law Enforcement Team | Wickr SCIF/PRO |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

## 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Travis | Kalanick | | Telegram |
| Matt | Kaminski | Global Compliance | Wickr SCIF/PRO |
| Jodi | Kawada_Page | P&C, AMERICAS, US, CENTRAL | Wickr SCIF/PRO |
| Matthew | Kell | Security Response & Investigations | Wickr SCIF/PRO |
| Billy | Kewell | Global Law Enforcement Team | Wickr SCIF/PRO |
| _xxxx | KMaher | Security | Wickr SCIF/PRO |
| Abi | Komma | Machine Learning | Wickr SCIF/PRO |
| Ashish | Kurmi | Internal Security | Wickr SCIF/PRO |
| Robert | Kyle | ATG Physical Security | Wickr SCIF/PRO |
| Steven | Lacy | Security | Wickr SCIF/PRO |
| Elisca | Lagerweij | EMEA Security | Wickr SCIF/PRO |
| Mingjie | Lai | Engineering - Growth | Wickr SCIF/PRO |
| Horace | Lam | | Wickr SCIF/PRO; Wickr PRO; Wickr ME; Telegram |
| Kieu | Lam | Technical Program Management | Wickr SCIF/PRO |
| Pablo | Lamuraglia | International Security | Wickr SCIF/PRO |
| Christina | Ledoux | Security | Wickr SCIF/PRO |
| Jonny | Lee | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME; Telegram |
| Silvanus | Lee | Product Data | Wickr SCIF/PRO; Widkr ME |
| Anthony | Levandowski | ATG | Wickr SCIF/PRO; Wickr ME; Telegram |
| Alex | Levinson | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME, Telegram |
| Kyle | Lewis | Insurance Claims and Litigation | Wickr SCIF/PRO |
| Lu | Li | Growth Analytics | Wickr SCIF/PRO |
| Abe | Liao | Compute Reliability | Wickr SCIF/PRO |
| Eric | Lipman | Litigation | Wickr SCIF/PRO |
| Yuwei | Liu | Growth Analytics | Wickr SCIF/PRO |
| Tipper | Llaguno | Legal | Wickr SCIF/PRO |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

### 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Andrew | Macdonald | Global Operations | Wickr SCIF/PRO |
| Kevin | Maher | Security | Wickr SCIF/PRO; Wickr ME; Telegram |
| Becky | Mar | Technical Program Management | Wickr SCIF/PRO |
| Javier | Marcos | Security Response & Investigations | Wickr SCIF/PRO |
| Mohale | Matloga | EMEA Security | Wickr SCIF/PRO |
| Liz | Mattin | Internal Security | Wickr SCIF/PRO |
| Mia | Mazza | Litigation | Wickr SCIF/PRO |
| Chris | McCann | Security Response & Investigations | Wickr SCIF/PRO |
| Brittney | McClary | LATAM Security | Wickr SCIF/PRO; Wickr ME |
| Greg | McCurdy | Litigation | Wickr SCIF/PRO |
| Peter | McKee | ATG-Software-Experience & Operations Engineering | Wickr SCIF/PRO |
| Michael | McLoughlin | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME; Telegram; Signal; Facebook Messenger (using "Secret Conversation" feature with disappearing messages) |
| Eric | Meyhofer | | Telegram |
| Zac | Morris | ProdSec | Wickr SCIF/PRO |
| John | Mulgrew | Legal | Wickr SCIF/PRO |
| Jesse | Murray | Litigation | Wickr SCIF/PRO |
| Gourav | Nagar | Security Response & Investigations | Wickr SCIF/PRO; |
| Katie | Newman | Security Response & Investigations | Wickr SCIF/PRO |
| Eric | Newman | Technology Services | Wickr SCIF/PRO |
| Ken | Njuguna | Legal - Sub-Saharan Africa | Wickr SCIF/PRO |
| Jacob Donnelly | Nocon | | Wickr SCIF/PRO; Wickr ME |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

## 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Jake | Nocon | Strategic Services Group | Wickr SCIF/PRO; Wickr ME |
| Alex | Nussbacher | | Telegram |
| Lisa | O'Connor | Law Enforcement Response Team | Wickr SCIF/PRO |
| Angela | Padilla | Legal | Wickr SCIF/PRO; Telegram |
| Nick | Pailthorpe | EMEA Security | Wickr SCIF/PRO |
| Ambar | Pansari | Safety | Wickr SCIF/PRO |
| Alberto | Parada | EMEA Security | Wickr SCIF/PRO |
| Amar | Patel | UKI Partner Channels | Wickr SCIF/PRO |
| Lisen | Peng | Global Intelligence | Wickr SCIF/PRO |
| Reynaldo | Perez | Security | Wickr SCIF/PRO |
| Quang | Pham | Security Response & Investigations | Wickr SCIF/PRO |
| Quang2 | Pham | Security Response & Investigations | Wickr SCIF/PRO |
| Jeff | Pike | Security | Wickr SCIF/PRO |
| Kristy | Pilipauskas | Insurance Claims and Litigation | Wickr SCIF/PRO |
| Francisco | Pinilla | Legal - Transactions | Wickr SCIF/PRO |
| Cameron | Poetzscher | | Telegram |
| Frank | Portman | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME |
| Allison | Pozzi | Legal | Wickr SCIF/PRO |
| Gopal | Purohit | India Security | Wickr SCIF/PRO |
| Yong | Qiao | EngSec | Wickr SCIF/PRO |
| Prithvi | Rai | Security | Wickr SCIF/PRO |
| Varun | Rau | ATG-Software-Robot Ops | Wickr SCIF/PRO |
| David | Richter | Executive | Wickr SCIF/PRO |
| Sergio | Romero | Legal LATAM | Wickr SCIF/PRO |
| Lior | Ron | ATG | Wickr SCIF/PRO; Wickr ME; Telegram |
| Anthony | Rose | Expansion Data Science | Wickr SCIF/PRO |
| Heather | Rothenberg | Safety & Insurance | Wickr SCIF/PRO |
| Ariel | Ruiz | Litigation | Wickr SCIF/PRO |
| Edward | Russo | Strategic Services Group | Wickr SCIF/PRO; Wickr ME |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

### 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Siddharth | Saoji | International Security | Wickr SCIF/PRO |
| Aiden | Scandella | Machine Learning Platform | Wickr SCIF/PRO |
| Sachin | Sharma | International Security | Wickr SCIF/PRO; Wickr Me |
| Weiwei | Shen | Product Analytics | Wickr SCIF/PRO |
| Bernard | Sheridan | Security Response & Investigations | Wickr SCIF/PRO; |
| Andrew | Shieh | Legal IP | Wickr SCIF/PRO |
| Chris | Shin | Legal Operations | Wickr SCIF/PRO |
| Spiro | Sideris | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME |
| Matt | Smith | Security | Wickr SCIF/PRO |
| Rachael | Smith | Legal Security | Wickr SCIF/PRO; |
| Maus | Stearns | Security Response & Investigations | Wickr SCIF/PRO |
| Neil | Stegall |  | Telegram |
| Jimmy | Stelter | Strategic Services Group | Wickr SCIF/PRO; Wickr ME |
| Chris | Storm | Legal IP | Wickr SCIF/PRO |
| Wade | Stormer | Global Law Enforcement Team | Wickr SCIF/PRO |
| Justin | Suhr | Litigation | Wickr SCIF/PRO |
| Joe | Sullivan | Executive | Wickr SCIF/PRO; Wickr ME |
| Mike | Sullivan | Security | Wickr SCIF/PRO |
| Richard | Sumnall | International Security | Wickr SCIF/PRO |
| Achia | Swift | Litigation | Wickr SCIF/PRO |
| Daniyal | Syed | Intrusion | Wickr SCIF/PRO |
| Matyas | Tamas |  | Wickr SCIF/PRO; Wickr ME |
| Hudson | Thrift | EngSec | Wickr SCIF/PRO |
| Bart | Tissue | Technology Services | Wickr SCIF/PRO |
| Jai | Toor | Product Analytics | Wickr SCIF/PRO |
| Karen | Toro | Paralegal - Regulatory | Wickr SCIF/PRO |
| Mandy | Tory | Security Response & Investigations | Wickr SCIF/PRO |
| Tyler | Trerotola | Middle East & Africa | Wickr SCIF/PRO |
| David | Vidal | Intrusion | Wickr SCIF/PRO; |
| Gabriel | Villasenor | Insurance Claims and Litigation | Wickr SCIF/PRO |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

### 1. Personnel Who Have Used Wickr or Similar Platform

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
| --- | --- | --- | --- |
| Jose_Antonio | Villela | Legal Transactions - LatAm | Wickr SCIF/PRO |
| Julie | Viray | | Telegram |
| Ashley | Vivlamore | Abuse & Investigations | Wickr SCIF/PRO; Wickr ME |
| David | Wang | Detection Platform | Wickr SCIF/PRO |
| Hui | Wang | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME |
| Runze | Wang | Growth Analytics | Wickr SCIF/PRO |
| Randy | Wanis | Strategic Services Group | Wickr SCIF/PRO |
| Caitlin | Washburn | Insurance Claims and Litigation | Wickr SCIF/PRO |
| Maxwell | Watkins | Litigation | Wickr SCIF/PRO |
| Michael Cory | Weiss-Malik | | GChat (set to "incognito," "off the record" or auto-delete), Google Hangouts (set to "incognito," "off the record" or auto-delete) |
| Kayla | Whaling | P&C, AMERICAS, US, CENTRAL | Wickr SCIF/PRO |
| Hugh | White | Security | Wickr SCIF/PRO |
| Christian | Wicks | EMEA Central Operations | Wickr SCIF/PRO |
| Anne | Widera | ATG-Product | Wickr SCIF/PRO |
| Brook | Woldemariam | Product Analytics | Wickr SCIF/PRO; Wickr ME |
| Kate | Wolf | Litigation | Wickr SCIF/PRO |
| Barry | Wong | APAC Security | Wickr SCIF/PRO |
| Ross | Worden | Security Response & Investigations | Wickr SCIF/PRO; Wickr ME; Telegram |
| Zhen | Wu | APAC Security | Wickr SCIF/PRO |
| Stephen | Yang | Global Intelligence | Wickr SCIF/PRO |
| Dongyi | Ye | Global Intelligence | Wickr SCIF/PRO |
| Catherine | Yumul | Law Enforcement Response Team | Wickr SCIF/PRO |
| Brian | Zajac | | Telegram |

Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

**1. Personnel Who Have Used Wickr or Similar Platform**

| First name | Last Name | Organizational Unit[1] | Type of Ephemeral Messaging service |
|---|---|---|---|
| Baoguang | Zhai | | Wickr SCIF/PRO; Wickr ME |
| Jinjian | Zhai | Marketplace Analytics | Wickr SCIF/PRO; Wickr ME |
| Yingying | Zheng | Global Intelligence | Wickr SCIF/PRO |
| Noah | Zych | | Telegram |
| MA Team (in general) | | | Wickr SCIF/PRO; Wickr ME |
| Threat Ops (in general) | | | Wickr SCIF/PRO; Wickr ME |
| Benjamin Butin's Group (in general) | | | Google Hangouts (set to "incognito," "off the record" or auto-delete) |
| China and SEA Ops Team (in general) | | | Wickr SCIF/PRO; Telegram |
| Business Development Group (in general) | | | Telegram |

1. Legal personnel listed herein as having used Wickr had a Wickr account, but may not have used it.