# EXHIBIT 31

12/22/2017    Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

# 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Rahul | Abrol | Wickr SCIF/PRO; Wickr ME |
| Eric | Alexander | Telegram |
| Jace | Alfiere | Wickr SCIF/PRO; Wickr ME |
| Laura | Alioto | Wickr SCIF/PRO |
| Jason | Allen | Wickr SCIF/PRO |
| Rey | Allie | Wickr SCIF/PRO; Wickr ME |
| Julie | Ambrose | Wickr SCIF/PRO |
| Nate | Anderson | Wickr SCIF/PRO |
| William | Anderson | Wickr SCIF/PRO |
| Nick | Ash | Wickr |
| Pooja | Ashok | Wickr SCIF/PRO |
| Scott | Atkinson | Wickr SCIF/PRO |
| Chiraag | Aval | Wickr SCIF/PRO |
| Amos | Barreto | Wickr SCIF/PRO; Wickr ME |
| Nicole | Bartow | Wickr SCIF/PRO; Wickr ME |
| DC | Berdy | Wickr |
| Aaron | Bergstrom | Wickr SCIF/PRO; Telegram |
| Travis | Bogard | Telegram |
| Daniel | Borges | Wickr SCIF/PRO |
| Shawn | Bracken | Wickr SCIF/PRO |
| Dalene | Bramer | Wickr SCIF/PRO |
| Kurt | Brasch | Wickr SCIF/PRO |
| Tracey | Breeden | Wickr SCIF/PRO |
| Kevin | Brinig | Telegram |
| Jessica | Brooks | Wickr SCIF/PRO |
| Mike | Brown | Telegram |
| Matthew | Bryant | Wickr SCIF/PRO; Wickr ME |
| Andres | Bucchi | Wickr SCIF/PRO |
| Jordan | Buettner | Wickr SCIF/PRO |
| Charles | Burns | Wickr SCIF/PRO |
| Avery | Bustamonte | Wickr SCIF/PRO |
| Benjamin | Butin | Google Hangouts (set to "incognito," "off the |
| Jonathan | Byrne | Wickr SCIF/PRO |
| David | Campbell | Wickr SCIF/PRO |
| 1. Inclusion on this list does not necessarily mean that the person used the ephemeral messaging platform listed, but it means that the person was at some point at least signed up for or invited to that platform.
2. Legal personnel listed herein as having used Wickr had a Wickr account, but may not have used it. | | |

## 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Stella | Chamarelli | Wickr SCIF/PRO |
| Brett | Champlin | Wickr SCIF/PRO |
| Brett | Champlin | Wickr SCIF/PRO |
| Karthik | Chandrashekar | Wickr SCIF/PRO |
| Frank | Chang | Wickr SCIF/PRO |
| Sheng-Dean | Chang | Wickr SCIF/PRO |
| Yulin | Chen | Wickr SCIF/PRO: Wickr ME; Telegram |
| Michelle | Chen | Telegram |
| Ben | Chiang | Wickr SCIF/PRO: Wickr ME; Telegram |
| Susan | Chiang | Wickr SCIF/PRO; Wickr ME |
| Aaron | Chou | Wickr SCIF/PRO |
| Peter | Chovanec | Wickr SCIF/PRO |
| Anna | Chung | Wickr SCIF/PRO; Wickr ME, Telegram |
| Craig | Clark | Wickr SCIF/PRO; Wickr ME |
| Ben | Cooper | Wickr SCIF/PRO; |
| Sean | Coyne | Wickr SCIF/PRO |
| Juan_Pablo | Crespo | Wickr SCIF/PRO |
| Robert | Crowley | Wickr SCIF/PRO; Wickr ME |
| Brian | Cullinane | Wickr SCIF/PRO |
| Roxana | del_Toro_Lopez | Wickr SCIF/PRO |
| Shawnee | Delaney | Wickr SCIF/PRO; Wickr ME; Whatsapp |
| Will | Demaine | Wickr SCIF/PRO; Wickr ME |
| Nirvan | Dey | Wickr SCIF/PRO |
| Yifan | Ding | Wickr SCIF/PRO; Wickr ME |
| Qiansha | Ding | Telegram; WeChat |
| Qi | Dong | Wickr SCIF/PRO; Wickr ME |
| Aaron | Doubt | Telegram |
| Thibault | Doutre | Wickr SCIF/PRO |
| Deon | DuToit | Wickr SCIF/PRO; Whatsapp |
| David | Dy Tang | Telegram |
| Melanie | Ensign | Wickr SCIF/PRO |
| Brooks | Entwistle | Telegram |
| Mason | Feldman | Wickr SCIF/PRO; Snapchat |
| Faranak | Firozan | Wickr SCIF/PRO |
| Alberto | Fittarelli | Wickr SCIF/PRO; Wickr ME |
| John | Flynn | Wickr SCIF/PRO |
| David | Fong | Wickr SCIF/PRO |

## 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Leon | Foong | Telegram |
| Marissa | Foust | Telegram |
| Christian | Freese | Whatsapp; Telegram |
| Rob | Fuller | Wickr SCIF/PRO |
| Raymond | Galaviz | Wickr SCIF/PRO |
| Galeno | Garbe | Wickr SCIF/PRO |
| Alex | Garbutt | Wickr SCIF/PRO |
| Prashant | Garg | Wickr SCIF/PRO; Wickr ME |
| Chris | Gates | Wickr SCIF/PRO |
| Xin | Ge | Wickr SCIF/PRO; Telegram |
| Austin | Geidt | Telegram |
| Projjal | Ghatak | Wickr SCIF/PRO; Wickr ME |
| Parham | Ghods | Wickr SCIF/PRO |
| Nicholas | Gicinto | Wickr SCIF/PRO; Wickr ME |
| Andrew | Glickman | Telegram |
| Andy | Goldin | Wickr SCIF/PRO |
| George | Gordon | Wickr SCIF/PRO |
| Margot | Grabie | Snapchat |
| Ryan | Graves | Telegram |
| Carla | Gray | Wickr SCIF/PRO; Whatsapp |
| Collin | Greene | Wickr SCIF/PRO |
| Alan | Grubbe | Wickr SCIF/PRO |
| Ashley | Guest | Wickr SCIF/PRO |
| Neeraja | Gunaratnam | Wickr SCIF/PRO |
| Jasmine | Guo | Wickr SCIF/PRO; Wickr PRO; Wickr ME; Telegram |
| Mike | Haas | Wickr SCIF/PRO |
| Randall | Haimovici | Wickr SCIF/PRO; Wickr ME |
| Andrew | Hasbun | Wickr SCIF/PRO |
| Laurent | Hautefeuille | Wickr SCIF/PRO |
| Spencer | Hawes | Wickr SCIF/PRO |
| James | Hawkins | Telegram |
| Susan | Hendrick | Wickr SCIF/PRO |
| Mat | Henley | Wickr SCIF/PRO; Wickr ME; Telegram, Google Hangouts (set to "incognito," "off the record" or auto-delete); Facebook Messenger |
| Art | Henry | Wickr SCIF/PRO; Wickr ME; Telegram |
| Fires | Here | Wickr SCIF/PRO |

## 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Mary | Hillas | Wickr SCIF/PRO |
| Don | Hoang | Telegram |
| Liane | Hornsey | Hangouts |
| Zehao | Hu | Wickr SCIF/PRO |
| Robert | Hugh | Wickr SCIF/PRO |
| David | Hughes | Wickr SCIF/PRO; Wickr PRO; Wickr ME; Telegram |
| Naushin | Husain | Wickr SCIF/PRO |
| Linda | Isley | Wickr SCIF/PRO |
| Amr | Ismail | Wickr SCIF/PRO |
| Natalie | Iturralde | Wickr SCIF/PRO |
| Ric | Jacobs | Wickr SCIF/PRO; Wickr ME |
| Vardhaman | Jain | Whatsapp; Telegram |
| Mohamad | Jardaneh | Wickr SCIF/PRO |
| Angela | Johnson | Wickr SCIF/PRO |
| Jeff | Jones | Wickr SCIF/PRO; Wickr ME |
| Mark | Jones | Wickr SCIF/PRO |
| Travis | Kalanick | Telegram; Snapchat |
| Matt | Kaminski | Wickr SCIF/PRO |
| Jodi | Kawada_Page | Wickr SCIF/PRO |
| Matthew | Kell | Wickr SCIF/PRO |
| Billy | Kewell | Wickr SCIF/PRO |
| _xxxx | KMaher | Wickr SCIF/PRO |
| Abi | Komma | Wickr SCIF/PRO |
| Rowena | Kong | Telegram |
| Sameer | Kshirsager | Telegram |
| Ashish | Kurmi | Wickr SCIF/PRO |
| Robert | Kyle | Wickr SCIF/PRO |
| Steven | Lacy | Wickr SCIF/PRO |
| Elisca | Lagerweij | Wickr SCIF/PRO |
| Mingjie | Lai | Wickr SCIF/PRO |
| Nimish | Lalwani | Whatsapp; Telegram |
| Horace | Lam | Wickr SCIF/PRO; Wickr PRO; Wickr ME; Telegram |
| Kieu | Lam | Wickr SCIF/PRO |
| Pablo | Lamuraglia | Wickr SCIF/PRO |

## 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Christina | Ledoux | Wickr SCIF/PRO |
| Jonny | Lee | Wickr SCIF/PRO; Wickr ME; Telegram |
| Silvanus | Lee | Wickr SCIF/PRO; Widkr ME |
| Nick | Letwin | Telegram |
| Anthony | Levandowski | Wickr SCIF/PRO; Telegram |
| Alex | Levinson | Wickr SCIF/PRO; Wickr ME, Telegram |
| Kyle | Lewis | Wickr SCIF/PRO |
| Lu | Li | Wickr SCIF/PRO |
| Abe | Liao | Wickr SCIF/PRO |
| Jonathan | Lieberman | Wickr |
| Yibo | Ling | Telegram |
| Yibo | Ling | Telegram |
| Eric | Lipman | Wickr SCIF/PRO; Telegram |
| Yuwei | Liu | Wickr SCIF/PRO |
| Zhen | Liu | Telegram |
| Tipper | Llaguno | Wickr SCIF/PRO |
| Jeremiah | Lu | Telegram |
| Jeff | Lui | Telegram |
| Fanny | Ma | Telegram; WeChat |
| Andrew | Macdonald | Wickr SCIF/PRO |
| Kevin | Maher | Wickr SCIF/PRO; Wickr ME; Telegram |
| Charles | Man | Telegram |
| Becky | Mar | Wickr SCIF/PRO |
| Javier | Marcos | Wickr SCIF/PRO |
| Mohale | Matloga | Wickr SCIF/PRO |
| Andrew | Matthews | Wickr |
| Liz | Mattin | Wickr SCIF/PRO |
| Mia | Mazza | Wickr SCIF/PRO |
| Chris | McCann | Wickr SCIF/PRO |
| Brittney | McClary | Wickr SCIF/PRO; Wickr ME |
| Greg | McCurdy | Wickr SCIF/PRO |
| Peter | McKee | Wickr SCIF/PRO |

# 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Michael | McLoughlin | Wickr SCIF/PRO; Wickr ME; Telegram; Signal; Facebook Messenger (using "Secret Conversation" feature with disappearing messages) |
| Eric | Meyhofer | Telegram |
| Matthew | Miao | Telegram |
| Emil | Michael | Telegram |
| Matthew | Moore | Telegram |
| Rhian | Morgan | Snapchat |
| Zac | Morris | Wickr SCIF/PRO |
| John | Mulgrew | Wickr SCIF/PRO |
| Jesse | Murray | Wickr SCIF/PRO |
| Gourav | Nagar | Wickr SCIF/PRO |
| David | Newberry | Wickr |
| Katie | Newman | Wickr SCIF/PRO |
| Eric | Newman | Wickr SCIF/PRO |
| Craig | Nicol | Telegram |
| Ken | Njuguna | Wickr SCIF/PRO |
| Jacob Donnelly | Nocon | Wickr SCIF/PRO; Wickr ME |
| Jake | Nocon | Wickr SCIF/PRO; Wickr ME |
| Alex | Nussbacher | Wickr SCIF/PRO; Telegram |
| Lisa | O'Connor | Wickr SCIF/PRO |
| Derrick | Ongchin | Telegram |
| Angela | Padilla | Wickr SCIF/PRO; WickrME; Telegram |
| Nick | Pailthorpe | Wickr SCIF/PRO |
| Ambar | Pansari | Wickr SCIF/PRO |
| Alberto | Parada | Wickr SCIF/PRO |
| Amar | Patel | Wickr SCIF/PRO |
| Lisen | Peng | Wickr SCIF/PRO |
| Allen | Penn | Wickr |
| Reynaldo | Perez | Wickr SCIF/PRO |
| Quang | Pham | Wickr SCIF/PRO |
| Quang2 | Pham | Wickr SCIF/PRO |
| Jeff | Pike | Wickr SCIF/PRO |
| Kristy | Pilipauskas | Wickr SCIF/PRO |
| Andi | Pimentel | Telegram |
| Francisco | Pinilla | Wickr SCIF/PRO |
| Cameron | Poetzscher | Telegram |
| Susan | Popal | Whatsapp; Telegram |
| Frank | Portman | Wickr SCIF/PRO; Wickr ME |

# 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Tylee | Potter | Telegram |
| Allison | Pozzi | Wickr SCIF/PRO |
| Gopal | Purohit | Wickr SCIF/PRO |
| Nina | Qi | Telegram |
| Yong | Qiao | Wickr SCIF/PRO |
| Miraj | Rahematpura | Snapchat |
| Prithvi | Rai | Wickr SCIF/PRO |
| Vinay | Ramani | Telegram; WeChat |
| Varun | Rau | Wickr SCIF/PRO |
| David | Richter | Wickr SCIF/PRO; Telegram |
| Fraser | Robinson | Telegram |
| Sergio | Romero | Wickr SCIF/PRO |
| Lior | Ron | Wickr SCIF/PRO; Wickr ME; Telegram |
| Anthony | Rose | Wickr SCIF/PRO |
| Heather | Rothenberg | Wickr SCIF/PRO |
| Ariel | Ruiz | Wickr SCIF/PRO |
| Edward | Russo | Wickr SCIF/PRO; Wickr ME |
| Siddharth | Saoji | Wickr SCIF/PRO |
| Aiden | Scandella | Wickr SCIF/PRO |
| Sachin | Sharma | Wickr SCIF/PRO; Wickr Me |
| Weiwei | Shen | Wickr SCIF/PRO |
| Bernard | Sheridan | Wickr SCIF/PRO |
| Lin | Shi | Wickr |
| Yi-Bing | Shi | Telegram |
| Andrew | Shieh | Wickr SCIF/PRO |
| Chris | Shin | Wickr SCIF/PRO |
| Spiro | Sideris | Wickr SCIF/PRO; Wickr ME |
| Matt | Smith | Wickr SCIF/PRO |
| Rachael | Smith | Wickr SCIF/PRO; |
| Maus | Stearns | Wickr SCIF/PRO |
| Neil | Stegall | Telegram |
| Jimmy | Stelter | Wickr SCIF/PRO; Wickr ME |
| Chris | Storm | Wickr SCIF/PRO |
| Wade | Stormer | Wickr SCIF/PRO |
| Justin | Suhr | Wickr SCIF/PRO |
| Joe | Sullivan | Wickr SCIF/PRO; Wickr ME; Hangouts; Threema |
| Mike | Sullivan | Wickr SCIF/PRO |
| Richard | Sumnall | Wickr SCIF/PRO |
| Jin | Sun | Telegram |
| Achia | Swift | Wickr SCIF/PRO |
| Daniyal | Syed | Wickr SCIF/PRO |
| Matyas | Tamas | Wickr SCIF/PRO; Wickr ME |

12/21/2017    Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

# 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Kirsten | Thompson | Telegram |
| Hudson | Thrift | Wickr SCIF/PRO |
| Bart | Tissue | Wickr SCIF/PRO |
| Jai | Toor | Wickr SCIF/PRO |
| Karen | Toro | Wickr SCIF/PRO |
| Mandy | Tory | Wickr SCIF/PRO |
| Tyler | Trerotola | Wickr SCIF/PRO |
| David | Vidal | Wickr SCIF/PRO |
| Gabriel | Villasenor | Wickr SCIF/PRO |
| Jose_Antonio | Villela | Wickr SCIF/PRO |
| Julie | Viray | Telegram |
| Ashley | Vivlamore | Wickr SCIF/PRO; Wickr ME |
| Kagure | Wamunyu | Telegram |
| David | Wang | Wickr SCIF/PRO |
| Hui | Wang | Wickr SCIF/PRO; Wickr ME |
| Runze | Wang | Wickr SCIF/PRO |
| Randy | Wanis | Wickr SCIF/PRO |
| Caitlin | Washburn | Wickr SCIF/PRO |
| Maxwell | Watkins | Wickr SCIF/PRO |
| Michael Cory | Weiss-Malik | GChat (set to "incognito," "off the record" or auto-delete), Google Hangouts (set to "incognito," "off the record" or auto-delete) |
| Kayla | Whaling | Wickr SCIF/PRO |
| Hugh | White | Wickr SCIF/PRO |
| Christian | Wicks | Wickr SCIF/PRO |
| Anne | Widera | Wickr SCIF/PRO |
| Matthew | Wilson | Telegram |
| Brook | Woldemariam | Wickr SCIF/PRO; Wickr ME; Telegram |
| Kate | Wolf | Wickr SCIF/PRO |
| Barry | Wong | Wickr SCIF/PRO |
| Ross | Worden | Wickr SCIF/PRO; Wickr ME; Telegram; Facebook Messenger |
| Zhen | Wu | Wickr SCIF/PRO |
| Matt | Wyndowe | Telegram |
| Stephen | Yang | Wickr SCIF/PRO |
| Nan | Yang | Telegram |
| Dongyi | Ye | Wickr SCIF/PRO |
| Salle | Yoo | Whatsapp; Telegram |
| John | Yu | Telegram |
| Catherine | Yumul | Wickr SCIF/PRO |
| Brian | Zajac | Telegram |
| Matthew | Zehnder | Snapchat |

12/21/2017          Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
Case No. 3:17-cv-00939-WHA

## 1. Personnel Who Have Used Wickr or Similar Platform[1]

| First name | Last Name | Type of Ephemeral Messaging Service |
|---|---|---|
| Baoguang | Zhai | Wickr SCIF/PRO; Wickr ME |
| Jinjian | Zhai | Wickr SCIF/PRO; Wickr ME |
| Yingying | Zheng | Wickr SCIF/PRO |
| Rose | Zhong | Telegram |
| Noah | Zych | Telegram |
| Market Place Analytics (in general) | | Wickr SCIF/PRO; Wickr ME |
| Threat Ops (in general) | | Wickr SCIF/PRO; Wickr ME |
| Benjamin Butin's Group (in general) | | Google Hangouts (set to "incognito," "off the record" or auto-delete) |
| China and SEA Ops Team (in general) | | Wickr SCIF/PRO; Telegram |
| Business Development Group (in general) | | Telegram |