# EXHIBIT 32
# FILED UNDER SEAL

# EXHIBIT 33
# FILED UNDER SEAL

# EXHIBIT 34
# FILED UNDER SEAL

# EXHIBIT 35
# FILED UNDER SEAL

# EXHIBIT 36
# FILED UNDER SEAL

# EXHIBIT 37
# FILED UNDER SEAL

# EXHIBIT 38
# FILED UNDER SEAL