# EXHIBIT 39



UBER00076799