# EXHIBIT 40
# FILED UNDER SEAL

# EXHIBIT 41
# FILED UNDER SEAL

# EXHIBIT 42
# FILED UNDER SEAL

# EXHIBIT 43
# FILED UNDER SEAL

# EXHIBIT 44
# FILED UNDER SEAL

# EXHIBIT 45
# FILED UNDER SEAL