# EXHIBIT 48
# FILED UNDER SEAL

# EXHIBIT 49
# FILED UNDER SEAL

# EXHIBIT 50
# FILED UNDER SEAL

# EXHIBIT 51
# FILED UNDER SEAL

# EXHIBIT 52
# FILED UNDER SEAL

# EXHIBIT 53
# FILED UNDER SEAL

# EXHIBIT 54
# FILED UNDER SEAL