# EXHIBIT 55

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **DECLARATION OF CLAYTON HALUNEN** <br><br> Judge: Hon. William H. Alsup <br> Trial Date: February 5, 2018 |

I, Clayton Halunen, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Minnesota and am a partner in Halunen Law. I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. Halunen Law and Collier Law Firm, LLP jointly represented Richard Jacobs in connection with certain employment-related and whistleblower-related claims that Mr. Jacobs asserted against Uber in the spring and summer of 2017. I was the lead attorney representing Mr. Jacobs against Uber.

3. Halunen Law and Collier Law Firm, LLP represented Mr. Jacobs on a contingency fee basis. The two firms were compensated for their representation based on a percentage of the compensation that Mr. Jacobs received when he settled his claims against Uber. Further, the parties fully resolved Mr. Jacobs' claims before litigation began. As a result, Halunen Law did not maintain time records sufficient to show the time spent on Mr. Jacobs' matter or send invoices to Mr. Jacobs reflecting its work on the matter. Nonetheless, I conservatively estimate that Halunen Law spent approximately 230 hours working on the matter from the time Halunen Law was retained through the finalization of Mr. Jacobs' settlement with Uber. I do not have actual knowledge of the specific number of hours that Collier Law Firm, LLP expended. I would presume that the amount of time expended by Collier Law Firm, LLP would have approximated the time that Halunen Law expended.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Minneapolis, Minnesota on January 11, 2018.

_____
Clayton Halunen