# EXHIBIT 56
# FILED UNDER SEAL

# EXHIBIT 57
# FILED UNDER SEAL

# EXHIBIT 58
# FILED UNDER SEAL