# EXHIBIT 59

**Patrick Schmidt**

| | |
|---|---|
| **From:** | Balassone, Elizabeth <EBalassone@mofo.com> |
| **Sent:** | Thursday, January 11, 2018 11:08 PM |
| **To:** | Rivera, Sylvia; QE-Waymo |
| **Cc:** | John Cooper (JCooper@fbm.com); Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | RE: Waymo v. Uber |
| **Attachments:** | 2018.01.11 Uber's Supplemental Privilege Log Pursuant to Order Regarding Discovery Disputes (ECF No. 2415) [CONFIDENTIAL].pdf |

Per Sylvia's email below, attached please find Uber's Supplemental Privilege Log Pursuant to Order Regarding Discovery Disputes (ECF No. 2415), which has been marked Confidential and should be treated accordingly.  New entries are highlighted in yellow for ease of reference.

**ELIZABETH BALASSONE**
Associate | Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
**P:** +1 (415) 268-7585
mofo.com | LinkedIn | Twitter

---

**From:** Rivera, Sylvia
**Sent:** Friday, December 29, 2017 4:54 PM
**To:** QE-Waymo
**Cc:** John Cooper (JCooper@fbm.com); Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM
**Subject:** Waymo v. Uber

Counsel:

In double-checking the completeness of Uber's search and production in this supplemental round of discovery, our e-discovery vendor determined that a set of search results inadvertently was not pushed to us for review.  Those documents were reviewed this week, we expect to produce about 20 responsive and non-privileged documents tonight or tomorrow, and will supplement the privilege log for Angela Padilla communications as needed in light of privileged documents withheld.

Regards,
Sylvia

**Sylvia Rivera**
Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
P: +1 (213) 892.5734 | F: +1 (323) 210.1210
SRivera@mofo.com | www.mofo.com

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

1