# EXHIBIT 60
# FILED UNDER SEAL

# EXHIBIT 61
# FILED UNDER SEAL

# EXHIBIT 62
# FILED UNDER SEAL

# EXHIBIT 63
# FILED UNDER SEAL

# EXHIBIT 64
# FILED UNDER SEAL

# EXHIBIT 65
# FILED UNDER SEAL

# EXHIBIT 66
# FILED UNDER SEAL

# EXHIBIT 67
# FILED UNDER SEAL

# EXHIBIT 68
# FILED UNDER SEAL

# EXHIBIT 69
# FILED UNDER SEAL

# EXHIBIT 70
# FILED UNDER SEAL

# EXHIBIT 71
# FILED UNDER SEAL

# EXHIBIT 72
# FILED UNDER SEAL

# EXHIBIT 73
# FILED UNDER SEAL