# EXHIBIT 74

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**Defendants Uber and Ottomotto's Tyto LiDAR Acquisition Categorial Privilege Log**

| Category No. | Date Range | Document Type | Senders / Recipient(s) / Copyees | Category Description | Privilege Justification | Documents Withheld |
|---|---|---|---|---|---|---|
| 1 | 5/9/2016-5/17/2016 | Email, PDF, Word | **Attorneys:** Wenting Yu, Esq. (OMM); Kyle Uhlman, Esq. (OMM); Melisa Glorighian (OMM); Adam Bentley, Esq. **Non-Attorneys:** Rhian Morgan | Documents/Communications with outside counsel regarding issues concerning acquisition of Tyto LiDAR assets. | Attorney-Client Privilege | 38 |
| 2 | 4/27/2016-5/6/2016 | Email, PDF, Word | **Attorney:** Adam Bentley, Esq. **Non-Attorneys:** Lior Ron; Rhian Morgan; Dan Gruver | Documents/Communications with in-house counsel regarding issues concerning acquisition of Tyto LiDAR assets. | Attorney-Client Privilege | 43 |
| 2 | 5/5/2016-5/7/2016 | Email, PDF, Word | **Attorney:** Andrew Glickman, Esq.; Jay Choi, Esq.; Aaron Melville, Esq.; Christian Lymn, Esq.; Julie Xu, Esq.; Justin Suhr, Esq. **Non-Attorneys:** Cameron Poetzscher; Nina Qi | Documents/Communications with in-house counsel regarding issues concerning acquisition of Tyto LiDAR assets. | Attorney-Client Privilege | 20 |