# EXHIBIT 75
# FILED UNDER SEAL

# EXHIBIT 76
# FILED UNDER SEAL

# EXHIBIT 77
# FILED UNDER SEAL

# EXHIBIT 78
# FILED UNDER SEAL