# EXHIBIT 81

**Jonathan Francis**

| | |
|---|---|
| **From:** | Ray, Wendy J. <WRay@mofo.com> |
| **Sent:** | Thursday, November 16, 2017 1:36 PM |
| **To:** | QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | Waymo - receipts |

Counsel,

Rhian Morgan found hard copies of receipts from ShredWorks at her house while looking for something else, and gave them to counsel for Uber yesterday. We are processing them for production to you today. In deposition, she testified that she provided a receipt to counsel. We are producing that receipt as well. We understand you may have questions about the receipts and would not object if you would like to reopen her deposition for 30 minutes, limited to questions about these receipts.

**Wendy J. Ray**
Partner | Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
**P:** +1 (213) 892-5446
mofo.com | LinkedIn | Twitter

=======================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.