# EXHIBIT 82

# Jonathan Francis

| | |
|---|---|
| **From:** | Na, Terrie <tsna@mofo.com> |
| **Sent:** | Thursday, November 16, 2017 6:28 PM |
| **To:** | QE-Waymo |
| **Cc:** | BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM; UberWaymoMoFoAttorneys |
| **Subject:** | Waymo v Uber - Defendants' Fourth Supplemental Exhibit List |
| **Attachments:** | 2017.11.16 Defendants' 4th Suppl Exhibit List.xlsx; 2017.11.16 Defendants' 4th Suppl Exhibit List.pdf |

Counsel,

Please find attached Defendants' fourth supplemental trial exhibit list. Defendants have added TX-3835 through TX-3837, which adds three documents produced today.

PDF copies of the newly added exhibits will be sent under separate cover.

Defendants reserve the right to use the best quality copy of documents available as trial exhibits. Defendants also reserve the right to use the family groups of documents listed on its trial exhibit list.

Best Regards,

**TERRIE NA**
Senior Paralegal | Morrison & Foerster LLP
12531 High Bluff Drive | San Diego, CA 92130-2040
**P:** +1 (858) 720-7948
mofo.com | LinkedIn | Twitter

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

1