# EXHIBIT 89

Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**CROSS-REFERENCE OF EMPLOYEE ATTESTATIONS PRODUCED IN UBER_033 WITH APRIL 10, 2017 PRIVILEGE LOG ENTRIES**

| 4/10/2017 Priv Log Entry | PROD_BEG | PROD_END |
|---|---|---|
| 334 | UBER00017154 | UBER00017154 |
| 340 | UBER00017155 | UBER00017155 |
| 341 | UBER00017156 | UBER00017156 |
| 342 | UBER00017157 | UBER00017157 |
| 343 | UBER00017158 | UBER00017158 |
| 344 | UBER00017159 | UBER00017159 |
| 345 | UBER00017160 | UBER00017160 |
| 346 | UBER00017161 | UBER00017161 |
| 347 | UBER00017162 | UBER00017162 |
| 348 | UBER00017163 | UBER00017163 |
| 349 | UBER00017164 | UBER00017164 |
| 350 | UBER00017165 | UBER00017165 |
| 351 | UBER00017166 | UBER00017166 |
| 352 | UBER00017167 | UBER00017167 |
| 353 | UBER00017168 | UBER00017168 |
| 354 | UBER00017169 | UBER00017169 |
| 355 | UBER00017170 | UBER00017170 |
| 356 | UBER00017171 | UBER00017171 |
| 357 | UBER00017172 | UBER00017172 |
| 358 | UBER00017173 | UBER00017173 |
| 359 | UBER00017174 | UBER00017174 |
| 360 | UBER00017175 | UBER00017175 |
| 361 | UBER00017176 | UBER00017176 |
| 362 | UBER00017177 | UBER00017177 |
| 363 | UBER00017178 | UBER00017178 |
| 364 | UBER00017179 | UBER00017179 |
| 365 | UBER00017180 | UBER00017180 |
| 366 | UBER00017181 | UBER00017183 |
| 367 | UBER00017184 | UBER00017184 |
| 368 | UBER00017185 | UBER00017185 |
| 369 | UBER00017186 | UBER00017186 |
| 371 | UBER00017187 | UBER00017187 |
| 372 | UBER00017188 | UBER00017188 |
| 373 | UBER00017189 | UBER00017189 |
| 374 | UBER00017190 | UBER00017190 |
| 375 | UBER00017191 | UBER00017191 |
| 376 | UBER00017192 | UBER00017192 |
| 377 | UBER00017193 | UBER00017193 |
| 378 | UBER00017194 | UBER00017194 |
| 1456 | UBER00017195 | UBER00017195 |
| 1460 | UBER00017196 | UBER00017196 |
| 1461 | UBER00017197 | UBER00017197 |

Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**CROSS-REFERENCE OF EMPLOYEE ATTESTATIONS PRODUCED IN UBER_033
WITH APRIL 10, 2017 PRIVILEGE LOG ENTRIES**

| 4/10/2017 Priv Log Entry | PROD_BEG | PROD_END |
|---|---|---|
| 1462 | UBER00017198 | UBER00017198 |
| 1463 | UBER00017199 | UBER00017199 |
| 1464 | UBER00017200 | UBER00017200 |
| 1465 | UBER00017201 | UBER00017201 |
| 1466 | UBER00017202 | UBER00017202 |
| 1467 | UBER00017203 | UBER00017203 |
| 1468 | UBER00017204 | UBER00017204 |
| 1469 | UBER00017205 | UBER00017205 |
| 1470 | UBER00017206 | UBER00017206 |
| 1471 | UBER00017207 | UBER00017207 |
| 1478 | UBER00017208 | UBER00017208 |
| 1484 | UBER00017209 | UBER00017209 |
| 1485 | UBER00017210 | UBER00017210 |
| 1486 | UBER00017211 | UBER00017211 |
| 1487 | UBER00017212 | UBER00017212 |
| 1488 | UBER00017213 | UBER00017213 |
| 1489 | UBER00017214 | UBER00017214 |
| 1490 | UBER00017215 | UBER00017215 |
| 1491 | UBER00017216 | UBER00017216 |
| 1492 | UBER00017217 | UBER00017217 |
| 1493 | UBER00017218 | UBER00017218 |
| 1494 | UBER00017219 | UBER00017219 |
| 1495 | UBER00017220 | UBER00017220 |
| 1496 | UBER00017221 | UBER00017221 |
| 1497 | UBER00017222 | UBER00017222 |
| 1498 | UBER00017223 | UBER00017223 |
| 1499 | UBER00017224 | UBER00017224 |
| 1500 | UBER00017225 | UBER00017225 |
| 1501 | UBER00017226 | UBER00017226 |
| 1502 | UBER00017227 | UBER00017227 |
| 1503 | UBER00017228 | UBER00017228 |
| 1504 | UBER00017229 | UBER00017229 |
| 1505 | UBER00017230 | UBER00017230 |
| 1506 | UBER00017231 | UBER00017231 |
| 1507 | UBER00017232 | UBER00017232 |
| 1508 | UBER00017233 | UBER00017233 |
| 1509 | UBER00017234 | UBER00017234 |
| 1510 | UBER00017235 | UBER00017237 |
| 1511 | UBER00017238 | UBER00017238 |
| 1512 | UBER00017239 | UBER00017239 |
| 1513 | UBER00017240 | UBER00017240 |
| 1515 | UBER00017241 | UBER00017241 |

Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

**CROSS-REFERENCE OF EMPLOYEE ATTESTATIONS PRODUCED IN UBER_033
WITH APRIL 10, 2017 PRIVILEGE LOG ENTRIES**

| 4/10/2017 Priv Log Entry | PROD_BEG | PROD_END |
|---|---|---|
| 1516 | UBER00017242 | UBER00017242 |
| 1517 | UBER00017243 | UBER00017243 |
| 1518 | UBER00017244 | UBER00017244 |
| 1519 | UBER00017245 | UBER00017245 |
| 1520 | UBER00017246 | UBER00017246 |
| 1521 | UBER00017247 | UBER00017247 |
| 1522 | UBER00017248 | UBER00017248 |