# EXHIBIT 90
# FILED UNDER SEAL