# EXHIBIT 93
# FILED UNDER SEAL

# EXHIBIT 94
# FILED UNDER SEAL

# EXHIBIT 95
# FILED UNDER SEAL

# EXHIBIT 96
# FILED UNDER SEAL

# EXHIBIT 97
# FILED UNDER SEAL