# EXHIBIT 98

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | February 26, 2017 at 6:09 PM – 6:24 PM | Ognen Stojanovski's phone | Messages between Ognen Stojanovski, Anthony Levandowksi, Lior Ron, and Chelsea Maughan Kohler | | | Imessages | Messages re Waymo v. Uber lawsuit | Withheld | Confidential communications with Uber PR about Waymo v. Uber lawsuit at direction of Uber legal department | Computer and phone are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 2. | January 21, 2013 at 10:18 PM | Ognen Stojanovski's Dropbox | Ognen Stojanovski | Brent Schwartz; Michiele Roderick | | Apache Office Writer | Secondment Agreement (Asheem) v1 20130122.odt | Withheld | Attorney notes on draft agreement | Computer and Dropbox are password protected; no unauthorized persons received document | Attorney Work-Product |
| 3. | March 25, 2016 at 4:26 PM | Ognen Stojanovski's email account | Alejandro Munoz | Ognen Stojanovski | | Email | uber | Withheld | Email with attorney regarding potential deal between Tyto Lidar and Uber | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 4. | April 1, 2016 at 2:28 AM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski; John Gardner | | Email | Fwd: First Put/Call Agreement | Withheld | Email requesting legal advice regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5. | April 1, 2016 at 8:42 AM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski; Lior Ron | | Email | Reply to "Fwd: First Put/Call Agreement" | Withheld | Email providing legal advice regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 6. | April 1, 2016 | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron; John Gardner | | Email | Reply to "Fwd: First Put/Call Agreement" | Withheld | Email providing legal advice regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 7. | April 1, 2016 at 9:15 PM | Ognen Stojanovski's email account | John Gardner | Lior Ron; Ognen Stojanovski | Anthony Levandowski | Email | RE: First Put/Call Agreement | Withheld | Email providing legal advice regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 8. | April 5, 2016 at 3:27 PM | Ognen Stojanovski's email account | Andy Trafford | Alisa Baker; Anthony Lewis; John Gardner | | Email | FW: Zing – Disclosure Schedules | Withheld | Email between counsel regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney Work-Product |
| 9. | April 5, 2016 at 3:34 PM | Ognen Stojanovski's email account | Anthony Lewis | John F. Gardner | | Email | FW: Zing – Disclosure Schedules | Withheld | Email between counsel regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10. | April 5, 2016 at 11:24 PM | Ognen Stojanovski's email account | Anthony M. Lewis | Ognen Stojanovski | | Email | FW: Zing – Disclosure Schedules | | Email providing legal advice regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 11. | April 5, 2016 at 3:27 PM | Ognen Stojanovski's email account | | | | Email attachment (to document 10) - Microsoft Word Document | Disclosure schedules to merger agreement between U, Apparate International C.V., and Ottomotto LLC | Withheld | Draft of agreement with attorney notes | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 12. | December 31, 2009 at 4:00 PM | Ognen Stojanovski's email account | | | | Computer and email account are password protected; no unauthorized persons received communication | Disclosure schedules to merger agreement between U, Apparate International C.V., and Ottomotto LLC | Withheld | Draft of agreement with attorney notes | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 13. | April 27, 2016 at 10:30 AM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski; John F. Gardner | | Email chain | Tyto purchase agreement | Withheld | Email to counsel seeking legal advice regarding purchase of Tyto Lidar by Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14. | April 27, 2016 at 5:32 PM | Ognen Stojanovski's email account | John Gardner | Lior Ron | Ognen Stojanovski | Email chain | RE: Tyto purchase agreement | Withheld | Email from counsel regarding asset purchase of Tyto Lidar by Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 15. | April 27, 2016 at 11:43 AM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | John F. Gardner | Email chain | Re: Tyto purchase agreement | Withheld | Email with counsel regarding asset purchase of Tyto Lidar by Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 16. | January 10, 2013 at 9:33 PM | Ognen Stojanovski's email account | Anthony Levandowski | John Gardner | | Email chain | Privileged: Redline of 2201 Dwight Way | Withheld | Email to counsel seeking legal advice regarding agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 17. | January 11, 2013 at 9:10 AM | Ognen Stojanovski's email account | John Gardner | Anthony Levandowski | | Email chain | Privileged: Redline of 2201 Dwight Way | Withheld | Email from counsel regarding agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 18. | February 3, 2013 at 10:45 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Anthony Levandowski | | Email chain | Re: Privileged: Redline of 2201 Dwight Way | Withheld | Email from counsel providing legal advice on agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19. | February 4, 2013 at 9:30 AM | Ognen Stojanovski's email account | Ognen Stojanovski | Athony Levandowski | | Email | Re: Privileged: Redline of 2201 Dwight Way | Withheld | Email from counsel providing legal advice on agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 20. | February 4, 2013 at 12:01 AM | Ognen Stojanovski's email account | Anthony Levandowski | Ognen Stojanovski | | Email | Re: Privileged: Redline of 2201 Dwight Way | Withheld | Email to counsel regarding agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 21. | March 25, 2016 at 10:33 AM | Ognen Stojanovski's email account | Ognen Stojanovski | Alejandro Munoz | | Email | Re: uber | Withheld | Email with attorney regarding potential deal between Tyto Lidar and Uber | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 22. | March 25, 2016 at 4:43 PM | Ognen Stojanovski's email account | Alejandro Munoz | Ognen Stojanovski | | Email | RE: uber | Withheld | Email with attorney regarding potential deal between Tyto Lidar and Uber | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 23. | March 29, 2016 at 7:32 PM | Ognen Stojanovski's email account | John Gardner | Lior Ron | Ognen Stojanovski | Email | MA #1/Section2.21 | Withheld | Email from attorney regarding revised merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24. | March 29, 2016 | Ognen Stojanovski's email account | John F. Gardner | | | Email attachment (to document 23) – Microsoft Word Document | MA #1/Section2.21 | Withheld | Draft section of merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 25. | March 29, 2016 at 12:50 PM | Ognen Stojanovski's email account | Lior Ron | John Gardner | Ognen Stojanovski | Email | Re: MA #1/Section 2.21 | Withheld | Email with counsel regarding revised merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 26. | March 29, 2016 at 9:02 AM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | | Email | Section 2.21 | Withheld | Email from counsel regarding revised merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 27. | March 29, 2016 at 9:19 AM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | | Email | Re: Section 2.21 | Withheld | Email to counsel regarding revised merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28. | March 29, 2016 at 4:38 PM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | | Email | Re: Section 2.21 | Withheld | Email from counsel regarding revised merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 29. | March 31, 2016 at 4:59 PM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski; John Gardner | | Email chain | Saturn language | Withheld | Email seeking legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 30. | March 31, 2016 at 5:11 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | | Email chain | Saturn language | Withheld | Email providing legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 31. | March 31, 2016 | Ognen Stojanovski's email account | John Gardner | Lior Ron; Ognen Stojanovski | | Email chain | Saturn language | Withheld | Email providing legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 32. | March 31, 2016 at 5:29 PM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski; John Gardner | | Email chain | Saturn language | Withheld | Email seeking legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 33. | March 31, 2016 at 5:33 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | John Gardner; Anthony Levandowski | Email chain | Re: Saturn language | Withheld | Email providing legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 34. | March 31, 2016 at 7:01 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | Anthony Levandowski | Email | Re: Saturn language | Withheld | Email seeking legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 35. | March 31, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 34) – Microsoft Word document | Saturn Exclusivity (favoring Saturn).docx | Withheld | Draft of exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney Work-Product |
| 36. | March 31, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 34) – Microsoft Word document | Saturn Term Sheet draft v1.docx | Withheld | Draft of term sheet for exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37. | March 31, 2016 at 7:02 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | Anthony Levandowski; Lior Ron | Email | Fw: Saturn Language | Withheld | Email seeking legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 38. | March 31, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 37) – Microsoft Word document | Saturn Term Sheet draft v1.docx | Withheld | Draft of term sheet for exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney Work-Product |
| 39. | March 31, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 37) – Microsoft Word document | Saturn Exclusivity (favoring Saturn).docx | Withheld | Draft of exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney Work-Product |
| 40. | April 1, 2016 at 2:26 AM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | Lior Ron; Anthony Levandowski | Email | RE: Saturn Language | Withheld | Email regarding attorney review of draft exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41. | April 1, 2016 at 3:06 AM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | Lior Ron; Anthony Levandowski | Email | RE: Saturn Language | Withheld | Email providing legal advice on draft exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 42. | March 31, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 41) – Microsoft Word document | Saturn Exclusivity Agreement.DOC | Withheld | Draft of exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 43. | April 1, 2016 at 3:51 AM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | | Email | RE: Saturn Language | Withheld | Email providing legal advice on exclusivity agreement term sheet draft | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 44. | April 1, 2016 at 9:54 AM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | Lior Ron; Anthony Levandowski | Email chain | Re: First Put/Call Agreement | Withheld | Email providing legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45. | April 1, 2016 at 10:59 AM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski | John Gardner; Anthony Levandowski | Email | Re: First Put/Call Agreement | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 46. | April 1, 2016 at 2:15 PM | Ognen Stojanovski's email account | John Gardner | Lior Ron; Ognen Stojanovski | | Email chain | Reply to Re: First Put/Call Agreement | Withheld | Email providing legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 47. | April 1, 2016 at 2:47 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | Lior Ron; Anthony Levandowski | Email chain | Re: First Put/Call Agreement | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 48. | April 1, 2016 at 3:25 PM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski | John Gardner; Anthony Levandowksi | Email | Re: First Put/Call Agreement | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 49. | March 31, 2016 at 9:14 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | | Email | Re: Saturn language | Withheld | Email regarding legal advice on exclusivity agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50. | April 1, 2016 at 10:58 PM | Ognen Stojanovski's email account | John Gardner | Lior Ron | Ognen Stojanovski; Anthony Levandowski | Email | Re: First Put/Call Agreement | Withheld | Email providing legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 51. | April 5, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 50 - PDF | REDLINE-Project_Zing_-_Company_Di.pdf | Withheld | Draft of disclosure schedules | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 52. | April 5, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 50)- PDF | REDLINE-Project_Zing_-_Company_Dsckisyre_Schedule_(Coole…doc | Withheld | Draft of disclosure schedules | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 53. | April 5, 2016 at 4:27 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Anthony Lewis | John Gardner | Email | Re: FW: Zing – Disclosure Schedules | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 54. | April 3, 2016 at 12:12 AM | Ognen Stojanovski's email account | John Gardner | Lior Ron | | Email chain | Re: FW: Zing – Disclosure Schedules | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55. | April 3, 2016 at 12:23 AM | Ognen Stojanovski's email account | Lior Ron | John Gardner; Ognen Stojanovski | | Email chain | | Withheld | Email seeking legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 56. | April 3, 2016 | Ognen Stojanovski's email account | John Gardner | Lior Ron; Ognen Stojanovski | | Email chain | | Withheld | Email regarding advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 57. | April 3, 2016 at 10:14 AM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | | Email chain | Re: Orange | Withheld | Email seeking legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 58. | April 3, 2016 at 11:36 AM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | | Email chain | Reply to Re: Orange | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 59. | April 3, 2016 at 6:46 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | | Email chain | Re: Orange | Withheld | Email seeking legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60. | April 3, 2016 at 7:16 PM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | | Email chain | Reply to Re: Orange | Withheld | Email providing legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 61. | April 3, 2016 at 10:50 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | | Email chain | Re: Orange/Employment Matters | Withheld | Email seeking legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 62. | April 3, 2016 at 11:09 PM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | | Email chain | Reply to Re: Orange/Employment Matters | Withheld | Email providing legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 63. | April 3, 2016 at 11:38 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | | Email chain | Re: Orange/Employment Matters | Withheld | Email seeking legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 64. | April 4, 2016 at 6:42 AM | Ognen Stojanovski's email account | John Gardner | Ognen Stojanovski | | Email chain | RE: Orange/Employment Matters | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65. | April 5, 2016 at 3:38 PM | Ognen Stojanovski's email account | Lior Ron | Anthony Levandowski; John Gardner; Ognen Stojanovski | | Email chain | Fwd: FW: Zing – Disclosure Schedules | Withheld | Email seeking legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 66. | April 5, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 65) - PDF | REDLINE-Project_Zing_-_Company_Di.pdf | Withheld | Draft of disclosure schedules | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege ; Attorney Work-Product |
| 67. | April 5, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 65) - PDF | REDLINE-Project_Zing_-_Company_Dsckisyre_Schedule_(Coole…doc | Withheld | Draft of disclosure schedules | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege ; Attorney Work-Product |
| 68. | April 5, 2016 at 6:48 AM PM | Ognen Stojanovski's email account | Ognen Stojanovski | John Gardner | | Email | Re: FW: Zing – Disclosure Schedules | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69. | April 6, 2016 at 2:13 PM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email chain | FW: Consumer Merger Agreement | Withheld | Email communication giving legal advice on consumer merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 70. | April 5, 2016 at 12:51 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John F. Gardner | | Email chain | FW: Consumer Merger Agreement | Withheld | Email communication seeking legal advice on consumer merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 71. | April 5, 2016 at 11:06 AM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | John F. Gardner | Email chain | FW: Consumer Merger Agreement | Withheld | Email communication regarding consumer merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 72. | April 5, 2016 at 2:13 AM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski | John F. Gardner | Email chain | Re: Consumer Merger Agreement | Withheld | Email communication regarding consumer merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 73. | April 4, 2016 at 7:38 PM | Ognen Stojanovski's email account | Adam Bentley | Lior Ron | Paul Sieben | Email chain | Consumer Merger Agreement | Withheld | Email communication regarding consumer merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74. | April 5, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 73)– PDF | Trucking Merger Agreement Redline.pdf | Withheld | Markup of Consumer Merger Agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 75. | April 7, 2016 at 3:06 AM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email chain | Fwd: Project Zing – Disclosure Schedules | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 76. | April 7, 2016 at 7:40 PM | Ognen Stojanovski's email account | Adam Bentley | Alisa Baker, John F. Gardner, Anthony M. Lewis | Paul Sieben, Andy Trafford, Lior Ron | Email chain | FW: Project Zing – Disclosure Schedules | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 77. | April 7, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 76) – Microsoft Word Document | #129680025 v6 NAACTIVE Project_Zing _ -_Company_D isclosure_Sch edule_.doc | Withheld | Cooley markup of company disclosure schedules | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege ; Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78. | April 7, 2016 | Ognen Stojanovski's email account | | | | Email attachment (to document 76) – PDF | REDLINE – Project_Zing-_Company_Disclosure_Schedule_.pdf | | Cooley markup of company disclosure schedules | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege ; Attorney Work-Product |
| 79. | April 7, 2016 at 3:29 AM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email | Section 4.3/Disclosure Schedule | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 80. | April 7, 2016 | Ognen Stojanovski's email account | John F. Gardner | | | Email attachment (to document 79) – Microsoft Word Document | Document 1.docx | Withheld | Document giving legal advice regarding merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 81. | April 6, 2016 at 9:32 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | Anthony Levandowski, John F. Gardner | Email | Suggested Edits to Latest Saturn Disclosure | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 82. | April 7, 2016 at 4:34 AM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email chain | Re: Suggested Edits to Latest Saturn Disclosure | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 83. | April 7, 2016 at 1:19 PM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski, Lior Ron | Anthony Levandowski | Email chain | Saturn/Disclosure 4.3 | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 84. | April 7, 2016 at 12:02 PM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski, John F. Gardner | | Email chain | Fwd: FW: Tyto | Withheld | Email regarding legal advice regarding Tyto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 85. | April 8, 2016 4:45 AM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email chain | RE: Saturn/Disclosure 4.3 | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 86. | April 7, 2016 at 9:31 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John F. Gardner | | Email chain | Re: Saturn/Disclosure 4.3 | Withheld | Email regarding legal advice on merger agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 87. | April 7, 2016 at 11:58 AM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski, John F. Gardner | | Email chain | Fwd: FW: Tyto | Withheld | Email regarding legal advice on Tyto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |
| 88. | April 7, 2016 at 1:22 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | John F. Gardner | Email chain | Re: FW: Tyto | Withheld | Email seeking legal advice on Tyto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 89. | March 21, 2016 at 4:25 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John F. Gardner | | Email | Sandstone Group of Companies Update and Question | Withheld | Email seeking advice on Tyto acquisition and Sandstone | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 90. | March 21, 2016 at 4:32 PM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email chain | Re: Sandstone Group of Companies Update and Question | Withheld | Email regarding advice on Tyto acquisition and Sandstone | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 91. | March 21, 2016 at 4:41 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John F. Gardner | | Email chain | Re: Sandstone Group of Companies Update and Question | Withheld | Email regarding advice on Tyto acquisition and Sandstone | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92. | March 21, 2016 at 11:58 PM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email chain | Re: Sandstone Group of Companies Update and Question | Withheld | Email regarding advice on Tyto acquisition and Sandstone | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 93. | April 27, 2016 at 11:37 PM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski | | Email chain | Re: IP Counsel | Withheld | Email regarding legal advice on potential IP counsel for Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 94. | April 27, 2016 at 12:43 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | | Email chain | Re: IP Counsel | Withheld | Email regarding legal advice on potential IP counsel for Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 95. | April 27, 2016 at 12:32 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | | Email chain | Re: IP Counsel | Withheld | Email regarding legal advice on potential IP counsel for Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 96. | April 27, 2016 at 12:09 PM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski | | Email chain | Re: IP Counsel | Withheld | Email regarding legal advice on potential IP counsel for Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97. | April 27, 2016 at 12:00 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | | Email chain | Re: IP Counsel | Withheld | Email regarding legal advice on potential IP counsel for Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 98. | April 28, 2016 at 12:30 AM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | | Email chain | Re: IP Counsel | Withheld | Email regarding legal advice on potential IP counsel for Otto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 99. | April 27, 2016 at 6:53 PM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski, Lior Ron | | Email chain | Re: Tyto purchase agreement | Withheld | Email regarding legal advice on Tyto acquisition | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 100. | April 27, 2016 at 11:43 AM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | John F. Gardner | Email chain | Re: Tyto purchase agreement | Withheld | Email regarding legal advice on Tyto acquisition | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 101. | April 27, 2016 at 10:32 AM | Ognen Stojanovski's email account | Lior Ron | John F. Gardner, Ognen Stojanovski | | Email chain | Re: Tyto purchase agreement | Withheld | Email regarding legal advice on Tyto acquisition | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102. | April 27, 2016 at 10:32 AM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski, Lior Ron | | Email chain | Re: Tyto purchase agreement | Withheld | Email regarding legal advice on Tyto acquisition | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 103. | April 27, 2016 at 10:30 AM | Ognen Stojanovski's email account | Lior Ron | John F. Gardner, Ognen Stojanovski | | Email chain | Re: Tyto purchase agreement | Withheld | Email regarding legal advice on Tyto acquisition | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 104. | May 5, 2016 at 1:29 AM | Ognen Stojanovski's email account | John F. Gardner | Ognen Stojanovski | | Email | Consul,ting Agreement | Withheld | Email regarding redline of consulting agreement between Ognen Stojanovski and Ottomotto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 105. | May 5, 2016 | Ognen Stojanovski's email account | Rhian Morgan | | | Email Attachment (to document 104)- Microsoft Word Document | Consulting Agreement.DOCX | Withheld | Redline of consulting agreement between Ognen Stojanovski and Ottomotto | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney Work-Product |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106. | March 13, 2014 at 2:37 PM | Ognen Stojanovski's email account | Ognen Stojanovski | Alejandro Munoz | | Email | Pouch Assignments | Withheld | Email regarding legal advice on Pouch | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 107. | April 19, 2016 at 9:12 AM | Ognen Stojanovski's email account | Ognen Stojanovski | John F. Gardner | | Email | Pouch reintegration | Withheld | Email seeking legal advice on Pouch Holdings | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 108. | April 27, 2016 at 5:39 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John F. Gardner | | Email | Draft Tyto Asset Purchase Agreement | Withheld | Email seeking legal advice regarding Tyto Asset Purchase Agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 109. | April 27, 2016 at 5:46 PM | Ognen Stojanovski's email account | Ognen Stojanovski | John F. Gardner | | Email chain | Re: Draft Tyto Asset Purchase Agreement | Withheld | Email seeking legal advice regarding Tyto Asset Purchase Agreement | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 110. | March 1, 2016 at 10:42 AM | Ognen Stojanovski's email account | Ognen Stojanovski | Lior Ron | | Email chain | Re: FW: Stroz Engagement Letter | Withheld | Email regarding legal advice on Stroz | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |

*Waymo LLC v. Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC*
Case No. 3:17-cv-00939-WHA
**Tyto Lidar LLC's Privilege Log**
**August 8, 2017**

| No. | Date and Time | Location Where Found | From / Author | To | CC | Document Type | Document Description/Title/ Subject Line | Redacted/ Withheld | Privilege Description | Steps Taken to Ensure Confidentiality | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111. | March 1, 2016 at 10:34 AM | Ognen Stojanovski's email account | Lior Ron | Ognen Stojanovski | | Email chain | FW: Stroz Engagement Letter | Withheld | Email regarding legal advice on Stroz | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 112. | March 1, 2016 at 10:21 AM | Ognen Stojanovski's email account | Adam Bentley | Lior Ron | | Email chain | FW: Stroz Engagement Letter | Withheld | Email regarding legal advice on Stroz | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege |
| 113. | March 1, 2016 | Ognen Stojanovski's email account | | | | Email Attachment (to document 114)- PDF | Redline.pdf | Withheld | Redline of Stroz Engagement Letter | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney-Work Product |
| 114. | March 1, 2016 | Ognen Stojanovski's email account | | | | Email Attachment (to document 114) – Microsoft Word Document | Revised Engagement Letter | Withheld | Revised version of Stroz Engagement Letter | Computer and email account are password protected; no unauthorized persons received communication | Attorney-Client Privilege; Attorney-Work Product |