# EXHIBIT 99
# FILED UNDER SEAL

# EXHIBIT 100
# FILED UNDER SEAL

# EXHIBIT 101
# FILED UNDER SEAL

# EXHIBIT 102
# FILED UNDER SEAL

# EXHIBIT 103
# FILED UNDER SEAL

# EXHIBIT 104
# FILED UNDER SEAL