# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT C
# FILED UNDER SEAL

# EXHIBIT D
# FILED UNDER SEAL

# EXHIBIT E
# FILED UNDER SEAL

# EXHIBIT F
# FILED UNDER SEAL

# EXHIBIT G
# FILED UNDER SEAL

# EXHIBIT H
# FILED UNDER SEAL

# EXHIBIT I
# FILED UNDER SEAL

# EXHIBIT J
# FILED UNDER SEAL

# EXHIBIT K
# FILED UNDER SEAL

# EXHIBIT L
# FILED UNDER SEAL

# EXHIBIT M
# FILED UNDER SEAL

# EXHIBIT N
# FILED UNDER SEAL

# EXHIBIT O
# INTENTIONALLY
# LEFT BLANK

# EXHIBIT P
# FILED UNDER SEAL

# EXHIBIT Q
# FILED UNDER SEAL

# EXHIBIT R
# FILED UNDER SEAL

# EXHIBIT S
# FILED UNDER SEAL

# EXHIBIT T
# FILED UNDER SEAL

# EXHIBIT U
# FILED UNDER SEAL

# EXHIBIT V
# FILED UNDER SEAL

# EXHIBIT W
# FILED UNDER SEAL

# EXHIBIT X
# FILED UNDER SEAL

# EXHIBIT Y
# FILED UNDER SEAL

# EXHIBIT Z
# FILED UNDER SEAL

# EXHIBIT AA
# FILED UNDER SEAL