**Appendix A:**
**Sponsoring Witnesses And Admissibility**
**For Jacobs Related Documentary Evidence**

| Exhibit | Description | Potential Sponsoring Witnesses | Potential Hearsay Exceptions |
|---|---|---|---|
| 1 | April 14, 2017 Jacobs Email | Ric Jacobs<br>Travis Kalanick<br>Salle Yoo<br>Angella Padilla<br>Joe Spiegler | **FRE 801(d)(2)(B)**: adoptive admission based on Uber's subsequent investigation and remedial action<br>**FRE 807**: residual exception<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 2 | May 5, 2017 Jacobs Letter | Ric Jacobs<br>Angela Padilla<br>Sallie Yoo<br>Joe Spiegler | **FRE 801(d)(2)(B)**: adoptive admission based on Uber's subsequent investigation and remedial action<br>**FRE 807**: residual exception<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 3 | June 14, 2017 email | Angela Padilla<br>Sallie Yoo | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| 4 | June 22, 2017 email | Angela Padilla | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br><br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 5 | June 22, 2017 email | Angela Padilla<br>Sallie Yoo<br>Mat Henley | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br><br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 6 | July 12, 2017 email | Angela Padilla<br>Sallie Yoo | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br><br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 7 | August 23, 2017 email | Angela Padilla | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br><br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 8 | December 21, 2017 log of Angela Padilla communications | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 9 | December 12, 2017 log of MoFo communications | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |

| | | | |
|---|---|---|---|
| 10 | December 16, 2017 log of MoFo communications | *Court ordered response— No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 11 | Waymo's Interrogatory No. 1. | *Written Discovery— No witness necessary* | The document has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 12 | Defendants' Responses and Objections to Waymo's RFPs | *Court ordered response— No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 13 | Competitive intelligence collection document | Mat Henley<br>Ed Russo<br>Nick Gicinto<br>Jake Nocon<br>Craig Clark | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 14 | Autonomous vehicle market aliases | Mat Henley<br>Ed Russ<br>Nick Gicinto<br>Jake Nocon<br>Craig Clark | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>No truth asserted by document |
| 15 | Email chain: [ATC] Competitive Intelligence Update: Week Ending 10/21/2016 | Lior Ron<br>Eric Meyhofer | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 16 | October 26, 2016 email | Scott | |
| 17 | Email chain: Strategic Intel | Ric Jacobs | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 18 | December 2016 SSG competitive intelligence update | Mat Henley<br>Ed Russ<br>Nick Gicinto<br>Jake Nocon<br>Craig Clark | **FRE 801(d)(2)(D)**: Admission of party opponent agent |

| | | | |
|---|---|---|---|
| 19 | January 27, 2017 | Lior Ron<br>Mat Henley | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 20 | Calendar Invite | Lior Ron<br>Mat Henley<br>Nick Gicinto | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 21 | February 7, 2017 memorandum | Lior Ron<br>Mat Henley<br>Craig Clark<br>Nick Gicinto<br>Ed Russo | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 22 | February 15, 2017 memorandum | Lior Ron<br>Mat Henley<br>Nick Gicinto | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 23 | Priorities of effort document | Mat Henley<br>Ed Russo<br>Nick Gicinto<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 24 | January 18, 2017 memorandum | Mat Henley<br>Ed Russo<br>Nick Gicinto<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 25 | SSG video | Mat Henley<br>Ed Russo<br>Nick Gicinto<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(3)**: Present sense impression<br>**FRE 803(6)**: Business record |

| # | Description | Witnesses | Basis |
|---|---|---|---|
| 26 | SSG video | Mat Henley<br>Ed Russo<br>Nick Gicinto<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(3)**: Present sense impression<br>**FRE 803(6)**: Business record |
| 27 | Virtual Ops capability playbook | Mat Henley<br>Nick Gicinto<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 28 | December 4, 2017: Uber Inventory of Non-Attributable Devices | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 29 | December 22, 2017: Uber Inventory of Non-Attributable Devices | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 30 | December 4, 2017: Uber Inventory of Ephemeral Messaging Users | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 31 | December 22, 2017: Uber Inventory of Ephemeral Messaging Users | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 32 | January 9, 2017 email | Lior Ron<br>Travis Kalanick<br>Angela Padilla<br>Salle Yoo | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 33 | January 5, 2017: Defendant Uber Technologies, Inc.'s Response To Court Ordered Interrogatory | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 34 | February 21, 2017 email | Lior Ron<br>Mat Henley | **FRE 801(d)(2)(D)**: Admission of party opponent agent |

| | | | |
|---|---|---|---|
| **35** | February 21, 2017 email | Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| **36** | Legal Overview Presentation | Ric Jacobs<br>Craig Clark<br>Angela Padilla<br>Mat Henley<br>Nick Gicinto<br>Ed Russo<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| **37** | February 19, 2016 email | Mat Henley<br>Joe Sullivan<br>Travis Kalanick | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| **38** | March 25, 2016 email | Travis Kalanick<br>Salle Yoo | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| **39** | Calendar Invite | Mat Henley<br>Nick Gicinto<br>Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| **40** | Former in-house attorney demand letter | Angela Padilla<br>Salle Yoo<br>Travis Kalanick | **FRE 801(d)(2)(B)**: adoptive admission based on Uber's subsequent investigation and remedial action<br>**FRE 807**: residual exception<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |

| 41 | Former in-house attorney demand letter | Angela Padilla<br>Salle Yoo<br>Travis Kalanick | **FRE 801(d)(2)(B)**: adoptive admission based on Uber's subsequent investigation and remedial action<br>**FRE 807**: residual exception<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| --- | --- | --- | --- |
| 42 | Settlement agreement with former in-house attorney | Angela Padilla<br>Salle Yoo<br>Travis Kalanick | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 43 | Settlement agreement with former in-house attorney | Angela Padilla<br>Salle Yoo<br>Travis Kalanick | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 44 | Performance review of former in-house attorney | Angela Padilla<br>Salle Yoo | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |

| # | Description | Witnesses | Basis |
|---|---|---|---|
| 45 | Competitive intelligence report | Joe Sullivan<br>Ric Jacobs<br>Craig Clark<br>Mat Henley<br>Nick Gicinto<br>Ed Russo<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 48 | Supplemental Response to Waymo Interrogatory No. 1 | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |
| 49 | January 26, 2017 email | Joe Sullivan<br>Mat Henley<br>Craig Clark | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>The document also relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 50 | August 18, 2016 email | Eric Friedberg<br>Mary Fulginiti<br>John Gardner | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 801(d)(2)(E)**: Admission authorized by party opponent agent<br>The document also relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 51 | Amended privilege log associated with Stroz Friedberg production | *Court ordered response—No witness necessary*; | **FRE 801(d)(2)(A)**: Admission of party opponent<br>The document also relevance for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| **52** | Eric Tate Declaration | *Court ordered response—No witness necessary*; alternatively Arturo Gonzalez or Eric Tate | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 801(d)(2)(E)**: Admission authorized by party opponent agent |
| **53** | Chuck Duross Declaration | *Court ordered response—No witness necessary*; alternatively Arturo Gonzalez or Eric Tate | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 801(d)(2)(E)**: Admission authorized by party opponent agent |
| **54** | June 22, 2017 email | Angela Padilla<br>Sallie Yoo<br>Mat Henley | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| **55** | Halunen Declaration | Angela Padilla<br>Sallie Yoo<br>Ric Jacobs | **FRE 801(d)(2)(B)**: adoptive admission based on Uber's subsequent investigation and remedial action<br>**FRE 807**: residual exception<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| 56 | Jacobs settlement agreement | Angela Padilla<br>Sallie Yoo<br>Travis Kalanick<br>Ric Jacobs | **FRE 801(d)(2)(A)**: Admission of party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 57 | Jacobs consulting agreement | Angela Padilla<br>Sallie Yoo<br>Travis Kalanick<br>Ric Jacobs | **FRE 801(d)(2)(A)**: Admission of party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 58 | Jacobs confidentiality agreement | Angela Padilla<br>Sallie Yoo<br>Travis Kalanick<br>Ric Jacobs | **FRE 801(d)(2)(A)**: Admission of party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also has relevance for issues other than the truth of its contents such as notice, intent, and state of mind |
| 104 | January 11, 2018 supplemental log of Angela Padilla communications | *Court ordered response—No witness necessary* | **FRE 801(d)(2)(A)**: Admission of party opponent |