**Appendix B:**
**Sponsoring Witnesses And Admissibility**
**For Non-Jacobs Related Documentary Evidence**

| Exhibit | Description | Potential Sponsoring Witnesses | Potential Hearsay Exceptions |
|---|---|---|---|
| 60 | Stroz Summary Interview Memorandum of Anthony Levandowski | Eric Friedberg<br>Hanley Chew<br>Mary Fulginiti<br>Eric Tate | **FRE 801(d)(2)(B)**: adoptive admission<br>**FRE 801(d)(2)(C):** Statement authorized by a party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 801(5)**: Recorded recollection<br>**FRE 803(6)**: Business record<br>**FRE 804(b)(3)**: statement against interest<br>**FRE 807**: residual exception<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| **61** | Email chain: FW: Stroz Day 2 Download by Stroz with OMM (Amdursky and Bentley) – EAT Notes – Why X to Unicorn's attention? | Eric Tate | **FRE 801(d)(2)(B)**: adoptive admission<br>**FRE 801(d)(2)(C)**: Statement authorized by a party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 801(5)**: Recorded recollection<br>**FRE 803(6)**: Business record<br>**FRE 804(b)(3)**: statement against interest<br>**FRE 807**: residual exception<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| **62** | Stroz Memorandum: Follow-Up Investigation regarding Shred Works Facility | Eric Friedberg<br>Hanley Chew<br>Mary Fulginiti<br>Eric Tate | **FRE 801(d)(2)(B)**: adoptive admission<br>**FRE 801(d)(2)(C)**: Statement authorized by a party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 801(5)**: Recorded recollection<br>**FRE 803(6)**: Business record<br>**FRE 804(b)(3)**: statement against interest<br>**FRE 807**: residual exception<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |

Case 3:17-cv-00939-WHA   Document 2470-37   Filed 01/12/18   Page 3 of 8

| # | Description | Names | Basis |
|---|---|---|---|
| 63 | Email: Fw: AL computers | Angela Padilla<br>Travis Kalanick | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>**FRE 807**: residual exception<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 66 | Email chain: Re: FW: Thank You for Visiting Us Last Night (Tyto LiDAR & Uber) | Brian McClendon<br>John Bares<br>Cameron Poetzscher | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 67 | Email chain: Tyto | John Bares<br>Cameron Poetzscher<br>Nina Qi | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 68 | Email chain: Newco operating plan; and attachment | Nina Qi<br>Cameron Poetzcher | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |

01980-00104/9797736.1

| | | | |
|---|---|---|---|
| 69 | Ottomotto Company Disclosure Schedules | Travis Kalanick<br>Cameron Poetzscher<br>Lior Ron<br>Adam Bentley | **FRE 801(d)(2)(A)**: Admission of party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>**FRE 803(14)**: Property record<br>**FRE 803(15):** Document that affects an interest in property<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 70 | Text message | Travis Kalanick | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 71 | Text message | Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 72 | Text message | Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent |
| 73 | Tyto Term Sheet | Lior Ron<br>Adam Bentley<br>Ognen Stojanovski | **FRE 801(d)(2)(A)**: Admission of party opponent<br>**FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>**FRE 803(14)**: Property record<br>**FRE 803(15):** Document that affects an interest in property<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| 75 | Email chain: Tyto's Asset Purchase Agreement | Travis Kalanick<br>Cameron Poetzcher<br>Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 76 | Email chain: Re: Tyto's Asset Purchase Agreement | Travis Kalanick<br>Cameron Poetzcher<br>Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 77 | Email chain: Tyto | Travis Kalanick<br>Cameron Poetzscher | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |
| 78 | Notes re: January 3 meeting | Travis Kalanick<br>Jeff Holden | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 801(5)**: Recorded recollection<br>**FRE 803(6)**: Business record<br>**FRE 807**: residual exception<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| 87 | Stroz Freidberg Engagement Letter | Eric Tate<br>Eric Friedberg | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>**FRE 807**: residual exception<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 88 | Stroz Freidberg Engagement Letter | Eric Tate<br>Eric Friedberg | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>**FRE 807**: residual exception<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 93 | Email chain: Fwd: Put Call Merger Agreement | Lior Ron<br>Ognen Stovanjoski | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 94 | Redlined Put Call Agreement | Lior Ron<br>Ognen Stojanovski | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| **95** | Email chain: Fwd: Put Call Merger Agreement | Lior Ron<br>Ognen Stovanjoski | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| **96** | Email chain: topics | Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| **97** | Email chain: Re: Asset Purchase Agreement | Lior Ron | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| **100** | Tyto Invoice | Ognen Stojanovski<br>James Haslim | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |

| | | | |
|---|---|---|---|
| 101 | Tyto Invoice | Ognen Stojanovski<br>James Haslim | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 102 | Text Messages | James Haslim | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record<br>The document also relevant for issues other than the truth of its contents such as notice, intent, and state of mind |
| 103 | Legal Overview Presentation | Ric Jacobs<br>Craig Clark<br>Angella Padilla<br>Mat Henley<br>Nick Gincinto<br>Ed Russo<br>Jake Nocon | **FRE 801(d)(2)(D)**: Admission of party opponent agent<br>**FRE 803(6)**: Business record |