QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939<br><br>**PLAINTIFF WAYMO'S NOTICE OF LODGING OF EXHIBITS 25 AND 26 IN SUPPORT OF OFFER OF PROOF**<br><br>Trial Date:   February 5, 2018 |

1  PLEASE TAKE NOTICE Plaintiff, Waymo, LLC will lodge Exhibits 25 and 26 to the
2 Declaration of Jeff Nardinelli in Support of Waymo's Offer of Proof Regarding Defendants' Discovery
3 Misconduct.  Exhibit 25 is a video file produced in this case with control number UBER00336954.
4 Exhibit 26 is a video file produced in this case with control number UBER00336963.  Neither Exhibit
5 25 nor Exhibit 26 can be feasibly converted to electronic format for e-filing.

7  DATED:  January 12, 2018                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

    By  */s/ Charles K. Verhoeven*
        Charles K. Verhoeven
        Attorneys for WAYMO LLC