QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (DKT. 2454, 2458)** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal information in Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. 2454, 2458) (the "Administrative Motion").

Having considered the Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the highlighted portions of the following:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Motion | Highlighted in blue |
| Exhibit 2 to Waymo's Motion | Entire document |
| Exhibit 3 to Waymo's Motion | Entire document |
| Exhibit 4 to Waymo's Motion | Entire document |
| Exhibit 5 to Waymo's Motion | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2018

HON. WILLIAM ALSUP
United States District Court Judge