QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

I, Jonathan Francis, declare as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, whose address is 50 California Street, 22nd Floor, San Francisco, CA 94111. I am over the age of eighteen and not a party to this action.

2. On January 12, 2018, I caused the following documents to be served on listed counsel of record via electronic mail:

    a. Exhibits 94, 95, 99, R, and S to the Declaration of Jeff Nardinelli in Support of Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct; and

    b. Declaration of Lindsay Cooper in support of Waymo's Administrative Motion to File Under Seal Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct;

    **c.** The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Miles Ehrlich<br>Amy Craig<br><br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | miles@ramsey-ehrlich.com<br><br>amy@ramsey-ehrlich.com |

3. On January 12, 2018, I caused the following documents to be served on listed counsel of record via electronic mail:

    a. Exhibits 71, 72, 93, 94, 95, 97, W, and X to the Declaration of Jeff Nardinelli in Support of Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct; and

    b. Declaration of Lindsay Cooper in support of Waymo's Administrative Motion to File Under Seal Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct;

c. The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Jonathan Patchen (SBN 237346)<br>Taylor & Patchen, LLP<br>1 Ferry Bldg Ste 355<br>San Francisco, CA 94111-4266<br>Tel.: +1 415 788 8200<br>Fax.: +1 415 788 8208 | jpatchen@taylorpatchen.com |

4. On January 12, 2018, I caused the following documents to be served on listed counsel of record via electronic mail:

a. Exhibits 73, 100, 101, and Q to the Declaration of Jeff Nardinelli in Support of Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct; and

b. Declaration of Lindsay Cooper in support of Waymo's Administrative Motion to File Under Seal Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct;

c. The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Adrian J. Sawyer<br>Kerr & Wagstaffe LLP<br>101 Mission Street<br>18th Floor<br>San Francisco, California 94105 | sawyer@kerrwagstaffe.com |

5. On January 12, 2018, I caused the following documents to be served on listed counsel of record via electronic mail:

a. Exhibit L to the Declaration of Jeff Nardinelli in Support of Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct; and

b. Declaration of Lindsay Cooper in support of Waymo's Administrative Motion to File Under Seal Waymo's Offer of Proof Regarding Defendants' Discovery Misconduct;

c. The documents were transmitted via electronic mail to the addresses below, pursuant to the agreement between the parties, and the electronic mail transmission was reported as complete and without error.

| Recipient | Email Address: |
|---|---|
| Martha A Boersch<br>Boersch Shapiro LLP<br>1611 Telegraph Avenue, Ste. 806<br>Oakland, CA 94612<br>415-500-6640 | mboersch@boerschshapiro.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on January 12, 2018.

By */s/ Jonathan Francis*
Jonathan Francis

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jonathan Francis.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven