MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO WAYMO'S PRECIS IN SUPPORT OF ITS REQUEST TO FILE A MOTION FOR RELIEF BASED ON DEFENDANTS' LITIGATION MISCONDUCT** |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Response to Waymo's Precis in Support of Its Request to File a Motion for Relief Based on Defendants' Litigation Misconduct ("Response") and the accompanying exhibits to the Declaration of Camila Tapernoux ("Tapernoux Decl.").

2. I have reviewed the following documents and confirmed that only the portions identified below regarding Exhibits J and M merit sealing. The portions of the Response and Exhibits F, G, or H identified below do not contain sealable information from Plaintiff:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Response | Highlighted Portions | Plaintiff |
| Tapernoux Decl. Ex. F | Entirety | Plaintiff |
| Tapernoux Decl. Ex. G | Entirety | Plaintiff |
| Tapernoux Decl. Ex. H | Entirety | Plaintiff |
| Tapernoux Decl. Ex. J | Highlighted Portions | Defendants |
| Tapernoux Decl. Ex. M | Highlighted Portions | Defendants |

3. Defendants do not believe the green-highlighted portions of the Response or Exhibits F, G, or H merit sealing, but Waymo designated this material "Highly Confidential – Attorneys' Eyes Only." Defendants file this material under seal in order to provide Waymo the opportunity to justify sealing pursuant to Local Rule 79-5, but oppose any attempt to seal this information.

4. The blue-highlighted portions of Exhibits J and M contain highly confidential information concerning the identity of certain third party competitors, specific research objectives, financial numbers regarding research budgets, and confidential business negotiations.

1  This information has been maintained as confidential.  Disclosure of this information would allow
2  competitors to understand Uber's business strategy in the self-driving industry, including what
3  information Uber has and does not have, to the detriment of Uber's competitive standing.
4      5.   The blue-highlighted portions on page 38 of Exhibit J and page 208 of Exhibit M
5  contain references to a confidential third party vendor Uber used to conduct open-source research.
6  Defendants request this information be sealed to protect this confidential business relationship
7  from disclosure and this third party vendor from possible harassment.
8      6.   Defendants' request is narrowly tailored to portions that merit sealing.
9  I declare under penalty of perjury that the foregoing is true and correct.  Executed this
10 14th day of January, 2018 at Washington, District of Columbia.

                                                    */s/ Michelle Yang*
                                                       Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has concurred in this filing.

Dated: January 14, 2018                   */s/ Arturo J. González*
                                          ARTURO J. GONZÁLEZ