HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5      _____

6      WAYMO LLC,                  )

7             Plaintiff,           )

8          v.                      ) Case No.

9      UBER TECHNOLOGIES, INC.;    ) 3:17-cv-00939-WHA

10     OTTOMOTTO LLC;              )

11     OTTO TRUCKING,              )

12            Defendants.          )

13     _____)

14

15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

17     VIDEOTAPED DEPOSITION OF EDWARD RUSSO

18         WEDNESDAY, DECEMBER 20, 2017

19

20

21     REPORTED BY:

22     PAUL J. FREDERICKSON, CCR, CSR

23     JOB NO. 2771335

24

25     PAGES 1 - 367

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | surveillance?  Do you know? | 08:17:37 |
| 2 | A.    I don't. | 08:17:38 |
| 3 | Q.    Did you ever see a report about | 08:17:39 |
| 4 | it? | 08:17:40 |
| 5 | A.    I did not. | 08:17:41 |
| 6 | Q.    Did you talk to anyone about it? | 08:17:41 |
| 7 | A.    Nick Gicinto told me, you know, | 08:17:43 |
| 8 | this was something that had taken place, and | 08:17:45 |
| 9 | I -- I forget the dates, but it would have been | 08:17:47 |
| 10 | in the spring, I guess, of 2016. | 08:17:49 |
| 11 | Q.    Okay. | 08:17:51 |
| 12 | And what was the context of him | 08:17:53 |
| 13 | telling you that?  Why -- why was he telling | 08:17:54 |
| 14 | you that? | 08:17:56 |
| 15 | A.    Just to inform me on some of the | 08:17:57 |
| 16 | stuff that had -- the team had done prior to my | 08:17:59 |
| 17 | arrival. | 08:18:02 |
| 18 | Q.    Other than the surveillance of | 08:18:09 |
| 19 | ██████  that happened on two separate occasions | 08:18:10 |
| 20 | -- | 08:18:10 |
| 21 | A.    Right. | 08:18:13 |
| 22 | Q.    -- and the surveillance of Waymo | 08:18:14 |
| 23 | in Arizona and the surveillance of ██████ that | 08:18:16 |
| 24 | you mentioned, are there any other instances | 08:18:19 |
| 25 | that you're aware of, whether you're personally | 08:18:20 |

Veritext Legal Solutions
866 299-5127

1    aware of it or because you heard from someone          08:18:23

2    else, of any surveillance that Uber did of             08:18:25

3    competitors?                                           08:18:29

4         A.    No.                                         08:18:29

5         Q.    You haven't heard anything else;            08:18:30

6    right?                                                 08:18:31

7         A.    No.                                         08:18:31

8         Q.    And explain to me the context or            08:18:35

9    the purpose of the due diligence surveillance          08:18:38

10   that was done in connection with █████.                08:18:41

11        A.    It was my understanding that ATG            08:18:46

12   was ████████████████████████████████████               08:18:48

13   ████████████████████████████████████                   08:18:52

14   ████████████████████████████████                       08:18:57

15             ATG's -- Mr. Levandowski, Mr. Ron            08:19:03

16   had asked for certain -- for █████ to provide          08:19:06

17   certain things so they could assess the                08:19:07

18   technology to determine whether this would be a        08:19:09

19   wise business decision on -- on Uber's part.           08:19:11

20             Apparently █████ was not                     08:19:14

21   forthcoming to their -- to their liking.               08:19:16

22   They -- they felt they were -- they lacked the         08:19:20

23   information they needed.  So they asked us if           08:19:23

24   we could videotape one of their cars so they           08:19:25

25   could get a sense of how good the technology           08:19:28

                                          Page 21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    Of 2017? | 08:33:57 |
| 2 | A.    Yes. | 08:33:57 |
| 3 | Q.    The surveillance that happened at | 08:34:07 |
| 4 | Waymo in Arizona, can you tell me how that | 08:34:09 |
| 5 | arose? | 08:34:11 |
| 6 | A.    To be perfectly honest, I'm less | 08:34:15 |
| 7 | clear on the genesis of that.  After we did the | 08:34:17 |
| 8 | ███    surveillance and provided the videos, | 08:34:20 |
| 9 | about a week later, if I remember correctly, | 08:34:25 |
| 10 | Mr. Gicinto called me and said that | 08:34:29 |
| 11 | Mr. Levandowski and Mr. Ron would be interested | 08:34:31 |
| 12 | in similar videos of the Waymo cars in Arizona. | 08:34:34 |
| 13 | Q.    You said a week after the ███ | 08:34:40 |
| 14 | surveillance.  Were you referring to the | 08:34:42 |
| 15 | March -- | 08:34:44 |
| 16 | A.    Yes. | 08:34:45 |
| 17 | Q.    -- 2017 surveillance? | 08:34:45 |
| 18 | A.    Yeah, the March.  Because we -- we | 08:34:47 |
| 19 | did the Waymo videotaping in mid April. | 08:34:49 |
| 20 | Q.    What did Mr. Gicinto tell you the | 08:34:59 |
| 21 | purpose of getting videos of the Waymo cars in | 08:35:03 |
| 22 | Arizona was? | 08:35:06 |
| 23 | A.    As I recall, it was just that | 08:35:08 |
| 24 | Mr. Levandowski and Mr. Ron were interested in | 08:35:11 |
| 25 | videos of Waymo cars.  I -- I was unaware of a | 08:35:14 |

Page 37

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    bigger purpose behind it.                          08:35:17
2         Q.     And what did you do in connection     08:35:19
3    with doing that surveillance of Waymo cars in      08:35:21
4    Arizona?                                           08:35:23
5         A.     Same as I just described with          08:35:25
6    ███████.  Jake Nocon, myself went down.  One of    08:35:27
7    the ██████████████  came down or contractors came  08:35:31
8    down, and we videotaped the Waymo cars.            08:35:35
9         Q.     How long did that project last?        08:35:51
10        A.     Three or four days.                    08:35:53
11        Q.     Did you get any feedback from          08:35:57
12   Mr. Ron or Mr. Levandowski or Mr. Gicinto or       08:36:02
13   anyone else about the video that you took          08:36:06
14   there?                                             08:36:07
15        A.     As I recall, the -- I mean, they       08:36:11
16   were happy we had the video, but I mean, there     08:36:13
17   was no specific -- specific comments that I        08:36:15
18   remember.                                          08:36:17
19        Q.     Do I understand correctly that         08:36:23
20   from August of 2016 when you were hired at Uber    08:36:24
21   and March of 2017, you're not aware of any         08:36:28
22   surveillance activities that Uber engaged?         08:36:32
23        A.     Other than the one I just -- we        08:36:37
24   talked about that took place before my being       08:36:39
25   hired there, right, yeah.  I'm --                  08:36:41
```

Page 38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.      You're referring to ███? | 08:36:42 |
| 2 | A.      The ███, yeah. | 08:36:45 |
| 3 | Q.      Other than that, you're not aware | 08:36:46 |
| 4 | of anything? | 08:36:47 |
| 5 | A.      I'm not aware of anything. | 08:36:48 |
| 6 | [Discussion off the record.] | 08:37:01 |
| 7 | Q.      I should have given you that | 08:37:02 |
| 8 | caveat at the beginning. | 08:37:04 |
| 9 | A.      It's okay. | 08:37:06 |
| 10 | Q.      In terms of the research that you | 08:37:24 |
| 11 | mentioned of third parties -- third-party | 08:37:26 |
| 12 | competitors -- | 08:37:28 |
| 13 | A.      Yes. | 08:37:31 |
| 14 | Q.      -- did you or are you aware of | 08:37:31 |
| 15 | anyone else at Uber ever attempting to gather | 08:37:34 |
| 16 | that research by speaking to individuals who | 08:37:39 |
| 17 | were employed at these third parties? | 08:37:43 |
| 18 | A.      Say that question again now. | 08:37:50 |
| 19 | Q.      Sure. | 08:37:51 |
| 20 | Did you or are you aware of anyone | 08:37:56 |
| 21 | else at Uber ever attempting to gather research | 08:37:59 |
| 22 | about competitors of Uber by speaking to | 08:38:04 |
| 23 | individuals who were employed at those | 08:38:08 |
| 24 | competitors? | 08:38:11 |
| 25 | A.      No. | 08:38:14 |

Page 39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            Witness my hand this 21st day

2    of December 2017.

3

4

5

6            PAUL J. FREDERICKSON, CCR, CSR

7            WA CCR 2419   CA CSR 13164

8            Expiration date:  March 31, 2018

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 367