MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@SusmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF CAMILA TAPERNOUX IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO WAYMO'S PRECIS IN SUPPORT OF ITS REQUEST TO FILE A MOTION FOR RELIEF BASED ON DEFENDANTS' LITIGATION MISCONDUCT**<br><br>Trial Date:  February 5, 2018 |

I, Camila Tapernoux, declare as follows:

1.      I am an attorney with the law firm of Morrison & Foerster LLP.  I am a member in good standing of the Bar of the State of California.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Uber") Response to Waymo's Precis in Support of Its Request to File a Motion for Relief Based on Defendants' Litigation Misconduct.

2.      Attached hereto as **Exhibit A** are relevant pages from the deposition of Craig Clark, taken on December 22, 2017.

3.      Attached hereto as **Exhibit B** are relevant pages from the deposition of Kevin Maher, taken on December 12, 2017.

4.      Attached hereto as **Exhibit C** are relevant pages from the 30(b)(6) deposition of Randy Haimovici, taken on December 21, 2017.

5.      Attached hereto as **Exhibit D** are relevant pages from the deposition of Salle Yoo, taken on December 14, 2017.

6.      Attached hereto as **Exhibit E** are relevant pages from the deposition of Lior Ron, taken on December 12, 2017.

7.      Attached hereto as **Exhibit F** are relevant pages from the deposition of Scott Johnston, taken on December 14, 2017.

8.      Attached hereto as **Exhibit G** is a true and correct copy a document produced in this litigation bearing Bates numbers WAYMO-UBER-00145156—WAYMO-UBER-00145157.

9.      Attached hereto as **Exhibit H** is a true and correct copy a document produced in this litigation bearing Bates numbers WAYMO-UBER-00145114—WAYMO-UBER-00145127.

10.     Attached hereto as **Exhibit I** is a true and correct copy of the transcript of Motions Hearing in *Function Media, LLC v. Google, Inc.*, No. 2007-CV-279, No. 483 (E.D. Tex. Oct. 21, 2010).

11.     Attached hereto as **Exhibit J** are relevant pages from the deposition of Edward Russo, taken on December 20, 2017.

1    12.    Attached hereto as **Exhibit K** are relevant pages from the deposition of

2    Matthew Henley, taken on December 22, 2017.

3    13.    Attached hereto as **Exhibit L** are relevant pages from the deposition of

4    Jake Nocon, taken on December 19, 2017.

5    14.    Attached hereto as **Exhibit M** are relevant pages from the 30(b)(6) deposition of

6    Nick Gicinto, taken on December 21, 2017.

7

8    I declare under penalty of perjury that the foregoing is true and correct.  Executed this

9    14th day of January, 2018 at San Francisco, California.

10

11                                    */s/    Camila Tapernoux*
                                      CAMILA TAPERNOUX

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Camila Tapernoux has concurred in this filing.

Dated:  January 14, 2018                              */s/ Arturo J. González*
                                                                     ARTURO J. GONZÁLEZ