# EXHIBIT A

1         UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3           SAN FRANCISCO DIVISION
4       Case No. 3:17-cv-00939-WHA
5
6 WAYMO LLC,
7               Plaintiff,
8 vs.
9 UBER TECHNOLOGIES, INC.; OTTOMOTTO
10 LLC; OTTO TRUCKING LLC,
11              Defendants.
12 _____/
13
14   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16    VIDEOTAPED DEPOSITION OF CRAIG CLARK
17       FRIDAY, DECEMBER 22, 2017
18
19
20
21 Reported by:
22 Kelli Ann Willis, RPR, CRR
23 JOB No. 2780742
24
25 PAGES 1 - 387

| | | |
|---|---|---|
| 1 | Q.  How many such discussions? | 12:16:26 |
| 2 | A.  I don't know.  Twenty. | 12:16:28 |
| 3 | Q.  And what instructions did you give | 12:16:29 |
| 4 | employees regarding when to use a particular | 12:16:31 |
| 5 | communications platform as opposed to another | 12:16:34 |
| 6 | communications platform? | 12:16:36 |
| 7 | A.  If you are -- if you are on legal hold, | 12:16:37 |
| 8 | you can't use ephemeral communications. | 12:16:40 |
| 9 | Q.  Is that the only instruction that you ever | 12:16:44 |
| 10 | provided to Uber employees regarding the use of | 12:16:46 |
| 11 | ephemeral communications? | 12:16:52 |
| 12 | A.  I don't know.  To the best of the | 12:16:59 |
| 13 | recollection, that's the one that sticks out I would | 12:17:04 |
| 14 | tell people. | 12:17:06 |
| 15 | Q.  Did you ever instruct employees to use | 12:17:09 |
| 16 | ephemeral communications platforms in order to avoid | 12:17:12 |
| 17 | the retention of such communications? | 12:17:16 |
| 18 | A.  Absolutely not. | 12:17:18 |
| 19 | Q.  I think I asked you about the retention -- | 12:17:38 |
| 20 | the default retention of UChat, and I think you said | 12:17:44 |
| 21 | you don't know what the default retention period | 12:17:47 |
| 22 | was; is that correct? | 12:17:50 |
| 23 | A.  I don't know for sure.  It has changed, | 12:17:52 |
| 24 | but I think at one point it was maybe seven days. | 12:17:54 |
| 25 | But I'm not -- but I'm not certain. | 12:17:59 |

```
 1                    C E R T I F I C A T E
 2    STATE OF FLORIDA       )
 3                           : ss
 4    COUNTY OF MIAMI-DADE   )
 5
 6           I, KELLI ANN WILLIS, a Registered
 7    Professional, Certified Realtime Reporter and
 8    Notary Public within and for The State of
 9    Florida, do hereby certify:
10           That CRAIG CLARK, the witness whose
11    deposition is hereinbefore set forth was duly
12    sworn by me and that such Deposition is a true
13    record of the testimony given by the witness.
14           I further certify that I am not related
15    to any of the parties to this action by blood
16    or marriage, and that I am in no way interested
17    in the outcome of this matter.
18           IN WITNESS WHEREOF, I have hereunto set
19    my hand this 26th day of December, 2017.
20
21
22           [signature]
23           KELLI ANN WILLIS, RPR, CRR
24
25
                                              Page 387
```