# EXHIBIT B

CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   WAYMO LLC,
 6        Plaintiff,
 7
             vs.              Case No. 17-cv-00939-WHA
 8
 9   UBER TECHNOLOGIES,INC.;
10   OTTOMOTTO, LLC; OTTO TRUCKING LLC,
11        Defendants.
12   _____
13
14        **CONFIDENTIAL - ATTORNEYS' EYES ONLY**
15
16            VIDEO DEPOSITION OF KEVIN MAHER
17               San Francisco, California
18              Tuesday, December 12, 2017
19                       Volume I
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2771230
25   PAGES 1 - 299
```

Page 1

CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | statement with him during this conversation? | 10:33:43 |
| 2 |     A.    No. | |
| 3 |     Q.    Do you recall having conversations with | |
| 4 | any other Uber employees about ephemeral | |
| 5 | communications, prior to receiving the legal hold | 10:33:52 |
| 6 | notice? | |
| 7 |     A.    I'm sure I spoke about it with Matt near | |
| 8 | the time when I started. | |
| 9 |     Q.    Can you recall anything about that | |
| 10 | conversation? | 10:34:03 |
| 11 |     A.    I recall Matt saying that -- referring to | |
| 12 | the security team that we are a -- primarily a | |
| 13 | Wickr shop.  Meaning that that is the standard | |
| 14 | communication tool of the security team. | |
| 15 |     Q.    Anything else? | 10:34:23 |
| 16 |     A.    No. | |
| 17 |     Q.    Now, with regard to this conversation | |
| 18 | that you had with Mr. Clark after you received the | |
| 19 | legal hold notice, what do you recall discussing | |
| 20 | with him? | 10:34:39 |
| 21 |     A.    I recall him either ending an email or | |
| 22 | telling our team that we could not discuss anything | |
| 23 | relevant to the legal hold using Wickr. | |
| 24 |     Q.    So with regard to your use of Wickr, how | |
| 25 | did that change after you received the legal hold? | 10:35:00 |

1   I, Rebecca L. Romano, a Certified Shorthand
2   Reporter of the State of California, do hereby
3   certify:
4   That the foregoing proceedings were taken
    before me at the time and place herein set forth;
5   that any witnesses in the foregoing proceedings,
6   prior to testifying, were administered an oath;
7   that a record of the proceedings was made by me
    using machine shorthand which was thereafter
8   transcribed under my direction; that the foregoing
9   transcript is true record of the testimony given.
10  Further, that if the foregoing pertains to the
11  original transcript of a deposition in a Federal
12  Case, before completion of the proceedings, review
13  of the transcript [ ] was [x] was not requested.
    I further certify I am neither financially
14  interested in the action nor a relative or employee
15  of any attorney or any party to this action.
16  IN WITNESS WHEREOF, I have this date
17  subscribed my name.
18
19  Dated:   December 13, 2017
20
21
22
23
24          *[signature: Rebecca L. Romano]*
        Rebecca L. Romano, RPR,
25          CSR. No 12546

Page 299