# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

WAYMO LLC,

       Plaintiff,

vs.                             Case No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING LLC,
       Defendants.
_____/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF SALLE YOO

VOLUME II

THURSDAY, DECEMBER 14, 2017

Reported by:

Anrae Wimberley

CSR No. 7778

Job No. 2771310

Pages 163 - 495

```
                                                              Page 412
 1       A.   I'm not sure.                                   15:50:06
 2       Q.   You're aware of one hold?
 3       A.   I'm aware of at least one.
 4       Q.   Does Uber's litigation hold include
 5   language regarding ephemeral chat platforms?             15:50:14
 6       A.   As I sit here, I don't know.
 7       Q.   Are you aware of any language in the hold
 8   document that concerns ephemeral messaging systems?
 9       A.   I don't know.  But the policy of the
10   company was that if you were on hold, that you did      15:50:34
11   not talk about those topics on any sort of chat app.
12       MR. VERHOEVEN:  I'll move to strike as
13   nonresponsive everything after "I don't know."
14   BY MR. VERHOEVEN:
15       Q.   When did the Uber litigation hold go into      15:50:57
16   effect with respect to this lawsuit?
17       A.   I don't have the exact date, but it would
18   be shortly after the lawsuit was filed and we
19   received notice of it.
20       Q.   In February, March, April?                      15:51:10
21       A.   No, I don't think it was April.  I would
22   think it was either in February or early March,
23   depending on when it was implemented.
24       Q.   Did Uber implement a litigation hold in
25   connection with the Stroz investigation?                 15:51:21
```

Case 3:17-cv-00939-WHA   Document 2478-5   Filed 01/14/18   Page 4 of 4
HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1        FEDERAL CERTIFICATE OF DEPOSITION OFFICER
 2        I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby
    declare:
 3        That, prior to being examined, the witness
    named in the foregoing deposition was by me duly
 4  sworn pursuant to Section 30(f)(1) of the Federal
    Rules of Civil Procedure and the deposition is a
 5  true record of the testimony given by the witness;
 6        That said deposition was taken down by me in
    shorthand at the time and place therein named and
 7  thereafter reduced to text under my direction;
 8        --X---    That the witness was requested to
    review the transcript and make any changes to the
 9  transcript as a result of that review pursuant to
    Section 30(e) of the Federal Rules of Civil
10  Procedure;
11        -----    No changes have been provided by the
    witness during the period allowed;
12        -----    The changes made by the witness are
13  appended to the transcript;
14        -----    No request was made that the
    transcript be reviewed pursuant to Section 30(e) of
15  the Federal Rules of Civil Procedure.
16        I further declare that I have no interest in
    the event of the action.
17        I declare under penalty of perjury under the
18  laws of the United States of America that the
    foregoing is true and correct.
19        WITNESS my hand this 15th day of December,
20  2017.
21
22
23
24                     Anrae Wimberley
25        ANRAE WIMBERLEY, CSR NO. 7778
```

Page 495

Veritext Legal Solutions
866 299-5127