HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
 5      _____
 6      WAYMO LLC,                    )
 7              Plaintiff,            )
 8           v.                       ) Case No.
 9      UBER TECHNOLOGIES, INC.;      ) 3:17-cv-00939-WHA
10      OTTOMOTTO LLC;                )
11      OTTO TRUCKING,                )
12              Defendants.           )
13      _____)
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17         VIDEOTAPED DEPOSITION OF EDWARD RUSSO
18             WEDNESDAY, DECEMBER 20, 2017
19
20
21      REPORTED BY:
22      PAUL J. FREDERICKSON, CCR, CSR
23      JOB NO. 2771335
24
25      PAGES 1 - 367
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | surveillance?  Do you know? | 08:17:37 |
| 2 |     A.    I don't. | 08:17:38 |
| 3 |     Q.    Did you ever see a report about | 08:17:39 |
| 4 | it? | 08:17:40 |
| 5 |     A.    I did not. | 08:17:41 |
| 6 |     Q.    Did you talk to anyone about it? | 08:17:41 |
| 7 |     A.    Nick Gicinto told me, you know, | 08:17:43 |
| 8 | this was something that had taken place, and | 08:17:45 |
| 9 | I -- I forget the dates, but it would have been | 08:17:47 |
| 10 | in the spring, I guess, of 2016. | 08:17:49 |
| 11 |     Q.    Okay. | 08:17:51 |
| 12 | And what was the context of him | 08:17:53 |
| 13 | telling you that?  Why -- why was he telling | 08:17:54 |
| 14 | you that? | 08:17:56 |
| 15 |     A.    Just to inform me on some of the | 08:17:57 |
| 16 | stuff that had -- the team had done prior to my | 08:17:59 |
| 17 | arrival. | 08:18:02 |
| 18 |     Q.    Other than the surveillance of | 08:18:09 |
| 19 | ▮ that happened on two separate occasions | 08:18:10 |
| 20 | -- | 08:18:10 |
| 21 |     A.    Right. | 08:18:13 |
| 22 |     Q.    -- and the surveillance of Waymo | 08:18:14 |
| 23 | in Arizona and the surveillance of ▮ that | 08:18:16 |
| 24 | you mentioned, are there any other instances | 08:18:19 |
| 25 | that you're aware of, whether you're personally | 08:18:20 |

Page 20

```
 1    aware of it or because you heard from someone       08:18:23
 2    else, of any surveillance that Uber did of          08:18:25
 3    competitors?                                        08:18:29
 4           A.    No.                                    08:18:29
 5           Q.    You haven't heard anything else;       08:18:30
 6    right?                                              08:18:31
 7           A.    No.                                    08:18:31
 8           Q.    And explain to me the context or       08:18:35
 9    the purpose of the due diligence surveillance       08:18:38
10    that was done in connection with ████.              08:18:41
11           A.    It was my understanding that ATG       08:18:46
12    was ████████████████████████████████████████        08:18:48
13    ████████████████████████████████████████            08:18:52
14    ████████████████████████████████████████            08:18:57
15                 ATG's -- Mr. Levandowski, Mr. Ron      08:19:03
16    had asked for certain -- for ████ to provide        08:19:06
17    certain things so they could assess the             08:19:07
18    technology to determine whether this would be a     08:19:09
19    wise business decision on -- on Uber's part.        08:19:11
20                 Apparently ████ was not                08:19:14
21    forthcoming to their -- to their liking.            08:19:16
22    They -- they felt they were -- they lacked the      08:19:20
23    information they needed.  So they asked us if       08:19:23
24    we could videotape one of their cars so they        08:19:25
25    could get a sense of how good the technology        08:19:28
```

Page 21

| | | |
|---|---|---|
| 1 | Q. Of 2017? | 08:33:57 |
| 2 | A. Yes. | 08:33:57 |
| 3 | Q. The surveillance that happened at | 08:34:07 |
| 4 | Waymo in Arizona, can you tell me how that | 08:34:09 |
| 5 | arose? | 08:34:11 |
| 6 | A. To be perfectly honest, I'm less | 08:34:15 |
| 7 | clear on the genesis of that. After we did the | 08:34:17 |
| 8 | ▉ surveillance and provided the videos, | 08:34:20 |
| 9 | about a week later, if I remember correctly, | 08:34:25 |
| 10 | Mr. Gicinto called me and said that | 08:34:29 |
| 11 | Mr. Levandowski and Mr. Ron would be interested | 08:34:31 |
| 12 | in similar videos of the Waymo cars in Arizona. | 08:34:34 |
| 13 | Q. You said a week after the ▉ | 08:34:40 |
| 14 | surveillance. Were you referring to the | 08:34:42 |
| 15 | March -- | 08:34:44 |
| 16 | A. Yes. | 08:34:45 |
| 17 | Q. -- 2017 surveillance? | 08:34:45 |
| 18 | A. Yeah, the March. Because we -- we | 08:34:47 |
| 19 | did the Waymo videotaping in mid April. | 08:34:49 |
| 20 | Q. What did Mr. Gicinto tell you the | 08:34:59 |
| 21 | purpose of getting videos of the Waymo cars in | 08:35:03 |
| 22 | Arizona was? | 08:35:06 |
| 23 | A. As I recall, it was just that | 08:35:08 |
| 24 | Mr. Levandowski and Mr. Ron were interested in | 08:35:11 |
| 25 | videos of Waymo cars. I -- I was unaware of a | 08:35:14 |

| | | |
|---|---|---|
| 1 | bigger purpose behind it. | 08:35:17 |
| 2 | Q. And what did you do in connection | 08:35:19 |
| 3 | with doing that surveillance of Waymo cars in | 08:35:21 |
| 4 | Arizona? | 08:35:23 |
| 5 | A. Same as I just described with | 08:35:25 |
| 6 | ▮. Jake Nocon, myself went down. One of | 08:35:27 |
| 7 | the ▮ came down or contractors came | 08:35:31 |
| 8 | down, and we videotaped the Waymo cars. | 08:35:35 |
| 9 | Q. How long did that project last? | 08:35:51 |
| 10 | A. Three or four days. | 08:35:53 |
| 11 | Q. Did you get any feedback from | 08:35:57 |
| 12 | Mr. Ron or Mr. Levandowski or Mr. Gicinto or | 08:36:02 |
| 13 | anyone else about the video that you took | 08:36:06 |
| 14 | there? | 08:36:07 |
| 15 | A. As I recall, the -- I mean, they | 08:36:11 |
| 16 | were happy we had the video, but I mean, there | 08:36:13 |
| 17 | was no specific -- specific comments that I | 08:36:15 |
| 18 | remember. | 08:36:17 |
| 19 | Q. Do I understand correctly that | 08:36:23 |
| 20 | from August of 2016 when you were hired at Uber | 08:36:24 |
| 21 | and March of 2017, you're not aware of any | 08:36:28 |
| 22 | surveillance activities that Uber engaged? | 08:36:32 |
| 23 | A. Other than the one I just -- we | 08:36:37 |
| 24 | talked about that took place before my being | 08:36:39 |
| 25 | hired there, right, yeah. I'm -- | 08:36:41 |

| | | | |
|---|---|---|---|
| 1 | Q. | You're referring to ▮? | 08:36:42 |
| 2 | A. | The ▮, yeah. | 08:36:45 |
| 3 | Q. | Other than that, you're not aware | 08:36:46 |
| 4 | | of anything? | 08:36:47 |
| 5 | A. | I'm not aware of anything. | 08:36:48 |
| 6 | | [Discussion off the record.] | 08:37:01 |
| 7 | Q. | I should have given you that | 08:37:02 |
| 8 | | caveat at the beginning. | 08:37:04 |
| 9 | A. | It's okay. | 08:37:06 |
| 10 | Q. | In terms of the research that you | 08:37:24 |
| 11 | | mentioned of third parties -- third-party | 08:37:26 |
| 12 | | competitors -- | 08:37:28 |
| 13 | A. | Yes. | 08:37:31 |
| 14 | Q. | -- did you or are you aware of | 08:37:31 |
| 15 | | anyone else at Uber ever attempting to gather | 08:37:34 |
| 16 | | that research by speaking to individuals who | 08:37:39 |
| 17 | | were employed at these third parties? | 08:37:43 |
| 18 | A. | Say that question again now. | 08:37:50 |
| 19 | Q. | Sure. | 08:37:51 |
| 20 | | Did you or are you aware of anyone | 08:37:56 |
| 21 | | else at Uber ever attempting to gather research | 08:37:59 |
| 22 | | about competitors of Uber by speaking to | 08:38:04 |
| 23 | | individuals who were employed at those | 08:38:08 |
| 24 | | competitors? | 08:38:11 |
| 25 | A. | No. | 08:38:14 |

Page 39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              Witness my hand this 21st day
 2     of December 2017.
 3
 4
 5     _____
 6         PAUL J. FREDERICKSON, CCR, CSR
 7         WA CCR 2419   CA CSR 13164
 8         Expiration date:  March 31, 2018
 9
10
...
25
```

Page 367