# EXHIBIT L

```
 1           UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3             SAN FRANCISCO DIVISION
 4
             Case No. 3:17-cv-00939-WHA
 5    _____
 6    WAYMO LLC,                          )
 7           Plaintiff,                   )
                                          )
 8           v.                           )
                                          )
 9    UBER TECHNOLOGIES, INC.;            )
      OTTOMOTTO LLC;                      )
10    OTTO TRUCKING,                      )
11           Defendants.                  )
      _____)
12
13     HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
14
15           VIDEOTAPED DEPOSITION OF
                   JAKE NOCON
16         DATE TAKEN:  DECEMBER 19, 2017
17
18
19
20
21    REPORTED BY:
22    PAUL J. FREDERICKSON, CCR, CSR
23    JOB NO. 2771324
24
25    Pages 1 - 273
```

Page 1

```
1                  Did this happen outside the United       09:57:36
2     States?                                                09:57:38
3          A.     No, it did not.                            09:57:39
4          Q.     Okay.                                      09:57:39
5                 So in terms of any human                   09:57:40
6     surveillance that you performed, that was              09:57:41
7     exclusively within the United States?                  09:57:43
8          A.     Yes.                                       09:57:47
9          Q.     Did you ever perform any                   09:57:48
10    surveillance of any individuals who worked for         09:57:57
11    Waymo?                                                 09:57:59
12         A.     I never surveilled any individuals         09:58:06
13    that worked for Waymo.                                 09:58:06
14         Q.     What types of surveillance did you         09:58:08
15    do on Waymo?                                           09:58:10
16         A.     Our team was tasked with                   09:58:16
17    conducting observations of Waymo's vehicles            09:58:17
18    from public places, but it was not specific to         09:58:19
19    any individual.                                        09:58:22
20         Q.     Focusing on -- on that, who gave           09:58:34
21    you the instructions for any of the                    09:58:44
22    surveillances that you did on Waymo?                   09:58:47
23         A.     If I recall correctly, it was Nick         09:58:50
24    Gicinto.                                               09:58:53
25         Q.     And how many separate surveillance         09:58:53
```

Veritext Legal Solutions
866 299-5127

```
 1                    C E R T I F I C A T E
 2
 3             I, PAUL J. FREDERICKSON, CA
 4       Certified Shorthand Reporter No. 13164 and
         WA Certified Court Reporter No. 2419, do
 5       hereby certify:
                 That prior to being examined,
 6       the witness named in the foregoing
 7       deposition was by me duly sworn or affirmed
 8       to testify to the truth, the whole truth and
         nothing but the truth;
 9               That said deposition was taken
10       down by me in shorthand at the time and
11       place therein named, and thereafter reduced
12       to print by means of computer-aided
         transcription; and the same is a true,
13       correct and complete transcript of said
14       proceedings.
15               I further certify that I am not
16       interested in the outcome of the action.
17               Witness my hand this 20th day
18       of December 2017.
19
20
21
22       _____
23          PAUL J. FREDERICKSON, CCR, CSR
24             WA CCR 2419   CA CSR 13164
25          Expiration date:  March 31, 2018
```

Page 273