# EXHIBIT M

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4
            Case No. 3:17-cv-00939-WHA
 5    _____
 6    WAYMO LLC,                          )
                                          )
 7            Plaintiff,                  )
                                          )
 8        v.                              )
                                          )
 9    UBER TECHNOLOGIES, INC.;            )
      OTTOMOTTO LLC;                      )
10    OTTO TRUCKING,                      )
                                          )
11            Defendants.                 )
      _____)
12
13     HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY
14            VIDEOTAPED DEPOSITION OF
15               NICHOLAS GICINTO
16        DATE TAKEN:  DECEMBER 21, 2017
17
18
19
20
21    REPORTED BY:
22    PAUL J. FREDERICKSON, CCR, CSR
23    JOB NO. 2771353
24
25    Pages 1 - 338
```

Page 1

| | | |
|---|---|---|
| 1 | A.    It appears to be a philosophical | 13:18:30 |
| 2 | approach to looking at the autonomous vehicle | 13:18:33 |
| 3 | competitive landscape and -- from a collection | 13:18:37 |
| 4 | standpoint. | 13:18:41 |
| 5 | Q.    And do you see in the next | 13:18:42 |
| 6 | paragraph, it says: | 13:18:43 |
| 7 | "The primary collection | 13:18:44 |
| 8 | methodologies will be open-source and HUMINT | 13:18:45 |
| 9 | and will be conducted by assets, both internal | 13:18:48 |
| 10 | employees and external vendors"? | 13:18:52 |
| 11 | A.    I see that. | 13:18:54 |
| 12 | Q.    And did you have understanding | 13:18:56 |
| 13 | that Uber's primary collection methodologies in | 13:18:59 |
| 14 | terms of gaining competitive intelligence were | 13:19:06 |
| 15 | the things that are listed here? | 13:19:07 |
| 16 | A.    No, I disagree with that.  I mean, | 13:19:12 |
| 17 | this strategy or this -- this document here, | 13:19:13 |
| 18 | what was outlined, was never actually carried | 13:19:17 |
| 19 | out. | 13:19:21 |
| 20 | Q.    You haven't read the whole | 13:19:21 |
| 21 | document yet, have you? | 13:19:22 |
| 22 | A.    I haven't read the whole document, | 13:19:23 |
| 23 | but insofar as what you've pointed out to me, | 13:19:25 |
| 24 | these are not things that were -- that were | 13:19:28 |
| 25 | undertaken. | 13:19:30 |

| | | |
|---|---|---|
| 1 | And one of the individuals -- the | 14:37:28 |
| 2 | first individual we interacted with as a | 14:37:33 |
| 3 | vendor, who we later called ▮, traveled to | 14:37:38 |
| 4 | ▮ in response to the requirements that Ric | 14:37:41 |
| 5 | Jacobs drafted. | 14:37:45 |
| 6 | The information itself wasn't -- | 14:37:45 |
| 7 | wasn't particularly earth-shattering, but the | 14:37:49 |
| 8 | quality of the writing, the quality of the | 14:37:54 |
| 9 | assessment, was at such a higher level of -- of | 14:37:57 |
| 10 | what -- what the business was used to seeing, | 14:38:01 |
| 11 | that it was clear that we were working with a | 14:38:04 |
| 12 | vendor that had just a higher level of | 14:38:07 |
| 13 | expertise than what the business had been used | 14:38:11 |
| 14 | to working with. | 14:38:13 |
| 15 | Q.   Other than what we've discussed | 14:38:14 |
| 16 | today with respect to the surveillance of ▮ | 14:38:16 |
| 17 | and Waymo vehicles, are there any other | 14:38:20 |
| 18 | activities you can recall that were engaged in | 14:38:24 |
| 19 | by these folks that you call ▮ that were | 14:38:28 |
| 20 | hired by your group with respect to collecting | 14:38:32 |
| 21 | information about competitors in the AV market? | 14:38:39 |
| 22 | A.   I don't recall those individuals | 14:39:07 |
| 23 | engaging in any other collection related to AV | 14:39:11 |
| 24 | besides what we previously discussed. | 14:39:14 |
| 25 | MR. KAPGAN:  Do you want to take a | 14:39:16 |

Page 208

| | | |
|---|---|---|
| 1 | chain category? | 16:58:02 |
| 2 | A. Hypothetically it would have been | 16:58:05 |
| 3 | for that. But, again, we didn't engage in | 16:58:07 |
| 4 | supply chain research, so none of the money | 16:58:09 |
| 5 | went to that. We did engage in some sourcing | 16:58:11 |
| 6 | activities, as I mentioned, related to a couple | 16:58:14 |
| 7 | of entities, neither of which were Waymo or | 16:58:18 |
| 8 | Google. | 16:58:22 |
| 9 | Q. Did the ATG group specify that | 16:58:26 |
| 10 | efforts should be taken with respect to ▮▮▮ | 16:58:28 |
| 11 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with | 16:58:31 |
| 12 | respect to the autonomous vehicle competitors? | 16:58:33 |
| 13 | A. They listed those as areas of | 16:58:36 |
| 14 | interest. | 16:58:37 |
| 15 | Q. All right. | 16:58:40 |
| 16 | Was any money out of the ▮▮ | 16:58:50 |
| 17 | ▮▮▮▮▮▮▮▮ budget spent on focusing on | 16:58:52 |
| 18 | Google with respect to the ▮▮▮▮▮▮▮▮? | 16:58:57 |
| 19 | A. No. | 16:58:57 |
| 20 | Q. Was any of the ▮▮▮▮▮▮▮▮▮▮▮▮ | 16:59:00 |
| 21 | budget focused on Google with respect to | 16:59:02 |
| 22 | ▮▮▮▮▮▮▮? | 16:59:06 |
| 23 | A. No. | 16:59:06 |
| 24 | Q. Was any of the ▮▮▮▮▮▮▮▮▮▮▮▮ | 16:59:08 |
| 25 | budget that was approved for 2017 focused on | 16:59:10 |

Page 281

```
 1    Google with respect to          ?              16:59:15
 2         A.    Yes.                                16:59:15
 3         Q.    Tell me what you know about that.   16:59:21
 4         A.    The -- this budget funded our       16:59:24
 5    public observation activities in the Phoenix   16:59:27
 6    area as we previously discussed.               16:59:30
 7         Q.    And is that the only activity with  16:59:32
 8    respect to Google that was -- which came under 16:59:35
 9    this                    budget?                16:59:42
10         A.    Yes.                                16:59:42
11         Q.    Was there any other budget in the   16:59:45
12    SSG Group that related to activities focused on 16:59:47
13    Google for 2017?                               16:59:49
14         A.    No.                                 16:59:51
15         Q.    What about for 2016?                16:59:51
16         A.    No.                                 16:59:51
17         Q.    Was all of the budget for 2000 --   17:00:09
18    first of all, how much budget was there for    17:00:10
19    2016 with respect to autonomous vehicles in    17:00:13
20    your group?                                    17:00:15
21         A.    We didn't have a budget.  We        17:00:16
22    weren't funded by ATG in 2016.                 17:00:18
23         Q.    Okay.                               17:00:20
24               You didn't have a budget at all?    17:00:23
25         A.    I had a -- I had a budget, but I    17:00:24
```

Page 282

```
 1                    C E R T I F I C A T E
 2
 3              I, PAUL J. FREDERICKSON, CA
       Certified Shorthand Reporter No. 13164 and
 4     WA Certified Court Reporter No. 2419, do
       hereby certify:
 5              That prior to being examined,
       the witness named in the foregoing
 6     deposition was by me duly sworn or affirmed
 7     to testify to the truth, the whole truth and
 8     nothing but the truth;
 9              That said deposition was taken
       down by me in shorthand at the time and
10     place therein named, and thereafter reduced
11     to print by means of computer-aided
12     transcription; and the same is a true,
13     correct and complete transcript of said
14     proceedings.
                I further certify that I am not
15     interested in the outcome of the action.
16              Witness my hand this 22nd day
17     of December 2017.
18
19
20
21
22          [signature: Paul Frederickson]
23       PAUL J. FREDERICKSON, CCR, CSR
24       WA CCR 2419   CA CSR 13164
25       Expiration date:  March 31, 2018
```