# EXHIBIT D
# FILED UNDER SEAL

Message

**From:**      Angela Padilla [angela.padilla@uber.com]
**Sent:**      6/25/2017 1:33:20 AM
**To:**        Susan Muck [SMuck@Fenwick.com]
**CC:**        Salle Yoo [salle@uber.com]
**Subject:**   Re: Ric Jacobs

Thanks.  I was about to write you back.  Can you kindly share the responses that Wilmer gave the Special Committee?  I want to make sure they have all the same facts as me.  They haven't interviewed me about Ric.

Thanks so much - Best, Angela

Sent from my iPhone

On Jun 24, 2017, at 6:15 PM, Susan Muck <SMuck@Fenwick.com> wrote:



> **From:** Susan Muck
> **Sent:** Saturday, June 24, 2017 3:06 PM
> **To:** 'Salle Yoo' <salle@uber.com>; Angela Padilla <angela.padilla@uber.com>
> **Cc:** Susan Muck <SMuck@Fenwick.com>
> **Subject:** RE: Ric Jacobs

> **From:** Salle Yoo [mailto:salle@uber.com]
> **Sent:** Friday, June 23, 2017 3:56 PM
> **To:** Susan Muck <SMuck@Fenwick.com>; Angela Padilla <angela.padilla@uber.com>
> **Subject:** Ric Jacobs

> Hi Susan,

---------------------------------------------
NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete

or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    UBER00334410