# EXHIBIT E
# FILED UNDER SEAL

**From:** Susan Muck [SMuck@Fenwick.com]
**Sent:** 6/23/2017 11:25:57 PM
**To:** 'Salle Yoo' [salle@uber.com]; Angela Padilla [angela.padilla@uber.com]
**Subject:** RE: Ric Jacobs

The Committee is going to discuss further on Monday or Tuesday. Any news on the mediation front?

**From:** Salle Yoo [mailto:salle@uber.com]
**Sent:** Friday, June 23, 2017 3:56 PM
**To:** Susan Muck <SMuck@Fenwick.com>; Angela Padilla <angela.padilla@uber.com>
**Subject:** Ric Jacobs

Hi Susan,

Where did the Special Matters committee land on whether to self-disclose and when?

Thanks,
Salle

NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed. However, mistakes sometimes happen in addressing emails. If you believe that you are not an intended recipient, please stop reading immediately. Do not copy, forward, or rely on the contents in any way. Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                            UBER00334437