# EXHIBIT H
# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5    _____
 6    WAYMO LLC,                    )
 7             Plaintiff,           )
 8         v.                       ) Case No.
 9    UBER TECHNOLOGIES, INC.;      ) 3:17-cv-00939-WHA
10    OTTOMOTTO LLC;                )
11    OTTO TRUCKING,                )
12             Defendants.          )
13    _____)
14
15     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17       VIDEOTAPED DEPOSITION OF EDWARD RUSSO
18            WEDNESDAY, DECEMBER 20, 2017
19
20
21    REPORTED BY:
22    PAUL J. FREDERICKSON, CCR, CSR
23    JOB NO. 2771335
24
25    PAGES 1 - 367
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q. Number 3 here is: | 16:02:32 |
| 2 | "Augmented Nonattributable | 16:02:33 |
| 3 | Internet collection." | 16:02:35 |
| 4 | What does that refer to? | 16:02:36 |
| 5 | A. Basically doing open-source | 16:02:38 |
| 6 | research, but doing it -- but not doing it from | 16:02:49 |
| 7 | Uber computers. | 16:02:52 |
| 8 | Q. And why was it important to do | 16:02:55 |
| 9 | that research with nonattributable devices or | 16:02:57 |
| 10 | nonUber computers? | 16:03:01 |
| 11 | A. It actually wasn't. And, I mean, | 16:03:02 |
| 12 | it would have added an additional layer of | 16:03:04 |
| 13 | security or protection. But ultimately | 16:03:07 |
| 14 | whenever I did open-source research on a | 16:03:10 |
| 15 | competitor, I just did it from my Uber | 16:03:13 |
| 16 | computer, primarily because it doesn't make -- | 16:03:16 |
| 17 | it doesn't make a difference. It's | 16:03:20 |
| 18 | open-source. It's public knowledge. It's | 16:03:21 |
| 19 | logical that, you know, Uber is interested in | 16:03:24 |
| 20 | what Waymo is doing; Waymo is interested in | 16:03:26 |
| 21 | what Uber is doing. | 16:03:29 |
| 22 | Q. This identifies vendor 1 and | 16:03:31 |
| 23 | vendor 2. Do you know what vendors those are | 16:03:33 |
| 24 | referring to? | 16:03:36 |
| 25 | A. I don't. As I recall, they were | 16:03:37 |

Veritext Legal Solutions
866 299-5127

```
 1   hypothetical.  They weren't specific vendors.         16:03:40
 2          Q.     The next prong here, Prong Two,         16:03:43
 3   says:                                                 16:03:46
 4                 "Attack the Objectives"                 16:03:47
 5          A.     Uh-huh.                                 16:03:48
 6          Q.     What does that mean?                    16:03:49
 7          A.     I think all I'm trying to convey        16:03:57
 8   there is that Prong Two is to do the research,        16:03:59
 9   do the work.                                          16:04:04
10          Q.     Number 1, again, here is Giraffe        16:04:07
11   or Google; correct?                                   16:04:11
12          A.     Yes.                                    16:04:11
13          Q.     Okay.                                   16:04:11
14                 And it says:                            16:04:13
15                 "Vendor 1 will use existing             16:04:14
16   capabilities and sources where possible or            16:04:14
17   develop new sources where necessary in order to       16:04:16
18   answer the collection requirements associated         16:04:18
19   with Giraffe."                                        16:04:20
20                 Correct?                                16:04:21
21          A.     Right.                                  16:04:22
22          Q.     And why did you have in mind that       16:04:22
23   Uber would use a vendor to do these tasks with        16:04:26
24   respect to Google?                                    16:04:28
25          A.     As I recall, the reason for using       16:04:43
```

Page 321

```
 1    a vendor there is pretty much resources.  Use a        16:04:48
 2    vendor, they can -- they can -- you hire a             16:04:53
 3    vendor, they can dedicate their time and effort        16:04:55
 4    to doing the research necessary.                       16:04:57
 5         Q.   Are you saying that at this time             16:05:03
 6    Uber didn't have sufficient internal resources         16:05:06
 7    to do this kind of information gathering?              16:05:08
 8         A.   Right.                                       16:05:12
 9         Q.   What are the existing capabilities           16:05:13
10    that are referenced here?                              16:05:15
11         A.   I don't recall.                              16:05:21
12         Q.   Do you know what the existing                16:05:21
13    sources that are referenced here are?                  16:05:33
14         A.   No, no.  Again, the document is              16:05:37
15    conceptual in nature, so I mean, it --                 16:05:42
16         Q.   Did Uber, to your knowledge, use a           16:05:47
17    vendor to collect information about Google or          16:05:50
18    Waymo?                                                 16:05:55
19         A.   Yes, we did use a vendor to do               16:06:01
20    open-source Internet research on you guys -- or        16:06:04
21    on Waymo, I'm sorry.                                   16:06:07
22         Q.   What vendor was that?                        16:06:08
23         A.   [REDACTED]                                   16:06:11
24         Q.   How do you spell that?                       16:06:11
25         A.   [REDACTED]                                   16:06:13
```

| | | |
|---|---|---|
| 1 | Q.     To your knowledge, did Uber use | 16:06:27 |
| 2 | any other vendor to collect information about | 16:06:29 |
| 3 | Waymo or Google? | 16:06:31 |
| 4 | A.     No. | 16:06:43 |
| 5 | Q.     What specifically was ▉▉▉▉▉ | 16:06:47 |
| 6 | tasked with doing with respect to Waymo or | 16:06:49 |
| 7 | Google? | 16:06:54 |
| 8 | A.     As I recall, one of their tasks | 16:06:55 |
| 9 | was investors into the Waymo program.  I | 16:07:00 |
| 10 | believe we had tasked them at the time to | 16:07:04 |
| 11 | identify basically Waymo's key personnel, but I | 16:07:08 |
| 12 | don't remember if they completed that second | 16:07:17 |
| 13 | task. | 16:07:19 |
| 14 | Q.     Did they complete the first task | 16:07:23 |
| 15 | of identifying investors into Waymo? | 16:07:25 |
| 16 | A.     I don't recall.  I -- I'm -- I | 16:07:28 |
| 17 | don't remember whether or not they did or they | 16:07:31 |
| 18 | didn't. | 16:07:38 |
| 19 | Q.     Do you recall any information that | 16:07:38 |
| 20 | ▉▉▉▉▉ provided to Uber about Google or | 16:07:38 |
| 21 | Waymo? | 16:07:42 |
| 22 | A.     I don't.  If they did, we -- we'd | 16:07:42 |
| 23 | have it in the documents. | 16:07:44 |
| 24 | MR. KAPGAN:  How long have we been | 16:07:46 |
| 25 | going? | 16:08:12 |

Page 323

| | | |
|---|---|---|
| 1 | MS. CHANG: Almost an hour and a | 16:08:12 |
| 2 | half.  So if you're at a good stopping | 16:08:13 |
| 3 | point. | 16:08:14 |
| 4 | MR. KAPGAN: Okay.  Let's take a | 16:08:14 |
| 5 | break. | 16:08:15 |
| 6 | THE VIDEOGRAPHER: This marks the | 16:08:16 |
| 7 | end of media number 4.  We're going off | 16:08:16 |
| 8 | the record at 4:08 p.m. | 16:08:18 |
| 9 | [Recess at 4:08 p.m.] | 16:08:21 |
| 10 | [Resuming at 4:24 p.m.] | 16:08:35 |
| 11 | THE VIDEOGRAPHER: Here begins | 16:24:02 |
| 12 | media number 5 in the videotape | 16:24:04 |
| 13 | deposition of Ed Russo.  We are back on | 16:24:05 |
| 14 | the record at 4:24 p.m. | 16:24:08 |
| 15 | EXAMINATION CONTINUING | 16:24:15 |
| 16 | BY MR. KAPGAN: | 16:24:15 |
| 17 | Q.    Mr. Russo, did you discuss the | 16:24:16 |
| 18 | substance of your testimony with counsel today? | 16:24:17 |
| 19 | A.    No.  No, I did not. | 16:24:20 |
| 20 | Q.    Uber produced to us some videos. | 16:24:24 |
| 21 | One of them was labeled Uber 00336963.  It's | 16:24:26 |
| 22 | about five minutes long. | 16:24:36 |
| 23 | I'm going to show it to you.  It | 16:24:37 |
| 24 | may make sense for you to play it all the way | 16:24:40 |
| 25 | through, and then I'll ask you some questions, | 16:24:42 |

Page 324

```
 1                  C E R T I F I C A T E
 2
 3              I, PAUL J. FREDERICKSON, CA
 4    Certified Shorthand Reporter No. 13164 and
 5    WA Certified Court Reporter No. 2419, do
 6    hereby certify:
 7
 8              That prior to being examined,
 9    the witness named in the foregoing
10    deposition was by me duly sworn or affirmed
11    to testify to the truth, the whole truth and
12    nothing but the truth;
13
14              That said deposition was taken
15    down by me in shorthand at the time and
16    place therein named, and thereafter reduced
17    to print by means of computer-aided
18    transcription; and the same is a true,
19    correct and complete transcript of said
20    proceedings.
21
22              I further certify that I am not
23    interested in the outcome of the action.
24
25
```

Page 366

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  Witness my hand this 21st day
 2      of December 2017.
 3
 4
 5      _____
 6          PAUL J. FREDERICKSON, CCR, CSR
 7          WA CCR 2419   CA CSR 13164
 8          Expiration date:  March 31, 2018
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 367