UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 2393)** |

Plaintiff Waymo LLC ("Waymo") has filed a Motion for Reconsideration of Order Granting in Part and Denying in Part Administrative Motion to File Under Seal (Dkt. 2393) ("Motion for Reconsideration").

Having considered the Motion for Reconsideration, and good cause to seal having been shown, the Court **GRANTS** Waymo's Motion for Reconsideration and **ORDERS** sealed the portions of the documents listed below:

1. Sealing portions of Waymo's Opposition to Uber's Motion to Compel Production of Documents (previously filed at Dkt. 1048-4) marked in red boxes on page 1 of the sealed version filed as Exhibit A to the Motion for Reconsideration (in addition to passages previously granted sealing).

2. Sealing portions of the July 26, 2017 Deposition Transcript of Jennifer Haroon (previously filed as Exhibit 3 at Dkt. 1048-9) marked in red boxes in the sealed version filed as Exhibit B to the Motion for Reconsideration (specifically, at deposition pages and lines 108:6,25; 124:1,6, in addition to passages previously granted sealing).

3. Sealing portions of the July 17, 2017 Deposition Transcript of Larry Page (previously filed as Exhibit 1 at Dkt. 1114-2/1068-5) marked in red boxes in the sealed version filed as Exhibit C to the Motion for Reconsideration (specifically, at deposition pages and lines 97:5,25; 108:19; 183:10; 214:21,25; 215:6, in addition to passages previously granted sealing).

4. Sealing portions of the July 24, 2017 and July 25, 2017 Deposition Transcripts of Bryan Salesky (previously filed as Exhibit 4 at Dkt. 1114-5/1068-10) marked in red boxes in the sealed version filed as Exhibit D to the Motion for Reconsideration (specifically, at deposition pages and lines 145:2; 146:2,5; 148:6,12; 151:1,3,7-8; 247:2).

5. Sealing portions of the document bearing Bates stamp WAYMO-UBER-00026174 (previously filed as Exhibit 5 at Dkt. 1068-11) marked in red boxes in the sealed version filed as Exhibit E to the Motion for Reconsideration.

6. Sealing portions of the document bearing Bates stamps WAYMO-UBER-00008935 to

WAYMO-UBER-00008939 (previously filed as Exhibit 4 at Dkt. 1105-4/1080-10) marked in red boxes in the sealed version filed as Exhibit F to the Motion for Reconsideration (specifically, at pages WAYMO-UBER-00008937 to WAYMO-UBER-00008938).

7. Sealing portions of the August 2, 2017 Deposition Transcript of John Krafcik (previously filed as Exhibit 6 at Dkt. 1105-8/1080-14) marked in green boxes in the sealed version filed as Exhibit G to the Motion for Reconsideration (specifically, at deposition page and lines 51:10; 253:4, in addition to passages previously granted sealing).

8. Sealing portions of the document bearing Bates stamp WAYMO-UBER-00026185 (previously filed as Exhibit 2 at Dkt. 1098-4) marked in red boxes in the sealed version filed as Exhibit H to the Motion for Reconsideration.

**IT IS SO ORDERED.**

Dated: January 16, 2018, ~~2017~~

*Jacqueline Scott Corley*

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge