MILES EHRLICH (Bar No. 237954)
miles@ramsey-ehrlich.com
ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
AMY CRAIG (Bar No. 269339)
amy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Non-Party Anthony Levandowski

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>        Defendants. | Case No.: 3:17-cv-00939 WHA<br><br>**DECLARATION OF ISMAIL RAMSEY IN SUPPORT OF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF WAYMO'S OFFER OF PROOF REGARDING DEFENDANT'S DISCOVERY MISCONDUCT [DKT. 2466]**<br><br>Courtroom:    8<br>Judge:         Hon. William Alsup |

I, Ismail Ramsey, declare as follows:

   1.   I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner at the law firm Ramsey & Ehrlich LLP, counsel for Non-Party Anthony Levandowski. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

   2.   I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File under Seal ("Waymo's Administrative Motion") confidential information in its Offer of Proof Regarding Defendant's Discovery Misconduct ("Waymo's Offer of Proof). [Dkt. No. 2466].

RAMSEY DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 2466]
Case No. 3:17-00939-WHA

1

3. I have reviewed the exhibits identified below and determined that they merit sealing:

| Document | Portion to Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 94 | Entire document | Anthony Levandowski |
| Exhibit 95 | Entire document | Anthony Levandowski |
| Exhibit 99 | Entire document | Anthony Levandowski |

4. Exhibit 94 to Waymo's Offer of Proof is a draft Agreement and Plan of Merger, that appears to have been created by counsel for Ottomotto and Otto Trucking "the Otto entities"), O'Melveny & Myers, LLP, and is dated 3/18/2016. The draft agreement contains numerous notes from counsel to the principals of the Otto entities, Mr. Levandowski and Mr. Ron, and appears to have been drafted for their review. This document thus constitutes privileged attorney work product and contains confidential attorney-client communications. To my client's knowledge, this document has not been disclosed to third parties; therefore, it should remain confidential.

5. Exhibit 95 to Waymo's Offer of Proof is an email thread dated March 18, 2016 through March 23, 2016, containing attorney-client communication between counsel from O'Melveny & Myers, attorney Ognen Stojanovski, both of whom advised the Otto entities, and the principals of Otto, Mr. Ron and Mr. Levandowski. This email thread provides legal advice on a potential merger agreement. It is therefore privileged and should remain confidential.

6. Exhibit 99 to Waymo's Offer of Proof is a 158-page privilege log provided by my firm to counsel for Waymo. Many of the entries on this log reference communications with attorneys involving transactions unrelated to the subject of the present litigation and include the names entities involved in these transactions. Numerous other entries reference communications between Mr. Levandowski and his family law attorneys. The public disclosure of these references – including the names of other entities and the dates and times of communications

with his transactional and family law attorneys – would invade Mr. Levandowski's right to privacy.  Moreover, these matters are wholly unconnected with the current litigation. Consequently, the privilege log should remain confidential.

      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed in Berkeley, California, on January 16, 2018.

Respectfully submitted,

*/s/ Ismail Ramsey*
Ismail Ramsey
Ramsey & Ehrlich LLP

*Counsel for Non-Party Anthony Levandowski*

RAMSEY DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. 2466]
Case No. 3:17-00939-WHA