1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>         Plaintiff,<br><br>   vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>         Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PRÉCIS IN SUPPORT OF ITS REQUEST TO FILE A MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING UBER'S USE OF EPHEMERAL COMMUNICATIONS, NON-ATTRIBUTABLE DEVICES OR IMPROPER PRIVILEGE DESIGNATIONS** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  ("Waymo's Administrative Motion") certain information in its Précis in Support of its Request to
3  File a Motion in Limine to Preclude Evidence or Argument Regarding Uber's Use of Ephemeral
4  Communications, Non-attributable Devices or Improper Privilege Designations  ("Waymo's
5  Précis).

6  Having considered Waymo's Administrative Motion, and good cause to seal having been
7  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
8  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Précis | Highlighted in blue |

**IT IS SO ORDERED.**

Dated:  _____, 2018

HON. WILLIAM ALSUP
United States District Court Judge