1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Charles K. Verhoeven (Bar No. 170151)
2       charlesverhoeven@quinnemanuel.com
        David A. Perlson (Bar No. 209502)
3       davidperlson@quinnemanuel.com
        Melissa Baily (Bar No. 237649)
4       melissabaily@quinnemanuel.com
        John Neukom (Bar No. 275887)
5       johnneukom@quinnemanuel.com
        Jordan Jaffe (Bar No. 254886)
6       jordanjaffe@quinnemanuel.com
      50 California Street, 22nd Floor
7   San Francisco, California 94111-4788
      Telephone:     (415) 875-6600
8   Facsimile:     (415) 875-6700

9   Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12   WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

13               Plaintiff,

14         vs.                               **DECLARATION OF JONATHAN
                                             FRANCIS IN SUPPORT OF PLAINTIFF
15   UBER TECHNOLOGIES, INC.;                WAYMO LLC'S ADMINISTRATIVE
     OTTOMOTTO LLC; OTTO TRUCKING            MOTION TO FILE UNDER SEAL ITS
16   LLC,                                    PRÉCIS IN SUPPORT OF ITS REQUEST
                                             TO FILE A MOTION *IN LIMINE* TO
17               Defendants.                 PRECLUDE EVIDENCE OR ARGUMENT
                                             CHARACTERIZING MR. JACOBS'
18                                           ALLEGATIONS**

19

20

21

22

23

24

25

26

27

28

I, Jonathan Francis, declare as follows:

1.     I am an attorney licensed to practice in the State of California and am admitted to practice before this Court.  I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo").  I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.     I make this declaration in support of Waymo's Administrative Motion to File Under Seal ("Waymo's Administrative Motion") confidential information in its Précis in Support of its Request to File a Motion in Limine to Preclude Evidence or Argument Characterizing Mr. Jacobs' Allegations ("Waymo's Précis").  Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Waymo's Précis | Highlighted in blue | Defendants |

3.     Waymo's Motion and exhibits thereto contain information that Defendants have designated as confidential and/or highly confidential.

4.     Waymo takes no position on the merits of sealing the designated material, and expects Defendants to file one or more declarations in accordance with the Local Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on January 17, 2018.

By */s/ Jonathan Francis*
Jonathan Francis
Attorneys for WAYMO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jonathan Francis.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven