1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS PRÉCIS IN SUPPORT OF ITS REQUEST TO FILE A MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT CHARACTERIZING MR. JACOBS' ALLEGATIONS** |

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  ("Waymo's Administrative Motion") certain information in its Précis in Support of its Request to
3  File a Motion in Limine to Preclude Evidence or Argument Characterizing Mr. Jacobs'
4  Allegations ("Waymo's Précis").
5    Having considered Waymo's Administrative Motion, and good cause to seal having been
6  shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
7  documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Précis | Highlighted in blue |

**IT IS SO ORDERED.**

Dated: _____, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge