IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | **ORDER DENYING REQUESTS TO FILE NEW MOTION FOR RELIEF AND ADDITIONAL MOTIONS *IN LIMINE*** |
| Defendants. | |

Plaintiff Waymo LLC's request to file a new "motion for relief based on defendants' litigation misconduct" (Dkt. No. 2472) is **DENIED**. Waymo's requests to file additional motions *in limine* (Dkt. Nos. 2488, 2490) are also **DENIED** without prejudice to targeted objections at trial to specific items of evidence or argument.

**IT IS SO ORDERED.**

Dated: January 18, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE