# EXHIBIT F

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

WAYMO LLC,

      Plaintiff,

vs.                                 No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

      Defendants.
_____/


HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

30(b)(6) VIDEOTAPED DEPOSITION OF SCOTT JOHNSTON

SAN FRANCISCO, CALIFORNIA

THURSDAY, DECEMBER 14, 2017


BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2773322


Pages 1 - 107

```
                                                           Page 28
1    communicates via chat, yes.                            10:05
2            MR. GONZALEZ:  I'm not too good at math.  I'm  10:05
3    doing it in my head.                                   10:05
4    █ ███████████████████████████████████████████████ █
█ █████████████████████████████████████████████████████████
█ ██████                                             10:05
7        A   It -- it's dependent on what the custom- --    10:05
8    sorry -- what the employee chooses for settings.       10:05
9    █ ███████████████████████████████████████████ █
```



```
                                                      10:06
```

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: December 15, 2017

ANDREA M. IGNACIO,
RPR, CRR, CCRR, CLR, CSR No. 9830