IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE SEALING OF ORDER ON *DAUBERT* MOTION RE LAMBERTUS HESSELINK**

The order on defendants' *Daubert* motion to exclude opinions proffered by Lambertus Hesselink, filed under seal today, shall remain under seal until **TOMORROW AT 11:00 P.M.**, after which the order shall be redacted as shown in Exhibit A and filed on the public docket unless one or more parties propose additional redactions.

**IT IS SO ORDERED.**

Dated: January 18, 2018.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE