1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1  Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's
2  ("Defendants") Administrative Motion to File Documents Under Seal, and finding that good
3  cause exists, this Court hereby GRANTS Defendants' Administrative Motion to File Documents
4  Under Seal and ORDERS that the following documents shall be sealed, as indicated below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Response to Waymo's Offer of Proof | Highlighted Portions |
| Exhibit 2 | Blue highlights |
| Exhibit 3 | Green highlights |
| Exhibit 5 | Blue highlights |
| Exhibit 6 | Blue highlights |
| Exhibit 7 | Blue highlights |
| Exhibit 8 | Blue highlights |
| Exhibit 10 | Entire document |
| Exhibit 17 | Blue highlights |
| Exhibit 18 | Blue highlights |
| Exhibit 22 | Blue highlights |
| Exhibit 24 | Entire document |
| Exhibit 25 | Blue highlights |
| Exhibit 27 | Blue highlights |
| Exhibit 28 | Entire document |
| Exhibit 29 | Entire document |
| Exhibit 31 | Entire document |
| Exhibit 33 | Blue highlights |
| Exhibit 37 | Blue highlights |

| | |
|---|---|
| Exhibits 38-49 | Entire documents |
| Exhibit 50 | Entire document |
| Exhibit 56 | Blue highlights |
| Exhibits 55, 57, 59 | Entire documents |
| Exhibits 65-66 | Entire document |
| Exhibit 68 | Entire document |
| Exhibit 69 | Entire document |
| Exhibit 71 | Entire document |
| Exhibit 72 | Blue highlights |
| Response to Waymo's Appendix A | Blue highlights |

**IT IS SO ORDERED**.

Dated: _____, 2017

HONORABLE WILLIAM ALSUP
United States District Judge