# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

WAYMO LLC,

        PLAINTIFF,

                                      CASE NO.

     VS.                              3:17-CV-00939-WHA


UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC; OTTO

TRUCKING LLC,

        DEFENDANTS.

 _____



           HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

              VIDEOTAPED DEPOSITION OF ALEX COOPER

                     PALO ALTO, CALIFORNIA

                   WEDNESDAY, AUGUST 23, 2017

                            VOLUME I




Reported By:

MEGAN F. ALVAREZ, RPR, CSR No. 12470

Job No. 2686086



PAGES 1 - 114
```

| | | |
|---|---|---|
| 1 | BY MS. DAVIS: | 09:42:10 |
| 2 | Q.   Sure.  Start with that one first. | 09:42:11 |
| 3 | A.   Not as I recall. | 09:42:13 |
| 4 | Q.   Did he give you any opinions as to Tyto | 09:42:16 |
| 5 | more generally? | 09:42:18 |
| 6 | A.   After the visit, we had a debrief session | 09:42:20 |
| 7 | with Anthony.  And as I recall, he felt that -- that | 09:42:24 |
| 8 | the Tyto sensor was a -- was a nice sensor or they | 09:42:29 |
| 9 | had done nice work.  As far as I recall, that was | 09:42:33 |
| 10 | about the extent of his -- his opinion. | 09:42:37 |
| 11 | Q.   I'm going to hand you a previously marked | 09:43:24 |
| 12 | exhibit, 1752, which is WAYMO-UBER-00010459. | 09:43:26 |
| 13 | Go ahead and look up when you're done | 09:43:46 |
| 14 | reading. | 09:43:48 |
| 15 | A.   Okay. | 09:48:31 |
| 16 | Q.   And are those your notes from the Tyto | 09:48:33 |
| 17 | visit? | 09:48:35 |
| 18 | A.   I believe so. | 09:48:36 |
| 19 | Q.   And did you author the notes? | 09:48:37 |
| 20 | A.   Yes. | 09:48:39 |
| 21 | Q.   And do they accurately represent your | 09:48:40 |
| 22 | visit? | 09:48:42 |
| 23 | A.   As I recall, yes. | 09:48:43 |
| 24 | Q.   And the notes look like the tour was | 09:48:55 |
| 25 | pretty comprehensive.  Do you agree? | 09:48:57 |


Page 40

```
 1              MR. ZADO:  Objection as to form.              09:49:00
 2              THE WITNESS:  That depends on your            09:49:01
 3    definition of "comprehensive."  Yes, I think it was     09:49:02
 4    a fairly normal kind of a tour you would expect.        09:49:05
 5    BY MS. DAVIS:                                           09:49:08
 6        Q.   Did they give you full access to their         09:49:09
 7    facility?                                               09:49:11
 8              MR. ZADO:  Objection as to form.              09:49:12
 9              THE WITNESS:  We were shown certain           09:49:13
10    things.  Other things we were not shown.                09:49:16
11    BY MS. DAVIS:                                           09:49:18
12        Q.   What were you not allowed to see or what       09:49:18
13    were you not shown?                                     09:49:21
14        A.   I don't know.                                  09:49:23
15        Q.   So there wasn't anything that you wanted       09:49:23
16    to see that you were not permitted to see?              09:49:24
17        A.   Not as I recall.                               09:49:27
18        Q.   Were there any rooms that you weren't          09:49:33
19    allowed to go into?                                     09:49:34
20        A.   I don't recall.                                09:49:38
21        Q.   And on your visit, did you see anything        09:49:43
22    that looked like Google technology?                     09:49:45
23              MR. ZADO:  Objection as to form.              09:49:51
24              THE WITNESS:  At that point, I was not        09:49:52
25    familiar with the Google technology, so I couldn't      09:49:53
```

Page 41

| | | |
|---|---|---|
| 1 | have made that evaluation. | 09:49:56 |
| 2 | BY MS. DAVIS: | 09:49:58 |
| 3 | Q. But you didn't see anything that you knew | 09:49:59 |
| 4 | was Google technology; is that correct? | 09:50:00 |
| 5 | MR. ZADO: Objection as to form. | 09:50:02 |
| 6 | THE WITNESS: I didn't see anything that I | 09:50:04 |
| 7 | recognized as Google property. | 09:50:05 |
| 8 | BY MS. DAVIS: | 09:50:08 |
| 9 | Q. And Tyto fully showed you their -- their | 09:50:13 |
| 10 | LIDAR system; is that correct? | 09:50:17 |
| 11 | MR. ZADO: Objection as to form. | 09:50:19 |
| 12 | THE WITNESS: I would not say they fully | 09:50:20 |
| 13 | showed us their system. They showed us -- they | 09:50:22 |
| 14 | showed us certain parts. Obviously there were some | 09:50:23 |
| 15 | parts they most likely did not show us. But, again, | 09:50:29 |
| 16 | I don't know what those would have been since we | 09:50:33 |
| 17 | didn't see them. | 09:50:35 |
| 18 | BY MS. DAVIS: | 09:50:36 |
| 19 | Q. But they opened up and showed you the | 09:50:37 |
| 20 | inside of the unit; isn't that correct? | 09:50:39 |
| 21 | MR. ZADO: Objection as to form. | 09:50:41 |
| 22 | THE WITNESS: I recall seeing components, | 09:50:43 |
| 23 | some of the internals. | 09:50:44 |
| 24 | BY MS. DAVIS: | 09:50:49 |
| 25 | Q. Did you ask to see any other part of the | 09:50:51 |

Page 42

```
 1   unit?                                                        09:50:53
 2       A.   I don't recall the specifics of what we             09:50:54
 3   asked for.                                                   09:50:56
 4       Q.   Do you recall being denied being shown any          09:50:57
 5   part of the unit?                                            09:51:00
 6       A.   I don't recall.                                     09:51:05
 7       Q.   But if the unit was based on Google                 09:51:06
 8   technology, would -- why would they show you the             09:51:12
 9   inside of the unit?                                          09:51:14
10            MR. ZADO:  Objection as to form.                    09:51:15
11            THE WITNESS:  I don't know what they would          09:51:17
12   do or not do.  I would be speculating.                       09:51:19
13   BY MS. DAVIS:                                                09:51:21
14       Q.   And when they showed you the inside, did            09:51:26
15   you recognize anything as Google -- Google                   09:51:28
16   proprietary information?                                     09:51:29
17            MR. ZADO:  Objection as to form.                    09:51:33
18            THE WITNESS:  As I said previously, I               09:51:37
19   would not have been able to make that determination          09:51:38
20   since I didn't know about the Google technology.             09:51:41
21   BY MS. DAVIS:                                                09:51:43
22       Q.   Did you take any photographs or take any            09:51:44
23   additional notes as to the technology?                       09:51:47
24            MR. ZADO:  Objection as to form.                    09:51:50
25            THE WITNESS:  I don't recall taking any             09:51:52
```

Page 43

1  photographs.                                                09:51:53
2  BY MS. DAVIS:                                               09:51:54
3      Q.   Okay.  And did Anthony stay with you the           09:51:54
4  entire visit to Tyto?                                        09:52:03
5      A.   As I recall, he arrived late.  And I               09:52:06
6  believe we all left at about the same time.                 09:52:09
7      Q.   Okay.  And did he prevent you from seeing          09:52:13
8  anything at Tyto?                                           09:52:16
9      A.   Not as I recall.                                   09:52:18
10     Q.   Is there anything not in the notes that            09:52:32
11 you recall from your Tyto visit?                            09:52:33
12     A.   This was a long time ago.  The notes               09:52:38
13 roughly match with what I recall.  I don't recall           09:52:40
14 anything specifically different.                            09:52:44
15     Q.   And I guess what were your general                 09:52:50
16 impressions after you left Tyto?  Did you think that        09:52:54
17 they were going to be a possible vendor or                  09:52:57
18 something -- someone who you would collaborate with         09:52:59
19 at Google?                                                  09:53:02
20     A.   At that stage, it was too early to make            09:53:03
21 that determination.  Clearly there was potential,           09:53:07
22 and we were interested to continue working with             09:53:08
23 them.                                                       09:53:11
24     Q.   Was their LIDAR system ready to be                 09:53:26
25 utilized in its current form at Google at that              09:53:30

Page 44

| | | |
|---|---|---|
| 1 | point? | 09:53:34 |
| 2 | MR. ZADO: Objection as to form. | 09:53:39 |
| 3 | THE WITNESS: Are you referring | 09:53:42 |
| 4 | specifically to Street View or some other part of | 09:53:43 |
| 5 | Google or... | 09:53:46 |
| 6 | BY MS. DAVIS: | 09:53:47 |
| 7 | Q. For your use, for Street View's use. | 09:53:47 |
| 8 | A. I believe at that point we did not think | 09:53:50 |
| 9 | it was ready, but we had not made a full -- what's | 09:53:52 |
| 10 | the word? We had not evaluated the system | 09:53:57 |
| 11 | sufficiently to make that determination. | 09:54:01 |
| 12 | Q. And what were your -- what were your next | 09:54:06 |
| 13 | steps after your visit to Tyto with regards to Tyto? | 09:54:08 |
| 14 | A. As I recall and I was -- as written in the | 09:54:12 |
| 15 | notes, we wanted to get an evaluation system loaner | 09:54:15 |
| 16 | to try it out and -- under our own conditions. And | 09:54:18 |
| 17 | so I believe the discussion moved in that direction. | 09:54:22 |
| 18 | Q. And did you end up receiving a loaner unit | 09:54:26 |
| 19 | to test? | 09:54:29 |
| 20 | A. We did. | 09:54:30 |
| 21 | Q. And do you recall when that was? | 09:54:31 |
| 22 | A. I don't recall specifically, but I believe | 09:54:33 |
| 23 | it was late summer. | 09:54:34 |
| 24 | Q. And did you discuss -- scratch that. | 09:55:18 |
| 25 | After your initial visit to Tyto, was | 09:55:43 |

```
                                                                  Page 45
 1   there any discussion of █████████████?              09:55:45
 2        A.   After the initial visit, no.  Later on,   09:55:52
 3   yes.                                                09:55:55
 4        Q.   And did you ever have any discussions with 09:55:56
 5   Rom Clement about potentially whether -- scratch    09:56:00
 6   that.                                               09:56:03
 7             Did you have any discussions with         09:56:04
 8   Rom Clement or Bob MacDonald about ████████   █████ 
 9   ████████████████████████████████████████      █████
10   ████ ████████                                       09:56:13
11        A.   Yes.                                      09:56:14
12        Q.   And did you view ████████████      █████
13   ██████████████████████ ██████                 █████
14   ██████████████████████████████████████        █████
15   ██████████████████████████                          09:56:32
16             MR. ZADO:  Objection as to form.          09:56:34
17             THE WITNESS:  I didn't have any specific  09:56:35
18   plans.                                              09:56:37
19   BY MS. DAVIS:                                       09:57:14
20        Q.   And you said you had an internal debrief  09:57:14
21   after the Tyto visit; is that correct?              09:57:17
22        A.   Yes.                                      09:57:19
23        Q.   And when did that happen?                 09:57:20
24        A.   Sometime after the meeting.  I don't      09:57:23
25   recall exactly when.                                09:57:25
```

Case 3:17-cv-00939-WHA   Document 2501-3   Filed 01/19/18   Page 10 of 10
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

```
 1              CERTIFICATE OF REPORTER
 2           I, the undersigned, a Certified Shorthand
 3    Reporter of the State of California, do hereby
 4    certify:
             That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
      a verbatim record of the proceedings was made by me
 8    using machine shorthand, which was thereafter
 9    transcribed under my direction; and that the
10    foregoing is an accurate transcription thereof.
11           Further, that if the foregoing pertains to
      the original transcript of a deposition in a federal
12    case, before completion of the proceedings, review
13    of the transcript [ ] was [X] was not requested.
14           I further certify that I am neither
15    financially interested in the action, nor a relative
16    or employee of any attorney of any party to this
      action.
17           IN WITNESS WHEREOF, I have this date
18    subscribed my name.
19    DATED: August 24, 2017
20
21
22
23
24    _____
           MEGAN F. ALVAREZ
25         CSR No. 12470, RPR
```

Page 114

Veritext Legal Solutions
866 299-5127