# EXHIBIT 5

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


Case No. 3:17-cv-00939-WHA
_____

WAYMO LLC,                          )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )
UBER TECHNOLOGIES, INC.;            )
OTTOMOTTO LLC;                      )
OTTO TRUCKING,                      )
                                    )
          Defendants.               )
_____)


HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

NICHOLAS GICINTO

DATE TAKEN:  DECEMBER 21, 2017






REPORTED BY:

PAUL J. FREDERICKSON, CCR, CSR

JOB NO. 2771353


Pages 1 - 338

```
 1    chat feature.  It was not always convenient to    09:21:50
 2    make a phone call.  So I would use the chat       09:21:53
 3    if -- if I needed to send a quick message or if   09:21:57
 4    I needed to collaborate with my colleagues or     09:22:00
 5    my teammates, you know, on an issue where         09:22:03
 6    multiple opinions would be useful and where       09:22:07
 7    sometimes rapid communication was -- was          09:22:13
 8    needed.                                           09:22:16
 9          Q.      You could do a group chat feature   09:22:18
10    through Wickr; is that right?                     09:22:20
11          A.      Correct.                            09:22:21
12          Q.      Is it fair to say that the primary  09:22:22
13    benefits of using Wickr were that the             09:22:24
14    communications were ephemeral and secure or       09:22:27
15    encrypted?                                        09:22:30
16          A.      From my perspective, the primary    09:22:33
17    benefit was that the communication was secure.    09:22:38
18          Q.      Was another benefit that they       09:22:40
19    were -- that the communications were ephemeral?   09:22:41
20    So they couldn't be discovered later?            09:22:43
21          A.      I mean, it was a feature.  And      09:22:45
22    ephemerality is a feature of Wickr, yes.  It      09:22:47
23    isn't always necessarily a benefit if it's       09:22:51
24    difficult, when you're collaborating on a        09:22:54
25    project, to remember the conversation when        09:22:56
```

```
 1    helpful for them -- for them to assess the        09:38:13

 2    state of the technology and how well the cars     09:38:17

 3    performed on the road as a litmus test against    09:38:19

 4    where our own vehicles were and how they          09:38:22

 5    performed.                                         09:38:24

 6          Q.    Did your group do that                09:38:25

 7    surveillance?                                      09:38:28

 8          A.    Yes.                                   09:38:28

 9          Q.    Was that on one occasion or more       09:38:34

10    than one occasion?                                 09:38:35

11          A.    Related to Waymo vehicles, one         09:38:38

12    occasion.                                          09:38:40

13          Q.    And can you tell me who went on        09:38:42

14    that trip, and how many days did it transpire     09:38:44

15    over?                                              09:38:48

16          A.    Again, approximately three to five    09:38:49

17    days.  It was from SSG, Jake Nocon, Ed Russo.     09:38:51

18          Q.    Anyone else?                           09:38:59

19          A.    Not from SSG.  Not from Uber.         09:39:00

20          Q.    Okay.                                  09:39:00

21                Were there any LAT operatives on      09:39:03

22    these trips?                                       09:39:05

23          A.    I don't know.                          09:39:08

24          Q.    As far as you know, in connection     09:39:10

25    with the Waymo -- in connection with the          09:39:11
```

Page 46

1       A.      Yes.  We played it over Zoom.          09:52:47

2       Q.      What was the feedback that you got     09:52:50

3   from Mr. Levandowski or Mr. Ron?                   09:52:52

4       A.      As I recall, it was rather            09:52:54

5   uneventful.                                        09:52:57

6       Q.      How long did that meeting last?       09:52:58

7       A.      I don't recall.                        09:53:00

8       Q.      Was it more than an hour?              09:53:01

9       A.      I don't think so.                      09:53:03

10       Q.      Was there any followup with           09:53:05

11   respect to the Waymo briefing or the Waymo        09:53:07

12   surveillance after the April 13 or 14 meeting?    09:53:10

13       A.      No, there were no further requests    09:53:14

14   related to Waymo after that, that I recall.       09:53:16

15       Q.      After April 13 or 14, did you do      09:53:22

16   any surveillance of Waymo vehicles or did         09:53:26

17   anyone on your team do that?                       09:53:30

18       A.      No.                                    09:53:30

19       Q.      What's the April 7, 2017, notation    09:53:39

20   that you have here?  It says:      █████ briefing  09:53:42

21   for TK."  Can you tell me what that is?           09:53:48

22       A.      Sure.                                  09:53:52

23               After the presentation to Anthony     09:53:52

24   Levandowski on March 30 or 31 related to the      09:53:53

25   condensed █████ video, Mr. Levandowski asked      09:53:56

Page 58

| | | |
|---|---|---|
| 1 | at the -- the email from Joe Sullivan to | 10:08:02 |
| 2 | refresh my memory on that. | 10:08:08 |
| 3 | Q.    Aside from the email from Joe | 10:08:09 |
| 4 | Sullivan, do you know of any reason why the | 10:08:13 |
| 5 | company stopped using Wickr? | 10:08:16 |
| 6 | A.    No. | 10:08:19 |
| 7 | Q.    Aside from doing surveillance on | 10:08:20 |
| 8 | the two occasions of the ███ vehicles and | 10:08:48 |
| 9 | surveillance of the Waymo vehicles on the one | 10:08:52 |
| 10 | occasion that you mentioned, has your group or | 10:08:55 |
| 11 | are you aware of anyone else at Uber doing any | 10:08:59 |
| 12 | surveillance of competitors' autonomous | 10:09:03 |
| 13 | vehicles? | 10:09:07 |
| 14 | A.    So you're asking me if anyone at | 10:09:14 |
| 15 | Uber or including my team did any public | 10:09:18 |
| 16 | observations of any other vehicles besides | 10:09:21 |
| 17 | ███ and Waymo? | 10:09:26 |
| 18 | Q.    Any kind of surveillance of other | 10:09:28 |
| 19 | vehicles, autonomous vehicles, yes, including | 10:09:30 |
| 20 | Waymo vehicles. | 10:09:39 |
| 21 | A.    So I am not aware of anyone in the | 10:09:42 |
| 22 | company doing any -- any public observations of | 10:09:47 |
| 23 | any competitors' vehicles with the exception of | 10:09:53 |
| 24 | what we've previously discussed. | 10:09:56 |
| 25 | Q.    Now, you said public observations | 10:10:04 |

Page 59

```
 1      of competitor vehicles.  Were there any other    10:10:07
 2      kinds of other observations that you are          10:10:10
 3      excluding from your answer with respect to        10:10:12
 4      competitor vehicles?                              10:10:16
 5           A.    No.                                    10:10:16
 6           Q.    How many folks are in the SSG          10:10:43
 7      team?  Maybe you can list them for me.            10:10:45
 8           A.    Presently?                             10:10:56
 9           Q.    Yes.                                   10:10:56
10           A.    Myself, Ed Russo, Jake Nocon,          10:11:00
11      Julie Ambrose, Shawnee Delaney, Anna Chung,       10:11:03
12      Randy Wanis and Mat VanWaes.                      10:11:12
13           Q.    And how long have you been the         10:11:32
14      lead of the group?                                10:11:32
15           A.    Since we hired Jake and Ed in          10:11:37
16      approximately July or August of 2016.            10:11:42
17           Q.    Was that when the group was            10:11:44
18      formed?                                           10:11:47
19           A.    More or less.  I was hired in          10:11:48
20      March of 2016, and there was no team.  I was      10:11:49
21      just an individual contributor.                   10:11:53
22           Q.    How did you get the job at Uber?       10:12:01
23           A.    Mat Henley hired me.                   10:12:04
24           Q.    How did Mat Henley know about you?     10:12:06
25           A.    I was referred by a mutual             10:12:09
```

Page 68

| | | | |
|---|---|---|---|
| 1 | Q. | Yes. | 10:34:34 |
| 2 | A. | Yes, I understand. | 10:34:37 |

3      Q.      Tell me what the Nextcloud system      10:34:45

4  is generally.      10:34:47

5      A.      It was a virtual storage device or      10:34:50

6  system which allowed SSG members and others in      10:34:58

7  security to collaborate on projects safely and      10:35:09

8  securely.      10:35:14

9      Q.      This was a system that was      10:35:15

10  separate from Uber's computer systems and      10:35:16

11  servers; right?      10:35:19

12      A.      That's correct.      10:35:20

13      Q.      And what was the purpose of having      10:35:21

14  this kind of system?      10:35:22

15      A.      To maximize the -- the security      10:35:25

16  and protection of the data.      10:35:27

17      Q.      Did you believe that Uber's      10:35:30

18  computers and systems were not secure enough?      10:35:33

19      A.      I think we saw after the Atlassian      10:35:36

20  hack and the OneLogin hack that there were      10:35:39

21  certainly vulnerabilities within Uber systems,      10:35:43

22  and we didn't what this data to be compromised      10:35:46

23  or vulnerable.      10:35:51

24      Q.      Whose idea was it to use the      10:35:52

25  Nextcloud system?      10:35:56

Page 70

| | | | |
|---|---|---|---|
| 1 | A. | No. | 10:37:28 |

```
 1        A.    No.                          10:37:28

 2        Q.    Okay.  Which one of them are  10:37:31

 3   outside of the SSG group?                10:37:32

 4        A.    Well, Mat Henley is director of 10:37:34

 5   Threat Ops.  Susan Chiang was our business 10:37:37

 6   operations liaison to security, reported to Joe 10:37:41

 7   Sullivan.                                 10:37:47

 8        Q.    Did anyone outside of the groups 10:37:47

 9   within security have access to Nextcloud?  10:37:57

10        A.    Not that I recall, no.         10:38:01

11        Q.    Was there a system in place prior 10:38:02

12   to Nextcloud to store sensitive information 10:38:05

13   outside of Uber's computer systems?        10:38:08

14        A.    What do you mean by "system"?   10:38:11

15        Q.    Cloud service or other storage  10:38:15

16   repository?                                10:38:17

17        A.    There was no formal system.  I  10:38:18

18   think the team would use Dropboxes for storage 10:38:22

19   of data.                                   10:38:26

20        Q.    And that was storage of sensitive 10:38:28

21   information that wasn't information that was 10:38:30

22   stored on Uber's computer systems?         10:38:33

23        A.    It -- it's possible that it was 10:38:40

24   stored on Uber's computer systems or       10:38:42

25   transferred from.  The Drop- -- the Dropbox 10:38:45
```

Page 71

```
 1    accounts were connected to Uber laptops.  So at    10:38:50
 2    some point that information did touch Uber         10:38:54
 3    systems.                                           10:38:58
 4         Q.     Is it your understanding that          10:38:59
 5    there was some information, sensitive              10:39:00
 6    information that was stored on Dropbox that was    10:39:04
 7    not on Uber's system?                              10:39:06
 8         A.     It was -- there is information         10:39:11
 9    that was stored on Dropbox.  Whether or not        10:39:13
10    that information wasn't also on Uber systems or    10:39:17
11    didn't touch Uber systems, it's difficult for     10:39:21
12    me to say.                                         10:39:24
13         Q.     Was the Nextcloud system              10:39:29
14    implemented because there was a view that          10:39:32
15    Dropbox wasn't secure enough?                      10:39:35
16         A.     Nextcloud was a -- was a              10:39:38
17    next-level security type of a system, yes.         10:39:41
18         Q.     What was the company that ran --      10:39:45
19    ran that system?  Were they called Nextcloud?     10:39:47
20         A.     It was the -- Nextcloud was the      10:39:50
21    platform.  It was kind of the -- this is a         10:39:51
22    nontechnical term but kind of the operating       10:39:55
23    system, for lack of a better term.  Again, I'm    10:39:58
24    not very technical.  So --                         10:40:00
25         Q.     Do you know what company ran that     10:40:04
```

Page 74

```
 1          renewal for the system, and Mat was not        10:42:11

 2          particularly happy with the system.  And what   10:42:15

 3          we also possessed at that time, which we didn't 10:42:21

 4          possess when we began the Nextcloud project,    10:42:25

 5          was the ability to transfer files securely via  10:42:29

 6          Wickr.  We had that ability at the time that he  10:42:32

 7          asked me to shut down the -- the Nextcloud      10:42:36

 8          system.                                         10:42:41

 9                    We didn't have -- Wickr didn't         10:42:42

10          have that capability or functionality in the    10:42:44

11          fall of 2016.                                   10:42:47

12               Q.   What kind of information was           10:42:51

13          stored on the Nextcloud system?                 10:42:54

14               A.   SSG budgets.  SSG sort of raw          10:43:06

15          information that was collected.  Some finished   10:43:12

16          product that was disseminated to the business.  10:43:21

17          Background research.                            10:43:26

18               Q.   Anything else you can think of?        10:43:37

19               A.   I -- I think that's a -- generally     10:43:39

20          sort of covers it.                              10:43:43

21               Q.   Generally speaking, was all of the    10:43:47

22          work product that SSG created during the time   10:43:48

23          that Nextcloud was in place stored on the       10:43:50

24          Nextcloud system?                               10:43:54

25               A.   I'm sorry.  You have to run that       10:43:56
```

Page 75

| | | |
|---|---|---|
| 1 | one by me again. | 10:43:57 |
| 2 | Q.    Sure. | 10:43:58 |
| 3 | Generally speaking, was all of the | 10:43:59 |
| 4 | work product that SSG created during the time | 10:44:01 |
| 5 | that the Nextcloud system was in place also | 10:44:03 |
| 6 | stored on the Nextcloud system? | 10:44:07 |
| 7 | A.    Generally, I would say that's | 10:44:13 |
| 8 | fair.  I'm sure there were exceptions. | 10:44:18 |
| 9 | Q.    But as a default manner of when | 10:44:19 |
| 10 | you would create work product within SSG, you | 10:44:23 |
| 11 | would store that on the Nextcloud system as | 10:44:26 |
| 12 | opposed to on Uber's computer system.  Is that | 10:44:29 |
| 13 | fair? | 10:44:31 |
| 14 | A.    I -- I think the Nextcloud system | 10:44:34 |
| 15 | was more of a -- of a repository for the raw | 10:44:35 |
| 16 | information so that the team members could | 10:44:39 |
| 17 | collaborate on actually producing a product, | 10:44:42 |
| 18 | but that once the product was finished, that it | 10:44:45 |
| 19 | was transferred over to Uber's system so it | 10:44:47 |
| 20 | could actually be of use or value to someone. | 10:44:51 |
| 21 | Q.    What happened to all of the | 10:44:57 |
| 22 | information that was stored on Nextcloud once | 10:44:58 |
| 23 | you stopped using that system? | 10:45:00 |
| 24 | A.    Prior to -- prior to shutting it | 10:45:01 |
| 25 | down, it was transferred to a different media. | 10:45:06 |

Page 76

| | | | |
|---|---|---|---|
| 1 | Q. | Which was what? | 10:45:08 |
| 2 | A. | Onto a thumb drive. | 10:45:09 |
| 3 | Q. | Is that in your possession? | 10:45:10 |
| 4 | A. | Yes. | 10:45:10 |
| 5 | Q. | Does anyone else have access to | 10:45:12 |

6   that thumb drive?                              10:45:14

7          A.    Anyone who asked for it or had a   10:45:16

8   need to could have access to it.  I also       10:45:18

9   transferred all of the files from the thumb    10:45:20

10  drive onto my Uber laptop.                      10:45:23

11         Q.    Just onto the local hard drive?   10:45:25

12         A.    Correct.                           10:45:27

13                MR. UMHOFER:  How about Wilmer?   10:45:31

14                THE WITNESS:  I'm sorry.  Thank   10:45:32

15         you.                                     10:45:34

16         A.    The thumb drive and my laptop were 10:45:35

17  imaged by Wilmer Hale in late July of 2017.     10:45:38

18         Q.    Do you know whether that thumb    10:45:48

19  drive or an image of it has been given to       10:45:49

20  attorneys in this litigation?                   10:45:52

21         A.    I don't know.                      10:45:54

22         Q.    You said it cost approximately    10:45:54

23  60,000 dollars per year for the Nextcloud       10:46:03

24  system; is that right?                          10:46:04

25         A.    That was the renewal to maintain  10:46:05

Page 78

| | | |
|---|---|---|
| 1 | A.     No. | 10:47:39 |
| 2 | Q.     All right. | 10:47:39 |
| 3 | What did you talk to Mat Henley | 10:47:42 |
| 4 | about? | 10:47:44 |
| 5 | A.     I asked Mat Henley whether he was | 10:47:45 |
| 6 | aware of anything that Threat Ops did to | 10:47:47 |
| 7 | collect competitive intelligence on Waymo or | 10:47:51 |
| 8 | Project Chauffeur. | 10:47:56 |
| 9 | Q.     Okay. | 10:47:57 |
| 10 | What did he tell you? | 10:47:58 |
| 11 | A.     He said that he was not aware of | 10:47:59 |
| 12 | anything and that Threat Ops, to his knowledge, | 10:48:02 |
| 13 | did not engage in any collection of competitive | 10:48:05 |
| 14 | intelligence on Waymo or Project Chauffeur. | 10:48:09 |
| 15 | Q.     Did he tell you anything else? | 10:48:11 |
| 16 | A.     He did not.  Well -- pardon me. | 10:48:13 |
| 17 | With the exception of he confirmed that there | 10:48:20 |
| 18 | was never any attempt to gather nonpublic | 10:48:23 |
| 19 | information, including trade secrets of Waymo | 10:48:25 |
| 20 | or Project Chauffeur. | 10:48:29 |
| 21 | Q.     Did you ask him about whether he | 10:48:45 |
| 22 | had any knowledge about Mr. Levandowski's | 10:48:48 |
| 23 | downloading of Google confidential information? | 10:48:51 |
| 24 | A.     No. | 10:48:56 |
| 25 | Q.     Did you ask him whether he had | 10:49:03 |

```
 1     ever investigated that subject?                10:49:06

 2          A.    No.                                 10:49:06

 3          Q.    You had a conversation with         10:49:25

 4     Mr. Maher as well on topic number 5?           10:49:26

 5          A.    Correct.                            10:49:30

 6          Q.    Tell me about that conversation.    10:49:30

 7          A.    I asked him whether Marketplace     10:49:33

 8     Analytics or whether Mr. Maher was aware of the 10:49:38

 9     collection of any competitive intelligence     10:49:41

10     Way- -- on Waymo or Project Chauffeur by Uber  10:49:43

11     or any person or entity acting on Uber's       10:49:46

12     behalf, including any efforts by Uber or any   10:49:50

13     person or entity acting on Uber's behalf to    10:49:54

14     gather nonpublic information including trade    10:49:56

15     secrets of Waymo or Project Chauffeur.  And he 10:49:58

16     said that he was not aware of anything and that 10:50:00

17     MA did not, to his knowledge, participate in   10:50:03

18     any such activities.                           10:50:05

19          Q.    Did you ask him about any of the    10:50:08

20     allegations related to Mr. Levandowski's theft 10:50:09

21     of Google confidential information?            10:50:14

22          A.    I did not ask him about that.       10:50:17

23          Q.    And he didn't tell you anything     10:50:24

24     about that too; is that right?                 10:50:25

25          A.    He did not mention anything about   10:50:27
```

Page 80

```
 1     Mr. Levandowski.                                 10:50:30
 2          Q.     Did he say anything else other       10:50:34
 3     than what you've just discussed with me?         10:50:36
 4          A.     No, sir.                             10:50:38
 5          Q.     What did you discuss with            10:50:47
 6     Mr. Meyhofer?                                    10:50:48
 7          A.     I asked Mr. Meyhofer whether he      10:50:50
 8     was aware as the head of ATG if ATG had a        10:50:52
 9     competitive intelligence program and had        10:50:57
10     engaged in any collection of any competitive    10:50:59
11     intelligence on Waymo or Project Chauffeur in   10:51:02
12     line with the topic, and specifically as it     10:51:04
13     mentions any person or entity acting on Uber's  10:51:11
14     behalf to gather nonpublic information,         10:51:14
15     including trade secrets of Waymo or Project     10:51:16
16     Chauffeur.                                      10:51:18
17               His response was he was only aware    10:51:19
18     of some -- some sort of information gathering   10:51:21
19     by Joe Sullivan prior to his becoming head of   10:51:27
20     ATG, and that once he became head of ATG, he    10:51:33
21     asked Lior Ron to cease those activities.       10:51:37
22          Q.     You said there was information       10:51:56
23     gathering by Joe Sullivan prior to the time     10:51:57
24     that Mr. Meyhofer became head of ATG?           10:52:00
25          A.     Yes.   He was referencing           10:52:04
```

Page 81

```
 1    the -- the videotaping of Waymo vehicles.          10:52:05
 2         Q.    The videotaping we discussed            10:52:14
 3    earlier today?                                     10:52:16
 4         A.    Yes, sir.                               10:52:16
 5         Q.    And when did Mr. Meyhofer become        10:52:17
 6    head of ATG?                                       10:52:28
 7         A.    Approximately May of 2017.              10:52:40
 8         Q.    Was that after the surveillance of      10:52:44
 9    the Waymo vehicles that you mentioned earlier?     10:52:47
10         A.    Yes.                                    10:52:47
11         Q.    According to your -- this Exhibit       10:53:05
12    9677, and I believe your testimony earlier,        10:53:05
13    after April 13 or 14 where the Waymo briefing      10:53:09
14    was discussed, there was no further followup or    10:53:13
15    discussion of surveillance of Waymo vehicles;      10:53:16
16    correct?                                           10:53:16
17         A.    That's correct.                         10:53:19
18         Q.    So what was it that you understand      10:53:20
19    Mr. Meyhofer said to Mr. Ron about ceasing         10:53:26
20    surveillance of Waymo vehicles if at that point    10:53:31
21    there was no surveillance going on?                10:53:35
22         A.    There was one more trip to San          10:53:38
23    Francisco related to ██████ that took place in     10:53:41
24    May, but there was no presentation.                10:53:45
25         Q.    When Mr. Meyhofer had become head       10:54:01
```

Page 84

```
 1      Mr. Meyhofer mentioned Joe Sullivan in the        10:56:21

 2      context of you asking about what's listed in      10:56:24

 3      topic number 5; right?                            10:56:28

 4           A.    Yes.                                    10:56:31

 5           Q.    So what was the context of him         10:56:31

 6      mentioning Joe Sullivan?  That's all I'm trying   10:56:34

 7      to find out.                                      10:56:36

 8           A.    That the -- the activities were        10:56:37

 9      taking place within the security org, of which    10:56:39

10      Joe Sullivan was head of security.                10:56:41

11           Q.    Was there anything else he said        10:56:42

12      about Joe Sullivan?                               10:56:44

13           A.    No.                                    10:56:44

14           Q.    Have you told me everything about      10:57:08

15      your conversation with Mr. Meyhofer?              10:57:09

16           A.    Yes.                                   10:57:09

17           Q.    What did you discuss with Cameron      10:57:12

18      Poetzscher?                                       10:57:16

19           A.    I asked whether or not the            10:57:17

20      business and corporate development team had       10:57:18

21      engaged in any competitive intelligence           10:57:20

22      activities on Waymo or Project Chauffeur and      10:57:23

23      specifically if there was any attempt to gather   10:57:27

24      nonpublic information, including trade secrets     10:57:29

25      of Waymo or Project Chauffeur, and he said no.    10:57:31
```

Page 87

```
 1    Arizona, do you have any knowledge about either    11:00:26

 2    your group or the ATG group using ephemeral        11:00:30

 3    communications to communicate about information    11:00:35

 4    related to either Google or Waymo?                 11:00:39

 5         A.    No, I don't.                            11:00:42

 6         Q.    You can't say one way or the other      11:00:46

 7    whether that happened; correct?                    11:00:48

 8         A.    I can't speak for everyone in the       11:00:50

 9    company or anyone at ATG because I -- I don't      11:00:52

10    know about ATG's communications.  But my team      11:00:55

11    and in terms of interactions I had with my         11:00:59

12    team, we've never discussed anything related to    11:01:02

13    Google or Waymo that I can recall within           11:01:05

14    ephemeral messaging apart from what we             11:01:09

15    previously discussed related to our public         11:01:11

16    observations of Waymo vehicles in Phoenix.         11:01:13

17         Q.    This is going back a bit.  But in       11:01:31

18    connection with the training and meetings that     11:01:33

19    you had with the ATG group --                      11:01:35

20         A.    Okay.                                   11:01:40

21         Q.    -- or that your group had with the      11:01:40

22    ATG group, was the subject of nonattributable      11:01:42

23    or misattributable devices discussed?             11:01:45

24         A.    No.                                     11:01:45

25         Q.    Do you know whether anyone on the       11:01:55
```

Page 89

| | | |
|---|---|---|
| 1 | Q.      And what was the purpose of your | 11:03:12 |
| 2 | use of misattributable devices? | 11:03:15 |
| 3 | A.      To protect my -- my affiliation | 11:03:19 |
| 4 | with Uber with regards to the research that we | 11:03:20 |
| 5 | would do on threat actors, threat -- you know, | 11:03:25 |
| 6 | threatening individuals where we needed to | 11:03:33 |
| 7 | flesh out the nature of the threat while | 11:03:36 |
| 8 | protecting our identity so we didn't put | 11:03:39 |
| 9 | ourselves at risk.  And then the device was | 11:03:43 |
| 10 | also -- would also be used to connect with the | 11:03:51 |
| 11 | Nextcloud system. | 11:03:54 |
| 12 | Q.      Did you always connect to the | 11:03:57 |
| 13 | Nextcloud system through a misattributable | 11:03:59 |
| 14 | device? | 11:04:01 |
| 15 | A.      Yes. | 11:04:01 |
| 16 | Q.      And was that to prevent any | 11:04:05 |
| 17 | information on -- that was stored on the | 11:04:07 |
| 18 | Nextcloud system from coming onto the Uber | 11:04:09 |
| 19 | systems? | 11:04:12 |
| 20 | A.      The point of connecting to | 11:04:14 |
| 21 | a -- with a misattributable device was to | 11:04:17 |
| 22 | protect the integrity of the information and | 11:04:21 |
| 23 | the data so that whenever the -- the connection | 11:04:23 |
| 24 | happened, that it was done so in a secure | 11:04:27 |
| 25 | fashion. | 11:04:30 |

Page 94

```
 1        A.      I believe that some members would    11:09:09
 2   use the -- their misattributable devices to try   11:09:11
 3   to identify entities committing fraud on the       11:09:17
 4   platform in the deep web in foreign countries,     11:09:21
 5   which cost the company significant amounts of      11:09:25
 6   money every year.                                  11:09:30
 7        Q.      And how would using the               11:09:39
 8   misattributable devices help in that regard?       11:09:40
 9        A.      Well, when you're -- when you're       11:09:43
10   looking in the deep web with individuals           11:09:45
11   committing fraud, they are typically               11:09:47
12   computer-savvy individuals.  And if they saw       11:09:51
13   you approaching from an Uber IP address or an      11:09:54
14   Uber device and they themselves are committing     11:09:57
15   fraud on the Uber platform, it would -- it         11:09:59
16   would -- it would prohibit your ability to         11:10:02
17   engage with them and -- and try and -- and         11:10:04
18   discern their -- their -- their methods for how    11:10:08
19   they, you know, engage in these activities so      11:10:12
20   that we could then, you know, create, produce      11:10:15
21   countermeasures that would shut them down.         11:10:18
22        Q.      So did you -- in connection with      11:10:21
23   that did you and your team use other identities    11:10:22
24   to try to shut down that front?                    11:10:28
25        A.      We have one individual on our team    11:10:29
```

Page 103

```
 1    taken quite some time and it would have been      11:21:35

 2    very inefficient.                                  11:21:38

 3         Q.    Do you know whether any                 11:21:47

 4    misattributable devices were ever used for the    11:21:48

 5    purpose of conducting competitive intelligence?   11:21:51

 6         A.    How would you define "competitive      11:21:57

 7    intelligence"?                                     11:21:59

 8         Q.    Have you heard that term before?        11:22:00

 9         A.    I've heard the term before, yes.        11:22:02

10    I see it written here.                             11:22:06

11         Q.    What's your understanding of what       11:22:09

12    that means in general?                             11:22:10

13         A.    Gathering information or                11:22:17

14    acquisition of information used to -- to gain      11:22:21

15    some sort of an advantage.                         11:22:25

16         Q.    Using that definition, have             11:22:27

17    misattributable devices ever been used by folks   11:22:29

18    in your group or, to your knowledge otherwise,    11:22:36

19    at Uber to conduct competitive intelligence?      11:22:40

20         A.    The team used those laptops on          11:22:46

21    occasion for research into individuals that       11:22:55

22    would be considered -- or not individuals, but    11:22:59

23    rather companies that would be considered         11:23:02

24    competitors.  But the research by nature was      11:23:04

25    for background purposes to help educate the       11:23:06
```

Page 104

| | | |
|---|---|---|
| 1 | team and better inform the team on who the | 11:23:11 |
| 2 | competitor is. | 11:23:14 |
| 3 | Q.    Can you give me any specific | 11:23:20 |
| 4 | examples about -- of that? | 11:23:23 |
| 5 | A.    As an example, if the team was | 11:23:25 |
| 6 | asked to -- anticipating whether or not the | 11:23:29 |
| 7 | team was going to be asked to look into, you | 11:23:35 |
| 8 | know, like Waymo vehicles on the street.  For | 11:23:42 |
| 9 | the team to -- to do that, it would need to do | 11:23:47 |
| 10 | some sort of initial background research to | 11:23:49 |
| 11 | research:  What does a Waymo vehicle look like? | 11:23:52 |
| 12 | What are, you know, the areas from press | 11:23:56 |
| 13 | articles that we see them operating?  To give | 11:23:58 |
| 14 | us basic background information so that we can | 11:24:03 |
| 15 | do our job.  Otherwise, we show up there, and | 11:24:06 |
| 16 | if we haven't done our preparation and | 11:24:24 |
| 17 | homework, we're going to be very inefficient at | 11:24:26 |
| 18 | doing our job. | 11:24:29 |
| 19 | Q.    Did you prepare to testify on | 11:24:45 |
| 20 | topic number 8? | 11:24:48 |
| 21 | A.    Yes. | 11:24:48 |
| 22 | Q.    It says here: | 11:24:54 |
| 23 | "Surveillance conducted by or at | 11:24:56 |
| 24 | the direction of defendants of any persons who | 11:24:57 |
| 25 | are witnesses or attorneys in this case." | 11:24:59 |

Page 120

```
 1                    I don't fully understand what it      11:46:25
 2      means by intrusion into competitor off-site         11:46:26
 3      meeting locations because it's rather               11:46:30
 4      nonspecific what intrusion means.                   11:46:32
 5                    And the taking of photographs of       11:46:37
 6      competitor proprietary products or information      11:46:42
 7      in a nonpublic setting without authorization        11:46:46
 8      would also seem to have -- that would seem to       11:46:48
 9      be something that might have -- again, without      11:47:07
10      being an expert on these things, it might have      11:47:13
11      legal implications.  So I don't know whether,       11:47:15
12      again, it falls under the category of invasive      11:47:17
13      or legal, but I don't know.                         11:47:19
14           Q.    Did your team ever do the things         11:47:21
15      that are listed here?                               11:47:23
16                 MR. GONZALEZ:  Object to form.           11:47:27
17                 MR. UMHOFER:  And I'm going to           11:47:28
18           object to this question to the extent         11:47:29
19           that it asks for information beyond the       11:47:31
20           scope of the Court's order defining the       11:47:33
21           scope of these depositions.  And I'm          11:47:37
22           going to instruct the witness to answer       11:47:38
23           only as to competitive intelligence.          11:47:40
24           A.    My team did not steal competitor        11:48:08
25      information from offices or other locations.        11:48:14
```

Page 121

```
 1    We did not retrieve documents from dumpsters.      11:48:17
 2    As I've testified earlier, my team has not         11:48:24
 3    recorded individuals without their consent.  We    11:48:28
 4    have not intruded into competitor off-site         11:48:34
 5    meeting locations.  We have not taken              11:48:40
 6    photographs of competitor proprietary products     11:48:41
 7    or information in a nonpublic setting without      11:48:44
 8    authorization.                                     11:48:46
 9         Q.    Are you aware of any other teams        11:48:48
10    at Uber doing those things for competitive         11:48:49
11    intelligence?                                      11:48:53
12         A.    I am not aware.                         11:48:57
13         Q.    Marketplace Analytics team.  Do         11:48:59
14    you know whether they ever did any of those        11:49:00
15    things for competitive intelligence?               11:49:01
16         A.    I'm not aware if they did.              11:49:03
17         Q.    In any event, you're not aware of       11:49:09
18    an express policy prior to this time              11:49:10
19    prohibiting these types of invasive techniques     11:49:14
20    at Uber; correct?                                  11:49:16
21            MR. GONZALEZ:  Object to form.             11:49:18
22         A.    Again, as I've stated I'm not           11:49:20
23    aware of a competitive intelligence policy that    11:49:21
24    predates this one.                                 11:49:24
25         Q.    Including one that dictated             11:49:26
```

Page 131

```
 1              take a break.                         12:00:21

 2         A.    Okay.                                12:00:24

 3    BY MR. KAPGAN:                                  12:00:24

 4         Q.    All right.                           12:00:24

 5              So let me ask you:  This is           12:00:26

 6    basically a prohibition on unauthorized         12:00:32

 7    solicitation, receipt, use or replication of    12:00:35

 8    trade secret information; right?                12:00:38

 9         A.    That's formally marked or believed   12:00:40

10    to be subject to a -- an NDA or confidentiality 12:00:42

11    agreement.                                      12:00:46

12         Q.    Are you aware of any policy at       12:00:46

13    Uber prior to July of 2017 that prohibited such 12:00:48

14    activity?                                       12:00:52

15         A.    Not aware of a policy.               12:00:53

16         Q.    Are you aware of anyone in your      12:00:58

17    group or outside of your group at Uber,         12:01:01

18    including vendors, that engaged in unauthorized 12:01:05

19    solicitation, receipt, use or replication of    12:01:09

20    trade secret information or confidential         12:01:13

21    information of a third party?                   12:01:16

22         A.    No.                                  12:01:16

23         Q.    Have you discussed this policy       12:01:41

24    with anyone at Uber?                            12:01:42

25         A.    I think I discussed it with Craig    12:01:51
```

Page 144

```
 1        competitors of Uber, as far as you can tell?      13:17:37

 2            A.      I would have to read it.               13:17:39

 3            Q.      All right.                             13:17:39

 4                    Well, if you take a look at the        13:17:46

 5        bottom -- towards the bottom of that page, do      13:17:48

 6        you see where it says:                            13:17:55

 7                    "Understanding the state of play       13:17:56

 8        in this race and distinguishing the leaders       13:17:57

 9        from the pretenders is critical to our own        13:18:00

10        leadership as they make the decisions and set     13:18:02

11        the policy for us to succeed before all           13:18:04

12        others"?                                          13:18:07

13            A.      I see that.                            13:18:07

14            Q.      Then it says:                          13:18:08

15                    "This intelligence collection         13:18:09

16        strategy in support of our leadership will be a   13:18:11

17        complex and enduring one.  It will be focused     13:18:13

18        on three areas:  Competitors, key personalities   13:18:15

19        and technologies."                                13:18:15

20                    Do you see that?                       13:18:20

21            A.      I see it.                              13:18:21

22            Q.      Is it your understanding that this     13:18:22

23        document is intended to set out an intelligence   13:18:23

24        collection strategy in support of Uber's          13:18:27

25        leadership?                                       13:18:30
```

Page 145

```
 1           A.      It appears to be a philosophical      13:18:30
 2     approach to looking at the autonomous vehicle       13:18:33
 3     competitive landscape and -- from a collection      13:18:37
 4     standpoint.                                          13:18:41
 5           Q.      And do you see in the next             13:18:42
 6     paragraph, it says:                                  13:18:43
 7                   "The primary collection                13:18:44
 8     methodologies will be open-source and HUMINT         13:18:45
 9     and will be conducted by assets, both internal       13:18:48
10     employees and external vendors"?                     13:18:52
11           A.      I see that.                            13:18:54
12           Q.      And did you have understanding         13:18:56
13     that Uber's primary collection methodologies in     13:18:59
14     terms of gaining competitive intelligence were      13:19:06
15     the things that are listed here?                     13:19:07
16           A.      No, I disagree with that.  I mean,    13:19:12
17     this strategy or this -- this document here,         13:19:13
18     what was outlined, was never actually carried        13:19:17
19     out.                                                 13:19:21
20           Q.      You haven't read the whole            13:19:21
21     document yet, have you?                              13:19:22
22           A.      I haven't read the whole document,    13:19:23
23     but insofar as what you've pointed out to me,        13:19:25
24     these are not things that were -- that were          13:19:28
25     undertaken.                                          13:19:30
```

Page 149

```
1    yes.  I don't know whether or not they would      13:22:46
2    deem it to be useful from a competitive           13:22:49
3    standpoint.  It's not my ability to assess the    13:22:51
4    value of the information because I'm not a         13:22:54
5    subject matter expert.  All I can do is provide   13:22:56
6    the information.                                   13:23:00
7         Q.    There is no doubt that your team       13:23:01
8    did research and provided competitive -- excuse   13:23:03
9    me.                                                13:23:07
10             There is no doubt that your team        13:23:07
11   did research and provided information             13:23:09
12   regardless of whether you thought it was          13:23:12
13   valuable or not, about Uber's competitors to      13:23:13
14   other groups at the company; correct?            13:23:18
15        A.    We provided information and            13:23:21
16   research, open-source, and the -- the -- the      13:23:23
17   videotaping in -- in public of vehicles, as we    13:23:28
18   discussed, yes, to ATG.                           13:23:32
19        Q.    Okay.                                   13:23:34
20        A.    But if it's not valuable, how -- I     13:23:37
21   don't see how it could offer some sort of an      13:23:41
22   advantage.                                         13:23:43
23        Q.    You weren't there to assess the        13:23:43
24   value of that information; right?                 13:23:45
25        A.    That's correct.                        13:23:46
```

Page 151

```
 1          A.      Correct.                           13:24:33
 2          Q.      Mr. Levandowski or Mr. Ron did     13:24:36
 3   report back to you that they found it benefited   13:24:38
 4   them; correct?                                    13:24:40
 5          A.      That's correct.                    13:24:41
 6          Q.      In your view, does that mean that  13:24:44
 7   that information provided some form of             13:24:46
 8   competitive intelligence to the company?          13:24:48
 9          A.      The information was beneficial.     13:24:50
10   Whether or not it gave the company a               13:24:52
11   competitive advantage, I don't know.               13:24:54
12              Again, that project was related to      13:25:01
13   helping inform the business on making a            13:25:03
14   business decision.                                 13:25:07
15          Q.      Okay.                               13:25:08
16              So going back to this document,         13:25:08
17   again, one of the collection methodologies that   13:25:11
18   your group engaged in was based on open-source    13:25:14
19   research; correct?                                 13:25:18
20          A.      Sorry.  One more time.             13:25:23
21          Q.      One of the collection               13:25:25
22   methodologies that your group implemented was      13:25:27
23   based on open-source research; correct?            13:25:33
24          A.      To my knowledge, we didn't          13:25:36
25   implement a strategy based on this document.       13:25:38
```

Page 152

```
 1          Q.      That's not my question.           13:25:42

 2          A.      So -- okay.                        13:25:43

 3          Q.      Let me ask my question again.      13:25:44

 4          A.      Okay.                              13:25:46

 5          Q.      One of the collection              13:25:47

 6    methodologies that your group implemented was    13:25:48

 7    based on open-source research; correct?          13:25:50

 8          A.      Okay.  Yes.                         13:25:53

 9          Q.       In the last paragraph of this     13:26:01

10    second page of this document, it refers to       13:26:02

11    open-source as being a primary collection        13:26:04

12    methodology; correct?                            13:26:07

13          A.       In the last paragraph, yes.       13:26:21

14          Q.       Do you interpret that to be       13:26:22

15    something other than what I just said about      13:26:24

16    your team doing collection based on open-source  13:26:26

17    research?                                         13:26:30

18          A.       No, I -- I mean, I understand what 13:26:45

19    it means, but it says that the methodology will  13:26:46

20    be.  We didn't actually engage on this project.  13:26:51

21    So --                                             13:26:55

22          Q.       Well, you just said that you do do 13:26:56

23    open-source research.  So what is it that         13:26:58

24    you're saying you don't do here?                  13:27:01

25          A.       We didn't -- we didn't engage      13:27:03
```

Page 155

```
 1        in the field of autonomous vehicles?           13:28:50
 2              A.     I don't -- I wouldn't really know.  13:28:53
 3              Q.     All right.                          13:28:53
 4                     And then you see it says:           13:28:55
 5                     "Giraffe believes that critical     13:28:57
 6        factor to success is hyperaccurate mapping"?    13:28:59
 7              A.     I see it.                           13:29:02
 8              Q.     Did you ever hear that before?      13:29:02
 9              A.     I believe it was reported in the    13:29:07
10        press, but that's my understanding of that      13:29:08
11        statement.                                       13:29:12
12              Q.     If you go to the next page, do you  13:29:12
13        see where it says "Collection Objectives"?       13:29:14
14              A.     Okay.                               13:29:23
15              Q.     And the number one collection       13:29:24
16        objective is "Focused on Google."               13:29:27
17                     Do you see that?                    13:29:28
18              A.     Yes.                                13:29:29
19              Q.     And there are a number of           13:29:31
20        questions below that.                            13:29:32
21                     Do you see that?                    13:29:33
22              A.     Yes.                                13:29:33
23              Q.     The first collection objective is:  13:29:36
24                     "What original equipment            13:29:39
25        manufacturers OEM is Giraffe partnering with?"  13:29:40
```

Page 156

```
 1                    Do you see that?                 13:29:44
 2          A.    I do.                                13:29:45
 3          Q.    Did your team ever try to figure     13:29:47
 4   out which OEMs Google was partnering with?        13:29:48
 5          A.    No.                                  13:29:48
 6          Q.    Did any vendors you hired or         13:29:55
 7   anyone else that you know of at the company do    13:29:57
 8   so?                                               13:29:59
 9          A.    No, not that I'm aware of.           13:30:00
10          Q.    Do you see if you go down to D, it   13:30:11
11   says "What technology is Google outsourcing?"     13:30:17
12   It says "Giraffe," but that's a reference to      13:30:17
13   Google.                                           13:30:18
14          A.    I see it.                            13:30:19
15          Q.    Did you ever do any investigation,   13:30:20
16   or anyone on your team or your vendors do any     13:30:21
17   investigation, to your knowledge, to figure out   13:30:24
18   the answer to that question?                      13:30:27
19          A.    No.                                  13:30:27
20          Q.    And you're not aware of anyone at    13:30:32
21   Uber doing that?                                  13:30:33
22          A.    I'm not aware, no.                   13:30:34
23          Q.    How about G:                         13:30:39
24                "Who are Giraffe's partners in the   13:30:40
25   AV program?"                                      13:30:42
```

Page 158

```
 1        A.    I do.                            13:31:27

 2        Q.    Do you understand what that means?  13:31:28

 3        A.    Not specifically, no.            13:31:39

 4        Q.    Do you have any understanding --  13:31:45

 5        A.    I -- I didn't write so I -- I    13:31:45

 6  don't know.                                  13:31:45

 7        Q.    Reading it now do you have any   13:31:45

 8  understanding of what that means?            13:31:46

 9        A.    I could only guess that it means  13:31:52

10  just understand who the key players are in --  13:31:54

11  in the program.                              13:31:57

12        Q.    Are you aware of any investigation  13:32:00

13  being done or that had been done at Uber or by  13:32:02

14  its vendors with respect to understanding who  13:32:07

15  the key players were within the Google or Waymo  13:32:12

16  autonomous vehicle program?                  13:32:18

17        A.    Nope.  I'm not aware.            13:32:20

18        Q.    If you turn to the -- several    13:32:31

19  pages later, it's page 625.                  13:32:33

20        A.    625?                             13:32:45

21        Q.    Yes.                             13:32:45

22        A.    Okay.                            13:32:47

23        Q.    Do you see it says "Collection   13:33:00

24  Plan" and then it says "Initial assessment of  13:33:01

25  the competitive landscape"?                  13:33:03
```

Page 159

```
 1          A.     I see that.                    13:33:05

 2          Q.     And then if you go down to the  13:33:10

 3   next-to-last paragraph on that page, it says:  13:33:12

 4                 "To succeed, our collection plan  13:33:15

 5   must be both broad and deep.  It must be broad  13:33:16

 6   enough to develop streams of reporting on at  13:33:20

 7   least six different competitors."            13:33:22

 8                 Do you see that?                13:33:24

 9          A.     I see it.                       13:33:25

10          Q.     Google is included among those;  13:33:25

11   correct?                                      13:33:28

12          A.     It appears so, yes.             13:33:28

13          Q.     And then next sentence says:    13:33:32

14                 "And the plan must be deep enough  13:33:34

15   to acquire in a timely manner meaningful      13:33:36

16   technical data and to identify legitimate     13:33:39

17   milestones on the road to AV level 5."        13:33:41

18                 Do you see that?                13:33:46

19          A.     I see it.                       13:33:46

20          Q.     Are you aware of any activities at  13:33:48

21   Uber to acquire technical data about          13:33:50

22   competitors' AV programs?                     13:33:57

23          A.     No.  What -- what do you mean by  13:34:03

24   "technical data"?                             13:34:07

25          Q.     Let's start with data that was not  13:34:10
```

Page 160

```
 1      available publicly on the Internet.              13:34:12

 2           A.    Okay.  No, I'm not aware.             13:34:15

 3           Q.    Is there any other kind of            13:34:26

 4      technical data you're aware of that -- that      13:34:27

 5      anyone at Uber obtained or attempted to obtain   13:34:32

 6      about Google or Waymo's AV program or vehicles?  13:34:37

 7           A.    Nothing that I'm aware of.            13:34:43

 8           Q.    If you look at the next page, it      13:34:50

 9      says:                                            13:34:53

10           "Two-pronged collection.  Prong            13:34:54

11      one:  Establish and maintain the baseline."      13:34:57

12           Do you see that?                            13:35:00

13           A.    I see it.                             13:35:01

14           Q.    And then there's an indication        13:35:02

15      "Open Source Research."                          13:35:05

16           Do you see that?                            13:35:06

17           A.    Yes.                                  13:35:07

18           Q.    And it says:                          13:35:10

19           "SSG analysts and operation                13:35:11

20      specialists will conduct daily open-source       13:35:13

21      research with nonattributable computers in       13:35:15

22      order to establish where each competitor likely  13:35:17

23      sits on the spectrum of AV research and testing  13:35:19

24      and to measure each competitor's claimed         13:35:22

25      progress on the road to AV level 5."             13:35:24
```

Page 161

```
 1                      Did you see that?  Do you see      13:35:26

 2      that?                                              13:35:28

 3           A.     I see it.                              13:35:28

 4           Q.     Did any SSG analysts or others in      13:35:29

 5      the group do this?                                 13:35:32

 6           A.     Conduct a daily open-source            13:35:36

 7      research?  No.                                     13:35:38

 8           Q.     Did any of the folks in SSG            13:35:40

 9      conduct open-source research with                  13:35:42

10      nonattributable computers in order to establish    13:35:44

11      where competitors sat on the spectrum of AV        13:35:49

12      research and testing?                              13:35:54

13           A.     I don't think that that occurred,      13:35:57

14      no.                                                13:36:00

15           Q.     Did any folks in SSG conduct           13:36:01

16      research, whether or not it was on                 13:36:14

17      nonattributable computers, on competitors in       13:36:18

18      the AV field to try to see what their progress     13:36:24

19      was in that regard?                                13:36:29

20                      MR. UMHOFER:  Objection, vague and 13:36:32

21               ambiguous, calls for speculation.         13:36:34

22           A.     What -- what progress?  In what        13:36:36

23      regard?                                            13:36:38

24           Q.     For example did anyone in SSG, to      13:36:41

25      your knowledge, conduct research to determine      13:36:45
```

Page 162

```
 1        how far along any particular competitor to Uber    13:36:46
 2        was in the development of their AV program?         13:36:51
 3             A.    I think that some team members on        13:36:56
 4        SSG conducted research open-source to provide       13:37:01
 5        background assessment on where competitors were     13:37:08
 6        in the AV space.                                    13:37:10
 7             Q.    Do you recall with respect to            13:37:17
 8        which competitors?                                  13:37:18
 9             A.    I -- I don't -- I don't recall if        13:37:33
10        I could say specifically each one.  I believe       13:37:38
11        that Ed Russo produced some sort of background      13:37:42
12        research on some -- on -- on Waymo in maybe         13:37:46
13        2016 in order to provide SSG a baseline of          13:37:53
14        understanding of -- of the AV program based on      13:38:00
15        open-source information.  Because at the time       13:38:04
16        SSG knew absolutely nothing and had to start        13:38:07
17        from scratch somewhere and just doing some          13:38:10
18        basic online research.                              13:38:14
19             Q.    Was that research that was               13:38:17
20        performed by Mr. Russo memorialized in some         13:38:18
21        kind of report or written document?                 13:38:21
22             A.    It's possible that it was.               13:38:23
23             Q.    Did you discuss it with him?             13:38:27
24             A.    I don't recall discussing it with        13:38:29
25        him.                                                13:38:31
```

```
 1      specialists will track the social media        13:41:13
 2      accounts, e.g., LinkedIn, Facebook, Twitter,   13:41:16
 3      et cetera, in order to map the personal and    13:41:19
 4      professional networks of key personnel."       13:41:21
 5              Do you see that?                        13:41:24
 6         A.    I see it.                              13:41:24
 7         Q.    Do you know if that was ever done?     13:41:25
 8         A.    That was not done.                     13:41:26
 9         Q.    Do you know if there was a             13:41:28
10      decision made not to do that?                  13:41:29
11         A.    We never -- so broadly speaking we    13:41:33
12      didn't engage in this overall collection       13:41:36
13      strategy.  So, you know, the -- the components, 13:41:42
14      the -- the prongs, so to speak, didn't --      13:41:43
15      didn't become part of -- of any -- any of the  13:41:48
16      projects.  There was no formal project.        13:41:52
17         Q.    All right.                             13:41:52
18              And do you see it says:                 13:42:03
19              "Number 2.  Internal Resources"?        13:42:04
20         A.    Yes.                                    13:42:04
21         Q.    And it says:                            13:42:09
22              "In order to build the subject          13:42:10
23      matter expertise necessary to drive collection, 13:42:11
24      SSG would like to meet on a semi-routine basis  13:42:13
25      with our own AV experts at Iden I, Iden J and   13:42:16
```

Page 168

```
 1            A.      No, not to my knowledge.           13:44:16

 2            Q.      D says:                            13:44:21

 3                    "For those employees who came to   13:44:22

 4     us from competitors, gather insight into how      13:44:23

 5     those competitors structure their AV programs,    13:44:28

 6     the strengths and weaknesses of those programs,   13:44:31

 7     and the working conditions and resourcing of      13:44:33

 8     those programs."                                  13:44:35

 9                    Do you see that?                   13:44:36

10            A.      I see it.                          13:44:36

11            Q.      Do you have any knowledge of       13:44:38

12     whether that was done?                            13:44:39

13            A.      I don't have any knowledge it was  13:44:41

14     done.  I don't believe that SSG engaged in        13:44:42

15     those activities.                                 13:44:45

16            Q.      Do you know if any other group     13:44:46

17     did?                                              13:44:47

18            A.      I don't.                           13:44:48

19            Q.      And the suggestion here is that -- 13:44:49

20     as you understand it is that if employees from    13:44:51

21     competitors came over to be employed by Uber,     13:44:55

22     you could ask them about those competitors' AV    13:44:58

23     programs.                                         13:45:04

24                    Is that your understanding?        13:45:05

25            A.      I understand how you are           13:45:06
```

Page 172

```
 1      program in place that consisted of you doing or    13:49:31

 2      your team doing research about employees at         13:49:34

 3      competitor organizations for potential              13:49:39

 4      recruitment?                                        13:49:41

 5           A.     We were asked to -- to source           13:49:44

 6      candidates from a few organizations                 13:49:46

 7      specifically, yes.                                  13:49:51

 8           Q.     Which ones do you remember?             13:49:53

 9           A.     ███████████     Those are the only      13:49:55

10      two I remember.                                     13:50:04

11           Q.     If you take a look down, do you         13:50:06

12      see where it says:                                  13:50:09

13                  "Prong two, attack the                  13:50:09

14      objectives"?                                        13:50:12

15           A.     Uh-huh.                                 13:50:12

16           Q.     And then the number one thing here      13:50:13

17      again is Giraffe or Google.  Do you see that?       13:50:15

18           A.     I do.                                   13:50:17

19           Q.     And then it says:                       13:50:17

20                  "Vendor 1 will use existing             13:50:18

21      capabilities and sources where possible or          13:50:21

22      develop new sources where necessary in order to     13:50:23

23      answer the collection requirements associated       13:50:26

24      with Giraffe."                                       13:50:28

25                  Do you see that?                        13:50:29
```

Page 173

```
 1          A.      I see it.                    13:50:31

 2          Q.      Did Uber hire a vendor to collect   13:50:34

 3    information about Google as indicated here?   13:50:43

 4          A.      Not that I'm aware of.         13:50:46

 5          Q.      Do you know who the vendor 1 is   13:50:49

 6    that's being referenced here?               13:50:52

 7          A.      I don't.                       13:50:53

 8          Q.      Have you ever seen vendor 1 or   13:50:54

 9    vendor 2 referenced in any of their other   13:50:56

10    documents during your time at Uber?         13:51:00

11          A.      Not that I recall specifically.  I   13:51:03

12    mean, this probably is just a generic, again,   13:51:05

13    use of -- similar to the Iden type of --     13:51:10

14          Q.      Seeing vendor 1 and vendor 2 here,   13:51:17

15    would you expect that there is a different   13:51:19

16    document that would have a key that would    13:51:21

17    identify who vendor 1 is and who vendor 2 is?   13:51:22

18          A.      It -- again, it's possible, but   13:51:27

19    seeing "Draft" on this, I don't know whether or   13:51:29

20    not that would have ever been produced.      13:51:32

21          Q.      Did your group ever hire a vendor   13:51:42

22    called ██████████ to do research about Waymo   13:51:44

23    or Google?                                   13:51:48

24          A.      No.                            13:51:50

25          Q.      Have you heard of that vendor?   13:51:52
```

Page 179

```
 1           A.      Well, it's difficult to know       14:00:05

 2   whether or not our own AV expert would be able     14:00:07

 3   to speak on behalf of a competitor.  All we can    14:00:09

 4   do is ascertain what knowledge they have from      14:00:12

 5   their own experience.                              14:00:14

 6           Q.      Right.  But --                      14:00:15

 7           A.      But as subject matter experts, we  14:00:16

 8   have to rely on what information they can          14:00:18

 9   provide us because we're not subject matter       14:00:20

10   experts ourselves.                                 14:00:22

11           Q.      And are you aware of internal AV   14:00:23

12   experts at Uber providing that kind of            14:00:27

13   information about competitor AV programs?          14:00:29

14           A.      I don't recall ever asking or I    14:00:33

15   don't recall SSG ever asking anyone at A -- at    14:00:39

16   ATG for their assessment on competitor AV         14:00:44

17   programs.                                          14:00:47

18           Q.      You noticed that there was a       14:00:48

19   "Draft" on every page of this document.  Did      14:01:02

20   you ever receive training on placing the          14:01:05

21   "Draft" label on documents from anyone, Craig     14:01:08

22   Clark or anyone else?                              14:01:12

23           A.      I never received training on doing 14:01:13

24   that, no.                                          14:01:15

25           Q.      Did you receive training on        14:01:15
```

Page 180

| | | |
|---|---|---|
| 1 | attorney-client privileged labels on documents? | 14:01:18 |
| 2 | A.    Yes. | 14:01:18 |
| 3 | Q.    Was any of that training given, to | 14:01:20 |
| 4 | your knowledge, to the folks in ATG? | 14:01:25 |
| 5 | A.    I don't know. | 14:01:28 |
| 6 | Q.    And what do you recall about the | 14:01:31 |
| 7 | training that you received with respect to | 14:01:33 |
| 8 | attorney-client privilege?  How many times did | 14:01:36 |
| 9 | you get that kind of training? | 14:01:38 |
| 10 | A.    I recall receiving two briefings, | 14:01:40 |
| 11 | two presentations. | 14:01:43 |
| 12 | Q.    Who gave those presentations? | 14:01:46 |
| 13 | A.    Craig Clark. | 14:01:48 |
| 14 | Q.    Did he use a slide deck? | 14:01:49 |
| 15 | A.    Yes. | 14:01:49 |
| 16 | Q.    Did he use -- did it have pictures | 14:01:53 |
| 17 | of dogs? | 14:01:56 |
| 18 | A.    The second one I saw did, yes. | 14:01:57 |
| 19 | Q.    The first one didn't have any | 14:01:59 |
| 20 | pictures of dogs? | 14:02:01 |
| 21 | A.    I don't think so. | 14:02:02 |
| 22 | Q.    So he came up with kind of a | 14:02:03 |
| 23 | clever way to do -- to explain attorney-client | 14:02:04 |
| 24 | privilege by using some kind of dog meme; is | 14:02:08 |
| 25 | that the idea? | 14:02:10 |

Page 191

```
 1          A.      I have no idea.                    14:15:15
 2          Q.      Was there some form, capability of 14:15:16
 3    doing mobile phone collections by any of your    14:15:20
 4    vendors?                                          14:15:23
 5          A.      No.  To my knowledge, neither we   14:15:24
 6    nor our vendors have the ability to physically   14:15:26
 7    collect on a mobile phone.                        14:15:29
 8          Q.      Or electronically collect on a     14:15:32
 9    mobile phone?                                     14:15:34
10          A.      Or electronically collect on a     14:15:35
11    mobile phone.                                     14:15:37
12          Q.      You never had a discussion with    14:15:37
13    Mr. Jacobs that one of your vendors had some     14:15:40
14    form of mobile phone collection capability?      14:15:47
15          A.      I don't recall having a discussion 14:15:49
16    like that.                                        14:15:51
17          Q.      Do you recall telling Mr. Jacobs   14:15:51
18    to remove information about certain vendor       14:16:10
19    capabilities from any slide decks or            14:16:16
20    presentations that he or others were preparing? 14:16:21
21          A.      I don't recall doing that, no.     14:16:23
22          Q.      Do you recall Mr. Jacobs proposing 14:16:28
23    the creation of some kind of intelligence       14:16:30
24    database?                                         14:16:33
25          A.      No.                                14:16:33
```

Page 192

```
 1          Q.     He never to your knowledge          14:16:36
 2    proposed any kind of creation of a database to   14:16:38
 3    store or combine information from different       14:16:46
 4    groups at Uber?                                   14:16:48
 5          A.     He never proposed any such thing.   14:16:50
 6    There was a joint project that was worked on     14:16:52
 7    amongst Threat Ops to try and create a data      14:16:56
 8    repository, but it was not his proposal or his   14:16:59
 9    creation, and he didn't unilaterally work on     14:17:02
10    it.                                               14:17:04
11          Q.     Was he involved in it at all, as    14:17:05
12    far as you know?                                  14:17:07
13          A.     As the manager for Intel, he was    14:17:07
14    the representative of that team on this joint    14:17:09
15    project.                                          14:17:11
16          Q.     I see.                              14:17:11
17                 And did that database get created?  14:17:12
18          A.     It did not.                         14:17:14
19          Q.     What's your understanding of the    14:17:17
20    reason why it didn't?                             14:17:19
21          A.     Because we were reliant on          14:17:20
22    internal engineering resources to build it, and  14:17:22
23    the group ENGSEC, or Engineering Security, told  14:17:26
24    us that they did not have the resources to       14:17:31
25    devote to building a system for us, which was    14:17:33
```

Page 193

```
 1    disappointing.                                  14:17:48
 2          Q.     You never objected to the creation 14:17:49
 3    of that database?                               14:17:50
 4          A.     Absolutely not.  I worked with the 14:17:52
 5    others in Threat Ops to -- to -- to create the  14:17:55
 6    specifications and map out the workflow, and I  14:18:00
 7    attended multiple meetings on it.               14:18:03
 8          Q.     Do you recall ever telling         14:18:07
 9    Mr. Gicinto or anyone else --                   14:18:11
10          A.     Sorry.  That's me.                 14:18:12
11          Q.     I'm sorry.  Let me restate that.   14:18:14
12          A.     Okay.                              14:18:17
13          Q.     It's -- it's what happens after    14:18:18
14    you take two full days of depos.                14:18:20
15                 [Laughter.]                        14:18:22
16          Q.     Do you recall ever telling         14:18:26
17    Mr. Jacobs or anyone else at Uber to remove or  14:18:29
18    not place information in a presentation or      14:18:35
19    other type of document about human intelligence 14:18:38
20    collections?                                    14:18:44
21          A.     I don't recall ever stating that   14:18:46
22    to him.  And as the manager of another team,    14:18:48
23    I'm not clear why he would even be presenting   14:18:52
24    on something that my team does.                 14:18:54
25          Q.     You don't recall having a          14:19:01
```

Page 196

```
 1        that those are untruthful characterizations      14:22:02
 2        made by Mr. Jacobs.                              14:22:06
 3                    MS. CHANG:   Counsel, we've been     14:22:12
 4             going for over an hour, so when you're      14:22:14
 5             at a good stopping point maybe we can       14:22:16
 6             take a break.                               14:22:18
 7                    MR. KAPGAN:   Okay.                   14:22:21
 8   BY MR. KAPGAN:                                        14:22:21
 9        Q.    Did Mr. Jacobs ever object to the         14:22:35
10   use of ephemeral communications?                     14:22:39
11        A.    No.  To my knowledge he was an            14:22:43
12   avid user.                                           14:22:48
13        Q.    Do you have any familiarity with          14:22:51
14   the incident that Jacobs alleged in his letter       14:22:55
15   about ██████████████████████████████               14:22:59
16   ██████████████                                       14:23:04
17        A.    So I don't have the letter in            14:23:07
18   front of me.  Forgive me.                            14:23:09
19        Q.    Are you familiar with Uber ███████        14:23:11
20   ██████████████████████████████████               14:23:15
21   ██████████████████████████████████               14:23:19
22   ████████████████████████████████████s          14:23:22
23   ██████████████████████                           14:23:29
24        A.    No, I have no knowledge about            14:23:30
25   that.                                                14:23:31
```

Page 250

```
 1    attend.  Mat Henley attends and Susan Chiang     16:05:26
 2    attends.                                          16:05:29
 3         Q.    Okay.                                  16:05:37
 4               And are those all the people you       16:05:37
 5    remember attending this meeting?                  16:05:37
 6         A.    As far as I know, yeah.                16:05:37
 7         Q.    All right.                             16:05:37
 8               If you look at the second page, it     16:05:37
 9    says TLDR.  That stands for too long, didn't      16:05:39
10    read; right?                                      16:05:43
11         A.    Too long, don't read.                 16:05:44
12         Q.    And this is basically an executive    16:05:45
13    summary of the document; is that fair?           16:05:48
14         A.    That's fair, yes.                      16:05:50
15         Q.    And then the first bullet says:       16:05:50
16               "Success in autonomous vehicle        16:05:55
17    race ultimately hinges on the source code."      16:05:58
18               Do you see that?                       16:06:01
19         A.    I see that it says that, yes.         16:06:01
20         Q.    And do you agree with that            16:06:03
21    statement?                                        16:06:05
22         A.    It was conveyed to us that -- from    16:06:05
23    Uber engineers that -- that, ultimately, to get  16:06:07
24    to the highest AV level that, you know, it's up  16:06:12
25    to -- it's up to creation of a good source       16:06:17
```

Page 251

```
 1    code.                                          16:06:20

 2           Q.     And the second bullet says:      16:06:20

 3                  "Giraffe leads the other 30-plus 16:06:22

 4    companies in the race to field fully autonomous 16:06:24

 5    vehicles."                                      16:06:29

 6                  Do you see that?                  16:06:30

 7           A.     I see it.                         16:06:30

 8           Q.     That's a reference to Google;     16:06:31

 9    right?                                          16:06:32

10           A.     Yes.                              16:06:32

11           Q.     And do you agree with that        16:06:34

12    statement?                                      16:06:35

13           A.     I agree that that was likely the  16:06:36

14    assessment of the team at the time based on     16:06:38

15    whatever limited knowledge it may have of, you  16:06:43

16    know, autonomous vehicle from its -- its        16:06:47

17    open-source research.                           16:06:49

18           Q.     Did that include research         16:06:50

19    internally speaking to experts within Uber      16:06:52

20    about that subject?                             16:06:56

21           A.     Again, we didn't speak to experts 16:06:59

22    within Uber in requesting their assessment of   16:07:01

23    other companies, as I recall.                   16:07:05

24           Q.     You didn't speak to the ATG group 16:07:07

25    to get their views on the autonomous vehicle    16:07:10
```

Page 254

```
 1          Q.     So did you receive validation from    16:09:19

 2    Mr. Ron and Mr. Levandowski in February of 2017    16:09:23

 3    that the number one focus of the SSG Group in      16:09:29

 4    terms of research on autonomous vehicles should    16:09:32

 5    be with respect to Google or Waymo?               16:09:33

 6          A.     It was articulated to us that that    16:09:35

 7    was a primary interest of theirs, but it wasn't    16:09:39

 8    necessarily what SSG focused on first or           16:09:41

 9    initially.                                         16:09:44

10          Q.     And did they tell you why that was    16:09:45

11    a primary interest to them?                        16:09:47

12          A.     No.                                   16:09:47

13          Q.     If you turn to the next page, this    16:09:49

14    is ending in 931, it says "Baseline Research."     16:09:52

15    First bullet says:                                 16:09:56

16               "Source code, not hardware             16:09:58

17    automotive design, is the key to success. "        16:09:59

18          A.     Yes.                                  16:10:02

19          Q.     You agree with that?                  16:10:02

20          A.     I agree that that's what the --       16:10:04

21    the engineers at ATG in Pittsburgh communicated    16:10:06

22    to us in terms of, you know, what they deemed      16:10:10

23    to be most critical in advancing our own AV        16:10:12

24    program.                                           16:10:17

25          Q.     If you look at the next page, it's    16:10:18
```

Page 295

```
 1            Q.     Based on your experience, did      17:16:08
 2     you -- or do you agree with Mr. Ron that supply  17:16:12
 3     chain members tend to be chatty?                 17:16:17
 4            A.     I had no experience with supply     17:16:18
 5     chain members, so I couldn't corroborate that    17:16:20
 6     statement.                                        17:16:23
 7            Q.     Nonetheless, that's a statement     17:16:25
 8     that Mr. Ron made; correct?                      17:16:27
 9            A.     It's either a statement that he     17:16:29
10     made or that Mr. Russo is paraphrasing here.     17:16:31
11            Q.     And Mr. Russo also is either        17:16:36
12     stating or paraphrasing Mr. Ron's conveying      17:16:41
13     that supply chain members not only are chatty,   17:16:44
14     but they're also good sources of insight into    17:16:47
15     competitor's plans, intentions and              17:16:50
16     capabilities; correct?                           17:16:52
17            A.     Again, my understanding is that's   17:16:53
18     based on the information that they make           17:16:55
19     publicly available.                              17:16:56
20            Q.     Well, it doesn't say that here.     17:16:59
21     It just says:                                     17:17:00
22                   "Supply chain members are chatty   17:17:02
23     and are good sources of insight into a           17:17:03
24     competitor's plans, intentions and              17:17:05
25     capabilities."                                    17:17:06
```

Page 296

```
 1                    Right?                        17:17:07
 2          A.     Well, if Mr. Russo is paraphrasing   17:17:08
 3     there, it's unclear specifically what Mr. Ron   17:17:09
 4     was referring to.  But I can state that our   17:17:13
 5     team did not engage any supply chain members   17:17:15
 6     that I am aware of in order to gain insight   17:17:20
 7     into plans, intentions and capabilities.   17:17:26
 8          Q.     Okay.                          17:17:32
 9                 And did any of Uber's vendors do   17:17:32
10     that, to your knowledge?                  17:17:34
11          A.     Not to my knowledge.          17:17:37
12          Q.     Is there any reason for you to   17:17:39
13     believe that there was a vendor engaged by Uber   17:17:41
14     that spoke with supply chain vendors or   17:17:45
15     suppliers to any autonomous vehicle competitor   17:17:50
16     of Uber's?                                17:17:54
17          A.     Not to my knowledge.  To my   17:17:55
18     knowledge, SSG isn't even aware of who the   17:17:57
19     supply chain members are related to Waymo.   17:18:01
20          Q.     Did you ever make any effort to   17:18:04
21     identify who the supply chain members to Waymo   17:18:06
22     are?                                      17:18:08
23          A.     Nope.                          17:18:10
24          Q.     Did Mr. Ron ever tell you or   17:18:10
25     Mr. Levandowski ever tell you who they were?   17:18:12
```

Page 305

```
 1          A.      I have seen iterations of this        17:28:33
 2   document.  I don't know whether I've seen this       17:28:35
 3   version specifically.                                17:28:37
 4          Q.      There were multiple versions of       17:28:38
 5   this document?                                        17:28:40
 6          A.      There were -- it was an ongoing       17:28:41
 7   project by Anna Chung to create this document.       17:28:44
 8   So in her progression of creating it, there          17:28:48
 9   were multiple drafts as she -- as she worked          17:28:52
10   through the process of building it.                   17:28:55
11          Q.      What was the purpose of this          17:28:57
12   document?                                             17:28:58
13          A.      The purpose of this document was      17:29:06
14   to establish standards for -- for conducting         17:29:06
15   Internet and virtual research against persons        17:29:13
16   or groups of interest, which for us is a -- a        17:29:21
17   term used in physical security to mean               17:29:24
18   individuals who are threatening Uber or Uber         17:29:26
19   equities or resources.                                17:29:30
20          Q.      Was the purpose of this document      17:29:31
21   solely to establish standards with respect to       17:29:34
22   doing research in connection with individuals        17:29:42
23   or groups who are threatening Uber?                  17:29:47
24          A.      Yes.  That's what a POI or a GOI      17:29:49
25   is in our vernacular.                                 17:29:52
```

Page 306

| | | |
|---|---|---|
| 1 | Q.    Okay. | 17:29:55 |
| 2 | So a POI or GOI refers only to | 17:29:56 |
| 3 | folks who are potential threats to Uber? | 17:30:00 |
| 4 | A.    Correct.  The physical security | 17:30:02 |
| 5 | team maintains a list of persons of interest | 17:30:04 |
| 6 | and groups of interest because of some sort of | 17:30:06 |
| 7 | a threatening posture -- threats that they've | 17:30:08 |
| 8 | actually made to the company, physical issues | 17:30:12 |
| 9 | that have been observed on the platform, | 17:30:15 |
| 10 | something to that effect -- all over the world. | 17:30:17 |
| 11 | And so this virtual ops capability playbook is | 17:30:21 |
| 12 | in support of what would be, you know, | 17:30:26 |
| 13 | misattributable research into those types of | 17:30:30 |
| 14 | entities to protect Uber, to protect the | 17:30:33 |
| 15 | identity of the researcher. | 17:30:38 |
| 16 | Q.    Let me show you what was marked as | 17:30:41 |
| 17 | Exhibit 9231. | 17:30:43 |
| 18 | A.    Okay. | 17:30:45 |
| 19 | Q.    Have you seen this document | 17:30:45 |
| 20 | before? | 17:31:02 |
| 21 | A.    I've -- I've seen -- I have not | 17:31:04 |
| 22 | seen the document, but I've seen -- I believe | 17:31:06 |
| 23 | I've seen the presentation. | 17:31:08 |
| 24 | Q.    Were there other iterations of | 17:31:10 |
| 25 | this presentation that you're aware of? | 17:31:13 |

```
 1    activities or how they changed or didn't      17:56:45

 2    change.                                        17:56:47

 3          Q.    Let me show you Exhibit 9204.      17:56:49

 4    Have you seen this document before?            17:57:05

 5          A.    I don't recall seeing this         17:57:07

 6    document, no.                                  17:57:08

 7          Q.    Is this -- do you know whether      17:57:11

 8    someone in your group created this?            17:57:12

 9          A.    My guess is that someone in my     17:57:15

10    group did create this as it related to SSG     17:57:16

11    attending CES 2017.                            17:57:20

12          Q.    That's what you were mentioning    17:57:22

13    earlier; right?                                17:57:24

14          A.    Yes.                               17:57:25

15          Q.    Do you see under priorities of     17:57:26

16    collection, there is a number -- number of     17:57:27

17    items?                                         17:57:29

18          A.    Yes.                               17:57:29

19          Q.    Number one is source code?         17:57:31

20          A.    Yes.                               17:57:32

21          Q.    What do you understand that to     17:57:33

22    refer to?                                      17:57:34

23          A.    I understand that to refer to      17:57:35

24    interest in, you know, comments, discussions   17:57:41

25    made publicly at CES related to source code as 17:57:45
```

Page 320

```
 1    we understood that to be an important aspect of    17:57:48
 2    the success of an autonomous program.              17:57:51
 3         Q.    Did you have any expectation that       17:57:53
 4    anyone at CES would make any comments about        17:57:55
 5    source code?                                       17:57:59
 6         A.    I don't know that we necessarily        17:58:01
 7    knew what to expect.  But we wanted to be          17:58:02
 8    prepared in understanding what would be            17:58:06
 9    important.                                         17:58:08
10         Q.    Did Mr. Ron or Mr. Levandowski          17:58:09
11    indicate that this -- that source code or          17:58:12
12    information about source code should be a           17:58:15
13    priority in terms of your collection efforts in    17:58:17
14    2017?                                              17:58:19
15         A.    We attended CES prior to ever           17:58:20
16    meeting Mr. Ron or Mr. Levandowski.  So CES was    17:58:25
17    more of a background research project for SSG      17:58:28
18    to get better informed about players in the        17:58:31
19    autonomous space.                                  17:58:33
20         Q.    But you knew that source code was       17:58:34
21    important at least from the ATG group?             17:58:36
22         A.    Based on the discussions we had         17:58:38
23    with our engineers in November who stated the      17:58:40
24    importance of source code to our own project,      17:58:43
25    yes.                                               17:58:45
```

Page 321

```
1          Q.      Did you have any expectation or      17:58:45

2     indication as to how you would obtain            17:58:49

3     information about source code at CES 2017?       17:58:52

4          A.      Absolutely not.                      17:58:57

5          Q.      Did you --                            17:58:58

6          A.      We had no expectation or plans to    17:58:59

7     try and obtain source code.                      17:59:01

8          Q.      Okay.                                 17:59:02

9                  But, nonetheless, in this document   17:59:03

10    the first priority under collection is source    17:59:06

11    code; right?                                     17:59:08

12         A.      I see what it says, yes.  But it      17:59:10

13    doesn't mean that we were trying to collect it.   17:59:12

14    It meant that it was a topic of interest.  The    17:59:14

15    purpose at CES is to, again, listen to public     17:59:19

16    presentations by speakers in the autonomous       17:59:27

17    space.  If they happen to discuss source          17:59:29

18    code-related topics, that would have been          17:59:31

19    something to pay attention to because we           17:59:32

20    understood source code to be important.            17:59:34

21         Q.      Prior to attending CES 2017, your     17:59:37

22    testimony is you had no actual plan on how you     17:59:40

23    would collect information about source code?       17:59:44

24         A.      We had no intention or plans to       17:59:46

25    collect source code.                               17:59:49
```

Page 322

```
 1          Q.      Well, you had a priority for        17:59:50
 2   collection listed here.   Number one priority is   17:59:53
 3   source code; right?                                17:59:56
 4          A.      As a topic of conversation          17:59:58
 5   publicly, it would be something that we should     18:00:02
 6   pay attention to but not as a particular item      18:00:06
 7   that we were trying to collect on specifically.    18:00:09
 8   As it -- if you were inferring, you know,          18:00:14
 9   collecting somebody's proprietary source code,     18:00:18
10   no, that was not our intention.                    18:00:20
11          Q.      I'm just reading what's in the      18:00:22
12   document.   Number one priority, source code.      18:00:23
13          A.      And I'm clarifying for you what's   18:00:26
14   in the document.                                   18:00:28
15          Q.      There are a number of other items   18:00:29
16   under collection, including competitor             18:00:31
17   relationships and supply chain issues as well      18:00:34
18   as technological limitations and hurdles.          18:00:37
19              Do you see those?                        18:00:40
20          A.      Yes.                                 18:00:40
21          Q.      Did you collect any information on  18:00:42
22   those subjects at CES 2017?                        18:00:44
23          A.      I don't believe so.   My            18:00:48
24   understanding was that CES was not a valuable      18:00:49
25   use of our time.   And half of us weren't able     18:00:55
```

Page 323

```
 1      to attend as planned, so our resources were        18:01:00

 2      limited.                                            18:01:03

 3           Q.     Did Mr. Nocon and Ms. Chung attend      18:01:03

 4      the conference?                                     18:01:06

 5           A.     Yes.                                    18:01:06

 6           Q.     Anyone else from your team attend       18:01:08

 7      the conference?                                     18:01:10

 8           A.     No.                                     18:01:10

 9           Q.     Number one priority in terms of         18:01:13

10      organizations and collecting information about     18:01:15

11      organizations is listed as Google; is that         18:01:19

12      right?                                              18:01:19

13           A.     Correct.                                18:01:22

14           Q.     All right.                              18:01:22

15                  Do you recall receiving the report      18:01:37

16      from CES 2017 about a conversation that             18:01:39

17      Ms. Chung had with a Korean supplier of LiDAR       18:01:45

18      systems?                                            18:01:50

19           A.     I recall receiving a report.  I         18:01:50

20      don't recall receiving a report, but I do           18:01:55

21      recall the instance.                                18:01:57

22           Q.     Do you recall that Ms. Chung            18:02:01

23      learned that this South Korean LiDAR company        18:02:04

24      claimed to be a potential vendor to Google?         18:02:10

25           A.     As I recall, yes, they boasted          18:02:14
```

Page 324

```
 1        about a potential relationship.              18:02:18
 2              Q.     And I'll show you Exhibit 9210.  18:02:22
 3        Can you confirm for me that this is the report 18:02:26
 4        that we were just discussing?                18:02:29
 5              A.     Yes.                             18:02:29
 6              Q.     Was this report circulated outside 18:02:49
 7        of the SSG Group?                            18:02:51
 8              A.     I do not believe it was.   I     18:02:55
 9        believe the nature of what is described here 18:02:58
10        was discussed with Mr. Levandowski in the    18:03:04
11        February 14 meeting, and he confirmed that the 18:03:09
12        information was garbage and not of interest.  18:03:12
13              Q.     Do you know how he knew that?    18:03:16
14              A.     I believe his comment was        18:03:18
15        something to the effect of:                  18:03:19
16                     "There are so many suppliers who 18:03:23
17        would claim to have partnerships in order to  18:03:24
18        gin-up business that it's difficult to assess 18:03:28
19        anyone as credible."                         18:03:31
20              Q.     Did he indicate that this        18:03:34
21        basically was a false report from the South   18:03:36
22        Korean LiDAR company?                        18:03:40
23              A.     I don't recall whether he deemed 18:03:44
24        it to be false.  I think he questioned the   18:03:46
25        credibility because, in general, he understood 18:03:50
```

Page 325

```
 1    vendors, particularly at trade shows, to -- to      18:03:54

 2    boast such things in order to gin-up interest       18:03:58

 3    in business.  And that was a -- certainly a         18:04:00

 4    learning experience for our team, that things       18:04:03

 5    of this nature were not useful.                     18:04:05

 6         Q.     Did he suggest to you other ways        18:04:07

 7    that you could collect relevant information or      18:04:09

 8    information that he would find relevant with        18:04:12

 9    respect to autonomous vehicle competitors?         18:04:15

10         A.     No.  He simply stated that this         18:04:18

11    was not a good use of time.                         18:04:20

12         Q.     Did he suggest other ways that you      18:04:22

13    could collect information that would be useful      18:04:24

14    to him?                                             18:04:26

15         A.     What came out of that meeting,          18:04:26

16    again, was the priorities outlined in the           18:04:28

17    document we were discussing previously.  I can     18:04:29

18    look up the number if you would like.               18:04:32

19    But -- 9205.  That's what he outlined as the        18:04:39

20    issues that he wanted us to focus on.               18:04:42

21         Q.     Do you recall working on a data         18:04:55

22    retention policy document with Craig Clark for      18:04:55

23    this SSG Group?                                     18:04:56

24         A.     I re- -- I don't know that I            18:04:59

25    recall -- vaguely.                                  18:05:07
```

Page 334

```
 1          Q.     To your knowledge, did the          18:15:10
 2    Dropboxes used by SSG ever contain Waymo or      18:15:11
 3    Google information?                              18:15:15
 4          A.     No, not to my knowledge.            18:15:16
 5          Q.     To your knowledge, did the          18:15:19
 6    Nextcloud system used by SSG ever contain Waymo  18:15:21
 7    or Google information?                           18:15:24
 8          A.     It's possible that some of the      18:15:33
 9    documents we've discussed today were -- resided  18:15:34
10    in the Nextcloud system, and some of these       18:15:39
11    documents that we've discussed have referenced   18:15:41
12    Waymo.                                           18:15:44
13          Q.     I want to draw a distinction        18:15:48
14    between documents that reference Waymo or        18:15:49
15    Google and documents that belong to Waymo or     18:15:51
16    Google.                                          18:15:53
17          A.     Oh, I'm sorry.                      18:15:53
18          Q.     To your knowledge, did the          18:15:55
19    Nextcloud system used by SSG ever contain Waymo  18:15:56
20    or Google information?                           18:16:00
21          A.     Owned by Waymo or Google?           18:16:04
22          Q.     That's right.                       18:16:06
23          A.     No.  No, it did not.                18:16:06
24          Q.     To your knowledge, did any          18:16:09
25    nonattributable or misattributable device ever   18:16:12
```

Page 335

```
 1          contain any Waymo or Google information?          18:16:16

 2               A.    No.  It never -- they never            18:16:22

 3          contained information to my knowledge that was    18:16:24

 4          the property of Waymo or Google.                  18:16:27

 5                    MS. CHANG:  No further questions.       18:16:29

 6                    MR. KAPGAN:  Just real quick.           18:16:31

 7                    FURTHER EXAMINATION                     18:16:42

 8     BY MR. KAPGAN:                                         18:16:42

 9               Q.    Do you stand by all the testimony      18:16:47

10          that you gave in response to my questions        18:16:48

11          today?                                            18:16:51

12               A.    Yes.                                   18:16:51

13               Q.    Is there any testimony that you        18:16:53

14          believe you need to change?                       18:16:54

15               A.    None that I can think of.              18:17:00

16               Q.    And to be clear, you never did an      18:17:01

17          investigation into Mr. Levandowski's use of      18:17:04

18          Google or Waymo confidential information or      18:17:09

19          trade secrets; correct?                           18:17:12

20               A.    Correct.                               18:17:13

21                    MR. KAPGAN:  No more questions.         18:17:14

22                    MS. CHANG:  I would just like to        18:17:17

23               state on the record that we reserve         18:17:18

24               Mr. Gicinto's right to correct any          18:17:20

25               testimony as part of his errata.            18:17:23
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1               C E R T I F I C A T E

2

3               I, PAUL J. FREDERICKSON, CA
     Certified Shorthand Reporter No. 13164 and
4    WA Certified Court Reporter No. 2419, do
     hereby certify:
5               That prior to being examined,
     the witness named in the foregoing
6    deposition was by me duly sworn or affirmed
7    to testify to the truth, the whole truth and
8    nothing but the truth;
9               That said deposition was taken
     down by me in shorthand at the time and
10   place therein named, and thereafter reduced
11   to print by means of computer-aided
12   transcription; and the same is a true,
13   correct and complete transcript of said
14   proceedings.
                I further certify that I am not
15   interested in the outcome of the action.
16              Witness my hand this 22nd day
17   of December 2017.

18

19

20

21

22   _____

23        PAUL J. FREDERICKSON, CCR, CSR
24        WA CCR 2419  CA CSR 13164
25        Expiration date:  March 31, 2018


                                    Page 338
```