# EXHIBIT 22

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


_____

WAYMO LLC,                      )

       Plaintiff,            )

      v.                       ) Case No.

UBER TECHNOLOGIES, INC.;     ) 3:17-cv-00939-WHA

OTTOMOTTO LLC;                  )

OTTO TRUCKING,                  )

       Defendants.           )

_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF EDWARD RUSSO

WEDNESDAY, DECEMBER 20, 2017



REPORTED BY:

PAUL J. FREDERICKSON, CCR, CSR

JOB NO. 2771335


PAGES 1 - 367

Page 13

```
 1          Q.      Okay.  You mentioned that you were      08:09:38
 2    doing research and assessment.  Can you tell me       08:09:56
 3    what that means?                                      08:09:58
 4          A.      Sure.  It involved doing research       08:09:59
 5    into competitors, both in the ridesharing             08:10:02
 6    marketplace and in the autonomous vehicle             08:10:07
 7    development marketplace.                               08:10:09
 8          Q.      And why was doing research into         08:10:11
 9    competitors important to Uber?                        08:10:13
10          A.      It was my understanding that Uber       08:10:17
11    wanted to have as good an assessment as they          08:10:19
12    could have regarding where its competitors            08:10:20
13    stood in the marketplace so they could gauge          08:10:25
14    its -- you know, where they stood vis-a-vis the       08:10:28
15    other companies.                                      08:10:31
16          Q.      Are you still doing that role?          08:10:33
17          A.      No.                                     08:10:33
18          Q.      Do you feel like you were               08:10:38
19    successful in carrying out the task that Uber         08:10:40
20    assigned to you in that role?                         08:10:42
21          A.      I would say yes.  We -- I carried       08:10:47
22    out those tasks.  Come springtime, there seemed       08:10:50
23    to be less interest in it, and my                     08:10:55
24    responsibilities shifted more to investigations       08:10:57
25    and then the Insider Risk Program.                    08:10:59
```

```
 1                  MR. UMHOFER:  Quick clarification.    08:38:14
 2          When they spoke, current employees of         08:38:16
 3          those competitors or former employees of      08:38:18
 4          those competitors.  Just --                    08:38:21
 5                  MR. KAPGAN:  Okay.                     08:38:22
 6                  MR. UMHOFER:  I'm not sure it          08:38:23
 7          makes a difference to your answer.             08:38:26
 8                  THE WITNESS:  No.                      08:38:28
 9   BY MR. KAPGAN:                                        08:38:28
10          Q.    Did you understand that in my            08:38:29
11   question I was asking about existing employees        08:38:30
12   of those competitors?                                 08:38:33
13          A.    I assumed that, but no, I didn't.        08:38:36
14          Q.    Okay.                                    08:38:36
15                So let me ask the follow-on             08:38:41
16   question.                                             08:38:43
17          A.    Yeah.                                    08:38:44
18          Q.    Are you aware of anyone at Uber          08:38:44
19   ever attempting to gather research or                 08:38:49
20   intelligence about a competitor of Uber's by          08:38:51
21   speaking to former employees of those                 08:38:54
22   competitors?                                          08:38:58
23          A.    No.                                      08:39:02
24          Q.    Are you aware of anyone at Uber          08:39:06
25   ever speaking to former Waymo or Google               08:39:13
```

Page 43

```
 1    about that conversation?                          08:41:39
 2          A.    No.  It was pretty short.  I mean,    08:41:42
 3    we weren't in the car that long.                  08:41:44
 4          Q.    When was that, approximately?         08:41:45
 5          A.    I do not remember.                    08:41:50
 6          Q.    Was it this year?                      08:41:53
 7          A.    Yes.  It would have been -- yeah,     08:41:56
 8    I honestly don't remember.  It would have been    08:41:58
 9    back in the spring maybe, February, March,        08:42:00
10    perhaps.                                           08:42:03
11          Q.    Are you aware of whether there are    08:42:03
12    any former Google or Waymo employees that are     08:42:23
13    employed by Uber?                                  08:42:24
14          A.    By name, no.  I assume there might    08:42:29
15    be, but I don't know any.                         08:42:31
16          Q.    And I take it you don't know          08:42:36
17    whether anyone at Uber has ever spoken to any     08:42:37
18    such employees, that is, former Google or Waymo   08:42:41
19    employees, about activities at Google or Waymo?   08:42:46
20          A.    No.                                    08:42:51
21          Q.    So going back to what we started      08:43:00
22    out with, you mentioned that you've been          08:43:02
23    involved in research and assessment, and we       08:43:03
24    talked about research.  Is assessment something   08:43:06
25    different?                                         08:43:07
```

Page 44

```
 1          A.      It's a natural follow-on.  You do    08:43:14
 2    the research, and then it was part of my job to    08:43:14
 3    draw some likely conclusions.  I'll give you an    08:43:17
 4    example.                                           08:43:20
 5               When I first was hired, one of the      08:43:22
 6    first projects I had was to look at some of the    08:43:25
 7    key personalities in -- I think it was Google X    08:43:29
 8    at the time prior to Waymo.  So I did              08:43:34
 9    open-source research on, you know -- the key       08:43:36
10    personality at the time was a guy named Chris      08:43:38
11    Urmson.  This would have been back probably        08:43:42
12    September or so of 2016.                           08:43:44
13               There was a lot of articles and         08:43:46
14    blog features on him.  One of them included --     08:43:49
15    allegedly, there was a tension between him and     08:43:54
16    a man named John Krafcik who had been hired to     08:43:56
17    oversee the program.  So you take that             08:44:01
18    open-source, summarize it, and then, you know,     08:44:03
19    the assessment would be, you know, if these        08:44:06
20    two -- obviously, if these two can't figure out    08:44:08
21    a way to live and work together, you know,         08:44:10
22    there could be a parting of the ways.  And, you    08:44:12
23    know, Google either loses a new executive or       08:44:15
24    they lose a -- a key engineer.                     08:44:18
25          Q.      And was part of that assessment to   08:44:23
```

Page 69

```
 1          Q.     Do you know if Mr. Gicinto did?       09:12:22

 2          A.     I believe so, yeah.                   09:12:23

 3          Q.     What do you understand that           09:12:25

 4    Mr. Gicinto worked with Ric Jacobs on?             09:12:28

 5          A.     I can't say specifically.  I mean,    09:12:32

 6    I understand that they -- they worked on a few     09:12:35

 7    things together and -- but I -- nothing I had      09:12:37

 8    insight into.                                      09:12:42

 9          Q.     You don't know any of the details?    09:12:43

10          A.     No.                                   09:12:43

11          Q.     While you've been at Uber, have       09:12:59

12    you ever witnessed any activity that you           09:12:59

13    believed or considered was either unethical or     09:13:00

14    illegal?                                           09:13:03

15          A.     Can you be more specific?  Any        09:13:05

16    activity that was unethical?                       09:13:07

17               MR. UMHOFER:  And I'm going to          09:13:11

18          object to this question again as beyond      09:13:12

19          the scope of the judge's order.  If you      09:13:13

20          want to limit it to the topics in the        09:13:15

21          judge's order on this deposition, then       09:13:18

22          you can answer.                              09:13:20

23    BY MR. KAPGAN:                                     09:13:20

24          Q.     So let me ask it again.               09:13:22

25               While you've been at Uber, have         09:13:26
```

Page 70

```
 1   you ever witnessed any activity by either Uber        09:13:28
 2   personnel or their contractors or vendors that        09:13:34
 3   you believed or considered to be either               09:13:38
 4   unethical or illegal?                                 09:13:42
 5        A.     No.                                       09:13:44
 6               MR. UMHOFER:  Same objection.             09:13:44
 7               Just let me object first.                 09:13:45
 8               THE WITNESS:  Sorry.                      09:13:48
 9               Please go ahead.                          09:13:49
10   BY MR. KAPGAN:                                        09:13:50
11        Q.     That's a no?                              09:13:50
12               Do you have any understanding of          09:14:00
13   the circumstances of Mr. Jacobs' resignation?        09:14:01
14        A.     Some.  He had -- they -- as I             09:14:09
15   understood it, he had had performance issues.        09:14:14
16   So basically he was removed as a manager and         09:14:20
17   made an individual contributor.                      09:14:22
18        Q.     Is that your understanding of why        09:14:29
19   he resigned?                                         09:14:30
20        A.     I believe that was the big cause,        09:14:36
21   yes.                                                 09:14:37
22        Q.     Did you read his letter that --          09:14:38
23   the letter that his attorney sent to Uber           09:14:39
24   outlining his complaints?                            09:14:42
25        A.     The first time I saw that letter        09:14:43
```

Page 72

| | | |
|---|---|---|
| 1 | Q.      Okay. | 09:16:01 |
| 2 | I take it you disagree that SSG | 09:16:26 |
| 3 | frequently engaged in fraud and theft? | 09:16:33 |
| 4 | A.      You take it that I disagree with | 09:16:38 |
| 5 | that?  Yes, I do disagree with that. | 09:16:39 |
| 6 | Q.      Do you know whether SSG employed | 09:16:42 |
| 7 | third-party vendors to obtain unauthorized data | 09:16:47 |
| 8 | or information? | 09:16:49 |
| 9 | A.      Not to my knowledge. | 09:16:50 |
| 10 | Q.      Mr. Jacobs made some allegations | 09:16:58 |
| 11 | with respect to the Marketplace Analytics | 09:17:00 |
| 12 | group.  Are you familiar with that? | 09:17:03 |
| 13 | A.      The group or the allegations? | 09:17:04 |
| 14 | Q.      The allegations. | 09:17:06 |
| 15 | A.      You would have to go through them | 09:17:09 |
| 16 | again, and I -- again, like I said, I don't | 09:17:11 |
| 17 | know much about Marketplace Analytics, so the | 09:17:13 |
| 18 | allegations he made, I don't know. | 09:17:16 |
| 19 | Q.      Well, one of the things that | 09:17:19 |
| 20 | Mr. Jacobs said was that Marketplace Analytics | 09:17:21 |
| 21 | exists expressly for the purpose of acquiring | 09:17:24 |
| 22 | trade secrets, code base and competitive | 09:17:27 |
| 23 | intelligence. | 09:17:31 |
| 24 | Do you remember those allegations? | 09:17:32 |
| 25 | A.      Yep.  Yes, I do. | 09:17:34 |

Page 73

```
 1        Q.     Do you have any basis to say one        09:17:36
 2   way or the other whether that's true?               09:17:38
 3        A.     None whatsoever.                         09:17:40
 4        Q.     You don't know one way or the            09:17:42
 5   other; right?                                        09:17:44
 6        A.     I don't.  I don't believe it to be       09:17:44
 7   true, but I don't know.                              09:17:46
 8        Q.     Do you know whether Marketplace          09:17:55
 9   Analytics derived business metrics of supply,        09:17:58
10   demand and the function of applications from         09:18:00
11   major ride-sharing competitors globally?             09:18:04
12        A.     I don't know.  I don't know what         09:18:07
13   Marketplace Analytics does on a day-to-day           09:18:09
14   basis.                                               09:18:12
15        Q.     Did you have interactions with           09:18:17
16   Craig Clark?                                         09:18:19
17        A.     Yes.                                     09:18:22
18        Q.     And what was Craig Clark's role at       09:18:23
19   the company as far as you know?                      09:18:27
20        A.     He was an in-house attorney, and         09:18:30
21   he was assigned, if you will, to the security        09:18:32
22   team.                                                09:18:36
23        Q.     Was he the primary attorney within      09:18:38
24   the security team?                                   09:18:41
25        A.     That's my understanding.                 09:18:43
```

```
 1          Q.     Sure.                           09:26:25

 2                 I think you testified that,     09:26:30

 3     generally speaking, if you're doing competitive  09:26:33

 4     intelligence-gathering activities, those   09:26:37

 5     were -- you understood those to be at the  09:26:38

 6     direction of counsel?                      09:26:40

 7          A.     Yes.                            09:26:40

 8          Q.     Okay.                           09:26:40

 9                 So -- and do I understand       09:26:42

10     correctly that, as a result of that, you made  09:26:43

11     an effort when communicating in writing about  09:26:46

12     your competitive intelligence-gathering    09:26:50

13     activities that those should be labeled    09:26:53

14     attorney-client privilege.                 09:26:55

15                 MR. UMHOFER:  Objection, vague and  09:26:58

16          ambiguous.                            09:26:59

17                 MS. CHANG:  Objection, misstates  09:26:59

18          prior testimony.                      09:27:02

19          A.     Okay.  Then -- would you mind one  09:27:06

20     more time?                                 09:27:09

21          Q.     Sure.                           09:27:10

22                 Do I understand correctly that as  09:27:10

23     a result of you understanding that your    09:27:12

24     competitive intelligence-gathering activities  09:27:17

25     were at the direction of counsel --        09:27:19
```

Page 83

| | | |
|---|---|---|
| 1 | A.      Right. | 09:27:21 |
| 2 | Q.      -- that you made an effort to | 09:27:21 |
| 3 | label communications about those activities as | 09:27:22 |
| 4 | attorney-client privilege? | 09:27:24 |
| 5 | MR. UMHOFER:  Same objection. | 09:27:25 |
| 6 | MS. CHANG:  Objection, misstates | 09:27:26 |
| 7 | prior testimony. | 09:27:28 |
| 8 | A.      Yeah.  I mean, my answer is what | 09:27:32 |
| 9 | it was, which is, based on the training I had, | 09:27:34 |
| 10 | I understood there to be two -- two categories | 09:27:39 |
| 11 | for labeling something attorney-client | 09:27:42 |
| 12 | privilege.  Right?  When soliciting advice or | 09:27:44 |
| 13 | guidance or if you're preparing a product that | 09:27:48 |
| 14 | had been at the direction of legal, those were | 09:27:53 |
| 15 | the times that I would use attorney-client | 09:27:57 |
| 16 | privilege. | 09:27:59 |
| 17 | Q.      And that included the times when | 09:28:00 |
| 18 | you did competitive intelligence-gathering | 09:28:01 |
| 19 | activities; right? | 09:28:04 |
| 20 | A.      If the report was at the direction | 09:28:05 |
| 21 | of legal, then I would label it appropriately, | 09:28:09 |
| 22 | as I understood it to be -- as I understood the | 09:28:12 |
| 23 | process. | 09:28:16 |
| 24 | Q.      All right. | 09:28:16 |
| 25 | And I think we established that | 09:28:18 |

Page 90

```
 1          A.     I believe, yeah.  I believe it was    09:51:24
 2    September of this year.                             09:51:26
 3          Q.     And is it your understanding that      09:51:27
 4    communications done through the Wickr platform,    09:51:30
 5    there's no record of them kept; is that right?     09:51:33
 6          A.     For the most part, right.  As I        09:51:38
 7    understand it, there's a new version now that      09:51:40
 8    does keep a record, but yes.                       09:51:42
 9          Q.     But when you were using it, you        09:51:43
10    understood that essentially those                  09:51:46
11    communications would self-destruct within a        09:51:47
12    period of time?                                     09:51:49
13          A.     Yes.                                   09:51:50
14          Q.     And do you have an understanding       09:51:51
15    of what that period of time was?                   09:51:52
16          A.     Wickr allows you -- or as I            09:51:54
17    remember it, it allowed you to change those        09:51:55
18    settings.  But I think for the most part           09:51:59
19    everybody was like five or six days, something    09:52:01
20    to that effect.                                     09:52:05
21          Q.     And when would you use Wickr as        09:52:07
22    opposed to, let's say, email?                      09:52:10
23          A.     I think Wickr was kind of our          09:52:13
24    preferred method of communicating.  So --          09:52:21
25          Q.     And do you have any understanding      09:52:24
```

Page 91

```
 1   of why Wickr was the preferred method?          09:52:27

 2        A.    Essentially -- you mentioned the     09:52:32

 3   ephemerality, but Wickr is also encrypted        09:52:34

 4   end-to-end communications.  So there's no        09:52:37

 5   chance of whatever you're discussing being       09:52:40

 6   intercepted by someone else.                     09:52:43

 7        Q.    So is it your understanding that      09:52:48

 8   the main reasons for using Wickr were the        09:52:49

 9   security and the ephemerality of the             09:52:52

10   communication?                                   09:52:56

11        A.    Right, to protect our discussions.   09:52:57

12        Q.    So it was routine during the          09:53:02

13   course of your work to use Wickr to communicate  09:53:04

14   with others at the company; is that fair?        09:53:07

15        A.    Yes.  Well, within Threat Ops,        09:53:10

16   yes.                                             09:53:12

17        Q.    And -- and do you have an             09:53:12

18   understanding that others within Threat Ops      09:53:14

19   also preferred and routinely used Wickr to       09:53:16

20   communicate with each other?                     09:53:19

21        A.    Yes, that was my understanding.       09:53:20

22        Q.    What about outside of Threat Ops?     09:53:22

23   Did -- do you have an understanding of whether   09:53:24

24   others used Wickr?                               09:53:26

25        A.    My use of Wickr was pretty much my    09:53:28
```

Page 93

```
1        A.      I did not.                     09:54:39

2        Q.      Are you aware of others who did?  09:54:40

3        A.      I believe Mr. Gicinto did, but I'm  09:54:43

4   not certain.                                 09:54:45

5        Q.      Was Wickr discussed during any of  09:54:52

6   the meetings that you had with the ATG group in  09:54:54

7   Pittsburgh?                                  09:54:59

8        A.      No.  No, it was not.            09:55:00

9        Q.      Were there meetings happening as  09:55:02

10  far as you know with ATG group while you were  09:55:03

11  there that you were not involved in?          09:55:06

12       A.      While I was where?  In Pittsburgh?  09:55:09

13       Q.      In Pittsburgh.                  09:55:10

14       A.      Not that I'm aware of.          09:55:12

15       Q.      Other than using Wickr, have you  09:55:16

16  used other forms of ephemeral communications  09:55:23

17  while you've been at Uber to conduct Uber     09:55:25

18  business?                                    09:55:28

19       A.      Yes.  The ephemeral HipChat and  09:55:29

20  UChat are Uber-wide ephemeral platforms.      09:55:32

21       Q.      Did UChat replace HipChat?      09:55:40

22       A.      Yes, it did.                    09:55:42

23       Q.      Is UChat used at the company now?  09:55:44

24       A.      I believe it is.  Yes, it is.   09:55:47

25  Yeah, it is.                                 09:55:49
```

Page 95

```
 1          Q.     Did he explain that it was          09:57:12
 2   preferable to use telephone calls or              09:57:14
 3   in-conference meetings because there wouldn't     09:57:20
 4   be a record of what was discussed during such     09:57:22
 5   meetings or phone calls?                           09:57:24
 6          A.     That was not my understanding of    09:57:25
 7   his explanation, no.                               09:57:27
 8          Q.     Did he explain that it was          09:57:31
 9   preferable to use Wickr because there would not   09:57:32
10   be a record of communications that were had on    09:57:34
11   that platform?                                     09:57:37
12          A.     No, that was not my understanding.  09:57:40
13          Q.     Okay.                                09:57:40
14                 But you understood that was the     09:57:42
15   effect of using Wickr?                             09:57:43
16          A.     Yes.  Yeah.  Yeah.  And that was    09:57:45
17   desirable from the perspective of protecting      09:57:47
18   information.                                       09:57:50
19          Q.     Could documents be exchanged using  09:57:50
20   Wickr?                                             09:58:05
21          A.     As I recall, they could not be      09:58:06
22   exchanged, but you could attach a document.       09:58:10
23   For example, I could attach a document send it    09:58:13
24   to you, you could read the document, but that     09:58:16
25   would be it.                                       09:58:19
```

Page 101

```
 1      were not preserved; correct?                    10:02:48

 2           A.    Correct.                             10:02:50

 3                 MS. CHANG:  Objection, vague and     10:02:50

 4           ambiguous as to time period.              10:02:51

 5                 MR. UMHOFER:  And lack of            10:02:53

 6           foundation.                                10:02:54

 7      BY MR. KAPGAN:                                  10:02:54

 8           Q.    And am I correct in assuming that    10:03:04

 9      after you were put on a legal hold, you         10:03:06

10      continued to have communications on Wickr?      10:03:08

11           A.    Yes.                                 10:03:14

12           Q.    And as far as you're aware, other    10:03:14

13      people within Threat Ops continued to           10:03:18

14      communicate on Wickr as well?                   10:03:20

15           A.    Yes.                                 10:03:20

16           Q.    And so if I wanted to try to find    10:03:32

17      out or you wanted to try to find out about      10:03:34

18      prior communications that you had on Wickr, you 10:03:39

19      wouldn't be able to access those at this point; 10:03:41

20      right?                                          10:03:44

21           A.    No.                                  10:03:44

22           Q.    Yes or no, were you given any        10:03:54

23      instruction about using or not using Wickr      10:03:57

24      after you were put on a legal hold?             10:04:03

25           A.    I'm not sure that's a yes-or-no      10:04:11
```

Page 102

```
 1    question.  But the legal hold I received, as I      10:04:12

 2    recall, stated we could not discuss Ric Jacobs      10:04:17

 3    or those matters pending via Wickr.  It did not     10:04:20

 4    say we couldn't continue our other business via     10:04:24

 5    Wickr.                                              10:04:27

 6              MS. CHANG:  I'm allowing the              10:04:27

 7         witness to answer this line of                10:04:28

 8         questioning pursuant to the 502               10:04:30

 9         stipulation that the parties have in          10:04:33

10         place relating to this issue.                 10:04:35

11    BY MR. KAPGAN:                                      10:04:35

12         Q.    After you received that legal           10:04:48

13    hold, did you, in fact, discuss any of the         10:04:49

14    issues raised in the Ric Jacobs attorney letter    10:04:55

15    or any other matters about Ric Jacobs via          10:04:59

16    Wickr?                                              10:05:03

17         A.    No.                                     10:05:03

18         Q.    Are you aware of anyone else who        10:05:04

19    did?                                               10:05:05

20         A.    No, I'm not aware.                      10:05:06

21         Q.    During the course of your time at       10:05:06

22    Uber, have you ever discussed Waymo or Google      10:05:15

23    with other folks at Uber via Wickr?                10:05:19

24         A.    I'm sure I have, yes.                   10:05:27

25         Q.    Can you give me the context?            10:05:29
```

Page 105

| | | |
|---|---|---|
| 1 | Q.      In other words, you're not aware | 10:08:41 |
| 2 | of anyone at Uber using ephemeral | 10:08:43 |
| 3 | communications for the purpose of destroying | 10:08:45 |
| 4 | evidence of any sort? | 10:08:49 |
| 5 | A.      Correct.  For the purpose of | 10:08:51 |
| 6 | destroying evidence or the other thing you | 10:08:53 |
| 7 | said, evading discovery, no, I'm not aware of | 10:08:55 |
| 8 | anyone who has done that. | 10:08:58 |
| 9 | Q.      You never had any conversations | 10:09:12 |
| 10 | with Mr. Gicinto or Mr. Clark on that subject? | 10:09:14 |
| 11 | A.      On what subject? | 10:09:17 |
| 12 | Q.      On the subject of using Wickr, as | 10:09:18 |
| 13 | an example, to prevent discovery of certain | 10:09:23 |
| 14 | information in litigation. | 10:09:27 |
| 15 | A.      No. | 10:09:27 |
| 16 | Q.      You said that you had some | 10:09:45 |
| 17 | projects that you worked on with Mr. Jacobs; is | 10:09:46 |
| 18 | that right? | 10:09:46 |
| 19 | A.      No, I did not say that. | 10:09:50 |
| 20 | Q.      Okay. | 10:09:51 |
| 21 | Can you remind me again, what was | 10:10:00 |
| 22 | your interaction with Mr. Jacobs?  What did | 10:10:02 |
| 23 | that consist of? | 10:10:04 |
| 24 | A.      I met him a handful of times when | 10:10:07 |
| 25 | I came out to San Francisco, a couple of times | 10:10:08 |

Page 106

```
 1     in the office.  There were a couple of team      10:10:11
 2     dinners.                                          10:10:17
 3          Q.     During the course of his              10:10:19
 4     employment at Uber, did you ever become aware     10:10:21
 5     of any objections that Mr. Jacobs made to any     10:10:25
 6     practices taking place at Uber?                   10:10:29
 7          A.     No.  No, I'm not aware of him         10:10:30
 8     making any objections.                            10:10:33
 9          Q.     Did you discuss with Mr. Gicinto      10:10:37
10     at any time the objections or allegations that    10:10:40
11     Mr. Jacobs made in his attorney letter to Uber?   10:10:46
12          A.     No.  I did not see the letter and     10:10:50
13     nobody discussed it with me.                      10:10:54
14          Q.     Okay.                                 10:10:56
15                 So in terms of the allegations in     10:11:00
16     Mr. Jacobs' letter, other than with your          10:11:01
17     attorneys, you haven't actually discussed those   10:11:06
18     allegations with anyone at Uber; is that right?   10:11:07
19          A.     At Uber?                              10:11:10
20          Q.     Yeah.                                 10:11:11
21          A.     No.  There was an internal            10:11:12
22     investigation conducted by Wilmer Hale.  They     10:11:13
23     asked a series of questions.                      10:11:16
24                 MS. CHANG:  I would like to           10:11:19
25          interject here.  I would like to caution     10:11:20
```

Page 109

| | | | |
|---|---|---|---|
| 1 | A. | Misattributable devices, yes. | 10:13:33 |
| 2 | Q. | Okay. | 10:13:34 |
| 3 | | What are misattributable devices? | 10:13:36 |
| 4 | A. | Those are devices that don't tie | 10:13:38 |
| 5 | directly back to you as a user. | | 10:13:40 |
| 6 | Q. | Have you sometimes heard those | 10:13:46 |
| 7 | referred to as nonattributable devices? | | 10:13:48 |
| 8 | A. | Yes. | 10:13:50 |
| 9 | Q. | Same thing, as far as you know? | 10:13:51 |
| 10 | A. | As far as I know, there is nothing | 10:13:54 |
| 11 | as a nonattributable device.  It's going to | | 10:13:58 |
| 12 | attribute to something. | | 10:14:01 |
| 13 | Q. | Did Uber purchase misattributable | 10:14:03 |
| 14 | devices? | | 10:14:06 |
| 15 | A. | Yes. | 10:14:07 |
| 16 | Q. | For what purpose? | 10:14:08 |
| 17 | A. | Two purposes:  We had -- whenever | 10:14:12 |
| 18 | research was being done into a hostile actor, | | 10:14:18 |
| 19 | particularly overseas, you would use a | | 10:14:22 |
| 20 | misattributable device for that. | | 10:14:26 |
| 21 | | We also had a -- a system set up | 10:14:28 |
| 22 | to protect our most sensitive information.  So | | 10:14:31 |
| 23 | we would use the misattributable device to log | | 10:14:34 |
| 24 | into that. | | 10:14:37 |
| 25 | Q. | What kind of sensitive information | 10:14:43 |

Page 114

```
 1          Q.      These were laptops?                10:18:43

 2          A.      Yes.                               10:18:43

 3          Q.      What was your understanding as to  10:18:50

 4    why the SSG reports were being stored on the     10:18:51

 5    Nextcloud system that was not Uber's primary      10:18:55

 6    system?                                          10:18:59

 7          A.      Security.                          10:19:00

 8          Q.      Was there a belief that Uber's own 10:19:02

 9    systems were not secure enough?                  10:19:05

10                  MR. UMHOFER:   Objection, calls for 10:19:08

11          speculation.                               10:19:08

12    BY MR. KAPGAN:                                   10:19:10

13          Q.      Do you understand it?              10:19:10

14          A.      It was -- the -- being hacked was  10:19:12

15    a concern, yes.                                  10:19:14

16          Q.      What was your understanding, if    10:19:14

17    you had any, as to why these SSG reports were    10:19:36

18    deemed to be the kind of information that        10:19:40

19    should be on Nextcloud's system as opposed to    10:19:43

20    any other information that Uber had?             10:19:47

21          A.      Say that again.                    10:19:51

22          Q.      Sure.                              10:19:52

23                  As I understand it, your           10:19:54

24    understanding is that the only type of           10:19:55

25    information that was stored on these -- on this  10:19:59
```

Page 115

```
 1    Nextcloud system were these SSG reports;        10:20:03
 2    correct?                                         10:20:06
 3          A.     Yes.                                10:20:06
 4          Q.     Do you have any understanding of    10:20:07
 5    why there was no other information of Uber that  10:20:08
 6    was stored on Nextcloud systems, given the       10:20:13
 7    concern for hacking?                             10:20:17
 8          A.     I -- I don't know why.  I know it   10:20:18
 9    was set up to protect our information.           10:20:21
10          Q.     Do you have an understanding of     10:20:23
11    who knew about the Nextcloud system?             10:20:25
12          A.     Well, obviously all those of us     10:20:32
13    who used it.  Mat Henley, Craig Clark, Joe       10:20:34
14    Sullivan.  I imagine there's a few others.       10:20:40
15          Q.     How many different people used the  10:20:45
16    system?                                          10:20:47
17          A.     Let's see.  Seven or eight or so.   10:20:50
18          Q.     These were all folks who were in    10:21:01
19    the SSG group?                                   10:21:03
20          A.     Or Threat Ops.                      10:21:04
21          Q.     Can you tell me who you believe     10:21:07
22    those folks were?                                10:21:08
23          A.     Myself, Nick Gicinto, Jake Nocon,   10:21:10
24    Anna Chung, Mat Henley, Susan Chiang.  I'm not   10:21:15
25    sure if there were others, but I think           10:21:24
```

Page 116

```
 1    that's -- that might be it.                 10:21:25
 2         Q.    Do you know when that system was  10:21:29
 3    first created, the Nextcloud system?        10:21:30
 4         A.    I want to say January of this     10:21:35
 5    year, 2017.                                 10:21:36
 6         Q.    Does it still exist?             10:21:38
 7         A.    No.                              10:21:38
 8         Q.    Why not?                         10:21:45
 9         A.    The decision was made to take it 10:21:45
10    down because it was very expensive, too clunky, 10:21:47
11    not -- it was secure, but it was not very user 10:21:51
12    friendly.  So --                           10:21:56
13         Q.    So what happened to the reports  10:21:58
14    that -- that were stored on there?          10:21:59
15         A.    Nick pulled all those down off the 10:22:00
16    cloud.  He has those.                       10:22:03
17         Q.    Were they put on Uber's main      10:22:04
18    systems?                                    10:22:07
19         A.    I do not know.  I don't believe   10:22:07
20    so, but I do not know.                      10:22:09
21         Q.    Do you have any understanding of  10:22:10
22    why those reports were not put on Uber's main 10:22:12
23    system?                                     10:22:14
24         A.    No, I don't know.                10:22:16
25         Q.    Do you know when the decision was 10:22:22
```

Page 118

```
 1          Q.      Do you have an understanding that    10:23:38
 2    Dropbox was deemed to be not sufficiently          10:23:40
 3    secure and that was the reason for transferring    10:23:43
 4    to Nextcloud?                                       10:23:46
 5          A.      The Nextcloud system was              10:23:49
 6    contracted and put in place to have a more          10:23:52
 7    secure system.  So yes.                             10:23:54
 8          Q.      Was that the primary reason of --     10:23:57
 9    of moving to Nextcloud?                             10:23:59
10          A.      Yes.  Yeah.                           10:24:01
11          Q.      Do you have an understanding that     10:24:08
12    the SSG reports were removed from Dropbox           10:24:09
13    during that transition period?                      10:24:11
14          A.      Yes.                                  10:24:11
15          Q.      Were there any other systems other    10:24:23
16    than Dropbox and Nextcloud that you're aware of     10:24:25
17    that were used to store sensitive Uber             10:24:27
18    information?                                        10:24:30
19          A.      No.                                   10:24:30
20          Q.      The SSG reports that were stored      10:24:44
21    on Dropbox and then Nextcloud, can you tell me      10:24:46
22    the kinds of reports that were stored there?        10:24:51
23          A.      Sure.  Some were research and         10:24:56
24    assessments on competitors.  Some were reports      10:25:00
25    about situations in foreign countries that         10:25:03
```

Page 119

```
 1    beared on Uber's operations there.                10:25:07

 2         Q.     Any other types of reports?           10:25:11

 3         A.     Probably, but, I mean,                10:25:18

 4    specifically I can't think of.  Those are         10:25:19

 5    the -- the two primary types we would write.      10:25:21

 6         Q.     Were any of these reports, to your    10:25:23

 7    knowledge, ever sent to individuals outside of    10:25:31

 8    Threat Ops team?                                  10:25:35

 9         A.     I don't know.                         10:25:44

10         Q.     Do you know if there was any          10:25:45

11    policy that -- in place that, written or          10:25:46

12    unwritten, that such reports, given the           10:25:50

13    sensitive nature and the fact that they existed   10:25:52

14    on this non-Uber system, should not be sent to    10:25:56

15    folks outside of the Threat Ops team?             10:25:59

16         A.     I don't know of any policy.  I        10:26:03

17    mean, if the report was prepared at the           10:26:05

18    direction of a customer or, you know, had value   10:26:12

19    to somebody, I'm certain it was showed to them.   10:26:14

20         Q.     When you say "customer," you're       10:26:22

21    referring to internal Uber folks or someone       10:26:23

22    else?                                             10:26:25

23         A.     Internal Uber, yes.                   10:26:26

24         Q.     Do you have any understanding of      10:26:33

25    how many different reports were contained on      10:26:35
```

Page 125

```
 1    Uber procurement purchase, then it's an -- it's      10:31:40
 2    obviously and clearly an Uber laptop.  So by --      10:31:44
 3    by going outside to a contractor and purchasing      10:31:48
 4    that way, it -- basically that's part of what        10:31:50
 5    makes it misattributable.                            10:31:53
 6         Q.    You're saying that if Uber itself         10:31:55
 7    purchased a laptop, that others who are viewing      10:31:58
 8    that laptop, accessing, for example, a computer      10:32:04
 9    system on the Internet would be able to figure       10:32:07
10    out that that laptop came from Uber?  Is that        10:32:09
11    the idea?                                            10:32:13
12         A.    I think so.  Again, now you're            10:32:14
13    getting into the technical stuff that I really       10:32:15
14    can't speak to.                                      10:32:18
15         Q.    Aside from laptop computers, what         10:32:25
16    other kinds of misattributable devices are you      10:32:27
17    aware of that were purchased by Uber?                10:32:29
18         A.    The MiFi is to connect to the             10:32:31
19    Internet.                                            10:32:35
20         Q.    Any -- any other devices?                 10:32:43
21         A.    Not to my knowledge.                      10:32:44
22         Q.    Did I understand correctly that to        10:32:45
23    access the Nextcloud system, folks at Uber           10:32:54
24    exclusively used misattributable devices?            10:32:57
25         A.    Yes.                                       10:33:03
```

Page 132

```
 1              I caution the witness not to         10:40:23
 2         disclose the substance of any privileged  10:40:24
 3         communication.                            10:40:26
 4         A.    If you're asking me, did the        10:40:28
 5    misattributable devices exist to avoid         10:40:31
 6    discovery, then the answer is no.              10:40:34
 7         Q.    No.  My question was just, did you  10:40:37
 8    have any understanding that use of             10:40:40
 9    misattributable or nonattributable devices,   10:40:45
10    that activities with respect to those -- that 10:40:48
11    use would not be subject to legal discovery?  10:40:52
12              MR. UMHOFER:  Objection, vague and   10:40:55
13         ambiguous, calls for speculation.         10:40:56
14         A.    Yeah, I -- if I understand the      10:41:00
15    question, was this -- were these used to avoid 10:41:02
16    legal discovery, then the answer is no.        10:41:07
17         Q.    Did you have any understanding      10:41:09
18    that one effect of using such devices would be 10:41:10
19    to avoid discovery?                            10:41:13
20         A.    No, I had no such understanding.    10:41:15
21         Q.    Do you have any understanding of    10:41:28
22    whether any of the information that was        10:41:29
23    uploaded to Dropbox or Nextcloud as part of   10:41:31
24    this alternative system, that any of that      10:41:35
25    information was ever destroyed or deleted?     10:41:38
```

Page 135

```
 1    or the other about those allegations?              10:44:13
 2         A.    I have no knowledge about those        10:44:15
 3    allegations.                                      10:44:17
 4         Q.    There are also allegations by          10:44:21
 5    Mr. Jacobs that the Marketplace Analytics team    10:44:23
 6    used certain tactics to obtain trade secrets      10:44:26
 7    from third parties.  Do you have any knowledge    10:44:29
 8    about that?                                       10:44:32
 9         A.    I do not.                              10:44:35
10         Q.    Did you ever witness anyone at         10:44:36
11    Uber obtain confidential information or trade     10:44:38
12    secrets from a third party?                       10:44:40
13         A.    No.                                    10:44:40
14         Q.    There are some allegations about       10:45:00
15    you in the letter, which I'm sure you're          10:45:01
16    familiar -- familiar with.                        10:45:03
17         A.    Yes.                                   10:45:04
18         Q.    It -- one of those allegations is      10:45:06
19    that you were actively engaged in human           10:45:09
20    intelligence and identifying market penetration  10:45:14
21    opportunities for Uber in the ████████            10:45:16
22    market specifically.                              10:45:20
23               Is that a fair -- is that             10:45:21
24    allegation true?                                  10:45:22
25         A.    The allegation is not true.            10:45:24
```

Page 137

```
 1            A.     You would have to ask Mr. Jacobs    10:46:03

 2    because I do not.                                  10:46:05

 3            Q.     He also stated that part of your    10:46:08

 4    role was to enable competitive intelligence and   10:46:10

 5    the theft of trade secrets by developing          10:46:13

 6    sources within competitor organizations.          10:46:16

 7    That's what you just mentioned as human           10:46:17

 8    intelligence.                                      10:46:20

 9            A.     Yes.                                10:46:20

10            Q.     I take it you deny that             10:46:20

11    allegation?                                        10:46:22

12            A.     You take that correctly.  I        10:46:22

13    absolutely deny that allegation.                   10:46:24

14            Q.     Did you ever have an opportunity    10:46:25

15    to vet insiders at competitor organizations?      10:46:27

16            A.     No.                                 10:46:27

17            Q.     Prior to you learning about the     10:46:45

18    Jacobs allegations, did you ever hear the         10:46:47

19    allegation that Uber stole trade secrets from     10:46:53

20    Waymo?                                             10:46:56

21            A.     Say that again.  Prior to the       10:46:58

22    Jacobs letter?                                     10:46:59

23            Q.     Yes.                                10:46:59

24            A.     Just what was in the news when the  10:47:01

25    lawsuit, you know, became public or was filed     10:47:03
```

Page 141

| | | |
|---|---|---|
| 1 | as you know, that was responsible for doing the | 10:50:17 |
| 2 | things that SSG was doing prior to the time | 10:50:18 |
| 3 | that SSG was formed? | 10:50:20 |
| 4 | A.     Not to my knowledge. | 10:50:21 |
| 5 | Q.     Now, there's an allegation by | 10:50:34 |
| 6 | Mr. Jacobs that Russo, Gicinto and Nocon | 10:50:36 |
| 7 | traveled to Pittsburgh and educated the team on | 10:50:40 |
| 8 | using ephemeral communications, nonattributable | 10:50:42 |
| 9 | devices and false attorney-client privilege | 10:50:45 |
| 10 | designations. | 10:50:49 |
| 11 | Do you generally recall that? | 10:50:50 |
| 12 | A.     I recall his allegation, yes. | 10:50:53 |
| 13 | Q.     True or not true? | 10:50:56 |
| 14 | A.     Not true. | 10:50:57 |
| 15 | Q.     None of that happened; is that | 10:51:04 |
| 16 | right? | 10:51:04 |
| 17 | A.     Mr. Gicinto and I traveled to | 10:51:04 |
| 18 | Pittsburgh, Mr. Nocon and I traveled to | 10:51:04 |
| 19 | Pittsburgh, Mr. Gicinto and I traveled to | 10:51:06 |
| 20 | Pittsburgh again.  Yes, that's true.  We never | 10:51:08 |
| 21 | discussed using ephemeral communications or | 10:51:11 |
| 22 | misattribute devices with anybody there.  That | 10:51:16 |
| 23 | was not the purpose of the trip.  Never | 10:51:18 |
| 24 | happened. | 10:51:20 |
| 25 | Q.     And you didn't discuss | 10:51:20 |

Page 142

| | | |
|---|---|---|
| 1 | attorney-client privileged designations; right? | 10:51:23 |
| 2 | A.    Did not discuss attorney-client -- | 10:51:23 |
| 3 | [Reporter clarification.] | 10:51:23 |
| 4 | Q.    You didn't discuss attorney-client | 10:51:23 |
| 5 | privileged designations; right? | 10:51:23 |
| 6 | A.    Correct, I did not discuss | 10:51:26 |
| 7 | attorney-client privileged designations. | 10:51:28 |
| 8 | MS. CHANG:  Counsel, when you're | 10:51:30 |
| 9 | at a good stopping point.  We've been | 10:51:39 |
| 10 | going over an hour. | 10:51:41 |
| 11 | MR. KAPGAN:  Let's do it. | 10:51:42 |
| 12 | THE VIDEOGRAPHER:  We're going off | 10:51:43 |
| 13 | the record.  The time is 10:52 a.m. | 10:51:44 |
| 14 | [Recess at 10:52 a.m.] | 10:52:24 |
| 15 | [Resuming at 11:05 a.m.] | 10:52:28 |
| 16 | THE VIDEOGRAPHER:  We are back on | 11:04:56 |
| 17 | the record.  The time is 11:05 a.m. | 11:04:58 |
| 18 | EXAMINATION CONTINUING | 11:04:58 |
| 19 | BY MR. KAPGAN: | 11:04:58 |
| 20 | Q.    We talked a little earlier, | 11:05:01 |
| 21 | Mr. Russo, about human intelligence activities, | 11:05:02 |
| 22 | which I understood to mean trying to gather | 11:05:06 |
| 23 | trade secrets and confidential information from | 11:05:09 |
| 24 | folks employed by third-party competitors as an | 11:05:14 |
| 25 | example; correct? | 11:05:16 |

Page 143

```
 1          A.       Yes, that was discussed.          11:05:21
 2          Q.       Are you aware of anyone at Uber   11:05:22
 3     ever doing that?                                11:05:24
 4          A.       Doing what?                        11:05:26
 5          Q.       Those kinds of human              11:05:27
 6     intelligence-gathering activities.              11:05:29
 7          A.       No.                                11:05:39
 8          Q.       Mr. Jacobs in his attorney's      11:05:43
 9     letter refers to some surveillance activities   11:05:46
10     with respect to ███.                            11:05:50
11                   Do you remember that?              11:05:51
12          A.       I remember him referring to that   11:05:53
13     in his letter, yes.                              11:05:55
14          Q.       And you had mentioned earlier in   11:05:56
15     the deposition today that you understood that   11:05:58
16     there was some surveillance happening with      11:06:01
17     respect to ███; is that right?                  11:06:03
18          A.       Yes.  Prior to my being hired,    11:06:05
19     yes.                                            11:06:06
20          Q.       Okay.                              11:06:07
21                   And what is it that -- what do you 11:06:11
22     know, based on talking to others at Uber,       11:06:14
23     happened with respect to the surveillance       11:06:17
24     activities that Uber conducted with respect to  11:06:19
25     ███?                                            11:06:22
```

Page 148

```
 1          Q.      Have you been involved -- I think      11:10:57

 2   you mentioned that you were involved in doing         11:10:57

 3   research about ████?                                  11:10:59

 4          A.      Yes.                                    11:10:59

 5          Q.      It's a competitor in ████; right?      11:11:02

 6          A.      Correct.  A ridesharing company        11:11:05

 7   there.                                                 11:11:07

 8          Q.      Are you aware of any confidential      11:11:19

 9   information or trade secrets of ████ that             11:11:26

10   anyone at Uber has obtained?                           11:11:29

11          A.      Confidential information or trade      11:11:39

12   secrets?  No.                                          11:11:39

13          Q.      I take it there's other kinds of       11:11:43

14   information that individuals at Uber have              11:11:45

15   obtained from ████                                     11:11:46

16          A.      Yes, there is.                          11:11:50

17          Q.      Can you give me some examples?         11:11:50

18          A.      It's a very competitive market         11:11:53

19   there.  It's a very competitive market.  Part         11:11:55

20   of the competition is for drivers, to have            11:11:58

21   drivers on your platform.                              11:12:01

22               So ████ made it a requirement that        11:12:02

23   if you're going to drive for them, you have to        11:12:10

24   provide ████ -- and you're also an Uber driver,       11:12:12

25   you have to provide ████ your Uber credentials        11:12:16
```

Page 181

```
 1    forth but that our engineering teams didn't        11:52:08
 2    have the resources to be able to build that.       11:52:11
 3         Q.    Did -- as far as you know, did          11:52:14
 4    Mr. Gicinto think it was a good idea to create     11:52:17
 5    such a database?                                   11:52:20
 6         A.    Yeah, I don't believe he objected       11:52:21
 7    to it.                                             11:52:23
 8         Q.    So the reason as far as you're          11:52:28
 9    aware that Mr. Jacobs' proposal to create this     11:52:30
10    kind of intelligence database did not proceed      11:52:34
11    was simply because there weren't sufficient        11:52:37
12    internal resources at Uber to make it happen?      11:52:42
13         A.    That was my understanding, yes.         11:52:46
14         Q.    Did you have an understanding that      11:52:48
15    the proposal would include taking the              11:52:51
16    information that resided on the Nextcloud          11:52:57
17    system and putting that onto some kind of          11:53:02
18    centralized repository maintained by Uber?         11:53:04
19         A.    I -- I don't know whether that was      11:53:07
20    going to be the result of that as well.            11:53:08
21         Q.    Do you know whether Mr. Jacobs          11:53:11
22    knew about the Nextcloud system?                   11:53:12
23         A.    I don't know whether he knew or         11:53:14
24    not.                                               11:53:16
25         Q.    With respect to this intelligence       11:53:34
```

Page 237

```
 1      was an update that was scheduled and that it      14:02:28
 2      had been cancelled or postponed or some such,     14:02:30
 3      so I don't remember exactly how the whole thing   14:02:33
 4      transpired.                                        14:02:35
 5           Q.      How many reports of this type do     14:02:38
 6      you recall being generated?                       14:02:40
 7           A.      After this one, probably one,         14:02:48
 8      maybe two more, but I think one more.             14:02:50
 9           Q.      Were there any before this?          14:02:53
10           A.      I believe this would be the first,   14:02:56
11      December 2016.                                     14:02:58
12           Q.      And was there a particular person    14:03:03
13      who commissioned or authorized this report?      14:03:04
14           A.      It's my understanding that           14:03:07
15      Mr. Sullivan wanted this information, yes.        14:03:09
16           Q.      And, generally, can you tell me,     14:03:15
17      what's the purpose of this document?             14:03:17
18           A.      Basically to provide a sense of      14:03:22
19      the lay of the land, as it were, regarding the   14:03:26
20      various leaders in the autonomous vehicle         14:03:30
21      field.                                             14:03:34
22           Q.      And do you know why that was         14:03:36
23      important for Mr. Sullivan or Uber to have?      14:03:39
24           A.      I do not know why.  I mean, my       14:03:43
25      assumption, of course, was that -- I mean,       14:03:45
```

Page 238

```
 1    you're in the race for groundbreaking            14:03:48

 2    technology.  You want to kind of have an          14:03:50

 3    understanding of where you are in that race as    14:03:53

 4    best you can.                                     14:03:55

 5         Q.    Did you lead the drafting of this      14:04:02

 6    document?                                         14:04:04

 7         A.    I think, yeah, that's a fair           14:04:04

 8    characterization.                                 14:04:07

 9         Q.    You had ownership over it?             14:04:07

10         A.    Uh-huh.                                14:04:09

11         Q.    Yes?  I just want to make sure         14:04:09

12    it's audible for the record.  Yes?                14:04:11

13         A.    Yes.  I'm sorry.                       14:04:14

14         Q.    All right.                             14:04:14

15               If you turn to the second page.        14:04:19

16    It says "TLDR" at the top.                        14:04:28

17         A.    Yes.                                   14:04:30

18         Q.    What does that stand for?              14:04:31

19         A.    Apparently, that's either an Uber      14:04:31

20    or Silicon Valley thing.  It means too long.  I   14:04:34

21    didn't read it.                                   14:04:36

22         Q.    And so is this basically an            14:04:37

23    executive summary of the document?                14:04:39

24         A.    Yeah, that's exactly what it is.       14:04:40

25         Q.    And then if you look at the first      14:04:42
```

Page 240

| | | | |
|---|---|---|---|
| 1 | Q. | And that was based on what? | 14:05:25 |
| 2 | A. | Based on interviews with our own | 14:05:27 |
| 3 | ATG employees as well as open-source reporting, | | 14:05:29 |
| 4 | newspaper articles and such. | | 14:05:33 |
| 5 | Q. | All right. | 14:05:38 |
| 6 | | Third bullet says: | 14:05:39 |
| 7 | | "There are indicators Turtle may | 14:05:39 |
| 8 | now be a significant threat in the AV race." | | 14:05:39 |
| 9 | | Right? | 14:05:39 |
| 10 | A. | Yes. | 14:05:45 |
| 11 | Q. | That's a reference to ▇? | 14:05:45 |
| 12 | A. | It's a reference to ▇ yes. | 14:05:46 |
| 13 | Q. | And where did you learn that? | 14:05:48 |
| 14 | A. | A combination, again, of | 14:05:49 |
| 15 | open-source, newspaper articles and what have | | 14:05:51 |
| 16 | you, and our own engineers assessed that | | 14:05:53 |
| 17 | ▇ own public pronouncements about | | 14:05:56 |
| 18 | ▇ positioning in the race, if you will, | | 14:06:00 |
| 19 | or ▇ capabilities were overblown. | | 14:06:03 |
| 20 | Q. | Next bullet: | 14:06:08 |
| 21 | | "Zebra's goal is to reinvent | 14:06:10 |
| 22 | completely the automobile"? | | 14:06:12 |
| 23 | A. | Yes. | 14:06:12 |
| 24 | Q. | That's referring to ▇? | 14:06:13 |
| 25 | A. | It is. | 14:06:14 |

Page 241

```
 1          Q.      And what did you rely on to make    14:06:15
 2     that statement?                                  14:06:18
 3          A.      Either a newspaper article or a     14:06:19
 4     tech blog or some such.                          14:06:22
 5          Q.      Last bullet says:                   14:06:26
 6                  "SSG's 2017 research will focus on  14:06:28
 7     Giraffe, Turtle, Zebra and Turtle/Chimp as well  14:06:30
 8     as competitors from Asia."                       14:06:35
 9                  Right?                               14:06:36
10          A.      Yes.                                14:06:36
11          Q.      Okay.                               14:06:36
12                  And -- and so I take it that what   14:06:39
13     was being conveyed here was that, in the         14:06:44
14     following year in 2017, this Strategic Services  14:06:47
15     Group was going to focus its research on         14:06:51
16     Google, among others --                          14:06:54
17          A.      Yes.                                14:06:54
18          Q.      -- correct?                         14:06:58
19          A.      Uh-huh.                             14:06:58
20          Q.      And who -- was there someone        14:07:02
21     responsible for directing that that be a         14:07:05
22     priority for Uber?                               14:07:09
23          A.      I'm sorry?                          14:07:13
24          Q.      That research on Google and these   14:07:14
25     other companies, that that was a priority for    14:07:16
```

Page 242

```
 1    Uber?                                            14:07:19

 2         A.    That bullet statement was            14:07:19

 3    essentially a recommendation in the executive    14:07:22

 4    summary.  The requirement was to get as good a   14:07:25

 5    handle as we could on where the various          14:07:28

 6    competitors were.                                14:07:30

 7                As you can see, there's probably     14:07:31

 8    -- at the time, anyway, there's probably coming  14:07:34

 9    up on two dozen manufacturers or tech companies  14:07:37

10    that were involved in the autonomous vehicle     14:07:40

11    race.  Obviously, limited resources.  Who do we  14:07:42

12    focus on?  Focus on the leaders in the           14:07:45

13    industry.                                        14:07:48

14                And so that last bullet statement    14:07:49

15    was more, again, a recommendation.  If           14:07:51

16    management or leadership wanted us to focus on   14:07:54

17    somebody else, we would.                         14:07:57

18         Q.    Did you come up with this             14:08:01

19    recommendation yourself, or did someone else     14:08:03

20    provide --                                       14:08:05

21         A.    I remember writing it.  I remember    14:08:06

22    Mr. Gicinto agreeing with it.                    14:08:08

23         Q.    All right.                            14:08:08

24                If you look at the next slide,       14:08:13

25    which is titled, "Baseline Research."  First     14:08:14
```

Page 243

```
 1    bullet says:                                    14:08:17

 2              "Source code, not hardware            14:08:18

 3    automotive design, is the key to success."      14:08:19

 4         A.    Right.                                14:08:23

 5         Q.    And you wrote that bullet?            14:08:23

 6         A.    I did.                                14:08:25

 7         Q.    And what was your statement based     14:08:26

 8    on?                                              14:08:29

 9         A.    Interviews with our personnel in      14:08:29

10    ATG.                                             14:08:32

11         Q.    Then the second bullet:              14:08:33

12              "All the source code necessary for    14:08:35

13    success can be compressed to 75 megabytes plus  14:08:36

14    or minus."                                       14:08:39

15              Do you see that?                       14:08:41

16         A.    I do.                                 14:08:41

17         Q.    Was that also based on your           14:08:42

18    discussions with ATG personnel?                  14:08:43

19         A.    Yes.                                  14:08:43

20         Q.    And just, in general, you don't       14:08:56

21    believe any of the statements in this            14:08:57

22    presentation are inaccurate.  Do you believe     14:08:59

23    them to be all accurate as far as you knew at    14:09:02

24    the time?                                        14:09:04

25         A.    As far as I knew at the time, yes.    14:09:04
```

Page 247

```
 1          A.     I have no understanding what        14:12:20
 2    Mr. Sullivan was thinking.                       14:12:22
 3          Q.     As far as you're aware sitting       14:12:23
 4    here today and looking at these slides, there's  14:12:25
 5    not any legal advice in these slides, is there?  14:12:27
 6          A.     No, there is not.                    14:12:30
 7          Q.     If you look at the slide marked      14:12:31
 8    939, which is the next to last slide.            14:12:35
 9          A.     Right.                               14:12:37
10          Q.     It's entitled, "Plans"?             14:12:39
11          A.     Yes.                                 14:12:42
12          Q.     And it's -- the first bullet says:  14:12:42
13                 "For 2017, SSG's priority effort    14:12:44
14    will be Giraffe."                                14:12:48
15          A.     Yes.                                 14:12:51
16          Q.     Explain to me what that means.      14:12:51
17          A.     That the bulk of our research       14:12:53
18    efforts would be tracking Giraffe's success or  14:12:55
19    efforts to improve its autonomous vehicle       14:12:58
20    program.                                         14:13:02
21          Q.     And why was it important for Uber   14:13:02
22    to track the success of Google's autonomous     14:13:04
23    vehicle program?                                 14:13:10
24          A.     Based on my understanding, because  14:13:10
25    Google was the leader in the field, and if Uber 14:13:12
```

Page 248

```
 1   was going to succeed or be the one to win the      14:13:14
 2   race, it wanted to have an understanding of how     14:13:18
 3   Giraffe was proceeding or progressing.              14:13:23
 4          Q.    Was this your recommendation, to       14:13:26
 5   prioritize effort on Google's autonomous            14:13:27
 6   vehicle program for 2017?                           14:13:30
 7          A.    I honestly don't recall.  It           14:13:36
 8   wouldn't surprise me because it makes sense,        14:13:38
 9   but I also know how it was my understanding         14:13:40
10   that it was -- that Google was of high interest     14:13:45
11   and high priority to Mr. Sullivan and ATG           14:13:47
12   folks.                                              14:13:51
13          Q.    Did Mr. Gicinto agree with your        14:13:54
14   recommendation here?                                14:13:56
15          A.    I believe he did.  It's -- it's --     14:13:57
16   that's how we presented it.                         14:14:00
17          Q.    Were you part of the -- well,          14:14:09
18   first of all, are you aware of whether there        14:14:09
19   was a presentation by Mr. Gicinto to               14:14:09
20   Mr. Sullivan about this slide deck?                 14:14:10
21          A.    I believe there was, yes.              14:14:13
22          Q.    Were you part of that?                 14:14:14
23          A.    I don't believe I was, no.             14:14:15
24          Q.    Do you know who was part of that       14:14:17
25   other than the two of them?                         14:14:18
```

Page 249

```
 1          A.     I do not.  I assume Mat Henley      14:14:20

 2     would have been part of it.                     14:14:22

 3          Q.     Did you talk to Mr. Gicinto about   14:14:23

 4     his presentation after he made it?             14:14:26

 5          A.     I assume we did.  I mean, I don't   14:14:32

 6     remember specifics, but I'm sure we did.        14:14:34

 7          Q.     As a result of the meeting that     14:14:37

 8     Mr. Gicinto had with Mr. Sullivan about this    14:14:39

 9     Exhibit 9007, were there any changes to the     14:14:51

10     priorities or recommendations that are          14:14:51

11     contained in this exhibit?                      14:14:53

12          A.     Not as I recall.                    14:14:55

13          Q.     So it was full steam ahead with     14:14:56

14     respect to the recommendations in this exhibit; 14:14:59

15     is that fair?                                    14:15:01

16          A.     Yes.                                 14:15:01

17          Q.     Did Mr. Gicinto convey to you       14:15:16

18     anything else, any details about his            14:15:16

19     conversation with Mr. Sullivan about this slide 14:15:16

20     deck?                                            14:15:19

21          A.     Not that I recall.  I mean, I       14:15:21

22     think your previous characterization's probably 14:15:23

23     pretty accurate.  At that point in time, just   14:15:26

24     continue to do the kind of research we'd been   14:15:28

25     doing.                                           14:15:30
```

Page 252

```
 1          Q.      -- the number one priority is        14:43:29
 2   listed as source code?                              14:43:31
 3          A.      Correct.                              14:43:32
 4          Q.      What does that mean?                  14:43:32
 5          A.      Just that, to get a sense from any    14:43:36
 6   of the vendors that were there, anybody that         14:43:38
 7   was presenting, anything we could learn about        14:43:41
 8   people's opinions or thoughts on the importance      14:43:48
 9   of source code, et cetera.                           14:43:50
10          Q.      Well, you already knew that source    14:43:54
11   code at this time was important to autonomous        14:43:55
12   vehicles; correct?                                   14:43:58
13          A.      Correct.                              14:43:59
14          Q.      So what specifically -- or why was    14:43:59
15   source code a priority in terms of collection?       14:44:02
16   What did that mean in terms of this document?        14:44:04
17          A.      One of the things we were             14:44:07
18   interested in is whether or not people               14:44:09
19   were -- you know, other competitors were             14:44:10
20   struggling with their source code, were they         14:44:12
21   confident in it, that kind of thing.                 14:44:14
22          Q.      How would that -- why is              14:44:17
23   that -- why was that important to Uber?              14:44:19
24          A.      Once again, give kind of a sense      14:44:21
25   of where Uber stood in the race, where other         14:44:24
```

Page 253

```
 1    competitors may stand in the race, whether      14:44:28
 2    they're confident, whether they're -- they're   14:44:29
 3    succeeding or not succeeding.                    14:44:32
 4         Q.    So other than collecting             14:44:35
 5    information at CES about whether competitors     14:44:40
 6    were struggling with their source code, what    14:44:46
 7    else with respect to source code was Uber        14:44:48
 8    trying to assess or obtain at CES 2017 with      14:44:52
 9    respect to source code?                          14:44:57
10              MR. UMHOFER:   Objection, calls for   14:45:00
11         speculation.                                14:45:01
12         A.    Just what I said.  I mean, a sense   14:45:03
13    for where other -- other competitors are in     14:45:05
14    terms of their confidence in their -- their     14:45:07
15    source code and whether it's going to lead to   14:45:10
16    success.                                         14:45:12
17         Q.    How would you obtain information     14:45:13
18    about source code that was written by           14:45:14
19    competitors at CES 2017?                        14:45:19
20         A.    To make sure I understand your      14:45:23
21    question correctly, we weren't looking to get  14:45:24
22    competitors' source code.  We were just looking 14:45:27
23    to get a sense for how confident they were in  14:45:29
24    it.  At a conference like that or a -- I mean,  14:45:31
25    it's a large-scale event.  You know, if any     14:45:35
```

Page 254

```
 1    vendors or any of the companies or competitors    14:45:40
 2    were sharing that information, we would be        14:45:43
 3    interested in it.                                 14:45:45
 4              I mean, it's one of those -- an         14:45:47
 5    event like that is a place where, obviously,      14:45:49
 6    people come together.  They talk about their      14:45:51
 7    successes.  They try to showcase that -- their    14:45:53
 8    success, et cetera.                               14:45:57
 9         Q.    So one way that you would try to       14:46:00
10    obtain information about competitors source       14:46:02
11    code was to talk to vendors or suppliers to       14:46:05
12    those competitors at CES 2017?                    14:46:08
13         A.    I don't know that vendors work on      14:46:12
14    source code.  Source code is -- you know,         14:46:14
15    that's, what do you call it, the -- internal to   14:46:17
16    a company, so --                                  14:46:20
17         Q.    So how would you get information        14:46:22
18    about source code?                                14:46:24
19         A.    Well, let's back up.  We never         14:46:27
20    did.  The idea was that, should anybody be        14:46:29
21    discussing it, we would be listening.  But in     14:46:31
22    terms of like an active effort to do it, I        14:46:36
23    mean, that didn't take place.                     14:46:40
24         Q.    Let me make sure I understand          14:46:41
25    that.  This says:                                 14:46:42
```

Page 255

| | | |
|---|---|---|
| 1 | "Number one priority for | 14:46:43 |
| 2 | collection is source code at CES 2017." | 14:46:45 |
| 3 | So what was the method that Uber | 14:46:49 |
| 4 | or your group would use to try to collect | 14:46:56 |
| 5 | information about competitors' source code? | 14:47:01 |
| 6 | A.    Again, when competitors, if they | 14:47:05 |
| 7 | were giving a presentation, if they were | 14:47:07 |
| 8 | discussing what their -- their plans or what | 14:47:09 |
| 9 | they believed their successes were going to be, | 14:47:13 |
| 10 | to listen to that. | 14:47:15 |
| 11 | I understand your question.  It | 14:47:16 |
| 12 | says, you know, number one is source code. | 14:47:18 |
| 13 | That's -- that goes back to the previous | 14:47:20 |
| 14 | analysis, correct, that everything hinges on | 14:47:22 |
| 15 | the source code.  So, again, are companies | 14:47:25 |
| 16 | comfortable with where they stand vis-à-vis | 14:47:29 |
| 17 | their source code? | 14:47:31 |
| 18 | Q.    So your intention in collecting | 14:47:33 |
| 19 | intelligence at CES 2017 with respect to source | 14:47:36 |
| 20 | code was to listen to what your competitors | 14:47:39 |
| 21 | were saying about their own source code? | 14:47:43 |
| 22 | A.    Yeah.  Back up. | 14:47:48 |
| 23 | If you -- again, intelligence, if | 14:47:50 |
| 24 | you're using that to mean protected | 14:47:52 |
| 25 | information, yeah, that's not what we were | 14:47:54 |

Page 256

```
 1    there for.  But we were there to listen to        14:47:56

 2    information, absolutely.                           14:47:58

 3         Q.    Well, whether it was confidential       14:47:59

 4    or not, I didn't limit it that way.  So let me     14:48:02

 5    just ask it again.                                 14:48:04

 6               Was it -- was it your intention in      14:48:06

 7    collecting information at CES 2017, with           14:48:08

 8    respect to competitors' source code, simply to    14:48:12

 9    attend presentations that your competitors were   14:48:17

10    giving to see if they mentioned anything about    14:48:20

11    source code?                                       14:48:22

12         A.    Just that simple.                       14:48:23

13         Q.    Okay.                                   14:48:24

14               And is it -- did -- were you            14:48:26

15    successful?  Did you hear any competitor talk     14:48:28

16    about source code at CES 2017?                     14:48:31

17         A.    No.                                     14:48:31

18         Q.    Was that a reasonable expectation       14:48:36

19    on your company's part or your group's part,      14:48:37

20    to -- to --                                        14:48:40

21         A.    Uh-huh.                                 14:48:41

22         Q.    -- expect that you would hear           14:48:42

23    about a competitor's source code directly from    14:48:44

24    the competitor?                                    14:48:46

25         A.    I would say, no, it wasn't a            14:48:47
```

Page 259

```
 1    things like that from other companies, but --      14:51:08
 2         Q.    The number one priority in terms       14:51:12
 3    of organizations was Google on the list;          14:51:14
 4    correct?                                           14:51:17
 5         A.    Yes.                                    14:51:17
 6         Q.    What information did Uber               14:51:20
 7    personnel obtain about Google at CES 2017, to     14:51:23
 8    your knowledge?                                    14:51:27
 9         A.    I don't recall us collecting           14:51:27
10    anything.                                          14:51:30
11         Q.    So in terms of the number one          14:51:31
12    priorities for collection and organizations,     14:51:33
13    it's your testimony that Uber obtained no         14:51:37
14    information at CES 2017 on those topics or        14:51:41
15    subjects; is that right?                           14:51:45
16         A.    Uh-huh, yes.                           14:51:46
17         Q.    Okay.                                   14:51:47
18               So that was a failure?                 14:51:48
19         A.    You could characterize it that        14:51:49
20    way.                                               14:51:51
21         Q.    What information with respect to       14:51:55
22    any of the other priorities for collection that  14:51:57
23    are listed here on Exhibit 9004 were obtained?   14:52:00
24         A.    I'm trying to remember the name of     14:52:10
25    the company.  There was a Korean company that    14:52:11
```

Page 265

| | | |
|---|---|---|
| 1 | Vehicle Program? | 14:58:58 |
| 2 | A.    I don't believe it did, no. | 14:58:58 |
| 3 | Q.    Did you speak to Ms. Chung about | 14:59:00 |
| 4 | this report? | 14:59:01 |
| 5 | A.    Yes, we discussed it. | 14:59:02 |
| 6 | Q.    What did you discuss? | 14:59:04 |
| 7 | A.    Basically the -- the claims of the | 14:59:14 |
| 8 | Jungsang CEO regarding his -- his product. | 14:59:16 |
| 9 | If I remember correctly, Anna | 14:59:23 |
| 10 | speculated that he was actually bragging and | 14:59:25 |
| 11 | that he didn't have -- or that Google had not | 14:59:30 |
| 12 | shown interest in his -- his LiDAR or | 14:59:33 |
| 13 | Jungsang's LiDAR. | 14:59:38 |
| 14 | If I remember correctly, her | 14:59:43 |
| 15 | assessment was that he was making that claim in | 14:59:44 |
| 16 | an effort to draw interest from investors and | 14:59:48 |
| 17 | other -- other folks. | 14:59:51 |
| 18 | Q.    Did you do any followup research | 14:59:54 |
| 19 | about this Korean company in order to verify | 14:59:59 |
| 20 | the claims that the CEO made or otherwise? | 15:00:03 |
| 21 | A.    No. | 15:00:03 |
| 22 | Q.    And this one has -- this report | 15:00:17 |
| 23 | has a -- again, a label created at the | 15:00:19 |
| 24 | direction of legal? | 15:00:22 |
| 25 | A.    Right. | 15:00:23 |

```
 1    competitors' plans, intentions and          15:15:51

 2    capabilities."                              15:15:53

 3              Do you see that?                  15:15:54

 4       A.    I do.                              15:15:55

 5       Q.    And what did Mr. Ron instruct you  15:15:55

 6    with respect to the supply chain members?   15:15:58

 7       A.    The -- the only thing I recall     15:16:07

 8    from that is that -- and that's worded really  15:16:12

 9    weird.                                      15:16:21

10              The only thing I recall from that 15:16:22

11    is just if we were able to identify who the 15:16:23

12    various suppliers or vendors were of certain 15:16:25

13    technology.  Again, that would, as I understood 15:16:30

14    it, help Mr. Ron, Mr. Levandowski assess what 15:16:31

15    kind of direction whichever competitor, you 15:16:36

16    know, was taking in terms of their research. 15:16:38

17       Q.    And was one of the things that you 15:16:40

18    were planning to do to speak with any supply 15:16:42

19    chain vendors of your competitors that you  15:16:47

20    could identify to see if you could get any  15:16:49

21    information about your competitors?         15:16:51

22       A.    No, I don't recall ever having     15:16:54

23    such a plan, and we never did that.         15:16:55

24       Q.    Well, this says supply chain       15:16:58

25    members are chatty and are good sources of  15:16:59
```

Page 280

```
 1          A.     Say that question again.              15:18:01

 2          Q.     Sure.                                 15:18:03

 3                 Do you have any information about     15:18:07

 4   whether anyone in your group or outside of your     15:18:11

 5   group at Uber talked to supply chain members or     15:18:14

 6   vendors of Uber's -- strike that.  Let me           15:18:21

 7   rephrase that.                                      15:18:24

 8                 Do you have any understanding or      15:18:25

 9   information about whether anyone in your group      15:18:27

10   or outside of your group at Uber spoke to           15:18:31

11   vendors or suppliers to Uber's competitors in       15:18:35

12   the autonomous vehicle space in order to gain       15:18:44

13   information about those competitors?                15:18:46

14          A.     Yeah, I have no knowledge of          15:18:50

15   anyone speaking to supply chain members or --       15:18:51

16          Q.     Okay.                                 15:18:51

17                 Did you speak to anyone on your       15:18:55

18   team about talking to supply chain members who      15:18:59

19   might be chatty or good sources of insight into     15:19:06

20   a competitor's plans?                               15:19:07

21          A.     No, I don't recall having that        15:19:09

22   conversation.                                       15:19:10

23          Q.     Okay.                                 15:19:11

24                 And as far as you know, this was a    15:19:13

25   requirement that was never actually executed or     15:19:15
```

Page 295

| | | |
|---|---|---|
| 1 | information in that deck about Uber's | 15:36:19 |
| 2 | competitors being reviewed with some of the | 15:36:22 |
| 3 | members of ATG? | 15:36:24 |
| 4 | A.    That's my recollection. | 15:36:25 |
| 5 | Q.    Let me show you previously marked | 15:36:45 |
| 6 | Exhibit 9206. | 15:36:45 |
| 7 | [Document passed to the witness.] | 15:36:46 |
| 8 | Q.    Have you seen this document | 15:37:13 |
| 9 | before? | 15:37:14 |
| 10 | A.    Yes. | 15:37:14 |
| 11 | Q.    In what context? | 15:37:16 |
| 12 | A.    As I recall, I prepared it shortly | 15:37:19 |
| 13 | after I was hired. | 15:37:24 |
| 14 | Q.    Did you give it to anyone else | 15:37:26 |
| 15 | in -- on your team? | 15:37:28 |
| 16 | A.    I submitted it to Mr. Gicinto, | 15:37:29 |
| 17 | yes. | 15:37:33 |
| 18 | Q.    Did he give you feedback? | 15:37:34 |
| 19 | A.    Yeah, I mean, he thanked me for | 15:37:36 |
| 20 | the -- the document, and then that was about | 15:37:39 |
| 21 | it.  I don't -- I don't recall us ever doing | 15:37:43 |
| 22 | anything with it. | 15:37:46 |
| 23 | Q.    This says "Draft" on each page. | 15:37:46 |
| 24 | Do you recall whether there were other versions | 15:37:48 |
| 25 | of this document? | 15:37:50 |

Page 296

```
 1        A.      As I recall, this was the only,        15:37:51
 2   the only one I prepared, and that's why it says     15:37:54
 3   draft because it never -- never went any            15:37:57
 4   further.                                            15:37:59
 5        Q.      Did Mr. Gicinto ask you to prepare      15:37:59
 6   this?                                               15:38:03
 7        A.      Yes.                                    15:38:03
 8        Q.      And where did the information in        15:38:03
 9   this document come from?                            15:38:06
10        A.      Everything in this document would       15:38:10
11   have come from -- I'd have to read the -- the       15:38:12
12   whole thing.                                        15:38:15
13        Q.      Well, let me ask a different            15:38:28
14   question.                                           15:38:30
15        A.      Yes.                                    15:38:31
16        Q.      If you look at the -- on the            15:38:32
17   second page --                                      15:38:35
18        A.      Right.                                  15:38:35
19        Q.      -- it says "Collection strategy."       15:38:36
20   And what's that intended to convey?                 15:38:37
21        A.      Collection strategy.                    15:38:48
22                [Pause.]                                15:38:48
23        A.      The whole -- it's intended to           15:39:13
24   convey just that, how we would do our research      15:39:15
25   into the various competitors.                       15:39:19
```

Page 304

```
 1        A.    Yes.                                    15:45:54

 2        Q.    And when was -- you said you wrote      15:45:55

 3   this document shortly after you joined Uber;       15:46:02

 4   correct?                                           15:46:04

 5        A.    Yes.                                    15:46:05

 6        Q.    And then how did you know that the      15:46:05

 7   number one collection objective would be to        15:46:07

 8   collect information about Google?  What led you     15:46:12

 9   to write this?                                      15:46:15

10        A.    That was conveyed to me by              15:46:16

11   Mr. Gicinto.  As I understand it, it was           15:46:18

12   conveyed to him by either Mr. Henley and/or        15:46:19

13   Mr. Sullivan.                                       15:46:22

14        Q.    And then under that heading of          15:46:23

15   Giraffe, it says:                                   15:46:26

16              "What original equipment                15:46:28

17   manufacturers (OEM)" --                            15:46:29

18        A.    Yeah.                                    15:46:29

19        Q.    -- "is Giraffe partnering with?"        15:46:31

20              Right?                                   15:46:33

21        A.    Yes.                                    15:46:33

22        Q.    Did you ever obtain any                 15:46:33

23   information about that?                             15:46:35

24        A.    No.  Beyond knowing Velodyne was        15:46:36

25   one of their suppliers, I don't recall             15:46:41
```

Page 308

1    a part in that, yeah.                              15:49:25

2         Q.    Sitting here today, you don't          15:49:27

3    recall whether you ever did that with respect     15:49:28

4    to Google or Waymo?                               15:49:30

5         A.    I honestly do not.                     15:49:31

6         Q.    It says:                               15:49:37

7              "Map the human terrain around each      15:49:38

8    of the key personalities in the AV program."      15:49:41

9         A.    Right.                                 15:49:44

10        Q.    What does that mean?                    15:49:44

11        A.    In short, if -- if you identify a       15:49:45

12   key person in a program, then who are their key    15:49:47

13   people around -- around them?  Who -- who          15:49:51

14   are -- who's their circle of folks they rely       15:49:53

15   upon?                                              15:49:56

16        Q.    Was that ever done?                     15:50:03

17        A.    No, I don't recall ever doing           15:50:05

18   that.                                              15:50:10

19        Q.    So it looks like a lot of these         15:50:11

20   collection objectives for Google were never        15:50:13

21   met.                                               15:50:16

22        A.    Correct.                                15:50:17

23        Q.    Were the collection objectives          15:50:26

24   with respect to Google modified at all or --       15:50:27

25   with respect to Waymo after the time that you      15:50:30

Page 310

```
 1           Q.     Under -- this is describing in      15:51:54
 2    more detail the collection plan; right?            15:51:57
 3           A.     Yes.                                 15:51:57
 4           Q.     And if you look at the next to       15:52:01
 5    last paragraph on that page, it says:              15:52:03
 6                  "To succeed, our collection plan     15:52:05
 7    must be both broad and deep.  It must be broad     15:52:08
 8    enough to develop streams of reporting on at       15:52:10
 9    least six different competitors."                  15:52:12
10                  Right?                               15:52:13
11           A.     Yes.                                 15:52:13
12           Q.     And then the next sentence says:     15:52:16
13                  "And the plan must be deep enough     15:52:19
14    to acquire in a timely manner meaningful           15:52:21
15    technical data and to identify legitimate          15:52:25
16    milestones on the road to AV Level 5."             15:52:28
17                  Do you see that?                     15:52:31
18           A.     I do.                                15:52:32
19           Q.     What was the technical data that     15:52:33
20    was sought that's referenced here?                 15:52:35
21           A.     When this was written, this was      15:52:38
22    purely conceptual.  Again, I'm not a technical     15:52:41
23    guy.  So conceptually it would be, you know,       15:52:45
24    that technical data that's important to the        15:52:47
25    programs.                                          15:52:52
```

Page 311

```
 1          Q.      Okay.                               15:52:55

 2                  And do you know if any such         15:52:55

 3     technical data was ultimately obtained?          15:52:56

 4          A.      No, no.                             15:52:58

 5          Q.      You don't know, or -- or is the     15:52:59

 6     answer no?                                       15:53:01

 7          A.      Well, I guess the answer is         15:53:06

 8     twofold.  I don't know, but I know I never did   15:53:07

 9     it and our team never did it.                    15:53:10

10          Q.      If you go to the next page, it      15:53:12

11     says:                                            15:53:14

12                  "Two-Pronged Collection"            15:53:16

13          A.      Yes.                                15:53:16

14          Q.      Under Prong One:                    15:53:18

15                  "Establish and Maintain the         15:53:20

16     Baseline"                                        15:53:21

17                  Right?                              15:53:22

18          A.      Uh-huh.                             15:53:23

19          Q.      And then if you look at -- number   15:53:23

20     1 says:                                          15:53:25

21                  "Open Source Research"              15:53:26

22          A.      Uh-huh, yes.                        15:53:27

23          Q.      And then number 2 says:             15:53:28

24                  "Internal Resources"                15:53:32

25                  Number 2.                           15:53:33
```

Page 313

```
 1                   And -- so you're -- what you're      15:54:40
 2      saying -- we talked about Iden earlier;           15:54:40
 3      correct?                                           15:54:43
 4           A.     Right, yep.                            15:54:43
 5           Q.     And you had said that you believed    15:54:43
 6      all of these Idens, C, D, E, F, G and H, were     15:54:45
 7      ████████ competitors?                             15:54:53
 8           A.     There were other competitors.  I      15:54:55
 9      believe the majority of them were ██████ , yes.   15:54:57
10           Q.     But what you're saying here is        15:55:00
11      that Iden I and Iden J are -- are                 15:55:01
12      identifications of the ATG group at Uber --       15:55:06
13           A.     Uh-huh.                               15:55:11
14           Q.     -- and the Otto company --            15:55:12
15           A.     Right.                                15:55:12
16           Q.     -- respectively; is that right?       15:55:14
17           A.     Yes.                                  15:55:16
18           Q.     And then it says:                     15:55:21
19                   "The purpose of these meetings       15:55:22
20      will be to gather assessment on the claims of     15:55:23
21      competitors as to their progress in the AV        15:55:25
22      race" --                                          15:55:27
23           A.     Right.                                15:55:27
24           Q.     -- "and then to identify which        15:55:27
25      specific techniques and technologies are likely  15:55:29
```

Page 314

| | | |
|---|---|---|
| 1 | to lead to success and which are red herrings." | 15:55:32 |
| 2 | Do you know if this was done? | 15:55:34 |
| 3 | A.    It was not done. | 15:55:35 |
| 4 | Q.    Do you know why? | 15:55:36 |
| 5 | A.    Yeah.  Again, this, this document | 15:55:38 |
| 6 | I prepared at Mr. Gicinto's request last year. | 15:55:41 |
| 7 | It was conceptual in nature, and most of what's | 15:55:46 |
| 8 | in here we never did.  We didn't actually make | 15:55:50 |
| 9 | any kind of concerted effort until after the | 15:55:56 |
| 10 | meeting with -- with Mr. Ron, and that's when | 15:55:58 |
| 11 | those requirements came in. | 15:56:00 |
| 12 | Q.    Do you see that after internal | 15:56:07 |
| 13 | resources, there's a little asterisk? | 15:56:09 |
| 14 | A.    Internal resources, little | 15:56:09 |
| 15 | asterisk.  Yes. | 15:56:14 |
| 16 | Q.    I'm looking at page 626. | 15:56:15 |
| 17 | A.    Yes. | 15:56:17 |
| 18 | Q.    Okay. | 15:56:17 |
| 19 | And does that asterisk refer to | 15:56:17 |
| 20 | what's on page 628, the asterisk there, the | 15:56:19 |
| 21 | note? | 15:56:23 |
| 22 | A.    Yes. | 15:56:35 |
| 23 | Q.    Okay. | 15:56:35 |
| 24 | And is what's being conveyed here | 15:56:44 |
| 25 | that when you're meeting with some of the | 15:56:47 |

Page 319

```
 1   employer?                                      16:01:45

 2        A.    We never did it, so the question    16:01:46

 3   is hypothetical.  But, of course, it would have 16:01:47

 4   mattered.                                       16:01:49

 5        Q.    Well, you were suggesting that       16:01:49

 6   that's one thing that should be done here in    16:01:51

 7   this document; right?                           16:01:53

 8        A.    That could be done, sure.            16:01:54

 9        Q.    Okay.                                16:01:54

10              And did you discuss that with        16:01:56

11   Mr. Gicinto?                                    16:01:58

12        A.    I don't recall having that           16:02:02

13   discussion with him specifically, no.           16:02:04

14        Q.    All right.                           16:02:04

15              Do you recall having a discussion    16:02:08

16   with anyone in your group?                      16:02:11

17        A.    About that?                          16:02:12

18        Q.    Yes.                                 16:02:12

19        A.    No.  Again, I prepared this          16:02:14

20   document and shared it with Mr. Gicinto.        16:02:15

21   Essentially, I mean, it never really went       16:02:19

22   anywhere.  We never ended up doing or executing 16:02:21

23   any of this.                                    16:02:25

24        Q.    Well, you executed some of it?       16:02:27

25        A.    Some of it, yes.                     16:02:28
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              C E R T I F I C A T E

 2

 3              I, PAUL J. FREDERICKSON, CA

 4    Certified Shorthand Reporter No. 13164 and

 5    WA Certified Court Reporter No. 2419, do

 6    hereby certify:

 7

 8              That prior to being examined,

 9    the witness named in the foregoing

10    deposition was by me duly sworn or affirmed

11    to testify to the truth, the whole truth and

12    nothing but the truth;

13

14              That said deposition was taken

15    down by me in shorthand at the time and

16    place therein named, and thereafter reduced

17    to print by means of computer-aided

18    transcription; and the same is a true,

19    correct and complete transcript of said

20    proceedings.

21

22              I further certify that I am not

23    interested in the outcome of the action.

24

25
```

Page 366

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              Witness my hand this 21st day

2      of December 2017.

3

4

5

6         PAUL J. FREDERICKSON, CCR, CSR

7         WA CCR 2419  CA CSR 13164

8         Expiration date:  March 31, 2018

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 367