# EXHIBIT 33

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Sent:** Tue, 21 Feb 2017 17:58:34 +0000
**Subject:** Wickr
**From:** Mat Henley
**To:** Mason Feldman
**Cc:** Quang Pham              Susan Chiang

Hey Mason,

We're rolling out a new chat system we use for Security Incident Response and we want to get Anthony and Lior on it. Do you mind going through the onboarding flow with us first so you can see the process? Since you're close to those guys, it'd be useful for you to be able to answer questions if they run into issues.

Quang (copied here) is your tech support on our rollout and can help with any issues.

Let me know if that's ok and we'll send you the onboarding invite shortly.

mat

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    UBER00338417