# EXHIBIT 72

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Rivera, Sylvia |
| **To:** | Andrea P Roberts; QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Uber-sg@LISTS.SUSMANGODFREY.COM; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com) |
| **Subject:** | RE: Waymo v. Uber Document Productions and Privilege Log |
| **Date:** | Friday, December 22, 2017 12:13:40 PM |

Andrea,

The documents Uber produced yesterday consisted of the unredacted demand letters, a handful of additional budget/finance documents that were located and deemed responsive to Waymo's RFPs, and emails that were provisionally deemed privileged and subsequently determined to be non-privileged or to warrant production with redactions.

With regard to the log of Padilla documents withheld for privilege, Uber prepared and served a log that conformed to the Court's order.

Regards,
Sylvia

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Thursday, December 21, 2017 6:48 PM
**To:** UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Uber-sg@LISTS.SUSMANGODFREY.COM; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com)
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber Document Productions and Privilege Log

- External Email -

Sylvia,

As a point of clarification on the second point in my email, we recognize that the Court did not order that Uber log everything.  But, is it Uber's position that the rest of Ms. Padilla's 1103 withheld documents did not fit within the scope of what the Court ordered Uber to do?

Thanks,
Andrea

**From:** Andrea P Roberts
**Sent:** Thursday, December 21, 2017 6:43 PM
**To:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; Uber-sg@LISTS.SUSMANGODFREY.COM; John Cooper (JCooper@fbm.com) <JCooper@fbm.com>; Matthew Cate (MCate@fbm.com) <MCate@fbm.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Waymo v. Uber Document Productions and Privilege Log

Sylvia,

Can you please explain what Uber's productions today were?  We were expecting to receive the unredacted ████████████ demand letters today, but today's productions included a lot more.  Where did they come from and why were they not produced until today?  Should we be expecting more productions today and tomorrow?

Additionally, Uber's December 13 Log of Metrics of InHouse Counsel says that there were 1103 withheld documents from Angela Padilla.  The privilege log served this evening only has 755 entries.  Can you please explain the discrepancy?

Thanks,
Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.