# EXHIBIT C

```
             UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION


WAYMO, LLC,                      )
                                 )
              Plaintiff,         )
                                 )
         vs.                     ) No. 3:17-CV-00939
                                 )
UBER TECHNOLOGIES, INC.;         )
OTTOMOTTO, LLC; and OTTO         )
TRUCKING, LLC,                   )
                                 )
              Defendants.        )
_____


       ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL
```

   The videotaped deposition of ERIC MEYHOFER, called as a witness by the Plaintiff, pursuant to notice and the Federal Rules of Civil Procedure pertaining to the taking of depositions, taken before me, the undersigned, Rebecca L. Schnur, Notary Public in and for the Commonwealth of Pennsylvania, at the offices of Reed Smith, LLP, 225 Sixth Avenue, Pittsburgh, Pennsylvania  15222, commencing at 5:22 p.m. on FRIDAY, AUGUST 18, 2017.

Job No. 2681788
Pages 1 - 55

```
 1   boss?
 2        A.    Yes.
 3        Q.    So he made the final call on whether to go to
 4   what became Fuji design.  Right?
 5              MR. HUME:  Objection.  You're arguing with
 6        the witness.
 7        A.    I did need him to agree, yes.
 8        Q.    Okay.  We talked earlier about your
 9   conversations with Mr. Levandowski.
10              Have you heard of an application called
11   Telegram?
12        A.    Yes, I have.
13        Q.    It does self-destructing messages.  Is that
14   right?
15        A.    That's correct.
16        Q.    Have you used the Telegram app to communicate
17   with Mr. Levandowski?
18        A.    Yes, I have.
19        Q.    Have you destroyed those messages?
20              MR. HUME:  Objection to the form.
21        A.    I don't destroy them.
22        Q.    They get destroyed?
23        A.    Telegram deletes everything you write on it.
24        Q.    How often do you use the Telegram app to
25   communicate with Mr. Levandowski?
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                  CERTIFICATE
 2   COMMONWEALTH OF PENNSYLVANIA    )
                                     )
 3   COUNTY OF ALLEGHENY             )
 4
 5        I, Rebecca L. Schnur, do hereby certify that
     before me, a Notary Public in and for the Commonwealth
 6   aforesaid, personally appeared ERIC MEYHOFER, who then
     was by me first duly cautioned and sworn to testify the
 7   truth, the whole truth, and nothing but the truth in
     the taking of his oral deposition in the cause
 8   aforesaid; that the testimony then given by him as
     above set forth was by me reduced to stenotype in the
 9   presence of said witness, and afterwards transcribed by
     means of computer-aided transcription.
10        I do further certify that this deposition was
     taken at the time and place in the foregoing caption
11   specified.
12        I do further certify that I am not a relative,
     counsel or attorney of either party or otherwise
13   interested in the event of this action.
14        IN WITNESS WHEREOF, I have hereunto set my hand
15   and affixed my seal of office at Pittsburgh,
16   Pennsylvania, on this 21st of August, 2017.
17
18
19
20
21
22   _____
23   Rebecca L. Schnur, RDR, Notary Public
24   In and for the Commonwealth of Pennsylvania
25   My Commission expires June 16, 2021.
```