# EXHIBIT 1

Page 169

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


WAYMO LLC,

    Plaintiff,

          vs.          Case No.

UBER TECHNOLOGIES,INC.;   17-cv-00939-WHA

OTTOMOTTO, LLC; OTTO

TRUCKING LLC,

    Defendants.

_____


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


CONTINUED VIDEOTAPED DEPOSITION OF DON BURNETTE

San Francisco, California

Friday, October 13, 2017

Volume II


REPORTED BY:

REBECCA L. ROMANO, RPR, CSR No. 12546

JOB NO. 2727778


PAGES 169 - 402

Page 329

1    Q.   You say, Hi Claire, trying to work with          02:13:32

2  Orange folks to get our planning framework on their

3  system ASAP, so I would love it if we could get

4  these accounts set up for them.

5         You knew what Orange meant, right?               02:13:41

6    A.   Yes.  That's right.

7    Q.   Orange is a code name for Uber, right?

8    A.   That's right.

9    Q.   Okay.  Now, I want to go earlier in

10  time -- and, actually, before I do that, let me        02:13:52

11  just step back.

12         Exhibit 7909, what are you talking about

13  in this email thread?

14    A.   Can I read it?

15    Q.   Sure.                                            02:14:03

16    A.   Yeah, so this was just a request for

17  certain folks at Uber to get access to our

18  repository.

19    Q.   And was someone expressing concern about

20  that?                                                  02:14:29

21    A.   Claire was, yes.

22    Q.   And what did she say?

23    A.   Would you like me to read her email?

24    Q.   Sure.

25    A.   She says, This is private IP/trade              02:14:45

Page 330

```
 1    secret.   Unless they share their code, I wouldn't       02:14:48

 2    share anything.

 3         Q.   And what was Claire's position at this

 4    time?

 5         A.   I don't know.                                   02:14:57

 6         Q.   What was her general role at Otto at this

 7    time?

 8         A.   She was leading the perception/methods

 9    passing frameworks software.

10         Q.   She worked on the software team at Otto?        02:15:16

11         A.   She worked on the software team.  That's

12    right.

13         Q.   She -- she says, when someone asked to

14    share the code with Uber, quote, This is private

15    IP/trade secret.                                          02:15:31

16              Right?

17         A.   She did say that.

18         Q.   And then you didn't disagree with that in

19    this email thread, did you?

20         A.   I did not disagree with that, no.               02:15:53

21         Q.   And sitting here today, you don't

22    disagree that the Otto motion planner is private

23    IP/trade secret, right?

24              MR. BARTLETT:  Objection.

25              THE DEPONENT:  I don't actually know what       02:16:03
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I, Rebecca L. Romano, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4    That the foregoing proceedings were taken

5  before me at the time and place herein set forth;

6  that any witnesses in the foregoing proceedings,

7  prior to testifying, were administered an oath;

8  that a record of the proceedings was made by me

9  using machine shorthand which was thereafter

10  transcribed under my direction; that the foregoing

11  transcript is true record of the testimony given.

12    Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [ ] was [X] was not requested.

16    I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or any party to this action.

19    IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21    Dated:  October 16, 2017

22

23

    _____

24    Rebecca L. Romano, RPR,

25    CSR. No 12546

Page 402