# EXHIBIT 5

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


Case No. 3:17-cv-00939-WHA
_____

WAYMO LLC,                          )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )
UBER TECHNOLOGIES, INC.;            )
OTTOMOTTO LLC;                      )
OTTO TRUCKING,                      )
                                    )
          Defendants.               )
_____)


HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

NICHOLAS GICINTO

DATE TAKEN:  DECEMBER 21, 2017




REPORTED BY:

PAUL J. FREDERICKSON, CCR, CSR

JOB NO. 2771353


Pages 1 - 338

1      chat feature.  It was not always convenient to      09:21:50

2      make a phone call.  So I would use the chat         09:21:53

3      if -- if I needed to send a quick message or if     09:21:57

4      I needed to collaborate with my colleagues or       09:22:00

5      my teammates, you know, on an issue where           09:22:03

6      multiple opinions would be useful and where         09:22:07

7      sometimes rapid communication was -- was            09:22:13

8      needed.                                             09:22:16

9            Q.      You could do a group chat feature     09:22:18

10     through Wickr; is that right?                       09:22:20

11           A.      Correct.                              09:22:21

12           Q.      Is it fair to say that the primary    09:22:22

13     benefits of using Wickr were that the               09:22:24

14     communications were ephemeral and secure or         09:22:27

15     encrypted?                                          09:22:30

16           A.      From my perspective, the primary      09:22:33

17     benefit was that the communication was secure.      09:22:38

18           Q.      Was another benefit that they         09:22:40

19     were -- that the communications were ephemeral?     09:22:41

20     So they couldn't be discovered later?               09:22:43

21           A.      I mean, it was a feature.  And        09:22:45

22     ephemerality is a feature of Wickr, yes.  It        09:22:47

23     isn't always necessarily a benefit if it's          09:22:51

24     difficult, when you're collaborating on a           09:22:54

25     project, to remember the conversation when          09:22:56

Page 34

```
 1    helpful for them -- for them to assess the        09:38:13

 2    state of the technology and how well the cars     09:38:17

 3    performed on the road as a litmus test against    09:38:19

 4    where our own vehicles were and how they          09:38:22

 5    performed.                                         09:38:24

 6         Q.    Did your group do that                 09:38:25

 7    surveillance?                                      09:38:28

 8         A.    Yes.                                    09:38:28

 9         Q.    Was that on one occasion or more       09:38:34

10    than one occasion?                                09:38:35

11         A.    Related to Waymo vehicles, one         09:38:38

12    occasion.                                          09:38:40

13         Q.    And can you tell me who went on        09:38:42

14    that trip, and how many days did it transpire     09:38:44

15    over?                                              09:38:48

16         A.    Again, approximately three to five     09:38:49

17    days.  It was from SSG, Jake Nocon, Ed Russo.     09:38:51

18         Q.    Anyone else?                           09:38:59

19         A.    Not from SSG.  Not from Uber.          09:39:00

20         Q.    Okay.                                  09:39:00

21               Were there any LAT operatives on       09:39:03

22    these trips?                                       09:39:05

23         A.    I don't know.                          09:39:08

24         Q.    As far as you know, in connection      09:39:10

25    with the Waymo -- in connection with the          09:39:11
```

Page 46

```
 1          A.    Yes.  We played it over Zoom.        09:52:47

 2          Q.    What was the feedback that you got    09:52:50

 3    from Mr. Levandowski or Mr. Ron?                  09:52:52

 4          A.    As I recall, it was rather           09:52:54

 5    uneventful.                                       09:52:57

 6          Q.    How long did that meeting last?       09:52:58

 7          A.    I don't recall.                       09:53:00

 8          Q.    Was it more than an hour?             09:53:01

 9          A.    I don't think so.                     09:53:03

10          Q.    Was there any followup with           09:53:05

11    respect to the Waymo briefing or the Waymo        09:53:07

12    surveillance after the April 13 or 14 meeting?    09:53:10

13          A.    No, there were no further requests    09:53:14

14    related to Waymo after that, that I recall.       09:53:16

15          Q.    After April 13 or 14, did you do      09:53:22

16    any surveillance of Waymo vehicles or did         09:53:26

17    anyone on your team do that?                      09:53:30

18          A.    No.                                   09:53:30

19          Q.    What's the April 7, 2017, notation    09:53:39

20    that you have here?  It says:       ██    briefing 09:53:42

21    for TK."  Can you tell me what that is?           09:53:48

22          A.    Sure.                                 09:53:52

23                After the presentation to Anthony     09:53:52

24    Levandowski on March 30 or 31 related to the      09:53:53

25    condensed ████ video, Mr. Levandowski asked       09:53:56
```

Page 58

```
 1      at the -- the email from Joe Sullivan to         10:08:02

 2      refresh my memory on that.                        10:08:08

 3          Q.     Aside from the email from Joe          10:08:09

 4      Sullivan, do you know of any reason why the       10:08:13

 5      company stopped using Wickr?                      10:08:16

 6          A.     No.                                    10:08:19

 7          Q.     Aside from doing surveillance on       10:08:20

 8      the two occasions of the ████ vehicles and        10:08:48

 9      surveillance of the Waymo vehicles on the one     10:08:52

10      occasion that you mentioned, has your group or    10:08:55

11      are you aware of anyone else at Uber doing any    10:08:59

12      surveillance of competitors' autonomous           10:09:03

13      vehicles?                                         10:09:07

14          A.     So you're asking me if anyone at       10:09:14

15      Uber or including my team did any public          10:09:18

16      observations of any other vehicles besides        10:09:21

17      ████ and Waymo?                                   10:09:26

18          Q.     Any kind of surveillance of other      10:09:28

19      vehicles, autonomous vehicles, yes, including     10:09:30

20      Waymo vehicles.                                   10:09:39

21          A.     So I am not aware of anyone in the     10:09:42

22      company doing any -- any public observations of   10:09:47

23      any competitors' vehicles with the exception of   10:09:53

24      what we've previously discussed.                  10:09:56

25          Q.     Now, you said public observations      10:10:04
```

Page 59

```
 1    of competitor vehicles.  Were there any other    10:10:07
 2    kinds of other observations that you are          10:10:10
 3    excluding from your answer with respect to        10:10:12
 4    competitor vehicles?                              10:10:16
 5         A.    No.                                     10:10:16
 6         Q.    How many folks are in the SSG           10:10:43
 7    team?  Maybe you can list them for me.            10:10:45
 8         A.    Presently?                              10:10:56
 9         Q.    Yes.                                    10:10:56
10         A.    Myself, Ed Russo, Jake Nocon,           10:11:00
11    Julie Ambrose, Shawnee Delaney, Anna Chung,       10:11:03
12    Randy Wanis and Mat VanWaes.                      10:11:12
13         Q.    And how long have you been the         10:11:32
14    lead of the group?                                10:11:32
15         A.    Since we hired Jake and Ed in          10:11:37
16    approximately July or August of 2016.            10:11:42
17         Q.    Was that when the group was            10:11:44
18    formed?                                           10:11:47
19         A.    More or less.  I was hired in          10:11:48
20    March of 2016, and there was no team.  I was     10:11:49
21    just an individual contributor.                   10:11:53
22         Q.    How did you get the job at Uber?       10:12:01
23         A.    Mat Henley hired me.                    10:12:04
24         Q.    How did Mat Henley know about you?     10:12:06
25         A.    I was referred by a mutual             10:12:09
```

Page 68

| | | |
|---|---|---|
| 1 | Q.    Yes. | 10:34:34 |
| 2 | A.    Yes, I understand. | 10:34:37 |
| 3 | Q.    Tell me what the Nextcloud system | 10:34:45 |
| 4 | is generally. | 10:34:47 |
| 5 | A.    It was a virtual storage device or | 10:34:50 |
| 6 | system which allowed SSG members and others in | 10:34:58 |
| 7 | security to collaborate on projects safely and | 10:35:09 |
| 8 | securely. | 10:35:14 |
| 9 | Q.    This was a system that was | 10:35:15 |
| 10 | separate from Uber's computer systems and | 10:35:16 |
| 11 | servers; right? | 10:35:19 |
| 12 | A.    That's correct. | 10:35:20 |
| 13 | Q.    And what was the purpose of having | 10:35:21 |
| 14 | this kind of system? | 10:35:22 |
| 15 | A.    To maximize the -- the security | 10:35:25 |
| 16 | and protection of the data. | 10:35:27 |
| 17 | Q.    Did you believe that Uber's | 10:35:30 |
| 18 | computers and systems were not secure enough? | 10:35:33 |
| 19 | A.    I think we saw after the Atlassian | 10:35:36 |
| 20 | hack and the OneLogin hack that there were | 10:35:39 |
| 21 | certainly vulnerabilities within Uber systems, | 10:35:43 |
| 22 | and we didn't what this data to be compromised | 10:35:46 |
| 23 | or vulnerable. | 10:35:51 |
| 24 | Q.    Whose idea was it to use the | 10:35:52 |
| 25 | Nextcloud system? | 10:35:56 |

Page 70

| | | | |
|---|---|---|---|
| 1 | A. | No. | 10:37:28 |

2      Q.    Okay.  Which one of them are   10:37:31

3  outside of the SSG group?   10:37:32

4      A.    Well, Mat Henley is director of   10:37:34

5  Threat Ops.  Susan Chiang was our business   10:37:37

6  operations liaison to security, reported to Joe   10:37:41

7  Sullivan.   10:37:47

8      Q.    Did anyone outside of the groups   10:37:47

9  within security have access to Nextcloud?   10:37:57

10      A.    Not that I recall, no.   10:38:01

11      Q.    Was there a system in place prior   10:38:02

12  to Nextcloud to store sensitive information   10:38:05

13  outside of Uber's computer systems?   10:38:08

14      A.    What do you mean by "system"?   10:38:11

15      Q.    Cloud service or other storage   10:38:15

16  repository?   10:38:17

17      A.    There was no formal system.  I   10:38:18

18  think the team would use Dropboxes for storage   10:38:22

19  of data.   10:38:26

20      Q.    And that was storage of sensitive   10:38:28

21  information that wasn't information that was   10:38:30

22  stored on Uber's computer systems?   10:38:33

23      A.    It -- it's possible that it was   10:38:40

24  stored on Uber's computer systems or   10:38:42

25  transferred from.  The Drop- -- the Dropbox   10:38:45

Page 71

```
 1    accounts were connected to Uber laptops.  So at    10:38:50
 2    some point that information did touch Uber          10:38:54
 3    systems.                                            10:38:58
 4         Q.     Is it your understanding that           10:38:59
 5    there was some information, sensitive               10:39:00
 6    information that was stored on Dropbox that was     10:39:04
 7    not on Uber's system?                               10:39:06
 8         A.     It was -- there is information          10:39:11
 9    that was stored on Dropbox.  Whether or not         10:39:13
10    that information wasn't also on Uber systems or     10:39:17
11    didn't touch Uber systems, it's difficult for      10:39:21
12    me to say.                                          10:39:24
13         Q.     Was the Nextcloud system               10:39:29
14    implemented because there was a view that           10:39:32
15    Dropbox wasn't secure enough?                       10:39:35
16         A.     Nextcloud was a -- was a               10:39:38
17    next-level security type of a system, yes.          10:39:41
18         Q.     What was the company that ran --        10:39:45
19    ran that system?  Were they called Nextcloud?       10:39:47
20         A.     It was the -- Nextcloud was the         10:39:50
21    platform.  It was kind of the -- this is a          10:39:51
22    nontechnical term but kind of the operating         10:39:55
23    system, for lack of a better term.  Again, I'm      10:39:58
24    not very technical.  So --                          10:40:00
25         Q.     Do you know what company ran that       10:40:04
```

Page 74

```
 1    renewal for the system, and Mat was not           10:42:11
 2    particularly happy with the system.  And what     10:42:15
 3    we also possessed at that time, which we didn't    10:42:21
 4    possess when we began the Nextcloud project,       10:42:25
 5    was the ability to transfer files securely via     10:42:29
 6    Wickr.  We had that ability at the time that he    10:42:32
 7    asked me to shut down the -- the Nextcloud         10:42:36
 8    system.                                            10:42:41
 9              We didn't have -- Wickr didn't           10:42:42
10    have that capability or functionality in the       10:42:44
11    fall of 2016.                                      10:42:47
12         Q.    What kind of information was            10:42:51
13    stored on the Nextcloud system?                    10:42:54
14         A.    SSG budgets.  SSG sort of raw           10:43:06
15    information that was collected.  Some finished     10:43:12
16    product that was disseminated to the business.    10:43:21
17    Background research.                               10:43:26
18         Q.    Anything else you can think of?         10:43:37
19         A.    I -- I think that's a -- generally      10:43:39
20    sort of covers it.                                 10:43:43
21         Q.    Generally speaking, was all of the     10:43:47
22    work product that SSG created during the time     10:43:48
23    that Nextcloud was in place stored on the          10:43:50
24    Nextcloud system?                                  10:43:54
25         A.    I'm sorry.  You have to run that        10:43:56
```

Page 75

```
1    one by me again.                              10:43:57

2         Q.    Sure.                              10:43:58

3               Generally speaking, was all of the 10:43:59

4    work product that SSG created during the time 10:44:01

5    that the Nextcloud system was in place also   10:44:03

6    stored on the Nextcloud system?              10:44:07

7         A.    Generally, I would say that's     10:44:13

8    fair.  I'm sure there were exceptions.       10:44:18

9         Q.    But as a default manner of when   10:44:19

10   you would create work product within SSG, you 10:44:23

11   would store that on the Nextcloud system as   10:44:26

12   opposed to on Uber's computer system.  Is that 10:44:29

13   fair?                                         10:44:31

14        A.    I -- I think the Nextcloud system 10:44:34

15   was more of a -- of a repository for the raw  10:44:35

16   information so that the team members could    10:44:39

17   collaborate on actually producing a product, 10:44:42

18   but that once the product was finished, that it 10:44:45

19   was transferred over to Uber's system so it   10:44:47

20   could actually be of use or value to someone. 10:44:51

21        Q.    What happened to all of the       10:44:57

22   information that was stored on Nextcloud once 10:44:58

23   you stopped using that system?               10:45:00

24        A.    Prior to -- prior to shutting it  10:45:01

25   down, it was transferred to a different media. 10:45:06
```

Page 76

| | | | |
|---|---|---|---|
| 1 | Q. | Which was what? | 10:45:08 |
| 2 | A. | Onto a thumb drive. | 10:45:09 |
| 3 | Q. | Is that in your possession? | 10:45:10 |
| 4 | A. | Yes. | 10:45:10 |
| 5 | Q. | Does anyone else have access to | 10:45:12 |

6   that thumb drive?                                    10:45:14

7        A.    Anyone who asked for it or had a       10:45:16
8   need to could have access to it.  I also            10:45:18
9   transferred all of the files from the thumb         10:45:20
10  drive onto my Uber laptop.                           10:45:23

11       Q.    Just onto the local hard drive?         10:45:25

12       A.    Correct.                                10:45:27

13             MR. UMHOFER:  How about Wilmer?          10:45:31

14             THE WITNESS:  I'm sorry.  Thank          10:45:32
15       you.                                           10:45:34

16       A.    The thumb drive and my laptop were       10:45:35
17  imaged by Wilmer Hale in late July of 2017.         10:45:38

18       Q.    Do you know whether that thumb           10:45:48
19  drive or an image of it has been given to           10:45:49
20  attorneys in this litigation?                       10:45:52

21       A.    I don't know.                           10:45:54

22       Q.    You said it cost approximately          10:45:54
23  60,000 dollars per year for the Nextcloud          10:46:03
24  system; is that right?                              10:46:04

25       A.    That was the renewal to maintain        10:46:05

Page 78

```
 1         A.     No.                              10:47:39

 2         Q.     All right.                       10:47:39

 3                What did you talk to Mat Henley   10:47:42

 4   about?                                        10:47:44

 5         A.     I asked Mat Henley whether he was 10:47:45

 6   aware of anything that Threat Ops did to      10:47:47

 7   collect competitive intelligence on Waymo or  10:47:51

 8   Project Chauffeur.                            10:47:56

 9         Q.     Okay.                            10:47:57

10                What did he tell you?            10:47:58

11         A.     He said that he was not aware of 10:47:59

12   anything and that Threat Ops, to his knowledge, 10:48:02

13   did not engage in any collection of competitive 10:48:05

14   intelligence on Waymo or Project Chauffeur.   10:48:09

15         Q.     Did he tell you anything else?   10:48:11

16         A.     He did not.  Well -- pardon me.  10:48:13

17   With the exception of he confirmed that there  10:48:20

18   was never any attempt to gather nonpublic      10:48:23

19   information, including trade secrets of Waymo  10:48:25

20   or Project Chauffeur.                         10:48:29

21         Q.     Did you ask him about whether he  10:48:45

22   had any knowledge about Mr. Levandowski's      10:48:48

23   downloading of Google confidential information? 10:48:51

24         A.     No.                              10:48:56

25         Q.     Did you ask him whether he had   10:49:03
```

```
 1     ever investigated that subject?              10:49:06

 2          A.    No.                                10:49:06

 3          Q.    You had a conversation with        10:49:25

 4     Mr. Maher as well on topic number 5?         10:49:26

 5          A.    Correct.                           10:49:30

 6          Q.    Tell me about that conversation.   10:49:30

 7          A.    I asked him whether Marketplace    10:49:33

 8     Analytics or whether Mr. Maher was aware of the 10:49:38

 9     collection of any competitive intelligence   10:49:41

10     Way- -- on Waymo or Project Chauffeur by Uber 10:49:43

11     or any person or entity acting on Uber's     10:49:46

12     behalf, including any efforts by Uber or any 10:49:50

13     person or entity acting on Uber's behalf to  10:49:54

14     gather nonpublic information including trade  10:49:56

15     secrets of Waymo or Project Chauffeur.  And he 10:49:58

16     said that he was not aware of anything and that 10:50:00

17     MA did not, to his knowledge, participate in  10:50:03

18     any such activities.                          10:50:05

19          Q.    Did you ask him about any of the   10:50:08

20     allegations related to Mr. Levandowski's theft 10:50:09

21     of Google confidential information?          10:50:14

22          A.    I did not ask him about that.      10:50:17

23          Q.    And he didn't tell you anything    10:50:24

24     about that too; is that right?               10:50:25

25          A.    He did not mention anything about  10:50:27
```

```
                                                    Page 80
 1     Mr. Levandowski.                            10:50:30

 2          Q.     Did he say anything else other  10:50:34

 3     than what you've just discussed with me?    10:50:36

 4          A.     No, sir.                         10:50:38

 5          Q.     What did you discuss with        10:50:47

 6     Mr. Meyhofer?                                10:50:48

 7          A.     I asked Mr. Meyhofer whether he  10:50:50

 8     was aware as the head of ATG if ATG had a   10:50:52

 9     competitive intelligence program and had    10:50:57

10     engaged in any collection of any competitive 10:50:59

11     intelligence on Waymo or Project Chauffeur in 10:51:02

12     line with the topic, and specifically as it  10:51:04

13     mentions any person or entity acting on Uber's 10:51:11

14     behalf to gather nonpublic information,      10:51:14

15     including trade secrets of Waymo or Project  10:51:16

16     Chauffeur.                                   10:51:18

17               His response was he was only aware 10:51:19

18     of some -- some sort of information gathering 10:51:21

19     by Joe Sullivan prior to his becoming head of 10:51:27

20     ATG, and that once he became head of ATG, he 10:51:33

21     asked Lior Ron to cease those activities.    10:51:37

22          Q.     You said there was information   10:51:56

23     gathering by Joe Sullivan prior to the time  10:51:57

24     that Mr. Meyhofer became head of ATG?        10:52:00

25          A.     Yes.   He was referencing        10:52:04
```

Page 81

```
 1    the -- the videotaping of Waymo vehicles.        10:52:05

 2         Q.    The videotaping we discussed          10:52:14

 3    earlier today?                                   10:52:16

 4         A.    Yes, sir.                             10:52:16

 5         Q.    And when did Mr. Meyhofer become      10:52:17

 6    head of ATG?                                     10:52:28

 7         A.    Approximately May of 2017.            10:52:40

 8         Q.    Was that after the surveillance of    10:52:44

 9    the Waymo vehicles that you mentioned earlier?   10:52:47

10         A.    Yes.                                  10:52:47

11         Q.    According to your -- this Exhibit     10:53:05

12    9677, and I believe your testimony earlier,      10:53:05

13    after April 13 or 14 where the Waymo briefing     10:53:09

14    was discussed, there was no further followup or  10:53:13

15    discussion of surveillance of Waymo vehicles;    10:53:16

16    correct?                                         10:53:16

17         A.    That's correct.                       10:53:19

18         Q.    So what was it that you understand    10:53:20

19    Mr. Meyhofer said to Mr. Ron about ceasing       10:53:26

20    surveillance of Waymo vehicles if at that point  10:53:31

21    there was no surveillance going on?              10:53:35

22         A.    There was one more trip to San        10:53:38

23    Francisco related to ███ that took place in      10:53:41

24    May, but there was no presentation.              10:53:45

25         Q.    When Mr. Meyhofer had become head     10:54:01
```

Page 84

| | | |
|---|---|---|
| 1 | Mr. Meyhofer mentioned Joe Sullivan in the | 10:56:21 |
| 2 | context of you asking about what's listed in | 10:56:24 |
| 3 | topic number 5; right? | 10:56:28 |
| 4 | A.    Yes. | 10:56:31 |
| 5 | Q.    So what was the context of him | 10:56:31 |
| 6 | mentioning Joe Sullivan?  That's all I'm trying | 10:56:34 |
| 7 | to find out. | 10:56:36 |
| 8 | A.    That the -- the activities were | 10:56:37 |
| 9 | taking place within the security org, of which | 10:56:39 |
| 10 | Joe Sullivan was head of security. | 10:56:41 |
| 11 | Q.    Was there anything else he said | 10:56:42 |
| 12 | about Joe Sullivan? | 10:56:44 |
| 13 | A.    No. | 10:56:44 |
| 14 | Q.    Have you told me everything about | 10:57:08 |
| 15 | your conversation with Mr. Meyhofer? | 10:57:09 |
| 16 | A.    Yes. | 10:57:09 |
| 17 | Q.    What did you discuss with Cameron | 10:57:12 |
| 18 | Poetzscher? | 10:57:16 |
| 19 | A.    I asked whether or not the | 10:57:17 |
| 20 | business and corporate development team had | 10:57:18 |
| 21 | engaged in any competitive intelligence | 10:57:20 |
| 22 | activities on Waymo or Project Chauffeur and | 10:57:23 |
| 23 | specifically if there was any attempt to gather | 10:57:27 |
| 24 | nonpublic information, including trade secrets | 10:57:29 |
| 25 | of Waymo or Project Chauffeur, and he said no. | 10:57:31 |

Page 87

```
 1      Arizona, do you have any knowledge about either   11:00:26
 2      your group or the ATG group using ephemeral       11:00:30
 3      communications to communicate about information   11:00:35
 4      related to either Google or Waymo?                11:00:39
 5           A.    No, I don't.                           11:00:42
 6           Q.    You can't say one way or the other     11:00:46
 7      whether that happened; correct?                   11:00:48
 8           A.    I can't speak for everyone in the      11:00:50
 9      company or anyone at ATG because I -- I don't     11:00:52
10      know about ATG's communications.  But my team    11:00:55
11      and in terms of interactions I had with my       11:00:59
12      team, we've never discussed anything related to  11:01:02
13      Google or Waymo that I can recall within         11:01:05
14      ephemeral messaging apart from what we           11:01:09
15      previously discussed related to our public       11:01:11
16      observations of Waymo vehicles in Phoenix.       11:01:13
17           Q.    This is going back a bit.  But in      11:01:31
18      connection with the training and meetings that   11:01:33
19      you had with the ATG group --                    11:01:35
20           A.    Okay.                                  11:01:40
21           Q.    -- or that your group had with the     11:01:40
22      ATG group, was the subject of nonattributable    11:01:42
23      or misattributable devices discussed?            11:01:45
24           A.    No.                                    11:01:45
25           Q.    Do you know whether anyone on the      11:01:55
```

Page 89

| | | |
|---|---|---|
| 1 | Q.    And what was the purpose of your | 11:03:12 |
| 2 | use of misattributable devices? | 11:03:15 |
| 3 | A.    To protect my -- my affiliation | 11:03:19 |
| 4 | with Uber with regards to the research that we | 11:03:20 |
| 5 | would do on threat actors, threat -- you know, | 11:03:25 |
| 6 | threatening individuals where we needed to | 11:03:33 |
| 7 | flesh out the nature of the threat while | 11:03:36 |
| 8 | protecting our identity so we didn't put | 11:03:39 |
| 9 | ourselves at risk.  And then the device was | 11:03:43 |
| 10 | also -- would also be used to connect with the | 11:03:51 |
| 11 | Nextcloud system. | 11:03:54 |
| 12 | Q.    Did you always connect to the | 11:03:57 |
| 13 | Nextcloud system through a misattributable | 11:03:59 |
| 14 | device? | 11:04:01 |
| 15 | A.    Yes. | 11:04:01 |
| 16 | Q.    And was that to prevent any | 11:04:05 |
| 17 | information on -- that was stored on the | 11:04:07 |
| 18 | Nextcloud system from coming onto the Uber | 11:04:09 |
| 19 | systems? | 11:04:12 |
| 20 | A.    The point of connecting to | 11:04:14 |
| 21 | a -- with a misattributable device was to | 11:04:17 |
| 22 | protect the integrity of the information and | 11:04:21 |
| 23 | the data so that whenever the -- the connection | 11:04:23 |
| 24 | happened, that it was done so in a secure | 11:04:27 |
| 25 | fashion. | 11:04:30 |

Page 94

```
 1           A.     I believe that some members would    11:09:09
 2    use the -- their misattributable devices to try    11:09:11
 3    to identify entities committing fraud on the       11:09:17
 4    platform in the deep web in foreign countries,     11:09:21
 5    which cost the company significant amounts of      11:09:25
 6    money every year.                                  11:09:30
 7           Q.     And how would using the              11:09:39
 8    misattributable devices help in that regard?       11:09:40
 9           A.     Well, when you're -- when you're     11:09:43
10    looking in the deep web with individuals           11:09:45
11    committing fraud, they are typically               11:09:47
12    computer-savvy individuals.  And if they saw       11:09:51
13    you approaching from an Uber IP address or an      11:09:54
14    Uber device and they themselves are committing     11:09:57
15    fraud on the Uber platform, it would -- it         11:09:59
16    would -- it would prohibit your ability to         11:10:02
17    engage with them and -- and try and -- and         11:10:04
18    discern their -- their -- their methods for how    11:10:08
19    they, you know, engage in these activities so      11:10:12
20    that we could then, you know, create, produce      11:10:15
21    countermeasures that would shut them down.         11:10:18
22           Q.     So did you -- in connection with     11:10:21
23    that did you and your team use other identities    11:10:22
24    to try to shut down that front?                    11:10:28
25           A.     We have one individual on our team   11:10:29
```

```
 1    taken quite some time and it would have been      11:21:35

 2    very inefficient.                                 11:21:38

 3          Q.    Do you know whether any               11:21:47

 4    misattributable devices were ever used for the    11:21:48

 5    purpose of conducting competitive intelligence?   11:21:51

 6          A.    How would you define "competitive     11:21:57

 7    intelligence"?                                    11:21:59

 8          Q.    Have you heard that term before?      11:22:00

 9          A.    I've heard the term before, yes.      11:22:02

10    I see it written here.                            11:22:06

11          Q.    What's your understanding of what     11:22:09

12    that means in general?                            11:22:10

13          A.    Gathering information or              11:22:17

14    acquisition of information used to -- to gain     11:22:21

15    some sort of an advantage.                        11:22:25

16          Q.    Using that definition, have           11:22:27

17    misattributable devices ever been used by folks   11:22:29

18    in your group or, to your knowledge otherwise,    11:22:36

19    at Uber to conduct competitive intelligence?      11:22:40

20          A.    The team used those laptops on        11:22:46

21    occasion for research into individuals that       11:22:55

22    would be considered -- or not individuals, but    11:22:59

23    rather companies that would be considered         11:23:02

24    competitors.  But the research by nature was      11:23:04

25    for background purposes to help educate the       11:23:06
```

Page 104

```
 1    team and better inform the team on who the      11:23:11

 2    competitor is.                                  11:23:14

 3         Q.    Can you give me any specific         11:23:20

 4    examples about -- of that?                      11:23:23

 5         A.    As an example, if the team was       11:23:25

 6    asked to -- anticipating whether or not the     11:23:29

 7    team was going to be asked to look into, you    11:23:35

 8    know, like Waymo vehicles on the street.  For   11:23:42

 9    the team to -- to do that, it would need to do  11:23:47

10    some sort of initial background research to     11:23:49

11    research:  What does a Waymo vehicle look like? 11:23:52

12    What are, you know, the areas from press        11:23:56

13    articles that we see them operating?  To give   11:23:58

14    us basic background information so that we can  11:24:03

15    do our job.  Otherwise, we show up there, and  11:24:06

16    if we haven't done our preparation and          11:24:24

17    homework, we're going to be very inefficient at 11:24:26

18    doing our job.                                  11:24:29

19         Q.    Did you prepare to testify on        11:24:45

20    topic number 8?                                 11:24:48

21         A.    Yes.                                 11:24:48

22         Q.    It says here:                        11:24:54

23               "Surveillance conducted by or at     11:24:56

24    the direction of defendants of any persons who  11:24:57

25    are witnesses or attorneys in this case."       11:24:59
```

Page 120

```
 1                    I don't fully understand what it      11:46:25
 2      means by intrusion into competitor off-site        11:46:26
 3      meeting locations because it's rather              11:46:30
 4      nonspecific what intrusion means.                  11:46:32
 5                    And the taking of photographs of      11:46:37
 6      competitor proprietary products or information     11:46:42
 7      in a nonpublic setting without authorization       11:46:46
 8      would also seem to have -- that would seem to      11:46:48
 9      be something that might have -- again, without     11:47:07
10      being an expert on these things, it might have     11:47:13
11      legal implications.  So I don't know whether,      11:47:15
12      again, it falls under the category of invasive     11:47:17
13      or legal, but I don't know.                        11:47:19
14           Q.     Did your team ever do the things       11:47:21
15      that are listed here?                              11:47:23
16                    MR. GONZALEZ:  Object to form.       11:47:27
17                    MR. UMHOFER:  And I'm going to        11:47:28
18             object to this question to the extent       11:47:29
19             that it asks for information beyond the     11:47:31
20             scope of the Court's order defining the     11:47:33
21             scope of these depositions.  And I'm        11:47:37
22             going to instruct the witness to answer     11:47:38
23             only as to competitive intelligence.        11:47:40
24           A.     My team did not steal competitor       11:48:08
25      information from offices or other locations.       11:48:14
```

```
 1      We did not retrieve documents from dumpsters.      11:48:17
 2      As I've testified earlier, my team has not         11:48:24
 3      recorded individuals without their consent.  We    11:48:28
 4      have not intruded into competitor off-site         11:48:34
 5      meeting locations.  We have not taken              11:48:40
 6      photographs of competitor proprietary products     11:48:41
 7      or information in a nonpublic setting without      11:48:44
 8      authorization.                                     11:48:46
 9           Q.    Are you aware of any other teams        11:48:48
10      at Uber doing those things for competitive         11:48:49
11      intelligence?                                      11:48:53
12           A.    I am not aware.                         11:48:57
13           Q.    Marketplace Analytics team.  Do         11:48:59
14      you know whether they ever did any of those        11:49:00
15      things for competitive intelligence?               11:49:01
16           A.    I'm not aware if they did.              11:49:03
17           Q.    In any event, you're not aware of       11:49:09
18      an express policy prior to this time               11:49:10
19      prohibiting these types of invasive techniques     11:49:14
20      at Uber; correct?                                  11:49:16
21              MR. GONZALEZ:  Object to form.             11:49:18
22           A.    Again, as I've stated I'm not           11:49:20
23      aware of a competitive intelligence policy that    11:49:21
24      predates this one.                                 11:49:24
25           Q.    Including one that dictated             11:49:26
```

Page 131

```
 1              take a break.                        12:00:21

 2         A.    Okay.                                12:00:24

 3   BY MR. KAPGAN:                                   12:00:24

 4         Q.    All right.                           12:00:24

 5              So let me ask you:  This is           12:00:26

 6   basically a prohibition on unauthorized          12:00:32

 7   solicitation, receipt, use or replication of     12:00:35

 8   trade secret information; right?                 12:00:38

 9         A.    That's formally marked or believed   12:00:40

10   to be subject to a -- an NDA or confidentiality  12:00:42

11   agreement.                                       12:00:46

12         Q.    Are you aware of any policy at       12:00:46

13   Uber prior to July of 2017 that prohibited such  12:00:48

14   activity?                                        12:00:52

15         A.    Not aware of a policy.               12:00:53

16         Q.    Are you aware of anyone in your      12:00:58

17   group or outside of your group at Uber,          12:01:01

18   including vendors, that engaged in unauthorized  12:01:05

19   solicitation, receipt, use or replication of     12:01:09

20   trade secret information or confidential          12:01:13

21   information of a third party?                    12:01:16

22         A.    No.                                  12:01:16

23         Q.    Have you discussed this policy       12:01:41

24   with anyone at Uber?                             12:01:42

25         A.    I think I discussed it with Craig    12:01:51
```

Page 144

```
 1         competitors of Uber, as far as you can tell?      13:17:37

 2              A.     I would have to read it.               13:17:39

 3              Q.     All right.                             13:17:39

 4                     Well, if you take a look at the        13:17:46

 5         bottom -- towards the bottom of that page, do      13:17:48

 6         you see where it says:                            13:17:55

 7                     "Understanding the state of play       13:17:56

 8         in this race and distinguishing the leaders       13:17:57

 9         from the pretenders is critical to our own        13:18:00

10         leadership as they make the decisions and set     13:18:02

11         the policy for us to succeed before all           13:18:04

12         others"?                                          13:18:07

13              A.     I see that.                            13:18:07

14              Q.     Then it says:                          13:18:08

15                     "This intelligence collection         13:18:09

16         strategy in support of our leadership will be a   13:18:11

17         complex and enduring one.  It will be focused     13:18:13

18         on three areas:  Competitors, key personalities   13:18:15

19         and technologies."                                13:18:15

20                     Do you see that?                       13:18:20

21              A.     I see it.                              13:18:21

22              Q.     Is it your understanding that this    13:18:22

23         document is intended to set out an intelligence   13:18:23

24         collection strategy in support of Uber's          13:18:27

25         leadership?                                        13:18:30
```

Page 145

```
 1              A.     It appears to be a philosophical      13:18:30

 2       approach to looking at the autonomous vehicle       13:18:33

 3       competitive landscape and -- from a collection      13:18:37

 4       standpoint.                                          13:18:41

 5              Q.     And do you see in the next             13:18:42

 6       paragraph, it says:                                  13:18:43

 7                     "The primary collection               13:18:44

 8       methodologies will be open-source and HUMINT         13:18:45

 9       and will be conducted by assets, both internal       13:18:48

10       employees and external vendors"?                     13:18:52

11              A.     I see that.                            13:18:54

12              Q.     And did you have understanding         13:18:56

13       that Uber's primary collection methodologies in     13:18:59

14       terms of gaining competitive intelligence were      13:19:06

15       the things that are listed here?                     13:19:07

16              A.     No, I disagree with that.  I mean,     13:19:12

17       this strategy or this -- this document here,        13:19:13

18       what was outlined, was never actually carried       13:19:17

19       out.                                                 13:19:21

20              Q.     You haven't read the whole            13:19:21

21       document yet, have you?                              13:19:22

22              A.     I haven't read the whole document,    13:19:23

23       but insofar as what you've pointed out to me,       13:19:25

24       these are not things that were -- that were         13:19:28

25       undertaken.                                          13:19:30
```

Page 149

```
 1    yes.  I don't know whether or not they would      13:22:46
 2    deem it to be useful from a competitive           13:22:49
 3    standpoint.  It's not my ability to assess the    13:22:51
 4    value of the information because I'm not a         13:22:54
 5    subject matter expert.  All I can do is provide   13:22:56
 6    the information.                                   13:23:00
 7           Q.    There is no doubt that your team      13:23:01
 8    did research and provided competitive -- excuse   13:23:03
 9    me.                                                13:23:07
10                 There is no doubt that your team      13:23:07
11    did research and provided information             13:23:09
12    regardless of whether you thought it was          13:23:12
13    valuable or not, about Uber's competitors to      13:23:13
14    other groups at the company; correct?            13:23:18
15           A.    We provided information and          13:23:21
16    research, open-source, and the -- the -- the      13:23:23
17    videotaping in -- in public of vehicles, as we   13:23:28
18    discussed, yes, to ATG.                           13:23:32
19           Q.    Okay.                                13:23:34
20           A.    But if it's not valuable, how -- I   13:23:37
21    don't see how it could offer some sort of an      13:23:41
22    advantage.                                         13:23:43
23           Q.    You weren't there to assess the      13:23:43
24    value of that information; right?                 13:23:45
25           A.    That's correct.                      13:23:46
```

Page 151

```
 1          A.      Correct.                          13:24:33
 2          Q.      Mr. Levandowski or Mr. Ron did    13:24:36
 3   report back to you that they found it benefited  13:24:38
 4   them; correct?                                   13:24:40
 5          A.      That's correct.                   13:24:41
 6          Q.      In your view, does that mean that 13:24:44
 7   that information provided some form of            13:24:46
 8   competitive intelligence to the company?         13:24:48
 9          A.      The information was beneficial.    13:24:50
10   Whether or not it gave the company a             13:24:52
11   competitive advantage, I don't know.             13:24:54
12              Again, that project was related to    13:25:01
13   helping inform the business on making a          13:25:03
14   business decision.                               13:25:07
15          Q.      Okay.                             13:25:08
16              So going back to this document,       13:25:08
17   again, one of the collection methodologies that  13:25:11
18   your group engaged in was based on open-source   13:25:14
19   research; correct?                               13:25:18
20          A.      Sorry.  One more time.            13:25:23
21          Q.      One of the collection             13:25:25
22   methodologies that your group implemented was    13:25:27
23   based on open-source research; correct?          13:25:33
24          A.      To my knowledge, we didn't        13:25:36
25   implement a strategy based on this document.     13:25:38
```

Page 152

```
 1          Q.     That's not my question.           13:25:42

 2          A.     So -- okay.                        13:25:43

 3          Q.     Let me ask my question again.      13:25:44

 4          A.     Okay.                              13:25:46

 5          Q.     One of the collection              13:25:47

 6     methodologies that your group implemented was  13:25:48

 7     based on open-source research; correct?        13:25:50

 8          A.     Okay.  Yes.                         13:25:53

 9          Q.     In the last paragraph of this      13:26:01

10     second page of this document, it refers to     13:26:02

11     open-source as being a primary collection      13:26:04

12     methodology; correct?                          13:26:07

13          A.     In the last paragraph, yes.        13:26:21

14          Q.     Do you interpret that to be        13:26:22

15     something other than what I just said about    13:26:24

16     your team doing collection based on open-source 13:26:26

17     research?                                       13:26:30

18          A.     No, I -- I mean, I understand what 13:26:45

19     it means, but it says that the methodology will 13:26:46

20     be.  We didn't actually engage on this project. 13:26:51

21     So --                                           13:26:55

22          Q.     Well, you just said that you do do 13:26:56

23     open-source research.  So what is it that       13:26:58

24     you're saying you don't do here?                13:27:01

25          A.     We didn't -- we didn't engage      13:27:03
```

Page 155

```
 1     in the field of autonomous vehicles?              13:28:50
 2            A.     I don't -- I wouldn't really know.   13:28:53
 3            Q.     All right.                           13:28:53
 4                   And then you see it says:            13:28:55
 5                   "Giraffe believes that critical      13:28:57
 6     factor to success is hyperaccurate mapping"?      13:28:59
 7            A.     I see it.                            13:29:02
 8            Q.     Did you ever hear that before?       13:29:02
 9            A.     I believe it was reported in the     13:29:07
10     press, but that's my understanding of that        13:29:08
11     statement.                                         13:29:12
12            Q.     If you go to the next page, do you   13:29:12
13     see where it says "Collection Objectives"?        13:29:14
14            A.     Okay.                                13:29:23
15            Q.     And the number one collection        13:29:24
16     objective is "Focused on Google."                 13:29:27
17                   Do you see that?                     13:29:28
18            A.     Yes.                                 13:29:29
19            Q.     And there are a number of            13:29:31
20     questions below that.                             13:29:32
21                   Do you see that?                     13:29:33
22            A.     Yes.                                 13:29:33
23            Q.     The first collection objective is:   13:29:36
24                   "What original equipment             13:29:39
25     manufacturers OEM is Giraffe partnering with?"    13:29:40
```

Page 156

```
 1                    Do you see that?              13:29:44

 2         A.    I do.                              13:29:45

 3         Q.    Did your team ever try to figure   13:29:47

 4    out which OEMs Google was partnering with?    13:29:48

 5         A.    No.                                13:29:48

 6         Q.    Did any vendors you hired or       13:29:55

 7    anyone else that you know of at the company do 13:29:57

 8    so?                                           13:29:59

 9         A.    No, not that I'm aware of.         13:30:00

10         Q.    Do you see if you go down to D, it 13:30:11

11    says "What technology is Google outsourcing?"  13:30:17

12    It says "Giraffe," but that's a reference to   13:30:17

13    Google.                                        13:30:18

14         A.    I see it.                          13:30:19

15         Q.    Did you ever do any investigation,  13:30:20

16    or anyone on your team or your vendors do any  13:30:21

17    investigation, to your knowledge, to figure out 13:30:24

18    the answer to that question?                   13:30:27

19         A.    No.                                13:30:27

20         Q.    And you're not aware of anyone at   13:30:32

21    Uber doing that?                               13:30:33

22         A.    I'm not aware, no.                 13:30:34

23         Q.    How about G:                       13:30:39

24               "Who are Giraffe's partners in the 13:30:40

25    AV program?"                                   13:30:42
```

Page 158

```
 1        A.     I do.                            13:31:27

 2        Q.     Do you understand what that means?  13:31:28

 3        A.     Not specifically, no.            13:31:39

 4        Q.     Do you have any understanding --  13:31:45

 5        A.     I -- I didn't write so I -- I    13:31:45

 6  don't know.                                   13:31:45

 7        Q.     Reading it now do you have any    13:31:45

 8  understanding of what that means?             13:31:46

 9        A.     I could only guess that it means  13:31:52

10  just understand who the key players are in --  13:31:54

11  in the program.                               13:31:57

12        Q.     Are you aware of any investigation  13:32:00

13  being done or that had been done at Uber or by  13:32:02

14  its vendors with respect to understanding who  13:32:07

15  the key players were within the Google or Waymo  13:32:12

16  autonomous vehicle program?                   13:32:18

17        A.     Nope.  I'm not aware.            13:32:20

18        Q.     If you turn to the -- several    13:32:31

19  pages later, it's page 625.                   13:32:33

20        A.     625?                             13:32:45

21        Q.     Yes.                             13:32:45

22        A.     Okay.                            13:32:47

23        Q.     Do you see it says "Collection   13:33:00

24  Plan" and then it says "Initial assessment of  13:33:01

25  the competitive landscape"?                   13:33:03
```

Page 159

```
 1          A.     I see that.                    13:33:05

 2          Q.     And then if you go down to the  13:33:10

 3   next-to-last paragraph on that page, it says: 13:33:12

 4                 "To succeed, our collection plan 13:33:15

 5   must be both broad and deep.  It must be broad 13:33:16

 6   enough to develop streams of reporting on at   13:33:20

 7   least six different competitors."              13:33:22

 8                 Do you see that?                 13:33:24

 9          A.     I see it.                        13:33:25

10          Q.     Google is included among those;  13:33:25

11   correct?                                       13:33:28

12          A.     It appears so, yes.              13:33:28

13          Q.     And then next sentence says:     13:33:32

14                 "And the plan must be deep enough 13:33:34

15   to acquire in a timely manner meaningful       13:33:36

16   technical data and to identify legitimate      13:33:39

17   milestones on the road to AV level 5."         13:33:41

18                 Do you see that?                 13:33:46

19          A.     I see it.                        13:33:46

20          Q.     Are you aware of any activities at 13:33:48

21   Uber to acquire technical data about           13:33:50

22   competitors' AV programs?                      13:33:57

23          A.     No.   What -- what do you mean by 13:34:03

24   "technical data"?                              13:34:07

25          Q.     Let's start with data that was not 13:34:10
```

Page 160

```
 1      available publicly on the Internet.              13:34:12

 2              A.      Okay.  No, I'm not aware.         13:34:15

 3              Q.      Is there any other kind of        13:34:26

 4      technical data you're aware of that -- that      13:34:27

 5      anyone at Uber obtained or attempted to obtain   13:34:32

 6      about Google or Waymo's AV program or vehicles?  13:34:37

 7              A.      Nothing that I'm aware of.        13:34:43

 8              Q.      If you look at the next page, it  13:34:50

 9      says:                                            13:34:53

10              "Two-pronged collection.  Prong          13:34:54

11      one:  Establish and maintain the baseline."      13:34:57

12              Do you see that?                         13:35:00

13              A.      I see it.                         13:35:01

14              Q.      And then there's an indication    13:35:02

15      "Open Source Research."                          13:35:05

16              Do you see that?                         13:35:06

17              A.      Yes.                              13:35:07

18              Q.      And it says:                      13:35:10

19              "SSG analysts and operation              13:35:11

20      specialists will conduct daily open-source       13:35:13

21      research with nonattributable computers in       13:35:15

22      order to establish where each competitor likely  13:35:17

23      sits on the spectrum of AV research and testing  13:35:19

24      and to measure each competitor's claimed         13:35:22

25      progress on the road to AV level 5."             13:35:24
```

Page 161

```
 1                    Did you see that?  Do you see    13:35:26
 2    that?                                            13:35:28
 3         A.    I see it.                             13:35:28
 4         Q.    Did any SSG analysts or others in     13:35:29
 5    the group do this?                               13:35:32
 6         A.    Conduct a daily open-source           13:35:36
 7    research?  No.                                   13:35:38
 8         Q.    Did any of the folks in SSG           13:35:40
 9    conduct open-source research with                13:35:42
10    nonattributable computers in order to establish  13:35:44
11    where competitors sat on the spectrum of AV      13:35:49
12    research and testing?                            13:35:54
13         A.    I don't think that that occurred,     13:35:57
14    no.                                              13:36:00
15         Q.    Did any folks in SSG conduct          13:36:01
16    research, whether or not it was on               13:36:14
17    nonattributable computers, on competitors in     13:36:18
18    the AV field to try to see what their progress   13:36:24
19    was in that regard?                              13:36:29
20                    MR. UMHOFER:  Objection, vague and  13:36:32
21         ambiguous, calls for speculation.          13:36:34
22         A.    What -- what progress?  In what       13:36:36
23    regard?                                          13:36:38
24         Q.    For example did anyone in SSG, to     13:36:41
25    your knowledge, conduct research to determine    13:36:45
```

Page 162

```
 1          how far along any particular competitor to Uber      13:36:46

 2          was in the development of their AV program?           13:36:51

 3                 A.    I think that some team members on        13:36:56

 4          SSG conducted research open-source to provide         13:37:01

 5          background assessment on where competitors were       13:37:08

 6          in the AV space.                                      13:37:10

 7                 Q.    Do you recall with respect to            13:37:17

 8          which competitors?                                    13:37:18

 9                 A.    I -- I don't -- I don't recall if        13:37:33

10          I could say specifically each one.  I believe         13:37:38

11          that Ed Russo produced some sort of background        13:37:42

12          research on some -- on -- on Waymo in maybe           13:37:46

13          2016 in order to provide SSG a baseline of            13:37:53

14          understanding of -- of the AV program based on        13:38:00

15          open-source information.  Because at the time         13:38:04

16          SSG knew absolutely nothing and had to start          13:38:07

17          from scratch somewhere and just doing some            13:38:10

18          basic online research.                                13:38:14

19                 Q.    Was that research that was               13:38:17

20          performed by Mr. Russo memorialized in some           13:38:18

21          kind of report or written document?                   13:38:21

22                 A.    It's possible that it was.              13:38:23

23                 Q.    Did you discuss it with him?             13:38:27

24                 A.    I don't recall discussing it with        13:38:29

25          him.                                                  13:38:31
```

Page 165

```
 1    specialists will track the social media        13:41:13

 2    accounts, e.g., LinkedIn, Facebook, Twitter,    13:41:16

 3    et cetera, in order to map the personal and     13:41:19

 4    professional networks of key personnel."        13:41:21

 5             Do you see that?                        13:41:24

 6        A.    I see it.                              13:41:24

 7        Q.    Do you know if that was ever done?     13:41:25

 8        A.    That was not done.                     13:41:26

 9        Q.    Do you know if there was a             13:41:28

10    decision made not to do that?                    13:41:29

11        A.    We never -- so broadly speaking we     13:41:33

12    didn't engage in this overall collection         13:41:36

13    strategy.  So, you know, the -- the components,  13:41:42

14    the -- the prongs, so to speak, didn't --        13:41:43

15    didn't become part of -- of any -- any of the    13:41:48

16    projects.  There was no formal project.          13:41:52

17        Q.    All right.                             13:41:52

18             And do you see it says:                 13:42:03

19             "Number 2.  Internal Resources"?        13:42:04

20        A.    Yes.                                   13:42:04

21        Q.    And it says:                           13:42:09

22             "In order to build the subject          13:42:10

23    matter expertise necessary to drive collection,  13:42:11

24    SSG would like to meet on a semi-routine basis    13:42:13

25    with our own AV experts at Iden I, Iden J and     13:42:16
```

Page 168

```
 1          A.     No, not to my knowledge.          13:44:16

 2          Q.     D says:                           13:44:21

 3                 "For those employees who came to  13:44:22

 4    us from competitors, gather insight into how   13:44:23

 5    those competitors structure their AV programs, 13:44:28

 6    the strengths and weaknesses of those programs,13:44:31

 7    and the working conditions and resourcing of   13:44:33

 8    those programs."                               13:44:35

 9                 Do you see that?                  13:44:36

10          A.     I see it.                         13:44:36

11          Q.     Do you have any knowledge of      13:44:38

12    whether that was done?                         13:44:39

13          A.     I don't have any knowledge it was 13:44:41

14    done.  I don't believe that SSG engaged in     13:44:42

15    those activities.                              13:44:45

16          Q.     Do you know if any other group    13:44:46

17    did?                                           13:44:47

18          A.     I don't.                          13:44:48

19          Q.     And the suggestion here is that --13:44:49

20    as you understand it is that if employees from 13:44:51

21    competitors came over to be employed by Uber,  13:44:55

22    you could ask them about those competitors' AV 13:44:58

23    programs.                                      13:45:04

24                 Is that your understanding?       13:45:05

25          A.     I understand how you are          13:45:06
```

Page 172

```
 1     program in place that consisted of you doing or     13:49:31
 2     your team doing research about employees at         13:49:34
 3     competitor organizations for potential              13:49:39
 4     recruitment?                                        13:49:41
 5          A.    We were asked to -- to source            13:49:44
 6     candidates from a few organizations                 13:49:46
 7     specifically, yes.                                  13:49:51
 8          Q.    Which ones do you remember?              13:49:53
 9          A.    ███████████  Those are the only          13:49:55
10     two I remember.                                     13:50:04
11          Q.    If you take a look down, do you          13:50:06
12     see where it says:                                  13:50:09
13                "Prong two, attack the                   13:50:09
14     objectives"?                                        13:50:12
15          A.    Uh-huh.                                  13:50:12
16          Q.    And then the number one thing here       13:50:13
17     again is Giraffe or Google.  Do you see that?       13:50:15
18          A.    I do.                                    13:50:17
19          Q.    And then it says:                        13:50:17
20                "Vendor 1 will use existing              13:50:18
21     capabilities and sources where possible or          13:50:21
22     develop new sources where necessary in order to     13:50:23
23     answer the collection requirements associated       13:50:26
24     with Giraffe."                                       13:50:28
25                Do you see that?                         13:50:29
```

Page 173

```
 1          A.      I see it.                          13:50:31

 2          Q.      Did Uber hire a vendor to collect  13:50:34

 3    information about Google as indicated here?      13:50:43

 4          A.      Not that I'm aware of.             13:50:46

 5          Q.      Do you know who the vendor 1 is    13:50:49

 6    that's being referenced here?                    13:50:52

 7          A.      I don't.                           13:50:53

 8          Q.      Have you ever seen vendor 1 or     13:50:54

 9    vendor 2 referenced in any of their other        13:50:56

10    documents during your time at Uber?              13:51:00

11          A.      Not that I recall specifically.  I 13:51:03

12    mean, this probably is just a generic, again,    13:51:05

13    use of -- similar to the Iden type of --         13:51:10

14          Q.      Seeing vendor 1 and vendor 2 here, 13:51:17

15    would you expect that there is a different       13:51:19

16    document that would have a key that would        13:51:21

17    identify who vendor 1 is and who vendor 2 is?    13:51:22

18          A.      It -- again, it's possible, but    13:51:27

19    seeing "Draft" on this, I don't know whether or  13:51:29

20    not that would have ever been produced.          13:51:32

21          Q.      Did your group ever hire a vendor  13:51:42

22    called ██████████ to do research about Waymo     13:51:44

23    or Google?                                       13:51:48

24          A.      No.                                13:51:50

25          Q.      Have you heard of that vendor?     13:51:52
```

Page 179

1           A.     Well, it's difficult to know        14:00:05

2    whether or not our own AV expert would be able    14:00:07

3    to speak on behalf of a competitor.  All we can   14:00:09

4    do is ascertain what knowledge they have from     14:00:12

5    their own experience.                             14:00:14

6           Q.     Right.  But --                      14:00:15

7           A.     But as subject matter experts, we   14:00:16

8    have to rely on what information they can         14:00:18

9    provide us because we're not subject matter       14:00:20

10   experts ourselves.                                14:00:22

11          Q.     And are you aware of internal AV     14:00:23

12   experts at Uber providing that kind of            14:00:27

13   information about competitor AV programs?         14:00:29

14          A.     I don't recall ever asking or I     14:00:33

15   don't recall SSG ever asking anyone at A -- at    14:00:39

16   ATG for their assessment on competitor AV         14:00:44

17   programs.                                         14:00:47

18          Q.     You noticed that there was a        14:00:48

19   "Draft" on every page of this document.  Did      14:01:02

20   you ever receive training on placing the          14:01:05

21   "Draft" label on documents from anyone, Craig     14:01:08

22   Clark or anyone else?                             14:01:12

23          A.     I never received training on doing  14:01:13

24   that, no.                                         14:01:15

25          Q.     Did you receive training on         14:01:15

Page 180

```
 1        attorney-client privileged labels on documents?   14:01:18

 2              A.     Yes.                                  14:01:18

 3              Q.     Was any of that training given, to    14:01:20

 4        your knowledge, to the folks in ATG?              14:01:25

 5              A.     I don't know.                          14:01:28

 6              Q.     And what do you recall about the      14:01:31

 7        training that you received with respect to         14:01:33

 8        attorney-client privilege?  How many times did    14:01:36

 9        you get that kind of training?                     14:01:38

10              A.     I recall receiving two briefings,     14:01:40

11        two presentations.                                 14:01:43

12              Q.     Who gave those presentations?         14:01:46

13              A.     Craig Clark.                           14:01:48

14              Q.     Did he use a slide deck?              14:01:49

15              A.     Yes.                                   14:01:49

16              Q.     Did he use -- did it have pictures    14:01:53

17        of dogs?                                           14:01:56

18              A.     The second one I saw did, yes.        14:01:57

19              Q.     The first one didn't have any         14:01:59

20        pictures of dogs?                                  14:02:01

21              A.     I don't think so.                     14:02:02

22              Q.     So he came up with kind of a          14:02:03

23        clever way to do -- to explain attorney-client    14:02:04

24        privilege by using some kind of dog meme; is      14:02:08

25        that the idea?                                     14:02:10
```

Page 191

```
 1            A.      I have no idea.                    14:15:15

 2            Q.      Was there some form, capability of  14:15:16

 3     doing mobile phone collections by any of your     14:15:20

 4     vendors?                                          14:15:23

 5            A.      No.  To my knowledge, neither we    14:15:24

 6     nor our vendors have the ability to physically    14:15:26

 7     collect on a mobile phone.                        14:15:29

 8            Q.      Or electronically collect on a      14:15:32

 9     mobile phone?                                     14:15:34

10            A.      Or electronically collect on a      14:15:35

11     mobile phone.                                     14:15:37

12            Q.      You never had a discussion with     14:15:37

13     Mr. Jacobs that one of your vendors had some      14:15:40

14     form of mobile phone collection capability?       14:15:47

15            A.      I don't recall having a discussion  14:15:49

16     like that.                                        14:15:51

17            Q.      Do you recall telling Mr. Jacobs    14:15:51

18     to remove information about certain vendor        14:16:10

19     capabilities from any slide decks or             14:16:16

20     presentations that he or others were preparing?  14:16:21

21            A.      I don't recall doing that, no.      14:16:23

22            Q.      Do you recall Mr. Jacobs proposing  14:16:28

23     the creation of some kind of intelligence        14:16:30

24     database?                                         14:16:33

25            A.      No.                                 14:16:33
```

Page 192

```
 1            Q.     He never to your knowledge        14:16:36
 2    proposed any kind of creation of a database to   14:16:38
 3    store or combine information from different       14:16:46
 4    groups at Uber?                                   14:16:48
 5            A.     He never proposed any such thing.  14:16:50
 6    There was a joint project that was worked on      14:16:52
 7    amongst Threat Ops to try and create a data       14:16:56
 8    repository, but it was not his proposal or his    14:16:59
 9    creation, and he didn't unilaterally work on      14:17:02
10    it.                                               14:17:04
11            Q.     Was he involved in it at all, as   14:17:05
12    far as you know?                                  14:17:07
13            A.     As the manager for Intel, he was   14:17:07
14    the representative of that team on this joint     14:17:09
15    project.                                          14:17:11
16            Q.     I see.                             14:17:11
17                   And did that database get created? 14:17:12
18            A.     It did not.                        14:17:14
19            Q.     What's your understanding of the   14:17:17
20    reason why it didn't?                             14:17:19
21            A.     Because we were reliant on         14:17:20
22    internal engineering resources to build it, and  14:17:22
23    the group ENGSEC, or Engineering Security, told  14:17:26
24    us that they did not have the resources to        14:17:31
25    devote to building a system for us, which was     14:17:33
```

Page 193

```
 1    disappointing.                               14:17:48
 2         Q.    You never objected to the creation 14:17:49
 3    of that database?                            14:17:50
 4         A.    Absolutely not.  I worked with the 14:17:52
 5    others in Threat Ops to -- to -- to create the 14:17:55
 6    specifications and map out the workflow, and I 14:18:00
 7    attended multiple meetings on it.            14:18:03
 8         Q.    Do you recall ever telling        14:18:07
 9    Mr. Gicinto or anyone else --                14:18:11
10         A.    Sorry.  That's me.                14:18:12
11         Q.    I'm sorry.  Let me restate that.  14:18:14
12         A.    Okay.                             14:18:17
13         Q.    It's -- it's what happens after   14:18:18
14    you take two full days of depos.             14:18:20
15               [Laughter.]                       14:18:22
16         Q.    Do you recall ever telling        14:18:26
17    Mr. Jacobs or anyone else at Uber to remove or 14:18:29
18    not place information in a presentation or    14:18:35
19    other type of document about human intelligence 14:18:38
20    collections?                                 14:18:44
21         A.    I don't recall ever stating that  14:18:46
22    to him.  And as the manager of another team, 14:18:48
23    I'm not clear why he would even be presenting 14:18:52
24    on something that my team does.              14:18:54
25         Q.    You don't recall having a         14:19:01
```

Page 196

```
 1    that those are untruthful characterizations        14:22:02
 2    made by Mr. Jacobs.                                 14:22:06
 3              MS. CHANG:  Counsel, we've been           14:22:12
 4         going for over an hour, so when you're         14:22:14
 5         at a good stopping point maybe we can          14:22:16
 6         take a break.                                  14:22:18
 7              MR. KAPGAN:  Okay.                        14:22:21
 8    BY MR. KAPGAN:                                      14:22:21
 9         Q.    Did Mr. Jacobs ever object to the        14:22:35
10    use of ephemeral communications?                   14:22:39
11         A.    No.  To my knowledge he was an           14:22:43
12    avid user.                                          14:22:48
13         Q.    Do you have any familiarity with         14:22:51
14    the incident that Jacobs alleged in his letter     14:22:55
15    about ███████████████████████████████              14:22:59
16         ██████████                                     14:23:04
17         A.    So I don't have the letter in            14:23:07
18    front of me.  Forgive me.                           14:23:09
19         Q.    Are you familiar with Uber ██████        14:23:11
20    ████████████████████████████████                   14:23:15
21    ████████████████████████████████                   14:23:19
22    █████████████████████████████████s                 14:23:22
23    ██████████████████████                             14:23:29
24         A.    No, I have no knowledge about            14:23:30
25    that.                                               14:23:31
```

Page 250

```
 1    attend.  Mat Henley attends and Susan Chiang    16:05:26
 2    attends.                                         16:05:29
 3         Q.    Okay.                                 16:05:37
 4               And are those all the people you      16:05:37
 5    remember attending this meeting?                 16:05:37
 6         A.    As far as I know, yeah.               16:05:37
 7         Q.    All right.                            16:05:37
 8               If you look at the second page, it    16:05:37
 9    says TLDR.  That stands for too long, didn't     16:05:39
10    read; right?                                     16:05:43
11         A.    Too long, don't read.                 16:05:44
12         Q.    And this is basically an executive    16:05:45
13    summary of the document; is that fair?           16:05:48
14         A.    That's fair, yes.                     16:05:50
15         Q.    And then the first bullet says:       16:05:50
16               "Success in autonomous vehicle        16:05:55
17    race ultimately hinges on the source code."      16:05:58
18               Do you see that?                      16:06:01
19         A.    I see that it says that, yes.         16:06:01
20         Q.    And do you agree with that            16:06:03
21    statement?                                       16:06:05
22         A.    It was conveyed to us that -- from    16:06:05
23    Uber engineers that -- that, ultimately, to get  16:06:07
24    to the highest AV level that, you know, it's up  16:06:12
25    to -- it's up to creation of a good source       16:06:17
```

Page 251

```
 1    code.                                          16:06:20

 2          Q.     And the second bullet says:        16:06:20

 3                 "Giraffe leads the other 30-plus    16:06:22

 4    companies in the race to field fully autonomous 16:06:24

 5    vehicles."                                       16:06:29

 6                 Do you see that?                     16:06:30

 7          A.     I see it.                            16:06:30

 8          Q.     That's a reference to Google;        16:06:31

 9    right?                                            16:06:32

10          A.     Yes.                                 16:06:32

11          Q.     And do you agree with that           16:06:34

12    statement?                                        16:06:35

13          A.     I agree that that was likely the     16:06:36

14    assessment of the team at the time based on       16:06:38

15    whatever limited knowledge it may have of, you    16:06:43

16    know, autonomous vehicle from its -- its          16:06:47

17    open-source research.                             16:06:49

18          Q.     Did that include research            16:06:50

19    internally speaking to experts within Uber        16:06:52

20    about that subject?                               16:06:56

21          A.     Again, we didn't speak to experts    16:06:59

22    within Uber in requesting their assessment of     16:07:01

23    other companies, as I recall.                     16:07:05

24          Q.     You didn't speak to the ATG group    16:07:07

25    to get their views on the autonomous vehicle      16:07:10
```

Page 254

1          Q.      So did you receive validation from    16:09:19

2    Mr. Ron and Mr. Levandowski in February of 2017    16:09:23

3    that the number one focus of the SSG Group in    16:09:29

4    terms of research on autonomous vehicles should    16:09:32

5    be with respect to Google or Waymo?    16:09:33

6          A.      It was articulated to us that that    16:09:35

7    was a primary interest of theirs, but it wasn't    16:09:39

8    necessarily what SSG focused on first or    16:09:41

9    initially.    16:09:44

10          Q.      And did they tell you why that was    16:09:45

11    a primary interest to them?    16:09:47

12          A.      No.    16:09:47

13          Q.      If you turn to the next page, this    16:09:49

14    is ending in 931, it says "Baseline Research."    16:09:52

15    First bullet says:    16:09:56

16                "Source code, not hardware    16:09:58

17    automotive design, is the key to success. "    16:09:59

18          A.      Yes.    16:10:02

19          Q.      You agree with that?    16:10:02

20          A.      I agree that that's what the --    16:10:04

21    the engineers at ATG in Pittsburgh communicated    16:10:06

22    to us in terms of, you know, what they deemed    16:10:10

23    to be most critical in advancing our own AV    16:10:12

24    program.    16:10:17

25          Q.      If you look at the next page, it's    16:10:18

Page 295

```
 1            Q.      Based on your experience, did         17:16:08
 2      you -- or do you agree with Mr. Ron that supply    17:16:12
 3      chain members tend to be chatty?                   17:16:17
 4            A.      I had no experience with supply       17:16:18
 5      chain members, so I couldn't corroborate that      17:16:20
 6      statement.                                         17:16:23
 7            Q.      Nonetheless, that's a statement       17:16:25
 8      that Mr. Ron made; correct?                        17:16:27
 9            A.      It's either a statement that he       17:16:29
10      made or that Mr. Russo is paraphrasing here.       17:16:31
11            Q.      And Mr. Russo also is either          17:16:36
12      stating or paraphrasing Mr. Ron's conveying        17:16:41
13      that supply chain members not only are chatty,     17:16:44
14      but they're also good sources of insight into      17:16:47
15      competitor's plans, intentions and                 17:16:50
16      capabilities; correct?                             17:16:52
17            A.      Again, my understanding is that's     17:16:53
18      based on the information that they make            17:16:55
19      publicly available.                                17:16:56
20            Q.      Well, it doesn't say that here.       17:16:59
21      It just says:                                      17:17:00
22                    "Supply chain members are chatty     17:17:02
23      and are good sources of insight into a             17:17:03
24      competitor's plans, intentions and                 17:17:05
25      capabilities."                                     17:17:06
```

Page 296

```
 1                      Right?                       17:17:07
 2          A.      Well, if Mr. Russo is paraphrasing  17:17:08
 3     there, it's unclear specifically what Mr. Ron  17:17:09
 4     was referring to.  But I can state that our   17:17:13
 5     team did not engage any supply chain members  17:17:15
 6     that I am aware of in order to gain insight   17:17:20
 7     into plans, intentions and capabilities.      17:17:26
 8          Q.      Okay.                             17:17:32
 9                  And did any of Uber's vendors do  17:17:32
10     that, to your knowledge?                       17:17:34
11          A.      Not to my knowledge.              17:17:37
12          Q.      Is there any reason for you to    17:17:39
13     believe that there was a vendor engaged by Uber  17:17:41
14     that spoke with supply chain vendors or        17:17:45
15     suppliers to any autonomous vehicle competitor  17:17:50
16     of Uber's?                                      17:17:54
17          A.      Not to my knowledge.  To my       17:17:55
18     knowledge, SSG isn't even aware of who the     17:17:57
19     supply chain members are related to Waymo.     17:18:01
20          Q.      Did you ever make any effort to   17:18:04
21     identify who the supply chain members to Waymo  17:18:06
22     are?                                            17:18:08
23          A.      Nope.                             17:18:10
24          Q.      Did Mr. Ron ever tell you or      17:18:10
25     Mr. Levandowski ever tell you who they were?   17:18:12
```

Page 305

```
 1          A.     I have seen iterations of this        17:28:33
 2    document.  I don't know whether I've seen this     17:28:35
 3    version specifically.                              17:28:37
 4          Q.     There were multiple versions of       17:28:38
 5    this document?                                     17:28:40
 6          A.     There were -- it was an ongoing       17:28:41
 7    project by Anna Chung to create this document.     17:28:44
 8    So in her progression of creating it, there        17:28:48
 9    were multiple drafts as she -- as she worked       17:28:52
10    through the process of building it.                17:28:55
11          Q.     What was the purpose of this          17:28:57
12    document?                                          17:28:58
13          A.     The purpose of this document was      17:29:06
14    to establish standards for -- for conducting       17:29:06
15    Internet and virtual research against persons      17:29:13
16    or groups of interest, which for us is a -- a      17:29:21
17    term used in physical security to mean             17:29:24
18    individuals who are threatening Uber or Uber       17:29:26
19    equities or resources.                             17:29:30
20          Q.     Was the purpose of this document      17:29:31
21    solely to establish standards with respect to     17:29:34
22    doing research in connection with individuals      17:29:42
23    or groups who are threatening Uber?                17:29:47
24          A.     Yes.  That's what a POI or a GOI      17:29:49
25    is in our vernacular.                              17:29:52
```

Page 306

```
 1          Q.    Okay.                              17:29:55
 2                So a POI or GOI refers only to     17:29:56
 3    folks who are potential threats to Uber?       17:30:00
 4          A.    Correct.  The physical security    17:30:02
 5    team maintains a list of persons of interest   17:30:04
 6    and groups of interest because of some sort of 17:30:06
 7    a threatening posture -- threats that they've  17:30:08
 8    actually made to the company, physical issues  17:30:12
 9    that have been observed on the platform,        17:30:15
10    something to that effect -- all over the world. 17:30:17
11    And so this virtual ops capability playbook is  17:30:21
12    in support of what would be, you know,          17:30:26
13    misattributable research into those types of    17:30:30
14    entities to protect Uber, to protect the        17:30:33
15    identity of the researcher.                     17:30:38
16          Q.    Let me show you what was marked as  17:30:41
17    Exhibit 9231.                                   17:30:43
18          A.    Okay.                               17:30:45
19          Q.    Have you seen this document         17:30:45
20    before?                                         17:31:02
21          A.    I've -- I've seen -- I have not     17:31:04
22    seen the document, but I've seen -- I believe   17:31:06
23    I've seen the presentation.                     17:31:08
24          Q.    Were there other iterations of      17:31:10
25    this presentation that you're aware of?         17:31:13
```

```
 1    activities or how they changed or didn't        17:56:45
 2    change.                                          17:56:47
 3         Q.    Let me show you Exhibit 9204.         17:56:49
 4    Have you seen this document before?              17:57:05
 5         A.    I don't recall seeing this            17:57:07
 6    document, no.                                    17:57:08
 7         Q.    Is this -- do you know whether         17:57:11
 8    someone in your group created this?              17:57:12
 9         A.    My guess is that someone in my         17:57:15
10    group did create this as it related to SSG       17:57:16
11    attending CES 2017.                              17:57:20
12         Q.    That's what you were mentioning        17:57:22
13    earlier; right?                                  17:57:24
14         A.    Yes.                                   17:57:25
15         Q.    Do you see under priorities of        17:57:26
16    collection, there is a number -- number of       17:57:27
17    items?                                           17:57:29
18         A.    Yes.                                   17:57:29
19         Q.    Number one is source code?            17:57:31
20         A.    Yes.                                   17:57:32
21         Q.    What do you understand that to        17:57:33
22    refer to?                                        17:57:34
23         A.    I understand that to refer to         17:57:35
24    interest in, you know, comments, discussions     17:57:41
25    made publicly at CES related to source code as   17:57:45
```

Page 320

1    we understood that to be an important aspect of        17:57:48

2    the success of an autonomous program.                  17:57:51

3         Q.    Did you have any expectation that           17:57:53

4    anyone at CES would make any comments about            17:57:55

5    source code?                                           17:57:59

6         A.    I don't know that we necessarily            17:58:01

7    knew what to expect.  But we wanted to be              17:58:02

8    prepared in understanding what would be                17:58:06

9    important.                                             17:58:08

10        Q.    Did Mr. Ron or Mr. Levandowski              17:58:09

11   indicate that this -- that source code or              17:58:12

12   information about source code should be a              17:58:15

13   priority in terms of your collection efforts in        17:58:17

14   2017?                                                  17:58:19

15        A.    We attended CES prior to ever               17:58:20

16   meeting Mr. Ron or Mr. Levandowski.  So CES was        17:58:25

17   more of a background research project for SSG          17:58:28

18   to get better informed about players in the            17:58:31

19   autonomous space.                                      17:58:33

20        Q.    But you knew that source code was           17:58:34

21   important at least from the ATG group?                 17:58:36

22        A.    Based on the discussions we had             17:58:38

23   with our engineers in November who stated the          17:58:40

24   importance of source code to our own project,          17:58:43

25   yes.                                                   17:58:45

Page 321

```
 1          Q.      Did you have any expectation or        17:58:45

 2     indication as to how you would obtain              17:58:49

 3     information about source code at CES 2017?         17:58:52

 4          A.      Absolutely not.                        17:58:57

 5          Q.      Did you --                             17:58:58

 6          A.      We had no expectation or plans to      17:58:59

 7     try and obtain source code.                        17:59:01

 8          Q.      Okay.                                  17:59:02

 9                  But, nonetheless, in this document    17:59:03

10     the first priority under collection is source      17:59:06

11     code; right?                                       17:59:08

12          A.      I see what it says, yes.  But it       17:59:10

13     doesn't mean that we were trying to collect it.    17:59:12

14     It meant that it was a topic of interest.  The     17:59:14

15     purpose at CES is to, again, listen to public      17:59:19

16     presentations by speakers in the autonomous        17:59:27

17     space.  If they happen to discuss source           17:59:29

18     code-related topics, that would have been          17:59:31

19     something to pay attention to because we           17:59:32

20     understood source code to be important.            17:59:34

21          Q.      Prior to attending CES 2017, your      17:59:37

22     testimony is you had no actual plan on how you     17:59:40

23     would collect information about source code?       17:59:44

24          A.      We had no intention or plans to        17:59:46

25     collect source code.                               17:59:49
```

Page 322

```
 1          Q.     Well, you had a priority for          17:59:50
 2    collection listed here.  Number one priority is    17:59:53
 3    source code; right?                                17:59:56
 4          A.     As a topic of conversation            17:59:58
 5    publicly, it would be something that we should     18:00:02
 6    pay attention to but not as a particular item      18:00:06
 7    that we were trying to collect on specifically.    18:00:09
 8    As it -- if you were inferring, you know,          18:00:14
 9    collecting somebody's proprietary source code,     18:00:18
10    no, that was not our intention.                    18:00:20
11          Q.     I'm just reading what's in the        18:00:22
12    document.  Number one priority, source code.       18:00:23
13          A.     And I'm clarifying for you what's     18:00:26
14    in the document.                                   18:00:28
15          Q.     There are a number of other items     18:00:29
16    under collection, including competitor             18:00:31
17    relationships and supply chain issues as well      18:00:34
18    as technological limitations and hurdles.          18:00:37
19                 Do you see those?                      18:00:40
20          A.     Yes.                                   18:00:40
21          Q.     Did you collect any information on    18:00:42
22    those subjects at CES 2017?                        18:00:44
23          A.     I don't believe so.  My              18:00:48
24    understanding was that CES was not a valuable      18:00:49
25    use of our time.  And half of us weren't able     18:00:55
```

Page 323

```
 1    to attend as planned, so our resources were      18:01:00
 2    limited.                                          18:01:03
 3         Q.    Did Mr. Nocon and Ms. Chung attend     18:01:03
 4    the conference?                                   18:01:06
 5         A.    Yes.                                    18:01:06
 6         Q.    Anyone else from your team attend      18:01:08
 7    the conference?                                   18:01:10
 8         A.    No.                                     18:01:10
 9         Q.    Number one priority in terms of        18:01:13
10    organizations and collecting information about    18:01:15
11    organizations is listed as Google; is that        18:01:19
12    right?                                            18:01:19
13         A.    Correct.                                18:01:22
14         Q.    All right.                             18:01:22
15               Do you recall receiving the report     18:01:37
16    from CES 2017 about a conversation that           18:01:39
17    Ms. Chung had with a Korean supplier of LiDAR     18:01:45
18    systems?                                          18:01:50
19         A.    I recall receiving a report.  I        18:01:50
20    don't recall receiving a report, but I do         18:01:55
21    recall the instance.                              18:01:57
22         Q.    Do you recall that Ms. Chung           18:02:01
23    learned that this South Korean LiDAR company      18:02:04
24    claimed to be a potential vendor to Google?       18:02:10
25         A.    As I recall, yes, they boasted         18:02:14
```

Page 324

```
 1        about a potential relationship.              18:02:18

 2              Q.    And I'll show you Exhibit 9210.   18:02:22

 3        Can you confirm for me that this is the report 18:02:26

 4        that we were just discussing?                 18:02:29

 5              A.    Yes.                               18:02:29

 6              Q.    Was this report circulated outside 18:02:49

 7        of the SSG Group?                             18:02:51

 8              A.    I do not believe it was.  I       18:02:55

 9        believe the nature of what is described here  18:02:58

10        was discussed with Mr. Levandowski in the     18:03:04

11        February 14 meeting, and he confirmed that the 18:03:09

12        information was garbage and not of interest.  18:03:12

13              Q.    Do you know how he knew that?     18:03:16

14              A.    I believe his comment was         18:03:18

15        something to the effect of:                   18:03:19

16                    "There are so many suppliers who  18:03:23

17        would claim to have partnerships in order to  18:03:24

18        gin-up business that it's difficult to assess 18:03:28

19        anyone as credible."                          18:03:31

20              Q.    Did he indicate that this         18:03:34

21        basically was a false report from the South   18:03:36

22        Korean LiDAR company?                         18:03:40

23              A.    I don't recall whether he deemed  18:03:44

24        it to be false.  I think he questioned the    18:03:46

25        credibility because, in general, he understood 18:03:50
```

Page 325

```
 1        vendors, particularly at trade shows, to -- to      18:03:54

 2        boast such things in order to gin-up interest       18:03:58

 3        in business.  And that was a -- certainly a         18:04:00

 4        learning experience for our team, that things       18:04:03

 5        of this nature were not useful.                     18:04:05

 6             Q.     Did he suggest to you other ways        18:04:07

 7        that you could collect relevant information or      18:04:09

 8        information that he would find relevant with        18:04:12

 9        respect to autonomous vehicle competitors?         18:04:15

10             A.     No.  He simply stated that this        18:04:18

11        was not a good use of time.                         18:04:20

12             Q.     Did he suggest other ways that you     18:04:22

13        could collect information that would be useful     18:04:24

14        to him?                                             18:04:26

15             A.     What came out of that meeting,         18:04:26

16        again, was the priorities outlined in the          18:04:28

17        document we were discussing previously.  I can     18:04:29

18        look up the number if you would like.              18:04:32

19        But -- 9205.  That's what he outlined as the       18:04:39

20        issues that he wanted us to focus on.              18:04:42

21             Q.     Do you recall working on a data        18:04:55

22        retention policy document with Craig Clark for     18:04:55

23        this SSG Group?                                     18:04:56

24             A.     I re- -- I don't know that I           18:04:59

25        recall -- vaguely.                                  18:05:07
```

Page 334

```
 1          Q.     To your knowledge, did the          18:15:10
 2    Dropboxes used by SSG ever contain Waymo or      18:15:11
 3    Google information?                              18:15:15
 4          A.     No, not to my knowledge.            18:15:16
 5          Q.     To your knowledge, did the          18:15:19
 6    Nextcloud system used by SSG ever contain Waymo  18:15:21
 7    or Google information?                           18:15:24
 8          A.     It's possible that some of the      18:15:33
 9    documents we've discussed today were -- resided  18:15:34
10    in the Nextcloud system, and some of these       18:15:39
11    documents that we've discussed have referenced   18:15:41
12    Waymo.                                           18:15:44
13          Q.     I want to draw a distinction        18:15:48
14    between documents that reference Waymo or        18:15:49
15    Google and documents that belong to Waymo or     18:15:51
16    Google.                                          18:15:53
17          A.     Oh, I'm sorry.                      18:15:53
18          Q.     To your knowledge, did the          18:15:55
19    Nextcloud system used by SSG ever contain Waymo  18:15:56
20    or Google information?                           18:16:00
21          A.     Owned by Waymo or Google?           18:16:04
22          Q.     That's right.                       18:16:06
23          A.     No.  No, it did not.                18:16:06
24          Q.     To your knowledge, did any          18:16:09
25    nonattributable or misattributable device ever   18:16:12
```

Page 335

```
 1      contain any Waymo or Google information?        18:16:16

 2           A.    No.  It never -- they never          18:16:22

 3      contained information to my knowledge that was  18:16:24

 4      the property of Waymo or Google.                18:16:27

 5                 MS. CHANG:  No further questions.    18:16:29

 6                 MR. KAPGAN:  Just real quick.        18:16:31

 7                    FURTHER EXAMINATION               18:16:42

 8      BY MR. KAPGAN:                                  18:16:42

 9           Q.    Do you stand by all the testimony    18:16:47

10      that you gave in response to my questions       18:16:48

11      today?                                          18:16:51

12           A.    Yes.                                 18:16:51

13           Q.    Is there any testimony that you      18:16:53

14      believe you need to change?                     18:16:54

15           A.    None that I can think of.            18:17:00

16           Q.    And to be clear, you never did an    18:17:01

17      investigation into Mr. Levandowski's use of     18:17:04

18      Google or Waymo confidential information or     18:17:09

19      trade secrets; correct?                         18:17:12

20           A.    Correct.                             18:17:13

21                 MR. KAPGAN:  No more questions.      18:17:14

22                 MS. CHANG:  I would just like to     18:17:17

23           state on the record that we reserve        18:17:18

24           Mr. Gicinto's right to correct any         18:17:20

25           testimony as part of his errata.           18:17:23
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              C E R T I F I C A T E

 2

 3              I, PAUL J. FREDERICKSON, CA
        Certified Shorthand Reporter No. 13164 and
 4      WA Certified Court Reporter No. 2419, do
        hereby certify:
 5              That prior to being examined,
        the witness named in the foregoing
 6      deposition was by me duly sworn or affirmed
 7      to testify to the truth, the whole truth and
 8      nothing but the truth;
 9              That said deposition was taken
        down by me in shorthand at the time and
10      place therein named, and thereafter reduced
11      to print by means of computer-aided
12      transcription; and the same is a true,
13      correct and complete transcript of said
14      proceedings.
                I further certify that I am not
15      interested in the outcome of the action.
16              Witness my hand this 22nd day
17      of December 2017.

18

19

20

21

22      _____

23          PAUL J. FREDERICKSON, CCR, CSR

24          WA CCR 2419  CA CSR 13164

25          Expiration date:  March 31, 2018


                                    Page 338
```