# EXHIBIT 22

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

_____

WAYMO LLC,                         )

        Plaintiff,          )

     v.                          ) Case No.

UBER TECHNOLOGIES, INC.;     ) 3:17-cv-00939-WHA

OTTOMOTTO LLC;                     )

OTTO TRUCKING,                     )

        Defendants.         )

_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF EDWARD RUSSO

WEDNESDAY, DECEMBER 20, 2017

REPORTED BY:

PAUL J. FREDERICKSON, CCR, CSR

JOB NO. 2771335

PAGES 1 - 367

Page 13

```
 1         Q.      Okay.  You mentioned that you were    08:09:38
 2    doing research and assessment.  Can you tell me    08:09:56
 3    what that means?                                   08:09:58
 4         A.      Sure.  It involved doing research     08:09:59
 5    into competitors, both in the ridesharing          08:10:02
 6    marketplace and in the autonomous vehicle          08:10:07
 7    development marketplace.                            08:10:09
 8         Q.      And why was doing research into        08:10:11
 9    competitors important to Uber?                      08:10:13
10         A.      It was my understanding that Uber      08:10:17
11    wanted to have as good an assessment as they        08:10:19
12    could have regarding where its competitors          08:10:20
13    stood in the marketplace so they could gauge        08:10:25
14    its -- you know, where they stood vis-a-vis the     08:10:28
15    other companies.                                    08:10:31
16         Q.      Are you still doing that role?         08:10:33
17         A.      No.                                    08:10:33
18         Q.      Do you feel like you were             08:10:38
19    successful in carrying out the task that Uber       08:10:40
20    assigned to you in that role?                       08:10:42
21         A.      I would say yes.  We -- I carried      08:10:47
22    out those tasks.  Come springtime, there seemed    08:10:50
23    to be less interest in it, and my                   08:10:55
24    responsibilities shifted more to investigations    08:10:57
25    and then the Insider Risk Program.                  08:10:59
```

```
 1              MR. UMHOFER:  Quick clarification.    08:38:14
 2         When they spoke, current employees of      08:38:16
 3         those competitors or former employees of   08:38:18
 4         those competitors.  Just --                08:38:21
 5              MR. KAPGAN:  Okay.                     08:38:22
 6              MR. UMHOFER:  I'm not sure it          08:38:23
 7         makes a difference to your answer.         08:38:26
 8              THE WITNESS:  No.                      08:38:28
 9  BY MR. KAPGAN:                                    08:38:28
10         Q.   Did you understand that in my         08:38:29
11  question I was asking about existing employees    08:38:30
12  of those competitors?                             08:38:33
13         A.   I assumed that, but no, I didn't.     08:38:36
14         Q.   Okay.                                 08:38:36
15              So let me ask the follow-on           08:38:41
16  question.                                         08:38:43
17         A.   Yeah.                                 08:38:44
18         Q.   Are you aware of anyone at Uber       08:38:44
19  ever attempting to gather research or             08:38:49
20  intelligence about a competitor of Uber's by      08:38:51
21  speaking to former employees of those             08:38:54
22  competitors?                                      08:38:58
23         A.   No.                                   08:39:02
24         Q.   Are you aware of anyone at Uber       08:39:06
25  ever speaking to former Waymo or Google           08:39:13
```

Page 43

```
 1    about that conversation?                        08:41:39

 2         A.    No.  It was pretty short.  I mean,   08:41:42

 3    we weren't in the car that long.                08:41:44

 4         Q.    When was that, approximately?        08:41:45

 5         A.    I do not remember.                    08:41:50

 6         Q.    Was it this year?                     08:41:53

 7         A.    Yes.  It would have been -- yeah,    08:41:56

 8    I honestly don't remember.  It would have been  08:41:58

 9    back in the spring maybe, February, March,      08:42:00

10    perhaps.                                         08:42:03

11         Q.    Are you aware of whether there are   08:42:03

12    any former Google or Waymo employees that are   08:42:23

13    employed by Uber?                                08:42:24

14         A.    By name, no.  I assume there might   08:42:29

15    be, but I don't know any.                        08:42:31

16         Q.    And I take it you don't know          08:42:36

17    whether anyone at Uber has ever spoken to any   08:42:37

18    such employees, that is, former Google or Waymo 08:42:41

19    employees, about activities at Google or Waymo? 08:42:46

20         A.    No.                                   08:42:51

21         Q.    So going back to what we started     08:43:00

22    out with, you mentioned that you've been        08:43:02

23    involved in research and assessment, and we     08:43:03

24    talked about research.  Is assessment something 08:43:06

25    different?                                       08:43:07
```

Page 44

```
 1          A.      It's a natural follow-on.  You do      08:43:14
 2    the research, and then it was part of my job to      08:43:14
 3    draw some likely conclusions.  I'll give you an      08:43:17
 4    example.                                              08:43:20
 5               When I first was hired, one of the        08:43:22
 6    first projects I had was to look at some of the      08:43:25
 7    key personalities in -- I think it was Google X      08:43:29
 8    at the time prior to Waymo.  So I did                08:43:34
 9    open-source research on, you know -- the key         08:43:36
10    personality at the time was a guy named Chris        08:43:38
11    Urmson.  This would have been back probably          08:43:42
12    September or so of 2016.                              08:43:44
13               There was a lot of articles and          08:43:46
14    blog features on him.  One of them included --       08:43:49
15    allegedly, there was a tension between him and       08:43:54
16    a man named John Krafcik who had been hired to       08:43:56
17    oversee the program.  So you take that               08:44:01
18    open-source, summarize it, and then, you know,       08:44:03
19    the assessment would be, you know, if these          08:44:06
20    two -- obviously, if these two can't figure out      08:44:08
21    a way to live and work together, you know,           08:44:10
22    there could be a parting of the ways.  And, you      08:44:12
23    know, Google either loses a new executive or         08:44:15
24    they lose a -- a key engineer.                        08:44:18
25          Q.      And was part of that assessment to     08:44:23
```

Page 69

```
 1              Q.      Do you know if Mr. Gicinto did?     09:12:22

 2              A.      I believe so, yeah.                 09:12:23

 3              Q.      What do you understand that         09:12:25

 4      Mr. Gicinto worked with Ric Jacobs on?             09:12:28

 5              A.      I can't say specifically.  I mean,  09:12:32

 6      I understand that they -- they worked on a few     09:12:35

 7      things together and -- but I -- nothing I had      09:12:37

 8      insight into.                                      09:12:42

 9              Q.      You don't know any of the details?  09:12:43

10              A.      No.                                09:12:43

11              Q.      While you've been at Uber, have    09:12:59

12      you ever witnessed any activity that you           09:12:59

13      believed or considered was either unethical or    09:13:00

14      illegal?                                           09:13:03

15              A.      Can you be more specific?  Any      09:13:05

16      activity that was unethical?                       09:13:07

17                   MR. UMHOFER:  And I'm going to        09:13:11

18              object to this question again as beyond    09:13:12

19              the scope of the judge's order.  If you    09:13:13

20              want to limit it to the topics in the      09:13:15

21              judge's order on this deposition, then     09:13:18

22              you can answer.                            09:13:20

23      BY MR. KAPGAN:                                     09:13:20

24              Q.      So let me ask it again.            09:13:22

25                   While you've been at Uber, have       09:13:26
```

Page 70

```
 1    you ever witnessed any activity by either Uber      09:13:28
 2    personnel or their contractors or vendors that      09:13:34
 3    you believed or considered to be either             09:13:38
 4    unethical or illegal?                               09:13:42
 5         A.    No.                                       09:13:44
 6               MR. UMHOFER:  Same objection.             09:13:44
 7               Just let me object first.                 09:13:45
 8               THE WITNESS:  Sorry.                       09:13:48
 9               Please go ahead.                          09:13:49
10    BY MR. KAPGAN:                                       09:13:50
11         Q.    That's a no?                              09:13:50
12               Do you have any understanding of          09:14:00
13    the circumstances of Mr. Jacobs' resignation?       09:14:01
14         A.    Some.  He had -- they -- as I             09:14:09
15    understood it, he had had performance issues.       09:14:14
16    So basically he was removed as a manager and        09:14:20
17    made an individual contributor.                     09:14:22
18         Q.    Is that your understanding of why        09:14:29
19    he resigned?                                        09:14:30
20         A.    I believe that was the big cause,        09:14:36
21    yes.                                                09:14:37
22         Q.    Did you read his letter that --          09:14:38
23    the letter that his attorney sent to Uber           09:14:39
24    outlining his complaints?                           09:14:42
25         A.    The first time I saw that letter         09:14:43
```

Page 72

```
 1        Q.      Okay.                            09:16:01

 2                I take it you disagree that SSG  09:16:26

 3    frequently engaged in fraud and theft?       09:16:33

 4        A.      You take it that I disagree with 09:16:38

 5    that?  Yes, I do disagree with that.         09:16:39

 6        Q.      Do you know whether SSG employed 09:16:42

 7    third-party vendors to obtain unauthorized data 09:16:47

 8    or information?                              09:16:49

 9        A.      Not to my knowledge.             09:16:50

10        Q.      Mr. Jacobs made some allegations 09:16:58

11    with respect to the Marketplace Analytics    09:17:00

12    group.  Are you familiar with that?          09:17:03

13        A.      The group or the allegations?    09:17:04

14        Q.      The allegations.                 09:17:06

15        A.      You would have to go through them 09:17:09

16    again, and I -- again, like I said, I don't  09:17:11

17    know much about Marketplace Analytics, so the 09:17:13

18    allegations he made, I don't know.           09:17:16

19        Q.      Well, one of the things that     09:17:19

20    Mr. Jacobs said was that Marketplace Analytics 09:17:21

21    exists expressly for the purpose of acquiring 09:17:24

22    trade secrets, code base and competitive     09:17:27

23    intelligence.                                09:17:31

24                Do you remember those allegations? 09:17:32

25        A.      Yep.  Yes, I do.                 09:17:34
```

Page 73

```
 1          Q.      Do you have any basis to say one    09:17:36
 2   way or the other whether that's true?            09:17:38
 3          A.      None whatsoever.                   09:17:40
 4          Q.      You don't know one way or the      09:17:42
 5   other; right?                                     09:17:44
 6          A.      I don't.  I don't believe it to be 09:17:44
 7   true, but I don't know.                           09:17:46
 8          Q.      Do you know whether Marketplace     09:17:55
 9   Analytics derived business metrics of supply,     09:17:58
10   demand and the function of applications from      09:18:00
11   major ride-sharing competitors globally?          09:18:04
12          A.      I don't know.  I don't know what    09:18:07
13   Marketplace Analytics does on a day-to-day        09:18:09
14   basis.                                            09:18:12
15          Q.      Did you have interactions with      09:18:17
16   Craig Clark?                                      09:18:19
17          A.      Yes.                               09:18:22
18          Q.      And what was Craig Clark's role at  09:18:23
19   the company as far as you know?                   09:18:27
20          A.      He was an in-house attorney, and    09:18:30
21   he was assigned, if you will, to the security     09:18:32
22   team.                                             09:18:36
23          Q.      Was he the primary attorney within  09:18:38
24   the security team?                                09:18:41
25          A.      That's my understanding.            09:18:43
```

```
 1        Q.    Sure.                              09:26:25
 2              I think you testified that,        09:26:30
 3   generally speaking, if you're doing competitive 09:26:33
 4   intelligence-gathering activities, those       09:26:37
 5   were -- you understood those to be at the      09:26:38
 6   direction of counsel?                          09:26:40
 7        A.    Yes.                                09:26:40
 8        Q.    Okay.                               09:26:40
 9              So -- and do I understand           09:26:42
10   correctly that, as a result of that, you made  09:26:43
11   an effort when communicating in writing about  09:26:46
12   your competitive intelligence-gathering        09:26:50
13   activities that those should be labeled        09:26:53
14   attorney-client privilege.                     09:26:55
15              MR. UMHOFER:  Objection, vague and  09:26:58
16        ambiguous.                                09:26:59
17              MS. CHANG:  Objection, misstates    09:26:59
18        prior testimony.                          09:27:02
19        A.    Okay.  Then -- would you mind one   09:27:06
20   more time?                                     09:27:09
21        Q.    Sure.                               09:27:10
22              Do I understand correctly that as  09:27:10
23   a result of you understanding that your        09:27:12
24   competitive intelligence-gathering activities  09:27:17
25   were at the direction of counsel --            09:27:19
```

Page 83

```
 1          A.      Right.                          09:27:21
 2          Q.      -- that you made an effort to   09:27:21
 3   label communications about those activities as 09:27:22
 4   attorney-client privilege?                     09:27:24
 5              MR. UMHOFER:  Same objection.        09:27:25
 6              MS. CHANG:  Objection, misstates     09:27:26
 7          prior testimony.                         09:27:28
 8          A.      Yeah.  I mean, my answer is what 09:27:32
 9   it was, which is, based on the training I had,  09:27:34
10   I understood there to be two -- two categories  09:27:39
11   for labeling something attorney-client          09:27:42
12   privilege.  Right?  When soliciting advice or   09:27:44
13   guidance or if you're preparing a product that  09:27:48
14   had been at the direction of legal, those were  09:27:53
15   the times that I would use attorney-client      09:27:57
16   privilege.                                      09:27:59
17          Q.      And that included the times when 09:28:00
18   you did competitive intelligence-gathering      09:28:01
19   activities; right?                              09:28:04
20          A.      If the report was at the direction 09:28:05
21   of legal, then I would label it appropriately,  09:28:09
22   as I understood it to be -- as I understood the 09:28:12
23   process.                                        09:28:16
24          Q.      All right.                        09:28:16
25              And I think we established that       09:28:18
```

Page 90

1       A.      I believe, yeah.  I believe it was      09:51:24

2   September of this year.                            09:51:26

3       Q.      And is it your understanding that      09:51:27

4   communications done through the Wickr platform,   09:51:30

5   there's no record of them kept; is that right?    09:51:33

6       A.      For the most part, right.  As I        09:51:38

7   understand it, there's a new version now that     09:51:40

8   does keep a record, but yes.                      09:51:42

9       Q.      But when you were using it, you        09:51:43

10  understood that essentially those                 09:51:46

11  communications would self-destruct within a       09:51:47

12  period of time?                                   09:51:49

13      A.      Yes.                                   09:51:50

14      Q.      And do you have an understanding       09:51:51

15  of what that period of time was?                  09:51:52

16      A.      Wickr allows you -- or as I            09:51:54

17  remember it, it allowed you to change those       09:51:55

18  settings.  But I think for the most part          09:51:59

19  everybody was like five or six days, something    09:52:01

20  to that effect.                                   09:52:05

21      Q.      And when would you use Wickr as        09:52:07

22  opposed to, let's say, email?                     09:52:10

23      A.      I think Wickr was kind of our          09:52:13

24  preferred method of communicating.  So --         09:52:21

25      Q.      And do you have any understanding      09:52:24

Page 91

1    of why Wickr was the preferred method?                 09:52:27

2         A.    Essentially -- you mentioned the            09:52:32

3    ephemerality, but Wickr is also encrypted              09:52:34

4    end-to-end communications.  So there's no              09:52:37

5    chance of whatever you're discussing being             09:52:40

6    intercepted by someone else.                           09:52:43

7         Q.    So is it your understanding that            09:52:48

8    the main reasons for using Wickr were the              09:52:49

9    security and the ephemerality of the                   09:52:52

10   communication?                                         09:52:56

11        A.    Right, to protect our discussions.          09:52:57

12        Q.    So it was routine during the                09:53:02

13   course of your work to use Wickr to communicate        09:53:04

14   with others at the company; is that fair?              09:53:07

15        A.    Yes.  Well, within Threat Ops,              09:53:10

16   yes.                                                   09:53:12

17        Q.    And -- and do you have an                   09:53:12

18   understanding that others within Threat Ops            09:53:14

19   also preferred and routinely used Wickr to             09:53:16

20   communicate with each other?                           09:53:19

21        A.    Yes, that was my understanding.             09:53:20

22        Q.    What about outside of Threat Ops?           09:53:22

23   Did -- do you have an understanding of whether         09:53:24

24   others used Wickr?                                     09:53:26

25        A.    My use of Wickr was pretty much my          09:53:28

Page 93

```
 1        A.      I did not.                    09:54:39

 2        Q.      Are you aware of others who did?  09:54:40

 3        A.      I believe Mr. Gicinto did, but I'm  09:54:43

 4   not certain.                                09:54:45

 5        Q.      Was Wickr discussed during any of  09:54:52

 6   the meetings that you had with the ATG group in  09:54:54

 7   Pittsburgh?                                 09:54:59

 8        A.      No.  No, it was not.          09:55:00

 9        Q.      Were there meetings happening as  09:55:02

10   far as you know with ATG group while you were  09:55:03

11   there that you were not involved in?        09:55:06

12        A.      While I was where?  In Pittsburgh?  09:55:09

13        Q.      In Pittsburgh.                09:55:10

14        A.      Not that I'm aware of.        09:55:12

15        Q.      Other than using Wickr, have you  09:55:16

16   used other forms of ephemeral communications  09:55:23

17   while you've been at Uber to conduct Uber    09:55:25

18   business?                                   09:55:28

19        A.      Yes.  The ephemeral HipChat and  09:55:29

20   UChat are Uber-wide ephemeral platforms.    09:55:32

21        Q.      Did UChat replace HipChat?    09:55:40

22        A.      Yes, it did.                  09:55:42

23        Q.      Is UChat used at the company now?  09:55:44

24        A.      I believe it is.  Yes, it is.  09:55:47

25   Yeah, it is.                                09:55:49
```

```
 1        Q.      Did he explain that it was          09:57:12

 2   preferable to use telephone calls or             09:57:14

 3   in-conference meetings because there wouldn't    09:57:20

 4   be a record of what was discussed during such    09:57:22

 5   meetings or phone calls?                         09:57:24

 6        A.      That was not my understanding of     09:57:25

 7   his explanation, no.                             09:57:27

 8        Q.      Did he explain that it was          09:57:31

 9   preferable to use Wickr because there would not  09:57:32

10   be a record of communications that were had on   09:57:34

11   that platform?                                   09:57:37

12        A.      No, that was not my understanding.   09:57:40

13        Q.      Okay.                               09:57:40

14                But you understood that was the     09:57:42

15   effect of using Wickr?                           09:57:43

16        A.      Yes.  Yeah.  Yeah.  And that was    09:57:45

17   desirable from the perspective of protecting     09:57:47

18   information.                                     09:57:50

19        Q.      Could documents be exchanged using  09:57:50

20   Wickr?                                           09:58:05

21        A.      As I recall, they could not be      09:58:06

22   exchanged, but you could attach a document.      09:58:10

23   For example, I could attach a document send it   09:58:13

24   to you, you could read the document, but that    09:58:16

25   would be it.                                     09:58:19
```

```
 1    were not preserved; correct?              10:02:48
 2          A.     Correct.                      10:02:50
 3                 MS. CHANG:  Objection, vague and  10:02:50
 4          ambiguous as to time period.         10:02:51
 5                 MR. UMHOFER:  And lack of      10:02:53
 6          foundation.                          10:02:54
 7    BY MR. KAPGAN:                              10:02:54
 8          Q.     And am I correct in assuming that  10:03:04
 9    after you were put on a legal hold, you    10:03:06
10    continued to have communications on Wickr?  10:03:08
11          A.     Yes.                           10:03:14
12          Q.     And as far as you're aware, other  10:03:14
13    people within Threat Ops continued to      10:03:18
14    communicate on Wickr as well?              10:03:20
15          A.     Yes.                           10:03:20
16          Q.     And so if I wanted to try to find  10:03:32
17    out or you wanted to try to find out about  10:03:34
18    prior communications that you had on Wickr, you  10:03:39
19    wouldn't be able to access those at this point;  10:03:41
20    right?                                      10:03:44
21          A.     No.                            10:03:44
22          Q.     Yes or no, were you given any   10:03:54
23    instruction about using or not using Wickr  10:03:57
24    after you were put on a legal hold?         10:04:03
25          A.     I'm not sure that's a yes-or-no  10:04:11
```

Page 102

```
 1    question.  But the legal hold I received, as I      10:04:12
 2    recall, stated we could not discuss Ric Jacobs      10:04:17
 3    or those matters pending via Wickr.  It did not     10:04:20
 4    say we couldn't continue our other business via     10:04:24
 5    Wickr.                                              10:04:27
 6              MS. CHANG:  I'm allowing the              10:04:27
 7         witness to answer this line of                10:04:28
 8         questioning pursuant to the 502               10:04:30
 9         stipulation that the parties have in          10:04:33
10         place relating to this issue.                 10:04:35
11    BY MR. KAPGAN:                                      10:04:35
12         Q.    After you received that legal           10:04:48
13    hold, did you, in fact, discuss any of the         10:04:49
14    issues raised in the Ric Jacobs attorney letter    10:04:55
15    or any other matters about Ric Jacobs via          10:04:59
16    Wickr?                                              10:05:03
17         A.    No.                                     10:05:03
18         Q.    Are you aware of anyone else who        10:05:04
19    did?                                               10:05:05
20         A.    No, I'm not aware.                      10:05:06
21         Q.    During the course of your time at       10:05:06
22    Uber, have you ever discussed Waymo or Google      10:05:15
23    with other folks at Uber via Wickr?               10:05:19
24         A.    I'm sure I have, yes.                   10:05:27
25         Q.    Can you give me the context?           10:05:29
```

Page 105

| | | |
|---|---|---|
| 1 | Q.    In other words, you're not aware | 10:08:41 |
| 2 | of anyone at Uber using ephemeral | 10:08:43 |
| 3 | communications for the purpose of destroying | 10:08:45 |
| 4 | evidence of any sort? | 10:08:49 |
| 5 | A.    Correct.  For the purpose of | 10:08:51 |
| 6 | destroying evidence or the other thing you | 10:08:53 |
| 7 | said, evading discovery, no, I'm not aware of | 10:08:55 |
| 8 | anyone who has done that. | 10:08:58 |
| 9 | Q.    You never had any conversations | 10:09:12 |
| 10 | with Mr. Gicinto or Mr. Clark on that subject? | 10:09:14 |
| 11 | A.    On what subject? | 10:09:17 |
| 12 | Q.    On the subject of using Wickr, as | 10:09:18 |
| 13 | an example, to prevent discovery of certain | 10:09:23 |
| 14 | information in litigation. | 10:09:27 |
| 15 | A.    No. | 10:09:27 |
| 16 | Q.    You said that you had some | 10:09:45 |
| 17 | projects that you worked on with Mr. Jacobs; is | 10:09:46 |
| 18 | that right? | 10:09:46 |
| 19 | A.    No, I did not say that. | 10:09:50 |
| 20 | Q.    Okay. | 10:09:51 |
| 21 | Can you remind me again, what was | 10:10:00 |
| 22 | your interaction with Mr. Jacobs?  What did | 10:10:02 |
| 23 | that consist of? | 10:10:04 |
| 24 | A.    I met him a handful of times when | 10:10:07 |
| 25 | I came out to San Francisco, a couple of times | 10:10:08 |

Page 106

| | | |
|---|---|---|
| 1 | in the office.  There were a couple of team | 10:10:11 |
| 2 | dinners. | 10:10:17 |
| 3 | Q.    During the course of his | 10:10:19 |
| 4 | employment at Uber, did you ever become aware | 10:10:21 |
| 5 | of any objections that Mr. Jacobs made to any | 10:10:25 |
| 6 | practices taking place at Uber? | 10:10:29 |
| 7 | A.    No.  No, I'm not aware of him | 10:10:30 |
| 8 | making any objections. | 10:10:33 |
| 9 | Q.    Did you discuss with Mr. Gicinto | 10:10:37 |
| 10 | at any time the objections or allegations that | 10:10:40 |
| 11 | Mr. Jacobs made in his attorney letter to Uber? | 10:10:46 |
| 12 | A.    No.  I did not see the letter and | 10:10:50 |
| 13 | nobody discussed it with me. | 10:10:54 |
| 14 | Q.    Okay. | 10:10:56 |
| 15 | So in terms of the allegations in | 10:11:00 |
| 16 | Mr. Jacobs' letter, other than with your | 10:11:01 |
| 17 | attorneys, you haven't actually discussed those | 10:11:06 |
| 18 | allegations with anyone at Uber; is that right? | 10:11:07 |
| 19 | A.    At Uber? | 10:11:10 |
| 20 | Q.    Yeah. | 10:11:11 |
| 21 | A.    No.  There was an internal | 10:11:12 |
| 22 | investigation conducted by Wilmer Hale.  They | 10:11:13 |
| 23 | asked a series of questions. | 10:11:16 |
| 24 | MS. CHANG:  I would like to | 10:11:19 |
| 25 | interject here.  I would like to caution | 10:11:20 |

| | | | |
|---|---|---|---|
| 1 | A. | Misattributable devices, yes. | 10:13:33 |
| 2 | Q. | Okay. | 10:13:34 |
| 3 | | What are misattributable devices? | 10:13:36 |
| 4 | A. | Those are devices that don't tie | 10:13:38 |
| 5 | directly back to you as a user. | | 10:13:40 |
| 6 | Q. | Have you sometimes heard those | 10:13:46 |
| 7 | referred to as nonattributable devices? | | 10:13:48 |
| 8 | A. | Yes. | 10:13:50 |
| 9 | Q. | Same thing, as far as you know? | 10:13:51 |
| 10 | A. | As far as I know, there is nothing | 10:13:54 |
| 11 | as a nonattributable device.  It's going to | | 10:13:58 |
| 12 | attribute to something. | | 10:14:01 |
| 13 | Q. | Did Uber purchase misattributable | 10:14:03 |
| 14 | devices? | | 10:14:06 |
| 15 | A. | Yes. | 10:14:07 |
| 16 | Q. | For what purpose? | 10:14:08 |
| 17 | A. | Two purposes:  We had -- whenever | 10:14:12 |
| 18 | research was being done into a hostile actor, | | 10:14:18 |
| 19 | particularly overseas, you would use a | | 10:14:22 |
| 20 | misattributable device for that. | | 10:14:26 |
| 21 | | We also had a -- a system set up | 10:14:28 |
| 22 | to protect our most sensitive information.  So | | 10:14:31 |
| 23 | we would use the misattributable device to log | | 10:14:34 |
| 24 | into that. | | 10:14:37 |
| 25 | Q. | What kind of sensitive information | 10:14:43 |

Page 114

```
 1        Q.      These were laptops?              10:18:43

 2        A.      Yes.                             10:18:43

 3        Q.      What was your understanding as to 10:18:50

 4   why the SSG reports were being stored on the  10:18:51

 5   Nextcloud system that was not Uber's primary  10:18:55

 6   system?                                       10:18:59

 7        A.      Security.                        10:19:00

 8        Q.      Was there a belief that Uber's own 10:19:02

 9   systems were not secure enough?               10:19:05

10             MR. UMHOFER:  Objection, calls for  10:19:08

11        speculation.                             10:19:08

12   BY MR. KAPGAN:                                10:19:10

13        Q.      Do you understand it?            10:19:10

14        A.      It was -- the -- being hacked was 10:19:12

15   a concern, yes.                               10:19:14

16        Q.      What was your understanding, if  10:19:14

17   you had any, as to why these SSG reports were 10:19:36

18   deemed to be the kind of information that     10:19:40

19   should be on Nextcloud's system as opposed to 10:19:43

20   any other information that Uber had?          10:19:47

21        A.      Say that again.                  10:19:51

22        Q.      Sure.                            10:19:52

23             As I understand it, your            10:19:54

24   understanding is that the only type of        10:19:55

25   information that was stored on these -- on this 10:19:59
```

Page 115

| | | |
|---|---|---|
| 1 | Nextcloud system were these SSG reports; | 10:20:03 |
| 2 | correct? | 10:20:06 |
| 3 | A.    Yes. | 10:20:06 |
| 4 | Q.    Do you have any understanding of | 10:20:07 |
| 5 | why there was no other information of Uber that | 10:20:08 |
| 6 | was stored on Nextcloud systems, given the | 10:20:13 |
| 7 | concern for hacking? | 10:20:17 |
| 8 | A.    I -- I don't know why.  I know it | 10:20:18 |
| 9 | was set up to protect our information. | 10:20:21 |
| 10 | Q.    Do you have an understanding of | 10:20:23 |
| 11 | who knew about the Nextcloud system? | 10:20:25 |
| 12 | A.    Well, obviously all those of us | 10:20:32 |
| 13 | who used it.  Mat Henley, Craig Clark, Joe | 10:20:34 |
| 14 | Sullivan.  I imagine there's a few others. | 10:20:40 |
| 15 | Q.    How many different people used the | 10:20:45 |
| 16 | system? | 10:20:47 |
| 17 | A.    Let's see.  Seven or eight or so. | 10:20:50 |
| 18 | Q.    These were all folks who were in | 10:21:01 |
| 19 | the SSG group? | 10:21:03 |
| 20 | A.    Or Threat Ops. | 10:21:04 |
| 21 | Q.    Can you tell me who you believe | 10:21:07 |
| 22 | those folks were? | 10:21:08 |
| 23 | A.    Myself, Nick Gicinto, Jake Nocon, | 10:21:10 |
| 24 | Anna Chung, Mat Henley, Susan Chiang.  I'm not | 10:21:15 |
| 25 | sure if there were others, but I think | 10:21:24 |

Page 116

```
 1    that's -- that might be it.                    10:21:25
 2        Q.    Do you know when that system was      10:21:29
 3    first created, the Nextcloud system?           10:21:30
 4        A.    I want to say January of this         10:21:35
 5    year, 2017.                                     10:21:36
 6        Q.    Does it still exist?                  10:21:38
 7        A.    No.                                   10:21:38
 8        Q.    Why not?                              10:21:45
 9        A.    The decision was made to take it      10:21:45
10    down because it was very expensive, too clunky, 10:21:47
11    not -- it was secure, but it was not very user  10:21:51
12    friendly.  So --                               10:21:56
13        Q.    So what happened to the reports      10:21:58
14    that -- that were stored on there?             10:21:59
15        A.    Nick pulled all those down off the   10:22:00
16    cloud.  He has those.                          10:22:03
17        Q.    Were they put on Uber's main         10:22:04
18    systems?                                       10:22:07
19        A.    I do not know.  I don't believe      10:22:07
20    so, but I do not know.                         10:22:09
21        Q.    Do you have any understanding of     10:22:10
22    why those reports were not put on Uber's main  10:22:12
23    system?                                        10:22:14
24        A.    No, I don't know.                    10:22:16
25        Q.    Do you know when the decision was    10:22:22
```

Page 118

```
 1          Q.      Do you have an understanding that    10:23:38
 2    Dropbox was deemed to be not sufficiently          10:23:40
 3    secure and that was the reason for transferring    10:23:43
 4    to Nextcloud?                                       10:23:46
 5          A.      The Nextcloud system was             10:23:49
 6    contracted and put in place to have a more         10:23:52
 7    secure system.  So yes.                            10:23:54
 8          Q.      Was that the primary reason of --    10:23:57
 9    of moving to Nextcloud?                            10:23:59
10          A.      Yes.  Yeah.                          10:24:01
11          Q.      Do you have an understanding that    10:24:08
12    the SSG reports were removed from Dropbox          10:24:09
13    during that transition period?                     10:24:11
14          A.      Yes.                                 10:24:11
15          Q.      Were there any other systems other   10:24:23
16    than Dropbox and Nextcloud that you're aware of    10:24:25
17    that were used to store sensitive Uber             10:24:27
18    information?                                        10:24:30
19          A.      No.                                  10:24:30
20          Q.      The SSG reports that were stored     10:24:44
21    on Dropbox and then Nextcloud, can you tell me     10:24:46
22    the kinds of reports that were stored there?       10:24:51
23          A.      Sure.  Some were research and        10:24:56
24    assessments on competitors.  Some were reports     10:25:00
25    about situations in foreign countries that         10:25:03
```

Page 119

```
 1    beared on Uber's operations there.              10:25:07
 2         Q.     Any other types of reports?         10:25:11
 3         A.     Probably, but, I mean,              10:25:18
 4    specifically I can't think of.  Those are       10:25:19
 5    the -- the two primary types we would write.    10:25:21
 6         Q.     Were any of these reports, to your  10:25:23
 7    knowledge, ever sent to individuals outside of  10:25:31
 8    Threat Ops team?                                10:25:35
 9         A.     I don't know.                        10:25:44
10         Q.     Do you know if there was any        10:25:45
11    policy that -- in place that, written or        10:25:46
12    unwritten, that such reports, given the         10:25:50
13    sensitive nature and the fact that they existed 10:25:52
14    on this non-Uber system, should not be sent to  10:25:56
15    folks outside of the Threat Ops team?           10:25:59
16         A.     I don't know of any policy.  I      10:26:03
17    mean, if the report was prepared at the         10:26:05
18    direction of a customer or, you know, had value 10:26:12
19    to somebody, I'm certain it was showed to them. 10:26:14
20         Q.     When you say "customer," you're     10:26:22
21    referring to internal Uber folks or someone     10:26:23
22    else?                                           10:26:25
23         A.     Internal Uber, yes.                 10:26:26
24         Q.     Do you have any understanding of    10:26:33
25    how many different reports were contained on    10:26:35
```

Page 125

```
 1     Uber procurement purchase, then it's an -- it's      10:31:40
 2     obviously and clearly an Uber laptop.  So by --      10:31:44
 3     by going outside to a contractor and purchasing      10:31:48
 4     that way, it -- basically that's part of what        10:31:50
 5     makes it misattributable.                            10:31:53
 6          Q.    You're saying that if Uber itself         10:31:55
 7     purchased a laptop, that others who are viewing      10:31:58
 8     that laptop, accessing, for example, a computer      10:32:04
 9     system on the Internet would be able to figure       10:32:07
10     out that that laptop came from Uber?  Is that        10:32:09
11     the idea?                                            10:32:13
12          A.    I think so.  Again, now you're            10:32:14
13     getting into the technical stuff that I really       10:32:15
14     can't speak to.                                      10:32:18
15          Q.    Aside from laptop computers, what         10:32:25
16     other kinds of misattributable devices are you       10:32:27
17     aware of that were purchased by Uber?                10:32:29
18          A.    The MiFi is to connect to the             10:32:31
19     Internet.                                            10:32:35
20          Q.    Any -- any other devices?                 10:32:43
21          A.    Not to my knowledge.                      10:32:44
22          Q.    Did I understand correctly that to        10:32:45
23     access the Nextcloud system, folks at Uber           10:32:54
24     exclusively used misattributable devices?            10:32:57
25          A.    Yes.                                      10:33:03
```

Page 132

```
 1                  I caution the witness not to        10:40:23
 2          disclose the substance of any privileged    10:40:24
 3          communication.                              10:40:26
 4          A.      If you're asking me, did the        10:40:28
 5     misattributable devices exist to avoid           10:40:31
 6     discovery, then the answer is no.                10:40:34
 7          Q.      No.  My question was just, did you  10:40:37
 8     have any understanding that use of               10:40:40
 9     misattributable or nonattributable devices,      10:40:45
10     that activities with respect to those -- that    10:40:48
11     use would not be subject to legal discovery?     10:40:52
12                  MR. UMHOFER:  Objection, vague and  10:40:55
13          ambiguous, calls for speculation.           10:40:56
14          A.      Yeah, I -- if I understand the      10:41:00
15     question, was this -- were these used to avoid   10:41:02
16     legal discovery, then the answer is no.          10:41:07
17          Q.      Did you have any understanding      10:41:09
18     that one effect of using such devices would be   10:41:10
19     to avoid discovery?                              10:41:13
20          A.      No, I had no such understanding.    10:41:15
21          Q.      Do you have any understanding of    10:41:28
22     whether any of the information that was          10:41:29
23     uploaded to Dropbox or Nextcloud as part of      10:41:31
24     this alternative system, that any of that        10:41:35
25     information was ever destroyed or deleted?       10:41:38
```

Page 135

```
 1    or the other about those allegations?          10:44:13
 2         A.    I have no knowledge about those      10:44:15
 3    allegations.                                    10:44:17
 4         Q.    There are also allegations by        10:44:21
 5    Mr. Jacobs that the Marketplace Analytics team  10:44:23
 6    used certain tactics to obtain trade secrets    10:44:26
 7    from third parties.  Do you have any knowledge  10:44:29
 8    about that?                                     10:44:32
 9         A.    I do not.                            10:44:35
10         Q.    Did you ever witness anyone at       10:44:36
11    Uber obtain confidential information or trade   10:44:38
12    secrets from a third party?                     10:44:40
13         A.    No.                                  10:44:40
14         Q.    There are some allegations about     10:45:00
15    you in the letter, which I'm sure you're        10:45:01
16    familiar -- familiar with.                      10:45:03
17         A.    Yes.                                 10:45:04
18         Q.    It -- one of those allegations is    10:45:06
19    that you were actively engaged in human         10:45:09
20    intelligence and identifying market penetration 10:45:14
21    opportunities for Uber in the ███████           10:45:16
22    market specifically.                            10:45:20
23               Is that a fair -- is that            10:45:21
24    allegation true?                                10:45:22
25         A.    The allegation is not true.          10:45:24
```

Page 137

```
 1          A.     You would have to ask Mr. Jacobs      10:46:03

 2    because I do not.                                  10:46:05

 3          Q.     He also stated that part of your      10:46:08

 4    role was to enable competitive intelligence and   10:46:10

 5    the theft of trade secrets by developing          10:46:13

 6    sources within competitor organizations.          10:46:16

 7    That's what you just mentioned as human           10:46:17

 8    intelligence.                                      10:46:20

 9          A.     Yes.                                  10:46:20

10          Q.     I take it you deny that               10:46:20

11    allegation?                                        10:46:22

12          A.     You take that correctly.  I          10:46:22

13    absolutely deny that allegation.                   10:46:24

14          Q.     Did you ever have an opportunity      10:46:25

15    to vet insiders at competitor organizations?      10:46:27

16          A.     No.                                   10:46:27

17          Q.     Prior to you learning about the      10:46:45

18    Jacobs allegations, did you ever hear the         10:46:47

19    allegation that Uber stole trade secrets from     10:46:53

20    Waymo?                                             10:46:56

21          A.     Say that again.  Prior to the        10:46:58

22    Jacobs letter?                                     10:46:59

23          Q.     Yes.                                  10:46:59

24          A.     Just what was in the news when the   10:47:01

25    lawsuit, you know, became public or was filed     10:47:03
```

Page 141

```
 1    as you know, that was responsible for doing the    10:50:17
 2    things that SSG was doing prior to the time        10:50:18
 3    that SSG was formed?                               10:50:20
 4         A.    Not to my knowledge.                    10:50:21
 5         Q.    Now, there's an allegation by           10:50:34
 6    Mr. Jacobs that Russo, Gicinto and Nocon           10:50:36
 7    traveled to Pittsburgh and educated the team on    10:50:40
 8    using ephemeral communications, nonattributable    10:50:42
 9    devices and false attorney-client privilege        10:50:45
10    designations.                                      10:50:49
11              Do you generally recall that?            10:50:50
12         A.    I recall his allegation, yes.           10:50:53
13         Q.    True or not true?                       10:50:56
14         A.    Not true.                               10:50:57
15         Q.    None of that happened; is that          10:51:04
16    right?                                             10:51:04
17         A.    Mr. Gicinto and I traveled to           10:51:04
18    Pittsburgh, Mr. Nocon and I traveled to            10:51:04
19    Pittsburgh, Mr. Gicinto and I traveled to          10:51:06
20    Pittsburgh again.  Yes, that's true.  We never     10:51:08
21    discussed using ephemeral communications or        10:51:11
22    misattribute devices with anybody there.  That     10:51:16
23    was not the purpose of the trip.  Never            10:51:18
24    happened.                                          10:51:20
25         Q.    And you didn't discuss                  10:51:20
```

Page 142

```
 1    attorney-client privileged designations; right?   10:51:23

 2         A.     Did not discuss attorney-client --     10:51:23

 3                [Reporter clarification.]              10:51:23

 4         Q.     You didn't discuss attorney-client     10:51:23

 5    privileged designations; right?                   10:51:23

 6         A.     Correct, I did not discuss            10:51:26

 7    attorney-client privileged designations.          10:51:28

 8                MS. CHANG:  Counsel, when you're       10:51:30

 9         at a good stopping point.  We've been        10:51:39

10         going over an hour.                          10:51:41

11                MR. KAPGAN:  Let's do it.             10:51:42

12                THE VIDEOGRAPHER:  We're going off    10:51:43

13         the record.  The time is 10:52 a.m.          10:51:44

14                [Recess at 10:52 a.m.]               10:52:24

15                [Resuming at 11:05 a.m.]             10:52:28

16                THE VIDEOGRAPHER:  We are back on     11:04:56

17         the record.  The time is 11:05 a.m.          11:04:58

18                EXAMINATION CONTINUING                11:04:58

19    BY MR. KAPGAN:                                    11:04:58

20         Q.     We talked a little earlier,          11:05:01

21    Mr. Russo, about human intelligence activities,   11:05:02

22    which I understood to mean trying to gather       11:05:06

23    trade secrets and confidential information from   11:05:09

24    folks employed by third-party competitors as an   11:05:14

25    example; correct?                                 11:05:16
```

```
 1        A.      Yes, that was discussed.          11:05:21

 2        Q.      Are you aware of anyone at Uber    11:05:22

 3   ever doing that?                                11:05:24

 4        A.      Doing what?                         11:05:26

 5        Q.      Those kinds of human                11:05:27

 6   intelligence-gathering activities.              11:05:29

 7        A.      No.                                 11:05:39

 8        Q.      Mr. Jacobs in his attorney's       11:05:43

 9   letter refers to some surveillance activities   11:05:46

10   with respect to █████.                           11:05:50

11             Do you remember that?                 11:05:51

12        A.      I remember him referring to that   11:05:53

13   in his letter, yes.                             11:05:55

14        Q.      And you had mentioned earlier in   11:05:56

15   the deposition today that you understood that   11:05:58

16   there was some surveillance happening with      11:06:01

17   respect to █████; is that right?                11:06:03

18        A.      Yes.  Prior to my being hired,     11:06:05

19   yes.                                            11:06:06

20        Q.      Okay.                               11:06:07

21             And what is it that -- what do you    11:06:11

22   know, based on talking to others at Uber,       11:06:14

23   happened with respect to the surveillance       11:06:17

24   activities that Uber conducted with respect to  11:06:19

25   █████?                                           11:06:22
```

Page 148

```
 1        Q.      Have you been involved -- I think    11:10:57
 2   you mentioned that you were involved in doing    11:10:57
 3   research about ▇?                                11:10:59
 4        A.      Yes.                                11:10:59
 5        Q.      It's a competitor in ▇; right?      11:11:02
 6        A.      Correct.  A ridesharing company     11:11:05
 7   there.                                           11:11:07
 8        Q.      Are you aware of any confidential   11:11:19
 9   information or trade secrets of ▇ that           11:11:26
10   anyone at Uber has obtained?                     11:11:29
11        A.      Confidential information or trade   11:11:39
12   secrets?  No.                                    11:11:39
13        Q.      I take it there's other kinds of    11:11:43
14   information that individuals at Uber have         11:11:45
15   obtained from ▇                                  11:11:46
16        A.      Yes, there is.                      11:11:50
17        Q.      Can you give me some examples?      11:11:50
18        A.      It's a very competitive market      11:11:53
19   there.  It's a very competitive market.  Part    11:11:55
20   of the competition is for drivers, to have       11:11:58
21   drivers on your platform.                        11:12:01
22              So ▇ made it a requirement that       11:12:02
23   if you're going to drive for them, you have to   11:12:10
24   provide ▇ -- and you're also an Uber driver,     11:12:12
25   you have to provide ▇ your Uber credentials      11:12:16
```

Page 181

```
 1    forth but that our engineering teams didn't      11:52:08

 2    have the resources to be able to build that.     11:52:11

 3         Q.    Did -- as far as you know, did         11:52:14

 4    Mr. Gicinto think it was a good idea to create   11:52:17

 5    such a database?                                 11:52:20

 6         A.    Yeah, I don't believe he objected     11:52:21

 7    to it.                                           11:52:23

 8         Q.    So the reason as far as you're         11:52:28

 9    aware that Mr. Jacobs' proposal to create this   11:52:30

10    kind of intelligence database did not proceed    11:52:34

11    was simply because there weren't sufficient      11:52:37

12    internal resources at Uber to make it happen?    11:52:42

13         A.    That was my understanding, yes.        11:52:46

14         Q.    Did you have an understanding that     11:52:48

15    the proposal would include taking the            11:52:51

16    information that resided on the Nextcloud        11:52:57

17    system and putting that onto some kind of        11:53:02

18    centralized repository maintained by Uber?       11:53:04

19         A.    I -- I don't know whether that was     11:53:07

20    going to be the result of that as well.          11:53:08

21         Q.    Do you know whether Mr. Jacobs         11:53:11

22    knew about the Nextcloud system?                 11:53:12

23         A.    I don't know whether he knew or        11:53:14

24    not.                                             11:53:16

25         Q.    With respect to this intelligence     11:53:34
```

Page 237

```
 1    was an update that was scheduled and that it        14:02:28
 2    had been cancelled or postponed or some such,       14:02:30
 3    so I don't remember exactly how the whole thing     14:02:33
 4    transpired.                                         14:02:35
 5         Q.    How many reports of this type do         14:02:38
 6    you recall being generated?                         14:02:40
 7         A.    After this one, probably one,            14:02:48
 8    maybe two more, but I think one more.               14:02:50
 9         Q.    Were there any before this?              14:02:53
10         A.    I believe this would be the first,       14:02:56
11    December 2016.                                      14:02:58
12         Q.    And was there a particular person        14:03:03
13    who commissioned or authorized this report?         14:03:04
14         A.    It's my understanding that              14:03:07
15    Mr. Sullivan wanted this information, yes.          14:03:09
16         Q.    And, generally, can you tell me,         14:03:15
17    what's the purpose of this document?                14:03:17
18         A.    Basically to provide a sense of          14:03:22
19    the lay of the land, as it were, regarding the      14:03:26
20    various leaders in the autonomous vehicle           14:03:30
21    field.                                              14:03:34
22         Q.    And do you know why that was             14:03:36
23    important for Mr. Sullivan or Uber to have?         14:03:39
24         A.    I do not know why.  I mean, my           14:03:43
25    assumption, of course, was that -- I mean,          14:03:45
```

Page 238

```
 1    you're in the race for groundbreaking        14:03:48

 2    technology.  You want to kind of have an      14:03:50

 3    understanding of where you are in that race as 14:03:53

 4    best you can.                                 14:03:55

 5         Q.    Did you lead the drafting of this  14:04:02

 6    document?                                     14:04:04

 7         A.    I think, yeah, that's a fair       14:04:04

 8    characterization.                             14:04:07

 9         Q.    You had ownership over it?         14:04:07

10         A.    Uh-huh.                            14:04:09

11         Q.    Yes?  I just want to make sure     14:04:09

12    it's audible for the record.  Yes?           14:04:11

13         A.    Yes.  I'm sorry.                   14:04:14

14         Q.    All right.                         14:04:14

15               If you turn to the second page.    14:04:19

16    It says "TLDR" at the top.                    14:04:28

17         A.    Yes.                               14:04:30

18         Q.    What does that stand for?          14:04:31

19         A.    Apparently, that's either an Uber  14:04:31

20    or Silicon Valley thing.  It means too long.  I 14:04:34

21    didn't read it.                               14:04:36

22         Q.    And so is this basically an        14:04:37

23    executive summary of the document?            14:04:39

24         A.    Yeah, that's exactly what it is.   14:04:40

25         Q.    And then if you look at the first  14:04:42
```

Page 240

```
 1        Q.     And that was based on what?           14:05:25

 2        A.     Based on interviews with our own      14:05:27

 3   ATG employees as well as open-source reporting,   14:05:29

 4   newspaper articles and such.                      14:05:33

 5        Q.     All right.                            14:05:38

 6               Third bullet says:                    14:05:39

 7               "There are indicators Turtle may      14:05:39

 8   now be a significant threat in the AV race."      14:05:39

 9               Right?                                14:05:39

10        A.     Yes.                                  14:05:45

11        Q.     That's a reference to ████?           14:05:45

12        A.     It's a reference to █████ yes.        14:05:46

13        Q.     And where did you learn that?         14:05:48

14        A.     A combination, again, of             14:05:49

15   open-source, newspaper articles and what have     14:05:51

16   you, and our own engineers assessed that          14:05:53

17   ██████████ own public pronouncements about        14:05:56

18   █████████positioning in the race, if you will,    14:06:00

19   or █████████ capabilities were overblown.         14:06:03

20        Q.     Next bullet:                          14:06:08

21               "Zebra's goal is to reinvent          14:06:10

22   completely the automobile"?                       14:06:12

23        A.     Yes.                                  14:06:12

24        Q.     That's referring to ████?             14:06:13

25        A.     It is.                                14:06:14
```

Page 241

```
 1          Q.      And what did you rely on to make      14:06:15
 2    that statement?                                     14:06:18
 3          A.      Either a newspaper article or a       14:06:19
 4    tech blog or some such.                             14:06:22
 5          Q.      Last bullet says:                     14:06:26
 6                  "SSG's 2017 research will focus on    14:06:28
 7    Giraffe, Turtle, Zebra and Turtle/Chimp as well     14:06:30
 8    as competitors from Asia."                          14:06:35
 9                  Right?                                14:06:36
10          A.      Yes.                                  14:06:36
11          Q.      Okay.                                 14:06:36
12                  And -- and so I take it that what     14:06:39
13    was being conveyed here was that, in the            14:06:44
14    following year in 2017, this Strategic Services     14:06:47
15    Group was going to focus its research on            14:06:51
16    Google, among others --                             14:06:54
17          A.      Yes.                                  14:06:54
18          Q.      -- correct?                           14:06:58
19          A.      Uh-huh.                               14:06:58
20          Q.      And who -- was there someone          14:07:02
21    responsible for directing that that be a            14:07:05
22    priority for Uber?                                  14:07:09
23          A.      I'm sorry?                            14:07:13
24          Q.      That research on Google and these     14:07:14
25    other companies, that that was a priority for       14:07:16
```

Page 242

```
 1    Uber?                                          14:07:19
 2         A.    That bullet statement was           14:07:19
 3    essentially a recommendation in the executive  14:07:22
 4    summary.  The requirement was to get as good a 14:07:25
 5    handle as we could on where the various        14:07:28
 6    competitors were.                              14:07:30
 7                As you can see, there's probably   14:07:31
 8    -- at the time, anyway, there's probably coming 14:07:34
 9    up on two dozen manufacturers or tech companies 14:07:37
10    that were involved in the autonomous vehicle   14:07:40
11    race.  Obviously, limited resources.  Who do we 14:07:42
12    focus on?  Focus on the leaders in the         14:07:45
13    industry.                                      14:07:48
14                And so that last bullet statement  14:07:49
15    was more, again, a recommendation.  If         14:07:51
16    management or leadership wanted us to focus on 14:07:54
17    somebody else, we would.                       14:07:57
18         Q.    Did you come up with this           14:08:01
19    recommendation yourself, or did someone else   14:08:03
20    provide --                                     14:08:05
21         A.    I remember writing it.  I remember  14:08:06
22    Mr. Gicinto agreeing with it.                  14:08:08
23         Q.    All right.                          14:08:08
24                If you look at the next slide,     14:08:13
25    which is titled, "Baseline Research."  First   14:08:14
```

Page 243

```
 1    bullet says:                                        14:08:17

 2               "Source code, not hardware             14:08:18

 3    automotive design, is the key to success."        14:08:19

 4         A.     Right.                                 14:08:23

 5         Q.     And you wrote that bullet?             14:08:23

 6         A.     I did.                                 14:08:25

 7         Q.     And what was your statement based      14:08:26

 8    on?                                                14:08:29

 9         A.     Interviews with our personnel in       14:08:29

10    ATG.                                               14:08:32

11         Q.     Then the second bullet:                14:08:33

12               "All the source code necessary for     14:08:35

13    success can be compressed to 75 megabytes plus     14:08:36

14    or minus."                                         14:08:39

15               Do you see that?                        14:08:41

16         A.     I do.                                  14:08:41

17         Q.     Was that also based on your            14:08:42

18    discussions with ATG personnel?                    14:08:43

19         A.     Yes.                                   14:08:43

20         Q.     And just, in general, you don't        14:08:56

21    believe any of the statements in this              14:08:57

22    presentation are inaccurate.  Do you believe       14:08:59

23    them to be all accurate as far as you knew at      14:09:02

24    the time?                                          14:09:04

25         A.     As far as I knew at the time, yes.     14:09:04
```

Page 247

```
 1          A.     I have no understanding what      14:12:20
 2     Mr. Sullivan was thinking.                    14:12:22
 3          Q.     As far as you're aware sitting    14:12:23
 4     here today and looking at these slides, there's  14:12:25
 5     not any legal advice in these slides, is there?  14:12:27
 6          A.     No, there is not.                 14:12:30
 7          Q.     If you look at the slide marked   14:12:31
 8     939, which is the next to last slide.         14:12:35
 9          A.     Right.                            14:12:37
10          Q.     It's entitled, "Plans"?           14:12:39
11          A.     Yes.                              14:12:42
12          Q.     And it's -- the first bullet says:  14:12:42
13                 "For 2017, SSG's priority effort  14:12:44
14     will be Giraffe."                             14:12:48
15          A.     Yes.                              14:12:51
16          Q.     Explain to me what that means.    14:12:51
17          A.     That the bulk of our research     14:12:53
18     efforts would be tracking Giraffe's success or  14:12:55
19     efforts to improve its autonomous vehicle     14:12:58
20     program.                                      14:13:02
21          Q.     And why was it important for Uber  14:13:02
22     to track the success of Google's autonomous   14:13:04
23     vehicle program?                              14:13:10
24          A.     Based on my understanding, because  14:13:10
25     Google was the leader in the field, and if Uber  14:13:12
```

Page 248

```
 1    was going to succeed or be the one to win the      14:13:14
 2    race, it wanted to have an understanding of how    14:13:18
 3    Giraffe was proceeding or progressing.             14:13:23
 4         Q.   Was this your recommendation, to         14:13:26
 5    prioritize effort on Google's autonomous           14:13:27
 6    vehicle program for 2017?                          14:13:30
 7         A.   I honestly don't recall.  It             14:13:36
 8    wouldn't surprise me because it makes sense,       14:13:38
 9    but I also know how it was my understanding        14:13:40
10    that it was -- that Google was of high interest    14:13:45
11    and high priority to Mr. Sullivan and ATG          14:13:47
12    folks.                                             14:13:51
13         Q.   Did Mr. Gicinto agree with your          14:13:54
14    recommendation here?                               14:13:56
15         A.   I believe he did.  It's -- it's --       14:13:57
16    that's how we presented it.                        14:14:00
17         Q.   Were you part of the -- well,            14:14:09
18    first of all, are you aware of whether there       14:14:09
19    was a presentation by Mr. Gicinto to               14:14:09
20    Mr. Sullivan about this slide deck?                14:14:10
21         A.   I believe there was, yes.                14:14:13
22         Q.   Were you part of that?                   14:14:14
23         A.   I don't believe I was, no.               14:14:15
24         Q.   Do you know who was part of that         14:14:17
25    other than the two of them?                        14:14:18
```

Page 249

```
 1          A.    I do not.  I assume Mat Henley      14:14:20

 2    would have been part of it.                     14:14:22

 3          Q.    Did you talk to Mr. Gicinto about   14:14:23

 4    his presentation after he made it?              14:14:26

 5          A.    I assume we did.  I mean, I don't   14:14:32

 6    remember specifics, but I'm sure we did.        14:14:34

 7          Q.    As a result of the meeting that     14:14:37

 8    Mr. Gicinto had with Mr. Sullivan about this    14:14:39

 9    Exhibit 9007, were there any changes to the     14:14:51

10    priorities or recommendations that are          14:14:51

11    contained in this exhibit?                      14:14:53

12          A.    Not as I recall.                    14:14:55

13          Q.    So it was full steam ahead with     14:14:56

14    respect to the recommendations in this exhibit; 14:14:59

15    is that fair?                                   14:15:01

16          A.    Yes.                                14:15:01

17          Q.    Did Mr. Gicinto convey to you       14:15:16

18    anything else, any details about his            14:15:16

19    conversation with Mr. Sullivan about this slide 14:15:16

20    deck?                                           14:15:19

21          A.    Not that I recall.  I mean, I       14:15:21

22    think your previous characterization's probably 14:15:23

23    pretty accurate.  At that point in time, just   14:15:26

24    continue to do the kind of research we'd been   14:15:28

25    doing.                                          14:15:30
```

Page 252

```
 1          Q.       -- the number one priority is        14:43:29
 2    listed as source code?                              14:43:31
 3          A.       Correct.                             14:43:32
 4          Q.       What does that mean?                 14:43:32
 5          A.       Just that, to get a sense from any   14:43:36
 6    of the vendors that were there, anybody that        14:43:38
 7    was presenting, anything we could learn about       14:43:41
 8    people's opinions or thoughts on the importance     14:43:48
 9    of source code, et cetera.                          14:43:50
10          Q.       Well, you already knew that source   14:43:54
11    code at this time was important to autonomous       14:43:55
12    vehicles; correct?                                  14:43:58
13          A.       Correct.                             14:43:59
14          Q.       So what specifically -- or why was   14:43:59
15    source code a priority in terms of collection?      14:44:02
16    What did that mean in terms of this document?       14:44:04
17          A.       One of the things we were            14:44:07
18    interested in is whether or not people              14:44:09
19    were -- you know, other competitors were            14:44:10
20    struggling with their source code, were they        14:44:12
21    confident in it, that kind of thing.                14:44:14
22          Q.       How would that -- why is             14:44:17
23    that -- why was that important to Uber?             14:44:19
24          A.       Once again, give kind of a sense     14:44:21
25    of where Uber stood in the race, where other        14:44:24
```

Page 253

```
 1    competitors may stand in the race, whether        14:44:28
 2    they're confident, whether they're -- they're     14:44:29
 3    succeeding or not succeeding.                      14:44:32
 4         Q.    So other than collecting               14:44:35
 5    information at CES about whether competitors       14:44:40
 6    were struggling with their source code, what      14:44:46
 7    else with respect to source code was Uber         14:44:48
 8    trying to assess or obtain at CES 2017 with       14:44:52
 9    respect to source code?                           14:44:57
10              MR. UMHOFER:  Objection, calls for      14:45:00
11         speculation.                                 14:45:01
12         A.    Just what I said.  I mean, a sense     14:45:03
13    for where other -- other competitors are in       14:45:05
14    terms of their confidence in their -- their       14:45:07
15    source code and whether it's going to lead to     14:45:10
16    success.                                          14:45:12
17         Q.    How would you obtain information        14:45:13
18    about source code that was written by             14:45:14
19    competitors at CES 2017?                          14:45:19
20         A.    To make sure I understand your         14:45:23
21    question correctly, we weren't looking to get     14:45:24
22    competitors' source code.  We were just looking   14:45:27
23    to get a sense for how confident they were in     14:45:29
24    it.  At a conference like that or a -- I mean,    14:45:31
25    it's a large-scale event.  You know, if any       14:45:35
```

Page 254

```
 1    vendors or any of the companies or competitors    14:45:40
 2    were sharing that information, we would be         14:45:43
 3    interested in it.                                  14:45:45
 4              I mean, it's one of those -- an          14:45:47
 5    event like that is a place where, obviously,       14:45:49
 6    people come together.  They talk about their       14:45:51
 7    successes.  They try to showcase that -- their     14:45:53
 8    success, et cetera.                                14:45:57
 9         Q.    So one way that you would try to        14:46:00
10    obtain information about competitors source        14:46:02
11    code was to talk to vendors or suppliers to        14:46:05
12    those competitors at CES 2017?                     14:46:08
13         A.    I don't know that vendors work on       14:46:12
14    source code.  Source code is -- you know,          14:46:14
15    that's, what do you call it, the -- internal to    14:46:17
16    a company, so --                                   14:46:20
17         Q.    So how would you get information         14:46:22
18    about source code?                                 14:46:24
19         A.    Well, let's back up.  We never          14:46:27
20    did.  The idea was that, should anybody be         14:46:29
21    discussing it, we would be listening.  But in      14:46:31
22    terms of like an active effort to do it, I         14:46:36
23    mean, that didn't take place.                      14:46:40
24         Q.    Let me make sure I understand           14:46:41
25    that.  This says:                                  14:46:42
```

```
 1                      "Number one priority for          14:46:43

 2      collection is source code at CES 2017."           14:46:45

 3                      So what was the method that Uber   14:46:49

 4      or your group would use to try to collect         14:46:56

 5      information about competitors' source code?       14:47:01

 6          A.      Again, when competitors, if they      14:47:05

 7      were giving a presentation, if they were          14:47:07

 8      discussing what their -- their plans or what      14:47:09

 9      they believed their successes were going to be,   14:47:13

10      to listen to that.                                14:47:15

11                      I understand your question.  It    14:47:16

12      says, you know, number one is source code.        14:47:18

13      That's -- that goes back to the previous          14:47:20

14      analysis, correct, that everything hinges on      14:47:22

15      the source code.  So, again, are companies        14:47:25

16      comfortable with where they stand vis-à-vis       14:47:29

17      their source code?                                14:47:31

18          Q.      So your intention in collecting       14:47:33

19      intelligence at CES 2017 with respect to source   14:47:36

20      code was to listen to what your competitors       14:47:39

21      were saying about their own source code?          14:47:43

22          A.      Yeah.  Back up.                        14:47:48

23                      If you -- again, intelligence, if  14:47:50

24      you're using that to mean protected               14:47:52

25      information, yeah, that's not what we were         14:47:54
```

Page 256

```
1      there for.  But we were there to listen to        14:47:56

2      information, absolutely.                          14:47:58

3          Q.    Well, whether it was confidential       14:47:59

4      or not, I didn't limit it that way.  So let me    14:48:02

5      just ask it again.                                14:48:04

6                Was it -- was it your intention in      14:48:06

7      collecting information at CES 2017, with          14:48:08

8      respect to competitors' source code, simply to   14:48:12

9      attend presentations that your competitors were  14:48:17

10     giving to see if they mentioned anything about   14:48:20

11     source code?                                     14:48:22

12         A.    Just that simple.                      14:48:23

13         Q.    Okay.                                  14:48:24

14               And is it -- did -- were you           14:48:26

15     successful?  Did you hear any competitor talk    14:48:28

16     about source code at CES 2017?                   14:48:31

17         A.    No.                                    14:48:31

18         Q.    Was that a reasonable expectation      14:48:36

19     on your company's part or your group's part,     14:48:37

20     to -- to --                                      14:48:40

21         A.    Uh-huh.                                14:48:41

22         Q.    -- expect that you would hear          14:48:42

23     about a competitor's source code directly from   14:48:44

24     the competitor?                                  14:48:46

25         A.    I would say, no, it wasn't a           14:48:47
```

Page 259

| | | |
|---|---|---|
| 1 | things like that from other companies, but -- | 14:51:08 |
| 2 | Q.    The number one priority in terms | 14:51:12 |
| 3 | of organizations was Google on the list; | 14:51:14 |
| 4 | correct? | 14:51:17 |
| 5 | A.    Yes. | 14:51:17 |
| 6 | Q.    What information did Uber | 14:51:20 |
| 7 | personnel obtain about Google at CES 2017, to | 14:51:23 |
| 8 | your knowledge? | 14:51:27 |
| 9 | A.    I don't recall us collecting | 14:51:27 |
| 10 | anything. | 14:51:30 |
| 11 | Q.    So in terms of the number one | 14:51:31 |
| 12 | priorities for collection and organizations, | 14:51:33 |
| 13 | it's your testimony that Uber obtained no | 14:51:37 |
| 14 | information at CES 2017 on those topics or | 14:51:41 |
| 15 | subjects; is that right? | 14:51:45 |
| 16 | A.    Uh-huh, yes. | 14:51:46 |
| 17 | Q.    Okay. | 14:51:47 |
| 18 | So that was a failure? | 14:51:48 |
| 19 | A.    You could characterize it that | 14:51:49 |
| 20 | way. | 14:51:51 |
| 21 | Q.    What information with respect to | 14:51:55 |
| 22 | any of the other priorities for collection that | 14:51:57 |
| 23 | are listed here on Exhibit 9004 were obtained? | 14:52:00 |
| 24 | A.    I'm trying to remember the name of | 14:52:10 |
| 25 | the company.  There was a Korean company that | 14:52:11 |

Page 265

```
 1    Vehicle Program?                              14:58:58

 2        A.    I don't believe it did, no.         14:58:58

 3        Q.    Did you speak to Ms. Chung about    14:59:00

 4    this report?                                  14:59:01

 5        A.    Yes, we discussed it.               14:59:02

 6        Q.    What did you discuss?               14:59:04

 7        A.    Basically the -- the claims of the  14:59:14

 8    Jungsang CEO regarding his -- his product.    14:59:16

 9              If I remember correctly, Anna       14:59:23

10    speculated that he was actually bragging and  14:59:25

11    that he didn't have -- or that Google had not 14:59:30

12    shown interest in his -- his LiDAR or         14:59:33

13    Jungsang's LiDAR.                             14:59:38

14              If I remember correctly, her        14:59:43

15    assessment was that he was making that claim in 14:59:44

16    an effort to draw interest from investors and  14:59:48

17    other -- other folks.                         14:59:51

18        Q.    Did you do any followup research    14:59:54

19    about this Korean company in order to verify  14:59:59

20    the claims that the CEO made or otherwise?    15:00:03

21        A.    No.                                 15:00:03

22        Q.    And this one has -- this report     15:00:17

23    has a -- again, a label created at the        15:00:19

24    direction of legal?                           15:00:22

25        A.    Right.                              15:00:23
```

Page 278

```
 1    competitors' plans, intentions and           15:15:51

 2    capabilities."                                15:15:53

 3              Do you see that?                    15:15:54

 4         A.    I do.                              15:15:55

 5         Q.    And what did Mr. Ron instruct you  15:15:55

 6    with respect to the supply chain members?    15:15:58

 7         A.    The -- the only thing I recall     15:16:07

 8    from that is that -- and that's worded really 15:16:12

 9    weird.                                        15:16:21

10              The only thing I recall from that   15:16:22

11    is just if we were able to identify who the   15:16:23

12    various suppliers or vendors were of certain  15:16:25

13    technology.  Again, that would, as I understood 15:16:30

14    it, help Mr. Ron, Mr. Levandowski assess what 15:16:31

15    kind of direction whichever competitor, you   15:16:36

16    know, was taking in terms of their research.  15:16:38

17         Q.    And was one of the things that you 15:16:40

18    were planning to do to speak with any supply  15:16:42

19    chain vendors of your competitors that you    15:16:47

20    could identify to see if you could get any    15:16:49

21    information about your competitors?           15:16:51

22         A.    No, I don't recall ever having     15:16:54

23    such a plan, and we never did that.           15:16:55

24         Q.    Well, this says supply chain       15:16:58

25    members are chatty and are good sources of    15:16:59
```

Page 280

| | | | |
|---|---|---|---|
| 1 | A. | Say that question again. | 15:18:01 |
| 2 | Q. | Sure. | 15:18:03 |

3            Do you have any information about    15:18:07

4  whether anyone in your group or outside of your  15:18:11

5  group at Uber talked to supply chain members or  15:18:14

6  vendors of Uber's -- strike that.  Let me  15:18:21

7  rephrase that.  15:18:24

8            Do you have any understanding or  15:18:25

9  information about whether anyone in your group  15:18:27

10  or outside of your group at Uber spoke to  15:18:31

11  vendors or suppliers to Uber's competitors in  15:18:35

12  the autonomous vehicle space in order to gain  15:18:44

13  information about those competitors?  15:18:46

14      A.    Yeah, I have no knowledge of  15:18:50

15  anyone speaking to supply chain members or --  15:18:51

16      Q.    Okay.  15:18:51

17            Did you speak to anyone on your  15:18:55

18  team about talking to supply chain members who  15:18:59

19  might be chatty or good sources of insight into  15:19:06

20  a competitor's plans?  15:19:07

21      A.    No, I don't recall having that  15:19:09

22  conversation.  15:19:10

23      Q.    Okay.  15:19:11

24            And as far as you know, this was a  15:19:13

25  requirement that was never actually executed or  15:19:15

Page 295

```
 1    information in that deck about Uber's          15:36:19

 2    competitors being reviewed with some of the    15:36:22

 3    members of ATG?                                 15:36:24

 4         A.    That's my recollection.             15:36:25

 5         Q.    Let me show you previously marked   15:36:45

 6    Exhibit 9206.                                   15:36:45

 7               [Document passed to the witness.]    15:36:46

 8         Q.    Have you seen this document          15:37:13

 9    before?                                         15:37:14

10         A.    Yes.                                 15:37:14

11         Q.    In what context?                     15:37:16

12         A.    As I recall, I prepared it shortly   15:37:19

13    after I was hired.                              15:37:24

14         Q.    Did you give it to anyone else       15:37:26

15    in -- on your team?                             15:37:28

16         A.    I submitted it to Mr. Gicinto,       15:37:29

17    yes.                                            15:37:33

18         Q.    Did he give you feedback?            15:37:34

19         A.    Yeah, I mean, he thanked me for      15:37:36

20    the -- the document, and then that was about    15:37:39

21    it.  I don't -- I don't recall us ever doing    15:37:43

22    anything with it.                               15:37:46

23         Q.    This says "Draft" on each page.      15:37:46

24    Do you recall whether there were other versions 15:37:48

25    of this document?                               15:37:50
```

Page 296

```
 1          A.     As I recall, this was the only,      15:37:51
 2     the only one I prepared, and that's why it says   15:37:54
 3     draft because it never -- never went any          15:37:57
 4     further.                                          15:37:59
 5          Q.     Did Mr. Gicinto ask you to prepare    15:37:59
 6     this?                                             15:38:03
 7          A.     Yes.                                  15:38:03
 8          Q.     And where did the information in      15:38:03
 9     this document come from?                          15:38:06
10          A.     Everything in this document would     15:38:10
11     have come from -- I'd have to read the -- the     15:38:12
12     whole thing.                                      15:38:15
13          Q.     Well, let me ask a different          15:38:28
14     question.                                         15:38:30
15          A.     Yes.                                  15:38:31
16          Q.     If you look at the -- on the          15:38:32
17     second page --                                    15:38:35
18          A.     Right.                                15:38:35
19          Q.     -- it says "Collection strategy."     15:38:36
20     And what's that intended to convey?               15:38:37
21          A.     Collection strategy.                  15:38:48
22                 [Pause.]                              15:38:48
23          A.     The whole -- it's intended to         15:39:13
24     convey just that, how we would do our research    15:39:15
25     into the various competitors.                     15:39:19
```

Page 304

```
 1          A.     Yes.                              15:45:54

 2          Q.     And when was -- you said you wrote  15:45:55

 3    this document shortly after you joined Uber;    15:46:02

 4    correct?                                        15:46:04

 5          A.     Yes.                               15:46:05

 6          Q.     And then how did you know that the  15:46:05

 7    number one collection objective would be to     15:46:07

 8    collect information about Google?  What led you  15:46:12

 9    to write this?                                  15:46:15

10          A.     That was conveyed to me by         15:46:16

11    Mr. Gicinto.  As I understand it, it was        15:46:18

12    conveyed to him by either Mr. Henley and/or     15:46:19

13    Mr. Sullivan.                                   15:46:22

14          Q.     And then under that heading of     15:46:23

15    Giraffe, it says:                               15:46:26

16                 "What original equipment           15:46:28

17    manufacturers (OEM)" --                         15:46:29

18          A.     Yeah.                              15:46:29

19          Q.     -- "is Giraffe partnering with?"   15:46:31

20                 Right?                             15:46:33

21          A.     Yes.                               15:46:33

22          Q.     Did you ever obtain any            15:46:33

23    information about that?                         15:46:35

24          A.     No.  Beyond knowing Velodyne was   15:46:36

25    one of their suppliers, I don't recall          15:46:41
```

Page 308

```
 1    a part in that, yeah.                          15:49:25

 2         Q.    Sitting here today, you don't      15:49:27

 3    recall whether you ever did that with respect 15:49:28

 4    to Google or Waymo?                            15:49:30

 5         A.    I honestly do not.                  15:49:31

 6         Q.    It says:                            15:49:37

 7               "Map the human terrain around each 15:49:38

 8    of the key personalities in the AV program."  15:49:41

 9         A.    Right.                              15:49:44

10         Q.    What does that mean?               15:49:44

11         A.    In short, if -- if you identify a  15:49:45

12    key person in a program, then who are their key 15:49:47

13    people around -- around them?  Who -- who     15:49:51

14    are -- who's their circle of folks they rely  15:49:53

15    upon?                                          15:49:56

16         Q.    Was that ever done?                15:50:03

17         A.    No, I don't recall ever doing      15:50:05

18    that.                                          15:50:10

19         Q.    So it looks like a lot of these    15:50:11

20    collection objectives for Google were never   15:50:13

21    met.                                           15:50:16

22         A.    Correct.                            15:50:17

23         Q.    Were the collection objectives     15:50:26

24    with respect to Google modified at all or --  15:50:27

25    with respect to Waymo after the time that you 15:50:30
```

Page 310

```
 1          Q.      Under -- this is describing in      15:51:54
 2     more detail the collection plan; right?          15:51:57
 3          A.      Yes.                                 15:51:57
 4          Q.      And if you look at the next to       15:52:01
 5     last paragraph on that page, it says:             15:52:03
 6               "To succeed, our collection plan        15:52:05
 7     must be both broad and deep.  It must be broad    15:52:08
 8     enough to develop streams of reporting on at      15:52:10
 9     least six different competitors."                 15:52:12
10               Right?                                  15:52:13
11          A.      Yes.                                 15:52:13
12          Q.      And then the next sentence says:     15:52:16
13               "And the plan must be deep enough       15:52:19
14     to acquire in a timely manner meaningful          15:52:21
15     technical data and to identify legitimate         15:52:25
16     milestones on the road to AV Level 5."            15:52:28
17               Do you see that?                        15:52:31
18          A.      I do.                                15:52:32
19          Q.      What was the technical data that     15:52:33
20     was sought that's referenced here?                15:52:35
21          A.      When this was written, this was      15:52:38
22     purely conceptual.  Again, I'm not a technical    15:52:41
23     guy.  So conceptually it would be, you know,      15:52:45
24     that technical data that's important to the       15:52:47
25     programs.                                         15:52:52
```

Page 311

```
 1        Q.      Okay.                              15:52:55

 2                And do you know if any such        15:52:55

 3      technical data was ultimately obtained?      15:52:56

 4        A.      No, no.                            15:52:58

 5        Q.      You don't know, or -- or is the    15:52:59

 6      answer no?                                   15:53:01

 7        A.      Well, I guess the answer is        15:53:06

 8      twofold.  I don't know, but I know I never did 15:53:07

 9      it and our team never did it.                15:53:10

10        Q.      If you go to the next page, it     15:53:12

11      says:                                        15:53:14

12                "Two-Pronged Collection"           15:53:16

13        A.      Yes.                               15:53:16

14        Q.      Under Prong One:                   15:53:18

15                "Establish and Maintain the        15:53:20

16      Baseline"                                    15:53:21

17                Right?                             15:53:22

18        A.      Uh-huh.                            15:53:23

19        Q.      And then if you look at -- number  15:53:23

20      1 says:                                      15:53:25

21                "Open Source Research"             15:53:26

22        A.      Uh-huh, yes.                       15:53:27

23        Q.      And then number 2 says:            15:53:28

24                "Internal Resources"               15:53:32

25                Number 2.                          15:53:33
```

Page 313

```
 1              And -- so you're -- what you're      15:54:40

 2      saying -- we talked about Iden earlier;      15:54:40

 3      correct?                                     15:54:43

 4          A.    Right, yep.                        15:54:43

 5          Q.    And you had said that you believed 15:54:43

 6      all of these Idens, C, D, E, F, G and H, were 15:54:45

 7      ████████ competitors?                        15:54:53

 8          A.    There were other competitors.  I   15:54:55

 9      believe the majority of them were ██████, yes. 15:54:57

10          Q.    But what you're saying here is      15:55:00

11      that Iden I and Iden J are -- are             15:55:01

12      identifications of the ATG group at Uber --   15:55:06

13          A.    Uh-huh.                             15:55:11

14          Q.    -- and the Otto company --          15:55:12

15          A.    Right.                              15:55:12

16          Q.    -- respectively; is that right?     15:55:14

17          A.    Yes.                                15:55:16

18          Q.    And then it says:                   15:55:21

19                "The purpose of these meetings      15:55:22

20      will be to gather assessment on the claims of 15:55:23

21      competitors as to their progress in the AV    15:55:25

22      race" --                                      15:55:27

23          A.    Right.                              15:55:27

24          Q.    -- "and then to identify which      15:55:27

25      specific techniques and technologies are likely 15:55:29
```

Page 314

1    to lead to success and which are red herrings."   15:55:32

2              Do you know if this was done?             15:55:34

3        A.    It was not done.                          15:55:35

4        Q.    Do you know why?                          15:55:36

5        A.    Yeah.  Again, this, this document         15:55:38

6    I prepared at Mr. Gicinto's request last year.      15:55:41

7    It was conceptual in nature, and most of what's     15:55:46

8    in here we never did.  We didn't actually make      15:55:50

9    any kind of concerted effort until after the        15:55:56

10   meeting with -- with Mr. Ron, and that's when       15:55:58

11   those requirements came in.                         15:56:00

12       Q.    Do you see that after internal            15:56:07

13   resources, there's a little asterisk?               15:56:09

14       A.     Internal resources, little               15:56:09

15   asterisk.  Yes.                                      15:56:14

16       Q.     I'm looking at page 626.                 15:56:15

17       A.     Yes.                                      15:56:17

18       Q.     Okay.                                     15:56:17

19              And does that asterisk refer to          15:56:17

20   what's on page 628, the asterisk there, the         15:56:19

21   note?                                               15:56:23

22       A.     Yes.                                      15:56:35

23       Q.     Okay.                                     15:56:35

24              And is what's being conveyed here        15:56:44

25   that when you're meeting with some of the           15:56:47

Page 319

```
 1    employer?                                        16:01:45

 2         A.    We never did it, so the question      16:01:46

 3    is hypothetical.  But, of course, it would have  16:01:47

 4    mattered.                                         16:01:49

 5         Q.    Well, you were suggesting that         16:01:49

 6    that's one thing that should be done here in      16:01:51

 7    this document; right?                             16:01:53

 8         A.    That could be done, sure.              16:01:54

 9         Q.    Okay.                                  16:01:54

10               And did you discuss that with          16:01:56

11    Mr. Gicinto?                                      16:01:58

12         A.    I don't recall having that             16:02:02

13    discussion with him specifically, no.             16:02:04

14         Q.    All right.                             16:02:04

15               Do you recall having a discussion      16:02:08

16    with anyone in your group?                        16:02:11

17         A.    About that?                            16:02:12

18         Q.    Yes.                                   16:02:12

19         A.    No.  Again, I prepared this            16:02:14

20    document and shared it with Mr. Gicinto.          16:02:15

21    Essentially, I mean, it never really went         16:02:19

22    anywhere.  We never ended up doing or executing   16:02:21

23    any of this.                                      16:02:25

24         Q.    Well, you executed some of it?         16:02:27

25         A.    Some of it, yes.                       16:02:28
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              C E R T I F I C A T E

2

3              I, PAUL J. FREDERICKSON, CA

4    Certified Shorthand Reporter No. 13164 and

5    WA Certified Court Reporter No. 2419, do

6    hereby certify:

7

8              That prior to being examined,

9    the witness named in the foregoing

10   deposition was by me duly sworn or affirmed

11   to testify to the truth, the whole truth and

12   nothing but the truth;

13

14             That said deposition was taken

15   down by me in shorthand at the time and

16   place therein named, and thereafter reduced

17   to print by means of computer-aided

18   transcription; and the same is a true,

19   correct and complete transcript of said

20   proceedings.

21

22             I further certify that I am not

23   interested in the outcome of the action.

24

25

Page 366

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1               Witness my hand this 21st day

2       of December 2017.

3

4

5                    _Paul Frederickson_____

6               PAUL J. FREDERICKSON, CCR, CSR

7               WA CCR 2419  CA CSR 13164

8               Expiration date:  March 31, 2018

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                    Page 367