# EXHIBIT 28

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 29

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 30



**Uber Technologies, Inc.**
1455 Market Street, 4th Floor
San Francisco, CA 94103

August 17, 2016

Anthony Levandowski

Re: **EMPLOYMENT AGREEMENT**

Dear Anthony

   I am pleased to offer you the position of TBD.  Your employment by Uber Technologies, Inc., a Delaware corporation (the "Company" or "Uber") shall be governed by the following terms and conditions (this "Agreement"):

   1.  **Duties and Scope of Employment.**

     a.  **Position.** During your employment under this Agreement (your "Employment"), the Company agrees to employ you in the position of TBD, or in such other position as the Company subsequently may assign to you. You will initially report directly to Travis Kalanick, or thereafter to the then-existing Chief Executive Officer, Chief Product Officer, or other direct reports of the Chief Executive Officer (the "Reporting Requirement"). During your Employment, you will work out of the Company's office in the San Francisco Bay Area (the "Geographic Requirement"). You will perform the duties and have the responsibilities and authority customarily performed and held by an employee in your position or as otherwise may be assigned or delegated to you by your supervisor.

     b.  **Obligations to the Company.**  During your Employment, you shall devote your full business efforts and time to the Company or one of its affiliates or subsidiaries. During your Employment, without express written permission from the Chief Executive Officer or one of his direct reports, you shall not render services in any capacity to any other person or entity and shall not act as a sole proprietor or partner of any other person or entity or own more than five percent of the stock of any other corporation; provided, however, that such limitation shall not apply to any equity securities you hold in Otto Trucking LLC, a Delaware limited liability company (the "Trucking Company"). Notwithstanding the foregoing, you may serve on corporate, civic or charitable boards or committees, deliver lectures, fulfill speaking engagements, teach at educational institutions, or manage personal investments without such advance written consent, provided that such activities do not individually or in the aggregate

CONFIDENTIAL

UBER00006435

United States District Court
Northern District of California
**Trial Exhibit 8**
Case No. **3:17-cv-00939-WHA**
Date Entered_____
By_____
    Deputy Clerk

interfere with the performance of your duties under this Agreement. You shall comply with the Company's policies and rules, to the extent not inconsistent with this letter, as they may be in effect from time to time during your Employment.

   c. **No Conflicting Obligations.** You represent and warrant to the Company that you are under no obligations or commitments, whether contractual or otherwise, that are inconsistent with your obligations under this Agreement. In connection with your Employment, you shall not use or disclose any trade secrets or other proprietary information or intellectual property in which you or any other person has any right, title or interest and your Employment will not infringe or violate the rights of any other person. You represent and warrant to the Company that you have returned or destroyed all property and confidential information belonging to any prior employer.

   d. **Commencement Date.** You shall commence full-time Employment on August 22, 2016, or such later date that the Company acquires Ottomotto LLC (such date, the "<u>Closing</u>" or the "<u>Start Date</u>"). For the avoidance of doubt, if the Closing does not occur, this Agreement shall automatically be null and void and have no further force and effect.

  2. **Cash and Incentive Compensation.**

   a. **Salary.** The Company shall pay you as compensation for your services an initial base salary at a gross annual rate of ██████ Such salary shall be payable in accordance with the Company's standard payroll procedures. The annual compensation specified in this subsection (a), together with any modifications in such compensation that the Company may make from time to time, is referred to in this Agreement as "<u>Base Salary</u>."

   b. **Performance Bonus.** As an Uber employee, you will be eligible to participate in Uber's annual performance Bonus Program, with your first bonus award (if any) prorated based on your start date at Uber. Uber has a pay for performance culture and we compensate our top performers accordingly. Uber is a dynamic place and bonus awards under the Bonus Program may vary year to year based on a number of factors including company performance. However, for context, last year the average bonus value was ██████ for individuals in a comparable role / level and the average for the top half of performers in a comparable role / level was ██████ These bonus awards were delivered mostly in equity, which vested over three years. Please note that these historical values are averages across a broad range of employees and that it is unlikely that any given person would receive these exact award amounts. Uber does not guarantee that you will receive a bonus - the lowest 20% of performers should not expect to receive an award and all awards are at the full discretion of the Company.

   c. **Restricted Stock.**

    i. Subject to the approval of the Company's Board of Directors (the "<u>Board</u>"), the Company shall grant you ██████████ of the

CONFIDENTIAL

UBER00006436

Company's Common Stock (the "Original Shares"). The Original Shares shall be granted as soon as reasonably practicable after the Start Date. The Original Shares will be subject to a time-based vesting condition, a performance-based vesting condition, and a milestone-based vesting condition, as well as to other terms and conditions set forth in the Company's 2013 Stock Plan (the "Stock Plan") and in the form of Restricted Stock Award Agreement (attached hereto as *Attachment D*).

        ii. In the event that any time during your Employment (x) the Company breaches the Reporting Requirement, (y) the Company breaches the Geographic Requirement or (z) at least fifty percent (50%) of the total number of your direct or indirect reports (calculated as the greater of the number of your direct or indirect reports on the closing of the Company's acquisition of the Trucking Company, or, the highest number of such reports at any time following such closing), as a result of the Company's actions (excluding your actions or any actions taken at your direction), (1) no longer directly or indirectly report to you or (2) relocate outside of the San Francisco Bay Area (each of clauses, (x), (y) and (z), an "Additional Share Trigger"), and, in each case, you continue your Employment with the Company or one of its affiliates, subject to the approval of the Board, the Company shall grant you ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ of the Company's Common Stock (the "Additional Shares", and collectively with the Original Shares, the "Shares"). For the sake of clarity, there will not be an Additional Share Trigger pursuant to clause (z) if at least fifty percent of your direct or indirect reports (as calculated above) no longer directly or indirectly report to you or relocate outside of the San Francisco Bay Area as a result of their own volition, request or act (each, a "Voluntary Employee Separation") and not as a result of any actions of the Company (excluding your actions or any actions taken at your direction) that would reasonably be expected to result in such Voluntary Employee Separation. The Additional Shares shall be granted as soon as reasonably practicable after the date of the Additional Share Trigger. The Additional Shares will have the same Vesting Commencement Date (as defined in the Restricted Stock Award), and be subject to the same time-based vesting condition, the same performance-based vesting condition, and the same milestone-based vesting condition, as well as the same other terms and conditions set forth in the Stock Plan and in the form of Restricted Stock Award Agreement (attached hereto as *Attachment D*) as the Original Shares.

        iii. For further information about the vesting conditions applicable to the Shares, please see the Restricted Stock Vesting Summary (attached hereto as *Attachment C*). By executing this Agreement, you and the Company each acknowledge and agree that the milestone-based vesting conditions set forth in Exhibit A to the Restricted Stock Award Agreement may be amended or modified at any time as mutually agreed between the Company, on the one hand, and you and Lior Ron, on the other hand (subject to each of your continued employment with the Company or an affiliate as of the date of such modification or amendment). If any milestone-based vesting condition is so amended or modified, the Company will promptly notify you of such amendments or modifications and provide you with an updated Exhibit A to the Restricted Stock Award Agreement.

CONFIDENTIAL

UBER00006437

DocuSign Envelope ID: ...

d.  Notwithstanding any provision to the contrary herein or in any other agreement, if (a) there is a secondary offering or Company repurchase of the Company's common stock during your Employment and prior to a Liquidation Transaction (as defined in the Restricted Stock Award Agreement) (i) in which the Chief Executive Officer and his direct reports are generally entitled to participate (excluding, for the avoidance of doubt, any Company repurchase of any equity securities of any employee of the Company in connection with such employee's termination), (ii) in which non-employee investors are generally entitled to participate, or (iii) pursuant to which over $500,000,000 of equity securities will be sold or repurchased (as applicable) (each of clauses (i), (ii) and (iii), a "Participating Secondary Offering"), (b) you continue your Employment with the Company or one of its affiliates through the date of the Participating Secondary Offering, and (c) the Time Condition and the Milestone Condition (each as defined in the Restricted Stock Award Agreement) have each been achieved as to any of your Shares, then with respect to such Shares for which the Time Condition and the Milestone Condition have been achieved, you will be entitled to participate in the Participating Secondary Offering (regardless of your tenure with the Company or your seniority within the Company) on the same terms and conditions as the other participants in such Participating Secondary Offering, and the percentage of such Shares that you are permitted to sell in such Participating Secondary Offering will accelerate and vest immediately prior to the Participating Secondary Offering (and you will be permitted to sell such accelerated Shares in the Participating Secondary Offering); provided, however, that in the case of a Participating Secondary Offering pursuant to clause (iii) above, you, Lior Ron, Donald Burnette, Claire Delaunay and Eric Berdinis shall, in the aggregate, not be permitted to sell more than twenty percent (20%) of the total number of equity securities sold in such Participating Secondary Offering.

3.  **Vacation/PTO and Employee Benefits.**  During your Employment, you shall be eligible for paid vacation / paid time off, in accordance with the Company's vacation / paid time off policy, as it may be amended from time to time. During your Employment, you shall be eligible to participate in the employee benefit plans maintained by the Company and generally available to similarly situated employees of the Company, subject in each case to the generally applicable terms and conditions of the plan in question and to the determinations of any person or committee administering such plan.

4.  **Business Expenses.**  The Company will reimburse you for your necessary and reasonable business expenses incurred in connection with your duties hereunder upon presentation of an itemized account and appropriate supporting documentation, all in accordance with the Company's generally applicable policies.

5.  **Termination.**

a.  **Employment at Will.**  Your Employment shall be "at will," meaning that either you or the Company shall be entitled to terminate your Employment at any time and for any reason, with or without Cause. Any contrary representations that may have been made to you shall be superseded by this Agreement. This Agreement shall constitute the full and

complete agreement between you and the Company on the "at-will" nature of your Employment, which may only be changed in an express written agreement signed by you (or your authorized representative) and a duly authorized officer of the Company.

        b.   **Rights Upon Termination.**  Except as expressly provided herein and in the Restricted Stock Award Agreement, upon the termination of your Employment, you shall only be entitled to the compensation and benefits earned and the reimbursements described in this Agreement for the period preceding the effective date of the termination.

     6.   **Pre-Employment Conditions.**

        a.   **Confidentiality Agreement.**    Your acceptance of this offer and commencement of employment with the Company is contingent upon the execution, and delivery to an officer of the Company, of the Company's Confidential Information and Invention Assignment Agreement, a copy of which is enclosed for your review and execution (the "Confidentiality Agreement"), prior to or on your Start Date and continued compliance with the Confidentiality Agreement thereafter.

        b.   **Right to Work.**  For purposes of federal immigration law, you will be required to provide to the Company documentary evidence of your identity and eligibility for employment in the United States.  Such documentation must be provided to us within three (3) business days of your Start Date, or our employment relationship with you may be terminated. This offer may be rescinded if you are unable to begin work at Uber within a reasonable amount of time due to work eligibility issues or export control licensure requirements.

        c.   **Alternate Dispute Resolution Agreement**. Your acceptance of this offer and commencement of employment with the Company is contingent upon the execution, and delivery to an officer of the Company, of the Alternate Dispute Resolution Agreement, a copy of which is enclosed as *Attachment B* for your review and execution, prior to or on your Start Date.

     7.   **Successors.**

        a.   **Company's Successors.**  This Agreement shall be binding upon any successor (whether direct or indirect and whether by purchase, lease, merger, consolidation, liquidation or otherwise) to all or substantially all of the Company's business and/or assets.  For all purposes under this Agreement, the term "Company" shall include any successor to the Company's business or assets that becomes bound by this Agreement.

        b.   **Your Successors.**  This Agreement and all of your rights hereunder shall inure to the benefit of, and be enforceable by, your personal or legal representatives, executors, administrators, successors, heirs, distributees, devisees and legatees.

     8.   **Miscellaneous Provisions.**

CONFIDENTIAL

UBER00006439

a. **Notice.** Notices and all other communications contemplated by this Agreement shall be in writing and shall be deemed to have been duly given when personally delivered or when mailed by U.S. registered or certified mail, return receipt requested and postage prepaid. In your case, mailed notices shall be addressed to you at the home address that you most recently communicated to the Company in writing. In the case of the Company, mailed notices shall be addressed to its corporate headquarters, and all notices shall be directed to the attention of its General Counsel.

b. **Modifications and Waivers.** No provision of this Agreement shall be modified, waived or discharged unless the modification, waiver or discharge is agreed to in writing and signed by you (or your authorized representative) and by an authorized officer of the Company (other than you). No waiver by either party of any breach of, or of compliance with, any condition or provision of this Agreement by the other party shall be considered a waiver of any other condition or provision or of the same condition or provision at another time.

c. **Whole Agreement.** No other agreements, representations or understandings (whether oral or written and whether express or implied) which are not expressly set forth in (or incorporated by reference into) this Agreement have been made or entered into by either party with respect to the subject matter hereof. This Agreement and the Confidentiality Agreement contain the entire understanding of the parties with respect to the subject matter hereof.

d. **Withholding Taxes.** All payments made under this Agreement shall be subject to reduction to reflect taxes or other charges required to be withheld by law.

e. **Choice of Law and Severability.** This Agreement shall be interpreted in accordance with the laws of the State in which you work/last worked without giving effect to provisions governing the choice of law. If any provision of this Agreement becomes or is deemed invalid, illegal or unenforceable in any applicable jurisdiction by reason of the scope, extent or duration of its coverage, then such provision shall be deemed amended to the minimum extent necessary to conform to applicable law so as to be valid and enforceable or, if such provision cannot be so amended without materially altering the intention of the parties, then such provision shall be stricken and the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is rendered illegal by any present or future statute, law, ordinance or regulation (collectively, the "Law") then that provision shall be curtailed or limited only to the minimum extent necessary to bring the provision into compliance with the Law. All the other terms and provisions of this Agreement shall continue in full force and effect without impairment or limitation.

f. **Arbitration.** As set forth in more detail in the Alternate Dispute Resolution Agreement (attached hereto as *Attachment B* and incorporated by reference as part of this offer of employment), You and the company agree to submit to mandatory binding arbitration any and all claims arising out of or related to your employment with the Company and your termination thereof, including but not limited to, claims for unpaid wages, wrongful

terminations, torts, stock or RSUs or other ownership interest in the Company and/or discrimination (including harassment) based upon any federal, state or local ordinance, statute, regulation or constitutional provision, except that each party may, at its, his or her option, seek temporary or preliminary injunctive relief in court in connection with an arbitrable controversy, but only upon the ground that the award to which that party may be entitled may be rendered ineffectual without such relief. Arbitration under the Alternate Dispute Resolution Agreement is on an individual basis only, and class, collective and representative actions are not permitted. All arbitration hearings shall be conducted within 50 miles of the Uber office you work(ed) in or report(ed) to or at any other location mutually agreed to. THE PARTIES HEREBY WAIVE ANY RIGHTS THEY MAY HAVE TO TRIAL BY JURY IN REGARD TO SUCH CLAIMS. This Agreement is governed by the Federal Arbitration Act (9 U.S.C. 1 et seq.) and does not restrict your right to file administrative claims you may bring before any government agency where, as a matter of law, the parties may not restrict the employee's ability to file such claims (including, but not limited to, the National Labor Relations Board, the Equal Employment Opportunity Commission and the Department of Labor).

       g.   **No Assignment.**  This Agreement and all of your rights and obligations hereunder are personal to you and may not be transferred or assigned by you at any time. The Company may assign its rights under this Agreement to any entity that assumes the Company's obligations hereunder in connection with any sale or transfer of all or a substantial portion of the Company's assets to such entity.

       h.  **Counterparts.**  This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*[Signature Page Follows]*

CONFIDENTIAL

UBER00006441

**TX-0008, Page 7 of 9**

We are all delighted to be able to extend you this offer and look forward to working with you. Please understand that this offer is contingent upon successful completion of your background check investigation. To indicate your acceptance of the Company's offer, please sign and date this letter in the space provided below and return it to me, along with a signed and dated original copy of the Confidentiality Agreement and the Alternate Dispute Resolution Agreement. The Company requests that you begin work in this new position on the date of the Closing. This offer must be accepted on or before August 19, 2016 at 5:00 pm PST.

Very truly yours,

Uber Technologies, Inc.

By: *Jeffrey A. Holden*

Name: Jeff Holden

Title: Chief Product Officer

ACCEPTED AND AGREED:

Anthony Levandowski

Date 8/23/2016

Attachment A: Confidential Information and Invention Assignment Agreement

Attachment B: Alternate Dispute Resolution Agreement

CONFIDENTIAL

Attachment C: Restricted Stock Vesting Summary

Attachment D: Form of Restricted Stock Award Agreement

CONFIDENTIAL

UBER00006443

# EXHIBIT 31

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 32

# INTENTIONALLY NOT USED

# EXHIBIT 33

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **Sent:** | Tue, 21 Feb 2017 17:58:34 +0000 |
| **Subject:** | Wickr |
| **From:** | Mat Henley ████████████ |
| **To:** | Mason Feldman ████████████ |
| **Cc:** | Quang Pham ████████████ Susan Chiang ████████████ |

Hey Mason,

We're rolling out a new chat system we use for Security Incident Response and we want to get Anthony and Lior on it.  Do you mind going through the onboarding flow with us first so you can see the process?  Since you're close to those guys, it'd be useful for you to be able to answer questions if they run into issues.

Quang (copied here) is your tech support on our rollout and can help with any issues.

Let me know if that's ok and we'll send you the onboarding invite shortly.

mat

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# EXHIBIT 34

# Legal Overview

Craig Clark, Legal Director I



2017

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL





PRIVILEGED & CONFIDENTIAL

UBER00340333

# Law !== Science

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340334





PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340336



From:       Uber
To:            U    VP of Global Oper   tio
cc:          John   y L   Senior C     el

Subject:   Quarte   Report        ly Confi   ntial

Attached are the   mb    for last   ter   We need to
discuss asap.  I a   m   king this attor   ent privileged
due to sensitivity

PRIVILEGED & CONFIDENTIAL



From: Legal Bud
To:     Johnny L    y, Senior Counsel

Re:     Operations    pdate         ey-Clien    Privileged

I am happy to re    rt th    e me    for    partment
performance are        Our $ spend    side counsel
declined in Q1.        also created new tool    o increase our
efficiencies.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340338

From:      Bus Dev, Uber for Business
To:            Johnny La         el

Re:      Need your A

I am concerned abo                    e deal.  Is the
indemnity provision o

PRIVILEGED & CONFIDENTIAL

"My company needs
uncapped indemnity."

"Fido, We need your advice. Can we give
our vendor uncapped indemnity?"







"FYI – in case you are
interested"



"Here's my advice & very
sensitive strategy...."



PRIVILEGED & CONFIDENTIAL

UBER00340340



From:



CC:

"Is there legal risk if we do XYZ?  My team and I need to know."



"Here's my sweet legal opinion & advice."













PRIVILEGED & CONFIDENTIAL

UBER00340341



**How Uber secretly investigated its legal foes — and got caught**

*Faced with a class action suit, the company hired a CIA-linked intelligence firm to look into the plaintiffs and their lawyer, but a judge says they may have gone too far*

By Russell Brandom and Andrew Hawkins on July 10, 2016 05:00 pm  ✉ Email  🐦 @russellbrandom

58 COMMENTS



# FEDERAL JUDGE RIPS UBER APART OVER DIRT-DIGGING INVESTIGATION



San Riddle

July 29 2016, 12:15 p.m.

**IN DECEMBER OF** last year, Yale environmental researcher Spencer Meyer filed suit against Uber, alleging price fixing by Uber's drivers and founder in violation of federal antitrust law. Hardly the first person to accuse Uber of corporate malfeasance, Meyer nonetheless became the target of private investigators, working for a security company hired by Uber, who attempted to dig up derogatory information — an act the district judge hearing the case, Jed Rakoff, has now, in a 31-page order, called "blatantly fraudulent and arguably criminal."

Emails turned over by Uber on the judge's instructions and summarized in the order show that on the day Meyer filed suit, Uber counsel Salle Yoo contacted the company's chief security officer, asking, "Could we find out a little more about this plaintiff?"

Uber investigations chief Mat Henley then selected a New York-based private investigative firm called Ergo, also known as Global Precision Research, and began working with one of its executives, Todd Egeland, Henley said in a sworn deposition. Egeland's online bios state openly that he is a 28-year veteran of the CIA with experience in counterintelligence and cyberthreats.

PRIVILEGED & CONFIDENTIAL

UBER00340342

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7/25/16

----------------------------------------x
SPENCER MEYER, individually and on       :
behalf of those similarly situated,      :
                                         :
          Plaintiff,                     :              15 Civ. 9796
                                         :
          -v-                            :              OPINION AND ORDER
                                         :
TRAVIS KALANICK and                      :
UBER TECHNOLOGIES, INC.,                 :
                                         :
          Defendants.                    :
----------------------------------------x

JED S. RAKOFF, U.S.D.J.

          It is a sad day when, in response to the filing of a

commercial lawsuit, a corporate defendant feels compelled to

hire unlicensed private investigators to conduct secret personal

background investigations of both the plaintiff and his counsel.

It is sadder yet when these investigators flagrantly lie to

friends and acquaintances of the plaintiff and his counsel in an

(ultimately unsuccessful) attempt to obtain derogatory

information about them. The questions here presented, however,

are whether such dubious practices result in waiver of attorney-

client privilege and work-product protection, and whether

disciplinary action is warranted.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340343

subpoenas' parameters. See id. at 4-5. In response to the subpoenas, Uber and Ergo claimed attorney-client privilege and/or work-product protection over numerous documents and voice recordings, and the Court indicated that it would need to review these materials in camera to determine whether privilege was correctly asserted and/or whether the "crime-fraud" exception to the privilege applied. See id. at 5. The Court further stated that in camera review would also be needed to determine whether plaintiff would be authorized to depose Uber's General Counsel Salle Yoo. See id. at 4-5.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL



**Message**

From: Joe Sullivan [redacted]@uber.com]
Sent: 12/16/2015 9:52:32 PM
To: Mat Henley [redacted]@uber.com]
Subject: FW: Antitrust Lawsuit in SDNY Against Travis
Attachments: 2015-12-16 Case No. 15-cv-09796 Spencer Meyer v. Travis Kalanick (Uber Complaint).pdf

Please do a careful check on this plaintiff (the person who is the driver/named party in the case).

From: Salle Yoo <[redacted]@uber.com>
Date: Wednesday, December 16, 2015 at 1:42 PM
To: Joe Sullivan <[redacted]@uber.com>
Subject: Fwd: Antitrust Lawsuit in SDNY Against Travis

ATTY CLIENT COMMUNICATION - PRIVILEGE

Joe,

Could we find out a little more about this plaintiff?

Thanks,
Salle

PRIVILEGED & CONFIDENTIAL

Eddy, has
and
rrorism at
ing the
bassador
senior
nnan.
rtment's

# Emails were encrypted to "avoid potential discovery issues."



0000059. Mr. Henley sent the report to Mr. Sullivan, Uber's

Chief Security Officer, and to Craig Clark, Esq., Uber's Legal

Director of Security and Enforcement. See id.; see also Letter

dated May 20, 2016, Dkt. 79. Mr. Sullivan, in turn, passed on

the report to Uber's General Counsel Salle Yoo. See Hanna Decl.,

Exhibit H, at UBER-0000059.

matter, on May 20, 2016 and May 27, 2016, respectively. As a

result of these hearings and associated telephone conferences,

the Court authorized plaintiff to depose Uber's Joe Sullivan,

Craig Clark, and Mat Henley, and Ergo's Todd Egeland and Miguel

Santos-Neves. See Memorandum Order dated June 7, 2016, Dkt. 76,

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340346

# Crime-fraud exception to attorney-client privilege – Facebook's lawsuit

**Blog**  From the Sidebar

**Cozen O'Connor**

  

**USA** | December 18 2014

The crime-fraud exception to attorney-client privilege: As an attorney, you may not anticipate it applying to your emails, your letters or your advice to your client. But even if you never see it coming, your client's intentions in obtaining legal advice may expose your communications to disclosure. A law firm is experiencing this problem firsthand in a series of high-profile cases involving Facebook, Mark Zuckerberg and a former business partner. The cases present an interesting study in how the crime-fraud exception can operate.

PRIVILEGED & CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340349

TECH

# Uber Data And ==Leaked Docs== Provide A Look At How Much Uber Drivers Make

Uber data suggests that drivers overall in three major U.S. markets — Denver, Detroit, and Houston — earned less than $13.25 an hour after expenses in late 2015, according to calculations based on more than a million trips.

posted on Jun. 22, 2016, at 3:37 p.m.



**Caroline O'Donovan**
BuzzFeed News Reporter



**Jeremy Singer-Vine**
BuzzFeed News Data Editor

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340350



PRIVILEGED & CONFIDENTIAL

UBER00340351

**Examples of Legal Conclusions**

- Company...

  - ...is (or is not) doing something illegal.

  - ...will (or will not) be sued if it [insert conduct].

  - ...is (or is not) breaching a contract.

  - ...does (or does not) need a license for certain technology.

  - ...does (or does not) have a patent on certain technology.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340352

# Best Practices

- **Talk**
- **Zoom**
- **Phone (voice)**
- **Appropriate security**
- **Extreme care**
- **NYT/WSJ test**
- **Don't speculate**
- **Use legal**

PRIVILEGED & CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340354



PRIVILEGED & CONFIDENTIAL

UBER00340355













PRIVILEGED & CONFIDENTIAL







PRIVILEGED & CONFIDENTIAL

UBER00340357



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340358



CONFIDENTIAL

UBER00340359

# EXHIBIT 35

# Legal Overview

Craig Clark, Legal Director I



October 13, 2016

PRIVILEGED & CONFIDENTIAL

UBER00340360



PRIVILEGED & CONFIDENTIAL

UBER00340361





PRIVILEGED & CONFIDENTIAL

# Law !== Science

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340363



CONFIDENTIAL

UBER00340364



PRIVILEGED & CONFIDENTIAL

UBER00340365



From:      Uber
To:             U       VP of Global Opera tio
cc:           John   y L    Senior Co    el

Subject:   Quarte    Report        ly Confi     ntial

Attached are the       mb    or last    ter    We need to
discuss asap.  I a    m  king this attor    ey-    ent privileged
due to sensitivity

PRIVILEGED & CONFIDENTIAL

UBER00340366

From: Legal Bud

To: Johnny L y, enior Counsel

Re: Operations pdate ey-Clien Privileged

I am happy to re rt th e me for partment performance are o ur $ spend side counsel declined in Q1. also created new tool increase our efficiencies.



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340367

From:      Bus Dev, Uber for Business
To:            Johnny La          el

Re:      Need your A

I am concerned abo                    e deal.  Is the
indemnity provision o

PRIVILEGED & CONFIDENTIAL

"My company needs uncapped indemnity."

"Fido, We need your advice.  Can we give our vendor uncapped indemnity?"







"FYI – in case you are interested"

"Here's my advice & very sensitive strategy…."




PRIVILEGED & CONFIDENTIAL

UBER00340369

From: 

"Is there legal risk if we do XYZ? My team and I need to know."





CC: 

"Here's my sweet legal opinion & advice."

    

PRIVILEGED & CONFIDENTIAL

UBER00340370



## How Uber secretly investigated its legal foes — and got caught

*Faced with a class action suit, the company hired a CIA-linked intelligence firm to look into the plaintiffs and their lawyer, but a judge says they may have gone too far*

By Russell Brandom and Andrew Hawkins on July 10, 2016 05:00 pm   ✉ Email   🐦 @russellbrandom



## FEDERAL JUDGE RIPS UBER APART OVER DIRT-DIGGING INVESTIGATION

San Biddle
July 29 2016, 12:15 p.m.

**IN DECEMBER OF** last year, Yale environmental researcher Spencer Meyer filed suit against Uber, alleging price fixing by Uber's drivers and founder in violation of federal antitrust law. Hardly the first person to accuse Uber of corporate malfeasance, Meyer nonetheless became the target of private investigators, working for a security company hired by Uber, who attempted to dig up derogatory information — an act the district judge hearing the case, Jed Rakoff, has now, in a 31-page order, called "blatantly fraudulent and arguably criminal."

Emails turned over by Uber on the judge's instructions and summarized in the order show that on the day Meyer filed suit, Uber counsel Salle Yoo contacted the company's chief security officer, asking, "Could we find out a little more about this plaintiff?"

Uber investigations chief Mat Henley then selected a New York-based private investigative firm called Ergo, also known as Global Precision Research, and began working with one of its executives, Todd Egeland, Henley said in a sworn deposition. Egeland's online bios state openly that he is a 28-year veteran of the CIA with experience in counterintelligence and cyberthreats.

PRIVILEGED & CONFIDENTIAL

UBER00340371

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7/25/16

------------------------------------x
SPENCER MEYER, individually and on   :
behalf of those similarly situated,  :
                                     :
        Plaintiff,                   :          15 Civ. 9796
                                     :
        -v-                          :          OPINION AND ORDER
                                     :
TRAVIS KALANICK and                  :
UBER TECHNOLOGIES, INC.,             :
                                     :
        Defendants.                  :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

        It is a sad day when, in response to the filing of a

commercial lawsuit, a corporate defendant feels compelled to

hire unlicensed private investigators to conduct secret personal

background investigations of both the plaintiff and his counsel.

It is sadder yet when these investigators flagrantly lie to

friends and acquaintances of the plaintiff and his counsel in an

(ultimately unsuccessful) attempt to obtain derogatory

information about them. The questions here presented, however,

are whether such dubious practices result in waiver of attorney-

client privilege and work-product protection, and whether

disciplinary action is warranted.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340372

subpoenas' parameters. See id. at 4-5. In response to the subpoenas, Uber and Ergo claimed attorney-client privilege and/or work-product protection over numerous documents and voice recordings, and the Court indicated that it would need to review these materials in camera to determine whether privilege was correctly asserted and/or whether the "crime-fraud" exception to the privilege applied. See id. at 5. The Court further stated that in camera review would also be needed to determine whether plaintiff would be authorized to depose Uber's General Counsel Salle Yoo. See id. at 4-5.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL



| Message | |
|---|---|
| From: | Joe Sullivan [redacted]@uber.com] |
| Sent: | 12/16/2015 9:52:32 PM |
| To: | Mat Henley ([redacted]@uber.com] |
| Subject: | FW: Antitrust Lawsuit in SDNY Against Travis |
| Attachments: | 2015-12-16 Case No. 15-cv-09796 Spencer Meyer v. Travis Kalanick (Uber Complaint).pdf |

Please do a careful check on this plaintiff (the person who is the driver/named party in the case).

**From:** Salle Yoo < [redacted]@uber.com>
**Date:** Wednesday, December 16, 2015 at 1:42 PM
**To:** Joe Sullivan < [redacted]@uber.com>
**Subject:** Fwd: Antitrust Lawsuit in SDNY Against Travis

ATTY CLIENT COMMUNICATION - PRIVILEGE

Joe,

Could we find out a little more about this plaintiff?

Thanks,

Salle

PRIVILEGED & CONFIDENTIAL

Eddy, has

and

rrorism at

ing the

assador

senior

nan.

rtment's

# Emails were encrypted to "avoid potential discovery issues."



UBER00340374

0000059. Mr. Henley sent the report to Mr. Sullivan, Uber's

Chief Security Officer, and to Craig Clark, Esq., Uber's Legal

Director of Security and Enforcement. See id.; see also Letter

dated May 20, 2016, Dkt. 79. Mr. Sullivan, in turn, passed on

the report to Uber's General Counsel Salle Yoo. See Hanna Decl.,

Exhibit H, at UBER-0000059.

matter, on May 20, 2016 and May 27, 2016, respectively. As a

result of these hearings and associated telephone conferences,

the Court authorized plaintiff to depose Uber's Joe Sullivan,

Craig Clark, and Mat Henley, and Ergo's Todd Egeland and Miguel

Santos-Neves. See Memorandum Order dated June 7, 2016, Dkt. 76,

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

But Ergo's argument fundamentally misapprehends the nature of the crime-fraud exception. The purpose of this exception is "to assure that the seal of secrecy . . . between lawyer and client does not extend to communications made for the purpose of getting advice for the commission of a fraud or crime." United States v. Zolin, 491 U.S. 554, 563 (1989) (internal quotation marks omitted).[5] As the Second Circuit has stated:

> The rationale for the [crime-fraud] exclusion is closely tied to the policies underlying these privileges. Whereas confidentiality of communications and work product facilitates the rendering of sound legal advice, advice in furtherance of a fraudulent or unlawful goal cannot be considered "sound." Rather advice in furtherance of such goals is socially perverse, and the client's communications seeking such advice are not worthy of protection.

In re Grand Jury Subpoena, 731 F.2d at 1038. If actual damages had to be shown in order for "fraud" within the meaning of the

---

[5] While this formulation of the crime-fraud exception is based on the attorney-client privilege, the crime-fraud exception also applies to the work-product doctrine, as noted supra. See In re Richard Roe, 68 F.3d at 39; In re Grand Jury Subpoena, 731 F.2d at 1038.

18

However, as to certain other communications over which Uber claimed privilege, the Court found that they either were covered by attorney-client privilege and/or were covered by a work-product protection that was not overcome by substantial need. These communications included, for instance, emails between Mr. Kalanick's counsel and Uber in-house counsel addressing potential responses to plaintiff's counsel's inquiries and letters about the Ergo investigation. As to the crime-fraud exception, the Court did not find that this exception applied to the documents over which the Court upheld Uber's claims of privilege. For example, the Court did not find that Mr. Kalanick's counsel, in making inaccurate representations to plaintiff's counsel about whether Uber had commissioned the Ergo

25

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340376

U.S. Department of Justice
United States Marshals Service



# WANTED
## By U.S. MARSHALS

Name:   CEGLIA, Paul

Alias:   SEGLIA, Dean



| | |
|---|---|
| Sex | MALE |
| Race | WHITE |
| Height | 5'10" |
| Weight | 195 pounds |
| Eyes | BROWN |
| Hair | BLACK |
| Marks/Scars/Tattoos | NONE |

PRIVILEGED ا

Wanted For | WIRE FRAUD

DATE OF PHOTO: 10/26/2012

CONFIDENTIAL

UBER00340377

# Crime-fraud exception to attorney-client privilege – Facebook's lawsuit

**Blog** From the Sidebar

## Cozen O'Connor

  

**USA** | December 18 2014

The crime-fraud exception to attorney-client privilege: As an attorney, you may not anticipate it applying to your emails, your letters or your advice to your client. But even if you never see it coming, your client's intentions in obtaining legal advice may expose your communications to disclosure. A law firm is experiencing this problem firsthand in a series of high-profile cases involving Facebook, Mark Zuckerberg and a former business partner. The cases present an interesting study in how the crime-fraud exception can operate.

PRIVILEGED & CONFIDENTIAL

UBER00340378



PRIVILEGED & CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL

TECH

# Uber Data And **Leaked Docs** Provide A Look At How Much Uber Drivers Make

Uber data suggests that drivers overall in three major U.S. markets — Denver, Detroit, and Houston — earned less than $13.25 an hour after expenses in late 2015, according to calculations based on more than a million trips.

posted on Jun. 22, 2016, at 3:37 p.m.



**Caroline O'Donovan**
BuzzFeed News Reporter



**Jeremy Singer-Vine**
BuzzFeed News Data Editor

PRIVILEGED & CONFIDENTIAL

UBER00340381



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

**Examples of Legal Conclusions**

- Company…

  - …is (or is not) doing something illegal.

  - …will (or will not) be sued if it [insert conduct].

  - …is (or is not) breaching a contract.

  - …does (or does not) need a license for certain technology.

  - …does (or does not) have a patent on certain technology.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340383

# Best Practices

- Talk
- Zoom
- Phone (voice)
- Appropriate security
- Extreme care
- NYT/WSJ test
- Don't speculate
- Use legal

PRIVILEGED & CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340385



PRIVILEGED & CONFIDENTIAL

UBER00340386













PRIVILEGED & CONFIDENTIAL







UBER00340387



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340388







PRIVILEGED & CONFIDENTIAL



CONFIDENTIAL

UBER00340390

# EXHIBIT 36

# Legal Overview

Craig Clark, Legal Director I

2017

PRIVILEGED & CONFIDENTIAL



UBER00340391



PRIVILEGED & CONFIDENTIAL

UBER00340392





PRIVILEGED & CONFIDENTIAL

# Law !== Science

PRIVILEGED & CONFIDENTIAL



CONFIDENTIAL

UBER00340395



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340396



From:        Uber
To:              U    r V  of Global Oper tio
cc:             John  y L    Senior C    el

Subject:   Quarte    Report      ly Confi    ntial

Attached are the    mb      or last      ter   We need to
discuss asap.  I a   m   king this attor  ey-   ent privileged
due to sensitivity

PRIVILEGED & CONFIDENTIAL



From: Legal Bud

To:     Johnny L y, nior Counsel

Re:     Operations pdate        ey-Clien Privileged

I am happy to re rt th  e me  for  artment performance are      Our $ spend     side counsel declined in Q1.          also created new tool  o increase our efficiencies.

PRIVILEGED & CONFIDENTIAL

UBER00340398

From:      Bus Dev, Uber for Business
To:            Johnny La~~~~~~el

Re:      Need your A

I am concerned abo~~~~~~~~e deal.  Is the
indemnity provision o~~~

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340399

"My company needs
uncapped indemnity."

"Fido, We need your advice.  Can we give
our vendor uncapped indemnity?"







"FYI – in case you are
interested"



"Here's my advice & very
sensitive strategy…."



PRIVILEGED & CONFIDENTIAL

From: 

"Is there legal risk if we do XYZ?  My team and I need to know."





CC: 

"Here's my sweet legal opinion & advice."

    

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340401



# How Uber secretly investigated its legal foes — and got caught

*Faced with a class action suit, the company hired a CIA-linked intelligence firm to look into the plaintiffs and their lawyer, but a judge says they may have gone too far*

By Russell Brandom and Andrew Hawkins on July 10, 2016 05:00 pm ✉ Email 🐦 @russellbrandom

## FEDERAL JUDGE RIPS UBER APART OVER DIRT-DIGGING INVESTIGATION


San Riddle
July 29 2016, 12:15 p.m.

**IN DECEMBER OF** last year, Yale environmental researcher Spencer Meyer filed suit against Uber, alleging price fixing by Uber's drivers and founder in violation of federal antitrust law. Hardly the first person to accuse Uber of corporate malfeasance, Meyer nonetheless became the target of private investigators, working for a security company hired by Uber, who attempted to dig up derogatory information — an act the district judge hearing the case, Jed Rakoff, has now, in a 31-page order, called "blatantly fraudulent and arguably criminal."

Emails turned over by Uber on the judge's instructions and summarized in the order show that on the day Meyer filed suit, Uber counsel Salle Yoo contacted the company's chief security officer, asking, "Could we find out a little more about this plaintiff?"

Uber investigations chief Mat Henley then selected a New York-based private investigative firm called Ergo, also known as Global Precision Research, and began working with one of its executives, Todd Egeland, Henley said in a sworn deposition. Egeland's online bios state openly that he is a 28-year veteran of the CIA with experience in counterintelligence and cyberthreats.

PRIVILEGED & CONFIDENTIAL

UBER00340402

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

7/25/16

------------------------------------x
SPENCER MEYER, individually and on   :
behalf of those similarly situated,  :
                                     :
        Plaintiff,                   :          15 Civ. 9796
                                     :
        -v-                          :          OPINION AND ORDER
                                     :
TRAVIS KALANICK and                  :
UBER TECHNOLOGIES, INC.,             :
                                     :
        Defendants.                  :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

    It is a sad day when, in response to the filing of a

commercial lawsuit, a corporate defendant feels compelled to

hire unlicensed private investigators to conduct secret personal

background investigations of both the plaintiff and his counsel.

It is sadder yet when these investigators flagrantly lie to

friends and acquaintances of the plaintiff and his counsel in an

(ultimately unsuccessful) attempt to obtain derogatory

information about them. The questions here presented, however,

are whether such dubious practices result in waiver of attorney-

client privilege and work-product protection, and whether

disciplinary action is warranted.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340403

subpoenas' parameters. See id. at 4-5. In response to the subpoenas, Uber and Ergo claimed attorney-client privilege and/or work-product protection over numerous documents and voice recordings, and the Court indicated that it would need to review these materials in camera to determine whether privilege was correctly asserted and/or whether the "crime-fraud" exception to the privilege applied. See id. at 5. The Court further stated that in camera review would also be needed to determine whether plaintiff would be authorized to depose Uber's General Counsel Salle Yoo. See id. at 4-5.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL



**Message**

| | |
|---|---|
| From: | Joe Sullivan ▓▓▓▓ @uber.com] |
| Sent: | 12/16/2015 9:52:32 PM |
| To: | Mat Henley (▓▓ @uber.com] |
| Subject: | FW: Antitrust Lawsuit in SDNY Against Travis |
| Attachments: | 2015-12-16 Case No. 15-cv-09796 Spencer Meyer v. Travis Kalanick (Uber Complaint).pdf |

Please do a careful check on this plaintiff (the person who is the driver/named party in the case).

From: Salle Yoo <▓▓▓ @uber.com>
Date: Wednesday, December 16, 2015 at 1:42 PM
To: Joe Sullivan ▓▓▓▓ @uber.com>
Subject: Fwd: Antitrust Lawsuit in SDNY Against Travis

ATTY CLIENT COMMUNICATION - PRIVILEGE

Joe,

Could we find out a little more about this plaintiff?

Thanks,
Salle

PRIVILEGED & CONFIDENTIAL

Eddy, has
and
rrorism at
ring the
assador
senior
nan.
rtment's

# Emails were encrypted to "avoid potential discovery issues."



# Crime-fraud exception to attorney-client privilege – Facebook's lawsuit

**Blog** From the Sidebar

## Cozen O'Connor

 



**USA** | December 18 2014

The crime-fraud exception to attorney-client privilege: As an attorney, you may not anticipate it applying to your emails, your letters or your advice to your client. But even if you never see it coming, your client's intentions in obtaining legal advice may expose your communications to disclosure. A law firm is experiencing this problem firsthand in a series of high-profile cases involving Facebook, Mark Zuckerberg and a former business partner. The cases present an interesting study in how the crime-fraud exception can operate.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL



PRIVILEGED & CONFIDENTIAL

UBER00340407



PRIVILEGED & CONFIDENTIAL

UBER00340408

TECH

# Uber Data And <mark>Leaked Docs</mark> Provide A Look At How Much Uber Drivers Make

Uber data suggests that drivers overall in three major U.S. markets — Denver, Detroit, and Houston — earned less than $13.25 an hour after expenses in late 2015, according to calculations based on more than a million trips.

posted on Jun. 22, 2016, at 3:37 p.m.



**Caroline O'Donovan**
BuzzFeed News Reporter



**Jeremy Singer-Vine**
BuzzFeed News Data Editor

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340409



PRIVILEGED & CONFIDENTIAL

UBER00340410

**Examples of Legal Conclusions**

- Company…

  - …is (or is not) doing something illegal.

  - …will (or will not) be sued if it [insert conduct].

  - …is (or is not) breaching a contract.

  - …does (or does not) need a license for certain technology.

  - …does (or does not) have a patent on certain technology.

PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340411

# Best Practices

- **Talk**
- **Zoom**
- **Phone (voice)**
- **Appropriate security**
- **Extreme care**
- **NYT/WSJ test**
- **Don't speculate**
- **Use legal**

PRIVILEGED & CONFIDENTIAL








PRIVILEGED & CONFIDENTIAL




CONFIDENTIAL

UBER00340413



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340414



PRIVILEGED & CONFIDENTIAL

CONFIDENTIAL

UBER00340415



CONFIDENTIAL

UBER00340416

# EXHIBIT 37

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**To:**
**From:** Ric Jacobs
**Sent:** Thur 4/13/2017 5:50:11 PM
**Subject:** Fwd: RO Intel report

---------- Forwarded message ---------
From: Craig Clark <craig.clark@uber.com>
Date: Thu, Feb 9, 2017 at 8:29 AM
Subject: Fwd: RO Intel report
To: <ric@uber.com>

I had a long talk with Alberto this morning. I was disheartened by the fact that my legal priv training did not sink in even though this is almost identical to an example I had them all discuss and go through. The report itself and how this could have been handled better is for another discussion.

Craig Clark | Uber | Legal Director, Security
Mobile:

Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.

Begin forwarded message:

**From:** Alberto Fittarelli
**Date:** February 9, 2017 at 10:14:12 AM EST
**To:** Craig Clark <craig.clark@uber.com>
**Subject: Re: RO Intel report**

And by that I mean - you \*are\* right, and I made a mistake :) I'd rather explain what I meant on the other point by voice.

Alberto Fittarelli
EMEA Security | Strategic Intelligence Lead
uber.com

On Thu, Feb 9, 2017 at 4:05 PM, Alberto Fittarelli wrote:

Craig, the last thing I want to do is making that a conflict. Wanna have a call?

Alberto Fittarelli
EMEA Security | Strategic Intelligence Lead
uber.com

On Thu, Feb 9, 2017 at 4:01 PM, Craig Clark <craig.clark@uber.com> wrote:

I don't know what the "other hand" is or what it has to do with making delicate privilege claims even harder due to blind use of macros or carelessness and setting a wrong/bad example for others. If you'd like to discuss specific examples of the "other hand" or misuse of the privilege I'm happy to do so.

Craig Clark | Uber | Legal Director, Security
Mobile: ███████████

Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.

On Feb 9, 2017, at 9:37 AM, Alberto Fittarelli ███████████ wrote:

> You're right, and I apologize. On the other hand, the root issue of unsafe communication and action from the broader company remains unsolved, and I don't have an easy way to manage that.
>
> Alberto Fittarelli
> EMEA Security | Strategic Intelligence Lead
> ███████████ uber.com
>
> On Thu, Feb 9, 2017 at 3:33 PM, Craig Clark <craig.clark@uber.com> wrote:
>
>> This really shows abuse of the ac priv statement like we talked about last week. Is thanking her really for my review and advice? It just proves overuse.

Craig Clark | Uber | Legal Director, Security
Mobile: ███████████

Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.

On Feb 9, 2017, at 9:04 AM, Alberto Fittarelli <alberto@uber.com> wrote:

> **Attorney / Client Privileged & Confidential** - Craig, for your review, and legal advice.
> Thanks Nicoleta, appreciate it.
>
> Alberto Fittarelli
> EMEA Security | Strategic Intelligence Lead
> ███████████ uber.com

UBER00355966

Hi guys,
Thanks for the call again. See attached the report I mentioned.

Nicoleta

--


Nicoleta Schroeder
General Manager | Romania
⬛⬛⬛⬛⬛   uber.com

--

Ric Jacobs
Global Intel Manager
⬛⬛⬛   ric@uber.com | uber.com

UBER00355967

# EXHIBIT 38

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 39

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 40

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 41

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 42

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 43

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 44

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 45

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 46

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 47

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 48

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 49

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 42

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 51

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **To:** | James Judah |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; John Cooper; Matthew Cate; QE-Waymo |
| **Subject:** | Waymo v Uber - Rhian Morgan Deposition |
| **Date:** | Sunday, November 19, 2017 8:31:32 PM |

9:00 a.m. Tuesday, limited to the receipts.

Sent from my iPad

On Nov 17, 2017, at 5:54 PM, James Judah <jamesjudah@quinnemanuel.com> wrote:

**- External Email -**

Counsel –

Is Ms. Morgan available for a continued deposition on Tuesday, November 21?  We can agree to limit to 60 minutes, but cannot in advance agree to a 30 minute time limit.

Please let us know as soon as possible so that we can make the necessary arrangements.  To the extent Ms. Morgan is not available on Tuesday, please let us know her availability on Wednesday morning.

Waymo reserves all rights regarding Uber's untimely production of the Shred Works receipts.

Best,
James

**James Judah**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6420 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jamesjudah@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT 52

| From: | Andrea P Roberts |
|---|---|
| To: | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM; "John Cooper"; Matthew Cate |
| Cc: | QE-Waymo |
| Subject: | Waymo v. Uber Discovery |
| Date: | Wednesday, November 29, 2017 10:52:20 PM |

**- External Email -**

Counsel:

I write regarding the Court's orders of yesterday and today regarding additional discovery. The Court ordered Uber to provide the following by Monday at noon:

- Ed Russo's presentation that he testified about on November 27, or confirmation that it does not exist. (11/27/17 Hearing Tr., 114:16-22) As we noted previously, Mr. Russo indicated that he may have shown the presentation to his boss or bosses boss so, at a minimum, they should be consulted as to whether they have it.

- A list of all of the Uber vendors "who had anything to do with non-attributable devices or had anything to do with ephemeral anything." (11/27/17 Hearing Tr., 147:1-4)

- "All documents in the entire company that have anything to do with ephemeral, anything to do with non-attributable devices, or anything to do with using contrived attorney-client privilege." (11/27/17 Hearing Tr., 147:10-15)

- An inventory of all of the non-attributable devices and who had them from December 1, 2015 to the present. (11/27/17 Hearing Tr., 153:21-155:8)

- An inventory of the Wickr accounts and who had them from December 1, 2015 to the present, as well as any other self-deleting communication system. (11/27/17 Hearing T., 153:21-156:10)

- Mr. Jacobs' personnel file, including his performance review (11/28/17 Hearing Tr., 156:10-11)

We expect that, to the extent Uber uses electronic searches to search for responsive documents, those searches will include everyone in the SSG and MA groups (including their predecessor groups), as well as other appropriate custodians. Please provide us with the list of custodians and any search terms Uber intends to use. Uber's searches, however, should not be limited to only search terms.

We will have additional document requests as well.

As for depositions, we will take depositions of at least the following individuals:

Richard Jacobs
Clayton Halunen
Ed Russo
Matt Henley

Nick Gicinto
Joe Sullivan
Craig Clark
Kevin Maher
Jake Nocon
Shawnee Delaney
Salle Yoo
Travis Kalanick
Lior Ron
Joe Spiegler
David Bonderman
Ariana Huffington

By tomorrow, please let us know which of these individuals are represented by Uber's counsel and which we should contact directly.  For those not represented by Uber's counsel, please provide any contact information you have for them, including the contact information of any counsel Uber is aware that they have.  We will meet and confer regarding the scheduling of these depositions.  We also intend to serve a 30(b)(6) notice for a deposition of Uber relevant to the topics revealed in the Jacobs letter.  We will provide that separately.

This list of discovery and depositions is not exhaustive, but given the expedited schedule we are providing our preliminary list of discovery now.

Thanks,
Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT 53



# Source Code Analysis
# of gstumbler

Prepared for Google and Perkins Coie
Prepared by STROZ FRIEDBERG
June 3, 2010

STROZ FRIEDBERG

# Table of Contents

| | | |
|---|---|---|
| I. | Introduction | 1 |
| | a. Executive Summary | 2 |
| | b. Basic Technical Descriptions and Definitions | 2 |
| | c. Overview of Findings | 4 |
| II. | Overview and History of gstumbler, gslite, and Kismet | 5 |
| III. | Scope of Review and Methodology | 7 |
| IV. | Detailed Analysis and Findings | 8 |
| | a. Source Code Flow and Functionality | 8 |
| | b. Frame Parsing | 10 |
| | c. Default Settings Governing Discard of Data and Writing to Disk | 11 |
| | d. GPS Interpolation | 12 |
| | e. Command Line Arguments in Configuration Files | 13 |
| V. | Conclusion | 13 |
| | APPENDIX A – Source Code Inventory | 14 |
| | APPENDIX B – 802.11 Frame Elements | 16 |
| | APPENDIX C – Protocol Buffer Messages | 19 |

## I.      Introduction

1.       Stroz Friedberg, LLC ("Stroz Friedberg") is a consulting and technical services firm that specializes in digital forensics, data breach and cyber-crime response, on-line and traditional investigations, and electronic discovery.  The firm was founded in February 2000 by Edward M. Stroz.  For ten years, Mr. Stroz has been a leader in the computer security and digital forensics field, and has pioneered the use of a blend of behavioral science and digital forensics in addressing the insider threat.  Before founding what was then Stroz Associates, Mr. Stroz founded and then ran the Computer Crimes Unit of the F.B.I.'s New York office during his sixteen year career with the Bureau.  Eric Friedberg, Mr. Stroz's Co-President at Stroz Friedberg, hails from the U.S. Attorney's Office in the Eastern District of New York, where he was the lead cyber-crime prosecutor and the Chief of the Narcotics Unit during his eleven year tenure as an Assistant United States Attorney there.  Mr. Friedberg is an expert in cybercrime response, computer forensic investigations, and electronic discovery.  Mssrs. Stroz and Friedberg, together with the firm's Executive Management, manage the firm's operations.  Stroz Friedberg's principal offices are in New York (HQ), Los Angeles, Washington, D.C., London, Dallas, Minneapolis, San Francisco, and Boston.  The firm has handled many significant, high-profile digital forensics matters, including a number of source code analyses in the civil, regulatory, and criminal arenas.  Mr. Friedberg led the team that conducted the source code analysis in this case.

2.       Stroz Friedberg was retained by Perkins Coie, on behalf of Google, to evaluate the source code of an executable deployed on the vehicles otherwise collecting data for Google's Street View service offerings.  Specifically, we were asked to provide a third-party assessment of the functionality of the source code for a Google project named "gstumbler" and its main binary executable, "gslite," with particular focus on the elements of wireless network traffic that the code captured, analyzed, parsed, and/or wrote to disk.  Stroz Friedberg has no stake in the outcome of this matter and has been asked by Google and Perkins Coie to render a neutral, technical opinion regarding the functionality of gstumbler.  Stroz Friedberg is being compensated on a time and materials basis.  The project team consisted of three primary examiners/code reviewers and two engagement managers, and our report was internally peer-reviewed by others in the firm.

3.       Between May 20 and May 26, 2010, Stroz Friedberg received the gslite source code from Google.  The gslite source code is comprised of approximately thirty-two source code files, along with twelve additional files including configuration files, shell scripts, source code repository changelog information, binary executables, and kernel modules.  A full inventory of the reviewed source code files and shell scripts is provided in Appendix A.  It is our understanding that the provided source code and accompanying shell scripts represent the most current version of the gstumbler application deployed as of May 6, 2010, on vehicles otherwise capturing data for Google Street View.  Our findings regarding the application's functionality, based upon our review of the source code, are set forth below: first, in the Executive Summary, and then more specifically in the Overview of Findings and the body of this report.

### A.    Executive Summary

4.      The executable program, gslite, works in conjunction with an open source network and packet sniffing program called Kismet, which detects and captures wireless network traffic. The program facilitates the mapping of wireless networks.  It does so by parsing and storing to a hard drive identifying information about these wireless networks – including but not limited to their component devices' numeric addresses, known as MAC addresses, and the wireless network routers' manufacturer-given or user-given names, known as "service set identifiers," or "SSIDs." The "parsing" involves separating these identifiers into discrete fields.  Gslite then associates these identifiers with GPS information that the program obtains from a GPS unit operating in the Google Street View vehicle.  Gslite captures and stores to a hard drive the header information for both encrypted and unencrypted wireless networks.

5.      While gslite parses the header information from all wireless networks, it does not attempt to parse the body of any wireless data packets.  The body of wireless data packets is where user-created content, such as e-mails or file transfers, or evidence of user activity, such as Internet browsing, may be found.  While running in memory, gslite permanently drops the bodies of all data traffic transmitted over encrypted wireless networks.  The gslite program does write to a hard drive the bodies of wireless data packets from unencrypted networks.  However, it does not attempt to analyze or parse that data.[1]

### B.    Basic Technical Descriptions and Definitions

6.      To understand the functionality of the gslite source code, and to understand the Overview of Findings set forth below in Section 1(C), it is important to understand the basic technical concepts critical to the architecture of wireless 802.11 networks and the transmission of data over such wireless networks.

7.      Data is transmitted over the Internet via packet switching technology.  Briefly, a communication transmitted via the Internet is broken up into "packets" at the point of origination, and the packets of data are routed from the originating device to various other computer devices on the Internet until they reach their final destination.  Each packet is comprised of a packet header which contains network administrative information and the addressing information (or "envelope" information) necessary to transmit the data packet from one device to another along the path to its final destination.  Each packet also contains a "payload" which is a fragment of the "content" of the communication or data transmission sent and received over the Internet; payload information can include, for example, fragments of requests for URLs, files transferred across the Internet, email bodies, and instant messages, among other things.  The packets associated with a particular data transmission may travel over different routes across the Internet to reach their final destination; once they reach the destination device, the packets are reassembled to create the entire transmission.

8.      A router is a device on a network that receives a data packet and transmits it to the next router or device on the network.  A MAC address is a unique number assigned to a piece of networking hardware, such as a router, by that hardware's manufacturer.  Each device and router on a wireless network has a MAC address uniquely identifying that machine.

9.      Packets are encapsulated into larger data packages called frames for routing over various network types.  Multiple specifications for the transmission of packets using frames have been promulgated by the Institute of Electrical and Electronics Engineers.  This report focuses on

---

[1] From an analysis of the source code alone, we cannot ascertain the extent to which gslite captures of unencrypted wireless data would be fragmented or complete.  Given the factors that the Google Street View vehicles can be moving or stationary and, as discussed below, the Kismet device is set to hop rapidly between wireless channels, the numerous wireless data packets that constitute any single user communication may or may not be captured by Kismet.

data transmitted over wireless networks pursuant to the 802.11 protocols, the specifications for which provide the international standard for the transmission of data over wireless networks operating in the 2.4, 3.6, and 5 GHz frequency radio bands.

10.     There are three primary types of 802.11 frames, which contain information necessary to transmit data packets from one device to another over wireless networks.  The three types of 802.11 frames are Control frames, Management frames, and Data frames, each of which is described below:

        a. *Control Frames* control access to particular types of networks and facilitate exchanges of Data frames between wireless links.  Control frames send the Request to Send (RTS) and Clear to Send (CTS) messages necessary to establish a connection between two links on a network prior to transmitting a data packet (sometimes referred to as a "two-way handshake").  Control frames also transmit the Acknowledgement (ACK) information once a Data frame is received by a link.  A diagram of a generic Control frame is provided in Appendix B.1.

        b. *Management Frames* contain information necessary to manage a data transmission over the network.  Management frames contain, for example, authentication information, information necessary to allocate resources to a transmission, data transmission rates, SSIDs (i.e., network names), information necessary to terminate a connection, and periodic beacon signals.  These properties are stored, in part, as Information Elements, that is, id-value pairs in the payload of Management frames.  A diagram of a generic Management frame is provided in Appendix B.2.

        c. *Data Frames* serve the function of encapsulating and transmitting packets of data over wireless networks.  Generally, the body of each Data frame contains the "content" data of the encapsulated packet transmitted over the Internet, including such user-created data as email header information and bodies, URL requests, file transfers, instant messages, or any other communication over the Internet, as well as the addressing information for such transmissions.  A diagram of a generic Data frame is provided in Appendix B.3.

        d. Each of these frame types have numerous subtypes, which determine, among other things, the fields present in the 802.11 frame.  A frame's type and subtype information is stored in the *Frame Control* header field of the 802.11 frame, which is discussed in more detail below.

11.     At a high level, an 802.11 frame can be considered to have two distinct sections: the header data and the body data.  The header data is comprised of the Frame Control, duration or id, MAC addresses, sequence control number, and quality of service, or QoS, control information.  The body data is comprised of the frame body component of an 802.11 frame, to the extent the frame's type and subtype calls for this field.  As noted, the body of a Data frame may contain packet content data.

12.     A diagram of a generic 802.11 frame showing its various components is below:

| 2 Bytes | 2 Bytes | 6 Bytes | 6 Bytes | 6 Bytes | 2 Bytes | 6 Bytes | 2 Bytes | 0 – 2304 Bytes | 4 Bytes |
|---|---|---|---|---|---|---|---|---|---|
| Frame Control | Duration/ID | Address 1 | Address 2 | Address 3 | Sequence Control | Address 4 | QoS Control | Frame Body | FCS |

**Figure 1. Generic 802.11 Frame Format.**

The Frame Control, Duration/Id, Address, Sequence Control, and QoS control fields are considered the 802.11 *frame header*, while the frame body contains the payload data previously discussed.  The FCS field contains checksum information used to confirm that the wireless frame was accurately received.

3

13.     Every 802.11 frame contains a 16 bit Frame Control field that contains information regarding the status of the frame and the wireless transmitter of the frame.  Specifically, the Frame Control field contains the following properties: Protocol Version; Type; Subtype; To DS; From DS; More Fragments; Retry; Power Management; More Data; Protected Frame; and Order. The Type field is a two bit field that will be 00, 01, or 10 to indicate if a frame is a Management, Control, or Data frame respectively, and the Subtype is a four bit field used to specify the frame's subtype.  The To DS and From DS fields are single bit values that specify the routing of the 802.11 frame across the wireless network.

14.     The Protected Frame bit in the Frame Control field is also known as the frame's "encryption flag."  The Protected Frame field is a single bit which identifies whether the wireless network's transmissions are encrypted; it has no relation to the payload within any Data frame or whether that encapsulated packet transmission is itself independently encrypted.  For example, if a fragment of a secure, encrypted HTTP session (HTTPS) were encapsulated in the payload of a Data frame on an unencrypted wireless network, the Data frame's encryption flag would still be set to "0", i.e. "false", indicating that the frame is unencrypted.  The 802.11w-2009 amendment to the 802.11 specification, which was approved on September 11, 2009, provides a mechanism to also encrypt unicast Robust Management frames, which will result in the Protected Frame field being set to "1", i.e. "true."

15.     Each 802.11 frame type contains at least one MAC address associated with the wireless local area network (LAN).  802.11 frames can contain up to four such MAC addresses associated with a particular wireless LAN.

16.     Each wireless network has a public name, known as the SSID.  The SSID name may be set by the owner of the wireless network.  The SSID can be publicly broadcast to all wireless devices within its range.  The broadcast feature also can be disabled so that the SSID for a particular wireless network is not readily visible to devices seeking wireless networks even though the SSID is still ascertainable from the transmitted packets.

17.     The 802.11 wireless specifications divide each of the frequency bands into *channels*, analogous to TV channels.  The division is regulated by individual countries, resulting in different locales having different numbers of permitted channels in each band.  For example, in European countries, the frequency bands are regulated such that transmission is permitted across thirteen overlapping channels between 2.4 and 2.4835 GHz, each of which is 5 MHz apart and 22 MHz in width.  A particular communication is transmitted over only one channel; thus, to the extent a packet sniffer is set to "hop" through channels—similar to changing a radio or TV channel—it may only collect fragments of a particular communication.

        **C.     Overview of Findings**

18.     Using the more technical terminology in the above section, we expand on our high-level findings.

19.     As set forth above, the executable program, gslite, is an 802.11 wireless frame parsing and collection tool that associates GPS coordinates with wireless network frames.  While running in memory, the program parses frame header information, such as frame type, MAC addresses, and other network administrative data from each of the captured frames.  The parsing separates the information into discrete fields for easier analysis.  In addition, per-packet information regarding the wireless transmission's strength and quality is captured and associated with each frame.  All available MAC addresses contained in a frame are also parsed.  All of this parsed header information is written to disk for frames transmitted over both encrypted and unencrypted wireless networks.

4

20.     The gslite program discards the frame bodies of 802.11 Data frames sent over encrypted wireless networks.  The program inspects the encryption flag contained in each frame header to determine whether the frame is encrypted, i.e., whether it is being transmitted over an encrypted wireless network.  If the encryption flag identifies the wireless frame as encrypted, the payload of the frame is cleared from memory and permanently discarded.  If the frame's encryption flag identifies the frame as not encrypted, the payload--which exists in memory in a non-structured bit stream of ones and zeros--is written to disk in a serialized format, as further described below.

21.     The gslite program parses Management frame bodies and stores the parsed data as "Information Elements."  The gslite program also parses Control frames' subtype information before writing it to disk.  By contrast, gslite does not parse Data frames' bodies, which may contain user-created content.  Rather, unencrypted Data frames' bodies pass through memory unparsed and are written to disk in their unparsed format.  (Again, encrypted frame bodies are dropped entirely.)

22.     As set forth above, the gslite source code includes logic that examines wireless frames' type and encryption status, and determines whether to discard them in whole or in part.  The default behavior of gslite is to record all wireless frame data, with the exception of the bodies of encrypted 802.11 Data frames.  The gstumbler application is configurable through the use of command line arguments that make it possible to specify, at the time the program is run, what types of wireless frames to record.  Based on our review of the provided configuration files and shell scripts used to launch gslite, prior to May 6, 2010, the gstumbler application used the default configurations described above, which is to say that all wireless frame data was recorded except for the bodies of 802.11 Data frames from encrypted networks.[2]

## II.     Overview and History of gstumbler, gslite, and Kismet

23.     The source code reviewed is from a project referred to at Google as "gstumbler." According to internal Google documentation, gstumbler was first created and used in 2006.  At that time, the program executable was itself also named "gstumbler," but at some point in or after late 2006, the executable deployed to vehicles otherwise capturing data for Google's Street View services was revised and renamed "gslite."  The gslite program is the focus of this source code review.  In this report, "gslite" refers to the specific executable program for which Stroz Friedberg reviewed the source code; and "gstumbler" refers to the overall application, including the configuration files and shell scripts that the Google Wifi project has used to detect and collect wireless network data.

24.     The gslite source code is written in C++.  C++ is an object oriented programming language, where objects are defined as data structures comprised of properties and methods, i.e. values and functions.  An "object" refers to an instance of a data structure in memory.  The gslite program makes use of object oriented programming to represent 802.11 frames in memory, parsing the raw frame data and storing its structural elements in a Dot11Frame object as defined in the source code file packet.proto.  The Dot11Frame object is defined using a framework called Protocol Buffers, which was developed at Google to provide a means for writing complex data structures to disk.  Protocol Buffers are discussed more fully in Appendix C.

25.     The gslite program parses some, though not all, information from 802.11 wireless frames read in from a source of wireless frames.  It simultaneously receives geolocation coordinates from a GPS system and then associates each wireless frame with the time and approximate location in which it was received.  The gslite program works in concert with a second program, Kismet, which must run simultaneously.  Kismet controls one or more wireless cards on a Google vehicle

---

[2] It is our understanding that on May 6, 2010, in response to regulatory attention, the gstumbler shell script was revised to disable *all* Data frame capture.  We have inspected that revised shell script and have confirmed that revision.

and provides gslite with the stream of detected wireless frames.  The relationship between gslite and Kismet is depicted in Figure 2.



**Figure 2. Inputs to gslite.**

26.     Kismet is a freely available, open-source application for wireless network detection and packet sniffing.  Kismet captures wireless frames using wireless network interface cards set to monitoring mode.  The use of monitoring mode means that Kismet directs the wireless hardware to listen for and process all wireless traffic regardless of its intended destination.  Kismet captures wireless frames passively, meaning that that Kismet receives such transmissions without actively transmitting to nearby wireless networks.  Kismet only detects packets passively.  Through the use of passive packet sniffing, Kismet can also detect the existence of networks with non-broadcast SSIDs, and will capture, parse, and record data from such networks.

27.     Kismet is a standalone application capable of capturing and filtering wireless frames.  However, it can also be deployed in a configuration called a "drone," which does not record or analyze network traffic but instead forwards captured traffic to a server listening for such traffic.  The Kismet drone program places a Kismet header describing the properties of the wireless transmission in front of the raw 802.11 frame and passes it to gslite for further processing.  The gslite application listens for data from a Kismet drone running simultaneously within the Street View vehicle.

28.     A Kismet drone is configured through the use of a file named kismet_drone.config, which provides, among other things, instructions for Kismet to "channel hop."  Channel hopping is the act of cycling through numerous 802.11 channels per second in order to capture frames from as many nearby networks as possible.  In the gstumbler project, Kismet's configuration file is created using a predefined template file, and entries in Google's template instruct the drone to change wireless channels five times per second, as shown below (kismet_drone.conf.template lines 37-41):

```
# Do we channelhop?
channelhop=true

# How many channels per second to we hop?  (1-10)
channelvelocity=5
```

6

As discussed above, the number of permitted channels for broadcast in a given frequency is regulated by a country's local authorities, and the number of permitted channels for broadcast in a frequency ranges between 11 and 14. The kismet_drone.conf.template file directs which channels should be monitored and the order through which they are hopped. In the United States, for example, there are 11 channels that may be used to wirelessly transmit data within the 2.4 Ghz band. Accordingly, when configured for the United States, Kismet listens to each of the 11 channels for one fifth of a second, thus listening to every channel for one 0.2 second interval during each 2.2 second channel hopping cycle.

### III.   Scope of Review and Methodology

29.    Upon receipt of the gslite source code, Stroz Friedberg conducted a high-level review of the gslite framework code and associated modules. The purpose was to understand the basic logic flow and functionality of the program, and the significance and dependencies of the various components.

30.    Based on our high level review, Stroz Friedberg identified key modules and dependencies for closer scrutiny, and assessed the significance of Google commands and code modules called from libraries external to the gslite code for use within the program. We received confirmation that particular functions and modules were borrowed from standard, shared libraries within Google. Because we also confirmed that such functions and codes were not customized for use in gslite, but were merely imported to perform standard functions, we focused on the core functionality and key programming modules unique to gslite.

31.    We also did not independently review the Kismet program. As noted above, 802.11 frames initially are captured by the Kismet program, an open source packet sniffing program. It is our understanding based upon representations from Google that Kismet source code was not modified or adapted in any way as part of the gstumbler project.

32.    We compared 802.11 frame specifications to the gslite frame parsing parameters encoded into the program to verify that the code's parameters are consistent with the specifications. That is, if the code parses particular bits of frame header information to determine, for example, the type of frame or whether the wireless network is encrypted, we confirmed that the program looks at the correct frame bits to parse the expected field from the raw data.

33.    We closely scrutinized the parsing functionality of the gslite program as it pertains to each type of 802.11 frame. We determined how different types of frames are parsed, the different fields parsed for each frame type, what 802.11 frame fields are written to disk in parsed formats versus raw formats, and what 802.11 fields are discarded and not written to disk.

34.    We analyzed the overall structure of code to determine the program's default behavior and the ways in which default behavior may be changed by command line arguments. We also examined the command line configuration settings over the course of gslite's deployment.

35.    We confirmed our understanding as to other secondary functions of the program, including its logic to detect bad frames and not process them, its diagnostic capabilities for assessing proper functioning of the program, its calculation and correlation of GPS geolocation information with detected wireless networks, and its decision as to how and when to write data to disk.

36.    Stroz Friedberg did not receive or analyze earlier versions of the gslite source code or its predecessors. We did, however, review the modification history and did not observe significant changes to the program regarding how frames are parsed and recorded. We also reviewed all available versions of the shell scripts used to launch Kismet and gslite to verify what command line arguments were used.

IV.    **Detailed Analysis and Findings**

     *A.  Source Code Flow and Functionality*

37.    At the highest level of description, Google's gstumbler program creates a series of servers and objects that interface with the Google Street View vehicle's GPS system and the Kismet drone, pulls wireless frames from a stream provided by the Kismet drone, and then assigns timestamp and geolocation information to each wireless frame it encounters, saving the results to disk.  The general description of how gstumbler operates is illustrated in Figure 3, below, and in the following paragraphs.



**Figure 3:  High-level representation of gslite program execution**

38.    The program first parses any command line arguments passed to it from the shell script, run_gstumbler, used to launch gslite.  The program starts and configures a series of services, including, but not limited to: a WifiRecordLogger, which manages the storing of 802.11 frame data to disk; and a WifiLiteServer object, which listens for Kismet data on a predefined port.

39.    For each frame being processed, the program creates a new Dot11Frame object in which to store the parsed 802.11 frame fields, along with a pointer to it.  The Dot11Frame is a data structure that is built using Google's Protocol Buffers libraries.  As noted previously, information about Dot11Frame objects and Protocol Buffers in general is provided in Appendix C.

40.    The program parses the per-packet information (PPI) header information Kismet affixes to a captured 802.11 frame.  PPI includes the quality of the signal, the signal strength, the signal noise, if the capture source indicated there was an error in the capture to Kismet, transmission channel, the signal carrier, the signal encoding, and the data transmission rate.  The program

also sets the Dot11Frame's time received, time sent, and raw data properties to match those of the corresponding incoming frame.

41.     The program proceeds to parse the 802.11 frame as described more fully in section B, below.  The gslite program runs the Parse() method of a number of PacketParser objects against the incoming 802.11 frames: Dot11ParserImpl::Parse(); CtrlParerImpl::Parse(); MgmtParserImpl::Parse(); and TruncateParserImpl::Parse().  Although the forms of information available in a given frame vary according to its type and subtype, the packet parsers are applied to all frames regardless of type.  The parsing process populates numerous properties of the Dot11Frame object with information extracted from the 802.11 frame.  Parsing does not include inspection of the bodies of Data frames.

42.     During the TruncateParserImpl::Parse() parsing function, gslite reads the encryption flag on each frame.  That bit is located within the second byte of the Frame Control on an 802.11 frame.  If the encryption flag is set to "true," then the frame's body, or payload, is cleared from memory and permanently discarded.  If it is "false" the frame's body is retained for writing to disk.

43.     The GPS interpolator associates geolocation coordinates with the frame and writes the coordinates into the Position property of the Dot11Frame.

44.     The parsed 802.11 frame object is written to disk using WriteProtocolMessage() method of the RecordWriter object.  In the case of Management frames, the body is written to disk as parsed Information Elements, while in the case of unencrypted Data frames, the body is written to disk in unparsed format.  It is our understanding based upon representations from Google that the RecordIO module, used to write the Dot11Frame objects to disk, is a common shared library within Google, and it is utilized unchanged in gslite.

45.     The main loop of the program continues parsing, collecting, and geolocating each 802.11 frame as it is detected and forwarded by the Kismet drone.  An interrupt signal sent from a user or from the operating system will cause the program to exit the main loop, clean up objects in memory, and exit.

46.     The gslite program also writes logging information, largely regarding program status and error conditions, to a default system location.  Our review found one line of code that, when executed, writes the content of a wireless frame to disk, through the use of a protocol buffer method for formatting a data structure as a string (scanner.cc lines 114-115):

```
if (!parser_->Parse(frm)) {
        LOG(ERROR) << "Error parsing frame: " << frm->ShortDebugString();
```

The second line of code above writes the wireless frame to disk, including its body, regardless of frame type or encryption flag.  However, the program only performs this logging when a wireless frame cannot be successfully parsed and the Parse() method returns false.  Our review of the Parse() method determined that this condition is met only when a frame's length is too short to constitute a valid frame header.  In such an event, the frame also would be too short to contain a frame body.  Furthermore, any such invalid frame would be discarded by Kismet or the wireless card prior to being forwarded to gslite.  Accordingly, the circumstances necessary to invoke this logging action preclude the possibility that frame payload content would be written to the error log.

47.     During execution, gslite also reports certain diagnostic information in HTML format to the HTTP server to provide in-vehicle feedback regarding the status and operating state of gslite.  This status monitor does not write output to disk.

48.     Finally, we note that the gslite source code contains functions and methods that are never executed, and which appear to constitute vestigial or uncalled code.  Stroz Friedberg

inspected such code but found no control flow that would lead to the execution of such code areas.

### B. Frame Parsing

49.     Following capture of the data by Kismet, gslite uses a Dot11Frame object to represent the structure of an 802.11 frame in memory, prior to writing the frame to disk.  The gslite program processes these Kismet packets by removing the Kismet header, and then processing the underlying raw data, which is an 802.11 frame.

50.     "Parsing" a property of an 802.11 frame results in its value being assigned to a property of Dot11Frame object, making it readily accessible for further analysis by gslite without additional decoding.  Some 802.11 frame fields are analyzed by gslite and never assigned to a specific property of the Dot11Frame field object.  Only some 802.11 frame fields are assigned to properties of Dot11Frame objects in their parsed form by gslite prior to being written to disk; others are stored in memory in a property field named "raw" and are written to disk without being further processed.  By default, in the case of encrypted 802.11 Data frames, the frame's body, which was temporarily stored in the Dot11Frame's raw field, is cleared from memory and never written to disk.

51.     Specifically, gslite parses all available 802.11 frame header information and stores those properties in memory in a Dot11MacHeader object.  The remaining frame data, the body, is stored in its raw form in the raw property field of a Dot11FrameBody object.  A Dot11MacHeader object is a representation of the 802.11 frame header in the memory of a computer.  Similarly, a Dot11FrameBody is a representation of the body or payload of an 802.11 frame body.

52.     The Dot11MacHeader's properties and the Dot11FrameBody object may be further analyzed or parsed depending on the type of frame.  Dot11FrameBody objects contain ManagementFrameBody and ControlFrameBody objects to represent metadata specific to Management and Control frames respectively:

   a.  Control frames undergo the least additional analysis as they contain comparatively less data than other frame types.  Only the subtype information from an 802.11 Control frame's Frame Control field will be parsed and stored in memory as its own parsed property.

   b.  Management frames, which contain the administrative information necessary to manage wireless transmissions, undergo both additional analysis, and parsing. Management frames' Frame Control properties are analyzed to determine the values of the To DS and From DS fields, which indicate the number of MAC addresses within the frame; however, these values are not stored in their own property fields in memory.  Furthermore, Management frames' bodies are parsed and stored as a series of Information Elements in the ManagementFrameBody's collection of InformationElement objects.  Included in the Information Elements properties is the SSID.  The gslite program parses and stores the SSID information for all wireless networks, whether the SSID is broadcast or not.  Any extra data stored in the ManagementFrameBody is stored in the "extra" property.  Once this process is complete, the raw property of the Dot11FrameBody object is then cleared for Management Frames.

53.     Although Data frame header information is further analyzed during the parsing process, Data frame bodies are not parsed.  Specifically, gslite analyzes a Data frame's Frame Control field to determine the values of the To DS and From DS fields contained therein; however, these values are not parsed or stored in their own properties in memory.

54.     In summary, the parsing function of the gslite program does the following:

a.  All 802.11 frames have all of their available 802.11 frame header information parsed and stored in properties of a Dot11MacHeader object in memory, regardless of frame type.  A frame's body will be stored as raw data in a Dot11FrameBody's raw property, and this raw data may be further parsed if the frame is a Management Frame.  The frame type information from a frame's Frame Control field is parsed and stored in memory as its own value, regardless of frame type.

b.  If the frame is a Control frame, the subtype information from the Frame Control field will be parsed and stored in memory as its own value.  No additional parsing is performed on Control frames.

c.  If the frame is a Management frame, the To DS and From DS fields from the Frame Control field are analyzed, but are not parsed and stored in memory as their own properties.  Management frame bodies are parsed and stored as a series of Information Elements in ManagementFrameBody's collection of InformationElement objects (which is in the Dot11Frame's Dot11FrameBody object).  Any extra data in the body is stored in the ManagmentFrameBody's "extra" property, and the "raw" property of the Dot11FrameBody object is cleared.

d.  If the frame is a Data frame, the To DS and From DS fields from the Frame Control field are analyzed, but are not parsed and stored in memory as their own properties.  Data frame bodies are not parsed.  As discussed more fully below, the body of a Data frame is discarded if the Protected Frame bit is set to "true", which indicates the frame is encrypted; otherwise, the body is written as unparsed data to disk.

### C.  Default Settings Governing Discard of Data and Writing to Disk

55.     After gslite's program logic parses each 802.11 frame according to its type, a Dot11Frame object exists with all available frame properties parsed and stored in the appropriate property fields.  At this point in the execution of the program, the program's settings are checked to determine whether or not to retain the current frame data in whole or in part.

56.     By default, gslite records all wireless frame data, except for the bodies of Data frames from encrypted wireless networks.  The code governing whether data elements of a frame should be retained or discarded occurs in the file "packetparserimpl.cc."  Four variables, or flags, are assigned default Boolean values to establish the program's default behavior regarding what to discard from memory and what to retain.  In particular, the default settings, as shown below, are set to discard the bodies of encrypted frames[3] and to retain everything else (packetparserpmpl.cc lines 14-21):

```
DEFINE_bool(discard_encrypted_body, true,
     "Discard bodies of encrypted 802.11 frames");
DEFINE_bool(discard_control_frame, false,
     "Discard 802.11 control frames");
DEFINE_bool(discard_data_frame, false,
     "Discard all 802.11 data frames");
DEFINE_bool(discard_management_frame, false,
     "Discard all 802.11 management frames");
```

---

[3] Although a Management frame of the subtype Authentication would have its encryption flag set to "true," the sequence of the execution path causes such Management frame bodies to be stored in the "extra" property and written to disk. Management frames do not contain user content.

11

57.     The same file, packetparserimpl.cc, contains the code that checks each wireless frame processed and determines whether or not to retain it in whole or in part, based upon the Boolean values of the flags defined above.  The program checks to see whether the "discard_encrypted_body" flag is set to "true", which is the default setting.  If so, gslite checks the frame being parsed to see whether its encryption flag is set to "true."  If both checks return "true" then the frame is encrypted and the program discards the encrypted frame's body.  The frame body is cleared, using the accessor method clear_body().

```
if (FLAGS_discard_encrypted_body && PacketUtil::IsEncrypted(f)) {
      // Discard just the body of encrypted frames
      f->clear_body();
```

Subsequently, when the remainder of the frame is written to disk, its body is not recorded.

58.     The program checks the type of the frame being parsed (that is, whether it is a Control, Data, or Management frame) and then checks the value of the corresponding Boolean flag from among the discard flags above.  If it is "true", the discard flag of the current frame object is set using the Dot11Frame accessor method set_discard(true).

```
switch (PacketUtil::Type(f)) {
case Dot11FrameBody::CONTROL:
      if (FLAGS_discard_control_frame)
            f->set_discard(true);
      break;
case Dot11FrameBody::DATA:
      if (FLAGS_discard_data_frame)
            f->set_discard(true);
      break;
case Dot11FrameBody::MANAGEMENT:
      if (FLAGS_discard_management_frame)
            f->set_discard(true);
      break;
default:
      break;
}
```

59.     At a subsequent point in program execution when a parsed frame is to be written to disk, the discard flag of the frame object is checked:  if the flag is set to "true", the frame is not written to disk (scanner.cc lines 105-111):

```
void WifiScanner::TryLog(Dot11Frame * frm) {
   if (is_logging_ &&
       logger_ &&
       !frm->discard() &&
       !logger_->Write(frm))
     LOG(ERROR) << "Error writing to log";
}
```

### D. GPS Interpolation

60.     The onboard GPS system provides geolocation coordinates at some rate slower than the rate at which wireless frames can be received.  Accordingly, gslite interpolates the position at which each wireless frame was received and associates the interpolated position with the frame object.  Stroz Friedberg's review of source code relating to GPS coordinate interpolation found no code execution paths that would affect the wireless data written to disk by gslite.

12

### E. Command Line Arguments in Configuration Files

61.     The Boolean flag definitions set forth in section C above provide the default program behavior.  However, the flags can be superseded by command line arguments defined in accordance with Google's coding standards.  The first line of code executed by gslite processes any and all command line arguments (see gslite.cc lines 12 and 128-129, below).  It is our understanding from Google that InitGoogle(), a method defined outside the scope of the provided source code, sets the values of program variables using the command line arguments.  The Google standards for using command line flags is documented at http://google-gflags.googlecode.com/svn/trunk/doc/gflags.html.

```
#include "base/commandlineflags.h"
...
int main(int argc, char** argv) {
  InitGoogle(argv[0], &argc, &argv, true);
```

62.     Command line arguments will supersede the default values for the discard and encryption flags discussed above and change the behavior of gslite.  Since the flag "discard_data_frame" is false by default, gslite will discard entire Data frames if and only if the flag "discard_data_frame" is run on the command line at the time of program execution (or until such time as the default behavior is revised in source code).

## V.   Conclusion

63.     Gslite is an executable program that captures, parses, and writes to disk 802.11 wireless frame data.  In particular, it parses all frame header data and associates it with its GPS coordinates for easy storage and use in mapping network locations.  The program does not analyze or parse the body of Data frames, which contain user content.  The data in the Data frame body passes through memory and is written to disk in unparsed format if the frame is sent over an unencrypted wireless network, and is discarded if the frame is sent over an encrypted network.

## APPENDIX A

## INVENTORY OF REVIEWED SOURCE CODE FILES AND SHELL SCRIPTS

Stroz Friedberg reviewed the following provided C++ source code, configuration files, and shell scripts as part of its static source code analysis.  The dates of last modification are derived from the compressed tar files in which the source code was provided and are believed to correspond to the dates of modification of official, checked-in source code.

| File Name | Last Written On | SHA-1 Hash Value |
|---|---|---|
| **gstumbler Source Code**<br>**Provided as gstumbler-src.tgz on 5/20/2010** | | |
| BUILD | 7/1/2009 | 7de19d35307cfdc9fc8c03c9d8d44aee3cebcbaa |
| gps_messages.h | 3/31/2010 | aa9cef443f3e1352056751cdc3ca8d35705cbf1f |
| gps-interpolator.cc | 11/7/2007 | 37001680b7e4acd0410fd890523fa911371cdf63 |
| gps-interpolator.h | 4/30/2008 | 688d310771e66e2ecc92c7069059bda2e378d1d8 |
| gps-interpolator_test.cc | 2/2/2010 | 21e241b6cdb0ae65f2d395f38d5541d0ef2b3ed8 |
| gps-ipc.cc | 3/31/2010 | 2413c0538add232332fa25ba1498274f54e2d76f |
| gps-ipc.h | 3/31/2010 | 175193adb5116594e6f644c9b9bb8a9920476d8a |
| gps-ipc_test.cc | 3/31/2010 | 3ea76455f6fd12391c6e60ad9d8b0fe9bffb0db4 |
| gslite.cc | 3/31/2010 | 796c67b420ffd5ff0afbc65c42c07d08256686d3 |
| gstumbler.cc | 4/30/2008 | 2104989fdc44b9c53acbf5bc6857ee8f1fc2594e |
| gstumbler-run.sh | 3/5/2007 | e5045fac3b9e6de3ce36b3b797e504a9c741254a |
| kismetconnection.cc | 6/19/2009 | 4b3cb2dcfef03c53bdf3f46088039c1105d29fe3 |
| kismetconnection.h | 6/19/2009 | cacb6ca54136cc1bcf3a64f9a54a25b4939f2a7f |
| logger.cc | 11/7/2007 | 03f2733398191d36fae6297564b455086bdfda83 |
| logger.h | 11/7/2007 | 83df2ff3e50f5e070af8f4acf1c032ca6a2f8682 |
| monitor.cc | 10/31/2006 | 7b5381eb9adeb12e09589f84e817f170bc783ade |
| monitor.h | 10/31/2006 | 64870c0f3df0b169ef352b0c3f920bd48ff6073c |
| packet.proto | 3/31/2010 | 872e43bb2477b3d50dfdd34f68adad7290f49f6c |
| packetparser.cc | 10/31/2006 | f42687c8f5bef580ce46476eb840e0022280d969 |
| packetparser.h | 7/1/2009 | 3855b17808778d752824ea6a2efbe875307933ac |
| packetparser_test.cc | 2/2/2010 | dc795a3e99ec890db87d1e97ac835ed3f74a3f7b |
| packetparserimpl.cc | 10/31/2006 | ec094b96ab14ba7bf251160ad6d3285d4fa3a714 |
| packetparserimpl.h | 10/31/2006 | d8f5c40b3954133c8be46e6cabf9f23f91de6ecc |
| packetsource.cc | 10/31/2006 | bfe6dec9aa9d4a4095c0ad34c9f103b7344154d5 |
| packetsource.h | 3/4/2010 | 69f2b4ffa32e925e56bdf0f56097cf5bd7ce0ed9 |
| packetsourceimpl.cc | 12/16/2009 | 75828b368c1682ebac547c1193e9d3fbcc27f54a |
| packetsourceimpl.h | 7/1/2009 | bff09f7f55cdd080eaf1d9057a8a33c1d9cbb8f8 |
| packetutil.h | 1/28/2008 | 8dedee1c5b43811bd7a16ea9b5afc58b69adf2f2 |
| resources\drive_status.tpl | 10/18/2007 | 065c489ee01d5de2ff85f92829fceeebd58359e9 |
| scanner.cc | 3/31/2010 | 33d4a92a87a679faf0932e492ffbe6cf32a9534a |
| scanner.h | 3/31/2010 | 4a869a3f54a4f2662c09b8fd90e4e14bf631cb83 |
| scanner_test.cc | 2/2/2010 | 7a8004d0c19cc1337ca9cb888bd3f7830a26413b |
| **Configuration files and shell scripts -- most recent versions**<br>**Provided as gstumbler-config.tgz on 5/20/2010** | | |
| config_interfaces.sh | 5/18/2010 | 51c00340e9744dda850ca0ee546bcce067327caa |
| kismet_drone.conf.template | 5/18/2010 | f5bd93b3fc1ba8ada0827cc04fc6ca5c24aab99c |

14

| run_gstumbler.template | 5/18/2010 | 7b3aacb15f8b878b8bd91d34242c6b4a1e958691 |
|---|---|---|
| run_kismet | 5/18/2010 | 7c8b2b13061b6cb8280256556910d56b93848a20 |
| **Configuration files and shell scripts -- historical versions** **Provided as gstumbler-scripts2.tgz on 5/26/2010** | | |
| config_interfaces.sh#1 | 5/26/2010 | 7b85ea7c7babd7a7f15f0caa1fc1e3a2814f9d75 |
| config_interfaces.sh#2 | 5/26/2010 | faeeebfae425597af82acebdedccc2c972088b10 |
| config_interfaces.sh#3 | 5/26/2010 | 5816de44b2cf67116958e7bd35240bf1f3186953 |
| config_interfaces.sh#4 | 5/26/2010 | fc5ee14d002970d532ec55cee09962959b78d28b |
| run_gstumbler.template#1 | 5/26/2010 | 9a718b8727a2c590e670fc08ea27fa4818309253 |
| run_gstumbler.template#2 | 5/26/2010 | 4f4ca3f5d2175eecadf1c104a8aba702cce34778 |
| run_kismet#1 | 5/26/2010 | 27df00844852cd7e0070d82324ab5cc2fb81881c |
| **Supporting library for managing record writing** **Provided as bulkstorage.tgz on 5/26/2010** | | |
| bulkstorageblock.h | 11/1/2006 | d7240f808766bd718e80f1293dcaba95ff50af18 |
| bulkstoragewriter.cc | 3/12/2007 | e361e6c9d16cc64af15bb3df6a6cfdd58e049b6f |
| bulkstoragewriter.h | 3/12/2007 | d0dad037253f4f83a9107c7ea004c8d8e26f78d1 |
| bulkstoragewritermanaged.cc | 3/4/2010 | bab20ee94c25d62c2d8a18259915bf0906d68115 |
| bulkstoragewritermanaged.h | 3/4/2010 | 1d8b67f468f0b3d7dbe4f609548261b37fed4eb0 |
| disk_write_methods.cc | 3/12/2007 | 134aea15d93f667e322e7c70c7b89609755e2052 |
| disk_write_methods.h | 12/29/2006 | 4609dcf39b55cc2e111f338b7dbc4a3caf891109 |
| performancemonitor.cc | 8/10/2007 | f4aece5bd4bcbd520e654ab0d9802c560c2efc09 |
| performancemonitor.h | 11/29/2006 | b8c37eb8a427fdd72f707985661a71641c7436ec |
| sectensecminstats.cc | 11/29/2006 | 34d884b123216a4fb5bd640bf51d2e8f2ad42ef1 |
| sectensecminstats.h | 6/22/2009 | 38c8bf84879ecdade44a31642b5aba0e30e6cccd |

## APPENDIX B

## 802.11 FRAME ELEMENTS



Appendix B.1
802.11 Control Frame Details



| 2 Bytes | 2 Bytes | 6 Bytes | 6 Bytes | 6 Bytes | 2 Bytes | 0 – 2312 Bytes | 4 Bytes |
|---------|---------|---------|---------|---------|---------|----------------|---------|
| Frame Control | Duration/ID | Address 1 | Address 2 | Address 3 | Sequence Control | Frame Body | FCS |

Appendix B.2
802.11 Management Frame



Appendix B.3
802.11 Data Frame Details

18

**APPENDIX C**

**THE GSTUMBLER DOT11FRAME PROTOCOL BUFFER
AND SUMMARY OF RECORDED CONTENT**

C-1.     Google source code employs a serialization format, accomplished through the use of objects developed at Google called Protocol Buffers, which are used to exchange and write structured data.  Protocol Buffers take an object representing a complex data structure and transform that structured object into a bitstream, suitable for transmission or writing to disk, through a transformation called serialization.  The source code for protocol buffers was released under an open source license by Google in 2008.  An overview of documentation regarding protocol buffers is available at (http://code.google.com/apis/protocolbuffers/docs/overview.html).

C-2.     Each type of object to be serialized is specified as a Protocol Buffer "message," which establishes the structure of each object type.  In the gstumbler project source code, Protocol Buffers are declared in the file packet.proto.  The protocol buffer message of central importance to gslite's functionality is the Dot11Frame object, a message that is a structured representation of a single 802.11 wireless frame.  The Dot11Frame object contains multiple other protocol buffer messages, also defined in packet.proto, that represent various components and types of wireless frames.

C-3.     Protocol buffers provide accessor functions to set and retrieve the values of fielded data within a message.  Standard accessor functions include get_<fieldname>, set_<fieldname>, and clear_<fieldname>, where <fieldname> is one of the defined data elements within the message.  As discussed in paragraphs 57 and 58 of this report, the Dot11Frame accessor methods clear_body() and set_discard(true) will be called if certain flags and conditions are true.  These methods serve, respectively, to clear only the content of the Dot11Frame's Body field and to set the Discard Boolean flag of a Dot11Frame message to true.  These two methods are the means by which a frame is written to disk without its payload or not at all.

C-4.     The following tables summarize the properties within each of the protocol buffer messages defined in packet.proto.

| Dot11Frame Object | |
|---|---|
| **Property** | **Description** |
| Raw | A buffer used to store the unprocessed data; this buffer contains the raw frame data parsed throughout frame processing and is cleared prior to the data being written to disk. |
| Header | A Dot11MacHeader object in the protocol buffer message format described below. |
| Body | A Dot11FrameBody object in the protocol buffer message format described below. |
| Position | A cityblock.PositionInfo object containing GPS coordinates. |
| PositionComment | An optional string. |
| TimeRecvd | The time the frame arrived for processing. |
| TimeSent | The estimated time the frame was transmitted. |
| KisMetadata | A KismetMetadata object, described below, containing per-packet information including 802.11 channel, signal quality, and frame length. |
| Discard | A boolean flag that indicates whether or not the entire frame – metadata and body – should be written to disk. |

19

| Dot11MacHeader | |
|---|---|
| **Property** | **Description** |
| Raw | The raw data buffer containing the data that is processed and stored in the header's fields. |
| FrameControl | A thirty-two bit integer used to store the sixteen bit Frame Control field in an 802.11 frame. |
| DurationOrId | A thirty-two bit integer used to store the sixteen bit field in position bytes 2 to 3 in an 802.11 frame.  These sixteen bits are either the duration or id depending on the type and subtype of the frame. |
| Address1 | The first Media Access Control (MAC) address in an 802.11 frame.  A MAC address is a six byte hexadecimal address specifying a network device. |
| Address2 | The second MAC address in an 802.11 frame. |
| Address3 | The third MAC address in an 802.11 frame. |
| SequenceControl | The sixteen bit sequence control number present in data and management frames.  Data may be fragmented for transmission or re-transmission.  If the data is fragmented, this number is used to determine where in sequence a fragment fits.  This field is zero for the first or only fragment of data, and incremented for each successive fragment sent. |
| Address4 | The fourth MAC address in an 802.11 frame. |
| QoSControl | Sixteen bits of quality of service related information and policies sent by hardware supporting quality of service. |

| Dot11FrameBody | |
|---|---|
| **Property** | **Description** |
| Raw | The raw data buffer containing the data that is processed and stored in the body's fields. |
| FrameType | An enumerated type that specifies if a frame is: a Management frame (0); a Control frame (1); a Data frame (2); a Reserved type frame (3); or if there is no frame type detected (9999). |
| Ctrl | An optional ControlFrameBody object, defined below. |
| Mgmt | An optional ManagementFrameBody object, defined below. |

| ControlFrameBody | |
|---|---|
| **Property** | **Description** |
| Subtype | An enumerated type specifying the subtype of a Control frame.  Its potential values are: PS_POLL (10); RTS (11); CTS (12); ACK (13); CF_END (14); CF_END_ACK (15); and NO_CTRL_SUBTYPE (9999). |

| ManagementFrameBody | |
|---|---|
| **Property** | **Description** |
| Subtype | An enumerated type specifying the subtype of a Management frame.  Its potential values are: ASSOC_REQ (0); ASSOC_RESP (1); REASSOC_REQ (2); REASSOC_RESP (3); PROBE_REQ (4); PROBE_RESP (5); BEACON (8); ATIM (9); DISASSOC (10); AUTH (11); DEAUTH (12); and NO_MGMT_SUBTYPE (9999). |
| AuthAlgorithm | A thirty-two bit integer that is not set in the code reviewed. |
| AuthTransaction | A thirty-two bit integer that is not set in the code reviewed. |
| BeaconInterval | A thirty-two bit integer that is used to store the sixteen bit value of the number of time units between target beacon transmission times. |
| Capability | A thirty-two bit integer that is used to store the sixteen bit series of flags outlining the functionality of the transmitter. |

| CurrentBSSID | A sixty-four bit integer that is used to store the fourty-eight bit MAC address of the access point with which the transmitter is currently associated with. |
|---|---|
| ListenInterval | A thirty-two bit integer used to store the sixteen bit value of how often a receiver in power saver mode wakes to listen to Beacon mangement frames. |
| ReasonCode | A thirty-two bit integer that is not set in the code reviewed. |
| AssocID | A thirty-two bit integer that is used to store the sixteen bit value assigned by an access point during the association process. |
| StatusCode | A thirty-two bit integer that is used to store the value used in a response management frame to indicate the success or failure of a requested operation. |
| Timestamp | A sixty-four bit integer used to store the value of the timing synchronization function timer of a frame's source. |
| IEs | A collection of Information Elements, or key-value pairs regarding a transmitter. |
| SSID | A string containing the name of the access point. |
| Channel | A thirty-two bit integer used to store the channel on which a frame was sent. |

| KismetMetadata | |
|---|---|
| **Property** | **Description** |
| hdrlen | A thirty-two bit integer used to store the length of the Kismet header. |
| drone_ver | A thirty-two bit integer used to store the sixteen bit value of the version of the Kismet drone. |
| datalen | A thirty-two bit integer used to store the length of the data captured by Kismet. |
| caplen | A thirty-two bit integer used to store the length of the data originally captured by Kismet. |
| tv_sec | A sixty-four bit integer storing a timestamp in seconds. |
| tv_use | A sixty-four bit integer storing a timestamp in microseconds. |
| quality | A thirty-two bit integer used to store the sixteen bit value signal quality. |
| signal | A thirty-two bit integer used to store the sixteen bit value signal strength. |
| noise | A thirty-two bit integer used to store the sixteen bit value signal noise level. |
| error | A thirty-two bit integer used to store the eight bit value whether the capture source told Kismet the frame was bad. |
| channel | A thirty-two bit integer used to store the eight bit value of the hardware channel that received the frame. |
| carrier | A thirty-two bit integer used to store the eight bit value of the signal carrier. |
| encoding | A thirty-two bit integer used to store the eight bit value of the signal encoding. |
| datarate | A thirty-two bit integer used to store the value of the data rate, which is in units of 100 kbps. |
| adapter | A thirty-two bit integer used to store the mapped value of an adapter name. |

21

# EXHIBIT 54

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   ERIC A. TATE (CA SBN 178719)
    ETate@mofo.com
4   RUDY Y. KIM (CA SBN 199426)
    RKim@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone:    415.268.7000
7   Facsimile:     415.268.7522

8   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
9   HAMISH P.M. HUME (*Pro Hac Vice*)
    hhume@bsfllp.com
10  BOIES SCHILLER FLEXNER LLP
    1401 New York Avenue, N.W.
11  Washington DC  20005
    Telephone:    202.237.2727
12  Facsimile:     202.237.6131

13  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
14  and OTTOMOTTO LLC

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18  WAYMO LLC,                          | Case No. 3:17-cv-00939-WHA

19              Plaintiff,              | **DEFENDANTS UBER
                                        | TECHNOLOGIES, INC. AND
20        v.                            | OTTOMOTTO LLC'S RESPONSES TO
                                        | WAYMO'S FIRST SET OF
21  UBER TECHNOLOGIES, INC.,            | EXPEDITED INTERROGATORIES
    OTTOMOTTO LLC; OTTO TRUCKING LLC,   | PURSUANT TO PARAGRAPH SIX OF
22                                      | THE MAY 11, 2017 PRELIMINARY
              Defendants.               | INJUNCTION ORDER (NOS. 1-9)**
23
24                                      | Trial Date: October 2, 2017

25

26

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  **RESPONSE TO INTERROGATORY NO. 2:**

2       Defendants object to this interrogatory as vague and ambiguous as to the meaning of "the

3  date(s) they became Diligenced Employees."

4       Subject to and without waiving the general and specific objections above, Defendants

5  respond as follows:

6       The Diligenced Employees are:

7          1.  Anthony Levandowski

8          2.  Lior Ron

9          3.  Colin Sebern

10         4.  Don Burnette

11         5.  Soren Juelsgaard

12      These five individuals became Diligenced Employees on or around April 11, 2016.

13 **INTERROGATORY NO. 3:**

14      IDENTIFY all Uber Devices and Non-Uber Devices (as those terms are defined in

15 UBER00006444) that LEVANDOWSKI has used to access any of DEFENDANTS' Networks

16 (as that term is defined in UBER00006444), or that LEVANDOWSKI could have used to access

17 any of DEFENDANTS' Networks (as that term is defined in UBER00006444).

18 **RESPONSE TO INTERROGATORY NO. 3:**

19      Defendants object to this interrogatory because it implicates information protected by the

20 attorney-client privilege, the work-product doctrine, and the common-interest and joint-defense

21 privileges.  Defendants further objects to this interrogatory to the extent it purports to require

22 expert opinion.  Defendants further object to the interrogatory as vague, ambiguous, and

23 overbroad because it asks for the identity of any device that Levandowski "could have used" to

24 access Defendants' networks, which is infinite in scope.

25      Subject to and without waiving the general and specific objections above, Defendants

26 respond as follows:

27      To Defendants' knowledge, Mr. Levandowski used two devices to access Uber's

28 networks:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1.   A MacBook Pro (15-inch, 2016) computer provided to Mr. Levandowski by Uber

2.   A personal MacBook Pro (not issued by Uber)

**INTERROGATORY NO. 4:**

Describe the ownership of TYTO and/or ODIN WAVE, INCLUDING the identity of all PERSONS with current or former ownership interests in TYTO and/or ODIN WAVE, that PERSON's current or former ownership interest(s), and the agreements creating or modifying those ownership interests.

**RESPONSE TO INTERROGATORY NO. 4:**

Defendants object to this interrogatory to the extent it seeks information that is not known or available to Defendants.  Defendants further object to this interrogatory as seeking information that is neither relevant to a party's claims or defenses nor likely to lead to discovery of admissible evidence.

Subject to and without waiving the general and specific objections above, Defendants respond as follows:

Ottomotto LLC entered into an asset purchase agreement with Tyto Lidar, LLC ("Tyto") on May 5, 2016, in which Ottomotto LLC obtained certain enumerated assets from Tyto.  That agreement, including the corresponding exhibits and schedules, is being produced in response to Waymo's First Set of Expedited Document Requests.  Ottomotto LLC was subsequently acquired by Uber.  Defendants understand that, at the time Ottomotto LLC entered into the asset purchase agreement with Tyto, Tyto was a California Limited Liability Company, whose sole member was the Sandstone Group, LLC, also a California Limited Liability Company.  Defendants further understand that Tyto was originally incorporated as Odin Wave, LLC, but changed its name to "Tyto Lidar, LLC" on February 10, 2014.

**INTERROGATORY NO. 5:**

Describe all compensation (whether actual or conditional) discussed, conveyed or promised by DEFENDANTS to LEVANDOWSKI at any time, INCLUDING (without limitation) the DEFENDANT who discussed, conveyed or promised the compensation, the nature of the compensation, the date the compensation was promised and/or conveyed, the amount of the

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  Dated: June 5, 2017                    MORRISON & FOERSTER LLP

2

3                                         By:  /s/ Arturo J. González
                                               ARTURO J. GONZÁLEZ

4                                         Attorneys for Defendants
                                          UBER TECHNOLOGIES, INC.
5                                         and OTTOMOTTO LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 55

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 56

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UBER00076756 | 5/20/2015 | 3:47 AM | Google Calendar [calendar-notification@google.com] | Jeff Holden | | | | Calendar File | Accepted calendar invitation for 5/20/2015 call with Anthony Levandowski from 6:30-7:00pm. |
| 2 | UBER00076758 | 5/20/2015 | 3:47 AM | SF 4th-Toronto (5) [uber.com_363433363638303135373730@resource.calendar.google.com] | Jeff Holden | SF 4th-Toronto (5) [uber.com_363433363638303135373730@resource.calendar.google.com] | | | Calendar File | Calendar invitation for 5/20/2015 call with Anthony Levandowski from 6:30-7:00pm. |
| 3 | UBER00076759 | 5/20/2015 | 3:47 AM | Google Calendar [calendar-notification@google.com] | Jeff Holden; Anthony Levandowski | | | | Calendar File | Calendar invitation for 5/20/2015 call with Anthony Levandowski from 6:30-7:00pm. |
| 4 | UBER00076761 | 5/20/2015 | 3:47 AM | Jeff Holden | Jeff Holden; Anthony Levandowski | SF 4th-Toronto (5) [uber.com_363433363638303135373730@resource.calendar.google.com] | | | Calendar File | Calendar invitation for 5/20/2015 call with Anthony Levandowski from 6:30-7:00pm. |
| 5 | UBER00076762 | 5/20/2015 | 5:04 AM | Google Calendar [calendar-notification@google.com] | Jeff Holden | | | | Calendar File | Accepted calendar invitation for 5/20/2015 call with Anthony Levandowski from 6:30-7:00pm. |
| 6 | UBER00076764 | 5/20/2015 | 5:04 AM | Anthony Levandowski | Jeff Holden; Anthony Levandowski | | | | Calendar File | Calendar invitation for 5/20/2015 call with Anthony Levandowski from 6:30-7:00pm. |
| 7 | | 9/23/2015 | | | Jeff Holden | | | | Meeting | Scheduled 9/23/2015 meeting with Anthony Levandowski. |
| 8 | UBER00076743 | 10/3/2015 | 8:55 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Accepted calendar invitation for 10/6/2015 meeting with Anthony Levandowski from 11:00am-12:00pm. |
| 9 | UBER00076744 | 10/3/2015 | 8:55 PM | Nina Qi | Cameron Poetzscher; Nina Qi | | | | Calendar File | Calendar invitation for 10/6/2015 meeting with Anthony Levandowski from 11:00am-12:00pm. |
| 10 | UBER00076754 | 10/5/2015 | 5:15 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Accepted calendar invitation for 10/6/2015 meeting with Anthony Levandowski from 11:00am-12:00pm. |
| 11 | UBER00076755 | 10/5/2015 | 5:15 PM | SF 4th-Boston (10) [uber.com_2d31353631343031373531@resource.calendar.google.com] | Cameron Poetzscher | SF 4th-Boston (10) [uber.com_2d31353631343031373531@resource.calendar.google.com] | | | Calendar File | Calendar invitation for 10/6/2015 meeting with Anthony Levandowski from 11:00am-12:00pm. |
| 12 | UBER00076750 | 10/5/2015 | 5:17 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Declined calendar invitation for 10/6/2015 meeting with Anthony Levandowski from 11:00am-12:00pm. |
| 13 | UBER00076751 | 10/5/2015 | 5:17 PM | Linh Le | Cameron Poetzscher; Linh Le | | | | Calendar File | Calendar invitation for 10/6/2015 meeting with Anthony Levandowski from 11:00am-12:00pm. |
| 14 | UBER00076749 | 10/6/2015 | 9:34 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Calendar invitation discussing 10/6/2015 call with Anthony Levandowski. |
| 15 | UBER00068878 | 10/12/2015 | 10:49 PM | Google Calendar [calendar-notification@google.com] | Brian McClendon | | | | Calendar File | Calendar invitation for 10/12/2015 meeting at 4:00-4:30pm following 10/12/2015 call between Cameron Poetzscher and Anthony Levandowski regarding potential deal for purchase of lasers. |
| 16 | UBER00076745 | 10/13/2015 | 1:17 AM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Accepted calendar invitation for 10/27/2015 phone call with Anthony Levandowski at 2:30-3:00pm. |
| 17 | UBER00076746 | 10/13/2015 | 1:17 AM | Nina Qi | Cameron Poetzscher; Nina Qi | | | | Calendar File | Calendar invitation for 10/27/2015 phone call with Anthony Levandowski at 2:30-3:00pm. |
| 18 | UBER00076747 | 10/13/2015 | 5:06 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Accepted calendar invitation for 10/13/2015 phone call with Anthony Levandowski at 2:30-3:00pm. |
| 19 | UBER00076748 | 10/13/2015 | 5:06 PM | Nina Qi | Cameron Poetzscher; Nina Qi | | | | Calendar File | Accepted calendar invitation for 10/13/2015 phone call with Anthony Levandowski at 2:30-3:00pm. |
| 20 | UBER00076752 | 11/6/2015 | 10:16 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Accepted calendar invitation for 11/9/2015 call with Anthony Levandowski and Lior Ron from 11:00am-11:30am. |
| 21 | UBER00076753 | 11/6/2015 | 10:16 PM | Nina Qi | Cameron Poetzscher; Nina Qi | | | | Calendar File | Calendar invitation for 11/9/2015 call with Anthony Levandowski and Lior Ron from 11:00am-11:30am. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

Waymo LLC v. Uber Technologies, Inc. et al, No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 692]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | UBER00086697 | 11/16/2015 | | Google Calendar [calendar-notification@google.com] | Brian McClendon | | | San Francisco | Calendar File | Calendar invitation for 11/16/2015 in-person meeting with Nina Qi and Cameron Poetzscher regarding LiDAR supplier deal at 3:00-4:00pm. |
| 23 | RON0000082 RON0000083 | 11/21/2015 | 10 53 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR news article. |
| 24 | UBER00068858 | 12/3/2015 | 12:50 AM | Google Calendar [calendar-notification@google.com] | Brian McClendon | | | | Calendar File | Calendar invitation for 12/2/2015 in-person meeting regarding potential purchase of lasers and consulting services with Anthony Levandowski from 5:00-5:30pm. |
| 25 | UBER00086696 | 12/4/2015 | | Google Calendar [calendar-notification@google.com] | Brian McClendon | | | San Francisco | Calendar File | Calendar invitation for 12/4/2015 in-person meeting with Nina Qi and Cameron Poetzscher regarding LiDAR supplier deal at 3:00-4:00pm. |
| 26 | UBER00068899 | 12/7/2015 | 11:49 PM | Google Calendar [calendar-notification@google.com] | Brian McClendon; Nina Qi | | | | Calendar File | Calendar invitation to hold time for 12/11/15 meeting with Anthony Levandowski and Lior Ron from 9:00-10:00pm. |
| 27 | UBER00068900 | 12/7/2015 | 11:49 PM | Cameron Poetzscher | Brian McClendon; Nina Qi; Cameron Poetzscher | | | | Calendar File | Calendar invitation to hold time for 12/11/15 meeting with Anthony Levandowski and Lior Ron from 9:00-10:00pm. |
| 28 | UBER00076739 | 12/7/2015 | 11:59 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Accepted calendar invitation to hold time for 12/11/15 meeting with Anthony Levandowski and Lior Ron from 1:00-2:00pm. |
| 29 | UBER00076740 | 12/7/2015 | 11:59 PM | Nina Qi | Cameron Poetzscher | | | | Calendar File | Calendar invitation to hold time for 12/11/15 meeting with Anthony Levandowski and Lior Ron from 1:00-2:00pm. |
| 30 | UBER00076741 | 12/8/2015 | 6:24 PM | Google Calendar [calendar-notification@google.com] | Cameron Poetzscher | | | | Calendar File | Declined calendar invitation to hold time for 12/11/15 meeting with Anthony Levandowski and Lior Ron from 1:00-2:00pm. |
| 31 | UBER00076742 | 12/8/2015 | 6:24 PM | Emil Michael | Cameron Poetzscher; Emil Michael | | | | Calendar File | Calendar invitation to hold time for 12/11/15 meeting with Anthony Levandowski and Lior Ron from 1:00-2:00pm. |
| 32 | UBER00068851 | 12/11/2015 | 8:50 PM | Google Calendar [calendar-notification@google.com] | Brian McClendon | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 12/11/2015 meeting regarding potential purchase of lasers with Anthony Levandowksi and Lior Ron from 1:00-2:00pm. |
| 33 | RON0000248 RON0000249 RON0000250 RON0000254 RON0000255 | 12/20/2015 | 12 12 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR journal article. |
| 34 | UBER00068835 | 12/20/2015 | 5:46 AM | Jeff Holden | Brian McClendon | Cameron Poetzscher | | | E-Mail | Email regarding scheduled 12/20/2015 meeting with Anthony Levandowksi and Travis Kalanick. |
| 35 | UBER00068834 | 12/21/2015 | 9:16 PM | Brian McClendon | Mayrose Munar; Jeff Holden; Cameron Poetzscher; Emily Maher | | | | E-Mail | Email discussion regarding 12/22/2015 meeting with Travis Kalanick regarding Anthony Levandowski and company. |
| 36 | UBER00068827 | 1/4/2016 | 7:20 PM | Brian McClendon | Jeff Holden | | | | E-Mail | Email discussion regarding invitation to Cameron Poetzscher for 1/4/2016 meeting with Anthony Levandowksi from 5:00-6:30pm. |
| 37 | UBER00060662 | 1/5/2016 | 1:31 AM | Google Calendar [calendar-notification@google.com] | Travis Kalanick; Brian McClendon; Jeff Holden; Cameron Poetzscher; Michele Wiecha | Travis Kalanick; Jeff Holden; Brian McClendon; Cameron Poetzscher | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 1/4/2016 meeting with Anthony Levandowksi from 5:00-6:30pm. |
| 38 | UBER00069077 | 1/5/2016 | 7:19 PM | Google Calendar [calendar-notification@google.com] | Brian McClendon; Travis Kalanick | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 1/5/2016 meeting with Anthony Levandowksi from 1:00-2:30am. |
| 39 | UBER00069078 | 1/5/2016 | 7:19 PM | Jeff Holden | Brian McClendon; Travis Kalanick | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 1/5/2016 meeting with Anthony Levandowksi from 1:00-2:30am. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|-----|------|------|------|-------------|--------------|-----|-----|-------|------|-------------------|
| 40 | UBER00074986 | 1/5/2016 | 10:09 PM | Cameron Poetzscher | Jeff Holden; Anthony Levandowski | Brian McClendon; Michele Wiecha; Nina Qi | | | E-Mail | Email regarding LiDAR goals and milestones. |
| 41 | UBER00074988 | 1/5/2016 | 10:04 PM | Jeff Holden | Anthony Levandowski | Cameron Poetzscher; Brian McClendon; Michele Wiecha | | | E-Mail | Email regarding LiDAR goals and milestones, and referencing 1/4/2016 in-person meeting between Jeff Holden and Anthony Levandowski. |
| 42 | UBER00075078 | 1/5/2016 | 10:52 PM | Jeff Holden | Cameron Poetzscher | Anthony Levandowski; Brian McClendon; Michele Wiecha; Nina Qi | | | E-Mail | Email regarding LiDAR goals and milestones. |
| 43 | UBER00075082 | 1/5/2016 | 10:04 PM | Jeff Holden | Anthony Levandowski | Cameron Poetzscher; Brian McClendon; Michele Wiecha | | | E-Mail | Email regarding LiDAR goals and milestones. |
| 44 | UBER00060320 | 1/8/2016 | 7:45 PM | John Bares | | | | | Spreadsheet | Email regarding use of other sensors in rabbit ears concept. |
| 45 | | 1/12/2016 | | Anthony Levandowski | John Bares | | | | Phone Call | Phone call regarding LiDAR milestones for mid-range and long-range LiDAR systems. Based on independent recollection from John Bares, phone call could have started at 5:00, 6:00, or 7:00pm. |
| 46 | UBER00060329 | 1/12/2016 | | John Bares | | | | | Meeting (notes) | Notes from 1/12/2016 phone call with Anthony Levandowski. |
| 47 | UBER00060650 | 1/13/2016 | 7:02 AM | Cameron Poetzscher | Emil Michael; Jeff Holden; Brian McClendon; Nina Qi; Travis Kalanick | | | | E-Mail | Email regarding 1/13/2016 meeting and scheduled meetings during 1/14/2016-1/17/2016 with Anthony Levandowski. Meetings with Anthony Levandowski during 1/13/2016-1/17/2016 period supported by independent recollection from John Bares. |
| 48 | UBER00060649 | 1/14/2016 | 12:36 AM | Cameron Poetzscher | Travis Kalanick; Emil Michael; Jeff Holden; Brian McClendon; Nina Qi | | | | E-Mail | Email regarding meeting with Anthony Levandowski to discuss milestones for lasers and data. |
| 49 | UBER00068746 | 1/15/2016 | 5:15 PM | Cameron Poetzscher | Nina Qi; John Bares; Brian McClendon | | | | E-Mail | Email regarding 1/15/2016 call between Nina Qi and Anthony Levandowski. |
| 50 | UBER00068745 | 1/16/2016 | 12:01 AM | Google Calendar [calendar-notification@google.com] | Brian McClendon | | | | Calendar File | Calendar invitation for 1/15/2016 meeting with Anthony Levandowski from 4:30-5:30pm. |
| 51 | UBER00060329 | 1/18/2016 | | John Bares | | | | | Meeting (notes) | Notes from 1/18/2016 meeting with Anthony Levandowski; Brian McClendon; Cameron Poetzscher; and Nina Qi. Based on independent recollection from John Bares, Anthony Levandowski was likely in person for meeting and John Bares joined by phone. |
| 52 | UBER00068725 | 1/18/2016 | 3:09 PM | John Bares | Brian McClendon | | | | E-Mail | Email regarding meeting with Anthony Levandowski about something related to a ladar company. |
| 53 | UBER00068729 | 1/18/2016 | 3:07 PM | John Bares | Brian McClendon | | | | E-Mail | Email regarding meeting with Anthony Levandowski about something related to a ladar company. |
| 54 | UBER00068719 | 1/19/2016 | 11:19 PM | Google Calendar [calendar-notification@google.com] | Brian McClendon | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 1/19/2016 meeting with Anthony Levandowski from 6:30-7:00pm. Brian McClendon joined meeting over Zoom. |
| 55 | UBER00060329 | 1/19/2016 | | John Bares | | | | | Meeting (notes) | Notes from 1/19/2016 meeting with Bryan Salesky; Lior Ron; Anthony Levandowski; Brian McClendon; Cameron Poetzscher; and Jeff Holden. |
| 56 | UBER00062774 | 1/20/2016 | 2:21 PM | John Bares | Cameron Poetzscher; Emil Michael; Brian McClendon; Travis Kalanick; Jeff Holden; Nina Qi | | | | E-Mail | Email discussing 1/20/2016 meeting with Anthony Levandowski. |
| 57 | UBER00060329 | 1/20/2016 | | John Bares | | | | | Meeting (notes) | Notes from 1/20/2016 meeting with Lior Ron; Anthony Levandowski; Brian McClendon; Cameron Poetzscher; and Jeff Holden. |
| 58 | UBER00065998 | 1/20/2016 | 7:21 PM | John Bares | Cameron Poetzscher; Emil Michael | Brian McClendon; Travis Kalanick; Jeff Holden; Nina Qi | | | E-Mail | Email regarding experience of Anthony Levandowski and team with mid and long range lasers. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, et al Case No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 542]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | UBER00063569 | 1/20/2016 | 5:27 AM | Cameron Poetzscher | Emil Michael | Travis Kalanick; Jeff Holden; Brian McClendon; Nina Qi | | | E-Mail | Email regarding laser IP and laser purchases by trucking company. |
| 60 | UBER00063587 | 1/20/2016 | 3:27 PM | Cameron Poetzscher | Emil Michael | Travis Kalanick; Jeff Holden; Brian McClendon; Nina Qi | | | E-Mail | Email regarding valuation and meeting with Anthony Levandowski attaching draft term sheet. |
| 61 | UBER00063591 | 1/20/2016 | 3:27 PM | Nina Qi | | | | | Attachment | Attachment regarding LiDAR tech (draft term sheet). |
| 62 | UBER00062774 | 1/20/2016 | 7:21 PM | John Bares | Cameron Poetzscher; Emil Michael | Brian McClendon; Travis Kalanick; Jeff Holden; Nina Qi | | | E-Mail | Email regarding experience of Anthony Levandowski and team with mid and long range lasers. |
| 63 | UBER00068702 | 1/20/2016 | 5:27 AM | Cameron Poetzscher | Emil Michael | Travis Kalanick; Jeff Holden; Brian McClendon; Nina Qi | | | E-Mail | Email regarding laser IP and laser purchases by trucking company. |
| 64 | UBER00069005 | 1/20/2016 | 3:27 PM | Nina Qi | | | | | Document | Document regarding laser specifications. |
| 65 | UBER00069043 | 1/20/2016 | 10:18 PM | Nina Qi | | | | | Document | Document regarding laser specifications. |
| 66 | UBER00060329 | 1/24/2016 | | John Bares | | | | | Meeting (notes) | Notes from 1/24/2016 meeting with Anthony Levandowski; Lior Ron; Nina Qi; and Cameron Poetzscher. |
| 67 | RON0000279 RON0000280 | 1/24/2016 | 9:48 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser discussion. |
| 68 | UBER00061237 | 1/24/2016 | 10:47 PM | Cameron Poetzscher | Emil Michael; Jeff Holden; Travis Kalanick | Nina Qi; John Bares | | | E-Mail | Email regarding technical milestones. |
| 69 | UBER00061340 | 1/24/2016 | 3:29 PM | Cameron Poetzscher | Emil Michael; Jeff Holden | Travis Kalanick; Brian McClendon; Nina Qi; John Bares; Kirsten Thompson | | | E-Mail | Email regarding milestones and meeting with Anthony Levandowski. |
| 70 | UBER00061443 | 1/24/2016 | 9:32 PM | Emil Michael | Jeff Holden; Cameron Poetzscher | Travis Kalanick; Brian McClendon; Nina Qi; John Bares; Kirsten Thompson | | | E-Mail | Email regarding milestones and meeting with Anthony Levandowski. |
| 71 | UBER00066830 | 1/24/2016 | 9:32 PM | Emil Michael | Jeff Holden; Cameron Poetzscher | Travis Kalanick; Brian McClendon; Nina Qi; John Bares; Kirsten Thompson | | | E-Mail | Email regarding meeting with NewCo regarding milestones. |
| 72 | UBER00060665 | 1/25/2016 | 3:14 PM | John Bares | Travis Kalanick; Cameron Poetzscher | Emil Michael; Jeff Holden; Nina Qi | | | E-Mail | Email discussing 1/24/2016 meeting with Anthony Levandowski and Cameron Poetzscher; and 1/25/2016 phone call with Anthony Levandowski and Travis Kalanick. |
| 73 | UBER00060329 | 1/25/2016 | | John Bares | | | | | Meeting (notes) | Notes from 1/25/2016 meeting with Anthony Levandowski; Lior Ron; Nina Qi; and Cameron Poetzscher. |
| 74 | UBER00060677 | 1/25/2016 | 3:13 PM | Cameron Poetzscher | Emil Michael; Brian McClendon | Jeff Holden; Travis Kalanick; Nina Qi; John Bares | | | E-Mail | Email regarding laser IP and laser purchases by trucking company. |
| 75 | UBER00060814 | 1/25/2016 | 9:32 AM | Travis Kalanick | Cameron Poetzscher | Emil Michael; Jeff Holden; Nina Qi; John Bares | | | E-Mail | Email regarding NewCo terms. |
| 76 | UBER00071482 | 1/25/2016 | 3:14 PM | John Bares | Travis Kalanick; Cameron Poetzscher | Emil Michael; Jeff Holden; Nina Qi | | | E-Mail | Email regarding meeting with Anthony Levandowski and scaling of autonomous vehicles. |
| 77 | UBER00063640 | 1/27/2016 | 12:54 AM | Cameron Poetzscher | Travis Kalanick; Emil Michael; Jeff Holden | Nina Qi | | | E-Mail | Email discussing 1/26/16 and 1/27/2016 meetings with Anthony Levandowski, Cameron Poetzscher, and Lior Ron. |
| 78 | UBER00060329 | 2/8/2016 | | John Bares | | | | | Phone Call (notes) | Notes from 2/8/2016 call with Anthony Levandowski; Lior Ron; Nina Qi; and Cameron Poetzscher. |
| 79 | | 2/11/2016 | | Anthony Levandowski | Dan Gruver | | | | One-on-one conversation | Conversation regarding LiDAR design, tools, and techniques. |
| 80 | RON0013201 | 2/12/2016 | 6 53 PM | Adam Bentley | Nina Qi | Andrew Glickman; Christiam Lymn; Paul Sieben; Lior Ron; Cameron Poetzscher; Jamie Leigh; Todd Hamblet; Aaron Melville; Julie Xu; Andrew Dolak | | | Email | Email reflecting discussion with Anthony Levandowksi regarding lasers. |
| 81 | UBER00076358 | 2/22/2016 | 10:50 PM | Anthony Levandowski | Dan Gruver | | | | E-Mail | Email regarding laser specifications. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

Case 3:17-cv-00939-WHA Document 2510-28 Filed 01/19/18 Page 6 of 68

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | UBER00076359 | 2/22/2016 | 10:50 PM | | | | | | Attachment | Attachment regarding laser specifications. |
| 83 | UBER00076666 | 2/22/2016 | 10:50 PM | Anthony Levandowski | Dan Gruver | | | | E-Mail | Email regarding long range laser specifications. |
| 84 | UBER00076667 | 2/22/2016 | 10:50 PM | | | | | | Attachment | Attachment spreadsheet regarding long range laser specifications. |
| 85 | UBER00017007 | 2/23/2016 | 1:50 AM | | | | | | Document | Document regarding laser specifications. |
| 86 | UBER00060329 | 2/26/2016 | | John Bares | | | | | Phone Call (notes) | Notes from 2/26/2016 meeting with Anthony Levandowski; Lior Ron; Cameron Poetzcher; and Nina Qi . |
| 87 | UBER00076054 | 2/29/2016 | 1:48 AM | Google Calendar [calendar-notification@google.com] | Lior Ron | | | | Calendar File | Accepted calendar invitation for 3/4/2016 video call related meeting with optics/laser Stanford Ph.D., Adam Backer. |
| 88 | UBER00076055 | 2/29/2016 | 1:48 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Calendar File | Confirmed calendar invitation for 3/4/2016 video call related meeting with optics/laser Stanford Ph.D., Adam Backer. |
| 89 | UBER00076053 | 2/29/2016 | 1:57 AM | Anthony Levandowski | Lior Ron | | | | E-Mail | Email communication regarding upcoming meeting with laser optics Stanford Ph.D., Adam Backer. |
| 90 | UBER00076675 | 2/29/2016 | 1:47 AM | Anthony Levandowski | Dan Gruver | | | | E-Mail | Email regarding third party vendor FiconTEC. |
| 91 | | 2/29/2016 | | Anthony Levandowski | George Lagui | | | Cowper Street, Palo Alto | Meeting | New hire meeting, including discussion of lens placement. |
| 92 | | 3/2/2016 | | Anthony Levandowski | Dan Ratner; Max Levandowski | | | Cowper Street, Palo Alto | Meeting | New hire meeting, including discussion of lasers. |
| 93 | UBER00076056 | 3/4/2016 | 7:03 PM | Google Calendar [calendar-notification@google.com] | Lior Ron | | | | Calendar File | Declined calendar invitation for 3/4/2016 video call related meeting with optics/laser Stanford Ph.D., Adam Backer. |
| 94 | UBER00076055 | 3/4/2016 | 7:03 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Calendar File | Confirmed calendar invitation for 3/4/2016 video call related meeting with optics/laser Stanford Ph.D., Adam Backer. |
| 95 | UBER00301131 UBER00301132 UBER00301133 UBER00301134 UBER00301135 UBER00301136 UBER00301137 UBER00301138 UBER00301139 | 3/4/2016 | 7 30 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 96 | UBER00060329 | 3/4/2016 | | John Bares | | | | | Phone Call (notes) | Notes from 3/4/2016 meeting with Anthony Levandowski; Lior Ron; Cameron Poetzcher; and Nina Qi. |
| 97 | UBER00076694 | 3/5/2016 | 7:44 AM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email discussion re: LiDAR reader. |
| 98 | UBER00076251 | 3/5/2016 | 7:44 AM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email regarding Tyto LiDAR reader. |
| 99 | UBER00076608 | 3/5/2016 | 7:44 AM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email regarding Tyto LiDAR reader. |
| 100 | UBER00076413 | 3/6/2016 | 8:43 PM | Anthony Levandowski | Rhian Morgan | Eric Berdinis; Lior Ron; Claire Delaunay; Soren Juelsgaard | | | E-Mail | Email discussion of LiDAR-related responsibilities for prospective employees. |
| 101 | UBER00076415 | 3/6/2016 | 8:49 PM | Anthony Levandowski | Rhian Morgan | Eric Berdinis; Lior Ron; Claire Delaunay; Soren Juelsgaard | | | E-Mail | Email discussion of LiDAR-related responsibilities for prospective employees. |
| 102 | UBER00076093 | 3/8/2016 | 8:37 PM | Anthony Levandowski | Eric Berdinis | Soren Juelsgaard; Colin Sebern; Dan Gruver | | | E-Mail | Email regarding third parties Sensata and Quanergy. |
| 103 | UBER00076612 | 3/8/2016 | 8:37 PM | Anthony Levandowski | Eric Berdinis | Soren Juelsgaard; Colin Sebern; Dan Gruver | | | E-Mail | Email regarding third parties Sensata and Quanergy. |
| 104 | UBER00065004 | 3/11/2016 | 6:20 PM | Google Calendar [calendar-notification@google.com] | Travis Kalanick | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 3/11/2016 meeting with Anthony Levandowski and Lior Ron at 10:30-11:00am. |
| 105 | UBER00076196 | 3/22/2016 | 6:51 AM | Anthony Levandowski | Drew Gray; Robbie Miller | Claire Delaunay; Benjamin Butin; David Weikersdorfer | | | E-Mail | Email regarding image labeling and laser data. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 106 | UBER00086457 | 3/28/2016 | 10:25 PM | John Bares | John Bares; Anthony Levandowski | | | | Text Message | Message regarding acquiring used ▉ |
| 107 | UBER00086458 | 3/28/2016 | 10:26 PM | Anthony Levandowski | John Bares; Anthony Levandowski | | | | Text Message | Message regarding acquiring used ▉ . |
| 108 | UBER00086459 | 3/28/2016 | 10:28 PM | John Bares | John Bares; Anthony Levandowski | | | | Text Message | Message regarding acquiring used ▉ |
| 109 | UBER00086460 | 3/28/2016 | 10:29 PM | Anthony Levandowski | John Bares; Anthony Levandowski | | | | Text Message | Message regarding acquiring used ▉ |
| 110 | UBER00086461 | 3/28/2016 | 10:52 PM | John Bares | John Bares; Anthony Levandowski | | | | Text Message | Message regarding acquiring used ▉ |
| 111 | UBER00086462 | 3/28/2016 | 10:53 PM | Anthony Levandowski | John Bares; Anthony Levandowski | | | | Text Message | Message regarding acquiring used ▉ |
| 112 | UBER00060329 | 3/29/2016 | | John Bares | | | | | Meeting (notes) | Notes from 3/29/2016 meeting with Anthony Levandowski and Brian McClendon. |
| 113 | UBER00076100 | 3/30/2016 | 7:44 AM | Anthony Levandowski | OTTO LIDAR DEVELOPMENT [laser-dev@ot.to] | | | | E-Mail | Email regarding LiDAR motor controllers. |
| 114 | UBER00076099 | 3/30/2016 | 8:11 AM | Anthony Levandowski | Laser-dev@ot.to | | | | E-Mail | Email regarding LiDAR motor controllers. |
| 115 | | 4/1/2016 | 2:05 AM | Anthony Levandowski | Brian McClendon | | | | Text Message | Text message from Anthony Levandowski regarding consulting and laser development visit to Pittsburgh. |
| 116 | UBER00076658 | 4/2/2016 | 7:35 AM | Anthony Levandowski | | Dan Gruver | | | E-Mail | Email regarding third party ▉ and lens manufacturing. |
| 117 | UBER00076693 | 4/3/2016 | 7:56 AM | Anthony Levandowski | Lior Ron | | | | E-Mail | Email regarding hardware disclosures. |
| 118 | UBER00075019 | 4/4/2016 | 5:08 PM | Leigh Ann Heagle | Anthony Levandowski | Jeff Holden | | | E-Mail | Email discussing meeting with Anthony Levandowski referencing building lasers for ATC. |
| 119 | UBER00073873 | 4/8/2016 | 1:23 AM | Anthony Levandowski | Travis Kalanick | | | | Text Message | Text message regarding discussion on lasers. |
| 120 | | 4/8/2016 | | | Jeff Holden | | | | One-on-one conversation | One-on-one conversation with Anthony Levandowski where Anthony may have mentioned LiDAR. |
| 121 | UBER00075009 | 4/8/2016 | 5:33 PM | Google Calendar | Jeff Holden | | | | E-Mail | Email discussing meeting with Anthony Levandowski referencing building lasers for ATC. |
| 122 | UBER00016838 | 4/9/2016 | 5:20 AM | | | | | | Document | Document regarding laser specifications. |
| 123 | UBER00076101 | 4/11/2016 | 7:24 PM | Google Calendar [calendar-notification@google.com] | Max Levandowski | | | Cowper Street, Palo Alto | Calendar File | Accepted calendar invitation for 4/11/2016 at 1:30 to 2:30 to discuss Long Range Laser. |
| 124 | UBER00076102 | 4/11/2016 | 7:24 PM | Anthony Levandowski | Max Levandowski; Anthony Levandowski | | | Cowper Street, Palo Alto | Calendar File | Calendar invitation for 4/11/2016 meeting iregarding long range laser at 1:30-2:30pm. |
| 125 | UBER00076103 | 4/11/2016 | 7:24 PM | Google Calendar [calendar-notification@google.com] | Max Levandowski | | | Cowper Street, Palo Alto | Calendar File | Accepted calendar invitation for 4/11/2016 medium range meeting at 2:30-3:30pm. |
| 126 | UBER00076104 | 4/11/2016 | 7:24 PM | Anthony Levandowski | Max Levandowski; Anthony Levandowski | | | Cowper Street, Palo Alto | Calendar File | Calendar invitation for 4/11/2016 medium range laser meeting at 2:30-3:30pm. |
| 127 | UBER00076052 | 4/12/2016 | 6:56 PM | Anthony Levandowski | Dan Gruver | Lior Ron; Soren Juelsgaard | | | E-Mail | Email regarding news article for third party Velodyne. |
| 128 | UBER00076604 | 4/12/2016 | 6:56 PM | Anthony Levandowski | Dan Gruver | Lior Ron; Soren Juelsgaard | | | E-Mail | Email regarding news article related to third party Velodyne. |
| 129 | UBER00076673 | 4/12/2016 | 8:52 PM | Anthony Levandowski | Dan Gruver | | | | E-Mail | Email regarding optical transceivers from third party ▉ |
| 130 | UBER00076292 | 4/13/2016 | 3:16 PM | Anthony Levandowski | Dan Gruver | Soren Juelsgaard; George Lagui; Daniel Ratner; Max Levandowski; Robbie Miller | | | E-Mail | Email regarding work space for laser research & development team. |
| 131 | UBER00301174 UBER00301175 | 4/13/2016 | 9 19 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Velodyne. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc. et al., No. 3-17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 132 | UBER00075960 | 4/14/2016 | 5:25 PM | Anthony Levandowski | Eric Berdinis | | | | E-Mail | Email regarding New Yorker news article. |
| 133 | UBER00065878 | 4/14/2016 | 10:30 PM | Nina Qi | John Bares; Brian McClendon | Cameron Poetzscher | | Pittsburgh | E-Mail | Email regarding 4/14/2016 in-person meeting with discussion by Anthony Levandowski, Claire Delaunay, and Brian McClendon regarding LiDAR. |
| 134 | | 4/15/2016 | | Anthony Levandowski | Robert Doll | | | 3011 Smallman, Pittsburgh | Meeting | Meeting regarding LiDAR development. |
| 135 | | 4/15/2016 | | Anthony Levandowski | Peter Melick; Brian Zajac; Dave LaRose; Drew Bagnell; John Bares; Anthony Levandowksi; Lior Ron; Soren Juelsgaard; Claire Delaunay; and potentially others | | | 3011 Smallman, Pittsburgh | Meeting | Meeting with Anthony Levandowski regarding LiDAR simulations. |
| 136 | UBER00075085 | 4/17/2016 | 11:44 PM | John Bares | Anthony Levandowski | | | | E-Mail | Email regarding tech POC for laser. |
| 137 | UBER00076050 | 4/18/2016 | 9:10 AM | Anthony Levandowski | Harris Faruqi | Lior Ron; Rhian Morgan | | | E-Mail | Email regarding recruiting of engineers. |
| 138 | UBER00076350 | 4/18/2016 | 5:42 PM | Anthony Levandowski | John Bares | | | | E-Mail | Email regarding laser team staffing. |
| 139 | UBER00065762 | 4/18/2016 | 5:33 PM | John Bares | Brian McClendon | | | | E-Mail | Email discussing laser discussions with Newco and Anthony Levandowski. |
| 140 | UBER00065792 | 4/18/2016 | 8:15 PM | John Bares | Brian McClendon | | | | E-Mail | Email discussing laser discussions with Newco and Anthony Levandowski. |
| 141 | UBER00065812 | 4/18/2016 | 9:26 PM | Brian McClendon | John Bares | | | | E-Mail | Email regarding meeting with Levandowski and feedback on laser. |
| 142 | UBER00076412 | 4/19/2016 | 7:27 AM | Anthony Levandowski | Dan Gruver | Soren Juelsgaard | | | E-Mail | Email regarding work space for laser research & development team. |
| 143 | UBER00301177 UBER00301178 | 4/20/2016 | 12 51 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding development of LiDAR. |
| 144 | UBER00076098 | 4/21/2016 | 4:21 AM | Anthony Levandowski | George Lagui | Dan Gruver; laser-dev@ot.to | | | E-Mail | Email regarding status update from laser team. |
| 145 | UBER00076621 | 4/21/2016 | 4:21 AM | Anthony Levandowski | George Lagui | Dan Gruver; laser-dev@ot.to | | | E-Mail | Email regarding laser team goals. |
| 146 | UBER00076096 | 4/22/2016 | 9:26 AM | Anthony Levandowski | Robbie Miller | Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding status of vehicle as online or offline. |
| 147 | UBER00012193 | 4/23/2016 | 12:35 AM | Abram Burkholder | Max Levandowski | | | | E-Mail | Email discussing requests from Anthony for design of bracket to hold LiDAR unit. |
| 148 | UBER00012194 | 4/23/2016 | 12:20 AM | Max Levandowski | Abram Burkholder | | | | E-Mail | Email discussing requests from Anthony for design of bracket to hold LiDAR unit. |
| 149 | UBER00012195 | 4/23/2016 | 12:08 AM | Abram Burkholder | Max Levandowski | | | | E-Mail | Email discussing requests from Anthony for design of bracket to hold LiDAR unit. |
| 150 | UBER00301233 | 4/23/2016 | 8 41 AM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Message | Text message from Levandowski regarding lasers. |
| 151 | UBER00012197 | 4/23/2016 | 8:41 PM | Max Levandowski | Anthony Levandowski | | | | E-Mail | Email discussing requests from Anthony for design of bracket to hold LiDAR unit. |
| 152 | UBER00301236 UBER00301237 | 4/25/2016 | 9 35 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Message | Text message from Anthony Levandowski attaching testing video. |
| 153 | | 4/26/2016 | 12:51 PM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding scheduling of meeting with Anthony Levandowski. |
| 154 | | 4/26/2016 | 6:40 PM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding scheduling of meeting with Anthony Levandowski. |
| 155 | UBER00073832 | 4/27/2016 | 9:30 AM | Anthony Levandowski | Travis Kalanick | | | | Text Message | Text message regarding meeting with laser team. |
| 156 | UBER00086464 | 4/27/2016 | 8:49 PM | John Bares | John Bares; Jeff Holden | | | | Text Message | Message regarding potential meeting with Anthony Levandowski regarding lasers. |
| 157 | | 4/27/2016 | 10:25 AM | Scott Boehmke | Anthony Levandowski | | | | Text Messages | Text messages regarding scheduling of meeting with Anthony Levandowski. |
| 158 | | 4/27/2016 | 12:28 PM | Anthony Levandowski | Scott Boehmke | | | | Text Message | Text message regarding scheduling of meeting with Anthony Levandowski. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA   Document 2510-28   Filed 01/19/18   Page 9 of 68

Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 159 | | 4/27/2016 | 1:44 PM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding scheduling of meeting with Anthony Levandowski. |
| 160 | | 4/27/2016 | 3:52 PM | Scott Boehmke | Anthony Levandowski | | | | Text Message | Text message regarding scheduling of meeting with Anthony Levandowski. |
| 161 | | 4/27/2016 | 5:07 PM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding scheduling of meeting with Anthony Levandowski. |
| 162 | UBER00075955 | 4/27/2016 | | Anthony Levandowski | Scott Boehmke | | | Pittsburgh | Meeting (record) | Whiteboard photo from 4/27/16 conversation regarding use of fiber laser for scanning. |
| 163 | UBER00075956 | 4/27/2016 | | Anthony Levandowski | Scott Boehmke | | | Pittsburgh | Meeting (record) | Whiteboard photo from 4/27/16 conversation regarding use of fiber laser for scanning. |
| 164 | UBER00075957 | 4/27/2016 | | Anthony Levandowski | Scott Boehmke | | | Pittsburgh | Meeting (record) | Whiteboard photo from 4/27/16 conversation regarding use of fiber laser for scanning. |
| 165 | UBER00086464 | 4/28/2016 | 8:49 AM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding discussion of LiDAR and design. |
| 166 | UBER00076637 | 4/30/2016 | 7:28 AM | Anthony Levandowski | Gaetan Pennecot | | | | E-Mail | Email regarding third party ▮ and lens manufacturing. |
| 167 | UBER00076640 | 4/30/2016 | 7:28 AM | | | | | | Attachment | Attachment regarding third party ▮ and lens manufacturing. |
| 168 | UBER00011327 | 5/2/2016 | 10:12 PM | Gaetan Pennecot | Anthony Levandowski | | | | E-Mail | Email regarding technology manufactring quote. |
| 169 | UBER00011989 | 5/2/2016 | 6:47 PM | Drew Bagnell | Carl Wellington | | | | E-Mail | Email regarding meeting with Anthony regarding Ladar plan. |
| 170 | | 5/2/2016 | 4:18 PM | Anthony Levandowski | Scott Boehmke | | | | Text Message | Text message regarding scheduling of meeting with Anthony Levandowski and discussion of LiDAR status. |
| 171 | | 5/2/2016 | 6:50 PM | Anthony Levandowski | Scott Boehmke | | | | Text Message | Text message regarding scheduling of meeting with Anthony Levandowski. |
| 172 | UBER00076169 | 5/3/2016 | 2:48 AM | Anthony Levandowski | Scott Boehmke | Dan Gruver | | | E-Mail | Email regarding travel logistics for laser team member. |
| 173 | UBER00076226 | 5/3/2016 | 6:34 PM | Anthony Levandowski | Robbie Miller | | | | E-Mail | Email regarding safety procedures for vehicle testing. |
| 174 | UBER00076631 | 5/3/2016 | 2:45 AM | Anthony Levandowski | Dan Gruver | Gaetan Pennecot | | | E-Mail | Email regarding third party ▮ and lens manufacturing. |
| 175 | UBER00008528 | 5/4/2016 | 9:38 PM | Dan Gruver | Scott Boehmke | Anthony Levandowski | | | E-Mail | Email discussing meeting with Anthony for LiDAR discussions and brainstorming. |
| 176 | UBER00008530 | 5/4/2016 | 6:36 PM | Scott Boehmke | Anthony Levandowski | Dan Gruver | | | E-Mail | Email discussing meeting with Anthony for LiDAR discussions and brainstorming. |
| 177 | UBER00073820 | 5/5/2016 | 9:39 AM | Anthony Levandowski | Travis Kalanick | | | | Text Message | Text message regarding meeting with "Scott ATC" regarding lasers and team. |
| 178 | UBER00008520 | 5/5/2016 | 4:47 PM | Dan Gruver | Scott Boehmke | | | | E-Mail | Email discussing meeting with Anthony for LiDAR discussions and brainstorming. |
| 179 | UBER00008523 | 5/5/2016 | 12:46 AM | Dan Gruver | Scott Boehmke | | | | E-Mail | Email discussing meeting with Anthony for LiDAR discussions and brainstorming. |
| 180 | UBER00008526 | 5/5/2016 | 12:38 AM | Scott Boehmke | Dan Gruver | | | | E-Mail | Email discussing meeting with Anthony for LiDAR discussions and brainstorming. |
| 181 | UBER00076097 | 5/6/2016 | 4:40 PM | Anthony Levandowski | Soren Juelsgaard | Robbie Miller; Eng-ops [eng-ops@ot.to]; sw@ot.to; Nancy Sun | | | E-Mail | Email regarding current status of vehicle testing. |
| 182 | UBER00065830 | 5/8/2016 | 7:31 PM | Scott Boehmke | John Bares; Brian McClendon | | | | E-Mail | Email discussing Otto visit and meeting with Anthony Levandowsk. |
| 183 | UBER00065777 | 5/9/2016 | 10:12 PM | Brian McClendon | John Bares | | | | E-Mail | Email discussing Otto visit and meeting with Anthony Levandowski and laser concerns. |
| 184 | UBER00065782 | 5/9/2016 | 11:39 PM | John Bares | Brian McClendon | | | | E-Mail | Email discussing Otto visit and meeting with Anthony Levandowski and laser concerns. |
| 185 | UBER00065807 | 5/9/2016 | 9:44 PM | John Bares | Brian McClendon | | | | E-Mail | Email discussing laser discussions with Newco and Anthony Levandowski. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 186 | UBER00060450 | 5/10/2016 | 8:11 AM | Scott Boehmke | John Bares | | | | E-Mail (meeting notes) | Email including notes from Scott Boehmke regarding 5/5/2016 meeting with Anthony Levandowski, Dan Gruver, Max Levandowski, Dan Ratner, Harris Faruqi, and Nancy Sun, including discussion with Anthony Levandowski regarding placement of ▇▇▇▇ scanners on vehicle. |
| 187 | UBER00060355 | 5/10/2016 | 8:04 PM | Mayrose Munar | John Bares; Sherif Marakby; Noah Zych; Jeff Miller; David Richter; Anthony Levandowski | Travis Kalanick; CPOC@uber.com; Marissa Foust | | | Calendar File | Calendar invitation for 5/13/16 meeting regarding ATC goals with OEMs from 2:00-4:00pm, with recurring meetings on Tuesdays starting at 5/17/16 at 2:00-5:00pm. |
| 188 | UBER00086465 | 5/11/2016 | 9:12 PM | John Bares | John Bares; Jeff Holden | | | | Text Message | Message regarding potential meeting with Anthony Levandowski and Jeff Holden regarding lasers. |
| 189 | UBER00008536 | 5/11/2016 | 1:11 PM | Scott Boehmke | Dan Gruver; Anthony Levandowski | | | | E-Mail | Email discussing LiDAR development with Anthony Levandowski. |
| 190 | UBER00008538 | 5/11/2016 | 4:14 PM | Scott Boehmke | Dan Gruver; Anthony Levandowski | | | | E-Mail | Email discussing LiDAR development with Anthony Levandowski. |
| 191 | UBER00008540 | 5/11/2016 | 6:15 PM | Dan Gruver | Scott Boehmke | Anthony Levandowski | | | E-Mail | Email discussing LiDAR development with Anthony Levandowski. |
| 192 | UBER00011982 | 5/11/2016 | 7:31 PM | Brett Browning | Raffi Krikorian | | | | E-Mail | Email regarding meeting with Levandowski regarding LiDAR issues. |
| 193 | UBER00011986 | 5/11/2016 | 7:25 PM | Raffi Krikorian | Brett Browning | | | | E-Mail | Email regarding meeting with Levandowski regarding LiDAR issues. |
| 194 | UBER00086463 | 5/12/2016 | 4:52 AM | Anthony Levandowski | John Bares; Anthony Levandowski | | | | Text Message | Message regarding arrival of lasers. |
| 195 | UBER00012020 | 5/12/2016 | 3:34 AM | Brett Browning | Raffi Krikorian | | | | E-Mail | Email regarding meeting with Anthony regarding global pose and LiDAR. |
| 196 | UBER00012021 | 5/12/2016 | 2:38 PM | Brett Browning | Raffi Krikorian | | | | E-Mail | Email regarding meeting with Anthony regarding global pose and LiDAR. |
| 197 | UBER00012030 | 5/12/2016 | 3:39 AM | Brett Browning | Robbie Sedgewick | | | | E-Mail | Email regarding meeting with Anthony regarding global pose and LiDAR. |
| 198 | UBER00076419 | 5/13/2016 | 2:54 AM | Anthony Levandowski | Dan Gruver | Soren Juelsgaard | | | E-Mail | Email regarding organization chart. |
| 199 | UBER00063713 | 5/13/2016 | 11:30 PM | Jeff Holden | Travis Kalanick | | | | E-Mail | Email referencing discussions with Anthony regarding laser plan. |
| 200 | UBER00063715 | 5/13/2016 | 3:36 PM | Jeff Holden | Travis Kalanick | | | | E-Mail | Email referencing discussions with Anthony regarding laser plan. |
| 201 | UBER00070014 | 5/13/2016 | 11:30 PM | Jeff Holden | Travis Kalanick | | | | E-Mail | Email regarding meeting with Anthony Levandowski regarding reporting structure and laser design plan. |
| 202 | UBER00070111 | 5/13/2016 | 3:36 PM | Jeff Holden | Travis Kalanick | | | | E-Mail | Email regarding meeting with Anthony Levandowski regarding laser design plan. |
| 203 | UBER00063705 | 5/16/2016 | 4:43 PM | Travis Kalanick | Jeff Holden | | | | E-Mail | Email referencing meetings with third parties regarding LiDAR and discussing with Anthony. |
| 204 | UBER00063707 | 5/16/2016 | 4:54 PM | Travis Kalanick | Jeff Holden | | | | E-Mail | Email referencing discussions with Anthony regarding laser plan. |
| 205 | UBER00065135 | 5/17/2016 | | Travis Kalanick | Travis Kalanick; Sherif Marakby;  Noah Zych; Neil Stegall; Raffi Krikorian; Anthony Levandowski; Justin Ho; David Richter; Jeff Miller | | | 3011 Smallman, Pittsburgh 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 5/17/2016 "birdhouse" meeting at 9:00-11:00pm. |
| 206 | | 5/17/2016 | 5:21 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski with whiteboard drawing regarding LiDAR specifications and requesting phone call. |
| 207 | UBER00076022 | 5/18/2016 | 11:13 PM | Anthony Levandowski | James Haslim; Dan Gruver | | | | E-Mail | Email regarding LiDAR development. |
| 208 | UBER00076023 | 5/18/2016 | 11:13 PM | | | | | | Attachment | Presentation regarding LiDAR development. |
| 209 | UBER00076649 | 5/18/2016 | 11:13 PM | Anthony Levandowski | James Haslim; Dan Gruver | | | | E-Mail | Email regarding LiDAR development. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA Document 2510-28 Filed 01/19/18 Page 11 of 68
Waymo LLC v. Uber Technologies, Inc. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 210 | UBER00076650 | 5/18/2016 | 11:13 PM | | | | | | Attachment | Attachment powerpoint regarding LiDAR development. |
| 211 | UBER00086456 | 5/18/2016 | 12:36 PM | John Bares | John Bares; Scott Boehmke; Eric Meyhofer | | | | Text Message | Message inquiring about setting meeting to work on laser with Anthony Levandowski. |
| 212 | UBER00008543 | 5/18/2016 | 9:02 PM | Scott Boehmke | Anthony Levandowski | | | | E-Mail | Email with notes summarizing ladar talks. |
| 213 | | 5/18/2016 | 8:37 AM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding scheduled meeting with Anthony Levandowski and Eric Meyhofer. |
| 214 | | 5/18/2016 | 2:03 PM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding scheduling of meeting with Anthony Levandowski. |
| 215 | UBER00076429 | 5/19/2016 | | Dan Gruver | Dan Gruver; Sameer Kshirsagar; James Haslim; Eyal Cohen; Mike Karasoff; Matthew Palomar; Dan Ratner; Felipe Caldeira; Ben Becker; John Tobias; Dante Rivera; Anthony Levandowski; Gaetan Pennecot; Brent Schwarz; Tri Luong; laser-dev [laser-dev@uber.com]; Max Levandowski; Dan Shafrir; Tanya Sumang; Adam Kenvarg; Sara Glick; Ronen Sarig; Prashant Chouta; Asheem Linaval; Nancy Sun; Marlon Bocalan; Florin Ignatescu; Carolyn Finney; ft@uber.com; Will Treichler; Soren Juelsgaard; Thomas Smith; Radu Raduta; Zandrea Rox; Paige Recker; George Lagui; Michael Tocce | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4@group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation for weekly LiDAR standup meeting at 10:30-11:00am from 5/19/2016 to 11/17/2016. |
| 216 | UBER00076031 | 5/20/2016 | 12:18 AM | Anthony Levandowski | Dan Gruver; James Haslim | | | | E-Mail | Email regarding laser description from third party |
| 217 | UBER00076032 | 5/20/2016 | 12:18 AM | | | | | | Attachment | Attachment regarding laser description from third party |
| 218 | UBER00075972 | 5/20/2016 | 5:29 PM | Anthony Levandowski | Dan Gruver | James Haslim | | | E-Mail | Email regarding laser description from third party |
| 219 | UBER00076698 | 5/20/2016 | 12:18 AM | Anthony Levandowski | Dan Gruver; James Haslim | | | | E-Mail | Email regarding diode laser from third party |
| 220 | UBER00076699 | 5/20/2016 | 12:18 AM | | | | | | Attachment | Attachment regarding diode laser from third party |
| 221 | UBER00008513 | 5/20/2016 | 12:03 PM | Scott Boehmke | Dan Gruver | | | | E-Mail | Email discussing laser development and reference to sharing a document with Anthony Levandowski. |
| 222 | UBER00011153 | 5/20/2016 | 1:15 AM | Dan Gruver | Anthony Levandowski | James Haslim | | | E-Mail | Email discussing laser and LiDAR with Anthony Levandowski. |
| 223 | UBER00011149 | 5/20/2016 | 5:29 PM | Anthony Levandowski | Dan Gruver | James Haslim | | | E-Mail | Email regarding diode power and MOPA. |
| 224 | UBER00235653 UBER00235654 | 5/23/2016 | 3 35 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser discussion. |
| 225 | UBER00008552 | 5/23/2016 | 5:45 PM | Scott Boehmke | Dan Gruver; Anthony Levandowski | | | | E-Mail | Email with Anthony Levandowski discussing beam placement and spacing. |
| 226 | UBER00008500 | 5/23/2016 | 5:58 PM | Dan Gruver | Scott Boehmke | James Haslim | | | E-Mail | Email discussing laser development and reference to sharing a document with Anthony Levandowski. |
| 227 | UBER00011603 | 5/23/2016 | 8:11 PM | Dan Gruver | Brent Schwarz | Gaetan Pennecot | | | E-Mail | Email regarding ▮ quotes for LiDAR lenses. |
| 228 | UBER00008491 | 5/24/2016 | 1:45 PM | Scott Boehmke | Dan Gruver | James Haslim | | | E-Mail | Email discussing laser development and reference to sharing a document with Anthony Levandowski. |
| 229 | | 5/24/2016 | 8:04 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding LiDAR testing. |
| 230 | UBER00076311 | 5/25/2016 | 7:17 AM | Anthony Levandowski | Raffi Krikorian | | | | E-Mail | Email regarding current status of vehicle testing. |

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 231 | UBER00076418 | 5/25/2016 | 7:19 AM | Anthony Levandowski | Lior Ron | Harris Faruqi; Claire Delaunay; Soren Juelsgaard; Robbie Miller; Rhian Morgan | | | E-Mail | Email discussion of LiDAR-related responsibilities for prospective employees. |
| 232 | UBER00076309 | 5/25/2016 | 3:02 PM | Anthony Levandowski | Raffi Krikorian | | | | E-Mail | Email regarding current status of vehicle testing. |
| 233 | UBER00076701 | 5/25/2016 | 3:59 PM | Anthony Levandowski | Soren Juelsgaard; Brent Schwarz | | | | E-Mail | Email regarding visit on 5/24/16 from ▮ t from third party ▮ |
| 234 | UBER00076702 | 5/25/2016 | 3:59 PM | | | | | | Attachment | Attachment with quote from third party ▮ |
| 235 | UBER00076703 | 5/25/2016 | 3:59 PM | | | | | | Attachment | Attachment with NDA from third party ▮ |
| 236 | UBER00076420 | 5/25/2016 | 3:59 PM | Anthony Levandowski | Soren Juelsgaard; Brent Schwarz | | | | E-Mail | Email regarding 5/24/2016 visit with third party ▮ representative ▮ at Otto and quotation for ▮ |
| 237 | UBER00076421 | 5/25/2016 | 3:59 PM | | | | | | Attachment | Attachment regarding quotation from third party ▮ |
| 238 | UBER00076422 | 5/25/2016 | 3:59 PM | | | | | | Attachment | Attachment regarding NDA with third party ▮ |
| 239 | UBER00008488 | 5/25/2016 | 4:40 AM | Dan Gruver | Scott Boehmke | James Haslim | | | E-Mail | Email discussing laser development and reference to sharing a document with Anthony Levandowski. |
| 240 | UBER00064947 | 5/26/2016 | 9:22 PM | Raffi Krikorian | Travis Kalanick | | | | E-Mail | Email referencing future discussion with Anthony regarding attachment which discusses organization of autonomy teams. |
| 241 | | 5/26/2016 | 8:18 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding LiDAR testing. |
| 242 | UBER00065137 | 5/27/2016 | | Travis Kalanick | Travis Kalanick; Jeff Miller; Neil Stegall; David Richter; Anthony Levandowski; Sherif Marakby; Justin Ho; Noah Zych; Raffi Krikorian | | | 3011 Smallman, Pittsburgh; 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 5/27/2016 "birdhouse" meeting at 10:00pm. |
| 243 | UBER00076231 | 5/28/2016 | 4:55 PM | Anthony Levandowski | Soren Juelsgaard; Brent Schwarz | | | | E-Mail | Email regarding pump vendors. |
| 244 | | 5/28/2016 | 6:44 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding ranging and detecting. |
| 245 | | 5/28/2016 | 6:44 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding ranging and detecting. |
| 246 | | 5/29/2016 | 5:34 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding LiDAR testing. |
| 247 | UBER00076085 | 5/30/2016 | 6:29 PM | Anthony Levandowski | Claire Delaunay | Soren Juelsgaard; Colin Sebern; Eng-ops [eng-ops@ot.to]; Robbie Miller | | | E-Mail | Email regarding vehicle computer monitor. |
| 248 | UBER00076087 | 5/30/2016 | 8:39 PM | Anthony Levandowski | Soren Juelsgaard | David Weikersdorfer; Colin Sebern; Claire Delaunay; Eng-ops [eng-ops@ot.to]; Robbie Miller | | | E-Mail | Email regarding vehicle computer monitor. |
| 249 | UBER00012121 | 5/30/2016 | 6:34 PM | David Weikersdorfer | Anthony Levandowski | Soren Juelsgaard; Colin Sebern; Claire Delaunay; Eng-ops [eng-ops@ot.to]; Robbie Miller | | | E-Mail | Email discussing Otto1 issues with Anthony Levandowski. |
| 250 | UBER00075968 | 5/31/2016 | 2:35 PM | Anthony Levandowski | everyone [Everyone@ot.to] | | | | E-Mail | Email regarding laser team update, and vehicle testing and deployment. |
| 251 | UBER00075974 | 5/31/2016 | 10:07 PM | Anthony Levandowski | Dan Gruver | Daniel Ratner; Otto Lidar [laser-dev@ot.to] | | | E-Mail | Email regarding LiDAR fiber testing. |
| 252 | UBER00076575 | 5/31/2016 | 2:35 AM | Anthony Levandowski | everyone [Everyone@ot.to] | | | | E-Mail | Email regarding updates on development, testing, lasers, and deployment. |
| 253 | UBER00076671 | 5/31/2016 | 10:07 PM | Anthony Levandowski | Dan Gruver | Daniel Ratner; Otto Lidar [laser-dev@ot.to] | | | E-Mail | Email regarding rotating fiber optic head. |
| 254 | UBER00008507 | 5/31/2016 | 3:40 PM | Daniel Gruver | Anthony Levandowski | Scott Boehmke; James Haslim | | | E-Mail | Email with Anthony Levandowski discussing data rates and beam angles. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 255 | UBER00012095 | 5/31/2016 | 11:13 PM | Benjamin Becker | Dan Gruver | Anthony Levandowski; Daniel Ratner; Otto Lidar [laser-dev@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 256 | UBER00012097 | 5/31/2016 | 10:31 PM | Dan Gruver | Anthony Levandowski | Daniel Ratner; Otto Lidar | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 257 | UBER00012099 | 5/31/2016 | 5:31 PM | Robbie Miller | Claire Delaunay | Soren Juelsgaard; David Weikersdorfer; Colin Sebern; Anthony Levandowski; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 258 | UBER00005996 | 5/31/2016 | 11:47 PM | Tom Smith | Anthony Levandowski | everyone | | | E-Mail | Email discussing LiDAR testing and development with Anthony Levandowski. |
| 259 | UBER00012172 | 5/31/2016 | 3:13 PM | Robbie Miller | Colin Sebern | Anthony Levandowski; Soren Juelsgaard; David Weikersdorfer; Claire Delaunay; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 260 | UBER00235685 UBER00235686 | 5/31/2016 | 3:47 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR. |
| 261 | UBER00075975 | 6/1/2016 | 4:09 AM | Anthony Levandowski | Benjamin Becker | Dan Gruver; Daniel Ratner; Otto Lidar [laser-dev@ot.to] | | | E-Mail | Email regarding LiDAR fiber testing. |
| 262 | UBER00076167 | 6/1/2016 | 4:10 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding LiDAR fiber testing. |
| 263 | UBER00076625 | 6/1/2016 | 4:09 AM | Anthony Levandowski | Benjamin Becker | Dan Gruver; Daniel Ratner; Otto Lidar [laser-dev@ot.to] | | | E-Mail | Email regarding rotating fiber optic head. |
| 264 | UBER00008505 | 6/1/2016 | 10:34 AM | Scott Boehmke | Anthony Levandowski | | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 265 | UBER00076643 | 6/2/2016 | 10:11 AM | Anthony Levandowski | James Haslim | Dan Gruver | | | E-Mail | Email regarding circulator testing. |
| 266 | UBER00076355 | 6/2/2016 | 2:34 PM | Anthony Levandowski | Dan Gruver | | | | E-Mail | Email regarding laser design. |
| 267 | UBER00076356 | 6/2/2016 | 3:54 PM | Anthony Levandowski | Dan Gruver | | | | E-Mail | Email regarding laser design. |
| 268 | UBER00076357 | 6/2/2016 | 10:11 AM | Anthony Levandowski | James Haslim | Dan Gruver | | | E-Mail | Email regarding laser testing. |
| 269 | UBER00011146 | 6/2/2016 | 3:48 PM | Dan Gruver | Anthony Levandowski | | | | E-Mail | Email discussing adding LEDs to laser with Anthony Levandowski. |
| 270 | UBER00011152 | 6/2/2016 | 6:17 PM | Dan Gruver | Anthony Levandowski | | | | E-Mail | Email discussing adding LEDs to laser with Anthony Levandowski. |
| 271 | UBER00075973 | 6/3/2016 | 12:52 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding lens design. |
| 272 | UBER00076670 | 6/3/2016 | 12:53 AM | Anthony Levandowski | Dan Gruver | Benjamin Becker; OTTO LIDAR DEVELOPMENT [laser-dev@ot.to] | | | E-Mail | Email regarding LiDAR fiber testing. |
| 273 | UBER00075979 | 6/3/2016 | 1:03 AM | Anthony Levandowski | Dan Gruver | Benjamin Becker; OTTO LIDAR DEVELOPMENT [laser-dev@ot.to] | | | E-Mail | Email regarding LiDAR fiber testing. |
| 274 | UBER00076194 | 6/3/2016 | 12:52 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding FAC lens. |
| 275 | UBER00076670 | 6/3/2016 | 12:53 AM | Anthony Levandowski | Dan Gruver | Benjamin Becker; OTTO LIDAR DEVELOPMENT [laser-dev@ot.to] | | | E-Mail | Email regarding rotating fiber optic head. |
| 276 | UBER00012088 | 6/3/2016 | 1:03 AM | Anthony Levandowski | Dan Gruver | Benjamin Becker; OTTO LIDAR DEVELOPMENT [laser-dev@ot.to] | | | E-Mail | Email regarding rotating fiber optic head. |
| 277 | UBER00076672 | 6/3/2016 | 1:03 AM | Anthony Levandowski | Dan Gruver | Benjamin Becker; OTTO LIDAR DEVELOPMENT [laser-dev@ot.to] | | | E-Mail | Email regarding testing related to LiDAR. |
| 278 | UBER00076668 | 6/3/2016 | 12:52 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding lens focal length. |
| 279 | UBER00012087 | 6/3/2016 | 1:01 AM | Dan Gruver | Anthony Levandowski | Benjamin Becker; OTTO LIDAR DEVELOPMENT [laser-dev@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 280 | UBER00235731 UBER00235732 UBER00235733 | 6/8/2016 | 9:33 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski attaching LiDAR photo. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 281 | UBER00235737 UBER00235738 UBER00235744 UBER00235745 UBER00235751 UBER00235752 UBER00235753 UBER00235754 UBER00235767 UBER00235768 UBER00235769 UBER00235771 UBER00235772 | 6/9/2016 | 7 10 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text message with Anthony Levandowski regarding laser. |
| 282 | UBER00076436 | 6/9/2016 | | Dan Gruver | Dan Gruver; James Haslim Sameer Kshirsagar; Asheem Linaval; Adam Kenvarg; Michael Karasoff; Ben Butin; Nancy Sun; John Tobias; Gaetan Pennecot; Carolyn Finney; Eyal Cohen; Prashant Chouta; Felipe Caldeira; Thomas Smith; Ronen Sarig; Yuan Liu; Dante Rivera; Will Treichler; Radu Raduta; Michael Tocce; Max Levandowski; Daniel Shafrir; Sara Glick; Marlon Bocalan; Florin Ignatescu; Filip Trojanek; Anthony Levandowski; Paige Recker; Brent Schwarz; Tanya Sumang; Matthew Palomar; Soren Juelsgaard; Tri Luong; Zandrea Roz; George Lagui | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4@group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 6/9/2016 LiDAR standup meeting at 6:00-6:30pm. |
| 283 | UBER00076584 | 6/9/2016 | 3:19 PM | Anthony Levandowski | Scott Boehmke | Dan Gruver; James Haslim | | | E-Mail | Email regarding beam spacing. |
| 284 | | 6/9/2016 | | Anthony Levandowski | Gaetan Pennecot; James Haslim | | | 737 Harrison Street, San Francisco | Meeting | Meeting regarding LiDAR design. |
| 285 | UBER00008510 | 6/9/2016 | 3:11 AM | Daniel Gruver | Scott Boehmke | Anthony Levandowski; James Haslim | | | E-Mail | Email with Anthony Levandowski discussing beam placement and beam groupings. |
| 286 | UBER00008553 | 6/9/2016 | 12:41 PM | Scott Boehmke | Dan Gruver | Anthony Levandowski; James Haslim | | | E-Mail | Email with Anthony Levandowski discussing beam placement and spacing. |
| 287 | UBER00008564 | 6/9/2016 | 3:19 PM | Anthony Levandowski | Scott Boehmke | Dan Gruver; James Haslim | | | E-Mail | Email regarding testing related to LiDAR. |
| 288 | UBER00076426 | 6/10/2016 | | Travis Kalanick | Travis Kalanick; Jeff Miller; Raffi Krikorian; Justin Ho; Noah Zych; Neil Stegall; Anthony Levandowski; David Richter; Sherif Markaby | | | NYC (Chelsea)-Red Hook 3011 Smallman, Pittsburgh 1455 Market Street, San Francisco | | Calendar invitation for 6/10/2016 "birdhouse" meeting at 8:30-10:30pm. |
| 289 | UBER00008557 | 6/10/2016 | 7:29 AM | Daniel Gruver | Anthony Levandowski | Scott Boehmke; James Haslim | | | E-Mail | Email with Anthony Levandowski discussing beam placement and spacing. |
| 290 | UBER00076766 | 6/13/2016 | | Brent Schwarz | Brent Schwarz; James Haslim; Sunny Chen; Dan Gruver; | | | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation for meeting with third party ▇ at 11:30am-1:30pm. |
| 291 | UBER00076354 | 6/15/2016 | 4:15 AM | Anthony Levandowski | Dan Gruver | | | | E-Mail | Email regarding meeting with third party ▇. |
| 292 | UBER00076765 | 6/15/2016 | | Brent Schwarz | Brent Schwarz; Helene Stievenard; ▇ ▇ | | | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation for meeting with third party ▇ at 2:00-2:30pm. |
| 293 | UBER00011177 | 6/15/2016 | 3:14 AM | Daniel Gruver | Anthony Levandowski; James Haslim | Soren Juelsgaard; Gaetan Pennecot; Mike Karasoff | | | E-Mail | Email with Anthony Levandowski circulating block diagram for the Spider system. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 294 | UBER00008495 | 6/16/2016 | 1:14 PM | Scott Boehmke | Anthony Levandowski | Dan; James Haslim; Eric Meyhofer | | | E-Mail | Email with Anthony Levandowski discussing beam placement and beam groupings. |
| 295 | UBER00011167 | 6/16/2016 | 2:32 PM | Mike Karasoff | Dan Gruver; James Haslim | | | | E-Mail | Email with Anthony Levandowski discussing microcontroller and block diagram. |
| 296 | UBER00011181 | 6/16/2016 | 3:02 PM | Daniel Gruver | Mike Karasoff | James Haslim | | | E-Mail | Email with Anthony Levandowski discussing microcontroller and block diagram. |
| 297 | UBER00065138 | 6/17/2016 | | Travis Kalanick | Travis Kalanick; Anthony Levandowski; Raffi Krikorian; David Richter; Jeff Miller; Noah Zych; Justin Ho; Neil Stegall; Sherif Marakby | | | 3011 Smallman, Pittsburgh  1455 Market Street, San Francisco | Calendar File | Calendar invitation for 6/17/2016 "birdhouse" meeting at 10:00pm. |
| 298 | UBER00075977 | 6/18/2016 | 10:17 PM | Anthony Levandowski | Vincent Tran | Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding vehicle testing results. |
| 299 | UBER00065139 | 6/18/2016 | | Travis Kalanick | Travis Kalanick; Sherif Marakby; Jeff Miller; Justin Ho; Anthony Levandowski; Raffi Krikorian; Neil Stegall; Noah Zych; David Richter | | | 3011 Smallman, Pittsburgh  1455 Market Street, San Francisco | Calendar File | Calendar invitation for 6/18/2016 "birdhouse" meeting at 5:30-7:00pm. |
| 300 | UBER00012093 | 6/18/2016 | 11:24 PM | Matt Grigsby | Anthony Levandowski | Vincent Tran; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email discussing Otto2 system disengages with Anthony Levandowski. |
| 301 | UBER00075980 | 6/19/2016 | 1:44 AM | Anthony Levandowski | Matt Grigsby | Vincent Tran; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding vehicle testing results. |
| 302 | UBER00076240 | 6/19/2016 | 8:38 AM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email regarding vehicle testing results. |
| 303 | UBER00012085 | 6/19/2016 | 4:47 AM | Claire Delaunay | Anthony Levandowski | Eng-ops [eng-ops@ot.to]; Vincent Tran | | | E-Mail | Email discussing Otto2 system disengages with Anthony Levandowski. |
| 304 | UBER00012089 | 6/19/2016 | 10:35 PM | Claire Delaunay | Don Burnette | Anthony Levandowski; Eng-ops [eng-ops@ot.to]; Vincent Tran | | | E-Mail | Email discussing Otto2 system disengages with Anthony Levandowski. |
| 305 | UBER00235791 UBER00235792 | 6/20/2016 | 2 54 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text messages with Anthony Levandowski regarding laser requirements. |
| 306 | UBER00301268 UBER00301269 UBER00301270 UBER00301271 UBER00301272 | 6/21/2016 | 6 28 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages from Anthony Levandowski regarding lasers. |
| 307 | UBER00301552 | 6/21/2016 | 6 31 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 308 | UBER00235842 | 6/21/2016 | 6 44 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text messages with Anthony Levandowski regarding lasers. |
| 309 | UBER00076303 | 6/21/2016 | 7:07 PM | Anthony Levandowski | Jeff Holden | | | | E-Mail | Email regarding engineering team assignments and planning. |
| 310 | UBER00076299 | 6/21/2016 | 10:50 PM | Anthony Levandowski | Jeff Holden | | | | E-Mail | Email regarding engineering team assignments and planning. |
| 311 | UBER00076305 | 6/21/2016 | 10:51 PM | Anthony Levandowski | Jeff Holden | | | | E-Mail | Email regarding engineering team assignments and planning. |
| 312 | UBER00076301 | 6/21/2016 | 11:13 PM | Anthony Levandowski | Jeff Holden | | | | E-Mail | Email regarding engineering team assignments and planning. |
| 313 | UBER00076676 | 6/21/2016 | 11:02 PM | Anthony Levandowski | Jay Liebowitz [jliebowitz@princetonlightwave.com] | Anthony Levandowski; Sabbir Rangwala [srangwala@princetonlightwave.com]; James Haslim; Dan Gruver | | | E-Mail; Meeting (notes) | Email regarding 6/21/16 phone call between Anthony Levandowski and third party Princeton Lightwave representative Jay Sabbir. |
| 314 | UBER00076229 | 6/22/2016 | 12:02 AM | Anthony Levandowski | Robbie Miller | | | | E-Mail | Email regarding status of vehicles as online or offline. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc. et al, No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 315 | UBER00301273 UBER00301274 UBER00301275 UBER00301276 UBER00301277 UBER00301278 UBER00301279 UBER00301280 | 6/22/2016 | 3 02 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding localization and lasers. |
| 316 | UBER00076035 | 6/23/2016 | 10:13 PM | Anthony Levandowski | Rhian Morgan | Lior Ron | | | E-Mail | Email regarding recruitment for laser team. |
| 317 | UBER00076437 | 6/23/2016 | | Dan Gruver | Dan Gruver; Anthony Levandowski; Dante Rivera; Soren Juelsgaard; James Haslim; Max Levandowski; Tri Luong; Michael Karasoff; Eyal Cohen; Tanya Sumang; Brent Schwarz; Felipe Caldeira; Prashant Chouta; Gaetan Pennecot; Daniel Shafrir; Ben Butin; Marlon Bocalan; Thomas Smith; George Lagui; Paige Recker; Zandrea Rox; Adam Kenvarg; Michael Tocce; Filip Trojanek; Sara Glick; Sameer Kshirsagar; John Tobias; Asheem Linaval; Florin Ignatescu; Yuan Liu; Ronen Sarig; Radu Raduta; Will Treichler; Carlyn Finney; Matthew Palomar; Nancy Sun | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4 @group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 6/23/2016 LiDAR standup meeting at 6:00-6:30pm. |
| 318 | UBER00076635 | 6/23/2016 | 1:08 AM | Anthony Levandowski | Gaetan Pennecot | | | | E-Mail | Email regarding quote request for third party ▮▮▮▮ lens. |
| 319 | UBER00076034 | 6/24/2016 | 6:03 AM | Anthony Levandowski | Rhian Morgan | Lior Ron | | | E-Mail | Email regarding recruitment for laser team. |
| 320 | UBER00076228 | 6/24/2016 | 6:05 AM | Anthony Levandowski | Robbie Miller | | | | E-Mail | Email regarding status of vehicles as online or offline. |
| 321 | UBER00076230 | 6/24/2016 | 2:48 PM | Anthony Levandowski | Robbie Miller | | | | E-Mail | Email regarding status of vehicles as online or offline. |
| 322 | UBER00011588 | 6/24/2016 | 9:36 PM | Gaetan Pennecot | Anthony Levandowski | | | | E-Mail | Email regarding LiDAR parts from ▮▮▮▮ with Anthony Levandowski. |
| 323 | UBER00076409 | 6/25/2016 | 11:15 AM | Anthony Levandowski | Colin Sebern | Soren Juelsgaard; Claire Delaunay | | | E-Mail | Email regarding vehicle computer monitor. |
| 324 | UBER00076092 | 6/26/2016 | 2:04 AM | Anthony Levandowski | Claire Delaunay | Soren Juelsgaard; Colin Sebern | | | E-Mail | Email regarding vehicle computer monitor. |
| 325 | UBER00076095 | 6/26/2016 | 2:43 PM | Anthony Levandowski | Colin Sebern | Claire Delaunay; Soren Juelsgaard | | | E-Mail | Email regarding vehicle computer monitor. |
| 326 | UBER00075978 | 6/27/2016 | 3:03 AM | Anthony Levandowski | James Haslim; Mike Karasoff; Claire Delaunay | Robbie Miller | | | E-Mail | Email regarding repair for vehicle laser. |
| 327 | UBER00075982 | 6/27/2016 | 3:32 AM | Anthony Levandowski | James Haslim | Mike Karasoff; Claire Delaunay; Robbie Miller | | | E-Mail | Email regarding repair for vehicle laser. |
| 328 | UBER00076094 | 6/27/2016 | 5:09 PM | Anthony Levandowski | Claire Delaunay | Soren Juelsgaard; Colin Sebern | | | E-Mail | Email regarding vehicle access. |
| 329 | UBER00075986 | 6/27/2016 | 5:21 PM | Anthony Levandowski | Colin Sebern | Claire Delaunay; Soren Juelsgaard; James Haslim | | | E-Mail | Email regarding vehicle access. |
| 330 | UBER00065140 | 6/27/2016 | | Travis Kalanick | Travis Kalanick; Sherif Marakby; Noah Zych; David Richter; Jeff Miller; Anthony Levandowski; Neil Stegall; Raffi Krikorian; Justin Ho | | | 3011 Smallman, Pittsburgh 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 6/27/2016 "birdhouse" meeting at 5:30-7:00pm. |
| 331 | UBER00301284 | 6/27/2016 | 8 52 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding lasers. |
| 332 | UBER00016585 | 6/27/2016 | 10:58 PM | | | | | | Document | Document regarding laser specifications. |
| 333 | UBER00076233 | 6/28/2016 | 5:46 AM | Anthony Levandowski | Gaetan Pennecot | Dan Gruver | | | E-Mail | Email regarding quote from third party ▮▮▮▮ |
| 334 | UBER00076410 | 6/28/2016 | 10:50 AM | Anthony Levandowski | Soren Juelsgaard | | | | E-Mail | Email regarding status of vehicles as online or offline. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 335 | UBER00076417 | 6/28/2016 | 3:19 PM | Anthony Levandowski | Soren Juelsgaard | | | | E-Mail | Email regarding status of vehicles as online or offline. |
| 336 | UBER00076110 | 6/28/2016 | 9:37 PM | Google Calendar [calendar-notification@google.com] | Alicia Poling | | | 3011 Smallman, Pittsburgh | Calendar File | Accepted calendar invite for 6/29/2016 meeting at 4:15-5:15 for "Laser beam pattern sync." |
| 337 | UBER00076111 | 6/28/2016 | 9:37 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | 3011 Smallman, Pittsburgh | Calendar File | Confirmed calendar invite for 6/29/2016 meeting at 4:15-5:15 for "Laser beam pattern sync." |
| 338 | UBER00076284 | 6/28/2016 | 9:37 PM | Google Calendar [calendar-notification@google.com] | Eric Meyhofer | | | 3011 Smallman, Pittsburgh | Calendar File | Accepted calendar invite for 6/29/2016 meeting at 4:15-5:15 for "Laser beam pattern sync." |
| 339 | UBER00076600 | 6/28/2016 | 5:46 AM | Anthony Levandowski | Gaetan Pennecot | Dan Gruver | | | E-Mail | Email regarding quote request for third party lens. |
| 340 | UBER00076588 | 6/28/2016 | 10:58 AM | Anthony Levandowski | James Haslim | | | | E-Mail | Email regarding quote from third party . |
| 341 | UBER00076589 | 6/28/2016 | 10:58 AM | | | | | | Attachment | Attachment regarding quote from third party |
| 342 | UBER00076596 | 6/28/2016 | 10:58 AM | | | | | | Attachment | Attachment regarding quote from third party |
| 343 | UBER00076573 | 6/28/2016 | 9:37 PM | Google Calendar [calendar-notification@google.com] | Alicia Poling | | | 3011 Smallman, Pittsburgh | Calendar File | Accepted calendar invitation for 6/29/16 laser beam pattern sync meeting at 4:15-5:15pm. |
| 344 | UBER00076574 | 6/28/2016 | 9:37 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | 3011 Smallman, Pittsburgh | Calendar File | Calendar invitation for 6/29/16 laser beam pattern sync meeting at 4:15-5:15pm. |
| 345 | UBER00076605 | 6/28/2016 | 9:37 PM | Google Calendar [calendar-notification@google.com] | Eric Meyhofer | | | 3011 Smallman, Pittsburgh | Calendar File | Accepted calendar invitation for 6/29/16 laser beam pattern sync meeting at 4:15-5:15pm. |
| 346 | UBER00076606 | 6/28/2016 | 9:37 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | 3011 Smallman, Pittsburgh | Calendar File | Calendar invitation for 6/29/16 laser beam pattern sync meeting at 4:15-5:15pm. |
| 347 | UBER00076582 | 6/29/2016 | 4:34 PM | Anthony Levandowski | James Haslim | | | | E-Mail | Email regarding quote from third party . |
| 348 | UBER00075963 | 6/30/2016 | 3:51 AM | Anthony Levandowski | Eric Berdinis | Lior Ron | | | E-Mail | Email regarding Tranport Topics news article regarding third party ZF. |
| 349 | RON0000416 | 6/30/2016 | 4:52 PM | Anthony Levandowski | Lior Ron; John Zimmer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding laser team. |
| 350 | UBER00075961 | 6/30/2016 | 5:46 AM | Anthony Levandowski | Lior Ron | Eric Berdinis | | | E-Mail | Email regarding Tranport Topics news article regarding third party ZF. |
| 351 | UBER00076578 | 6/30/2016 | 5:45 AM | Anthony Levandowski | Scott Boehmke | Eric Meyhofer; David Rice; James Haslim | | | E-Mail | Email regarding beam spacing. |
| 352 | UBER00076627 | 6/30/2016 | 5:47 AM | Anthony Levandowski | Gaetan Pennecot | James Haslim; Brent Schwarz | | | E-Mail | Email regarding quote request for third party lens. |
| 353 | UBER00008502 | 6/30/2016 | 4:56 PM | Scott Boehmke | Anthony Levandowski | Eric Meyhofer; David Rice | | | E-Mail | Email with Anthony Levandowski discussing radar implementation. |
| 354 | UBER00008518 | 6/30/2016 | 5:55 AM | James Haslim | Anthony Levandowski | Scott Boehmke; Eric Meyhofer; David Rice | | | E-Mail | Email with Anthony Levandowski discussing beam positioning tolerance. |
| 355 | RON0000458 RON0000459 RON0000460 RON0000461 RON0000462 RON0000463 RON0000464 RON0000465 RON0000466 | 6/30/2016 | 4:02 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR. |
| 356 | UBER00075985 | 7/1/2016 | 3:32 AM | Anthony Levandowski | Dan Gruver | Lior Ron; James Haslim | | | E-Mail | Email regarding YouTube video from third party Velodyne. |
| 357 | UBER00076572 | 7/1/2016 | 3:32 AM | Anthony Levandowski | Dan Gruver | Lior Ron; James Haslim | | | E-Mail | Email regarding video with Velodyne placements. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al, No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 358 | RON0000469 RON0000470 | 7/1/2016 | 4 10 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR news article. |
| 359 | | 7/1/2016 | 9:53 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding fiber to apd alignment. |
| 360 | RON0000471 RON0000472 | 7/2/2016 | 4 13 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR discussion. |
| 361 | UBER00065141 | 7/5/2016 | | Travis Kalanick | Travis Kalanick; David Richter; Justin Ho; Jeff Miller; Anthony Levandowski; Neil Stegall; Sherif Marakby; Noah Zych; Raffi Krikorian | | | 3011 Smallman, Pittsburgh 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 7/5/2016 "birdhouse" meeting at 9:00-11:00pm. |
| 362 | | 7/6/2016 | 3:55 AM | Anthony Levandowski | Gaetan Pennecot | | | | Text Message | Text message from Anthony Levandowski regarding receipt of motor. |
| 363 | UBER00301298 UBER00301299 UBER00301300 UBER00301301 UBER00301302 UBER00301303 UBER00301304 UBER00301305 UBER00301306 UBER00301307 | 7/6/2016 | 7 04 AM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding perception and lasers. |
| 364 | | 7/6/2016 | 11:57 AM | Anthony Levandowski | Gaetan Pennecot | | | | Text Message | Text message from Anthony Levandowski with photo of motor. |
| 365 | RON0000477 RON0000478 RON0000479 RON0000480 RON0000481 RON0000482 RON0000483 | 7/7/2016 | 7 10 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding self-driving vehicle with LiDAR. |
| 366 | UBER00076581 | 7/7/2016 | 7:27 PM | Anthony Levandowski | ▉▉▉▉▉▉ | Dan Gruver; James Haslim | | | E-Mail | Email regarding information from third party Boulder Nonlinear Systems website. |
| 367 | UBER00076622 | 7/8/2016 | 4:37 AM | Anthony Levandowski | James Haslim | Dan Gruver; Brent Schwarz; Max Levandowski; Gaetan Pennecot | | | E-Mail | Email regarding quote from third party ▉▉ |
| 368 | UBER00076617 | 7/8/2016 | 1:54 PM | Anthony Levandowski | James Haslim | Dan Gruver; Brent Schwarz; Max Levandowski; Gaetan Pennecot | | | E-Mail | Email regarding quote from third party ▉▉ |
| 369 | UBER00076613 | 7/8/2016 | 4:05 PM | Anthony Levandowski | James Haslim | Dan Gruver; Brent Schwarz; Max Levandowski; Gaetan Pennecot | | | E-Mail | Email regarding quote from third party ▉▉ |
| 370 | UBER00011306 | 7/8/2016 | 4:47 AM | James Haslim | Anthony Levandowski | Dan Gruver; Brent Schwarz; Max Levandowski; Gaetan Pennecot | | | E-Mail | Email regarding ▉▉ technologies and purchase of technology. |
| 371 | UBER00011310 | 7/8/2016 | 2:21 PM | James Haslim | Anthony Levandowski | Dan Gruver; Brent Schwarz; Max Levandowski; Gaetan Pennecot | | | E-Mail | Email regarding ▉▉ technologies and purchase of technology. |
| 372 | UBER00076237 | 7/9/2016 | 5:23 AM | Anthony Levandowski | Gaetan Pennecot | | | | E-Mail | Email regarding quote from third party ▉▉ |
| 373 | UBER00076239 | 7/9/2016 | 5:23 AM | | | | | | Attachment | Attachment with quote from third party |
| 374 | UBER00076006 | 7/10/2016 | 6:30 AM | Anthony Levandowski | James Haslim | | | | E-Mail | Email regarding research articles on beam steering. |
| 375 | | 7/10/2016 | 3:01 AM | Anthony Levandowski | Gaetan Pennecot | | | | Text Messages | Text messages from Anthony Levandowski regarding spdt machine. |
| 376 | UBER00076411 | 7/12/2016 | 6:55 AM | Anthony Levandowski | Soren Juelsgaard | | | | E-Mail | Email regarding status of vehicles as online or offline. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al.; No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 377 | UBER00065142 | 7/12/2016 | | Travis Kalanick | Travis Kalanick; Neil Stegall; David Richter; Sherif Marakby; Raffi Krikorian; Jeff Miller; Noah Zych; Anthony Levandowski; Justin Ho | | | 3011 Smallman, Pittsburgh 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 7/5/2016 "birdhouse" meeting at 9:30-11:30pm. |
| 378 | | 7/12/2016 | 6:52 PM | Anthony Levandowski | Gaetan Pennecot | | | | Text Message | Text message from Anthony Levandowski regarding status of spdt machine. |
| 379 | UBER00076207 | 7/13/2016 | 10:04 AM | Anthony Levandowski | Claire Delaunay; Don Burnette | | | | E-Mail | Email regarding status of LiDAR data. |
| 380 | UBER00075966 | 7/13/2016 | 11:04 AM | Anthony Levandowski | Lior Ron | Eric Berdinis | | | E-Mail | Email regarding Tranport Topics news article regarding third party ZF. |
| 381 | UBER00076792 | 7/13/2016 | | Anthony Levandowski | Lisa Weitekamp | | | 3011 Smallman, Pittsburgh | Meeting | Meeting regarding AVMaps. No specific recollection regarding whether Anthony Levandowski attended in person or by Zoom. |
| 382 | UBER00012004 | 7/13/2016 | 9:37 PM | Drew Bagnell | Matt Harris | | | | E-Mail | Email regarding future meeting with Anthony to discuss LiDAR streetside data. |
| 383 | RON0000505 RON0000506 | 7/14/2016 | 1:03 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser discussion. |
| 384 | RON0000518 RON0000519 | 7/15/2016 | 5:08 AM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 385 | UBER00235864 UBER00235865 UBER00235866 UBER00235867 UBER00235868 UBER00235869 | 7/15/2016 | 7:42 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding news article on LiDAR. |
| 386 | UBER00076015 | 7/16/2016 | 8:00 AM | Anthony Levandowski | Dan Gruver; James Haslim; Brent Schwarz | | | | E-Mail | Email regarding quote and orders from third party█████ |
| 387 | UBER00076017 | 7/16/2016 | 8:00 AM | | | | | | Attachment | Attachment regarding quote from third party███ |
| 388 | UBER00076020 | 7/16/2016 | 8:00 AM | | | | | | Attachment | Attachment regarding order from third party███ |
| 389 | UBER00076021 | 7/16/2016 | 8:00 AM | | | | | | Attachment | Attachment regarding order from third party███ |
| 390 | RON0000535 RON0000536 RON0000537 RON0000538 RON0000539 RON0000540 RON0000541 | 7/17/2016 | 6:14 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser discussion. |
| 391 | UBER00012003 | 7/19/2016 | 3:21 PM | Drew Bagnell | Raffi Krikorian; Rachel Keitzer | | | | E-Mail | Email regarding Anthony's concerns with Ladar planning and future meetings. |
| 392 | UBER00076438 | 7/21/2016 | | Dan Gruver | Dan Gruver; Felipe Caldeira; Sara Glick; John Tobias; Daniel Shafrir; Gaetan Pennecot; Adam Kenvarg; Will Tricher; George Lagui; Yuan Liu; Thomas Smith; Eyal Cohen; Anthony Levandowski; Max Levandowski; Ronen Sarig; Zandrea Rox; Michael Karasoff; Dante Rivera; Breant Schwarz; Ben Butin; Sameer Kshirsagar; Prashant Chouta; Matthew Palomar; Tri Luong; James Haslim; Paige Recker; Florin Ignatescu; Nancy Sun; Tanya Sumang; Filip Trojanek; Radu Raduta; Asheel Linaval; Soren Juelsgaard; Marlon Bocalan; Carolyn | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4 @group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 7/21/2016 LiDAR standup meeting at 6:00-6:30pm. |
| 393 | UBER00011992 | 7/23/2016 | 2:51 AM | Rachel Keitzer | Drew Bagnell | Raffi Krikorian | | | E-Mail | Email regarding Anthony's concerns with Ladar planning and future meetings. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc. et al, No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|-----|------------------------------|------|------|-------------|--------------|----|----|-------|-----------------------|--------------------|
| 394 | UBER00011994 | 7/23/2016 | 11:47 AM | Rachel Keitzer | Raffi Krikorian | Drew Bagnell | | | E-Mail | Email regarding Anthony's concerns with Ladar planning and future meetings. |
| 395 | UBER00011997 | 7/23/2016 | 11:43 AM | Raffi Krikorian | Rachel Keitzer; Drew Bagnell | | | | E-Mail | Email regarding Anthony's concerns with Ladar planning and future meetings. |
| 396 | UBER00011999 | 7/23/2016 | 11:20 AM | Drew Bagnell | Rachel Keitzer | Raffi Krikorian | | | E-Mail | Email regarding Anthony's concerns with Ladar planning and future meetings. |
| 397 | UBER00012001 | 7/23/2016 | 11:38 AM | Rachel Keitzer | Drew Bagnell | Raffi Krikorian | | | E-Mail | Email regarding Anthony's concerns with Ladar planning and future meetings. |
| 398 | UBER00012017 | 7/23/2016 | 1:37 AM | Rachel Keitzer | Raffi Krikorian | | | | E-Mail | Email regarding meeting with Levandowski regarding LiDAR issues. |
| 399 | UBER00012018 | 7/23/2016 | 1:48 AM | Rachel Keitzer | Raffi Krikorian | | | | E-Mail | Email regarding meeting with Levandowski regarding LiDAR issues. |
| 400 | UBER00065143 | 7/25/2016 | | Travis Kalanick | Travis Kalanick; Justin Ho; Jeff Miller; Anthony Levandowski; David Richter; Raffi Krikorian; Neil Stegall; Sherif Marakby; Noah Zych | | | 3011 Smallman, Pittsburgh<br><br>1455 Market Street, San Francisco | Calendar File | Calendar invitation for 7/5/2016 "birdhouse" meeting at 8:30-10:00pm. |
| 401 | UBER00011975 | 7/26/2016 | 1:32 PM | Drew Bagnell | Scott Boehmke; Brian Zajack; Carl Wellington; Eric Meyhofer; Anthony Levandowski; Peter Melick; Drew Bagnell | | | 3011 Smallman, Pittsburgh | Calendar File | Calendar invitation for 7/28/2016 Ladar planning meeting at 2:30-3:30pm. |
| 402 | UBER00011976 | 7/26/2016 | 1:32 PM | Drew Bagnell | Scott Boehmke; Brian Zajack; Carl Wellington; Eric Meyhofer; Anthony Levandowski; Peter Melick; Drew Bagnell | | | 3011 Smallman, Pittsburgh | Calendar File | Calendar invitation for 7/28/2016 Ladar planning meeting at 2:30-3:30pm. |
| 403 | UBER00235917 UBER00235918 UBER00235919 UBER00235920 UBER00235921 UBER00235922 UBER00235923 UBER00235924 UBER00235925 UBER00235926 | 7/26/2016 | 7:08 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding lasers. |
| 404 | RON0020295 | 7/27/2016 | 4:26 AM | Anthony Levandowski | Lior Ron | | | | Email | Email forwarding Bloomberg interview transcript. |
| 405 | UBER00235954 UBER00235956 UBER00235957 UBER00235958 UBER00235959 UBER00235960 UBER00235961 UBER00235962 UBER00235963 UBER00235964 | 7/29/2016 | 5:38 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding pucks. |
| 406 | RON0000578 RON0000579 | 8/2/2016 | 4:11 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR news article. |
| 407 | UBER00075983 | 8/2/2016 | 6:00 PM | Anthony Levandowski | Dan Gruver | Lior Ron; James Haslim | | | E-Mail | Email discussing third party |
| 408 | UBER00075959 | 8/4/2016 | 5:44 AM | Anthony Levandowski | Robbie Miller | Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding status of vehicles as online or offline. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 409 | UBER00076439 | 8/4/2016 | | Dan Gruver | Dan Ratner; Marlon Bocalan; Sara Glick; Paige Recker; Prashant Chouta; Asheem Linaval; Anthony Levandowski; Nancy Sun; Dante Rivera; Max Levandowski; James Haslim; Brent Schwarz; Yuan Liu; Filip Trojanek; Tanya Sumang; Florin Ignatescu; Michael Tocce; Sameer Kshirsagar; Matthew Palomar; Carolyn Finney; Radu Raduta; Daniel Shafrir; Felipe Caldeira; Zandrea Roz; Michael Karasoff; Adam Kenvarg; Gaetan Pennecot; Ronen Sarig; George Lagui; Tri Luong; Thomas Smith; John Tobias; Soren Juelsgaard; Eyal Cohen; Will Treichler; Ben Butin | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4@group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 8/4/2016 LiDAR standup meeting at 9:30-10:00pm. |
| 410 | UBER00012196 | 8/4/2016 | 3:24 AM | Claire Delaunay | Soren Juelsgaard | Robbie Miller; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding need for Anthony to send info for radar drivers. |
| 411 | UBER00075962 | 8/5/2016 | 1:33 AM | Anthony Levandowski | Claire Delaunay | Otto Operations [otto-ops@ot.to];Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding LiDAR team releases. |
| 412 | UBER00076079 | 8/5/2016 | 9:00 PM | Anthony Levandowski | Michael Tocce | Soren Juelsgaard; Claire Delaunay; David Weikersdorfer; Robbie Miller | | | E-Mail | Email regarding priority list for vehicles and hardware. |
| 413 | UBER00012178 | 8/5/2016 | 2:50 AM | Claire Delaunay | Soren Juelsgaard | Anthony Levandowski; Otto Operations [otto-ops@ot.to]; Eng-ops [eng-ops@ot.to]; Lior Ron | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 414 | UBER00012181 | 8/5/2016 | 2:10 AM | Lior Ron | Anthony Levandowski | Claire Delaunay; Otto Operations [otto-ops@ot.to]; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 415 | UBER00012182 | 8/5/2016 | 2:53 AM | Soren Juelsgaard | Claire Delaunay | Anthony Levandowski; Lior Ron; Eng-ops [eng-ops@ot.to]; Otto Operations [otto-ops@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 416 | UBER00012187 | 8/5/2016 | 4:19 AM | Preston Delgado | Soren Juelsgaard | Claire Delaunay; Anthony Levandowski; Lior Ron; Eng-ops [eng-ops@ot.to]; Otto Operations [otto-ops@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 417 | UBER00076242 | 8/6/2016 | 10:50 PM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email discussing overview of laser perception. |
| 418 | UBER00076158 | 8/6/2016 | 10:58 PM | Anthony Levandowski | Claire Delaunay | David Weikersdorfer | | | E-Mail | Email discussing overview of laser perception. |
| 419 | UBER00076151 | 8/6/2016 | 11:59 PM | Anthony Levandowski | David Weikersdorfer | Claire Delaunay | | | E-Mail | Email discussing overview of laser perception. |
| 420 | UBER00076045 | 8/7/2016 | 3:17 PM | Anthony Levandowski | Sameer Kshirsagar | Anthony Levandowski; Lior Ron | | | E-Mail | Email regarding quote and orders from third party ▮▮▮▮▮▮ |
| 421 | UBER00006585 | 8/7/2016 | 3:17 PM | Anthony Levandowski | Sameer Kshirsagar | Anthony Levandowski; Lior Ron | | | E-Mail | Email update regarding fiber laser manufacturing. |
| 422 | UBER00012175 | 8/8/2016 | 3:57 PM | Brian Gagliardi | Michael Tocce; Scott Ryvola | Robbie Miller; Preston Delgado; Soren Juelsgaard; Claire Delaunay; Anthony Levandowski; Lior Ron; Eng-ops [eng-ops@ot.to]; Otto Operations | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 423 | UBER00012184 | 8/8/2016 | 3:54 PM | Scott Ryvola | Michael Tocce | Robbie Miller; Preston Delgado; Soren Juelsgaard; Claire Delaunay; Anthony Levandowski; Lior Ron; Eng-ops [eng-ops@ot.to]; Otto Operations [otto-ops@ot.to] | | | E-Mail | Email discussing LiDAR testing with Anthony Levandowski. |
| 424 | UBER00076250 | 8/9/2016 | 10:51 AM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email regarding LiDAR testing. |
| 425 | UBER00076249 | 8/9/2016 | 4:30 PM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email regarding LiDAR testing. |
| 426 | UBER00076248 | 8/9/2016 | 5:12 PM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email regarding LiDAR testing. |
| 427 | UBER00076209 | 8/9/2016 | 8:02 PM | Anthony Levandowski | Don Burnette | | | | E-Mail | Email discussing overview of laser perception. |
| 428 | UBER00006556 | 8/10/2016 | 4:03 AM | Anthony Levandowski | Sameer Kshirsagar | Lior Ron; Dan Gruver; James Haslim | | | E-Mail | Email regarding fiber laser purchases. |
| 429 | UBER00075987 | 8/10/2016 | 4:03 AM | Anthony Levandowski | Sameer Kshirsagar | Lior Ron; Dan Gruver; James Haslim | | | E-Mail | Email regarding potential LiDAR-related purchase orders. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA   Document 2510-28   Filed 01/19/18   Page 22 of 68

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 430 | UBER00006587 | 8/10/2016 | 5:13 AM | Lior Ron | Sameer Kshirsagar | Anthony Levandowski; Dan Gruver; James Haslim | | | E-Mail | Email discussing upcoming laser purchases with Anthony Levandowski. |
| 431 | UBER00006589 | 8/10/2016 | 2:50 AM | Sameer Kshirsagar | Anthony Levandowski; Lior Ron | Dan Gruver; James Haslim | Sameer Kshirsagar | | E-Mail | Email discussing upcoming laser purchases with Anthony Levandowski. |
| 432 | UBER00236017 UBER00236018 UBER00236019 UBER00236020 UBER00236021 UBER00236022 UBER00236023 | 8/10/2016 | 10 29 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Velodyne. |
| 433 | RON0000595 | 8/10/2016 | 2 41 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding laser team. |
| 434 | RON0000596 RON0000597 RON0000598 | 8/10/2016 | 3 00 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR investment. |
| 435 | UBER00006597 | 8/10/2016 | 11:59 PM | Sameer Kshirsagar | Lior Ron; Anthony Levandowski | | Sameer Kshirsagar | | E-Mail | Email discussing upcoming laser purchases with Anthony Levandowski. |
| 436 | UBER00076008 | 8/12/2016 | 3:19 PM | Anthony Levandowski | Lior Ron | James Haslim; Claire Delaunay | | | E-Mail | Email regarding highway LiDAR data. |
| 437 | UBER00076009 | 8/12/2016 | 8:30 PM | Anthony Levandowski | Claire Delaunay | Lior Ron; James Haslim; Don Burnette | | | E-Mail | Email regarding highway LiDAR data. |
| 438 | UBER00076013 | 8/12/2016 | 10:47 PM | Anthony Levandowski | Don Burnette | Claire Delaunay; Lior Ron; James Haslim | | | E-Mail | Email regarding highway LiDAR data. |
| 439 | UBER00071289 | 8/15/2016 | 4:00 AM | Rachel Whetstone | Travis Kalanick; Anthony Levandowski | Jill Hazelbaker | | | Email | Email regarding publicity and technology. |
| 440 | | 8/15/2016 | 10:47 AM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages including video of LiDAR laser board and fiber configuration. |
| 441 | UBER00236090 UBER00236091 | 8/15/2016 | 10 43 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with LiDAR video. |
| 442 | | 8/15/2016 | 12:15 PM | Anthony Levandowski | Rani Wellingstein [Oryx]; Dan Gruver; James Haslim | | | | Meeting | Presentation regarding third party ▓▓ proprietary technology.  Attendance by Anthony Levandowski for discussion of ▓▓ technology and roadmap, including sensors for scanning system. |
| 443 | UBER00073682 | 8/16/2016 | 2:38 PM | Anthony Levandowski | Travis Kalanick | | | | Text Message | Text message regarding news article about Ford investment in LiDAR. |
| 444 | UBER00065144 | 8/16/2016 | | Travis Kalanick | Travis Kalanick; Noah Zych; Anthony Levandowski; Jeff Miller; Sherif Marakby; Neil Stegall; Justin Ho; Raffi Krikorian; David Richter | | | 3011 Smallman, Pittsburgh 1455 Market Street, | Calendar File | Calendar invitation for 8/16/2016 "birdhouse" meeting at 10:00-11:00pm. |
| 445 | UBER00086450 | 8/19/2016 | 9:42 AM | Sameer Kshirsagar | Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding potential meeting to discuss fiber laser. |
| 446 | UBER00006561 | 8/19/2016 | 3:18 PM | Sameer Kshirsagar | Lior Ron;Anthony Levandowski | | Sameer Kshirsagar | | E-Mail | Email discussing third party autonomous mining solution LiDAR specifications with Anthony Levandowski. |
| 447 | UBER00011952 | 8/19/2016 | 8:54 AM | | | | | | Document | Document regarding laser specifications. |
| 448 | UBER00006510 | 8/21/2016 | 7:09 PM | Sameer Kshirsagar | Lior Ron | Anthony Levandowski | Sameer Kshirsagar | | E-Mail | Email discussing third party autonomous mining solution LiDAR specifications with Anthony Levandowski. |
| 449 | UBER00236129 | 8/22/2016 | 7 25 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding work on laser. |
| 450 | UBER00076792 | 8/23/2016 | | Anthony Levandowski | Lisa Weitekamp | | | 3011 Smallman, Pittsburgh | Meeting | Meeting regarding AVMaps.  No specific recollection regarding whether Anthony Levandowski attended in person or by Zoom. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

21

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 516]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 451 | UBER00017127 | 8/23/2016 | 2:04 PM | | | | | | Document | Document regarding laser specifications. |
| 452 | UBER00075993 | 8/24/2016 | 1:48 PM | Anthony Levandowski | James Haslim; Scott Boehmke | Gaetan Pennecot; Dan Gruver; Max Levandowski; Radu Raduta | | | E-Mail | Email regarding ███████ lenses. |
| 453 | UBER00011148 | 8/24/2016 | 3:33 AM | James Haslim | Gaetan Pennecot; Dan Gruver; Max Levandowski; Anthony Levandowski; Radu Raduta | | | | E-Mail | Email discussing ███████ lenses for lasers. |
| 454 | UBER00301370 UBER00301371 UBER00301372 | 8/24/2016 | 7:38 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Velodyne. |
| 455 | | 8/24/2016 | | Anthony Levandowski | Peter Melick | | | 3011 Smallman, Pittsburgh | One-on-one conversation | One-on-one conversation with Anthony Levandowski regarding LiDAR simulations. |
| 456 | UBER00006517 | 8/26/2016 | 3:53 AM | Marlon Bocalan | Sameer Kshirsagar | Matthew Palomar; Dan Gruver; James Haslim; Anthony Levandowski | | | E-Mail | Email discussing status updates relating to ██████. |
| 457 | UBER00086451 | 8/29/2016 | 6:20 PM | Sameer Kshirsagar | Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding AC Photonics fiber laser. |
| 458 | UBER00065145 | 8/30/2016 | | Travis Kalanick | Travis Kalanick; Justin Ho; Jeff Miller; Valeria Chadha; Sherif Marakby; Raffi Krikorian; Noah Zych; Anthony Levandowski; David Richter; Neil Stegall | | | 3011 Smallman, Pittsburgh; 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 8/30/2016 "birdhouse" meeting at 9:00-11:00pm. |
| 459 | UBER00301365 | 8/31/2016 | 11:29 AM | Anthony Levandowski | Don Burnette | | | | Text Message | Text message with Anthony Levandowski regarding laser simulation. |
| 460 | UBER00076771 | 8/31/2016 | | Brian Zajac; Eric Meyhofer; Scott Boehmke; Nick Letwin | | | | Otto office, San Francisco | Meeting (notes) | Notes from meeting regarding laser specifications and approach. |
| 461 | | 8/31/2016 | | Anthony Levandowski | Peter Melick; David Rice, Scott Boehmke, Eric Meyhofer; and potentially others | | | 3011 Smallman, Pittsburgh | Meeting | Meeting with Anthony Levandowski regarding LiDAR design. |
| 462 | | 9/1/2016 | 9:07 AM | Anthony Levandowski | Brian McClendon | | | | Text Message | Text message from Anthony Levandowski regarding use of ██████ |
| 463 | UBER00076607 | 9/1/2016 | 9:08 AM | Anthony Levandowski | | | | | E-Mail | Email regarding use of ██████ |
| 464 | UBER00076408 | 9/1/2016 | 6:15 PM | Anthony Levandowski | Matthew Prestopino | Brian McClendon; Nick Letwin | | | E-Mail | Email regarding ██████ lasers. |
| 465 | UBER00076405 | 9/1/2016 | 11:13 PM | Anthony Levandowski | Matthew Prestopino | Nick Letwin; Brian McClendon | | | E-Mail | Email regarding ██████ lasers. |
| 466 | UBER00076406 | 9/1/2016 | 11:59 PM | Anthony Levandowski | Matthew Prestopino | Nick Letwin | | | E-Mail | Email regarding ██████ lasers. |
| 467 | UBER00076579 | 9/1/2016 | 1:45 AM | Anthony Levandowski | Michael Tocce; Soren Juelsgaard | Claire Delaunay; David Weikersdorfer | | | E-Mail | Email regarding lasers from third party ██████ |
| 468 | UBER00076607 | 9/1/2016 | 4:08 PM | Anthony Levandowski | Brian McClendon | | | | E-Mail | Email regarding lasers from third party ██████ |
| 469 | UBER00069198 | 9/1/2016 | 5:11 PM | Brian McClendon | Anthony Levandowski; Matthew Prestopino | | | | Email | Email regarding supply of ██████ |
| 470 | UBER00069279 | 9/1/2016 | 6:15 PM | Anthony Levandowski | Matthew Prestopino | Brian McClendon; Nick Letwin | | | Email | Email regarding ██████ lasers. |
| 471 | UBER00012457 | 9/1/2016 | 10:09 PM | Brian McClendon | Matthew Prestopino; Anthony Levandowski | Nick Letwin | | | E-Mail | Email regarding meeting with Anthony Levandowski and Otto regarding ██████ sensors and LiDAR. |
| 472 | UBER00069083 | 9/1/2016 | 10:09 PM | Brian McClendon | Matthew Prestopino; Anthony Levandowski | Nick Letwin | | | E-Mail | Email regarding meeting with Anthony Levandowski and Otto regarding ██████ sensors and LiDAR. |
| 473 | UBER00076170 | 9/2/2016 | 6:39 AM | Anthony Levandowski | Scott Boehmke; Raffi Krikorian; Eric Meyhofer | | | | E-Mail | Email regarding laser calibration. |
| 474 | UBER00235543 UBER00235544 | 9/2/2016 | 4:24 PM | Anthony Levandowski | Eric Meyhofer; Scott Boehmke | | | | Text Message | Text message with Anthony Levandowski attaching LiDAR photo. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA  Document 2510-28  Filed 01/19/18  Page 24 of 68
Waymo LLC v. Uber Technologies, Inc., et al. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 475 | UBER00236141 | 9/2/2016 | 5 38 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding laser. |
| 476 | | 9/2/2016 | | | Jeff Holden | | | 737 Harrison Street, San Francisco | Meeting | Tour with Anthony Levandowski where Anthony may have mentioned LiDAR. |
| 477 | UBER00076644 | 9/3/2016 | 5:05 AM | Anthony Levandowski | James Haslim | Dan Gruver | | | E-Mail | Email regarding contact with third party ▇▇▇▇ |
| 478 | UBER00076191 | 9/4/2016 | 2:19 AM | Anthony Levandowski | Scott Boehmke | Eric Meyhofer | | | E-Mail | Email regarding stopping distance. |
| 479 | UBER00236144 UBER00236145 | 9/5/2016 | 3 36 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding replacing Velodyne. |
| 480 | UBER00236153 UBER00236154 UBER00236155 | 9/6/2016 | 5 52 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding pucks. |
| 481 | UBER00063660 | 9/8/2016 | 1:03 PM | Sarah Abboud | ATC: ATC-Internal [ATC-Internal@uberatc.com] | | | | E-Mail | Email referencing introduction and integration with Anthony Levandowski and Otto team. |
| 482 | UBER00012420 | 9/8/2016 | 1:25 AM | Euan Guttridge | Anthony Levandowski | Anthony Levandowski; Raffi Krikorian | | | E-Mail | Email regarding future meeting with Anthony Levandowski regarding LiDAR goals. |
| 483 | UBER00070605 | 9/8/2016 | 1:03 PM | Sarah Abboud | ATC: ATC-Internal [ATC-Internal@uberatc.com] | | | | E-Mail | Email referencing introduction and integration with Anthony Levandowski and Otto team. |
| 484 | UBER00301373 UBER00301374 UBER00301375 UBER00301376 UBER00301377 | 9/8/2016 | 2 46 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding puck and localization. |
| 485 | UBER00301128 UBER00301129 UBER00301130 | 9/8/2016 | 2 51 PM | Anthony Levandowski | Don Burnette; Raffi Krikorian; Anthony Levandowski; Don Burnette | | | | Text Messages | Text messages with Anthony Levandowski regarding puck. |
| 486 | UBER00301085 UBER00301094 UBER00301096 UBER00301098 UBER00301101 | 9/8/2016 | 2 52 PM | Anthony Levandowski | Don Burnette; Nick Letwin; Anthony Levandowski; Eric Meyhofer | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR and testing. |
| 487 | UBER00235518 UBER00235519 UBER00235520 UBER00235521 UBER00235522 UBER00235523 UBER00235524 UBER00235525 UBER00235526 UBER00235527 | 9/8/2016 | 5 50 PM | Anthony Levandowski | Eric Meyhofer; Nick Letwin; Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages from Anthony Levandowski regarding Velodyne LiDARs. |
| 488 | UBER00301101 | 9/9/2016 | 8 24 AM | Anthony Levandowski | Don Burnette; Nick Letwin; Anthony Levandowski; Eric Meyhofer | | | | Text Messages | Text message with Anthony Levandowski regarding LiDAR and testing. |
| 489 | UBER00075964 | 9/10/2016 | 10:06 AM | Anthony Levandowski | David Weikersdorfer | Preston Delgado; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding laser perception. |
| 490 | UBER00075958 | 9/10/2016 | 10:07 AM | Anthony Levandowski | David Weikersdorfer | Preston Delgado; Eng-ops [eng-ops@ot.to] | | | E-Mail | Email regarding laser perception. |
| 491 | UBER00075965 | 9/10/2016 | 10:30 AM | Anthony Levandowski | David Weikersdorfer | Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email regarding vehicle demonstration. |
| 492 | UBER00064344 | 9/10/2016 | 1:47 AM | Anthony Levandowski | ▇▇▇▇▇▇▇▇ | Sebastian Thrun [thrun@udacity.com] | | | E-Mail | Email regarding potential meeting with third party vendor ▇▇▇▇ representative ▇▇▇▇ |

Waymo LLC v. Uber Technologies, Inc. et al, Case No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 493 | UBER00076322 | 9/10/2016 | 4:57 PM | Anthony Levandowski | ■■■■■■■■ | Sebastian Thrun [thrun@udacity.com] | Travis Kalanick | | E-Mail | Email regarding potential meeting with third party vendor ■■■ representative ■■■. |
| 494 | UBER00069676 | 9/10/2016 | 4:57 PM | Anthony Levandowski | ■■■■■■■■ | Sebastian Thrun [thrun@udacity.com] | Travis Kalanick | | Email | Email regarding existing laser. |
| 495 | UBER00005951 | 9/10/2016 | 10:10 AM | David Weikersdorfer | Anthony Levandowski | Eng-ops [Eng-ops [eng-ops@ot.to]@ot.to] | | | E-Mail | Email discussing comparing laser systems with Anthony Levandowski. |
| 496 | UBER00005955 | 9/10/2016 | 5:06 PM | Claire Delaunay | Anthony Levandowski | David Weikersdorfer; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing comparing laser systems with Anthony Levandowski. |
| 497 | UBER00005959 | 9/10/2016 | 5:52 PM | Claire Delaunay | Anthony Levandowski | David Weikersdorfer; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing comparing laser systems with Anthony Levandowski. |
| 498 | UBER00012729 | 9/10/2016 | 5:52 PM | Claire Delaunay | Anthony Levandowski | David Weikersdorfer; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing comparing laser systems with Anthony Levandowski. |
| 499 | UBER00012731 | 9/10/2016 | 5:06 PM | Claire Delaunay | Anthony Levandowski | David Weikersdorfer; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing comparing laser systems with Anthony Levandowski. |
| 500 | UBER00012733 | 9/10/2016 | 10:10 AM | David Weikersdorfer | Anthony Levandowski | Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing comparing laser systems with Anthony Levandowski. |
| 501 | RON0022484 RON0022485 RON0022486 RON0022487 RON0022488 RON0022489 RON0022490 RON0022491 RON0022492 RON0022493 RON0022494 RON0022495 RON0022496 RON0022497 RON0022498 RON0022499 RON0022500 RON0022501 RON0022502 RON0022503 RON0022504 RON0022505 RON0022506 RON0022507 RON0022508 | 9/11/2016 | 10 05 PM | Anthony Levandowski | Lior Ron; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding third party LiDAR supplier. |
| 502 | UBER00005953 | 9/11/2016 | 10:53 PM | Michael Tocce | Claire Delaunay | Anthony Levandowski; David Weikersdorfer; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing mapping a road with LiDAR passes with Anthony Levandowski. |
| 503 | UBER00012727 | 9/11/2016 | 10:53 PM | Michael Tocce | Claire Delaunay | Anthony Levandowski; David Weikersdorfer; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing mapping a road with LiDAR passes with Anthony Levandowski. |
| 504 | UBER00012075 | 9/12/2016 | 3:16 PM | Michael Tocce | Claire Delaunay | David Weikersdorfer; Anthony Levandowski; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing comparing laser systems with Anthony Levandowski. |
| 505 | UBER00005961 | 9/12/2016 | 2:08 AM | Claire Delaunay | Michael Tocce | David Weikersdorfer; Anthony Levandowski; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing mapping a road with LiDAR passes with Anthony Levandowski. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA   Document 2510-28   Filed 01/19/18   Page 26 of 68

*Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)*

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 506 | UBER00012725 | 9/12/2016 | 2:08 AM | Claire Delaunay | Michael Tocce | David Weikersdorfer; Anthony Levandowski; Eng-ops [eng-ops@ot.to]; Preston Delgado | | | E-Mail | Email discussing mapping a road with LiDAR passes with Anthony Levandowski. |
| 507 | UBER00235528 UBER00235529 UBER00235530 UBER00235531 UBER00235532 UBER00235533 UBER00235534 UBER00235535 UBER00235536 UBER00235537 UBER00235538 UBER00235539 UBER00235540 UBER00235541 | 9/12/2016 | 6 55 PM | Anthony Levandowski | Eric Meyhofer; Nick Letwin; Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages from Anthony Levandowski regarding Velodyne LiDARs. |
| 508 | UBER00075994 | 9/13/2016 | 2:44 PM | Anthony Levandowski | ███████████ | | James Haslim | | E-Mail | Email regarding scheduling of visit to third party ██ facility in Portola Valley. |
| 509 | UBER00076800 | 9/13/2016 | | Michael Tocce | Ambar Pansari; Bobby Parikh; Daniel Wolf; David Weikersdorfer; Drew Gray; Manik Gupta; Matthew Prestopino; Michael Tocce; Robbie Miller; Ted Sumers; Waleed Kadous; Soren Juelsgaard; Anthony Levandowski; Claire Delaunay; Jur van den Berg | | | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation for 9/13/2016 vehicle demonstration from 12:30-1:50pm. |
| 510 | UBER00065146 | 9/13/2016 | | Travis Kalanick | Travis Kalanick; Noah Zych; Jeff Miller; Neil Stegall; Sherif Marakby; Anthony Levandowski; Raffi Krikorian; David Richter; Justin Ho | | | 3011 Smallman, Pittsburgh  1455 Market Street, San Francisco | Calendar File | Calendar invitation for 9/13/2016 "birdhouse" meeting at 9:30-10:30pm. |
| 511 | UBER00086452 | 9/13/2016 | 9:00 AM | Sameer Kshirsagar | Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding team roles with respect to LiDAR. |
| 512 | UBER00301116 | 9/14/2016 | 5 53 AM | Anthony Levandowski | Don Burnette; Nick Letwin; Anthony Levandowski; Eric Meyhofer | | | | Text Message | Text message with Anthony Levandowski regarding LiDAR and testing. |
| 513 | UBER00301119 UBER00301120 UBER00301121 UBER00301122 | 9/14/2016 | 5 54 AM | Anthony Levandowski | Don Burnette; Nick Letwin; Anthony Levandowski; Eric Meyhofer | | | | Text Messages | Text messages with Anthony Levandowski attaching photo of vehicle with LiDAR. |
| 514 | UBER00012416 | 9/14/2016 | 7:51 PM | Morgan Jones | Sean Hyde | ATC: UberValet [ubervalet@uberatc.com] | | | E-Mail | Email regarding discussions with Eric and Anthony for LiDAR implementation. |

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 515 | UBER00076049 | 9/15/2016 | 7:59 PM | Anthony Levandowski | Eric Meyhofer; Raffi Krikorian; Matt Williams; Sherif Marakby; Austin Geidt; Claire Delaunay; Lior Ron | | | | E-Mail | Email regarding lasers, fibers, components, and testing. |
| 516 | UBER00076440 | 9/15/2016 | | Dan Gruver | Dan Gruver; George Lagui; Sameer Kshirsagar; Prashant Chouta; Yuan Liu; Filip Trojanek; Anthony Levandowski; Michael Karasoff; Radu Raduta; Tanya Sumang; Paige Recker; Gaetan Pennecot; Asheem Linaval; Marlon Bocalan; Dante Rivera; Zandrea Rox; Soren Juelsgaard; Felipe Caldeira; Sara Glick; Nancy Sun; Tri Luong; John Tobias; Florin Ignatescu; Max Levandowski; James Haslim; Brent Schwarz; Carolyn Finney; Adam Kenvarg; Ronen Sarig; Matthew Palomar; Thomas Smith; Daniel Shafrir; Will Treichler; Ben Butin; Eyal Cohen; Michael Tocce | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4 @group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 9/15/2016 LiDAR standup meeting at 6:00-6:30pm. |
| 517 | UBER00076570 | 9/15/2016 | | Anthony Levandowski | Matt Williams; Euan Gutteridge; Raffi Krikorian; Eric Meyhofer; Sherif Marakby; Austin Geidt; Claire Delaunay; Lior Ron | | | | Document | Document regarding laser specifications for testing. |
| 518 | UBER00008590 | 9/16/2016 | 7:15 PM | James Haslim | Scott Boehmke | | | | E-Mail | Email regarding beam spacing. |
| 519 | UBER00076798 | 9/16/2016 | | Jeff Miller | Anthony Levandowski; Mason Feldman | | | | Calendar File | Calendar invitation for 9/16/2016 LiDAR phone call at 2:00-2:15pm. |
| 520 | UBER00086453 | 9/16/2016 | 12:03 PM | Sameer Kshirsagar | Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding potential meeting to discuss timing, performance, and industrialization of LiDAR. |
| 521 | UBER00236166 | 9/16/2016 | 3:17 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding LiDAR specs discussion with Jeff Miller. |
| 522 | UBER00236168 UBER00236169 UBER00236170 UBER00236171 UBER00236172 UBER00236173 | 9/17/2016 | 9:47 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR results from testing incident. |
| 523 | UBER00065147 | 9/19/2016 | | Travis Kalanick | Travis Kalanick; Jeff Miller; Raffi Krikorian; Anthony Levandowski; Scott Boehmke; Brian Zajac; Justin Ho; Sherif Marakby; Neil Stegall; Noah Zych; David Richter | | | 3011 Smallman, Pittsburgh  1455 Market Street, San Francisco | Calendar File | Calendar invitation for 9/19/2016 "birdhouse" meeting at 8:00-9:00pm. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA Document 2510-28 Filed 01/19/18 Page 28 of 68
Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 524 | UBER00075506 | 9/19/2016 | | Scott Boehmke | | | | | Meeting (notes) | Notes from 9/19/2016 "birdhouse" meeting, including reference to Otto becoming "Tier 1 making LiDAR." |
| 525 | UBER00076770 | 9/19/2016 | | Brian Zajac | | | | | Meeting (notes) | Notes from 9/19/2016 "birdhouse" meeting. |
| 526 | | 9/19/2016 | 10:19 AM | Mason Feldman | Anthony Levandowski | | | | Text Message | Message regarding scheduled 9/19/16 "Birdhouse Jam" meeting with Travis Kalanick at 1:00-3:00pm and meeting with Jeff Miller to discuss LiDAR, mapping, and OEM/Android approach. |
| 527 | UBER00076260 | 9/21/2016 | 12:00 AM | Anthony Levandowski | David LaRose | Sean Hyde | Eric Meyhofer | | E-Mail | Email regarding laser perception and safety curtain. |
| 528 | UBER00236176 UBER00236177 UBER00236178 UBER00236179 UBER00236180 UBER00236181 | 9/21/2016 | 3 24 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Velodyne. |
| 529 | UBER00076232 | 9/22/2016 | 6:21 AM | Anthony Levandowski | David LaRose | Sean Hyde | | | E-Mail | Email regarding laser perception and safety curtain. |
| 530 | UBER00073590 | 9/22/2016 | 7:50 AM | Anthony Levandowski | Travis Kalanick | | | | Text Message | Text message regarding quotes from Elon Musk regarding LiDAR. |
| 531 | UBER00076270 | 9/22/2016 | 3:34 PM | Anthony Levandowski | Eric Meyhofer | Matt Sweeney | | | E-Mail | Email regarding third party ▮ LiDAR. |
| 532 | UBER00076265 | 9/22/2016 | 3:38 PM | Anthony Levandowski | Eric Meyhofer | Matt Sweeney | | | E-Mail | Email regarding third party ▮ LiDAR. |
| 533 | UBER00011180 | 9/22/2016 | 3:31 AM | Gaetan Pennecot | James Haslim; Max Levandowski; Dan Gruver; Radu Raduta; Anthony Levandowski | | | | E-Mail | Email with Anthony Levandowski regarding simulation of 8 channels. |
| 534 | UBER00236184 UBER00236185 UBER00236186 UBER00236187 | 9/23/2016 | 3 42 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Velodyne LiDARs. |
| 535 | UBER00301553 UBER00301554 | 9/23/2016 | | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski attaching LiDAR video. |
| 536 | UBER00235444 UBER00235445 UBER00235446 UBER00235447 UBER00235448 UBER00235449 UBER00235450 UBER00235451 UBER00235452 UBER00235453 UBER00235454 | 9/26/2016 | 3 08 PM | Anthony Levandowski | Eric Meyhofer; Soren Juelsgaard | | | | Text Messages | Text messages from Anthony Levandowski regarding Velodyne LiDARs. |
| 537 | UBER00076714 | 9/26/2016 | 10:55 PM | Anthony Levandowski | Cameron Poetzscher | Nina Qi; Lior Ron | | | E-Mail | Email regarding third party ▮ |
| 538 | UBER00006669 | 9/26/2016 | 12:18 PM | Brian Zajac | Sameer Kshirsagar | Eric Meyhofer; Harold Hall; Lior Ron; Anthony Levandowski; Sherif Marakby | | | E-Mail | Email discussing ▮ for possible integration of AV components including LiDAR with Anthony Levandowski. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 539 | UBER00006671 | 9/26/2016 | 12:57 PM | Sherif Marakby | Eric Meyhofer | Brian Zajac; Sameer Kshirsagar; Harold Hall; Lior Ron; Anthony Levandowski; Ophir Samson | | | E-Mail | Email discussing ▮ for possible integration of AV components including LiDAR with Anthony Levandowski. |
| 540 | UBER00006675 | 9/26/2016 | 3:16 AM | Sameer Kshirsagar | Eric Meyhofer; Brian Zajac; Harold Hall | Lior Ron; Anthony Levandowski; Sherif Marakby | Sameer Kshirsagar | | E-Mail | Email discussing ▮ for possible integration of AV components including LiDAR with Anthony Levandowski. |
| 541 | UBER00236189 UBER00236190 | 9/27/2016 | 2 04 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding lenses and attaching video. |
| 542 | UBER00236191 | 9/27/2016 | 7 36 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text messages with Anthony Levandowski regarding laser. |
| 543 | UBER00236192 UBER00236193 | 9/27/2016 | 6 04 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding Velodyne. |
| 544 | UBER00065148 | 9/27/2016 | | Travis Kalanick | Travis Kalanick; Neil Stegall; Justin ho; Sherif Marakby; Noah Zych; Jeff Miller; | | | 3011 Smallman, Pittsburgh | Calendar File | Calendar invitation for 9/27/2016 "birdhouse" meeting at 9:30-11:00pm. |
| 545 | UBER00076733 | 9/28/2016 | 12:30 AM | Anthony Levandowski | Zac Vawter | | | | E-Mail | Email regarding LiDAR and valet project. |
| 546 | UBER00076735 | 9/28/2016 | 10:49 PM | Anthony Levandowski | undisclosed-recipients | Zac Vawter | | | E-Mail | Email regarding LiDAR and valet project. |
| 547 | UBER00065374 | 9/28/2016 | | Anthony Levandowski | Travis Kalanick; Jeff Holden; Brian McClendon | | [See document] | | E-Mail | Email regarding laser secondary safety mechanisms. |
| 548 | UBER00086454 | 9/28/2016 | 7:14 AM | Sameer Kshirsagar | Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding status of LiDAR production plan. |
| 549 | UBER00006610 | 9/28/2016 | 3:31 PM | Sameer Kshirsagar | Lior Ron | Anthony Levandowski | Sameer Kshirsagar | | E-Mail | Email discussing LiDAR related strategy with Anthony Levandowski. |
| 550 | UBER00006616 | 9/28/2016 | 5:01 AM | Lior Ron | Sameer Kshirsagar | Anthony Levandowski | | | E-Mail | Email discussing LiDAR related strategy with Anthony Levandowski. |
| 551 | UBER00006618 | 9/28/2016 | 4:49 AM | Sameer Kshirsagar | Anthony Levandowski; Lior Ron | | Sameer Kshirsagar | | E-Mail | Email discussing LiDAR related strategy with Anthony Levandowski. |
| 552 | UBER00236236 UBER00236237 UBER00236238 UBER00236239 UBER00236240 UBER00236242 UBER00236243 UBER00236244 UBER00236245 | 9/28/2016 | 9 02 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Velodyne and LiDAR. |
| 553 | UBER00076730 | 9/29/2016 | 6:23 AM | Anthony Levandowski | Zac Vawter | | | | E-Mail | Email regarding LiDAR and valet project. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 554 | UBER00236246 UBER00236247 UBER00236248 UBER00236249 UBER00236250 UBER00236251 UBER00236252 UBER00236253 UBER00236254 UBER00236255 UBER00236256 UBER00236257 UBER00236258 UBER00236259 UBER00236260 UBER00236261 UBER00236262 UBER00236263 UBER00236264 UBER00236265 UBER00236266 UBER00236267 UBER00236268 UBER00236269 UBER00236270 UBER00236271 | 9/29/2016 | 1 55 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| | UBER00236273 UBER00236274 UBER00236275 UBER00236276 | (cont) | | | | | | | | |
| 555 | UBER00236307 UBER00236308 UBER00236309 | 9/29/2016 | 10 30 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski attaching Velodyne LiDAR photo. |
| 556 | UBER00076441 | 9/29/2016 | | Dan Gruver | Dan Gruver; Radu Raduta; Florin Ignatescu; James Haslim; Felipe Caldeira; Tanya Sumang; Brent Schwarz; Filip Trojanek; Anthony Levandowski; Will Treichler; Matthew Palomar; Zandrea Roz; Michael Tocce; Ronen Sarig; Yuan Liu; George Lagui; Thomas Smith; John Tobias; Paige Recker; Tri Luong; Carolyn Finney; Sameer Kshirsagar; Gaetan Pennecot; Sara Glick; Prashant Chouta; Daniel Shafrir; Ben Butin; Eyal Cohen; Soren Juelsgaard; Max Levandowski; Dante Rivera; Marlon Bocalan; Adam Kenvarg; Michael Karasoff; Asheem Linaval; Nancy Sun | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4 @group.calendar.google.com] | | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 9/29/2016 LiDAR standup meeting at 6:00-6:30pm. |
| 557 | UBER00236310 UBER00236311 UBER00236312 | 9/30/2016 | 12 57 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski attaching whiteboard photos. |
| 558 | UBER00075971 | 9/30/2016 | 5:52 PM | Anthony Levandowski | David Weikersdorfer | Luis Arciniegas; AB inBev [ab-inbev@ot.to]; Eng-ops [eng-ops@ot.to]; | | | E-Mail | Email regarding vehicle shift debrief. |
| 559 | UBER00075989 | 9/30/2016 | 7:45 PM | Anthony Levandowski | Dan Gruver | James Haslim | | | E-Mail | Email regarding scheduling of visit to third party facility in Portola Valley. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

29

Waymo LLC v. Uber Technologies, Inc. et al., Case No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 560 | UBER00076737 | 10/2/2016 | 4:18 AM | Anthony Levandowski | Zac Vawter | | | | E-Mail | Forwarded calendar invite for 10/3/2016 virtual bumper project meeting at 12:00-1:00pm. |
| 561 | UBER00076791 | 10/3/2016 | | Anthony Levandowski | Mike Dacko; Morgan Jones; Michael Bode; Sean Hyde; Zac Vawter; Dan Tascione; Jordan Brindza; Don Burnette; Eric Meyhofer; Pam Cardona; Anthony Levandowski; Scott Boehmke; Raffi Krikorian; David Rice; James Gasbarro; Matt Sweeney; Robbie Miller; Mark Sibenac | | | 50 33rd Street, Pittsburgh | Meeting | Calendar invitation for 10/3/2016 virtual bumper program meeting at 3:00-4:00pm. |
| 562 | UBER00076351 | 10/4/2016 | 8:48 PM | Google Calendar [calendar-notification@google.com] | Jeff Miller | | | 1455 Market Street, San Francisco | Calendar File | Calendar invite to 10/5/16 Otto and ███ LiDAR meeting at 2:00pm. |
| 563 | UBER00076353 | 10/4/2016 | 8:48 PM | Anthony Levandowski | Jeff Miller; Anthony Levandowski | | | 1455 Market Street, San Francisco | Calendar File | Calendar invite to 10/5/16 Otto and ███ LiDAR meeting at 2:00pm. |
| 564 | UBER00065216 | 10/4/2016 | | Travis Kalanick | Travis Kalanick; Gautam Gupta; Matt Burton; Lior Ron; Jeff Miller; Anthony Levandowski; Austin Geidt; Rajiv Krishnarao; David Richter; Matt Williams; Eric Meyhofer; Neil Stegall; Sherif Marakby; Matt Sweeney; Raffi Krikorian; Noah Zych; Emil Michael | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 10/4/2016 "birdhouse" meeting at 9:30-11:30pm. |
| 565 | UBER00011187 | 10/5/2016 | 12:30 AM | Gaetan Pennecot | Dan Gruver | James Haslim; Max Levandowski; Radu Raduta; Anthony Levandowski | | | E-Mail | Email discussing LiDAR simulation testing with Anthony Levandowski. |
| 566 | UBER00236318 UBER00236319 | 10/6/2016 | 1:05 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding lasers. |
| 567 | UBER00076442 | 10/6/2016 | | Dan Gruver | Dan Gruver; Yuan Lin; Max Levandowski; Gaetan Pennecot; Tanya Sumang; Zandrea Roz; Will Treichler; Anthony Levandowski; Felipe Caldeira; Michael Tocce; Matthew Palomar; Adam Kenvarg; Sara Glick; Soren Juelsgaard; Eyal Cohen; Michael Karasoff; Prashant Chouta; Ben Butin; Filip Trojanek; Sameer Kshirsagar; Thomas Smith; Brent Schwarz; Daniel Shafrir; Ronen Sarig; Nancy Sun; Dante Rivera; George Lagui; James Haslim; Tri Luong; Paige Recker; Radu Raduta; Florin Ignatescu; Carolyn Finney; Asheem Linaval; Marlon Bocalan; John Tobias | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4@group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 10/6/2016 LiDAR standup meeting at 6:00-6:30pm. |
| 568 | UBER00065210 | 10/7/2016 | | Travis Kalanick | Travis Kalanick; Jamie Epifano; Mike Wong; Matt Burton; Matt Williams; Noah | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 10/7/2016 "birdhouse" meeting at 6:00-8:00pm. |
| 569 | UBER00076083 | 10/11/2016 | 4:22 AM | Google Calendar [calendar-notification@google.com] | Michael Tocce | | | | Calendar File | Declined calendar invite to 10/12/2016 laser systems meeting at 4:00 pm. |
| 570 | UBER00076084 | 10/11/2016 | 4:22 AM | Anthony Levandowski | Michael Tocce; Anthony Levandowski | | | | Calendar File | Declined calendar invite to 10/12/2016 laser systems meeting at 4:00 pm. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA Document 2510-28 Filed 01/19/18 Page 32 of 68

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|-----|------|------|------|------|------|------|------|------|------|------|
| 571 | UBER00005968 | 10/11/2016 | 5:42 PM | Anthony Levandowski | atc-otto-org@uber.com | | | | E-Mail | Email regarding company update and Q4 OKRs. |
| 572 | UBER00076707 | 10/12/2016 | 10:09 AM | Anthony Levandowski | Zac Vawter | Don Burnette | | | E-Mail | Email regarding LiDAR team developments. |
| 573 | UBER00236321 UBER00236322 | 10/13/2016 | 1 18 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR. |
| 574 | UBER00236323 UBER00236324 UBER00236325 UBER00236326 UBER00236327 UBER00236328 | 10/13/2016 | 9 12 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR news article. |
| 575 | UBER00076802 | 10/13/2016 | | Nina Qi | Anthony Levandowski | | | | Meeting (notes) | Notes from 10/13/2016 ATG mapping meeting. |
| 576 | UBER00076307 | 10/14/2016 | 1:51 AM | Anthony Levandowski | Carlos Vallespi-Gonzalez | | | | E-Mail | Email regarding lidar range imaging. |
| 577 | UBER00076220 | 10/14/2016 | 1:51 AM | Anthony Levandowski | Don Burnette; Zac Vawter | | | | E-Mail | Email regarding lidar range imaging. |
| 578 | UBER00012408 | 10/14/2016 | 1:28 PM | Carlos Vallespi-Gonzalez | Anthony Levandowski | | | | E-Mail | Email regarding discussion with Anthony Levandowski on LiDAR range images. |
| 579 | UBER00076308 | 10/15/2016 | 12:00 AM | Anthony Levandowski | Carlos Vallespi-Gonzalez | | | | E-Mail | Email regarding lidar range imaging. |
| 580 | UBER00012407 | 10/15/2016 | 12:00 AM | Anthony Levandowski | Carlos Vallespi-Gonzalez | | | | E-Mail | Email regarding LiDAR and camera system funtionality. |
| 581 | UBER00236329 UBER00236330 UBER00236331 | 10/17/2016 | 12 48 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Velodyne. |
| 582 | UBER00076121 | 10/18/2016 | 11:21 PM | Anthony Levandowski | valet@uberatc.com | Don Burnette; Andrew Gray; Jeff Kiske | | | E-Mail | Email regarding camera and laser testing. |
| 583 | UBER00076126 | 10/18/2016 | 11:34 PM | Anthony Levandowski | Andrew Gray | Raffi Krikorian; Sean Hyde; valet@uberatc.com; Don Burnette; Jeff | | | E-Mail | Email regarding camera and laser testing. |
| 584 | UBER00006626 | 10/18/2016 | 3:49 AM | Sameer Kshirsagar | Eric Meyhofer; Sherif Marakby; Lior Ron; Anthony Levandowski | Prashant Chouta | | | E-Mail | Email discussing Infineon and LiDAR with Anthony Levandowski. |
| 585 | UBER00236335 UBER00236336 UBER00236337 UBER00236338 UBER00236339 UBER00236340 UBER00236341 UBER00236342 UBER00236343 UBER00236344 UBER00236345 UBER00236346 UBER00236347 UBER00236348 UBER00236349 UBER00236350 UBER00236351 UBER00236352 UBER00236353 UBER00236354 UBER00236355 UBER00236356 UBER00236357 UBER00236358 UBER00236359 UBER00236360 | 10/19/2016 | 10 34 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding third parties Veoldyne and Luminar. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| | UBER00236362 UBER00236363 UBER00236364 UBER00236365 UBER00236366 UBER00236367 UBER00236368 UBER00236369 UBER00236370 UBER00236371 UBER00236372 UBER00236373 UBER00236377 UBER00236378 UBER00236379 | (cont) | | | | | | | | |
| 586 | UBER00076124 | 10/19/2016 | 8:37 PM | Anthony Levandowski | Jeff Kiske; Andrew Gray; Don Burnette | | | | E-Mail | Email regarding camera and laser testing. |
| 587 | | 10/19/2016 | 6:06 AM | Anthony Levandowski | Gaetan Pennecot | | | | Text Messages | Text messages from Anthony Levandowski regarding photo of unspecified third party LiDAR. |
| 588 | | 10/19/2016 | 5:14 PM | Anthony Levandowski | Gaetan Pennecot | | | | Text Messages | Text messages from Anthony Levandowski regarding unspecified third party LiDAR. |
| 589 | | 10/19/2016 | 6:29 PM | Anthony Levandowski | Gaetan Pennecot | | | | Text Messages | Text messages from Anthony Levandowski regarding unspecified third party LiDAR. |
| 590 | UBER00065211 | 10/20/2016 | | Travis Kalanick | Travis Kalanick; Matt Williams; Matt Sweeney; Raffi Krikorian;Emil Michael; Rajiv Krishnarao; Gautam Gupta; Lior Ron; Austin Geidt; Neil Stegall; Matt Burton; Anthony Levandowski; David Richter; Eric Meyhofer; Jeff Miller; Sherif Marakby; Noah Zych | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 10/20/2016 "birdhouse" meeting at 5:00-6:00pm. |
| 591 | UBER00012048 | 10/20/2016 | 6:52 PM | Drew Bagnell | Raffi Krikorian | | ATC-Internal@uberatc.com | | E-Mail | Reference to Anthony regarding AV hitting low-height stuff. |
| 592 | UBER00012403 | 10/20/2016 | 12:32 AM | Andrew Gray | Valet [valet@uberatc.com] | | | | E-Mail | Summary and notes from meeting regarding virtual bumper concept proposed by Anthony. |
| 593 | UBER00076689 | 10/23/2016 | 3:24 AM | Anthony Levandowski | Claire Delaunay | | | | E-Mail | Email regarding laser from third party ▮▮▮▮ |
| 594 | UBER00012675 | 10/23/2016 | 7:12 PM | Drew Bagnell | Anthony Levandowski | | | | E-Mail | Email regarding "Autonomy Next Steps" with discussion from Anthony regarding virtual bumper. |
| 595 | | 10/23/2016 | 2:36 PM | James Haslim | Anthony Levandowski | | | | Text Message | Text message regarding sensor discussion. |
| 596 | | 10/23/2016 | 5:16 PM | Anthony Levandowski | James Haslim | | | | Text Message | Text message regarding scheduling conversations with Anthony Levandowski on sensor discussion. |
| 597 | UBER00076398 | 10/24/2016 | 5:50 PM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | Calendar File | Declined calendar invite to 10/24/16 Lidar Monday Standup meeting at 11:00am. |

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|-----|------|------|------|------|------|------|------|------|------|------|
| 598 | UBER00012701 | 10/24/2016 | 11:11 AM | Drew Bagnell | Anthony Levandowski | | | | E-Mail | Email regarding meeting with Anthony Levandowski regarding "Autonomy Next Steps." |
| 599 | UBER00076569 | 10/25/2016 | 2:56 PM | Robert Zlot | | | | | Document | Document regarding categories of questions for recruiting interviews. |
| 600 | UBER00076773 | 10/26/2016 | | Anthony Levandowski | Carl Wellington | | | 50 33rd Street, Pittsburgh | Meeting (notes) | One-on-one meeting with Anthony Levandowski, including discussion of LiDAR status updates. |
| 601 | UBER00008592 | 10/26/2016 | 12:42 PM | Eric Meyhofer | James Haslim | Scott Boehmke; Dan Gruver | | | E-Mail | Email discussing LiDAR development with Anthony Levandowski. |
| 602 | UBER00008592 | 10/26/2016 | 12:42 PM | Eric Meyhofer | James Haslim | Scott Boehmke; Dan Gruver | | | E-Mail | Email regarding LiDAR design, including reference to conversation between Eric Meyhofer and Anthony Levandowski. |
| 603 | UBER00236385 UBER00236386 UBER00236387 UBER00236388 UBER00236389 UBER00236390 | 10/26/2016 | 2 38 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser discussion. |
| 604 | UBER00012401 | 10/27/2016 | 2:32 PM | Anthony Levandowski | Eric Meyhofer | | | | Text Messages | Text messages with Anthony Levandowski regarding ▮▮▮ laser. |
| 605 | UBER00076119 | 10/27/2016 | 9:31 PM | Anthony Levandowski | Drew Bagnell | Drew Gray; Jeff Kiske; Jeff Schneider; Don Burnette; Michael Bode | | | E-Mail | Email regarding free space annotation. |
| 606 | UBER00076443 | 10/27/2016 | | Dan Gruver | Dan Gruver; Sameer Kshirsagar; Radu Raduta; James Haslim; Thomas Smith; Sara Glick; Filip Trojanek; Prashant Chouta; Michael Tocce; Yuan Lin; Tri Luong; Anthony Levandowski; Soren Juelsgaard; Daniel Shafrir; Michael Karasoff; Asheem Linaval; Florin Ignatescu; Paige Recker; Carolyn Finney; Dante Rivera; Will Treichler; George Lagui; Tanya Sumang; Matthew Palomar; Ben Butin; Felipe Caldeira; Zandrea Rox; Gaetan Pennecot; John Tobias; Anthony Levandowski; Eyal Cohen; Max Levandowski; Adam Kenvarg; Ronen Saig; Nancy Sun; Brent Schwarz; Marlon Bocalan | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4@group.calendar.google.com] | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation to 10/27/2016 LiDAR standup meeting at 6:00-6:30pm. |
| 607 | UBER00012397 | 10/27/2016 | 11:51 PM | Jeff Schneider | Anthony Levandowski; Drew Bagnell | Drew Gray; Jeff Kiske; Don Burnette; Michael Bode | | | E-Mail | Email regarding discussions with and suggestions from Anthony as to LiDAR systems. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 608 | UBER00012401 | 10/27/2016 | 9:17 PM | Drew Bagnell | Drew Gray; Jeff Kiske; Jeff Schneider | Anthony Levandowski; Don Burnette; Michael Bode | | | E-Mail | Email regarding discussions with and suggestions from Anthony as to LiDAR systems. |
| 609 | UBER00087034 UBER00087035 | 10/27/2016 | | Anthony Levandowski | Max Levandowski | | | | Text Message | Text message regarding scheduling LiDAR discussion. |
| 610 | UBER00076293 | 10/28/2016 | 3:14 AM | Google Calendar [calendar-notification@google.com] | Mason Feldman | | | | Calendar File | Calendar invite to 10/27/16 LiDAR standup meeting at 11:00am. |
| 611 | UBER00076295 | 10/28/2016 | 3:14 AM | Dan Gruver | John Tobias; Adam Kenvarg; Benjamin Butin; Michael Tocce; Prashant Chouta; Gaetan Pennecot; Florin Ignatescu; Sameer Kshirsagar; James Haslim; Nancy Sun; Thomas Smith; Asheem Linaval; Filip Trojanek; Matthew Palomar; Max Levandowski; William Treichler; Radu Raduta; Eyal Cohen; Tanya Sumang; George Lagui; Marlon Bocalan; Dante Rivera; Felipe Caldiera; Sara Glick; Ronen Sarig; Carolyn Finney; Paige Recker; Dan Gruver; Zandrea Rox; Soren Juelsgaard; Tri Luong | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4@group.calendar.google.com] | | Calendar File | Calendar invite to 10/27/16 LiDAR standup meeting at 11:00am. |
| 612 | UBER00076296 | 10/28/2016 | 3:14 AM | Google Calendar [calendar-notification@google.com] | Mason Feldman; John Tobias; Adam Kenvarg; Benjamin Butin; Michael Tocce; Prashant Chouta; Gaetan Pennecot; Florin Ignatescu; Sameer Kshirsagar; James Haslim; Nancy Sun; Thomas Smith; Asheem Linaval; Filip Trojanek; Matthew Palomar; Max Levandowski; William Treichler; Radu Raduta; Eyal Cohen; Tanya Sumang; George Lagui; Marlon Bocalan; Dante Rivera; Felipe Caldiera; Sara Glick; Ronen Sarig; Carolyn Finney; Dan Gruver; Zandrea Rox; Brent Schwarz; Soren Juelsgaard; Tri Luong | | | | Calendar File | Calendar invite to 10/27/16 LiDAR standup meeting at 11:00am. |
| 613 | UBER00076298 | 10/28/2016 | 3:14 AM | Dan Gruver | John Tobias; Adam Kenvarg; Benjamin Butin; Michael Tocce; Prashant Chouta; Gaetan Pennecot; Florin Ignatescu; Sameer Kshirsagar; James Haslim; Nancy Sun; Thomas Smith; Asheem Linaval; Filip Trojanek; Matthew Palomar; Max Levandowski; William Treichler; Radu Raduta; Eyal Cohen; Tanya Sumang; George Lagui; Marlon Bocalan; Dante Rivera; Felipe Caldiera; Sara Glick; Ronen Sarig; Carolyn Finney; Paige Recker; Dan Gruver; Zandrea Rox; Soren Juelsgaard; Tri Luong | | Upstairs Fishbowl (Propeller Room) [ot.to_h16l0u3mvm6sg8qos43gsrjvh4@group.calendar.google.com] | | Calendar File | Calendar invite to 10/27/16 LiDAR standup meeting at 11:00am. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 614 | UBER00076402 | 10/28/2016 | 3:14 AM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | Calendar File | Accepted calendar invite to 10/27/16 LiDAR standup meeting at 11:00am. |
| 615 | UBER00076404 | 10/28/2016 | 3:14 AM | Anthony Levandowski | Dan Gruver; Anthony Levandowski | | | | Calendar File | Accepted calendar invite to 10/27/16 LiDAR standup meeting at 11:00am. |
| 616 | UBER00008595 | 10/28/2016 | 5:09 AM | James Haslim | Scott Boehmke | | | | E-Mail | Email nothing discussions regarding optical layout, nothing that Anthony Levandowski came into the meeting. |
| 617 | UBER00012394 | 10/28/2016 | 2:13 AM | Drew Bagnell | Anthony Levandowski | Don Burnette | | | E-Mail | Email regarding discussions with and suggestions from Anthony as to LiDAR systems. |
| 618 | UBER00098311 | 10/28/2016 | 10:55 AM | Scott Boehmke | James Haslim | | | | E-Mail | Email regarding notes from discussion of Fuji, and noting Anthony Levandowski attended discussions. |
| 619 | UBER00075996 | 10/30/2016 | 4:48 PM | Anthony Levandowski | ███████████ | Dan Gruver; James Haslim | | | E-Mail | Email regarding scheduling of meeting with Austin Russell of third party ████ |
| 620 | UBER00065212 | 11/1/2016 | | Travis Kalanick | Travis Kalanick; Matt Williams; Matt Sweeney; Raffi Krikorian;Emil Michael; Rajiv Krishnarao; Gautam Gupta; Lior Ron; Austin Geidt; Neil Stegall; Matt Burton; Anthony Levandowski; David Richter; Eric Meyhofer; Jeff Miller; Sherif Marakby; Noah Zych | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 11/1/2016 "birdhouse" meeting at 9:30-11:30pm. |
| 621 | UBER00076566 | 11/2/2016 | | Anthony Levandowski | Matt Williams; Julie Viray; Raffi Krikorian; Lior Ron; Eric Meyhofer; Matt Sweeney; Austin Geidt | | | | Document | Document regarding NSD strategy. |
| 622 | UBER00076427 | 11/3/2016 | | Dan Gruver | Dan Gruver; Anthony Levandowski; Mason Feldman; James Haslim | | | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation for November 3, 2016 meeting with third party ████ at 7:00 p.m. |
| 623 | UBER00086455 | 11/3/2016 | 6:56 PM | Sameer Kshirsagar | Eric Meyhofer; Sameer Kshirsagar | | | | Text Message | Message regarding staff meeting to discuss LiDAR. |
| 624 | UBER00236462 UBER00236463 UBER00236464 | 11/3/2016 | 7:45 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowksi regarding third party Luminar. |
| 625 | UBER00076285 | 11/4/2016 | 3:20 AM | Anthony Levandowski | Sameer Kshirsagar | Eric Meyhofer | | | E-Mail | Email regarding data sheet from third party |
| 626 | UBER00086445 | 11/4/2016 | 6:00 AM | Sameer Kshirsagar | Eric Meyhofer; Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding pulse width. |
| 627 | UBER00086446 | 11/4/2016 | 8:55 AM | Anthony Levandowski | Eric Meyhofer ; Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding pulse width. |
| 628 | UBER00086447 | 11/4/2016 | 8:56 AM | Anthony Levandowski | Eric Meyhofer ; Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding pulse width. |
| 629 | UBER00006645 | 11/4/2016 | 3:20 AM | Anthony Levandowski | Sameer Kshirsagar | Eric Meyhofer | | | E-Mail | Email regarding LiDAR-reated supplier ████ |
| 630 | UBER00006650 | 11/4/2016 | 3:15 AM | Sameer Kshirsagar | Anthony Levandowski | Eric Meyhofer | | | E-Mail | Email discussing ████ datasheet and potential follow-up call with Anthony Levandowski. |
| 631 | UBER00069122 | 11/8/2016 | 11:53 PM | Google Calendar [calendar-notification@google.com] | Anthony Levandowski | | | Pittsburgh | Calendar File | Accepted calendar invitation for 11/16/2016 meeting at 5:30-6:00pm. |
| 632 | UBER00069123 | 11/8/2016 | 11:53 PM | Brian McClendon | Anthony Levandowski; Brian McClendon | | | Pittsburgh | Calendar File | Calendar invitation for 11/16/2016 meeting at 5:30-6:00pm. |
| 633 | UBER00069330 | 11/8/2016 | 11:49 PM | Google Calendar [calendar-notification@google.com] | Anthony Levandowski | | | Pittsburgh | Calendar File | Calendar invitation for 11/16/2016 meeting at 5:30-6:00pm. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

35

Waymo LLC v. Uber Technologies, Inc. et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 634 | UBER00069122 | 11/8/2016 | 11:49 PM | Brian McClendon | Anthony Levandowski; Brian McClendon | | | Pittsburgh | Calendar File | Calendar invitation for 11/16/2016 meeting at 5:30-6:00pm. |
| 635 | UBER00065213 | 11/8/2016 | | Travis Kalanick | Travis Kalanick; Austin Geidt; Emil Michael; Neil Stegall; Jeff Miller;Noah Zych; Raffi Krikorian; Matt Williams; Rajiv Krishnarao; Matt Sweeney; Guatam Gupta; Lior Ron; Andrew Beck; Anthony Levandowski; David Richter; Sherif Marakby; Eric Meyhofer; Matt Burton | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 11/8/2016 "birdhouse" meeting at 9:00-10:00pm. |
| 636 | | 11/9/2016 | | ▮▮▮▮▮▮▮] | Anthony Levandowski | | | | Text Message | Text message regarding installing ▮▮▮ LiDAR system on a vehicle. |
| 637 | | 11/9/2016 | | Anthony Levandowski | ▮▮▮▮▮▮▮ | | | | Text Message | Text message regarding installing ▮▮▮ LiDAR system on a vehicle. |
| 638 | UBER00236465 UBER00236466 UBER00236467 UBER00236468 UBER00236469 UBER00236470 UBER00236471 UBER00236472 | 11/9/2016 | 2 46 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 639 | UBER00006653 | 11/9/2016 | 4:25 PM | Sameer Kshirsagar | Anthony Levandowski; James Haslim | Eric Meyhofer | Sameer Kshirsagar | | E-Mail | Email discussing ▮▮▮ specification file and potential follow-up call with Anthony Levandowski. |
| 640 | UBER00236473 UBER00236474 | 11/9/2016 | 11 49 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding third party Luminar. |
| 641 | | 11/9/2016 or 11/10/2016 | | Anthony Levandowski | Jeremy Millard; Curtis Scott; and others | | | Pittsburgh | Presentation | Presentation regarding self-driving development. |
| 642 | UBER00236476 UBER00236477 UBER00236478 UBER00236479 UBER00236480 UBER00236481 UBER00236482 UBER00236483 | 11/10/2016 | 1 16 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR. |
| 643 | UBER00076276 | 11/10/2016 | 11:53 PM | Anthony Levandowski | Eric Meyhofer | | | | E-Mail | Email regarding laser configuration for export. |
| 644 | UBER00076548 | 11/10/2016 | | Anthony Levandowski | Matt Williams; Don Burnette; Noah Zych; Julie Viray; Raffi Krikorian; Lior Ron; Eric Meyhofer; Matt Sweeney; Austin Geidt | | | | Document | Document regarding single NSD car and expansion strategy. |
| 645 | UBER00069120 | 11/10/2016 | 8:01 PM | Google Calendar [calendar-notification@google.com] | Anthony Levandowski | | | Pittsburgh | Calendar File | Declined calendar invitation for 11/16/2016 meeting at 5:30-6:00pm. |
| 646 | UBER00069121 | 11/10/2016 | 8:01 PM | Brian McClendon | Anthony Levandowski; Brian McClendon | | | Pittsburgh | Calendar File | Calendar invitation for 11/16/2016 meeting at 5:30-6:00pm. |
| 647 | UBER00301402 UBER00301403 | 11/11/2016 | 1 30 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding lasers. |
| 648 | UBER00076277 | 11/11/2016 | 3:37 PM | Anthony Levandowski | Eric Meyhofer | | | | E-Mail | Email regarding laser configuration for export. |
| 649 | UBER00076534 | 11/11/2016 | | Amit Singhal | Anthony Levandowski | | | | Powerpoint | Powerpoint regarding Uber Safe and autonomous vehicles. |
| 650 | UBER00086448 | 11/11/2016 | 9:11 AM | Anthony Levandowski | Eric Meyhofer; Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding potential purchase related to LiDAR. |
| 651 | UBER00086449 | 11/11/2016 | 9:11 AM | Anthony Levandowski | Eric Meyhofer ; Sameer Kshirsagar; Anthony Levandowski | | | | Text Message | Message regarding potential purchase related to LiDAR. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 652 | UBER00076058 | 11/14/2016 | 7:42 PM | Anthony Levandowski | Nina Qi | Claire Delaunay; Eric Meyhofer; Raffi Krikorian | | | E-Mail | Email regarding LiDARs from third party |
| 653 | UBER00076565 | 11/14/2016 | | Anthony Levandowski | | | | | Spreadsheet | Spreadsheet regarding metrics for evaluating SDU performance. |
| 654 | | 11/14/2016 | | Anthony Levandowski | Kevin Sherwood; Blair Blake; Jason Zwirkoski; Michael Maloney; Andrew McLachlan | | | 737 Harrison Street, San Francisco | Meeting | Meeting regarding new hire orientation. |
| 655 | UBER00012045 | 11/14/2016 | 7:42 PM | Anthony Levandowski | Nina Qi | Claire Delaunay; Eric Meyhofer; Raffi Krikorian | | | E-Mail | Email regarding potential investment in ████████ LiDAR. |
| 656 | UBER00012042 | 11/14/2016 | 7:50 PM | Nina Qi | Anthony Levandowski | Claire Delaunay; Eric Meyhofer; Raffi Krikorian | | | E-Mail | Email regarding third party ███████ and LiDAR technology. |
| 657 | UBER00006663 | 11/14/2016 | 4:55 PM | Sameer Kshirsagar | Eric Meyhofer; Anthony Levandowski | | Sameer Kshirsagar | | E-Mail | Email discussing ██████ LiDAR with Anthony Levandowski. |
| 658 | UBER00076783 | 11/14/2016 | | Anthony Levandowski | Eric Meyhofer | | | Pittsburgh | Meeting (notes) | Notes from 1/30/2017 one-on-one meeting with Anthony Levandowski. |
| 659 | UBER00076005 | 11/15/2016 | 5:46 AM | Anthony Levandowski | John Tobias; laser-dev [laser-dev@uber.com] | | | | E-Mail | Email regarding news article for third party |
| 660 | UBER00012074 | 11/15/2016 | 5:46 AM | Anthony Levandowski | John Tobias; laser-dev [laser-dev@uber.com] | | | | E-Mail | Email regarding laser supplier. |
| 661 | UBER00012073 | 11/15/2016 | 5:01 PM | Dan Gruver | Anthony Levandowski | John Tobias; laser-dev [laser-dev@uber.com] | | | E-Mail | Email discussing article regarding LiDAR products with Anthony Levandowski. |
| 662 | UBER00076036 | 11/16/2016 | 2:02 AM | Anthony Levandowski | Anthony Levandowski; Drew Bagnell; Lior Ron; Matthew Prestopino | | | | E-Mail | Email regarding news article for third party ███ |
| 663 | UBER00236495 UBER00236496 UBER00236497 | 11/16/2016 | 9 37 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding lasers. |
| 664 | | 11/16/2016 | 10:18 PM | Mason Feldman | Anthony Levandowski | | | | Text Message | Message regarding scheduling of one-on-one meetings, Leads meetings, and LiDAR standup meetings. |
| 665 | UBER00076112 | 11/17/2016 | 2:14 AM | Google Calendar [calendar-notification@google.com] | Alicia Poling | | | | Calendar File | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 666 | UBER00076113 | 11/17/2016 | 2:14 AM | Anthony Levandowski | James Haslim; Scott Boehmke; Dan Gruver; Eric Meyhofer; Anthony Levandowski | | SFO | 737 Harrison - 2nd Upstairs Fishbowl (18) [uber.com_3730353032373737353D@resource.calendar.google.com] | | Calendar File | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 667 | UBER00076193 | 11/17/2016 | 2:14 AM | Google Calendar [calendar-notification@google.com] | Scott Boehmke; Dan Gruver; James Haslim; Eric Meyhofer | | | | Calendar File | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 668 | UBER00076287 | 11/17/2016 | 2:14 AM | Google Calendar [calendar-notification@google.com] | Eric Meyhofer; James Haslim; Scott Boehmke; Dan Gruver | | | | Calendar File | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 669 | UBER00076400 | 11/17/2016 | 2:14 AM | Google Calendar [calendar-notification@google.com] | Dan Gruver; Eric Meyhofer; James Haslim; Scott Boehmke | | | | E-Mail | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 670 | UBER00076401 | 11/17/2016 | 2:14 AM | Anthony Levandowski | Eric Meyhofer; James Haslim; Scott Boehmke; Anthony Levandowski; Dan Gruver | | SFO | 737 Harrison - 2nd Upstairs Fishbowl (18) [uber.com_3730353032373737353D@resource.calendar.google.com] | | Calendar File | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 671 | UBER00076011 | 11/17/2016 | 2:14 AM | Google Calendar [calendar-notification@google.com] | James Haslim; Dan Gruver; Eric Meyhofer; Scott Boehmke | | | | E-Mail | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 672 | UBER00076012 | 11/17/2016 | 2:14 AM | Anthony Levandowski | Dan Gruver; Eric Meyhofer; James Haslim; Anthony Levandowski; Scott Boehmke | | SFO \| 737 Harrison - 2nd Upstairs Fishbowl (18) [uber.com_37303530323737373530@resource.calendar.google.com] | | Calendar File | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 673 | UBER00076200 | 11/17/2016 | 2:28 AM | Google Calendar [calendar-notification@google.com] | Scott Boehmke; Dan Gruver; James Haslim; Eric Meyhofer | Euan Guttridge | | | E-Mail | Calendar invite for 11/18/2016 laser MVP and milestones meeting at 4:30pm. |
| 674 | UBER00076428 | 11/18/2016 | | Anthony Levandowski | Anthony Levandowski; Scott Boehmke; Dan Gruver; Eric Meyhofer; James Haslim | Euan Guttridge | PIT \| 50 33rd St - 02nd Clark Curve (3) [uber.com_5049543530333372645374326e6433436c61726b43757276652d8337373323534@resource.calendar.google.com] | | Calendar File | Calendar invitation for 11/18/16 Laser meeting at 1:30pm. |
| 675 | UBER00065471 | 11/18/2016 | 6:28 AM | Travis Kalanick | Anthony Levandowski | | | | Email | Email regarding research on NPS. |
| 676 | | 11/18/2016 | 9:15 AM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding 11/18/16 ███ phone call. |
| 677 | | 11/18/2016 | | ███████████████ | Anthony Levandowski | | | | Text Message | Text message regarding inquiry about considering ███ technology. |
| 678 | UBER00065214 | 11/19/2016 | | Travis Kalanick | Travis Kalanick; Austin Geidt; Lior Ron; David Richter; Curtis Scott; Anthony Levandowski; Matt Burton; Matt Williams; Noah Zych; Eric Meyhofer | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 11/19/2016 "birdhouse" meeting at 1:00-3:00am. |
| 679 | UBER00065470 | 11/19/2016 | 11:47 PM | Travis Kalanick | Anthony Levandowski | | | | Email | Email regarding Tesla self-driving vehicle. |
| 680 | UBER00076114 | 11/21/2016 | 3:34 AM | Anthony Levandowski | Brian Cullinane; Matt Williams; Raffi Krikorian | Austin Geidt; Matt Sweeney | | | E-Mail; Meeting (notes) | Email regarding notes from 11/18/2016 meeting. |
| 681 | UBER00076115 | 11/21/2016 | 7:54 AM | Anthony Levandowski | Brian Cullinane; Matt Williams; Raffi Krikorian | Austin Geidt; Matt Sweeney | | | E-Mail | Email regarding notes from 11/18/2016 meeting. |
| 682 | UBER00012389 | 11/21/2016 | 4:12 AM | Brian Cullinane | Anthony Levandowski; Matt Williams; Raffi Krikorian | Austin Geidt; Matt Sweeney | | | E-Mail | Email regarding single driver plan and review by Anthony Levandowski. |
| 683 | UBER00012391 | 11/21/2016 | 3:30 AM | Raffi Krikorian | Anthony Levandowski; Brian Cullinane; Matt Williams | Austin Geidt; Matt Sweeney | | | E-Mail | Email regarding single driver plan and review by Anthony Levandowski. |
| 684 | UBER00012385 | 11/23/2016 | 1:22 AM | Brian Cullinane | Anthony Levandowski; Matt Williams; Raffi Krikorian | Austin Geidt; Matt Sweeney; Lior Ron | | | E-Mail | Email regarding single driver plan and review by Anthony Levandowski. |
| 685 | | 11/23/2016 | | ███████████████ | Anthony Levandowski | | | | Text Message | Text message regarding installing ███ LiDAR system on a vehicle. |
| 686 | UBER00076715 | 11/26/2016 | 7:21 AM | Anthony Levandowski | Nina Qi | | | | Calendar File | Accepted calendar invitation to hold time for 11/28/2016 ███████ meeting. |
| 687 | UBER00076790 | 11/28/2016 | 9:54 AM | Nina Qi | Mason Feldman | Anthony Levandowski; Cameron Poetzscher; Eric Meyhofer; James Haslim | | | E-Mail | Email regarding 11/28/2016 phone call with third party ███████████. |
| 688 | UBER00076486 | 11/29/2016 | | Anthony Levandowski | Matt Williams; Mason Feldman; Euan Gutteridge; Raffi Krikorian; Lior Ron; Eric Meyhofer; David Richter; Matt Sweeney; Sherif Marakby; Neil Stegall; Jeff Miller; robot-direct-reports@uber.com | | | | Meeting (notes) | Document regarding agenda and notes from "birdhouse" meetings, including 11/29/2016 meeting; 1/10/2017 meeting; 1/24/2017 meeting; and 2/1/2017 meeting. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc. et al, No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 689 | UBER00065215 | 11/29/2016 | | Travis Kalanick | Travis Kalanick; Matt Sweeney; Emil Michael; Austin Geidt; Gautam Gupta; Anthony Levandowski; Neil Stegall; Rajiv Krishnarao; Raffi Krikorian; Eric Meyrhofer; Matt Williams; Lior Ron; Sherif Marakby; Matt Burton; David Richter; Jeff Miller; Noah Zych | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 11/29/2016 "birdhouse" meeting at 10:45pm-12:30am. |
| 690 | UBER00076792 | 11/29/2016 | | Anthony Levandowski | Lisa Weitekamp | | | Otto office, Palo Alto | Meeting | Meeting regarding AVMaps.  No specific recollection regarding whether Anthony Levandowski attended in person or by Zoom. |
| 691 | UBER00065153 | 11/30/2016 | | Travis Kalanick | Travis Kalanick; Jeff Miller; Anthony Levandowski; Chris Lapointe; Guatam Gupta; Prabir Adarkar | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 11/30/2016 ATG planning meeting at 11:00pm. |
| 692 | | 11/30/2016 | | ▇▇▇▇▇▇▇] | Anthony Levandowski | | | | Text Message | Text message regarding initial units of ▇▇▇ LiDAR systems for Uber. |
| 693 | | 11/30/2016 | | ▇▇▇▇▇▇▇ | Anthony Levandowski | | | | Text Message | Text message regarding paperwork for pre-order of ▇▇▇ LiDAR systems. |
| 694 | UBER00076348 | 12/5/2016 | 6:20 PM | Anthony Levandowski | David Richter | | | | E-Mail | Email regarding LIDAR system from third party ▇▇▇▇ |
| 695 | UBER00076344 | 12/5/2016 | 6:24 PM | Anthony Levandowski | David Richter | | | | E-Mail | Email regarding LIDAR system from third party ▇▇▇▇ |
| 696 | UBER00076690 | 12/5/2016 | 6:25 PM | Anthony Levandowski | Anthony Levandowski | | | | E-Mail | Email regarding project and 11/10/2016 meeting with third party ▇▇▇▇ representative Austin Russell. |
| 697 | UBER00076691 | 12/5/2016 | 6:25 PM | | | | | | Attachment | Attachment regarding project with third party ▇▇ |
| 698 | UBER00076684 | 12/5/2016 | 6:25 PM | Anthony Levandowski | David Richter | | | | E-Mail | Email regarding project and 11/10/2016 meeting with third party ▇▇▇▇ representative Austin Russell. |
| 699 | UBER00076685 | 12/5/2016 | 6:25 PM | | | | | | Attachment | Attachment regarding project with third party ▇▇ |
| 700 | UBER00076716 | 12/5/2016 | 11:27 PM | Anthony Levandowski | Nina Qi; Eric Meyrhofer; James Haslim | | | | Calendar File | Calendar invitation for 12/7/2016 ▇▇▇▇▇ meeting at 12:30-1:00pm. |
| 701 | UBER00012127 | 12/5/2016 | 6:30 PM | David Richter | Anthony Levandowski; Dan Gruver | | | | E-Mail | Email regarding discussions with Anthony regarding LiDAR products with ▇▇ |
| 702 | UBER00064188 | 12/6/2016 | 9:50 PM | Google Calendar | Travis Kalanick | | | | E-Mail | Email discussing meeting with Anthony Levandowski referencing AV Maps Leads. |
| 703 | UBER00012125 | 12/6/2016 | 1:37 AM | David Richter | Austin Russell; Jason Eichenholz | Anthony Levandowski; Dan Gruver; Josh Andrews; Brendan Mulligan; James Haslim; Scott Boehmke | | | E-Mail | Email regarding discussions with Anthony to accelerate LiDAR products with ▇▇ |
| 704 | UBER00012134 | 12/6/2016 | 3:57 AM | Josh Andrews | Dan Gruver | Anthony Levandowski;David Richter; Scott Boehmke; James Haslim; Brendan Mulligan | | | E-Mail | Email regarding discussions with Anthony to accelerate LiDAR products with ▇▇ |
| 705 | UBER00012137 | 12/6/2016 | 4:49 AM | Josh Andrews | Anthony Levandowski | Dan Gruver; David Richter; Scott Boehmke; James Haslim; Brendan Mulligan | | | E-Mail | Email regarding discussions with Anthony regarding LiDAR products with ▇▇ |
| 706 | UBER00076681 | 12/7/2016 | 7:25 PM | Google Calendar [calendar-notification@google.com] | David Richter | | | 1455 Market Street, San Francisco | Calendar File | Accepted calendar invitation for 12/7/16 meeting with third party ▇▇ representatives Austin, Jason, and Scott from 6:00-7:00pm. |
| 707 | UBER00076683 | 12/7/2016 | 7:25 PM | Google Calendar [calendar-notification@google.com] | David Richter | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 12/7/16 meeting with third party ▇▇ representatives Austin, Jason, and Scott from 6:00-7:00pm. |

Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|-----|------|------|------|-------------|--------------|-----|-----|-------|-----------|-------------------|
| 708 | UBER00076801 | 12/9/2016 | | Nina Qi | Anthony Levandowski | | | | Meeting (notes) | Notes from 12/9/2016 meeting regarding ■■■ |
| 709 | UBER00065466 | 12/10/2016 | 4:12 AM | Travis Kalanick | Anthony Levandowski; Matt Williams | robot-direct-reports [robot-direct-reports@uber.com] | | | Email | Email regarding AGT 2017 plan. |
| 710 | UBER00065469 | 12/10/2016 | 12:27 AM | Travis Kalanick | Anthony Levandowski | | | | Email | Email including Google doc link. |
| 711 | UBER00236543 | 12/11/2016 | 6:00 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding LiDAR. |
| 712 | UBER00076360 | 12/12/2016 | 12:06 AM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | Calendar File | Declined calendar invite for weekly Lidar Monday standup meeting at 11:00am. |
| 713 | UBER00076222 | 12/13/2016 | 4:09 PM | Anthony Levandowski | Brian McClendon; Eric Meyhofer; Justin Ho; Sherif Marakby | | | | E-Mail | Email regarding news article for third party Velodyne. |
| 714 | UBER00064196 | 12/14/2016 | 3:32 PM | Anthony Levandowski | Travis Kalanick | | | | E-Mail | Email regarding next steps for Valet project. |
| 715 | | 12/15/2016 | 2:17 PM | James Haslim | Anthony Levandowski | | | | Text Messages | Text messages regarding James Haslim's 12/15/2016 in-person meeting with ■■■ Anthony Levandowski unable to attend. |
| 716 | UBER00076065 | 12/16/2016 | 7:54 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 12/16/16 meeting regarding LiDAR update. |
| 717 | UBER00076066 | 12/16/2016 | 7:54 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Accepted calendar invite for 12/16/16 weekly meeting regarding LiDAR update at 12:00pm. |
| 718 | | 12/16/2016 | 12:16 PM | Mason Feldman | Anthony Levandowski | | | | Text Message | Message regarding adjustment of schedule, including LiDAR lunch at 12:00pm. |
| 719 | UBER00012377 | 12/19/2016 | 6:23 AM | Austin Geidt | Anthony Levandowski | Anthony Levandowski; Lior Ron | | | E-Mail | Email regarding logging LiDAR with Anthony Levandowski. |
| 720 | UBER00086655 | 12/19/2016 | 8:06 PM | David Richter | ■■■ | ■■■ Brendan Mulligan; Josh Andrews; Dan Gruver; Anthony Levandowski; Ophir Samson | | | E-Mail | Email regarding Uber purchase order for ■■■ LiDAR systems. |
| 721 | UBER00012040 | 12/20/2016 | 11:29 PM | Nina Qi | James Haslim; Anthony Levandowski; Cameron Poetzscher | | | | E-Mail | Email regarding third party ■■■ detector. |
| 722 | UBER00065164 | 12/21/2016 | | Anthony Levandowski | Anthony Levandowski; Euan Gutteridge; Sherif Marakby; Eric Meyhofer; Travis Kalanick | | | 50 33rd Street, Pittsburgh | Calendar File | Calendar invitation for 12/21/2016 ■■■ meeting at 7:00-8:00pm. |
| 723 | UBER00076069 | 12/23/2016 | 2:21 AM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Accepted calendar invite for 12/16/16 weekly meeting regarding LiDAR update at 12:00pm. |
| 724 | UBER00076070 | 12/23/2016 | 2:21 AM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Accepted calendar invite for 12/16/16 weekly meeting regarding LiDAR update at 12:00pm. |
| 725 | UBER00076067 | 12/23/2016 | 8:34 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invitation for 1/6/17 weekly meeting regarding LiDAR update. |
| 726 | UBER00076068 | 12/23/2016 | 8:34 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Declined calendar invitation for 1/6/17 weekly meeting regarding LiDAR update. |
| 727 | UBER00012344 | 12/24/2016 | 4:06 AM | Carlos Vallespi-Gonzalez | Andrei Pokrovsky | Don Burnette; Anthony Levandowski; Sean Hyde; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing LiDAR issues with Anthony Levandowski. |
| 728 | UBER00012369 | 12/25/2016 | 11:55 PM | Andrei Pokrovsky | Carlos Vallespi-Gonzalez | Don Burnette; Anthony Levandowski; Sean Hyde; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing LiDAR issues with Anthony Levandowski. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 729 | | 12/25/2016 | | ▮▮▮ | Anthony Levandowski | | | | Text Message | Text message regarding pre-order paperwork, status of production and delivery of ▮▮▮ LiDAR systems for Uber. |
| 730 | UBER00012360 | 12/26/2016 | 8:53 PM | Sean Hyde | Andrei Pokrovsky; Carlos Vallespi-Gonzalez | Don Burnette; Anthony Levandowski; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing LiDAR issues with Anthony Levandowski. |
| 731 | UBER00076313 | 12/30/2016 | 3:52 AM | Anthony Levandowski | Jeff Miller | Ophir Samson; Lior Ron; Andrew Beck; Eric Meyhofer; David Richter | | | E-Mail | Email regarding potenital meeting with third party ▮▮▮ at CES. |
| 732 | UBER00076316 | 12/30/2016 | 7:17 AM | Anthony Levandowski | Jeff Miller | Andrew Beck; David Richter; Eric Meyhofer; Lior Ron; Ophir Samson | | | E-Mail | Email regarding potenital meeting with third party ▮▮▮ at CES. |
| 733 | UBER00076063 | 12/30/2016 | 7:03 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 12/30/16 meeting regarding LiDAR update at 12:00pm. |
| 734 | UBER00076064 | 12/30/2016 | 7:03 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 12/30/16 meeting regarding LiDAR update at 12:00pm. |
| 735 | UBER00076678 | 12/30/2016 | 6:41 AM | Anthony Levandowski | Dan Gruver ▮▮▮ | ▮▮▮ | | | E-Mail | Email regarding purchase order for third party |
| 736 | UBER00076446 | 1/2/2017 | | Anthony Levandowski | Nancy Sun; Euan Guttridge; Noah Zych; Julie Viray; Matt Sweeney; Paw Andersen; Sherif Marakby; Adi Ofer; Brian Cullinane; Shalin Mantri; David Stager; David Meall; Jeff Miller; Carl Wellington; Sanjeev Kumar; robot-direct-reports@uber.com | | | | Meeting (notes) | Document regarding agenda and notes from ATG leads bullpen weekly meetings, including 1/3/2017 meeting; 1/10/2017 meeting; 1/17/2017 meeting; 1/25/2017 meeting; 1/30/2017 meeting; 2/1/2017 meeting; 2/7/2017 meeting; 2/14/2017 meeting; 2/21/2017 meeting; 2/28/2017 meeting; 3/7/2017 meeting; 3/14/2017 meeting; 3/21/2017 meeting; and 3/28/2017 meeting. |
| 737 | UBER00086674 | 1/3/2017 | | | ▮▮▮ | Anthony Levandowski | | | E-Mail | Email regarding Uber purchase order for ▮▮▮ LiDAR systems. |
| 738 | UBER00076792 | 1/4/2017 | | Anthony Levandowski | Lisa Weitekamp | | | 50 33rd Street, Pittsburgh | Meeting | Meeting regarding AVMaps. No specific recollection regarding whether Anthony Levandowski attended in person or by Zoom. |
| 739 | UBER00076369 | 1/5/2017 | 3:49 PM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | Calendar File | Declined calendar invite for 1/5/17 Fuji test matrix review meeting at 2pm. |
| 740 | UBER00076430 | 1/5/2017 | | Dan Gruver | Dan Gruver; UATG Lidar Development [laser-dev@uber.com]; Anthony Levandowski; Steven Wu | SFO | 737 Harrison - 02nd Upstairs Fishbowl (18) [uber.com_37303530323737373530@resource.calendar.google.com] | | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation for 1/5/2017 Fuji test matrix review at 10:00-10:55pm. |
| 741 | UBER00301468 UBER00301469 UBER00301470 UBER00301471 UBER00301472 UBER00301473 UBER00301474 UBER00301475 | 1/5/2017 | 7:20 AM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR news article and vendors. |
| 742 | UBER00087037 UBER00087039 UBER00087040 | 1/5/2017 | 2:01 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with photos and discussion of LiDAR. |
| 743 | UBER00087050 UBER00087051 | 1/6/2017 | 11:34 PM | Anthony Levandowski | Max Levandowski | | | | Text Message | Text message regarding ▮▮▮ LiDAR. |
| 744 | UBER00076185 | 1/8/2017 | 5:47 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding Ladar technology industry tracking. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA Document 2510-28 Filed 01/19/18 Page 43 of 68

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 745 | UBER00076528 | 1/8/2017 | | Lior Ron | Anthony Levandowski | | | | Document | Document regarding ladar technology watch and vendors. |
| 746 | UBER00098308 | 1/9/2017 | | Anthony Levandowski | atc-internal@uberatc.com; fulltime@ot.to | | | | E-Mail | Email regarding laser testing. |
| 747 | UBER00065218 | 1/10/2017 | | Travis Kalanick | Travis Kalanick; Raffi Krikorian; Matt Burton; Eric Meyhofer; Matt Williams; Gautam Gupta; Matt Sweeney; Emil Michael; Lior Ron; Sherif Marakby; Neil Stegall; Anthony Levandowski; Austin Geidt; Jeff Miller; Noah Zych; David Richter; Rachel Whetstone; Rajiv Krishnarao | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 1/10/2017 "birdhouse" meeting at 10:30pm-12:30am. |
| 748 | UBER00012354 | 1/10/2017 | 9:11 PM | Jeff Schneider | Anthony Levandowski | | | | E-Mail | Email discussing EndRun with Anthony Levandowski. |
| 749 | UBER00012357 | 1/10/2017 | 4:36 PM | Lior Ron | Anthony Levandowski | | | | E-Mail | Email summarizing meeting with Anthony Levandowski regarding LiDAR and computers. |
| 750 | | 1/10/2017 | | Anthony Levandowski | Peter Melick; Josh Manela; Nemanja Djuric | | | 50 33rd Street, Pittsburgh | Meeting | Meeting with Anthony Levandowski with EndRun engineers where LiDAR was mentioned tangentially. |
| 751 | UBER00301476 UBER00301477 | 1/10/2017 | 8:39 AM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser experience. |
| 752 | | 1/10/2017 | 8:41 AM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding spinning laser and point cloud. |
| 753 | | 1/10/2017 | 8:41 AM | Anthony Levandowski | James Haslim | | | | Text Messages | Text messages from Anthony Levandowski regarding spinning laser and point cloud. |
| 754 | UBER00076263 | 1/11/2017 | 1:48 PM | Anthony Levandowski | Eric Meyhofer; Prashant Chouta | Sameer Kshirsagar | | | E-Mail | Email regarding LiDARs from third party █████ |
| 755 | UBER00076261 | 1/11/2017 | 2:20 PM | Anthony Levandowski | Sameer Kshirsagar | Eric Meyhofer; Prashant Chouta | | | E-Mail | Email regarding LiDARs from third party █████ |
| 756 | UBER00076280 | 1/11/2017 | 2:34 PM | Anthony Levandowski | Sameer Kshirsagar | Eric Meyhofer; Prashant Chouta | | | E-Mail | Email regarding LiDARs from third party █████ |
| 757 | UBER00012063 | 1/11/2017 | 2:34 PM | Anthony Levandowski | Sameer Kshirsagar | Eric Meyhofer; Prashant Chouta | | | E-Mail | Email regarding LiDARs from third party █████ |
| 758 | UBER00076261 | 1/11/2017 | 2:20 PM | Anthony Levandowski | Sameer Kshirsagar | Eric Meyhofer; Prashant Chouta | | | E-Mail | Email regarding LiDARs from third party █████ |
| 759 | UBER00076263 | 1/11/2017 | 1:48 PM | Anthony Levandowski | Eric Meyhofer | Sameer Kshirsagar; Prashant Chouta | | | E-Mail | Email regarding LiDARs from third party █████ |
| 760 | UBER00012071 | 1/11/2017 | 1:48 PM | Anthony Levandowski | Eric Meyhofer; Prashant Chouta | Sameer Kshirsagar | | | E-Mail | Email regarding potential LiDAR supplier █████ |
| 761 | UBER00012066 | 1/11/2017 | 2:31 PM | Sameer Kshirsagar | Anthony Levandowski | Eric Meyhofer; Prashant Chouta | | | E-Mail | Email discussing third party █████ LiDAR products with Anthony Levandowski. |
| 762 | UBER00006667 | 1/11/2017 | 1:57 PM | Sameer Kshirsagar | Eric Meyhofer | Prashant Chouta; Anthony Levandowski; Sameer Kshirsagar | | | E-Mail | Email discussing third party █████ LiDAR products with Anthony Levandowski. |
| 763 | UBER00012342 | 1/11/2017 | 2:08 PM | David Stager | Anthony Levandowski | Eric Meyhofer | | | E-Mail | Email discussing Pittsburgh fleet with Anthony Levandowski. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 50]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 764 | UBER00076783 | 1/11/2017 | | Anthony Levandowski | Eric Meyhofer | | | Pittsburgh | Meeting (notes) | Notes from 1/30/2017 one-on-one meeting with Anthony Levandowski. |
| 765 | UBER0076522 | 1/12/2017 | | James Haslim | Anthony Levandowski | | | | Powerpoint | Powerpoint regarding UATG LiDAR Q4 2016 OKRs. |
| 766 | UBER00076061 | 1/13/2017 | 6:31 AM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 1/13/17 meeting regarding LiDAR update at 12pm. |
| 767 | UBER00076062 | 1/13/2017 | 6:31 AM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 1/13/17 meeting regarding LiDAR update at 12pm. |
| 768 | UBER00012620 | 1/13/2017 | 7:52 AM | Andrei Pokrovsky | Sean Hyde | Carlos Vallespi-Gonzalez; Don Burnette; Anthony Levandowski; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing hardware upgrades for ▆▆▆ laser with Anthony Levandowski. |
| 769 | UBER00012633 | 1/13/2017 | 12:59 PM | Sean Hyde | Andrei Pokrovsky | Carlos Vallespi-Gonzalez; Don Burnette; Anthony Levandowski; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing hardware upgrades for ▆▆▆ laser with Anthony Levandowski. |
| 770 | | 1/16/2017 | 12:21 PM | Anthony Levandowski | James Haslim | | | | Text Message | Text message from Anthony Levandowski regarding point of contact for laser updates. |
| 771 | UBER00076783 | 1/16/2017 | | Anthony Levandowski | Eric Meyhofer | | | Pittsburgh | Meeting (notes) | Notes from 1/30/2017 one-on-one meeting with Anthony Levandowski. |
| 772 | UBER00076117 | 1/17/2017 | 8:31 PM | Anthony Levandowski | David Stager | John Bares; Carl Wellington; Raffi Krikorian; Euan Guttridge; Brian Zajac; Eric Meyhofer; Matt Williams | | | E-Mail | Email regarding laser type and coverage. |
| 773 | UBER00076431 | 1/17/2017 | | Daniel Ratner | Dan Ratner; UATG Lidar Development [laser-dev@ot.to]; Anthony Levandowski | | | 737 Harrison Street, San Francisco | Calendar File | Calendar invitation for 1/17/2017 visit by third party ▆▆▆ ▆▆▆ representative ▆▆▆ at 5:30-7:00pm. |
| 774 | UBER00012481 | 1/17/2017 | 8:39 PM | Brian Zajac | Anthony Levandowski; David Stager | Carl Wellington; Eric Meyhofer; Euan Guttridge; John Bares; Matt Williams; Raffi Krikorian | | | E-Mail | Email discussing ▆▆▆ laser with Anthony Levandowski. |
| 775 | | 1/17/2017 | 3:07 AM | James Haslim | Anthony Levandowski | | | | Text Message | Text message regarding point of contact for laser updates. |
| 776 | UBER00076139 | 1/18/2017 | 4:50 AM | Anthony Levandowski | Andrei Pokrovsky | Sean Hyde; Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email regarding GPU and technology for testing. |
| 777 | UBER00076320 | 1/18/2017 | 7:52 AM | Anthony Levandowski | Travis Kalanick; Amit Singhal | | | | E-Mail | Email regarding ATG status and personal status. |
| 778 | UBER00235456 UBER00235457 UBER00235458 UBER00235459 | 1/18/2017 | 9 25 PM | Jeff Miller | Eric Meyhofer; Jeff Miller; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding third party Caterpillar LiDARs. |
| 779 | | 1/18/2017 | | ▆▆▆ ] | Anthony Levandowski | | | | Text Message | Text message regarding license agreement for ▆▆ LiDAR systems. |
| 780 | UBER00076127 | 1/19/2017 | 9:09 AM | Anthony Levandowski | Andrei Pokrovsky | Sean Hyde; Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email regarding GPU and technology for testing. |
| 781 | UBER00076340 | 1/19/2017 | 10:13 AM | Anthony Levandowski | Jessie Smith | | | | E-Mail | Email regarding simulation weekly update. |
| 782 | UBER00076208 UBER00076767 | 1/19/2017 | 10:44 AM | Anthony Levandowski | Raffi Krikorian; David Stager | Eric Meyhofer; Don Burnette | | | E-Mail | Email regarding third party ▆▆▆ laser. |
| 783 | UBER00012309 | 1/19/2017 | 1:48 PM | Somchaya Liemhetcharat | Jessie Smith | Anthony Levandowski; Peter Melick | | | E-Mail | Email discussing LiDAR issues with Anthony Levandowski. |
| 784 | UBER00012314 | 1/19/2017 | 1:29 PM | Jessie Smith | Anthony Levandowski | Peter Melick; Somchaya Liemhetcharat | | | E-Mail | Email discussing LiDAR issues with Anthony Levandowski. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

43

Waymo LLC v. Uber Technologies, Inc., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 785 | UBER00012318 | 1/19/2017 | 12:10 PM | David Stager | Raffi Krikorian | Anthony Levandowski | | | E-Mail | Email discussing LiDAR issues with Anthony Levandowski. |
| 786 | UBER00012324 | 1/19/2017 | 11:01 AM | Raffi Krikorian | Anthony Levandowski; David Stager | | | | E-Mail | Email discussing LiDAR issues with Anthony Levandowski. |
| 787 | UBER00012500 | 1/19/2017 | 7:14 AM | Andrei Pokrovsky | Anthony Levandowski | Sean Hyde; Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing hardware upgrades for ███ laser with Anthony Levandowski. |
| 788 | UBER00236554 | 1/19/2017 | 6:52 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding laser sensor. |
| 789 | UBER00012532 | 1/19/2017 | 9:36 PM | Andrei Pokrovsky | Anthony Levandowski | Sean Hyde; Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing hardware upgrades for ███ laser with Anthony Levandowski. |
| 790 | | 1/19/2017 | | Anthony Levandowski | ██████████ | | | | Text Message | Text message regarding shipping location for ███ LiDAR system. |
| 791 | UBER00012548 | 1/20/2017 | 12:24 AM | Andrei Pokrovsky | Anthony Levandowski | Sean Hyde; Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing hardware upgrades for ███ laser with Anthony Levandowski. |
| 792 | UBER00012565 | 1/20/2017 | 10:52 PM | Andrei Pokrovsky | Anthony Levandowski | Sean Hyde; Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Eric Meyhofer | | | E-Mail | Email discussing hardware upgrades for ███ laser with Anthony Levandowski. |
| 793 | UBER00012582 | 1/20/2017 | 11:59 PM | Sean Hyde | Andrei Pokrovsky; Anthony Levandowski | Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Eric Meyhofer; Carl Wellington | | | E-Mail | Email discussing hardware upgrades for ███ laser with Anthony Levandowski. |
| 794 | | 1/20/2017 | | ██████████ | Anthony Levandowski | | | | Text Message | Text message regarding shipping location for ███ LiDAR system. |
| 795 | | 1/20/2017 | | ██████████ | Anthony Levandowski | | | | Text Message | Text message regarding setting for ███ LiDAR system for truck or car. |
| 796 | UBER00012600 | 1/21/2017 | 1:28 AM | Eric Meyhofer | Sean Hyde | Andrei Pokrovsky; Anthony Levandowski; Carlos Vallespi-Gonzalez; Don Burnette; Andrew Gray; Jeff Kiske; Carl Wellington | | | E-Mail | Email discussing hardware upgrades for ███ laser with Anthony Levandowski. |
| 797 | | 1/21/2017 | | ██████████ | Anthony Levandowski | | | | Text Message | Text message regarding training for operation of ███ LiDAR system. |
| 798 | | 1/21/2017 | | ██████████ | Anthony Levandowski | | | | Text Message | Text message regarding factory settings for ███ LiDAR system. |
| 799 | UBER00076221 | 1/22/2017 | 7:39 AM | Anthony Levandowski | Don Burnette; Raffi Krikorian; David Stager | | | | E-Mail | Email regarding image output and generation. |
| 800 | UBER00076106 | 1/22/2017 | 8:04 AM | Anthony Levandowski | David Stager | Eric Meyhofer; Chris Peplin; Wes Doonan | | | E-Mail | Email regarding laser installation. |
| 801 | UBER00076105 | 1/22/2017 | 8:04 AM | Anthony Levandowski | David Stager; Brian Zajac | Eric Meyhofer; Chris Peplin; Wes Doonan | | | E-Mail | Email regarding laser installation. |
| 802 | UBER00076109 | 1/22/2017 | 8:33 AM | Anthony Levandowski | David Stager; Brian Zajac; Scott Boehmke | Eric Meyhofer; Chris Peplin; Wes Doonan | | | E-Mail | Email regarding laser installation. |
| 803 | UBER00076107 | 1/22/2017 | 8:47 PM | Anthony Levandowski | David Stager; Scott Boehmke | Brian Zajac; Eric Meyhofer; Raffi Krikorian; Wes Doonan; Chris Peplin | | | E-Mail | Email regarding laser installation. |
| 804 | UBER00086668 | 1/22/2017 | | ██████████ | Anthony Levandowski | | | | E-Mail | Email regarding end user license agreement for ███ LiDAR system. |
| 805 | UBER00076713 | 1/23/2017 | 7:30 AM | Anthony Levandowski | Nina Qi | Eric Meyhofer; James Haslim; Scott Boehmke; Cameron Poetzscher | | | E-Mail | Email regarding third party ███ detector. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 806 | UBER00076495 | 1/23/2017 | | Craig Quiter | Anthony Levandowski | | | | Powerpoint | Powerpoint regarding DeepDrive. |
| 807 | UBER00012306 | 1/23/2017 | 11:16 PM | Sabbir Rangwala | James Haslim | Anthony Levandowski | | | E-Mail | Email regarding Anthony Levandowski's meeting with Princeton Lightwave to view LiDAR demo. |
| 808 | | 1/23/2017 | | ████████████ ] | Anthony Levandowski | | | | Text Message | Text message regarding training for operation of ████ LiDAR system. |
| 809 | UBER00236555 UBER00236556 UBER00236557 UBER00236558 UBER00236559 | 1/24/2017 | 12 31 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding lenses and attaching lens video. |
| 810 | UBER00076346 | 1/24/2017 | 7:27 AM | Anthony Levandowski | atc-internal@uberatc.com; fulltime@ot.to | | | | E-Mail | Email regarding laser developments. |
| 811 | UBER00076004 | 1/24/2017 | 7:30 AM | Anthony Levandowski | Nina Qi | Eric Meyhofer; James Haslim; Scott Boehmke; Cameron Poetzscher | | | E-Mail | Email regarding third party Princeton Lightwave detector. |
| 812 | UBER00076089 | 1/24/2017 | 2:01 PM | Anthony Levandowski | Stephen Lesh | Eric Meyhofer; Sherif Marakby | | | E-Mail | Email regarding project development, including laser classification points. |
| 813 | UBER00076198 | 1/24/2017 | 2:02 PM | Anthony Levandowski | Euan Guttridge | | | | E-Mail | Email regarding project development, including laser classification points. |
| 814 | UBER00076223 | 1/24/2017 | 2:02 PM | Anthony Levandowski | Sherif Marakby | | | | E-Mail | Email regarding project development, including laser classification points. |
| 815 | UBER00076338 | 1/24/2017 | 2:03 PM | Anthony Levandowski | Noah Zych | | | | E-Mail | Email regarding project development, including laser classification points. |
| 816 | UBER00076336 | 1/24/2017 | 2:04 PM | Anthony Levandowski | Cody Berdinis | | | | E-Mail | Email regarding project development, including laser classification points. |
| 817 | UBER00076432 | 1/24/2017 | | Raffi Krikorian | Raffi Krikorian; David Stager; Anthony Levandowski; Don Burnette; Julie Viray; Wes Doonan | | | 50 33rd Street, Pittsburgh | Calendar File | Calendar invitation for 1/24/2017 meeting regarding Core Autonomy and Onboard Leads Calibrations at 9:00-9:30pm. |
| 818 | UBER00076433 | 1/24/2017 | | Raffi Krikorian | Raffi Krikorian; Julie Destefano; Wes Doonan; Tony Stentz; Julie Viray; Dan Tascione; David Stager; Anthony Levandowski; Carl Wellington; Jeff Schneider; Don Burnette | | | 50 33rd Street, Pittsburgh | Calendar File | Calendar invitation for 1/24/2017 meeting regarding Core Autonomy and Onboard and End Run Managers Calibrations at 8:30-9:00pm. |
| 819 | UBER00076434 | 1/24/2017 | | Raffi Krikorian | Rakki Krikorian; Julie Destefano; Anthony Levandowski; Bryan Nagy; David Stager; Wes Doonan; Julie Viray; Dan Tascione; Diana Yanakiev; Jeff Schneider; Tony Stentz; Jur van den Berg; Carl Wellington; Marcial Hernandez | | | | Calendar File | Calendar invitation for 1/24/2017 meeting regarding  Autonomy Calibrations at 7:30-8:30pm. |
| 820 | UBER00065219 | 1/24/2017 | | Travis Kalanick | Travis Kalanick; Jeff Miller; Neil Stegall; Guatam Gupta; Sherif Marakby; Matt Burton; Matt Sweeney; Noah Zych; Austin Geidt; Eric Meyhofer; Lior Ron; Raffi Krikorian; Anthony Levandowski; Emil Micahel; Rajiv Krishnarao; Matt Williams; David Richter | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 1/24/2017 "birdhouse" meeting at 10:30pm-12:30am. |
| 821 | UBER00076335 | 1/25/2017 | 6:04 AM | Anthony Levandowski | fulltime@ot.to; atc-internal@uberatc.com | | | | E-Mail | Email regarding vehicle rides and laser from third party ████████ |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 822 | UBER00076201 | 1/25/2017 | 6:55 AM | Anthony Levandowski | Don Burnette | | | | E-Mail | Email regarding project development, including laser classification points. |
| 823 | UBER00076257 | 1/25/2017 | 6:59 AM | Anthony Levandowski | Shari Doherty | | | | E-Mail | Email regarding vehicle rides and laser from third party |
| 824 | UBER00076204 | 1/25/2017 | 7:08 AM | Anthony Levandowski | Don Burnette | | | | E-Mail | Email regarding project development, including laser classification points. |
| 825 | | 1/25/2017 | | Anthony Levandowski | Chris Peplin; Scott Boehmke; Dan Tascione | | | 50 33rd Street, Pittsburgh | Meeting | Meeting in parking lot to watch demonstration of laser. |
| 826 | UBER00076444 | 1/25/2017 | | Craig Quiter | Anthony Levandowski | | | | Document | Document regarding GTA V versus KITT. |
| 827 | UBER00087021 UBER00087022 UBER00087023 UBER00087024 UBER00087025 | 1/25/2017 | 3:10 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with photos and discussion of LiDAR parts and prototypes. |
| 828 | UBER00098314 UBER00098315 UBER00098316 | 1/25/2017 | 5:13 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with discussion of LiDAR parts and prototypes. |
| 829 | UBER00098334 UBER00098335 | 1/25/2017 | 7:34 PM | Max Levandowski | Anthony Levandowski | | | | Text Message | Text messages with photos and discussion of LiDAR parts and prototypes. |
| 830 | | 1/25/2017 | 11:43 AM | Scott Boehmke | Anthony Levandowski | | | Pittsburgh | Text Messages | Text messages regarding visit from third party |
| 831 | | 1/25/2017 | 1:55 PM | Scott Boehmke | Anthony Levandowski | | | Pittsburgh | Text Messages | Text messages regarding          laser running outside garage. |
| 832 | UBER00076378 | 1/26/2017 | 1:33 AM | Anthony Levandowski | Dan Gruver | | | Laser Hardware Area, 50 33rd St, Pittsburgh | Calendar File | Declined calendar invitation to weekly Lidar Monday Standup meeting. |
| 833 | UBER00076324 | 1/26/2017 | 2:02 AM | Anthony Levandowski | Dan Tascione; David Stager | | | | E-Mail | Email regarding meeting with third party vendor |
| 834 | | 1/26/2017 | 7:12 AM | Scott Boehmke | Anthony Levandowski | | | | Text Message | Text message regarding scheduling of meeting with Anthony Levandowski. |
| 835 | | 1/26/2017 | 10:11 AM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding vehicle data. |
| 836 | UBER00236565 UBER00236566 | 1/26/2017 | 4:51 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 837 | UBER00076333 | 1/27/2017 | 12:33 AM | Anthony Levandowski | Amit Singhal | | | | E-Mail | Email regarding project development, including laser classification points. |
| 838 | UBER00076332 | 1/27/2017 | 12:33 AM | Anthony Levandowski | Amit Singhal | | | | E-Mail | Email regarding vehicle rides and laser from third party |
| 839 | UBER00076255 | 1/27/2017 | 12:33 AM | Anthony Levandowski | Shari Doherty | | | | E-Mail | Email regarding vehicle rides and laser from third party |
| 840 | UBER00076258 | 1/27/2017 | 2:06 AM | Anthony Levandowski | Shari Doherty | | | | E-Mail | Email regarding vehicle rides and laser from third party |
| 841 | UBER00076077 | 1/27/2017 | 6:28 AM | Anthony Levandowski | Adam Kenvarg | | | Lunch Tables | Calendar File | Accepted calendar invitation for 1/27/2017 LiDAR update meeting at 12-12:30 pm. |
| 842 | UBER00076078 | 1/27/2017 | 6:28 AM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invitation for 1/27/2017 LiDAR update meeting at 12-12:30 pm. |
| 843 | UBER00076679 | 1/27/2017 | 6:28 AM | Google Calendar [calendar-notification@google.com] | David Richter | | | | Calendar File | Accepted calendar invitation for 1/27/2017 phone call with David Ritcher from 1:00-3:00pm regarding third party |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 844 | UBER00076680 | 1/27/2017 | 6:28 AM | Google Calendar [calendar-notification@google.com] | David Richter | | | | Calendar File | Calendar invitation for 1/27/2017 phone call with David Ritcher from 1:00-3:00pm regarding third party [redacted] |
| 845 | UBER00076687 | 1/27/2017 | 6:28 AM | Google Calendar [calendar-notification@google.com] | Jaime Anttonen | | | | Calendar File | Accepted calendar invitation for 1/27/2017 phone call with David Ritcher from 1:00-3:00pm regarding third party [redacted] |
| 846 | UBER00076688 | 1/27/2017 | 6:28 AM | Google Calendar [calendar-notification@google.com] | Jaime Anttonen | | | | Calendar File | Calendar invitation for 1/27/2017 phone call with David Ritcher from 1:00-3:00pm regarding third party [redacted] |
| 847 | | 1/27/2017 | 1:00 PM | Anthony Levandowski | David Richter; Brendan Mulligan | | | | Phone Call | 1/27/2017 phone call with Anthony Levandowski, David Ritcher, and Bendan Mulligan regarding third party [redacted] |
| 848 | UBER00076082 | 1/28/2017 | 7:24 PM | Anthony Levandowski | Bruno Hexsel; Michael Tocce; Sachin Patil; Zac Vawter | | | | E-Mail | Email regarding LiDAR localization. |
| 849 | UBER00076081 | 1/28/2017 | 9:06 PM | Anthony Levandowski | Zac Vawter | Michael Tocce; Bruno Hexsel; Sachin Patil | | | E-Mail | Email regarding LiDAR localization. |
| 850 | UBER00012299 | 1/28/2017 | 9:06 PM | Anthony Levandowski | Zac Vawter | Michael Tocce; Bruno Hexsel; Sachin Patil | | | E-Mail | Email regarding rotation estimation related to LiDAR. |
| 851 | UBER00012302 | 1/28/2017 | 8:22 PM | Zac Vawter | Anthony Levandowski | Michael Tocce; Bruno Hexsel; Sachin Patil | | | E-Mail | Email regarding LiDAR issues with Anthony Levandowski. |
| 852 | UBER00012292 | 1/30/2017 | 11:32 PM | Michael Tocce | Bruno Hexsel | Sachin Patil; Anthony Levandowski; Zac Vawter | | | E-Mail | Email regarding LiDAR issues with Anthony Levandowski. |
| 853 | UBER00076783 | 1/30/2017 | | Anthony Levandowski | Eric Meyhofer | | | San Francisco | Meeting (notes) | Notes from 1/30/2017 one-on-one meeting with Anthony Levandowski. |
| 854 | UBER00076779 | 2/1/2017 | | Anthony Levandowski | Raffi Krikorian; Shalin Mantri; Anthony Levandowksi; Drew Gray; Brian Bailey; David Stager; Claire Delaunay; Craig Quiter | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 2/1/2017 simulation meeting at 9:00-10:00am. |
| 855 | UBER00076774 | 2/1/2017 | | Shalin Mantri | | | | | Meeting (notes) | Meeting notes for 2/1/2017 simulation meeting at 9:00-10:00am. |
| 856 | UBER00065220 | 2/1/2017 | | Travis Kalanick | Travis Kalanick; Josh Andrews; Neil Stegall; Matt Sweeney; Matt Williams; Austin Geidt; Emil Micahel; David Richter; Anthony Levandowski; Lior Ron; Jeff Miller; Matt Burton; Raffi Krikorian; Noah Zych; Eric Meyhofer; Guatam Gupta; Sherif Marakby; Rajiv Krishnarao | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 2/1/2017 "birdhouse" meeting at 10:00pm. |
| 857 | UBER00098309 | 2/1/2017 | | Anthony Levandowski | Shalin Mantri | | | | E-Mail | Email regarding simulation platform for software. |
| 858 | UBER00098336 UBER00098337 UBER00098338 UBER00098339 | 2/1/2017 | 9:41 AM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages regarding meeting with Max Levandowski and [redacted]. |
| 859 | UBER00086658 | 2/1/2017 | 9:40 PM | Brendan Mulligan | [redacted] | Josh Andrews; [redacted] Anthony Levandowski; David Richter | | | E-Mail | Email regarding end user license agreement for [redacted] LiDAR system. |
| 860 | UBER00076780 | 2/2/2017 | | Shalin Mantri | Anthony Levandowski; David Stager; Claire Delaunay; Drew Gray; Chip DiBerardino; Brian Bailey; Raffi Krikorian; Lior Ron | | | | Calendar File | Calendar invitation for 2/2/2017 simulation meeting. |
| 861 | UBER00087052 | 2/4/2017 | 9:12 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages regarding RX PCB adapter and |

Waymo LLC v. Uber Technologies, Inc., et al; 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 862 | UBER00076181 | 2/3/2017 | 2:11 AM | Anthony Levandowski | Eric Meyhofer; Scott Boehmke | | | | E-Mail | Email regarding laser from third party ▇ |
| 863 | UBER00076183 | 2/3/2017 | 2:30 AM | Anthony Levandowski | Eric Meyhofer; Scott Boehmke | | | | E-Mail | Email regarding laser from third party ▇ |
| 864 | UBER00076075 | 2/3/2017 | 6:25 AM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | Lunch Tables | Calendar File | Accepted calendar invitation for 2/3/2017 LiDAR update meeting at 12-12:30 pm |
| 865 | UBER00076076 | 2/3/2017 | 6:25 AM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invitation for 2/3/2017 LiDAR update meeting at 12-12:30 pm. |
| 866 | UBER00076071 | 2/3/2017 | 9:53 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | E-Mail | Declined calendar invitation for 2/3/2017 LiDAR update meeting at 2-2:30 pm. |
| 867 | UBER00076072 | 2/3/2017 | 9:53 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invitation for 2/3/2017 LiDAR update meeting at 2-2:30 pm. |
| 868 | UBER00076216 | 2/4/2017 | 9:21 AM | Anthony Levandowski | David Stager | Don Burnette | | | E-Mail | Email regarding LiDAR sensor from third party |
| 869 | UBER00076327 | 2/4/2017 | 9:21 AM | Anthony Levandowski | David Stager | Don Burnette | | | E-Mail | Email regarding strategy for LiDAR sensors. |
| 870 | UBER00076218 | 2/4/2017 | 9:25 AM | Anthony Levandowski | David Stager | Don Burnette | | | E-Mail | Email regarding strategy for LiDAR sensors. |
| 871 | UBER00076122 | 2/4/2017 | 9:25 AM | Anthony Levandowski | Jeff Kiske | | | | E-Mail | Email regarding strategy for LiDAR sensors. |
| 872 | UBER00076178 | 2/4/2017 | 9:53 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding laser from third party ▇ |
| 873 | UBER00076172 | 2/4/2017 | 9:55 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding laser from third party ▇ |
| 874 | UBER00012290 | 2/4/2017 | 9:21 AM | Anthony Levandowski | David Stager | Don Burnette | | | E-Mail | Email regarding LiDAR blindspots. |
| 875 | UBER00076288 | 2/5/2017 | 4:40 AM | Anthony Levandowski | Eric Meyhofer | | | | E-Mail | Email regarding laser blooming. |
| 876 | UBER00076289 | 2/5/2017 | 4:40 AM | | | | | | Attachment | Attachment regarding laser blooming. |
| 877 | UBER00076722 | 2/6/2017 | 4:00 PM | Anthony Levandowski | David Richter; Brendan Mulligan; Josh Andrews; ▇ | | | | Phone Call | 2/6/2017 phone call with Anthony Levandowski, David Ritcher, Bendan Mulligan, and representatives from third party ▇ |
| 878 | UBER00076728 | 2/6/2017 | 4:18 PM | Google Calendar [calendar-notification@google.com] | Josh Andrews | | | | Calendar File | Calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇ |
| 879 | UBER00076729 | 2/6/2017 | 4:18 PM | ▇ | Josh Andrews | | | | Calendar File | Calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇ |
| 880 | UBER00076717 | 2/6/2017 | 4:20 PM | Google Calendar [calendar-notification@google.com] | Josh Andrews | | | | Calendar File | Calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇ |
| 881 | UBER00076718 | 2/6/2017 | 4:20 PM | David Richter | Josh Andrews; David Richter | | | | Calendar File | Calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇ |
| 882 | UBER00076719 | 2/6/2017 | 8:11 PM | Google Calendar [calendar-notification@google.com] | Josh Andrews | | | | Calendar File | Accepted calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇ |
| 883 | UBER00076721 | 2/6/2017 | 8:11 PM | Brendan Mulligan | Josh Andrews; Brendan Mulligan | | | | Calendar File | Accepted calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇ |
| 884 | UBER00076722 | 2/6/2017 | 9:20 PM | Google Calendar [calendar-notification@google.com] | Josh Andrews | | | | Calendar File | Accepted calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇. |
| 885 | UBER00076724 | 2/6/2017 | 9:20 PM | Anthony Levandowski | Josh Andrews; Anthony Levandowski | | | | Calendar File | Accepted calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▇ |
| 886 | | 2/6/2017 | | Anthony Levandowski | Andrew Beck; Jeff Miller; Ophir Samson; Lior Ron; Eric Meyhofer | | | 737 Harrison Street, San Francisco | Meeting | Meeting regarding ecosystem and platform for self-driving vehicles, including hardware standards. |
| 887 | UBER00076484 | 2/6/2017 | | Anthony Levandowski | Claire Delaunay; Mason Feldman; David Weikersdorfer; Raffi Krikorian; Ophir Samson; Jeff Miller | | | | Document | Document regarding competition for open source AI using camera and laser based driving. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|-----|------|------|------|-------------|--------------|-----|-----|-------|------|------|
| 888 | UBER00076725 | 2/7/2017 | 12:09 AM | Google Calendar [calendar-notification@google.com] | Josh Andrews | | | 737 Harrison Street, San Francisco | Calendar File | Accepted calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▮. |
| 889 | UBER00076727 | 2/7/2017 | 12:09 AM | SFO \| 737 Harrison - 01st Ohio (4) [uber.com_53464f3733748617272697 6f6e73743173744f68696f2d3137353731@resource.calendar.google.com] | Josh Andrews | SFO \| 737 Harrison - 01st Ohio (4) [uber.com_53464f3733748617272697 36f6e73743173744f68696f2d31373537 31@resource.calendar.google.com] | | 737 Harrison Street, San Francisco | Calendar File | Accepted calendar invitation for 2/6/2017 meeting at 4:00-5:00pm with representatives from third party ▮. |
| 890 | UBER00236570 UBER00236574 UBER00236575 UBER00236576 UBER00236577 UBER00236578 | 2/7/2017 | 11 24 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 891 | UBER00076278 | 2/7/2017 | 5:50 PM | Anthony Levandowski | Eric Meyhofer | | | | E-Mail | Email regarding strategy for LiDAR sensors. |
| 892 | UBER00012141 | 2/8/2017 | 7:00 PM | Dan Gruver | ▮ | James Haslim; Anthony Levandowski; ▮ | | | E-Mail | Email regarding future meeting between Anthony and ▮ for LiDAR demonstration. |
| 893 | UBER00012147 | 2/8/2017 | 11:24 PM | Dan Gruver | ▮ | James Haslim; Anthony Levandowski; ▮ | | | E-Mail | Email regarding future meeting between Anthony and ▮ for LiDAR demonstration. |
| 894 | UBER00012161 | 2/8/2017 | 5:42 PM | ▮ | James Haslim; Anthony Levandowski; Dan Gruver | ▮ | | | E-Mail | Email regarding future meeting between Anthony and ▮ for LiDAR demonstration. |
| 895 | UBER00012165 | 2/8/2017 | 10:21 PM | ▮ | Dan Gruver; ▮ | James Haslim; Anthony Levandowski; ▮ | | | E-Mail | Email regarding future meeting between Anthony and ▮ for LiDAR demonstration. |
| 896 | UBER00076710 | 2/9/2017 | 4:15 AM | Anthony Levandowski | David Richter | | | | E-Mail | Email regarding LiDAR renders. |
| 897 | UBER00076711 | 2/9/2017 | 4:15 AM | | | | | | Attachment | Attachment regarding LiDAR renders. |
| 898 | UBER00076712 | 2/9/2017 | 4:15 AM | | | | | | Attachment | Attachment regarding LiDAR renders. |
| 899 | UBER00076283 | 2/9/2017 | 8:25 PM | Anthony Levandowski | Eric Meyhofer | David Stager | | | E-Mail | Email regarding ▮ laser from third party |
| 900 | UBER00076171 | 2/9/2017 | 8:36 PM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding ladar data. |
| 901 | UBER00076190 | 2/9/2017 | 8:36 PM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding ladar data. |
| 902 | UBER00076180 | 2/9/2017 | 8:37 PM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding ladar data. |
| 903 | UBER00076290 | 2/9/2017 | 8:45 PM | Anthony Levandowski | Julie Viray | | | | E-Mail | Email regarding recruiting and job locations. |
| 904 | UBER00076037 | 2/9/2017 | 9:31 PM | Anthony Levandowski | Jim Baaden; Dave Meall; robot-direct-reports [robot-direct-reports@uber.com]; David Stager; Julie Viray | | | | E-Mail | Email regarding recruiting and job locations. |
| 905 | UBER00076165 | 2/9/2017 | 9:34 PM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding ladar data. |
| 906 | UBER00076197 | 2/9/2017 | 11:08 PM | Anthony Levandowski | Andrew Gray | | | | E-Mail | Email regarding LiDAR cameras. |
| 907 | UBER00076493 | 2/9/2017 | | Anthony Levandowski | Julie Viray | | | | Document | Document regarding recruiting and job locations. |
| 908 | UBER00065168 | 2/9/2017 | | Travis Kalanick | Travis Kalanick; David Richter; Jeremy Fine; Anthony Levandowski | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 2/9/2017 ATG presentation review meeting at 6:30-7:00pm. |
| 909 | UBER00063737 | 2/9/2017 | 6:20 PM | Google Calendar | Travis Kalanick | | | | E-Mail | Email regarding review of Anthony Levandowski ATG presentation. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 910 | UBER00012154 | 2/9/2017 | 1:46 AM | | Dan Gruver | [redacted]; James Haslim; Anthony Levandowski; [redacted] | | | E-Mail | Email regarding future meeting between Anthony and [redacted] for LiDAR demonstration. |
| 911 | UBER00012275 | 2/9/2017 | 9:18 PM | Scott Boehmke | Anthony Levandowski | | | | E-Mail | Email regarding pictures of [redacted] scan. |
| 912 | UBER00012279 | 2/9/2017 | 8:37 PM | Scott Boehmke | Anthony Levandowski | | | | E-Mail | Email regarding pictures of [redacted] scan. |
| 913 | | 2/9/2017 | 3:12 PM | Anthony Levandowski | Scott Boehmke | | | | Text Messages | Text messages regarding [redacted] point cloud image for use in a presentation. |
| 914 | UBER00076047 | 2/10/2017 | 9:40 PM | Anthony Levandowski | Jim Baaden | Dave Meall; David Stager; Julie Viray; robot-direct-reports [robot-direct-reports@uber.com] | | | E-Mail | Email regarding recruiting and job locations. |
| 915 | UBER00076435 | 2/10/2017 | | David Stager | David Stager; Brian Zajac; Don Burnette; Eric Meyhofer; Alicia Poling; Tony Stentz; Carl Wellington; Tom Petroff; Marc Leach | Anthony Levandowski; Raffi Krikorian | uber.com_50495435303333726453743 26e6431325643313935374272697469 7368477261 6e645072697 82d3532313 83130@resource.calendar.google.com | | Calendar File | Calendar invitation for 2/10/2017 meeting regarding Design Review of sensor plan at 4:00-5:00pm. |
| 916 | | 2/10/2017 | | Anthony Levandowski | Carl Wellington; Brian Zajac; David Stager; Don Burnette; Eric Meyhofer; Marc Leach; Tom Petroff; Tony Stentz | | | 50 33rd Street, Pittsburgh | Meeting | Meeting regarding design review and short range sensor plan. Anthony Levandowski joined the meeting over Zoom from San Francisco. |
| 917 | UBER00075861 | 2/10/2017 | 8:08 PM | | | | | | Notes | Notes from 2/10/2017 staff meeting discussing Reflex. |
| 918 | UBER00012271 | 2/10/2017 | 5:09 PM | Brian Zajac | Alicia Poling; Anthony Levandowski;Anthony Stentz; Carl Wellington; David Stager; Don Burnette; Eric Meyhofer; Marc Leach; Raffi Krikorian; Tom Petroff | | | | E-Mail | Email summarizing meeting regarding LiDAR with Anthony Levandowski. |
| 919 | UBER00012267 | 2/11/2017 | 2:30 PM | Eric Meyhofer | Brian Zajac | Alicia Poling; Anthony Levandowski;Anthony Stentz; Carl Wellington; David Stager; Don Burnette; Eric Meyhofer; Marc Leach; Raffi Krikorian; Tom Petroff | | | E-Mail | Email summarizing meeting regarding LiDAR with Anthony Levandowski and subsequent order cancellation. |
| 920 | UBER00012269 | 2/11/2017 | 12:42 PM | David Stager | athena@uberatc.com | | | | E-Mail | Email summarizing meeting regarding LiDAR with Anthony Levandowski and future meeting regarding reflex. |
| 921 | UBER00301500 | 2/13/2017 | 1:22 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding pucks. |
| 922 | | 2/13/2017 | 3:23 PM | Anthony Levandowski | Nancy Sun | | | | Text Message | Text message from Anthony Levandowski where Anthony gave direction regarding positioning of [redacted] |
| 923 | | 2/13/2017 | | [redacted] | Anthony Levandowski | | | | Text Message | Text message regarding progress and delivery for next [redacted] LiDAR system. |
| 924 | UBER00236583 UBER00236584 UBER00236585 UBER00236586 | 2/14/2017 | 10:59 AM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 925 | UBER00076388 | 2/14/2017 | 2:02 PM | Anthony Levandowski | Dan Gruver | | | | Calendar File | Declined calendar invitation for 2/14/2017 LiDAR update meeting at 10-10:30 pm. |
| 926 | UBER00076799 | 2/14/2017 | | Taylor Benson | Anthony Levandowski; Brian Cullinane; Mat Henley; Nick Gicinto; Susan Chiang; Lior Ron | | | 555 Market Street, San Francisco | Calendar File | Calendar invitation for 2/14/2017 meeting at 2:00-2:30pm. |
| 927 | UBER00086667 | 2/14/2017 | | [redacted] | Anthony Levandowski | Anthony Levandowski | | | E-Mail | Email regarding feature update to [redacted] LiDAR system. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. Nos. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 928 | UBER00076804 | 2/15/2017 | | Kim Fennell | Anthony Levandowski; Brian McClendon; Kim Fennell; Manik Gupta; Michael Tocce; Michael Weiss-Malik; Lior Ron; Linda Nellis | | | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 2/15/2017 meeting with third party vendor ▮ (invited representatives Harold Goddijn, Anders Truelsen, and Willem Strijbosh) regarding LiDAR data and data processing at 3:30-5:00pm. |
| 929 | UBER00012263 | 2/15/2017 | 9:44 PM | Eric Meyhofer | Scott Boehmke | Anthony Levandowski | | | E-Mail | Email regarding ▮r and LADAR calibration with Anthony Levandowski. |
| 930 | UBER00012478 | 2/15/2017 | 12:39 PM | Scott Boehmke | Eric Meyhofer; Anthony Levandowski | | | | E-Mail | Email regarding Luminar and LADAR calibration with Anthony Levandowski. |
| 931 | UBER00086676 | 2/15/2017 | | Austin Russell [Luminar] | | Anthony Levandowski | | | E-Mail | Email regarding feature update to Luminar LiDAR system. |
| 932 | UBER00076187 | 2/16/2017 | 6:37 AM | Anthony Levandowski | Eric Meyhofer | Scott Boehmke | | | E-Mail | Email regarding ladar and sensor from third party ▮ |
| 933 | UBER00076174 | 2/16/2017 | 6:38 AM | Anthony Levandowski | Eric Meyhofer | Scott Boehmke | | | E-Mail | Email regarding ladar and sensor from third party ▮ |
| 934 | UBER00236593 | 2/16/2017 | 3:16 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Text Message | Text message with Anthony Levandowski regarding third party ▮ LiDAR. |
| 935 | UBER00076323 | 2/16/2017 | 6:25 PM | Anthony Levandowski | Justin Kintz; Jeff Miller; Sherif Marakby; Eric Meyhofer | Travis Kalanick | | | E-Mail | Email regarding communication with Kyle Vogt from third party Cruise. |
| 936 | UBER00076225 | 2/16/2017 | 6:25 PM | Anthony Levandowski | Justin Kintz; Jeff Miller; Sherif Marakby; Eric Meyhofer | Travis Kalanick | | | E-Mail | Email regarding 2/16/17 meeting with Kyle Vogt from Cruise. |
| 937 | UBER00063730 | 2/16/2017 | 6:25 PM | Anthony Levandowski | Justin Kintz; Jeff Miller; Sherif Marakby | Travis Kalanick | | | E-Mail | Email regarding laser development in market. |
| 938 | UBER00012255 | 2/16/2017 | 6:38 AM | Anthony Levandowski | Eric Meyhofer | Scott Boehmke | | | E-Mail | Email regarding ▮ laser. |
| 939 | UBER00301508 UBER00301509 UBER00301510 UBER00301511 UBER00301512 UBER00301513 UBER00301514 UBER00301515 UBER00301516 UBER00301517 UBER00301518 UBER00301519 UBER00301520 UBER00301521 UBER00301522 UBER00301523 | 2/16/2017 | 7:02 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding laser. |
| 940 | UBER00012251 | 2/16/2017 | 9:54 PM | Matt Sweeney | Eric Meyhofer; Scott Boehmke; Chelsea Maughan Kohler | Eric Meyhofer; Anthony Levandowski | | | E-Mail | Email referencing that Anthony mentioned new LiDAR they were characterizing. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA   Document 2510-28   Filed 01/19/18   Page 53 of 68
Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 941 | UBER00098347 UBER00098348 UBER00098349 UBER00098350 UBER00098351 UBER00098352 UBER00098353 UBER00098354 UBER00098355 UBER00098356 UBER00098357 UBER00098358 UBER00098359 UBER00098360 UBER00098361 UBER00098362 UBER00098363 UBER00098364 UBER00098365 UBER00098366 UBER00098367 | 2/16/2017 | 11:25 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages regarding LiDAR prototype. |
| 942 | UBER00076073 | 2/17/2017 | 8:02 PM | Anthony Levandowski | Adam Kenvarg | | | Lunch Tables | Calendar File | Accepted calendar invitation to 2/17/2017 LiDAR update meeting at 12-12:30 pm. |
| 943 | UBER00076074 | 2/17/2017 | 8:02 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invitation to 2/17/2017 LiDAR update meeting at 12-12:30 pm. |
| 944 | | 2/17/2017 | 2:55 PM | Anthony Levandowski | Adam Kenvarg | | | | Text Message | Text message where Anthony Levandowski states that he will be attending LiDAR lunch |
| 945 | UBER00076331 | 2/18/2017 | 2:41 AM | Anthony Levandowski | Emil Michael | | | | E-Mail | Email regarding 2/16/17 meeting with Kyle Vogt from Cruise. |
| 946 | UBER00076060 | 2/18/2017 | 7:34 AM | Anthony Levandowski | Amit Singhal; Manik Gupta | | | | E-Mail | Email regarding 2/16/17 meeting with Kyle Vogt from Cruise. |
| 947 | UBER00301539 UBER00301540 UBER00301541 UBER00301542 | 2/20/2017 | 9 18 PM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski attaching testing videos. |
| 948 | UBER00076329 | 2/21/2017 | 12:46 AM | Anthony Levandowski | Chelsea Kohler | | | | E-Mail | Email regarding LiDAR video. |
| 949 | UBER00076038 | 2/21/2017 | 6:25 AM | Anthony Levandowski | Lior Ron | | | | E-Mail | Email regarding LiDAR data and third party |
| 950 | UBER00076275 | 2/21/2017 | 12:39 PM | Anthony Levandowski | Eric Meyhofer | | | | E-Mail | Email regarding free space detector. |
| 951 | UBER00012724 | 2/21/2017 | 10:05 PM | Adam Kenvarg | Otto MechEs [Ottomes@uber.com] | | | | E-Mail | Email with notes from February 21, 2017 meeting with Anthony and Eric regarding LiDAR. |
| 952 | | September 2015 | | Anthony Levandowski | Cameron Poetzscher | | | | Meeting | Meeting with Anthony Levandowski regarding potential purchase of lasers. |
| 953 | | Just after September 2015 | | Anthony Levandowski | Nina Qi | | | | Meetings | Meetings with Anthony Levandowski regarding potential purchase of lasers. |
| 954 | | Just after September 2015 | | Cameron Poetzscher; Brian McClendon; Nina Qi | | | | | Meeting | Meeting discussing outreach by Anthony Levandowski to Brian McClendon regarding LiDAR company and potential investment. |
| 955 | | October 2015 | | Anthony Levandowski | Brian McClendon | | | | Meeting | Meeting with Anthony Levandowski discussing potential involvement with Uber on LiDAR. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc. et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 956 | | Before August 2016 | | Anthony Levandowski | Lior Ron | | | | One-on-one conversations | Conversations with Anthony Levandowski where Anthony mentioned LiDAR, in connection with setting of milestones for payment related to the transaction. |
| 957 | | Before August 2016 | | Anthony Levandowski | Don Burnette | | | The Rails 100 Mayfield Ave, Mountain View; Cowper Street, Palo Alto; 737 Harrison Street, San Francisco | One-on-one conversations | Conversations with Anthony Levandowski where Anthony mentioned LiDAR , including while Mr. Levandowski and Mr. Burnette were Google employees. Likely also had conversations with Anthony Levandowski where Anthony mentioned LiDAR at Cowper Street or 737 Harrison Street while Otto employees, but has no independent recollection of any specific conversation. |
| 958 | | Before August 2016 | | Anthony Levandowski | Claire Delaunay | | | The Rails 100 Mayfield Ave, Mountain View; Cowper Street, Palo Alto; 737 Harrison Street, San Francisco | One-on-one conversations | Conversations with Anthony Levandowski where Anthony mentioned LiDAR , including general discussion of use of LiDAR in work while Mr. Levandowski and Ms. Delaunay were Google employees. Likely also had meetings with Anthony Levandowski where Anthony mentioned LiDAR at Cowper Street or 737 Harrison Street while Otto employees, but has no independent recollection of any specific meeting. |
| 959 | | Before August 2016 | | Anthony Levandowski | David Weikersdorfer | | | | One-on-one conversations | Conversations with Anthony Levandowski where Anthony mentioned LiDAR . |
| 960 | | Before August 2016 | | Anthony Levandowski | George Lagui | | | Cowper Street, Palo Alto | One-on-one conversations | Impromptu conversations with Anthony Levandowski where Anthony mentioned LiDAR. No independent recollection of any specific meeting. |
| 961 | | Before August 2016 | | Anthony Levandowski | Nancy Sun | | | 737 Harrison Street, San Francisco | One-on-one conversations | Conversations with Anthony Levandowski where Anthony mentioned LiDAR, including one conversation regarding selection of electrical CAD tool for electrical engineering team for use on boards that would support LiDAR |
| 962 | | Before August 2016 | | Anthony Levandowski | James Haslim | | | | Phone Calls | Phone call from Anthony Levandowski regarding LiDAR on personal cell phone. |
| 963 | | Spring 2016 | | Anthony Levandowski | Carl Wellington; Brian Zajac; Scott Boehmke | | | 3011 Smallman, Pittsburgh | Meeting | Meeting regarding NextGen layout and requirements. |
| 964 | | March 2016 | | Anthony Levandowski | Brian McClendon | | | | Phone Calls | May have had phone calls with Anthony Levandowski where Anthony mentioned LiDAR. |
| 965 | | March or April 2016 | | Anthony Levandowski | Dan Ratner; Thomas Smith | | | Cowper Street, Palo Alto | Conversation | Conversation regarding LiDAR component. |
| 966 | | March or April 2016 | | Anthony Levandowski | Somchaya Liemhetcharat and others | | | Pittsburgh | Meeting | May have had meeting with Anthony Levandowski where Anthony mentioned LiDAR. |
| 967 | | April 2016 | | Anthony Levandowski | Gaetan Pennecot | | | | Conversation | Conversation with Anthony Levandowski regarding leadership over FAC lens project. |
| 968 | | Early May 2016 | | Anthony Levandowski | Scott Boehmke; Dan Gruver; Dan Ratner | | | 737 Harrison Street, San Francisco | Meeting | Meeting with Anthony Levandowski regarding development of LiDAR sensor. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

53

Case 3:17-cv-00939-WHA Document 2510-28 Filed 01/19/18 Page 55 of 68

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 510]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 969 | | May 2016 | | Anthony Levandowski | James Haslim | | | | Conversation | Weekly conversations with Anthony Levandowski that likely involved discussion of LiDAR status. |
| 970 | | May 2016 | | Anthony Levandowski | Brian Zajac; Carl Wellington; Robert Doll; John Bares; and others | | | Pittsburgh | Meeting | Meeting regarding laser specifications. |
| 971 | | May 2016 | | Anthony Levandowski | Ben Becker; James Haslim; and others | | | 737 Harrison Street, San Francisco | Meeting | Meeting with former employees of Tyto LiDAR. |
| 972 | | May or June 2016 | | Anthony Levandowski | Filip Trojanek and others | | | 737 Harrison Street, San Francisco | Meeting | Conversation with Anthony Levandowski related to work mounting sensors on vehicle. |
| 973 | | May to November 2016 | | Anthony Levandowski | Adam Kenvarg; James Haslim; Florin Ignatescu; Dan Gruver; Dan Ratner; Gaetan Pennecot; Mike Karasoff; Nancy Sun; and potentially others | | | 737 Harrison Street, San Francisco | Meetings (recurring) | Weekly LiDAR team meetings with attendance by Anthony Levandowski on approximately two occasions in May/June 2016 and October 2016. |
| 974 | | May to November 2016 | | Anthony Levandowski | Thomas Smith | | | 737 Harrison Street, San Francisco | One-on-one conversation | Conversation regarding power systems for LiDAR. |
| 975 | | June 2016 | | Anthony Levandowski | Mike Karasoff; James Haslim; Nancy Sun; and potentially others | | | 737 Harrison Street, San Francisco | Meeting | Meeting regarding timing and receiver boards. |
| 976 | | June or July 2016 | | Anthony Levandowski | Eric Berdinis and others | | | Fishbowl, 737 Harrison Street, San Francisco | Meeting | Meeting with team leads regarding LiDAR use on vehicles. |
| 977 | | June or July 2016 | | Anthony Levandowski | Claire Delaunay; James Haslim; David Weikersdorfer; and potentially others from Otto hardware team. | | | 737 Harrison Street, San Francisco | Meetings | Meetings regarding LiDAR installation on vehicle. |
| 978 | | June or July 2016 | | Anthony Levandowski | Mike Karasoff | | | 737 Harrison Street, San Francisco | One-on-one conversation | Conversation with Anthony Levandowski regarding link between board and model. |
| 979 | | August 2016 | | Anthony Levandowski | Gus Fuldner | | | 737 Harrison Street, San Francisco | One-on-one conversation | May have had conversation with Anthony Levandowski where Anthony mentioned LiDAR during tour of truck. |
| 980 | | Summer 2016 | | Anthony Levandowski | Dan Ratner; Mike Karasoff | | | 737 Harrison Street, San Francisco | Conversation | Conversation with Anthony Levandowski regarding light pumps, in person at Dan Ratner's desk. |
| 981 | | Summer 2016 | | Anthony Levandowski | Gaetan Pennecot | | | | Conversation | Conversation with Anthony Levandowski regarding receipt of FAC lenses. |
| 982 | | September 2016 | | Anthony Levandowski | Otto engineer team | | | 737 Harrison Street, San Francisco | Meetings | Meetings regarding demonstration truck and LiDAR. |
| 983 | | June or July 2016 | | Anthony Levandowski | Mike Karasoff | | | 737 Harrison Street, San Francisco | One-on-one conversation | Conversation with Anthony Levandowski regarding link between board and model. |
| 984 | | October 2016 | | Anthony Levandowski | Dan Ratner | | | 737 Harrison Street, San Francisco | One-on-one conversation | Conversation with Anthony Levandowski regarding CAD models, in person at Dan Ratner's desk. |
| 985 | | October or November 2016 | | Anthony Levandowski | Brian Zajac; Eric Meyhofer; and others | | | 50 33rd Street, Pittsburgh | Meeting | Meeting regarding discussion of Uber ATG needs and LiDAR development by third party manufacturer/supplier. |
| 986 | | October or November 2016 | | Anthony Levandowski | Philipp Haban | | | 50 33rd Street, Pittsburgh | One-on-one conversation | Conversation regarding LiDAR design. |
| 987 | | October or November 2016 | | Anthony Levandowski | Michael Tocce and others | | | 737 Harrison Street, San Francisco | Conversation | Conversation regarding LiDAR team support. |
| 988 | | November or December | | Anthony Levandowski | Mike Karasoff | | | 737 Harrison Street, San Francisco | Conversation | Conversation regarding LiDAR scan. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 431]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 989 | | December 2016 | | Anthony Levandowski | John Bares | | | | Meeting | Meeting regarding potential supply agreement for lasers. |
| 990 | | Fall 2016 | | Anthony Levandowski | Carl Wellington; Brian Zajac; Scott Boehmke | | | 3011 Smallman, Pittsburgh | Meetings | Meetings regarding changes to LiDAR system. |
| 991 | | Fall 2016 | | Anthony Levandowski | Carl Wellington; Brian Zajac; Scott Boehmke | | | | Phone Calls | Phone calls regarding changes to LiDAR system. |
| 992 | | Late 2016 | | Anthony Levandowski | Gus Fuldner | | | 1455 Market Street, San Francisco | One-on-one conversation | Conversation regarding LiDAR and insurance. |
| 993 | | Early 2017 | | Anthony Levandowski | David Richter; Jeff Miller; Ophir Samson; and others | | | 1455 Market Street, San Francisco | Meetings | Meetings regarding ▇▇▇ from third party ▇▇▇ |
| 994 | | Early 2017 | | Anthony Levandowski | Ophir Samson | | | 1455 Market Street, San Francisco | One-on-one conversation | Conversations regarding ▇▇▇ from third party ▇▇▇ at Ophir Samson's desk. |
| 995 | | Early 2017 | | Anthony Levandowski | David Richter | | | | Phone Calls; Text Messages | Phone calls and text messages regarding ▇▇▇ sensors from third party ▇▇▇ on personal cell phone.  Mr. Richter no longer has recollected text messages on personal cell phone. |
| 996 | | Early 2017 | | Anthony Levandowski | Don Burnette | | | | One-on-one conversations | May have had approximately five conversations regarding LiDAR.  No recollection of any specific conversation. |
| 997 | | January or February 2017 | | Anthony Levandowski | Carlos Vallespi-Gonzalez | | | 50 33rd Street, Pittsburgh | One-on-one conversation | Lunch meeting conversation regarding use of LiDAR in weather. |
| 998 | | January 2017 | | Anthony Levandowski | Carl Wellington | | | 50 33rd Street, Pittsburgh | One-on-one conversation | Impromptu conversation with Anthony Levandowski, including picture of point cloud from ▇▇▇ LiDAR. |
| 999 | | January 2017 | | Anthony Levandowski | Carl Wellington | | | Denver International Airport | Meeting | Meeting regarding LiDAR system and coverage. |
| 1000 | | January 2017 | | Anthony Levandowski | Brian Zajac | | | | Text Messages | May have had text messages from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone.  Mr. Zajac no longer has recollected text messages on personal cell phone. |
| 1001 | | February 2017 | | Anthony Levandowski | Carl Wellington; Scott Boehmke; Dan Tascione | | | | Meeting | Meeting discussing ▇▇▇ LiDAR specifications and capabilities. |
| 1002 | | February 2017 | | Anthony Levandowski | Carl Wellington; Scott Boehmke; Dan Tascione | | | | Document | Document reflecting discussion in comments regarding ▇▇▇ LiDAR specifications and capabilities. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1003 | UBER00065221 | 2/23/2017 | | Travis Kalanick | Travis Kalanick; Eric Meyhofer; Neil Stegall; Matt Burton; Rajiv Krishnarao; David Richter; Lior Ron; Raffi Krikorian; Anthony Levandowski; bwest@xchangeleasing.com; Claire Delaunay; Jeff Miller; Austin Geidt; Matt Williams; Gautam Gupta; Jeremy Fine; talwar@xchangeleasing.com; Emil Michael; Matt Sweeney; Sherif Marakby; Noah Zych | | SFO | 1455 Market - 04th War Room (12) (R) [uber.com_37383738353931 2d313330 @resource.calendar.google.com] | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 2/23/17 Birdhouse Jam meeting at 12:30-2:30am. |
| 1004 | UBER00098292 | 2/23/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 2/23/2017 Lidar TPM/Status meeting. |
| 1005 | | 2/24/2017 | 6:00 PM | Ognen Stojanovski | Anthony Levandowski | | | | Text Message | Text message from Ognen Stojanovski regarding videos with LiDAR team and requesting phone call with Anthony Levandowski. |
| 1006 | UBER00011465 | 2/24/2017 | 9:15 PM | Gaetan Pennecot | Anthony Levandowski | | | | E-Mail | Email regarding Fuji data. |
| 1007 | UBER00011466 | 2/24/2017 | 9:15 PM | | | | | | Attachment | Attachment regarding Fuji data. |
| 1008 | UBER00011467 | 2/24/2017 | 9:15 PM | | | | | | Attachment | Attachment regarding Fuji data. |
| 1009 | UBER00011468 | 2/24/2017 | 9:15 PM | | | | | | Attachment | Attachment regarding Fuji data. |
| 1010 | UBER00011469 | 2/24/2017 | 9:15 PM | | | | | | Attachment | Attachment regarding Fuji data. |
| 1011 | UBER00011470 | 2/24/2017 | 9:15 PM | | | | | | Attachment | Attachment regarding Fuji data. |
| 1012 | UBER00011471 | 2/24/2017 | 9:15 PM | | | | | | Attachment | Attachment regarding Fuji data. |
| 1013 | UBER00011472 | 2/24/2017 | 9:15 PM | | | | | | Attachment | Attachment regarding Fuji data. |
| 1014 | UBER00086647 | 2/24/2017 | 10:22 PM | Anthony Levandowski | Lior Ron | | | | E-Mail | Email regarding Fuji lens data. |
| 1015 | UBER00086648 | 2/24/2017 | 10:22 PM | | | | | | Attachment | Attachment regarding Fuji lens data. |
| 1016 | UBER00086649 | 2/24/2017 | 10:22 PM | | | | | | Attachment | Attachment regarding Fuji lens data. |
| 1017 | UBER00086650 | 2/24/2017 | 10:22 PM | | | | | | Attachment | Attachment regarding Fuji lens data. |
| 1018 | UBER00086651 | 2/24/2017 | 10:22 PM | | | | | | Attachment | Attachment regarding Fuji lens data. |
| 1019 | UBER00086652 | 2/24/2017 | 10:22 PM | | | | | | Attachment | Attachment regarding Fuji lens data. |
| 1020 | UBER00086653 | 2/24/2017 | 10:22 PM | | | | | | Attachment | Attachment regarding Fuji lens data. |
| 1021 | UBER00086654 | 2/24/2017 | 10:22 PM | | | | | | Attachment | Attachment regarding Fuji lens data. |
| 1022 | | 2/24/2017 | | Anthony Levandowski | | | | 737 Harrison, San Francisco 50 33rd Street, Pittsburgh Zoom | Meeting | ATG all hands meeting, including presentation by Anthony Levandowski from 737 Harrison regarding LiDAR. |
| 1023 | | Around 2/24/2017 | | Anthony Levandowski; Lior Ron | Jessica Yox; James Haslim | | | 737 Harrison, San Francisco | Conversation | Conversation with Anthony Levandowski and Lior Ron regarding video of equipment used to calibrate LiDAR. |
| 1024 | UBER00069520 | 2/25/2017 | 7:19 AM | Shalin Mantri | Anthony Levandowski;Travis Kalanick | | | | E-Mail | Email regarding 2/24/2017 ATG all hands meeting and presentation by Anthony regarding LiDAR. |
| 1025 | UBER00086642 | 2/26/2017 | 1:44 PM | Anthony Levandowski | | | | | Document | Document regarding 2/27/17 Mobile World Congress keynote, including discussion of laser and camera technology. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1026 | UBER00086531 | 2/26/2017 | 6:41 PM | Anthony Levandowski | Shari Doherty | | | | E-Mail | Email regarding 2/27/17 Mobile World Congress keynote, including discussion of laser and camera technology. |
| 1027 | UBER00065245 | 2/27/2017 | 2:33 AM | Anthony Levandowski | Shalin Mantri; Travis Kalanick | | | | E-Mail | Email regarding ATG all hands meeting, including presentation by Anthony Levandowski regarding LiDAR. |
| 1028 | UBER00098303 | 2/27/2017 | 6:34 PM | Dan Gruver | Sarah Abboud | Mason Feldman | | | E-Mail | Email regarding LiDAR R&D slides for ATG all hands presentation by Anthony Levandowski. |
| 1029 | UBER00086495 | 3/1/2017 | 3:10 AM | Anthony Levandowski | Carl Wellington; Tony Stentz | Tony Stentz; Carl Wellington; David Stager; Don Burnette; John Bares; Tom Petroff | | | E-Mail | Email regarding report on virtual bumper events relating to pedestrians and laser points. |
| 1030 | UBER00065573 | 3/1/2017 | 3:45 AM | Anthony Levandowski | atg-fte@uber.com | Travis Kalanick | | | E-Mail | Email regarding city deployment update referencing ▌▌▌ LiDAR blueprint and planner tuning, builds, and testing. |
| 1031 | UBER00086497 | 3/2/2017 | 1:43 AM | Anthony Levandowski | David Richter | Lior Ron | | | E-Mail | Email regarding TetraVue LiDAR. |
| 1032 | UBER00087056 UBER00087057 UBER00087058 UBER00087059 UBER00087060 | 3/2/2017 | 10:38 AM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages from Anthony Levandowski regarding ▌▌▌ lasers on personal cell phone. |
| 1033 | UBER00098292 | 3/2/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 3/2/2017 Lidar TPM/Status meeting. |
| 1034 | UBER00098305 | 3/3/2017 | 4:36 PM | Sonny Saldua | Rhian Morgan | Mason Feldman; Dan Gruver; Eyal Cohen; James Haslim; Lior Ron; Nancy Sun; Soren Juelsgaard; Thomas Smith | | | E-Mail | Email regarding LiDAR sync including reference to future communication between Anthony Levandowski, Lior Ron, and Sonny Saldua. |
| 1035 | UBER00086517 | 3/8/2017 | 8:31 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 3/10/17 LiDAR update meeting at 12:00-12:30pm. |
| 1036 | UBER00086518 | 3/8/2017 | 8:31 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 3/10/17 LiDAR update meeting at 12:00-12:30pm. |
| 1037 | UBER00065202 | 3/8/2017 | | Travis Kalanick | Travis Kalanick; Jeff Miller; Matt Burton; Don Burnette; Paw Andersen; Josh Andrews; Jeremy Fine; Emil Michael; Rajiv Krishnarao; Anthony Levandowski; Eric Meyhofer; Brian Cullinane; David Richter; Neil Stegall; Matt Williams; Noah Zych; Austin Geidt; Betsy Masiello | | SFO | 1455 Market - 04th War Room (12) (R) [uber.com_37383738353931 2d313330 @resource.calendar.google.com] | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 3/8/17 Birdhouse Jam meeting at 10:30pm-12:30am. |
| 1038 | UBER00065203 | 3/8/2017 | | Travis Kalanick | Travis Kalanick; David Richter; Matt Burton; Don Burnette; Austin Geidt; Paw Andersen; Emil Michael; Brian Cullinane; Anthony Levandowski; Jeremy Fine; Neil Stegall; Jeff Miller; Eric Meyhofer; Matt Williams; Betsy Masiello; Noah Zych; Rajiv Krishnarao; Josh Andrews | | SFO | 1455 Market - 04th War Room (12) (R) [uber.com_37383738353931 2d313330 @resource.calendar.google.com] | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 3/8/17 Birdhouse Jam meeting at 10:30pm-12:30am. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 427]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1039 | UBER00086492 | 3/9/2017 | 1:19 PM | Anthony Levandowski | Michael Karasoff | James Haslim | | | E-Mail | Email regarding Fuji proto build update. |
| 1040 | UBER00098292 | 3/9/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 3/9/2017 Lidar TPM/Status meeting. |
| 1041 | UBER00098368 UBER00098369 UBER00098370 UBER00098371 UBER00098372 | 3/10/2017 | 12:53 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with photo from Anthony Levandowski related to LiDAR on personal cell phone. |
| 1042 | UBER00087026 UBER00087027 UBER00087028 UBER00087029 UBER00087030 | 3/10/2017 | 2:38 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with photo from Anthony Levandowski related to LiDAR on personal cell phone. |
| 1043 | | 3/10/2017 | | Anthony Levandowski | | | | Palo Alto | Meeting | Uber Technology Day at at Palo Alto office, including keynote speech by Anthony Levandowski regarding self-driving vehicles and LiDAR technology. |
| 1044 | UBER00086588 | 3/12/2017 | 7:57 AM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | Calendar File | Declined calendar invite for 3/14/17 LiDAR standup meeting at 10:00-10:30am. |
| 1045 | UBER00065491 | 3/13/2017 | 5:10 PM | Google Calendar [calendar-notification@google.com] | Anthony Levandowski | | | 50 33rd Street, Pittsburgh | Calendar File | Accepted calendar invite for 3/13/17 AL leads meeting at 12:00-12:30pm. |
| 1046 | UBER00065510 | 3/13/2017 | 6:05 PM | Google Calendar [calendar-notification@google.com] | Anthony Levandowski | | | 50 33rd Street, Pittsburgh | Calendar File | Accepted calendar invite for 3/13/17 AL leads meeting at 2:00-2:30pm. |
| 1047 | UBER00065522 | 3/14/2017 | 3:37 PM | Google Calendar [calendar-notification@google.com] | Anthony Levandowski | | | 1455 Market Street, San Francisco  50 33rd Street, Pittsburgh  737 Harrison Street, San Francisco | Calendar File | Declined calendar invite for 3/28/17 ATG Staff Meeting at 11:00am-12:00pm. |
| 1048 | UBER00065533 | 3/14/2017 | 3:37 PM | Google Calendar [calendar-notification@google.com] | Anthony Levandowski | | | 1455 Market Street, San Francisco | Calendar File | Accepted calendar invite for 3/28/17 ATG Staff Meeting at 11:00am-12:00pm. |
| 1049 | UBER00012238 | 3/15/2017 | 7:40 PM | Rajiv Krishnarao | Anthony Levandowski; Eric Meyhofer | | | | E-Mail | Email regarding ███ LiDAR purchase in response to email from Anthony Levandowski. |
| 1050 | UBER00012249 | 3/15/2017 | 7:46 PM | Anthony Levandowski | Eric Meyhofer; Rajiv Krishnarao | | | | E-Mail | Email regarding ███ platform and lasers. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al. No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|-----|------|------|------|-------------|--------------|----|-----|-------|------------|-------------------|
| 1051 | UBER00065269 | 3/15/2017 | 8:13 PM | Anthony Levandowski | Travis Kalanick | | | | E-Mail | Email regarding 2017 OKRs referencing objectives for ███ LiDAR build rates and prototype vehicles. |
| 1052 | | 3/15/2017 | | Anthony Levandowski | Chengjie Zhang; Lisa Weitekamp; Michael Weiss-Malik; Travis Kalanick; Bob Hansen; Jeffy Johns; Nikhil Murarka; Hersh Mehta; Robert Zlot; Gordon Bailey; Dmytro Konobrytskyi | | | Butcher and The Rye, 212 6th Street, Pittsburgh | | AV MAPS team dinner, including discussion regarding LiDAR development. |
| 1053 | UBER00087061 UBER00087062 | 3/16/2017 | 11:11AM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Fuji channels on personal cell phone. |
| 1054 | UBER00086519 | 3/16/2017 | 6:13 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 3/17/17 LiDAR update meeting at 12:00-12:30pm. |
| 1055 | UBER00086520 | 3/16/2017 | 6:13 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 3/17/17 LiDAR update meeting at 12:00-12:30pm. |
| 1056 | UBER00098292 | 3/16/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 3/16/2017 Lidar TPM/Status meeting. |
| 1057 | UBER00087063 UBER00087064 UBER00087065 | 3/17/2017 | 3:50 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding Fuji channels and point cloud on personal cell phone. |
| 1058 | UBER00086513 | 3/17/2017 | 5:27 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 3/17/17 LiDAR update meeting at 12:00-12:30pm. |
| 1059 | UBER00086514 | 3/17/2017 | 5:27 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 3/17/17 LiDAR update meeting at 12:00-12:30pm. |
| 1060 | UBER00012245 | 3/17/2017 | 5:55 PM | Jeff Miller | Brian Zajac | Ophir Samson; Anthony Levandowski | | | E-Mail | Email regarding ███ LiDAR purchase and 3/13/2017 meeting with Anthony Levandowski |
| 1061 | UBER00086538 | 3/20/2017 | 6:05 AM | Google Calendar [calendar-notification@google.com] | David Stager | | | | Calendar File | Accepted calendar invite for 3/20/17 Fuji laser presentation at 7:00-8:00pm. |
| 1062 | UBER00086541 | 3/20/2017 | 6:05 AM | Anthony Levandowski | David Stager | Anthony Levandowski | | | Calendar File | Calendar invite for 3/20/17 Fuji laser presentation at 7:00-8:00pm. |
| 1063 | UBER00086542 | 3/20/2017 | 6:05 AM | Google Calendar [calendar-notification@google.com] | David Stager | | | | Calendar File | Accepted calendar invite for 3/20/17 dinner with truck team, freight team, laser team, and PIT crew, including conversation related to LiDAR, at 9:00-11:00pm. |
| 1064 | UBER00086546 | 3/20/2017 | 6:05 AM | Anthony Levandowski | David Stager | Anthony Levandowski | | | Calendar File | Calendar invite for 3/20/17 dinner with truck team, freight team, laser team, and PIT crew, including conversation related to LiDAR, at 9:00-11:00pm. |
| 1065 | | 3/20/2017 | | Anthony Levandowski | | | | 555 Market Street, San Francisco | Meeting | Fuji LiDAR leadership presentation for autonomy teams, including responses by Anthony Levandowski to questions from other audience members. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1066 | UBER00087066 UBER00087067 UBER00087068 UBER00087069 UBER00087070 UBER00087071 UBER00087072 | 3/21/2017 | 8:42 AM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski and photos related to LiDAR design on personal cell phone. |
| 1067 | UBER00087073 UBER00087074 UBER00087075 | 3/21/2017 | 12:48 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski and photos related to LiDAR and point cloud on personal cell phone. |
| 1068 | UBER00087076 UBER00087077 UBER00087078 | 3/22/2017 | 4:51 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski and photos related to LiDAR and point cloud on personal cell phone. |
| 1069 | UBER00065204 | 3/22/2017 | | Travis Kalanick | Travis Kalanick; Jeff Miller; Paw Andersen; Neil Stegall; Don Burnette ; Matt Williams; Jeremy Fine; Josh Andrews; Matt Burton; Anthony Levandowski; Eric Meyhofer; Rajiv Krishnarao; Ophir Samson; Emil Michael; David Richter; Noah Zych; Austin Geidt; Betsy Masiello; Brian Cullinane | | SFO | 1455 Market - 04th War Room (12) (R) [uber.com_37383738353931312d313330 @resource.calendar.google.com] | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 3/22/17 Birdhouse Jam meeting, including discussing of LiDAR purchases and canonical routes, at 8:00-10:00pm. |
| 1070 | UBER00098298 | 3/22/2017 | | Jeremy Fine | | | | | Meeting (notes) | Notes from 3/22/17 Birdhouse Jam meeting, including discussing of LiDAR purchases and canonical routes. |
| 1071 | UBER00086507 | 3/23/2017 | 7:38 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 3/24/17 LiDAR update meeting at 12:00-12:30pm. |
| 1072 | UBER00086508 | 3/23/2017 | 7:38 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 3/24/17 LiDAR update meeting at 12:00-12:30pm. |
| 1073 | UBER00087079 UBER00087080 UBER00087081 UBER00087082 UBER00087083 UBER00087084 UBER00087085 UBER00087086 UBER00087087 UBER00087088 UBER00087089 | 3/24/2017 | 10:30 AM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski and photos related to LiDAR on personal cell phone. |

Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1074 | UBER00086625 | 3/25/2017 | 12:48 PM | Anthony Levandowski | | | | | Document | Draft document regarding ATG organizational structure and operations, referencing organization of laser teams working on LIDAR solutions as well as other autonomous vehiclce development teams. |
| 1075 | UBER00065176 | 3/28/2017 | | Travis Kalanick | Travis Kalanick; Paw Andersen; David Richter; Lior Ron; Ophir Samson; Jeremy Fine; Josh Andrews; Don Burnette; Noah Zych; Rajiv Krishnarao; Matt Williams; Neil Stegall; Brian Cullinane; Sherif Marakby; Anthony Levandowski; Austin Geidt; Eric Meyhofer | | uber.com_50495435303333726453743 26e643230564357617252696f6d2d313 335303331@resource.calendar.google. com;SFO \| 1455 Market - 04th New York City (18) (R) [uber.com_2d333736343736373352d31 3637@resource.calendar.google.com] | 1455 Markst Street, San Francisco

50 33rd Street Pittsburgh | Calendar File | Calendar invitation for 3/28/17 Birdhouse Follow-up meeting at 9:30-10:00pm. |
| 1076 | UBER00087090 UBER00087091 UBER00087092 UBER00087093 UBER00087094 | 3/29/2017 | 7:58 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski and photos related to LiDAR on personal cell phone. |
| 1077 | UBER00086509 | 3/29/2017 | 10:38 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 3/31/17 LiDAR update meeting at 12:00-12:30pm. |
| 1078 | UBER00086510 | 3/29/2017 | 10:38 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 3/31/17 LiDAR update meeting at 12:00-12:30pm. |
| 1079 | UBER00065237 | 3/30/2017 | 7:56 PM | Travis Kalanick | Rajiv Krishnarao | Anthony Levandowski; David Richte; Gautam Gupta; Julie Pankow; Ophir Samson | | | E-Mail | Email regarding ██ LiDAR purchase. |
| 1080 | | 3/30/2017 | | ███████ | Anthony Levandowski | | | | Text Message | Text message regarding ████ r LiDAR system from third party cell phone. |
| 1081 | UBER00098292 | 3/30/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 3/30/2017 Lidar TPM/Status meeting. |
| 1082 | UBER00086665 | 3/31/2017 | 2:12 PM | ███████ | Anthony Levandowski | | | | E-Mail | Email regarding ████ LiDAR system referencing earlier discussion with Anthony Levandowski. |
| 1083 | | 3/31/2017 | 6:50 PM | Anthony Levandowski | James Haslim | | | | Text Messages | Text message regarding meeting with Anthony Levandowski, Travis Kalanick, and all hands team in preparation for 4/2/17 laser QVC show and point cloud video on personal cell phone. |
| 1084 | | 3/31/2017 | | ███████ | Anthony Levandowski | | | | Text Message | Text message regarding ████ LiDAR system from third party cell phone. |
| 1085 | UBER00065055 | 4/1/2017 | 4:52 AM | Anthony Levandowski | Brian Zajac; Eric Meyhofer | | | | E-Mail | Email regarding ██ LiDAR purchase. |
| 1086 | UBER00065053 | 4/2/2017 | 2:37 AM | Anthony Levandowski | Brian Zajac; Eric Meyhofer | | | | E-Mail | Email regarding ██ LiDAR purchase. |
| 1087 | UBER00065051 | 4/3/2017 | 1:43 PM | Brian Zajac | Anthony Levandowski | Eric Meyhofer | | | E-Mail | Email regarding ██ LiDAR purchase in response to email from Anthony Levandowski. |
| 1088 | UBER00086511 | 4/3/2017 | 6:42 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | Calendar File | Declined calendar invite for 4/21/17 LiDAR update meeting at 12:00-12:30pm. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1089 | UBER00086512 | 4/3/2017 | 6:42 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 4/21/17 LiDAR update meeting at 12:00-12:30pm. |
| 1090 | UBER00087095 UBER00087096 UBER00087097 | 4/4/2017 | 3:37 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski and photo related to LiDAR design on personal cell phone. |
| 1091 | UBER00012235 | 4/5/2017 | 5:32 AM | Devdatta Gangal | Travis Kalanick; Anthony Levandowski; Cameron Poetzscher; Gus Fuldner; Claire Delaunay | M Waleed Kadous; Matthew Prestopino; Vasu Parameswaran; Ian Kleinfield; Manik Gupta; John Bares; Sam Williams; Murari Srinivasan | | | E-Mail (meeting notes) | Email with notes from 3/29/2017 and 4/3/2017 meetings, including discussion by Anthony Levandowski of LiDAR-related technology. |
| 1092 | UBER00086605 | 4/5/2017 | 12:13 PM | Anthony Levandowski | | | | | Document | Document regarding ATG UberFreight overview referencing development of LiDAR range-image segmenter, LIDAR-based classifiers, sensor testing, and multi-LIDAR localization. |
| 1093 | UBER00065569 | 4/6/2017 | 8:30 AM | Anthony Levandowski | robot-direct-reports [robot-direct-reports@uber.com] | Travis Kalanick | atg-internal@uber.com | | E-Mail | Email regarding weekly update, including LiDAR-related and team updates. |
| 1094 | UBER00087098 UBER00087099 UBER00087100 UBER00087101 UBER00087102 UBER00087103 UBER00087104 | 4/6/2017 | 6:56 PM | Anthony Levandowski | Max Levandowski | | | | Text Messages | Text messages with Anthony Levandowski and whiteboard photo related to LiDAR design on personal cell phone. |
| 1095 | UBER00098306 | 4/6/2017 | | Anthony Levandowski | Carl Wellington | | | | One-on-one conversation | One-on-one status conversation, including LiDAR technology updates. |
| 1096 | UBER00086599 | 4/7/2017 | 9:17 PM | Anthony Levandowski | | | | | Document | Document regarding 4/17 and 4/10 week updates referencing ███████ LIDAR test mules, Fuji prototypes, and cars with d███████ LIDAR. |
| 1097 | UBER00086548 | 4/8/2017 | 1:31 AM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | E-Mail | Declined calendar invite for 4/19/17 LiDAR standup meeting at 2:00-2:30am. |
| 1098 | UBER00086526 | 4/10/2017 | 5:51 PM | Anthony Levandowski | Dan Tascione | Don Burnette; Chris Peplin; David Stager; Owen Cheng; Paw Andersen | | | E-Mail | Email regarding LiDAR-related data on vehicles. |
| 1099 | UBER00012234 | 4/11/2017 | 2:34 AM | Anthony Levandowski | Claire Delaunay | James Haslim; Eric Meyhofer | | | E-Mail | Email regarding ███ LIDAR. |
| 1100 | UBER00012233 | 4/11/2017 | 2:39 AM | Claire Delaunay | Anthony Levandowski | Eric Meyhofer; James Haslim | | | E-Mail | Email regarding ███ LIDAR in response to email from Anthony Levandowski. |
| 1101 | UBER00086505 | 4/11/2017 | 9:15 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | E-Mail | Declined calendar invite for 4/14/17 LiDAR update meeting at 12:00-12:30pm. |
| 1102 | UBER00086506 | 4/11/2017 | 9:15 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 4/14/17 LiDAR update meeting at 12:00-12:30pm. |
| 1103 | UBER00086515 | 4/11/2017 | 9:15 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | E-Mail | Accepted calendar invite for 4/14/17 LiDAR update meeting at 12:00-12:30pm. |
| 1104 | UBER00086516 | 4/11/2017 | 9:15 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 4/14/17 LiDAR update meeting at 12:00-12:30pm. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc. et al, No. 3:17-cv-00939-WHA (N.D. Cal.)

9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1105 | | 4/11/2017 | | Anthony Levandowski | | | | | Meeting | Uber ATG presentation by Anthony Levandowski, including discussion related to LiDAR. |
| 1106 | UBER00065547 | 4/11/2017 | 9:30 PM | Anthony Levandowski | David Richter; Jill Hazelbaker | Adam Whitfield; Don Burnette; Ray Roth; Suzy Sammons; Travis Kalanick | | | E-Mail | Email regarding Uber ATG presentation by Anthony Levandowski, , including discussion related to LiDAR. |
| 1107 | UBER00086558 | 4/11/2017 | 11:13 PM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | E-Mail | Declined calendar invite for 4/18/17 LiDAR standup meeting at 11:30am-12:00pm. |
| 1108 | UBER00012216 | 4/12/2017 | 3:01 AM | Anthony Levandowski | atg-staff@uber.com | | | | E-Mail | Email regarding visualization examples and 4/12/2017 meeting with Anthony Levandowski and engineer regarding LiDAR intensity. |
| 1109 | UBER00012232 | 4/12/2017 | 4:12 AM | Paw Andersen | Anthony Levandowski | | | | E-Mail | Email regarding visualization examples and 4/12/2017 meeting with Anthony Levandowski and engineer regarding LiDAR intensity. |
| 1110 | UBER00012231 | 4/12/2017 | 5:37 AM | Don Burnette | Anthony Levandowski; atg-staff@uber.com | | | | E-Mail | Email regarding visualization examples and 4/12/2017 meeting with Anthony Levandowski and engineer regarding LiDAR intensity. |
| 1111 | UBER00012230 | 4/12/2017 | 9:36 AM | David Stager | Don Burnette | atg-staff@uber.com; Anthony Levandowski | | | E-Mail | Email regarding visualization examples and 4/12/2017 meeting with Anthony Levandowski and engineer regarding LiDAR intensity. |
| 1112 | UBER00012229 | 4/12/2017 | 4:10 PM | Anthony Levandowski | David Stager; Don Burnette | atg-staff@uber.com | | | E-Mail | Email regarding visualization examples and 4/12/2017 meeting with Anthony Levandowski and engineer regarding LiDAR intensity. |
| 1113 | | 4/12/2017 | 4:54 PM | Anthony Levandowski | Peter Melick | | | | Text Message | Text message from Anthony Levandowski with screenshot of whiteboard notes related to LiDAR from 4/12/17 meeting. |
| 1114 | UBER00086578 | 4/12/2017 | 11:36 PM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | E-Mail | Declined calendar invite for 4/25/17 LiDAR standup meeting at 11:30am-12:00pm. |
| 1115 | | 4/12/2017 | | Anthony Levandowski | Peter Melick; Eric Meyhofer | | | 50 33rd Street, Pittsburgh Zoom | Meeting | Meeting regarding LiDAR simulation with Anthony Levandowski participating via Zoom. |
| 1116 | UBER00012227 | 4/13/2017 | 4:30 AM | Brian Cullinane | Anthony Levandowski; David Stager; Don Burnette | atg-staff@uber.com | | | E-Mail | Email regarding visualization examples and 4/12/2017 meeting with Anthony Levandowski and engineer regarding LiDAR intensity. |
| 1117 | UBER00301544 UBER00301545 | 4/13/2017 | 8:41 AM | Anthony Levandowski | Don Burnette; Anthony Levandowski | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR vendor. |
| 1118 | | 4/13/2017 | 11:39 AM | Anthony Levandowski | Peter Melick | | | | Text Messages | Text messages with Anthony Levandowski regarding introduction on laser sim and competition. |
| 1119 | UBER00012226 | 4/13/2017 | 12:55 PM | Eric Meyhofer | Julie Viray; David Stager | Anthony Levandowski | | | E-Mail | Email regarding LiDAR SIM team and 4/13/17 meeting with Anthony Levandowski, Eric Meyhofer, and Peter Melick regarding LiDAR SIM team work. |
| 1120 | UBER00012224 | 4/13/2017 | 2:59 PM | David Stager | Eric Meyhofer; Paw Andersen | Julie Viray; Anthony Levandowski | | | E-Mail | Email regarding LiDAR SIM team and 4/13/17 meeting with Anthony Levandowski, Eric Meyhofer, and Peter Melick regarding LiDAR SIM team work. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

63

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1121 | UBER00012212 | 4/13/2017 | 6:40 PM | Anthony Levandowski | David Stager | Eric Meyhofer; Paw Andersen; Julie Viray; Brian Bailey | | | E-Mail | Email regarding LiDAR SIM team and 4/13/17 meeting with Anthony Levandowski, Eric Meyhofer, and Peter Melick regarding LiDAR SIM team work. |
| 1122 | UBER00012210 | 4/13/2017 | 7:59 PM | Eric Meyhofer | Anthony Levandowski | David Stager; Paw Andersen; Julie Viray; Brian Bailey | | | E-Mail | Email regarding LiDAR SIM team and 4/13/17 meeting with Anthony Levandowski, Eric Meyhofer, and Peter Melick regarding LiDAR SIM team work. |
| 1123 | UBER00098292 | 4/13/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 4/13/17 Lidar TPM/Status meeting. |
| 1124 | UBER00086501 | 4/14/2017 | 4:37 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | E-Mail | Declined calendar invite for 4/28/17 LiDAR update meeting at 12:00-12:30pm. |
| 1125 | UBER00086502 | 4/14/2017 | 4:37 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite for 4/28/17 LiDAR update meeting at 12:00-12:30pm. |
| 1126 | UBER00065205 | 4/18/2017 | | Travis Kalanick | Travis Kalanick; David Richter; Rajiv Krishnarao; Jill Hazelbaker; Eric Meyhofer; Neil Stegall; Brian Cullinane; Josh Andrews; Betsy Masiello; Matt Burton; Noah Zych; Jeremy Fine; Emil Michael; Matt Williams; Austin Geidt; Jeff Miller; Don Burnette; Paw Andersen; Anthony Levandowski | | SFO | 1455 Market - 04th New York City (18) (R) [uber.com_2d33373634373637352d313637@resource.calendar.google.com] | 1455 Market Street, San Francisco | Calendar File | Calendar invitation for 4/18/17 Birdhouse Jam meeting at 9:30-10:30pm. |
| 1127 | UBER00086568 | 4/19/2017 | 10:24 PM | Google Calendar [calendar-notification@google.com] | Dan Gruver | | | | E-Mail | Declined calendar invite for weekly LiDAR standup meeting at 11:30am-12:00pm. |
| 1128 | UBER00076783 | 4/19/2017 | | Anthony Levandowski | Eric Meyhofer | | | | Meeting (notes) | Notes from 1:1 meeting with Anthony Levandowski, including discussion of GPU module.▮ |
| 1129 | UBER00098292 | 4/20/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 4/20/2017 Lidar TPM/Status meeting. |
| 1130 | UBER00086525 | 4/23/2017 | 5:37 AM | Anthony Levandowski | Scott Boehmke | | | | E-Mail | Email regarding▮ LiDAR. |
| 1131 | UBER00086535 | 4/23/2017 | 5:38 AM | Anthony Levandowski | Prashant Chouta | | | | E-Mail | Email regarding▮ LiDAR. |
| 1132 | UBER00012220 | 4/23/2017 | 7:10 AM | Anthony Levandowski | Prashant Chouta | | | | E-Mail | Email regarding▮ LiDAR. |
| 1133 | UBER00012222 | 4/23/2017 | 7:30 AM | Prashant Chouta | Anthony Levandowski | | | | E-Mail | Email regarding▮ LiDAR in response to email from Anthony Levandowski. |
| 1134 | UBER00076783 | 4/24/2017 | | Anthony Levandowski | Eric Meyhofer | | | | Meeting (notes) | Notes from 1:1 meeting with Anthony Levandowski, including discussion of SIM transition. |
| 1135 | UBER00065577 | 4/25/2017 | 4:29 AM | Anthony Levandowski | Anthony Levandowski | Travis Kalanick | atg-internal@uber.com | | E-Mail | Email regarding 4/17 and 4/10 weekly updates, Q1 retrospective, and Q2 OKRs referencing ▮ LiDAR test mules, Fuji prototypes, and ▮ LiDAR testing. |
| 1136 | | 4/25/2017 | 9:06 AM | Anthony Levandowski | Brian Zajac | | | | Text Messages | Text messages with Anthony Levandowski regarding LiDAR-related parts. |
| 1137 | UBER00086521 | 4/25/2017 | 6:53 PM | Google Calendar [calendar-notification@google.com] | Alicia Poling | | | | E-Mail | Accepted calendar invite for 4/26/17 LiDAR sim planning meeting at 1:30-2:00pm. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:17-cv-00939-WHA   Document 2510-28   Filed 01/19/18   Page 66 of 68

Waymo LLC v. Uber Technologies, Inc., et al.; Case No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1138 | UBER00086522 | 4/25/2017 | 6:53 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Calendar File | Calendar invite for 4/26/17 LiDAR sim planning meeting at 1:30-2:00pm. |
| 1139 | UBER00086533 | 4/25/2017 | 6:53 PM | Google Calendar [calendar-notification@google.com] | Eric Meyhofer | | | | E-Mail | Accepted calendar invite for 4/26/17 LiDAR sim planning meeting at 1:30-2:00pm. |
| 1140 | UBER00086534 | 4/25/2017 | 6:53 PM | Anthony Levandowski | Eric Meyhofer; Anthony Levandowski | | | | Calendar File | Calendar invite for 4/26/17 LiDAR sim planning meeting at 1:30-2:00pm. |
| 1141 | | 4/25/2017 | | Anthony Levandowski | Carlos Vallespi | | | Bar Marco, 2216 Penn Ave Pittsburgh | Conversation | Conversation during Uber employee team dinner with Anthony Levandowski, including discussion of rain drops on LiDAR system. |
| 1142 | UBER00098292 | 4/25/2017 | | Dan Gruver | | | | | Meeting (notes) | Notes from 4/25/2017 Lidar TPM/Status meeting. |
| 1143 | UBER00086598 | 4/26/2017 | | Eric Meyhofer | Eric Meyhofer; Paw Andersen; Peter Melick; Brian Bailey; Anthony Levandowski | | uber.com_5049543530333372645374326e64334f6c644861697270696e2d323930393835@resource.calendar.google.com | | Calendar File | Calendar invite for 4/26/17 LiDAR sim planning meeting at 10:30-11:00am. |
| 1144 | UBER00086598 | 4/26/2017 | | Eric Meyhofer | Eric Meyhofer; Paw Andersen; Peter Melick; Brian Bailey; Anthony Levandowski | | uber.com_5049543530333372645374326e64334f6c644861697270696e2d323930393835@resource.calendar.google.com | 50 33rd Street Pittsburgh | Calendar File | Calendar invitation for 4/26/17 Lidar Sim Planning meeting at 5:30-6:00pm. |
| 1145 | UBER00086547 | 4/27/2017 | 8:35 PM | Anthony Levandowski | atg-internal@uber.com | | | | E-Mail | Email regarding organizational changes related to LiDAR. |
| 1146 | UBER00086503 | 4/27/2017 | 8:40 PM | Google Calendar [calendar-notification@google.com] | Adam Kenvarg | | | | E-Mail | Declined calendar invite for weekly LiDAR update meeting at 12:00-12:30pm. |
| 1147 | UBER00086504 | 4/27/2017 | 8:40 PM | Anthony Levandowski | Adam Kenvarg; Anthony Levandowski | | | | Calendar File | Calendar invite regarding weekly LiDAR update at 12:00-12:30pm. |
| 1148 | UBER00069409 | 4/27/2017 | 9:25 PM | Eric Meyhofer | Anthony Levandowski | atg-internal@uber.com | | | E-Mail | Email regarding organizational changes related to LiDAR and 4/28/17 all-hands meeting with Anthony Levandowski in San Francisco. |
| 1149 | | 4/28/2017 | | | | | | San Francisco | Meeting | All-hands meeting with Anthony Levandowski in San Francisco, including discussion of organizational changes related to LiDAR. |
| 1150 | UBER00076783 | 5/1/2017 | | Anthony Levandowski | Eric Meyhofer | | | | Meeting (notes) | Notes from 1:1 meeting with Anthony Levandowski, including discussion of SIM team update. |
| 1151 | | 5/12/2017 | | Anthony Levandowski | Oleg Khainovski | | | 777 Harrison, San Francisco | One-on-one conversation | Conversation with Anthony Levandowski regarding no involvement in LiDAR. |
| 1152 | | February or March 2017 | | Anthony Levandowski | Jeremy Fine; Adam Whitfield; and potentially others | | | 1455 Market Street, San Francisco | Conversations; Phone Calls | Conversations with Anthony Levandowski in person and on phone calls for slide related to LiDAR on presentation prepared for Travis Kalanick. |
| 1153 | UBER00098307 | February or March 2017 | | | | | | | Document | Slide related to LiDAR on presentation prepared for Travis Kalanick. |
| 1154 | | March 2017 | | Anthony Levandowski | Carl Wellington; James Haslim; Scott Boehmke | | | | Conversations | Conversations with Anthony Levandowski regarding the Waymo litigation and LiDAR. |
| 1155 | | April 2017 | | Anthony Levandowski | Wes Doonan | | | | Phone Call | Phone call with Anthony Levandowski regarding LiDAR units for testing. |
| 1156 | UBER00016400 | Undated | | Anthony Levandowski | | | | | Document | LiDAR sketch. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1157 | UBER00016401 | Undated | | Anthony Levandowski | | | | | Document | LiDAR sketch. |
| 1158 | UBER00016402 | Undated | | Anthony Levandowski | | | | | Document | LiDAR sketch. |
| 1159 | UBER00016404 | Undated | | Anthony Levandowski | | | | | Document | LiDAR whiteboard drawing. |
| 1160 | UBER00016405 | Undated | | Anthony Levandowski | | | | | Document | LiDAR whiteboard drawing. |
| 1161 | UBER00016407 | Undated | | Anthony Levandowski | | | | | Document | LiDAR whiteboard drawing. |
| 1162 | UBER00016406 | Undated | | Anthony Levandowski | | | | | Document | LiDAR sketch. |
| 1163 | UBER00016408 | Undated | | Anthony Levandowski | | | | | Document | LiDAR sketch. |
| 1164 | UBER00016403 | Undated | | Anthony Levandowski | | | | | Document | LiDAR sketch. |
| 1165 | UBER00076709 | Undated | | Dan Gruver | | | | | Document | Photonics West 2017 vendor list, including input from Anthony Levandowski. |
| 1166 | | Undated | | Anthony Levandowski | Travis Kalanick | | | | One-on-one conversations | Conversations with Anthony Levandowski where Anthony mentioned LiDAR, including one tutoroial explanation of how LiDAR works and other mentions of laser and laser data during discussions related to perception. |
| 1167 | | Undated | | Anthony Levandowski | Asheem Linaval | | | | One-on-one conversations | Conversations with Anthony Levandowski where Anthony mentioned LiDAR . |
| 1168 | | Undated | | Anthony Levandowski | John Bares | | | | Phone Calls | Phone calls from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone. |
| 1169 | | Undated | | Anthony Levandowski | Dan Gruver | | | | Phone Calls; Text Messages | Phone calls and text messages from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone. |
| 1170 | | Undated | | Anthony Levandowski | Eric Meyhofer | | | | Phone Calls | Phone calls from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone. |
| 1171 | | Undated | | Anthony Levandowski | Nina Qi | | | | Phone Calls; Text Messages | May have had phone calls and/or text messages from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone. |
| 1172 | | Undated | | Anthony Levandowski | Cameron Poetzscher | | | | Phone Calls; Text Messages | May have had phone calls and/or text messages from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone. |
| 1173 | | Undated | | Anthony Levandowski | Jeff Holden | | | | Phone Calls; Text Messages | May have had phone calls and/or text messages from Anthony Levandowski where Anthony mentioned LiDAR on prior personal cell phone. Mr. Holden no longer has possession of that prior personal cell phone. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Waymo LLC v. Uber Technologies, Inc., et al., No. 3:17-cv-00939-WHA (N.D. Cal.)
9.5 2017 Supplemental Log Pursuant to Orders on Motion for Preliminary Relief [ECF No. 426] and Special Master's Protocol [ECF No. 500]

| No. | Bates Number (as applicable) | Date | Time | Author/Sent | Recipient(s) | CC | BCC | Place | Mode of Communication | Subjects Discussed |
|---|---|---|---|---|---|---|---|---|---|---|
| 1174 | | Undated | | Anthony Levandowski | Lior Ron | | | | Phone Calls; Text Messages | May have had phone calls and/or text messages from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone, in connection with setting of milestones for payment related to the transaction . |
| 1175 | | Undated | | Anthony Levandowski | Colin Sebern | | | | Meetings | May have had meetings with Anthony Levandowski where Anthony mentioned LiDAR. No independent recollection of any specific meeting. |
| 1176 | | Undated | | Anthony Levandowski | Mason Feldman | | | | Phone Calls | May have had phone calls from Anthony Levandowski where Anthony mentioned LiDAR on personal cell phone.  No independent |
| 1177 | | Undated | | Anthony Levandowski | ██████████ | | | | Phone Calls | Phone calls from Anthony Levandowski where Anthony mentioned LiDAR on third party cell phone. |
| 1178 | RON0000754 | Undated | | Lior Ron | | | | | Document | Document reflecting discussion with Anthony Levandowksi regarding LiDAR. |
| 1179 | RON0000795 | Undated | | Lior Ron | | | | | Document | Document reflecting personal notes or discussion with Anthony Levandowksi regarding LiDAR. |
| 1180 | RON0006653 | Undated | | Lior Ron | | | | | Document | Document reflecting discussion with Anthony Levandowksi or James Haslim regarding software and laser prototypes. |

For entries that reference documents produced in this litigation, the "Date" and "Time" columns were populated using document metadata.  Because documents were processed in Greenwich Mean Time or Pacific Time, and with custodians in different time zones, there may be date and time discrepancies.  Available date and time metadata has been produced with documents for further clarification.

Nothing in this communications log is an admission by Defendants of the relevance or admissibility of any information, for any purpose. Defendants reserve all objections as to competency, relevance, materiality, privilege, or admissibility related to the use of any information in this communications

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 57

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 58

1    QUINN EMANUEL URQUHART & SULLIVAN, LLP
        Charles K. Verhoeven (Bar No. 170151)
2        charlesverhoeven@quinnemanuel.com
        David A. Perlson (Bar No. 209502)
3        davidperlson@quinnemanuel.com
        Melissa Baily (Bar No. 237649)
4        melissabaily@quinnemanuel.com
        John Neukom (Bar No. 275887)
5        johnneukom@quinnemanuel.com
        Jordan Jaffe (Bar No. 254886)
6        jordanjaffe@quinnemanuel.com
     50 California Street, 22nd Floor
7    San Francisco, California 94111-4788
     Telephone:    (415) 875-6600
8    Facsimile:    (415) 875-6700

9    Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13   WAYMO LLC,                          CASE NO. 3:17-cv-00939

14              Plaintiff,               **PLAINTIFF WAYMO'S SUBMISSION TO
                                         SPECIAL MASTER COOPER**
15        vs.                            **REGARDING UBER'S OBLIGATION TO
                                         PRODUCE JACOBS LETTER AND**
16   UBER TECHNOLOGIES, INC.;            **RELATED DOCUMENTS**
     OTTOMOTTO LLC; OTTO TRUCKING
17   LLC,
                                         Trial Date:   February 5, 2018
18              Defendants.

19

20

21

22

23

24

25

26

27

28

1  would seem logical to me it did get printed somewhere." (12/4/17 Hearing Tr., 17:15-21.)

2  Indeed, according to Ms. Padilla, the letter was "handed" over to others at Uber (*id.* at 15:16-24),

3  which suggests that the letter exists at Uber in hard copy. An electronic search protocol is

4  irrelevant to locating hard copy documents. If there are hard copies of the Jacobs letter or

5  resignation email, both of which are responsive to Waymo's document requests, then Uber's

6  arguments about search terms are moot. Uber has not yet confirmed whether hard copies exist. If

7  there were indeed hard copies of these documents responsive to Waymo's RFPs, Uber was

8  obligated to produce them.[3]

9   With respect to electronic copies of the documents, the fact that the Jacobs letter and

10  resignation email would not have hit on negotiated search terms does not excuse Uber's failure to

11  produce these known documents for several reasons. Initially, as the Special Master should recall,

12  the parties **never** entered into an agreement under which the parties agreed that they each only

13  needed to use search terms to try to locate responsive documents. Tellingly, Uber did not point

14  the Court to any such agreement at any of the recent hearings on this subject. Nor can it.

15   Search terms are intended to help parties <u>search</u> large volumes of ESI to find responsive

16  documents; they do not obviate a party's discovery obligations once responsive documents are

17  already <u>found</u>. Once Uber and its senior management and counsel had actual knowledge of the

18  Jacobs documents and their relevance to this case, they should have produced them. Indeed,

19  courts have recognized that while search terms have a place in e-discovery, it is unreasonable for

20  parties to rely entirely on such terms in searching for and producing responsive information. *See*

21  *F.D.I.C. v. Baldini*, Case No. 1:12-cv-7050, 2014 WL 1302479, at *2 (S.D. W. Va. Mar. 28, 2014)

22  ("If, however, a producing party is aware of a relevant document that is not triggered by the

23  application of the search terms, the producing party shall produce that document."); *Moore v.*

24  *Publicis Groupe*, 287 F.R.D. 182, 190-91 (S.D.N.Y. 2012) (noting the limitations of key word

25  searches); *cf Arthur v. Atkinson Freight Lines Corp.*, 164 F.R.D. 19, 20 (S.D.N.Y. 1995) ("[T]he

26

27    [3] Waymo notes that the definition of "DOCUMENTS" in its document requests included

28  documents in any medium, and so would call for both hard copy and electronic documents. (Ex. 3.)

1  DATED:  December 5, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Charles K. Verhoeven
   Charles K. Verhoeven
   Attorneys for WAYMO LLC

# EXHIBIT 59

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 60

1/16/2018          Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
                            Case No. 3:17-cv-00939-WHA

### 3. Inventory of Non-Attributable Devices

| Employee | Device(s) |
|---|---|
| Julie Ambrose | Chromebook |
| Benjamin Arthur | Chromebook |
| Matthew Bryant | 1 Macbook Laptop and 1 Lenovo Laptop |
| Yulin Chen | Macbook Laptop |
| Susan Chiang | ASUS Laptop; MiFi Device |
| Anna Chung | Alcatel Smartphone, ASUS Laptops (2); Samsung Chromebook; Android smartphones (2) |
| Will Demaine | Dell XPS 13 |
| Yifang Ding | Macbook Laptop |
| Nicholas Gicinto | Alcatel Smartphones (2); ASUS Laptop; ASUS Laptop (unopened in box); ZTE MIFI |
| Mat Henley | Laptops (2); MiFi Device |
| Robert Hugh | Macbook Laptop |
| Dave Hughes | Macbook Laptops (2) |
| Jonny Lee | Macbook Laptop |
| Alex Levinson | Macbook Laptops (5) |
| Kevin Maher | 30-50 Phones or Sim Cards, primarily used by JinJian Zhai and Matthew Bryant (former Uber employees), 1 Macbook Laptop and 1 Lenovo Laptop |
| Mike McLoughlin | Macbook Laptop |
| Jake Nocon | Alcatel Smartphone; ASUS Laptop; LG Smartphone; Samsung Chromebook; ZTE MIFI |
| Quang Pham | Macbook Laptop |
| Frank Portman | Macbook Laptop |
| Edward Russo | ASUS Laptops (4) |
| Hui Wang | Macbook Laptop |

# EXHIBIT 61

1

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE EASTERN DISTRICT OF TEXAS

 3                           MARSHALL DIVISION

 4    FUNCTION MEDIA, LLC,      )(

 5                              )(   CIVIL DOCKET NO.

 6                              )(   2:07-CV-279-CE

 7    VS.                       )(   MARSHALL, TEXAS

 8                              )(

 9    GOOGLE, INC, ET AL        )(   AUGUST 19, 2010

10                              )(   9:00 A.M.

11                        MOTIONS HEARING

12           BEFORE THE HONORABLE JUDGE CHAD EVERINGHAM

13                  UNITED STATES MAGISTRATE JUDGE

14

15    APPEARANCES:

16

17    FOR THE PLAINTIFF:   (See attached sign-in sheet.)

18
      FOR THE DEFENDANTS:  (See attached sign-in sheet.)
19

20
      COURT REPORTER:      MS. SHELLY HOLMES, CSR
21                         Deputy Official Court Reporter
                           2593 Myrtle Road
22                         Diana, Texas  75640
                           (903) 663-5082
23

24

25    (Proceedings recorded by mechanical stenography,
```

transcript produced on a CAT system.)

2

```
 1                        I N D E X

 2

 3   August 19, 2010

 4                                          Page

 5      Appearances                          1

 6      Hearing                              3

 7      Court Reporter's Certificate        180

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                LAW CLERK:  All rise.

 2                THE COURT:  Please be seated.

 3                All right.  We've got a hearing on some

 4     post-trial motions in Case 2:07-CV-279, Function Media

 5     against Google.

 6                What says the plaintiff?

 7                MR. TRIBBLE:  Your Honor, Max Tribble.  I'm

 8     here with Joe Grinstein, Justin Nelson, Stacy Schultz,

 9     Warren Burns, Calvin Capshaw, and Chris Bunt.  Plaintiff

10     is ready to proceed, Your Honor.

11                THE COURT:  All right.  For Google?

12                MR. DEFRANCO:  Good morning, Your Honor.

13     Ed DeFranco for Defendant Google.  I'm here with Patrick

14     Curran and Amy Candido.  Also with me is Melissa Smith,

15     Your Honor, and John Labar from Google.

16                THE COURT:  All right.

17                MR. DEFRANCO:  Mr. Verhoeven sends his

18     apologies, Your Honor.  He had a long-planned family

19     vacation in between trials, or otherwise he would be

20     here.

21                THE COURT:  All right.  Well, you can do his

22     time for him and --

23                MR. DEFRANCO:  That's why I'm here, Your

24     Honor.

25                THE COURT:  I'm being facetious.  Well, good
```

1          There's been extensive briefing on the issue

2     of spoliation, and I feel honestly like I have given the

3     same explanation over and over, and it's going somewhat

4     into a black hole.  So I want to really take a moment to

5     focus on the actual facts in this case.  And to that

6     end, I'm going to put up the supplemental declaration of

7     Theresa Beaumont from Google.

8          Theresa Beaumont is a discovery counsel at

9     Google with primary responsibility for dealing with the

10    production of electronic information from Google in --

11    across all sorts of different litigations.

12         And in Paragraph 2, you can see there that

13    she says, "As I stated in my January 15, 2010,

14    declaration, in September 2008, Google decided, based on

15    accepted widespread and reasonable industry standards

16    and consistent with the nature of these communications,

17    that it would no longer record instant messages as a

18    standard business practice."

19         That change in the default setting only

20    concerned instant messages taking place after September

21    2008.  The change in the default setting did not result

22    in the destruction of any previously saved instant

23    message chat records.  No, none, no destruction of chat

24    records.

25         In particular, all instant messages recorded

```
 1              So it's not the case where we just sort of
 2    switched everybody to off the record and said, "You
 3    know, oh, well, that's our new policy."  Those people
 4    were told to preserve instant messages that were
 5    relevant by putting them on the record.
 6              It's in the record that Theresa Beaumont's
 7    first declaration makes it clear, Google can't change --
 8    the setting has to be the same -- the default setting
 9    across the entire, like, 30,000 Google employees.  So
10    it's not an instance where we could have just said,
11    "Okay, let's put Sergey Brin or Susan Wojcicki or
12    whomever's IMs on -- on the record default and everybody
13    else is on off the record."  Everybody's had to either
14    be on or off.
15              You know, and for larger data management
16    and policy reasons, Google made the decision to switch
17    to off the record -- and because they couldn't put those
18    people individually on -- on the record, they told them
19    for pertinent communications related to this litigation
20    hold, you need to put them on the record.
21              Now, those witnesses --
22              THE COURT:  How was that communicated?
23              MS. CANDIDO:  Excuse me?
24              THE COURT:  How was that communicated to
25    these employees?
```

1          MS. CANDIDO:  I believe that that was

2  communicated to those employees -- at least in the first

3  instance, with the policy change, as part of the

4  announcement of the policy change.  And then I think

5  also in connection with document -- so the

6  communications they have with individuals at the

7  beginning of a lawsuit about collecting documents and

8  things like that, I believe those were orally -- well, I

9  don't want to reveal privilege, but I -- I think they

10  were additional reinforcements about policy --

11          THE COURT:  But you swore out an affidavit

12  that said that.

13          MS. CANDIDO:  Yes, there -- there's a sworn

14  affidavit right here that they were told that.

15          THE COURT:  I just was interested in how

16  that was communicated.

17          MS. CANDIDO:  Well, I know that it was

18  communicated in connection with the policy change when

19  it took place.

20          You know, I just want to refer, too, to that

21  Malletier case where the Court specifically says that

22  a -- the claim that a defendant was required to log

23  every chat was, quote, akin to a demand that a party to

24  litigation install a system to monitor and record phone

25  calls coming into its office on the hypothesis that some

1   of them may contain relevant information.

2          There's no such requirement.  And really

3   it's just the same hypothesis that -- that Mr. Nelson is

4   putting forth here that there might -- there just --

5   there might be these chats or by putting chats off the

6   record, it enables people to have secret chats about

7   things that aren't -- well, I mean, you can have a

8   hallway conversation, you can have a phone call

9   conversation.  It's no different than that.

10         And to the extent they want discovery with

11  respect to those things, that's what depositions are

12  for.  At depositions, they were free to ask all these

13  witnesses, "What did you communicate with people in the

14  hallway about X subject or did you have telephone

15  communications about Y subject?  Did you have instant

16  message communications?  What did you say?  When did you

17  have them?"  I mean, they can ask all the same questions

18  they could ask about phone calls or hallway

19  communications with respect to -- to IM messages.

20         And I think it's important to -- to note

21  that despite the existence of two snippets of IMs that

22  were pasted into e-mails that are non -- that are in

23  some ways substantive, Mr. Brin, Ms. Wojcicki -- they've

24  all testified that they use IMs very different than what

25  plaintiff is hypothesizing.

# EXHIBIT 62

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| FUNCTION MEDIA, L.L.C., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2007-CV-279 |
| | § | |
| vs. | § | |
| | § | |
| GOOGLE, INC. AND YAHOO, INC., | § | |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

In this case, Google has destroyed instant messages that are relevant to this case. You may infer from Google's destruction of these documents that the communications are favorable to the plaintiff Function Media and not favorable to the defendant Google.

**GIVEN** _____

**REFUSED**

_____
Hon. Charles Everingham

# EXHIBIT 63

Please refrain from discussing anything that may relate to the potential claims described above, including by using chat applications or any other instant messaging application. To the extent you have used an instant messaging application to discuss matters that relate in any way to the potential claims described above, and that discussion still exists in your chat history, please cut and paste that discussion into a Word document or email and notify Nicole or Aaron.



# EXHIBIT 64


ARROW IS YOUR TRUSTED RESOURCE  • 3.8 Billion products  • All parts are traceable  • 50K+ reference designs    arrow.com

# EE|Times
Connecting the Global
Electronics Community

REGISTER | LOGIN

Home   News   Opinion   Messages   Authors   Video   Slideshows   Teardown   Education   EELife

About Us | Subscribe

designlines   PCB   Power Management   Programmable Logic   Prototyping   SoC   Test & Measurement   Wireless & Networking

BREAKING NEWS    NEWS & ANALYSIS: EUV Backlog Grows as ASML Sets Sales Record


ARROW IS YOUR TRUSTED RESOURCE
• 3.8 Billion products
• All parts are traceable
• 50K+ reference designs
SHOP NOW


A smooth design process


molex

designlines AUTOMOTIVE

**News & Analysis**

# Rivals Chasing Velodyne in Lidar Race

## Who's who in emerging lidar market

Junko Yoshida
8/18/2016 09:55 AM EDT
6 comments

NO RATINGS
1 saves

LOGIN TO RATE

Tweet   Share   179

MADISON, Wis. — As lidar emerges as one of the most sought-after sensor technologies for autonomous cars, startups specializing in lidars are popping up everywhere in Israel, Germany, Canada, New Mexico and California.

Velodyne Lidar, Inc. (Morgan Hill, Calif.), which shipped its first products in 2007, remains by far the most experienced and best funded lidar tech company. Velodyne announced earlier this week a combined $150 million investment from co-investors Ford Motor Company and China's leading search engine company Baidu, Inc.

Velodyne has a number of new product lines sampling today, including those based on VLP 16 and VLP 32.  Mike Jellen, president & chief operating officer, isn't ready to announce design wins due to non-disclosure agreements, but revealed that Velodyne lidar technology is already in 25 different autonomous car programs today.

Mike Demler, senior analyst at The Linley Group, told EE Times, "Velodyne claims their 'lidar sensors are used by virtually every car manufacturer and tier 1 supplier in the business.'"

Reportedly, Baidu, Ford, Google, Nissan, and Volvo use Velodyne in their autonomous test vehicles, and they have also been used in some "autonomous transport" vehicles, such as Navya Arma, which makes a 100 % electric and autonomous transport vehicles.


Upcoming Webinar:
Integrate ADAS Domain Controllers with Automotive IP
Feb. 6th @ 9am PST/ 12pm EST
Register Today

**Most Recent Comments**


**resistion** It was 32x21 on 53 nm pitch nominally though they also showed the other results you mentioned. The emphasis was reducing the LCDU but nano failures were also pointed out.

1/18/2018
7:48:54 PM


EE|Times  Big Data
Everything you need to know about **processing large, complex data sets**...
Get EE Times' Big Data newsletter for the latest **developments** and how they apply to electronics **design**.
SIGN UP HERE

**Navigate to Related Links**

Robocars: What We Saw in Vegas

Ambarella Shifts From GoPro to Robo



Velodyne LiDAR Pucks (Compact VLP 16) to serve as 'Eyes' for NAVYA driverless ARMA shuttles

Visteon Works with DNN Vanguard DeepScale

Intel Springs 'Vision-First' Robocar Plan

Toyota Head at CES Touts Mobile Commerce



**Download Datasheets**

PART NUMBER

Search

POWERED BY Datasheets

**Wave of startups**
The automotive industry, however, is still in early days with autonomous cars. The battle of cheaper, smaller lidars has begun with a wave of startups, all poised to compete with Velodyne in the lidar race.

Among the competitors are Quanergy (Sunnyvale, Calif.), Innoviz Technologies (Kfar Saba, Israel), Aerostar (Syosset, NY), LeddarTech (Quebec, Canada), Phantom Intelligence (Quebec, Canda), Strobe (Pasadena, Calif.), TriLumina (Albuquerque, NM) and Ibeo Automotive Systems (Hamburg, Germany).

Quanergy, which officially launched "the world's first solid-state lidar for self-driving cars" at the Consumer Electronics Show this year, discussed a plan for dramatically lowering costs to $250 per sensor. The company announced last fall a partnership with Delphi Automotive Systems in lidar development, but has not launched the product yet.

Ian Riches, director of global automotive practice at Strategy Analytics, noted, "Quanergy has not publicly announced any design wins for production vehicles, but has 'Public partners' that include Mercedes Benz, Hyundai and Renault-Nissan."

Asked to compare Velodyne's lidar to that of Quanergy, Riches explained, "The key difference is that the Velodyne units are still 'solid state hybrid' LiDARs. This means that actuation and detection are solid state, but the scanning is mechanical. The Quanergy units are fully solid state, with no moving parts."

| Cartoon | Contest |
| --- | --- |

**January 2018 Cartoon Caption Contest: "Let it Snow"**



"Your caption here!"

💬 62 comments

ALL CARTOONS

| Most Commented | Most Popular |
| --- | --- |

💬 21  UMC Files Countersuit Against Micron
💬 19  Report: LEDs Cut 570 Million Tons of CO2 ...
💬 18  Industry Responds to CPU Security ...
💬 17  Intel, Micron to Shelve NAND Flash ...
💬 14  "Long Tail" & Legacy: Good, or Maybe Not
💬 11  EUV, 7-nm Roadmaps Detailed
💬 10  Meltdown, Spectre Repeat Hard Security Lessons
💬 10  DARPA Takes Chip Route to 'Unhackable' ...
💬 8  Programmable Logic Holds the Key to ...
💬 8  Conference Launched to Empower Women in Tech



Quanergy LiDAR Point Cloud (Source: Quanergy)

  

Innoviz Technologies last week (Aug. 8) emerged from stealth
mode and announced it raised $9 million in a Series A financing
round.

Next page: **Broader adoption**

**EMAIL THIS    PRINT    COMMENT**

PAGE 1 / 3 NEXT >

**SPONSORED CONTENT**



**Free Webinar- Attendees
will learn:**
• Key information for
Analog Device's new
products for Military &
Aerospace applications •
Seamless isolation of SAR
ADC's with a 100MHz
SCK frequency • Learn about our interface and
isolation products... isolated RS-232, RS-485, CAN
transceivers and LVDSI extenders

Sponsored By Analog Devices

## More Related Links

Robocars: What We Saw in Vegas

Ambarella Shifts From GoPro to Robo

Visteon Works with DNN Vanguard DeepScale

Intel Springs 'Vision-First' Robocar Plan

Toyota Head at CES Touts Mobile Commerce

## Comments

VIEW COMMENTS: **NEWEST FIRST** | OLDEST FIRST | THREADED VIEW



USER RANK
ROOKIE

**Re: a bit different than standard
automotive**
VisionYG   8/28/2016 7:55:10 PM

NO RATINGS

LOGIN TO RATE

Thanks for information. Single Lidar will be the most welcome
to OEM...if ready

Reply    Post Message    Messages List    Start a Board



USER RANK
AUTHOR

**Interesting**
dt_hayden   8/22/2016 5:16:37 PM

NO RATINGS

LOGIN TO RATE

"TriLumina ... is developing chips to advance time of flight
capabilities while reducing power requirements and size."

What does it mean to advance the time of flight of light?

"There is also **Slamtec,** a small start-up company based in
China ..."

Probably not the best name for a collision avoidance company.

Reply    Post Message    Messages List    Start a Board

**LiDAR & Sensor Fusion**
MICHAEL NOONEN   8/19/2016
9:26:50 AM

NO RATINGS

LOGIN TO RATE

**Like Us on Facebook**

**EE Times on Twitter**    follow us 



USER RANK
AUTHOR

Junko: Excellent overview of the very active and accelerating LiDAR space. Insightful comment from NXP about sensors (LiDAR, RADAR, Cameras) "cross validating" for more robust and deployable solutions. Sensor fusion and systems integration might prove to be as important as the race to lower cost solid state LiDAR sensors.

Reply   Post Message   Messages List   Start a Board



**Re: a bit different than standard automotive**
realjjj   8/18/2016 12:16:13 PM

NO RATINGS

LOGIN TO RATE

USER RANK
CEO

That assumes straight to level 5 and not everybody aims for that. Maybe to some extent people are changing their minds and aiming for full autonomy not a gradual transition. In any case, car ownership won't go away overnight so hardware costs will still matter and autonomous features would be key marketing assets. With car as a service you are right, what will matter is the right balance between total costs and quality. At least early on, before competition puts more pressure on costs.

There is also the line of thinking that the software is the hard part and with better software you can save on hardware. Short term, fog and dust are problems too for LIIDAR but those are likely solvable.

Reply   Post Message   Messages List   Start a Board



**a bit different than standard automotive**
alex_m1   8/18/2016 11:29:09 AM

NO RATINGS

LOGIN TO RATE

USER RANK
AUTHOR

Junko, i suspect that this will not play out as usual with automotive technologies - since the business model will be taxi-like, and $500 over the lifetime of a taxi per trip is insgnificant. Even the extra processing isn't that big of a deal.What will be most important is reliability - both of the lidar and the total perfomance of the vehicle.

This will be true both at the design and regulatory levels, but also at the consumer level - most won't care if the trip is cheaper by few cents but even a hint that the more expensive system will be more reliable would be very good for marketing.

Reply   Post Message   Messages List   Start a Board



**a bit different than standard automotive**
alex_m1   8/18/2016 11:29:07 AM

NO RATINGS

LOGIN TO RATE

USER RANK
AUTHOR

Junko, i suspect that this will not play out as usual with automotive technologies - since the business model will be taxi-like, and $500 over the lifetime of a taxi per trip is insgnificant. Even the extra processing isn't that big of a deal.What will be most important is reliability - both of the lidar and the total perfomance of the vehicle.

This will be true both at the design and regulatory levels, but also at the consumer level - most won't care if the trip is cheaper by few cents but even a hint that the more expensive system will be more reliable would be very good for marketing.

Reply   Post Message   Messages List   Start a Board



ASPENCORE NETWORK

EBN | EDN | EE Times | EEWeb | Electronic Products | Electronics-Tutorials | Embedded | Planet Analog | ElectroSchematics | Power Electronics News | TechOnline | Datasheets.com | Embedded Control Europe | Embedded Know How | Embedded News | IOT Design Zone | Motor Control Design | Electronics Know How |

GLOBAL NETWORK

EE Times Asia | EE Times China | EE Times India | EE Times Japan | EE Times Taiwan | EDN Asia | EDN China | EDN Taiwan | EDN Japan | ESM China |

**Working With Us:** About | Contact Us | Media Kits

Terms of Service | Privacy Statement | Copyright © 2018 AspenCore All Rights Reserved

# EXHIBIT 65

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 66

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 67

| | |
|---|---|
| **From:** | Ferrari, Anna |
| **Sent:** | Friday, July 08, 2016 10:45 AM |
| **To:** | John F. Gardner |
| **Cc:** | Tate, Eric Akira; Amdursky, Eric; Crandall-Whittom, Elizabeth J. |
| **Subject:** | [Unicorn] Update call at 11am today |

John,

We have calendared a call with Stroz Friedberg at 11am this morning for an update on outstanding matters.  You are welcome to participate if you have availability.  If not, we will update you at a more convenient time.  We apologize for the late notice.

The dial-in is 888-629-5634 | Conf Rm # 2852370

Thanks, and best regards,

**Anna Ferrari**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6728 | F: +1 (650) 251.3906
AFerrari@mofo.com | www.mofo.com

**PRIVILEGED AND CONFIDENTIAL – SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

CONFIDENTIAL

UBER00074666

# EXHIBIT 68

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 69

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 70

| From: | Rivera, Sylvia |
|---|---|
| To: | QE-Waymo |
| Cc: | John Cooper (JCooper@fbm.com); Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM |
| Subject: | Waymo v. Uber |
| Date: | Friday, December 29, 2017 4:54:24 PM |

Counsel:

In double-checking the completeness of Uber's search and production in this supplemental round of discovery, our e-discovery vendor determined that a set of search results inadvertently was not pushed to us for review.  Those documents were reviewed this week, we expect to produce about 20 responsive and non-privileged documents tonight or tomorrow, and will supplement the privilege log for Angela Padilla communications as needed in light of privileged documents withheld.

Regards,
Sylvia

**Sylvia Rivera**
Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
P: +1 (213) 892.5734 | F: +1 (323) 210.1210
SRivera@mofo.com | www.mofo.com

# EXHIBIT 71

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 72

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Rivera, Sylvia |
| **To:** | Andrea P Roberts; QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Uber-sg@LISTS.SUSMANGODFREY.COM; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com) |
| **Subject:** | RE: Waymo v. Uber Document Productions and Privilege Log |
| **Date:** | Friday, December 22, 2017 12:13:40 PM |

Andrea,

The documents Uber produced yesterday consisted of the unredacted demand letters, a handful of additional budget/finance documents that were located and deemed responsive to Waymo's RFPs, and emails that were provisionally deemed privileged and subsequently determined to be non-privileged or to warrant production with redactions.

With regard to the log of Padilla documents withheld for privilege, Uber prepared and served a log that conformed to the Court's order.

Regards,
Sylvia

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Thursday, December 21, 2017 6:48 PM
**To:** UberWaymoMoFoAttorneys; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com); Uber-sg@LISTS.SUSMANGODFREY.COM; John Cooper (JCooper@fbm.com); Matthew Cate (MCate@fbm.com)
**Cc:** QE-Waymo
**Subject:** RE: Waymo v. Uber Document Productions and Privilege Log

- External Email -

Sylvia,

As a point of clarification on the second point in my email, we recognize that the Court did not order that Uber log everything. But, is it Uber's position that the rest of Ms. Padilla's 1103 withheld documents did not fit within the scope of what the Court ordered Uber to do?

Thanks,
Andrea

**From:** Andrea P Roberts
**Sent:** Thursday, December 21, 2017 6:43 PM
**To:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; Boies Service (BSF_EXTERNAL_UberWaymoLit@bsfllp.com) <BSF_EXTERNAL_UberWaymoLit@bsfllp.com>; Uber-sg@LISTS.SUSMANGODFREY.COM; John Cooper (JCooper@fbm.com) <JCooper@fbm.com>; Matthew Cate (MCate@fbm.com) <MCate@fbm.com>
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Waymo v. Uber Document Productions and Privilege Log

Sylvia,

Can you please explain what Uber's productions today were?  We were expecting to receive the unredacted ███████████ demand letters today, but today's productions included a lot more.  Where did they come from and why were they not produced until today?  Should we be expecting more productions today and tomorrow?

Additionally, Uber's December 13 Log of Metrics of InHouse Counsel says that there were 1103 withheld documents from Angela Padilla.  The privilege log served this evening only has 755 entries.  Can you please explain the discrepancy?

Thanks,
Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

# EXHIBIT 73

 News   Video   Events   Crunchbase

Search

**TC WINTER PARTY**

TechCrunch is having a party this February in San Francisco **Find Out More** ▶

# Waymo's self-driving Chrysler Pacifica begins testing in San Francisco

*Posted Jan 12, 2018 by **Darrell Etherington** (**@etherington**)*

           Next Story ▶



Waymo is bringing its self-driving cars back to San Francisco streets for testing. TechCrunch has obtained pictures of the Waymo Chrysler Pacifica autonomous test vehicle on SF city roads, and Waymo confirmed that it is indeed bringing test vehicles back to one of the first spots where it ever tested AVs in the first place.



News    Video    Events    Crunchbase

**Search**    🔍

> *San Francisco was one of the first cities where we tested our self-driving cars, dating back to 2009 when we traveled everything from Lombard Street to the Golden Gate Bridge. Now that we have the world's first fleet of fully self-driving cars running in Arizona, the hilly and foggy streets of San Francisco will give our cars even more practice in different terrains and environments.*

Waymo has one of the most extensive testing programs of anyone in the industry, in geographic terms; the former Google self-driving car company has now tested its autonomous vehicles in 24 cities across the U.S. Its goal with these tests is to expose its fleet to a wide variety of road and weather conditions, as well as to variances in local traffic patterns and human driving habits.







News    Video    Events    Crunchbase                    Search



In San Francisco, it'll have the chance to deal with fog, of course, and with roads with steep inclines, as well as fairly dense peak traffic, ample bike, scooter and pedestrian activity, frequent ongoing road work and a lot more.



Waymo revealed last year that its test fleet in Arizona now includes fully driverless vehicles, with no safety driver behind the wheel at all (the cars in San Francisco will have safety drivers, by the way). The cars there can range across the entire area Waymo has set up around Chandler, Arizona for picking up and dropping off members of its pilot program of its forthcoming fully autonomous ride-hailing service.

 

### Recommended For You                                        Promoted Links by Taboola

**China's Chery will use Nvidia-powered ZF ProAI for Level 3 autonomous cars**

**T<sub>C</sub>**     News     Video     Events     Crunchbase

Search     🔍

**Cortana had a crappy CES**

**Softbank invests €460M in Germany's Auto1 car dealer platform**

**Chariot expands to Columbus, Ohio with JPMorgan Chase commuter shuttle**

**Why Cadillac sells more cars in China than in America**
Yahoo! Finance

**From The Web**                                    Sponsored Links by Taboola ▷

**San Francisco, California: This Genius, New Company Is Disrupting a $200 Billion Indu...**
EverQuote Insurance Quotes

**These SUVs Are The Cream Of The Crop**
Yahoo Search

**Bitcoin is Dead - This Will Make Investors Rich in 2018**
Bonner and Partners Subscription

**Shoppers Are Getting Unbelievable Deals With This Little-Known Site**
Tophatter

ADVERTISEMENT

TC      News   Video   Events   Crunchbase          Search

AdChoices

## Newsletter Subscriptions                                              +

## Latest **Crunch Report**                                             +







Add a comment...

**Jared Ellis**

Praise the lord! For all
The work WAYMO is doing!

Like · Reply · 1 · Jan 12, 2018 6:24pm

Facebook Comments Plugin

Comment moderation powered by BRANDBASTION

UP NEXT

## Alexa will have her own opinions on beer, TV shows and more

*Posted Jan 12, 2018*

## CrunchBoard

# EXHIBIT 74

**THE VERGE**

GOOGLE \ TECH \ TRANSPORTATION

# Waymo's self-driving minivan spotted in San Francisco

*Show me the way(mo) to go home*

By Andrew J. Hawkins | @andyjayhawk | Jan 12, 2018, 1:31pm EST

**f SHARE**    **⤴ MORE**



Photo by Sean O'Kane / The Verge

Publicly, Waymo, the self-driving unit of Google parent Alphabet, says the vast majority of its autonomous vehicle testing is taking place in five cities: Mountain View, California; Austin, Texas; Kirkland, Washington; Phoenix, Arizona; and most recently, Detroit, Michigan. But it would seem the company neglected to tell us about a crucial sixth city: its home turf of San Francisco.

*TechCrunch* obtained pictures of a Waymo autonomous minivan on the fog-soaked streets of San Francisco, forcing the company to admit that it has returned to its city of origin, where it first began testing back in 2009. A Waymo spokesperson did not immediately respond to a request for comment.



**TechCrunch** ✈
@TechCrunch

Waymo's self-driving Chrysler Pacifica begins testing in San Francisco tcrn.ch/2D73RI7 by @etherington

8:54 AM - Jan 12, 2018

↻ 6    ↥ 71    ↻ 150

It's a significant move for a couple reasons. The addition of San Francisco to its roster of test cities is a sign that Waymo is interested in tackling denser, more congested urban streets after several years of sticking to smaller, more low-slung communities. And it would appear to be a shot across the bow of GM, which has been testing its Cruise autonomous vehicles in San Francisco and plans to eventually launch a public ride-hail program in the city.

Waymo says it has tested its autonomous minivans in 24 cities across the US in an effort to expose its vehicles to a variety of environments, weather, and road conditions. In San Francisco, Waymo will have the chance to deal with heavy fog and the steep hills for which the city is famous, as well as thousands of bicyclists, pedestrians, and really bad drivers.

Last year, the company began testing its minivans on public roads in Arizona without human safety drivers behind the wheel. In the weeks to come, it says it will be opening these vehicles to the members of its Early Rider program for a ride-hailing trips. There's no word on when this program will expand to other cities.

***Update January 12th, 1:36pm ET:*** A spokesperson for Waymo said, "San Francisco was one of the first cities where we tested our self-driving cars, dating back to 2009 when we traveled everything from Lombard Street to the Golden Gate Bridge. Now that we have the world's first fleet of fully self-driving cars running in Arizona, the hilly and foggy streets of San Francisco will give our cars even more practice in different terrains and environments."



AD

# THE LATEST



## Office for Mac is adding real-time collaborative editing

By Thuy Ong  |  2 comments

## This tiny robot moves so fast it's just a blur on camera

By James Vincent  |  3 comments

## LG dreams of tablet-morphing phones

By Thuy Ong  |  7 comments

## WhatsApp launches a separate app for small businesses

By Thuy Ong  |  4 comments





### NASA's Jeanette Epps won't be joining the space station as its first African-American crew member this year

By Rachel Becker  |  10 comments



### Marriott says it chose to stop posting on social media after China ban

By Dani Deahl  |  11 comments

AD

# EXHIBIT 75

1   **BOIES SCHILLER FLEXNER LLP**
    Meredith Dearborn (SBN 268312) (mdearborn@bsfllp.com)
2   Juan P. Valdivieso (SBN 307650) (jvaldivieso@bsfllp.com)
    1999 Harrison Street, Suite 900
3   Oakland, CA 94612
    Tel: (510) 874-1000; Fax: (510) 874-1460
4
    Hamish Hume (*Pro Hac Vice* pending) (hhume@bsfllp.com)
5   Jessica Phillips (*Pro Hac Vice* pending) (jphillips@bsfllp.com)
    Ross P. McSweeney (*Pro Hac Vice* pending) (rmcsweeney@bsfllp.com)
6   1401 New York Avenue, N.W.
    Washington, DC 20005
7   Tel: (202) 274-1122; Fax: (202) 237-2727

8   *Attorneys for Petitioner/Plaintiff* UBER TECHNOLOGIES, INC.

9

10              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

11                 **FOR THE COUNTY OF SAN FRANCISCO**

12

13   UBER TECHNOLOGIES, INC.,              Case No. CPF-17-515960

14            *Petitioner/Plaintiff,*

15        v.                               **[PROPOSED] ORDER GRANTING
                                           UBER'S PETITION TO VACATE
16   GOOGLE, INC.,                         ARBITRATION DISCOVERY ORDER**

17            *Respondent/Defendant,*      Petition Filed:  November 30, 2017

18   ANTHONY LEVANDOWSKI; LIOR RON,

19            *Real Parties in Interest.*

20

21

22

23

24

25

26

27

28

1    On November 30, 2017, Plaintiff/Petitioner Uber Technologies, Inc. ("Uber") filed a

2    Petition to Vacate Arbitration Discovery Order and Memorandum and Points and Authorities in

3    Support Thereof.  Google, LLC ("Google")[1] answered and opposed Uber's Petition on December

4    14, 2017.  Uber filed a reply on December 21, 2017.

5         The Court held an *in camera* hearing on January 11, 2018.  The Court has jurisdiction to

6    hear this petition pursuant to *Berglund v. Arthroscopic & Laser Surgery Center of San Diego, L.P.*

7    (2008) 44 Cal. 4th 528.

8         Having considered the Parties' filings and oral argument and the materials cited therein,

9    and having reviewed the materials at issue *in camera*, the Court rules as follows:

10        1.    The Court VACATES the November 15, 2017, decision of the arbitration panel in

11   *Google, Inc. v. Levandowski and Ron*, JAMS Ref. No. 1100086069 (the "Arbitration"), as well the

12   October 24, 2017, order by Justice Panelli that it summarily affirmed and adopted (together, the

13   "Arbitration Order"), and which compelled Uber to produce the following "Stroz-related

14   materials": "(1) the final Stroz Report and all exhibits thereto; (2) any draft or intermediate

15   versions of the Stroz Report, including any interim summaries, findings, or analyses by Stroz; and

16   (3) all interview memoranda or summaries related to the 'diligenced' former Google employees"

17   (collectively, the "Stroz Materials").

18        2.    The Court holds that the Stroz Materials are protected under the California law of

19   attorney-client privilege, and this privilege was not waived or lost by the sharing of these materials

20   by and among Uber, Otto, Anthony Levandowski, Lior Ron, and the respective counsel of those

21   parties because those parties shared a common interest in evaluating and preparing for potential

22   litigation that might be brought against them by Google.  *See* Cal. Evid. Code §§ 912, 952, 954.

23        Accordingly, the Arbitration Order is VACATED as contrary to California law.

24   IT IS SO ORDERED.

25

26

27

28

----

[1] On September 30, 2017, Google, Inc. changed its name and corporate format, becoming a limited liability company named Google LLC, the proper name for Respondent to this Petition.

1    Dated:  January 16, 2018

2                                                   _____
                                                    HONORABLE HAROLD E. KAHN
3                                                   JUDGE OF THE SUPERIOR COURT

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2