# EXHIBIT 29

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED