# EXHIBIT 31

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED