# EXHIBIT 32

# INTENTIONALLY NOT USED