# EXHIBIT 37

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**To:** ▮
**From:** Ric Jacobs
**Sent:** Thur 4/13/2017 5:50:11 PM
**Subject:** Fwd: RO Intel report

---------- Forwarded message ---------
From: Craig Clark <craig.clark@uber.com>
Date: Thu, Feb 9, 2017 at 8:29 AM
Subject: Fwd: RO Intel report
To: <ric@uber.com>

I had a long talk with Alberto this morning. I was disheartened by the fact that my legal priv training did not sink in even though this is almost identical to an example I had them all discuss and go through. The report itself and how this could have been handled better is for another discussion.

Craig Clark | Uber | Legal Director, Security
Mobile: ▮

Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.

Begin forwarded message:

> From: Alberto Fittarelli ▮
> Date: February 9, 2017 at 10:14:12 AM EST
> To: Craig Clark <craig.clark@uber.com>
> Subject: **Re: RO Intel report**
>
> And by that I mean - you *are* right, and I made a mistake :) I'd rather explain what I meant on the other point by voice.
>
> Alberto Fittarelli
> EMEA Security | Strategic Intelligence Lead
> ▮ uber.com
>
> On Thu, Feb 9, 2017 at 4:05 PM, Alberto Fittarelli ▮ wrote:
>
>> Craig, the last thing I want to do is making that a conflict. Wanna have a call?
>>
>> Alberto Fittarelli
>> EMEA Security | Strategic Intelligence Lead
>> ▮ uber.com
>>
>> On Thu, Feb 9, 2017 at 4:01 PM, Craig Clark <craig.clark@uber.com> wrote:

I don't know what the "other hand" is or what it has to do with making delicate privilege claims even harder due to blind use of macros or carelessness and setting a wrong/bad example for others. If you'd like to discuss specific examples of the "other hand" or misuse of the privilege I'm happy to do so.

Craig Clark | Uber | Legal Director, Security
Mobile:

Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.

On Feb 9, 2017, at 9:37 AM, Alberto Fittarelli wrote:

> You're right, and I apologize. On the other hand, the root issue of unsafe communication and action from the broader company remains unsolved, and I don't have an easy way to manage that.
>
> Alberto Fittarelli
> EMEA Security | Strategic Intelligence Lead
> uber.com
>
> On Thu, Feb 9, 2017 at 3:33 PM, Craig Clark <craig.clark@uber.com> wrote:
>
>> This really shows abuse of the ac priv statement like we talked about last week. Is thanking her really for my review and advice? It just proves overuse.

Craig Clark | Uber | Legal Director, Security
Mobile:

Confidentiality Note: This message is for the intended recipient only and may contain privileged, proprietary, private or confidential information. The use, copying or distribution of the contents of this email, or any attachments hereto, by anyone other than the intended recipient, or an employee or agent authorized by the intended recipient, is prohibited. If you have received this message in error, please notify the sender by email.

>> On Feb 9, 2017, at 9:04 AM, Alberto Fittarelli <alberto@uber.com> wrote:
>>
>> **Attorney / Client Privileged & Confidential** - Craig, for your review, and legal advice.
>> Thanks Nicoleta, appreciate it.
>>
>> Alberto Fittarelli
>> EMEA Security | Strategic Intelligence Lead
>> uber.com

UBER00355966

On Thu, Feb 9, 2017 at 3:00 PM, Nicoleta Diaconu <​> wrote:
> Hi guys,
> Thanks for the call again. See attached the report I mentioned.

Nicoleta

--

Nicoleta Schroeder
General Manager | Romania
 uber.com

--

**Ric Jacobs**
Global Intel Manager
ric@uber.com | uber.com

UBER00355967