# EXHIBIT 38

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED