# EXHIBIT 39

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED