# EXHIBIT 40

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED