# EXHIBIT 41

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED