# EXHIBIT 42

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED