# EXHIBIT 43

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED