# EXHIBIT 44

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED