# EXHIBIT 45

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED