# EXHIBIT 46

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED