# EXHIBIT 47

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED