# EXHIBIT 48

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED