# EXHIBIT 49

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED