# EXHIBIT 51

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **To:** | James Judah |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; John Cooper; Matthew Cate; QE-Waymo |
| **Subject:** | Waymo v Uber - Rhian Morgan Deposition |
| **Date:** | Sunday, November 19, 2017 8:31:32 PM |

9:00 a.m. Tuesday, limited to the receipts.

Sent from my iPad

On Nov 17, 2017, at 5:54 PM, James Judah <jamesjudah@quinnemanuel.com> wrote:

> **- External Email -**
>
> Counsel –
>
> Is Ms. Morgan available for a continued deposition on Tuesday, November 21? We can agree to limit to 60 minutes, but cannot in advance agree to a 30 minute time limit.
>
> Please let us know as soon as possible so that we can make the necessary arrangements. To the extent Ms. Morgan is not available on Tuesday, please let us know her availability on Wednesday morning.
>
> Waymo reserves all rights regarding Uber's untimely production of the Shred Works receipts.
>
> Best,
> James
>
>
> **James Judah**
> *Associate,*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> 415-875-6420 Direct
> 415.875.6600 Main Office Number
> 415.875.6700 FAX
> jamesjudah@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.