# EXHIBIT 52

| | |
|---|---|
| **From:** | Andrea P Roberts |
| **To:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM; "John Cooper"; Matthew Cate |
| **Cc:** | QE-Waymo |
| **Subject:** | Waymo v. Uber Discovery |
| **Date:** | Wednesday, November 29, 2017 10:52:20 PM |

**- External Email -**

Counsel:

I write regarding the Court's orders of yesterday and today regarding additional discovery. The Court ordered Uber to provide the following by Monday at noon:

- Ed Russo's presentation that he testified about on November 27, or confirmation that it does not exist.  (11/27/17 Hearing Tr., 114:16-22)  As we noted previously, Mr. Russo indicated that he may have shown the presentation to his boss or bosses boss so, at a minimum, they should be consulted as to whether they have it.

- A list of all of the Uber vendors "who had anything to do with non-attributable devices or had anything to do with ephemeral anything."  (11/27/17 Hearing Tr., 147:1-4)

- "All documents in the entire company that have anything to do with ephemeral, anything to do with non-attributable devices, or anything to do with using contrived attorney-client privilege."  (11/27/17 Hearing Tr., 147:10-15)

- An inventory of all of the non-attributable devices and who had them from December 1, 2015 to the present.  (11/27/17 Hearing Tr., 153:21-155:8)

- An inventory of the Wickr accounts and who had them from December 1, 2015 to the present, as well as any other self-deleting communication system.  (11/27/17 Hearing T., 153:21-156:10)

- Mr. Jacobs' personnel file, including his performance review (11/28/17 Hearing Tr., 156:10-11)

We expect that, to the extent Uber uses electronic searches to search for responsive documents, those searches will include everyone in the SSG and MA groups (including their predecessor groups), as well as other appropriate custodians.  Please provide us with the list of custodians and any search terms Uber intends to use.  Uber's searches, however, should not be limited to only search terms.

We will have additional document requests as well.

As for depositions, we will take depositions of at least the following individuals:

Richard Jacobs
Clayton Halunen
Ed Russo
Matt Henley

Nick Gicinto
Joe Sullivan
Craig Clark
Kevin Maher
Jake Nocon
Shawnee Delaney
Salle Yoo
Travis Kalanick
Lior Ron
Joe Spiegler
David Bonderman
Ariana Huffington

By tomorrow, please let us know which of these individuals are represented by Uber's counsel and which we should contact directly. For those not represented by Uber's counsel, please provide any contact information you have for them, including the contact information of any counsel Uber is aware that they have. We will meet and confer regarding the scheduling of these depositions. We also intend to serve a 30(b)(6) notice for a deposition of Uber relevant to the topics revealed in the Jacobs letter. We will provide that separately.

This list of discovery and depositions is not exhaustive, but given the expedited schedule we are providing our preliminary list of discovery now.

Thanks,
Andrea


**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.