# EXHIBIT 55

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED