# EXHIBIT 57

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED