# EXHIBIT 59

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED