# EXHIBIT 60

1/16/2018                Waymo LLC v Uber Technologies, Inc. and Ottomotto LLC
                                    Case No. 3:17-cv-00939-WHA

### 3. Inventory of Non-Attributable Devices

| Employee | Device(s) |
|---|---|
| Julie Ambrose | Chromebook |
| Benjamin Arthur | Chromebook |
| Matthew Bryant | 1 Macbook Laptop and 1 Lenovo Laptop |
| Yulin Chen | Macbook Laptop |
| Susan Chiang | ASUS Laptop; MiFi Device |
| Anna Chung | Alcatel Smartphone, ASUS Laptops (2); Samsung Chromebook; Android smartphones (2) |
| Will Demaine | Dell XPS 13 |
| Yifang Ding | Macbook Laptop |
| Nicholas Gicinto | Alcatel Smartphones (2); ASUS Laptop; ASUS Laptop (unopened in box); ZTE MIFI |
| Mat Henley | Laptops (2); MiFi Device |
| Robert Hugh | Macbook Laptop |
| Dave Hughes | Macbook Laptops (2) |
| Jonny Lee | Macbook Laptop |
| Alex Levinson | Macbook Laptops (5) |
| Kevin Maher | 30-50 Phones or Sim Cards, primarily used by JinJian Zhai and Matthew Bryant (former Uber employees), 1 Macbook Laptop and 1 Lenovo Laptop |
| Mike McLoughlin | Macbook Laptop |
| Jake Nocon | Alcatel Smartphone; ASUS Laptop; LG Smartphone; Samsung Chromebook; ZTE MIFI |
| Quang Pham | Macbook Laptop |
| Frank Portman | Macbook Laptop |
| Edward Russo | ASUS Laptops (4) |
| Hui Wang | Macbook Laptop |