# EXHIBIT 63

Please refrain from discussing anything that may relate to the potential claims described above, including by using chat applications or any other instant messaging application. To the extent you have used an instant messaging application to discuss matters that relate in any way to the potential claims described above, and that discussion still exists in your chat history, please cut and paste that discussion into a Word document or email and notify Nicole or Aaron.

