# EXHIBIT 65

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED