# EXHIBIT 66

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED