# EXHIBIT 67

| | |
|---|---|
| **From:** | Ferrari, Anna |
| **Sent:** | Friday, July 08, 2016 10:45 AM |
| **To:** | John F. Gardner |
| **Cc:** | Tate, Eric Akira; Amdursky, Eric; Crandall-Whittom, Elizabeth J. |
| **Subject:** | [Unicorn] Update call at 11am today |

John,

We have calendared a call with Stroz Friedberg at 11am this morning for an update on outstanding matters. You are welcome to participate if you have availability. If not, we will update you at a more convenient time. We apologize for the late notice.

The dial-in is 888-629-5634 | Conf Rm # 2852370

Thanks, and best regards,

**Anna Ferrari**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6728 | F: +1 (650) 251.3906
AFerrari@mofo.com | www.mofo.com

**PRIVILEGED AND CONFIDENTIAL – SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

1

CONFIDENTIAL                                                                                                    UBER00074666