# EXHIBIT 68

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED