# EXHIBIT 69

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED