# EXHIBIT 70

| | |
|---|---|
| **From:** | Rivera, Sylvia |
| **To:** | QE-Waymo |
| **Cc:** | John Cooper (JCooper@fbm.com); Matthew Cate; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit@bsfllp.com; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | Waymo v. Uber |
| **Date:** | Friday, December 29, 2017 4:54:24 PM |

Counsel:

In double-checking the completeness of Uber's search and production in this supplemental round of discovery, our e-discovery vendor determined that a set of search results inadvertently was not pushed to us for review. Those documents were reviewed this week, we expect to produce about 20 responsive and non-privileged documents tonight or tomorrow, and will supplement the privilege log for Angela Padilla communications as needed in light of privileged documents withheld.

Regards,
Sylvia

**Sylvia Rivera**
Morrison & Foerster LLP
707 Wilshire Boulevard | Los Angeles, CA 90017-3543
P: +1 (213) 892.5734 | F: +1 (323) 210.1210
SRivera@mofo.com | www.mofo.com