# EXHIBIT 71

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED