# EXHIBIT 73

 News   Video   Events   Crunchbase              Search

### TC WINTER PARTY
TechCrunch is having a party this February in San Francisco  **Find Out More** ▸

# Waymo's self-driving Chrysler Pacifica begins testing in San Francisco

Posted Jan 12, 2018 by *Darrell Etherington* (*@etherington*)

            Next Story



Waymo is bringing its self-driving cars back to San Francisco streets for testing. TechCrunch has obtained pictures of the Waymo Chrysler Pacifica autonomous test vehicle on SF city roads, and Waymo confirmed that it is indeed bringing test vehicles back to one of the first spots where it ever tested AVs in the first place.

https://techcrunch.com/2018/01...    https://techcrunch.com/2018/01...

 News   Video   Events   Crunchbase   Search

> *San Francisco was one of the first cities where we tested our self-driving cars, dating back to 2009 when we traveled everything from Lombard Street to the Golden Gate Bridge. Now that we have the world's first fleet of fully self-driving cars running in Arizona, the hilly and foggy streets of San Francisco will give our cars even more practice in different terrains and environments.*

Waymo has one of the most extensive testing programs of anyone in the industry, in geographic terms; the former Google self-driving car company has now tested its autonomous vehicles in 24 cities across the U.S. Its goal with these tests is to expose its fleet to a wide variety of road and weather conditions, as well as to variances in local traffic patterns and human driving habits.







**TechCrunch** News   Video   Events   Crunchbase    Search

In San Francisco, it'll have the chance to deal with fog, of course, and with roads with steep inclines, as well as fairly dense peak traffic, ample bike, scooter and pedestrian activity, frequent ongoing road work and a lot more.



Waymo revealed last year that its test fleet in Arizona now includes fully driverless vehicles, with no safety driver behind the wheel at all (the cars in San Francisco will have safety drivers, by the way). The cars there can range across the entire area Waymo has set up around Chandler, Arizona for picking up and dropping off members of its pilot program of its forthcoming fully autonomous ride-hailing service.

**Recommended For You**                                        Promoted Links by Taboola

**China's Chery will use Nvidia-powered ZF ProAI for Level 3 autonomous cars**

**TechCrunch**  News   Video   Events   Crunchbase     Search

**Cortana had a crappy CES**

**Softbank invests €460M in Germany's Auto1 car dealer platform**

**Chariot expands to Columbus, Ohio with JPMorgan Chase commuter shuttle**

**Why Cadillac sells more cars in China than in America**
Yahoo! Finance

**From The Web**                                                      Sponsored Links by Taboola

**San Francisco, California: This Genius, New Company Is Disrupting a $200 Billion Indu…**
EverQuote Insurance Quotes

**These SUVs Are The Cream Of The Crop**
Yahoo Search

**Bitcoin is Dead - This Will Make Investors Rich in 2018**
Bonner and Partners Subscription

**Shoppers Are Getting Unbelievable Deals With This Little-Known Site**
Tophatter

ADVERTISEMENT

**TechCrunch**    News   Video   Events   Crunchbase        Search

AdChoices

**Newsletter Subscriptions**                                                +

**Latest Crunch Report**                                                    +

News Video Events Crunchbase

Search

Add a comment...

**Jared Ellis**

Praise the lord! For all
The work WAYMO is doing!

Like · Reply · 1 · Jan 12, 2018 6:24pm

Facebook Comments Plugin

Comment moderation powered by BRANDBASTION

UP NEXT

## Alexa will have her own opinions on beer, TV shows and more

*Posted Jan 12, 2018*

## CrunchBoard

+

Crunch Network

News
Video
Events
Crunchbase
TechCrunch Store

About

Staff
Contact Us
Advertise With Us
Event & Editorial Calendar
Send Us A Tip
Activations Blog

International

China
Europe
Japan





