1
2
3
4
5
6
7
8

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

        Plaintiff,

   v.

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; and OTTO
TRUCKING LLC,

        Defendants.

                         /

No. C 17-00939 WHA

**ORDER SHORTENING TIME
TO BRIEF AND HEAR
MOTIONS TO INTERVENE
AND FOR ADVANCE
DISCLOSURE OF QUESTIONS**

     The Court has reviewed Attorney John Gardner's motions to intervene (Dkt. No. 2511)
and for advance disclosure of direct examination questions the parties seek to ask him at trial
(Dkt. No. 2512). The parties and Attorney Gardner shall promptly **MEET AND CONFER** and
attempt to resolve this issue. The deadline for any party to respond to Attorney Gardner's
motions is advanced from February 2 to **JANUARY 24 AT NOON**. The deadline for Attorney
Gardner to reply is advanced from February 9 to **JANUARY 26 AT NOON**. The motions will be
heard at the final pretrial conference currently set for **JANUARY 30 AT 8:00 A.M.**

     **IT IS SO ORDERED.**

Dated: January 22, 2018.

                                       
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE