# EXHIBIT 10

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---oOo---

WAYMO LLC,

      Plaintiff,

vs.                                  No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING,

INC.,
      Defendants.
_____/

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

30(b)(6) VIDEOTAPED DEPOSITION OF SCOTT JOHNSTON

SAN FRANCISCO, CALIFORNIA

THURSDAY, DECEMBER 14, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2773322

Pages 1 - 107

```
                                                          Page 12
 1           Does it run anywhere from two days to           09:44
 2   indefinite?                                             09:44
 3      A    Yes.  It's a fairly standard retention          09:44
 4   definition.  You know, typically, we see the legal      09:44
 5   department making that decision.  And then it's         09:44
 6   implemented by an administrator, which is a             09:44
 7   configuration in what we call the control panel.        09:44
 8      Q    All right.                                      09:44
 9           So the only thing that Google would control     09:44
10   with respect to "on" in 2006 is how long Google's own   09:44
11   chats would be saved?                                   09:45
12      A    Exactly.                                        09:45
                                                             09:45
18      A    On -- on -- the "history on" chats, just to    09:45
19   be specific.                                            09:45
20      Q    Yeah, so that -- let me make sure I've got      09:45
21   this right.                                             09:45
22      A    Yeah.                                           09:45
                                                             09:46
```

Page 15

```
1    Q    In 2008.                                           09:48
2    ████████████████████████████████████████████  █████
████████████████████████████████████████████  █████
█    █████████████████████████████  █████
█    █████████████  █████  ███  █████
█    ████████  █████
█    █████  █████
█    ██████████████████████████████████████████  █████
9    Q    By the way, what's your position?              09:48
10   A    I'm a director of product management.          09:48
11   Q    And how long have you been at Google?          09:48
12   A    Just over 11 years.                             09:48
13   Q    Just generally, what are your job              09:49
14  responsibilities?                                    09:49
15   A    I own the real-time communication              09:49
16  applications, which includes messaging, voice, and  09:49
17  video, so meetings and telephony, so Google Voice.  09:49
18          So the products are Hangouts Chat, Hangouts 09:49
19  Voice, and Google Voice -- sorry.  Hangouts Chat,  09:49
20  Hangouts Meet, and Google Voice.                    09:49
21   Q    When did you first learn that there was going 09:49
22  to be a change in 2008 to go "off the record"?      09:49
█   █████████████████████████████████████████████  █████
████████████████████████████████████████████████████  █████
██████████████████████████████████████████████  █████
```

```
                                                          Page 24
 1    go "on the record"?                                   09:59
 2        A    Correct.                                     09:59
 3        Q    Anything more than that?                     09:59
 4        A    No.                                          09:59
 5        Q    Does any -- strike that.                     09:59
 6             Do you have any idea how many chats, if any, 09:59
 7    have been saved in connection with this case, pursuant 09:59
 8    to this lit hold?                                     09:59
 9        A    I don't.                                     10:00
10        Q    Does anyone monitor chats in any way to      10:00
11    ensure that ███████████████████████████████████ ████  10:00
██ ████████                                                 10:00
13        A    To ensure that -- ask that one more time.    10:00
14    I'm sorry.                                            10:00
15        Q    Yes. ██████████████████████████████████ ████ 10:00
██ █████████████████████████████████                        10:00
17             My question is ████████████████████████ ████
█████████████████████████████████████████████████████████ ████
██ █████████                                                ████
██     █ ██                                                 ████
██     █    ████████████████████████                        ████
██          ██████████   █████████████                      ████
██          ██████████ █ █████████████████                  ████
██    ████████████ ██████████████████████████████████       ████
██    █ █████████████████████████████████████████████       10:00
```

```
1       Q    Isn't it true that there are people at Google         10:01
2    that will use chat for business purposes?                      10:01
3       A    That is the main use of it.                            10:01
4       Q    And isn't it true that some of the                     10:01
5    communications on chat are substantive?  Important?            10:01
6       A    Yes.                                                   10:01
7       Q    Is there a policy -- I got some policies from          10:01
8    your lawyers, and I've got them all here.  I couldn't          10:02
9    find the policy that tells the Google employee when            10:02
10   the employee should use chat as opposed to e-mail.             10:02
11           Do you understand my point?                            10:02
12      A    I do.                                                  10:02
13      Q    Is there such a policy?                                10:02
14      A    No.                                                    10:02
15      Q    So what guidance, if any, are employees given          10:02
16   as to when they should use chat instead of e-mail?             10:02
17      A    The only guidance that we give specifically            10:02
18   with communications like that is ███████████████  ██
                                                                    10:02
██   ███████████████████
20      Q    But, ████████████████████████ the                      10:02
21   employee has the discretion to use chat or e-mail?             10:02
22      A    Whatever is most efficient for them.                   10:02
23      Q    Just curious:  ████████████████████████  ███
██   ████
██                      ████████████████████                        10:03
```

```
 1      A    ████████████████████                         10:03
 2      Q    All right.                                    10:03
 3           The chats between 2006 and 2008, ████  ████   10:03
 4      ████████████ what records are kept as to how many  10:03
 5   chats were stored on Google servers at that time?     10:03
 6      A    At that time, how many -- we're -- we're past 10:04
 7   the point of any -- any saved logs.                   10:04
 8      Q    So, at that time, let's say 2006 and 2007 --  10:04
 9   just take those two years ██████████ -- how           10:04
10   many chats were -- were saved ████████?               10:04
11           Is it billions?                               10:04
12      A    I don't have a good estimate right now.       10:04
13      Q    Hundreds of millions?                         10:04
14           MR. BAKER:  Objection to form.                10:04
15           THE WITNESS:  You know, I don't recall right  10:04
16   now.                                                  10:04
17           MR. GONZALEZ:  Q.  How many Google employees  10:04
18   were there in that 2006-2007 time period.             10:04
19      A    I don't know off the top of my head.          10:04
20      Q    Do you remember approximately?                10:05
21      A    I want to say ████                            10:05
22      Q    And would you agree that all ████ of them     10:05
23   were chatting every day?                              10:05
24           MR. BAKER:  Objection to form.                10:05
25           THE WITNESS:  The vast majority of Google     10:05
```

| | | |
|---|---|---|
| 1 | communicates via chat, yes. | 10:05 |
| 2 | MR. GONZALEZ: I'm not too good at math. I'm | 10:05 |
| 3 | doing it in my head. | 10:05 |
| 4 | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉ | 10:05 |
| 7 | A   It -- it's dependent on what the custom- -- | 10:05 |
| 8 | sorry -- what the employee chooses for settings. | 10:05 |
| 9 | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▮ ▉▉ | ▉ |
| | ▮ ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉ | ▉ |
| | ▮ ▮ ▉▉▉ | ▉ |
| | ▮ ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▮ ▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉ |
| | ▮ ▉▉▉▉▉ | 10:06 |

Page 38

| | | |
|---|---|---|
| 1 | settings and options? | 10:17 |
| 2 | A    Yeah. | 10:17 |
| 3 | Q    Does Google give any guidance or suggestions | 10:17 |
| 4 | to your ▮▮▮▮▮ companies as to how long they | 10:17 |
| 5 | should save chats, if they choose to save them at all? | 10:18 |
| 6 | A    No. | 10:18 |
| 7 | Q    Do you give them any advice or guidance as to | 10:18 |
| 8 | whether their default should be "on" or "off"? | 10:18 |
| 9 | A    No. | 10:18 |
| 10 | Q    What is the default? | 10:18 |
| 11 |     Is it automatically "off" for the ▮▮▮▮▮ | 10:18 |
| 12 | companies? | 10:18 |
| 13 | A    When a -- when a G Suite company adopts | 10:18 |
| 14 | G Suite, the default in the administration panel is | 10:18 |
| 15 | "history on." | 10:18 |
| 16 | Q    Meaning that they would be saved ▮▮▮▮▮? | 10:18 |
| 17 | A    They would be saved indefinitely. | 10:18 |
| 18 | Q    So that the ▮▮▮▮▮ companies, when they | 10:18 |
| 19 | first sign up for G Suite, the default on the system | 10:19 |
| 20 | that you give them is that they indefinitely save all | 10:19 |
| 21 | of their chats? | 10:19 |
| 22 | A    Correct. | 10:19 |
| 23 | Q    And do they then have the option to change | 10:19 |
| 24 | that? | 10:19 |
| 25 | A    Yes. | 10:19 |

Page 41

| | | |
|---|---|---|
| 1 | Q    It sounds like roughly ▮ percent go with | 10:22 |
| 2 | your standard default of saving everything, unless the | 10:22 |
| 3 | user decides not to? | 10:22 |
| 4 |     A    Correct. | 10:22 |
| 5 |     Q    So I have a question.  It's just -- | 10:22 |
| 6 |     A    Sure. | 10:22 |
| 7 |     Q    -- it sounds like what Google does is | 10:22 |
| 8 | ████████████████████████████████████ ██ | |
| | ██ ███████████████████████████ | 10:22 |
| 10 |         MR. BAKER:  Objection to form. | 10:22 |
| 11 |         THE WITNESS:  It is -- ██████████ ██ | |
| | ██ █████████████████████ | 10:22 |
| 13 |         MR. GONZALEZ:  Yeah. | 10:22 |
| 14 |     Q    It sounds like ███████████████████ ██ | |
| | ██ ████████████████; is that right? | 10:22 |
| 16 |     A    Correct. | 10:22 |
| 17 |     Q    And ██████████████████████████████ | 10:22 |
| 18 | roughly? | 10:23 |
| 19 |     A    Roughly. | 10:23 |
| 20 |     Q    Do you guys do any surveys to ask your | 10:23 |
| 21 | customer -- your corporation customers why they choose | 10:23 |
| 22 | various options? | 10:23 |
| 23 |     A    My product management team is -- is regularly | 10:23 |
| 24 | talking to customers.  That is not a particularly | 10:23 |
| 25 | contentious area. | 10:23 |

```
                                                           Page 62
 1     their computers?                                      11:09
 2            MR. BAKER:  Objection; form.                   11:09
 3            THE WITNESS:  I don't know.                    11:09
 4            MR. GONZALEZ:  Q.  Is it hundreds, the number  11:09
 5     of messaging apps that have been approved for use by  11:10
 6     Google employees.                                     11:10
 7        A   I don't know.  Our policies are -- are --      11:10
 8     there's no specific list of allowed messaging apps for 11:10
 9     personal use.                                         11:10
10        Q   I want to make sure I understand this part.    11:10
11     How many messaging apps do you use for personal use,  11:10
12     other than the Google stuff?                          11:10
13        A   So --                                          11:10
14        Q   You mentioned -- you mentioned a couple.       11:10
15            MR. BAKER:  I'm just going to object as        11:10
16     outside the scope again.                              11:10
17            You can answer.                                11:10
18            THE WITNESS:  Okay.  I use about 14.           11:10
19            MR. GONZALEZ:  Q.  Why so many.                11:10
20        A   In my role, I force my friends and family to   11:10
21     use different apps.                                   11:10
22        Q   That's fair.                                   11:10
23        A   Yeah.                                          11:10
24        Q   Part of your job is to kind of know what the   11:10
25     competitors are doing?                                11:10
```

```
                                                          Page 63
1      A    Exactly.                                       11:10
2      Q    And how theirs works?                          11:10
3      A    Right.                                         11:11
4      Q    And if theirs has some fancy bell and          11:10
5   whistle, then maybe you might want to add that to      11:11
6   yours?                                                 11:11
7      A    Maybe people love Peaches more than I          11:11
8   thought.                                               11:11
9      Q    Exactly.                                       11:11
10          Do you use that one?                           11:11
11     A    I have at one time.  I do not right now.       11:11
12     Q    What are the ones that you use?                11:11
13     A    I mainly, in my personal life, use WhatsApp.   11:11
14  It's a -- that's mainly for non-U.S. friends.  I use   11:11
15  Facebook Messenger.  I use Slack.  Those are the main  11:11
16  ones I use.  I have one friend that uses Telegram and  11:11
17  won't talk to me on anything else.                     11:11
18     Q    What other ones do you use even just a little  11:11
19  bit?                                                   11:11
20          You mentioned 14.                              11:11
21     A    WeChat, Luna, Symphony.  I think that's -- I   11:11
22  mentioned Facebook Messenger.  I have not used Signal  11:12
23  in a while.                                            11:12
24     Q    But you have used it?                          11:12
25     A    Uh-huh.  I use Snapchat.                       11:12
```

```
                                                          Page 64
1              That's all I can recall right now.         11:12
2         Q    HipChat?                                   11:12
3         A    I'm not currently using HipChat, no.       11:12
4         Q    Have you ever used it?                     11:12
5         A    Yes.                                       11:12
6         Q    And these various messaging applications, did  11:12
7    you have to get approval from someone at Google in  11:13
8    order to use those on your Google machine?          11:13
9         A    Not that I recall, no.                     11:13
10        Q    So how do you use those in your Google    11:13
11   machine?  Just download them?                        11:13
12        A    They're mainly mobile, and so I use them on  11:13
13   one of my phones.                                    11:13
14        Q    Is that a Google-issued phone?             11:13
15        A    No.  It's -- I have a number of -- again, in  11:13
16   my role, which is strange, I have between ten and 15  11:13
17   devices that I'm rotating between.                  11:13
18             An average person would -- would install it  11:13
19   either on their personal device or a Google-issued  11:13
20   device.                                              11:13
21        Q    And for the standard person who is installing  11:13
22   it on their personal or Google-issued device, do they  11:13
23   need to get permission from Google to do that?      11:13
24        A    Not that I'm aware of.                     11:13
25        Q    And mechanically, the way I would install one  11:14
```

Page 69

| | | |
|---|---|---|
| 1 | I'm just trying to see if you guys will just exchange | 11:19 |
| 2 | that information or give us that information. | 11:19 |
| 3 |     MR. BAKER: Well, I'll consider your request, | 11:19 |
| 4 | but I would like to see a formal discovery request. | 11:19 |
| 5 |     Actually, I don't even think we need a formal | 11:19 |
| 6 | discovery request, because I don't think you're | 11:19 |
| 7 | entitled to any additional discovery. | 11:20 |
| 8 |     But I'll consider your request. | 11:20 |
| 9 |     MR. GONZALEZ: Okay. Just let us know. If | 11:20 |
| 10 | the answer is "no," we'll know how to proceed. | 11:20 |
| 11 |   Q  If a customer does require a specific chat | 11:20 |
| 12 | service for communication, as indicated here in the | 11:20 |
| 13 | policy, then Google would use that chat service for | 11:20 |
| 14 | communications with that customer? | 11:20 |
| 15 |   A  The people that were -- required that -- | 11:20 |
| 16 | whose -- whose job required that communication, yes. | 11:20 |
| 17 |   Q  And so, with respect to those types of chats, | 11:20 |
| 18 | if a Google employee is communicating with a | 11:20 |
| 19 | non-Google messaging app service, how long would that | 11:20 |
| 20 | chat be saved? | 11:20 |
| 21 |   A  It would be dependent on the chat application | 11:20 |
| 22 | they were using. | 11:20 |
| 23 |   Q  Yeah, that's what I was trying to get at. | 11:20 |
| 24 |     So all this stuff you said earlier about | 11:20 |
| 25 | ▬▬▬▬ and all that stuff won't apply if it's a | 11:21 |

| | | |
|---|---|---|
| 1 | use that one because it presents security risks? | 11:27 |
| 2 | A   No. | 11:27 |
| 3 | Q   I think I asked you this, but in case I | 11:27 |
| 4 | forgot, the Waymo employees follow the same | 11:28 |
| 5 | preservation policies as the Google employees; is that | 11:28 |
| 6 | right? | 11:28 |
| 7 | A   Correct. | 11:28 |
| 8 | (Document marked Exhibit 2302 | 11:28 |
| 9 | for identification.) | 11:29 |
| 10 | MR. GONZALEZ:  Sir, you've been handed a | 11:29 |
| 11 | document that we have marked as Exhibit 2302.  It's a | 11:29 |
| 12 | declaration from Theresa Beaumont, who I understand, | 11:29 |
| 13 | at least at some point, was a Google employee. | 11:29 |
| 14 | Q   Have you seen this before? | 11:29 |
| 15 | A   I have not. | 11:29 |
| 16 | Q   So, if you look at paragraph 8, she says: | 11:29 |
| 17 | ████████████████████████████████████ | ██ |
| | ████████████████████████████ | ██ |
| | ████████████████████████████████ | ██ |
| | ██████████████████████████████████████ | ██ |
| | ██████████████████████████████████████ | 11:29 |
| 22 | Do you have any understanding as to what she | 11:29 |
| 23 | means by ████████████████████████████ | ██ |
| | ██████████████ | 11:30 |
| 25 | MR. BAKER:  Objection; form. | 11:30 |

```
 1                      CERTIFICATE OF REPORTER
 2
 3           I, ANDREA M. IGNACIO, hereby certify that the
 4   witness in the foregoing deposition was by me duly
     sworn to tell the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause;
 6           That said deposition was taken in shorthand
 7   by me, a disinterested person, at the time and place
 8   therein stated, and that the testimony of the said
     witness was thereafter reduced to typewriting, by
 9   computer, under my direction and supervision;
10           That before completion of the deposition,
11   review of the transcript [ ] was [x] was not
12   requested.  If requested, any changes made by the
     deponent (and provided to the reporter) during the
13   period allowed are appended hereto.
14           I further certify that I am not of counsel or
15   attorney for either or any of the parties to the said
     deposition, nor in any way interested in the event of
16   this cause, and that I am not related to any of the
17   parties thereto.
18   Dated: December 15, 2017
19
20
21
22
23                      _____
24                      ANDREA M. IGNACIO,
25           RPR, CRR, CCRR, CLR, CSR No. 9830
```

Page 107