# EXHIBIT 24

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

WAYMO LLC,

        Plaintiff,

vs.                      Case No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;
OTTOMOTTO LLC; OTTO TRUCKING LLC,
        Defendants.

_____/


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEOTAPED 30(b)(6) DEPOSITION OF SHAUN STEWART

TUESDAY, DECEMBER 19, 2017




Reported by:

Anrae Wimberley

CSR No. 7778

Job No. 2778194


Pages 1 - 43

| | | |
|---|---|---|
| 1 | Q.   Yeah. | 10:18:01 |
| 2 |      Like take Uber as an example. | |
| 3 |      Does Waymo document when an Uber | |
| 4 | autonomous vehicle leaves the building? | |
| 5 | A.   No. | 10:18:14 |
| 6 | Q.   Or what routes it takes? | |
| 7 | A.   No. | |
| 8 | Q.   Does Waymo have any information, to your | |
| 9 | knowledge, about what routes are taken by Uber | |
| 10 | autonomous vehicles? | 10:18:25 |
| 11 | A.   No. | |
| 12 | Q.   Or how many autonomous vehicles Uber has | |
| 13 | on the road? | |
| 14 | A.   Only through public articles that mention | |
| 15 | vehicle fleet size or quotes from Uber personnel. | 10:18:38 |
| 16 | Q.   Has Waymo ever retained any third parties | |
| 17 | for the purpose of gathering information about its | |
| 18 | competitors? | |
| 19 | A.   No. | |
| 20 | Q.   To your knowledge, has Google done that? | 10:18:50 |
| 21 | A.   No, not to my knowledge. | |
| 22 | Q.   When you started working at Waymo, was it | |
| 23 | already called Waymo or was it still with Google? | |
| 24 | A.   It was called Chauffeur. | |
| 25 | Q.   So when you first started working, you | 10:19:07 |

```
                                                           Page 11
1    were a Google employee?                              10:19:09
2         A.   Correct.
3         Q.   And when did you become a Waymo employee?
4         A.   December of last year.
5         Q.   Is there somebody at Waymo that's         10:19:23
6    responsible for ████████████████████████
7    ████████████████████████████████████████
8    ████████████
9         A.   Yes.
10        Q.   Who would that be?                         10:19:35
11        A.   ████████████████
12        Q.   Does that team report to you?
13        A.   Yes.
14        Q.   And when you say that ████████████
15   ████████████████████████████████████████ ████
16   ████████████████████████████████████
17   ████████████
18   ██  ████████████████████████████
19   ████████████████
20   ██  ████████████████████████████████ ████
21   ████████████████████████
22   ██  ████████  ████████████
23   ██  ████████  ████████████████
24   ██  ████████████████
25        BY MR. GONZALEZ:                                10:20:26
```



[redacted] 10:21:34

Page 13

```
 1       ███    ██████████████████████        ██████
    █    ████████████████████████████
    █    ██   ████████████████████████████
    █    ██   █████████████████████  █████
    █    ███████████                                   10:21:51
 6       Q.   Who manages ██████████?
 7       A.   I do.
 8       Q.   You do?
 9       A.   (Witness nods head affirmatively.)
10       Q.   So do ██████████████████████ come         10:22:01
11  to you?
12       A.   Um-hum.
13       Q.   "Yes"?
14       A.   Yes.
15       Q.   And then from there, do you determine who 10:22:08
16  to forward them to?
17       A.   We determine the appropriate audience to
18  review and sign off on them.
19       Q.   Are these like PowerPoints or memos or
20  something else?                                      10:22:21
21       A.   They can be all of those.
22       Q.   And how many such ██████████
██       ██████████ have you received since Waymo was
24  formed?
25       A.   I don't know the exact number.             10:22:31
```

```
                                                          Page 15
 1    conversations with him?                             10:23:34
 2         A.   I manage him, so I know how his work is
 3    completed.
 4         Q.   And so can you describe for me how his
 5    work is completed?                                  10:23:42
 6         A.   Can you be more specific about what you're
 7    looking to learn about how his work is completed?
 8         Q.   Yeah, I was just using your words.
 9              I just want to know how he goes about
10    putting these things together.                     10:23:52
11         A.   Sure.
12              He has a question he needs to answer, ███
      ████████████████████████████████████████████████
      ████████████████████████████████████████████████
      ██████████████████████████████████                  10:24:02
16         Q.   And where do the questions come from?
17         A.   Different areas of the business.
18         Q.   So Mr. Johnson gets information about ███
      ████████████████████████████████████████████████
      ██████████████████████████████████████              10:24:17
21         A.   Correct.
22         Q.   And other than -- strike that.
23              With respect to the type of information
24    that Mr. Johnson compiles, would it include ███
      ████████████████████████████████████████            10:24:39
```

Page 16

1       A.    It could.                                                10:24:41
2       Q.    [REDACTED]
4       A.    It could.  That's typically hard to
5    gather.                                                           10:24:49
6    [REDACTED]
9       Q.    In performing your job duties, have you
10   ever been curious about what routes your competitors               10:25:04
11   are using?
12      MR. BAKER:  Objection to form.
13      THE WITNESS:  No.  Routes doesn't tell us much.
14   BY MR. GONZALEZ:
15      Q.    Why do you say that?                                      10:25:15
16      MR. BAKER:  Objection to form.
17      THE WITNESS:  There's not a lot to learn from
18   understanding a route.
19   BY MR. GONZALEZ:
20      Q.    What about how well your competitors are                  10:25:27
21   maneuvering on the road; is that of interest to you?
22      A.    Not for any beneficial purpose other than
23   understanding the status of where they are.
24      Q.    But would you agree that seeing the car
25   actually drive on the road would be helpful to                     10:25:46

```
 1         Q.    Anything else?                                10:27:41
 2         A.    You can ask me about topics and I can tell
 3   you whether we've done ███████████████████████
     █ ██████
 5         Q.    Sitting here today, what other topics do      10:27:50
 6   you recall Mr. Johnson's ████████████████████████
     █ ████████████████████████████████
     █ █████████████████
     █    █ ██████████████████████████████
     ██ █████████████████████████████████████████    █████
     ██ ███████████████████████
     ██    █ ████████████████████████████████████
     ██ ████████████████████████
14         A.    Correct.
15         Q.    Who assigned that task to that intern?        10:28:24
16         A.    I did.
17         Q.    Did you give the intern guidance as to how
18   he or she could ████████████████████████████████
     █ ████████████████████████████
20         A.    Yes.                                          10:28:38
21         Q.    What guidance did you give the intern?
22         A.    That they could ████████████████████████
     █ ████████████████████████████████████
24         Q.    Did you get work product?
25         A.    Yes.                                          10:28:49
```

Page 21

| | | |
|---|---|---|
| 1 | Q. What other detail did it have? | 10:29:47 |
| 2 | A. What other detail are you interested in? | |
| 3 | Q. I would like to know what you know about | |
| 4 | the document, because you've seen it and I haven't. | |
| 5 | A. It had a summary of ████████████ ████ | |
| 6 | ████████████████████████ | |
| 7 | Q. Who was the intern? | |
| 8 | A. Christoph Meyer. | |
| 9 | Q. M-e-y-e-r? | |
| 10 | A. M-e-y-e-r.  Like the lemon. | 10:30:10 |
| 11 | MR. GONZALEZ:  Counsel, do you know if any of | |
| 12 | these have been produced, either ████████████ | |
| 13 | ████████████████████████? | |
| 14 | MR. BAKER:  No, not sitting here right now. | |
| 15 | MR. GONZALEZ:  We would ask that they be | 10:30:37 |
| 16 | produced ASAP if they have not been. | |
| 17 | MR. BAKER:  I'll consider the request.  Can you | |
| 18 | explain to me how they fall within the scope of the | |
| 19 | topic? | |
| 20 | MR. GONZALEZ:  Yeah.  ████████████ ████ | |
| 21 | ████████████████ ████████████████ | |
| 22 | ████████████████████ | |
| 23 | MR. BAKER:  We absolutely disagree with that. | |
| 24 | MR. GONZALEZ:  Okay.  So I take it that it's | |
| 25 | your position then that they don't have to be | 10:30:58 |

Page 29

```
 1        Q.    And then, in some cases, it says ▌▌▌▌   ▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
 3              Do you see that?
 4        A.    Yes.
 5        Q.    And then there's a link where it includes    10:39:50
 6   some photographs.
 7              Do you see that?
 8        A.    Yes.
 9        Q.    And do you know how they got those
10   photographs?                                            10:39:58
11        A.    By taking a photo.
12        Q.    That's probably right.
13              So how did Waymo get this information if
14   you don't do surveillance on your competitors?
15        MR. BAKER:    Objection to form.                   10:40:10
16        THE WITNESS:    This isn't surveillance. ▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ ▌▌▌
▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
22   BY MR. GONZALEZ:
23        Q.    Let me break that down.
24              When you say "a driver driving around,"
25   who are you referring to there?                         10:40:37
```

Page 34

1       Q.   Okay.  Then what is your understanding?      10:44:50
2   I'm not trying to trick you.
3            I'm just trying to figure out -- if it's
4   not what they're doing in Phoenix, then how did they
5   get this information?                                  10:44:58
6       MR. BAKER:  Objection to form.
7       THE WITNESS:  My guess is it's similar to what
8   we do in Phoenix.  I don't know.  I didn't create
9   the document.
10  BY MR. GONZALEZ:                                       10:45:04
11      Q.   All right.  And is there somebody in
12  San Francisco who is in charge of this type of
13  information?
14      A.   No.
15           This information is completely useless to     10:45:18
16  us.
17      Q.   Why do you say that?
18      A.   What can you do with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20      Q.   If it's useless, why would someone take       10:45:31
21  the time to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
22      MR. BAKER:  Objection to form.
23      THE WITNESS:  There may be some value to the
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25  BY MR. GONZALEZ:                                       10:45:43

```
                                                        Page 41
 1          Q.   Do you see on 2305 that there are a number    10:57:32
 2    of dates on the bottom that are 2017?
 3          A.   Yep.  So I was employed at Waymo for
 4    those.
 5          Q.   And you didn't know about these entries?      10:57:40
 6          A.   Those five, no.
 7          Q.   And you don't know whether there are any
 8    others since then?
 9          A.   No.
10          Q.   You don't know whether San Francisco is       10:57:49
11    continuing to prepare whatever forms they prepared
12    in order to compile the information on 2305;
13    correct?
14          MR. BAKER:  Objection to form.
15          THE WITNESS:  I know we don't operate in           10:57:59
16    San Francisco because my drivers are necessary for
17    that information.  And if this is a driver-led form,
18    then I would know about it.
19    BY MR. GONZALEZ:
20          Q.   Did you operate in San Francisco in           10:58:10
21    January and February of this year?
22          A.   No.
23          Q.   So do you have any information as to how
24    this was compiled if it wasn't from your drivers?
25          A.   No.  As I said, I've never seen it.           10:58:21
```

```
                                                              Page 42
 1         Q.   All right.  So somebody compiled this         10:58:25
 2    information, but you're not aware of who that was?
 3         A.   No.
 4         Q.   Or how it was compiled?
 5         A.   It's similar in format to what we use in      10:58:34
 6    Phoenix.  That's the only basis I have to conclude
 7    from.
 8         Q.   But the difference is that, unlike
 9    Phoenix, you've never had autonomous vehicles
10    driving around San Francisco; right?                    10:58:46
11         A.   We may have in these dates prior to I was
12    here.
13         Q.   But you don't know that you did?  You
14    don't know?
15         A.   No.                                           10:58:53
16         Q.   What about in 2017; did you have
17    autonomous vehicles then?
18         A.   No.
19         MR. GONZALEZ:  Okay.  Thank you.
20         THE VIDEOGRAPHER:  This concludes today's          10:59:05
21    deposition of the Waymo 30(b)(6), Shaun Stewart,
22    witness.
23              Total number of media used is one.  Going
24    off the record at 10:59 a.m.
25    (Whereupon, the deposition was concluded at 10:59 p.m.)
```

```
 1         FEDERAL CERTIFICATE OF DEPOSITION OFFICER
 2         I, ANRAE WIMBERLEY, CSR NO. 7778, do hereby
   declare:
 3         That, prior to being examined, the witness
   named in the foregoing deposition was by me duly
 4 sworn pursuant to Section 30(f)(1) of the Federal
   Rules of Civil Procedure and the deposition is a
 5 true record of the testimony given by the witness;
 6         That said deposition was taken down by me in
   shorthand at the time and place therein named and
 7 thereafter reduced to text under my direction;
 8         -----   That the witness was requested to
   review the transcript and make any changes to the
 9 transcript as a result of that review pursuant to
   Section 30(e) of the Federal Rules of Civil
10 Procedure;
11         -----   No changes have been provided by the
   witness during the period allowed;
12         -----   The changes made by the witness are
13 appended to the transcript;
14         --X---   No request was made that the
   transcript be reviewed pursuant to Section 30(e) of
15 the Federal Rules of Civil Procedure.
16         I further declare that I have no interest in
   the event of the action.
17         I declare under penalty of perjury under the
18 laws of the United States of America that the
   foregoing is true and correct.
19         WITNESS my hand this 19th day of December, 2017.
20
21
22
23                    [signature: Anrae Wimberley]
24
25         ANRAE WIMBERLEY, CSR NO. 7778
```

Page 43