# EXHIBIT 38

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Google

## Status Change Request Form

| | |
|---|---|
| Employee Name: | **Anthony Levandowski** |
| Employee ID No.: | EMP 42131 |
| Status Change Effective Date: | |

### Type of Change

| Salary Action | Job Action | ☑ Bonus | Stock Grant |
|---|---|---|---|
| ☐ Market Adjustment | ☐ Promotion | ☐ Spot Bonus | ☐ Other (Explain below) |
| ☐ Promotion | ☐ Transfer | ☐ Employee Referral | ☐ Termination (Explain below) |
| ☐ Other (Explain below) | ☐ Reclass | ☐ Relocation | ☐ CC Transfer/Mgr. Change |
| | ☐ Slotting | ☐ Peer Bonus | |
| | | ☐ Non-Cash | |
| | | ☑ Indicate Amount | |
| | | ▇▇▇▇▇   ☑ Gross | |
| | | ☐ Net | |

### Comments / Justifications

Project Eisenhower - Retention Bonuses per Agreement, upon the effective date of the transaction

| *Current Status* | | *Proposed Status* | |
|---|---|---|---|
| Cost Center #: | | Cost Center #: | |
| Manager: | | Manager: | |
| HRIS Title: | | HRIS Title: | |
| MOMA Title: | | MOMA Title: | |
| Grade Level: | Job Code: | Grade Level: | Job Code: |
| Emp. Status: < Select Status > | OTE: | Emp. Status: < Select Status > | OTE: |
| Work Status: < % FTE > | | Work Status: < % FTE > | |
| Currency: < Select Currency > | | Currency: < Select Currency > | |
| Current Salary: | | New Salary: | |
| | | Proposed Stock: | |
| | | Vesting Schedule: | |
| | | Vesting Commence: | |

### Termination

| Hire Date: | Last Day Worked: | Final Stock Vesting Date: |
|---|---|---|
| Pay Through Date: | Term Code: < Select Code > | Exit Interview Date/Time: |

| *Approvals from Transferring Department* | | *Approvals* | |
|---|---|---|---|
| Manager: | Date: | Manager: | Date: |
| HR: | Date: | HR: | Date: |
| Dept. Dir./VP: | Date: | Dept. Dir./VP: | Date: |

*Note: All necessary approvals must be obtained before employee is notified of a change in status.*

For HR Use – HRIS Completed: _____ Date: 5/15/07

SC 5/24/07

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          WAYMO-UBER-00006373