# EXHIBIT 39

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**From:** "Andrew Chatham (Google Docs)"
**To:**
**Received:** Thu, 19 Mar 2015 12:58:57 -0700 (PDT)
**Subject:** Chauffeur Strategy - Entering the TaaS Market - PRIVILEGE...

Andrew Chatham added comments to Chauffeur Strategy - Entering the TaaS Market - PRIVILEGED AND CONFIDENTIAL (new)

**Andrew Chatham**

**Daniel Chu**
Yep, definitely want your input here. Intended to be a start to thinking through what are the areas we'd need to ramp up if we wanted to

**Andrew Chatham**
I agree in general.

ReplyOpen

**Andrew Chatham**

**Daniel Chu**

Yep, we debated this one as well. Worth for us to mention it under the in-vehicle experience. I'd still say that its a bit of a draw...for some folks (like me)

**Andrew Chatham**
FWIW, I took an uber 15 minutes after I typed this comment and the driver inserted himself into our conversation 3 times during the trip.

ReplyOpen

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    WAYMO-UBER-00009646

You received this email because you are a participant in the updated discussion threads.Change what Google Docs sends you.You can not reply to this email.



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                             WAYMO-UBER-00009647