# EXHIBIT 40

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Mike Marx |
| To: | John Krafcik |
| Sent: | Fri, 9 Dec 2016 09:39:18 -0800 |
| Subject: | Re: [chauffeur-industryinfo] Self driving Uber spotted in SF |
| Cc: | Ron Medford, Ethan Stark, Alex McCarthy |

Chauffeur Industry Info , Romain Thibaux

Here's the current text (https://www.dmv.ca.gov/portal/dmv/detail/vr/autonomous/testing):

As of December 8, 2016, DMV has issued Autonomous Vehicle Testing Permits to the following entities:

- Volkswagen Group of America
- Mercedes Benz
- Google
- Delphi Automotive
- Tesla Motors
- Bosch
- Nissan
- GM Cruise LLC
- BMW
- Honda
- Ford
- Zoox, Inc.
- Drive.ai, Inc.
- Faraday & Future Inc.
- Baidu USA LLC
- Wheego Electric Cars Inc.
- Valeo North America, Inc.
- NextEV USA, Inc.
- Telenav, Inc.
- NVIDIA Corporation

On Fri, Dec 9, 2016 at 9:37 AM, John Krafcik wrote:

what does it say?

On Fri, Dec 9, 2016 at 9:25 AM, Ron Medford wrote:

Interesting, the DMV list was updated yesterday.

On Fri, Dec 9, 2016 at 9:10 AM, Ethan Stark wrote:

A friend on social media posted about getting picked up by one.... Granted that may have still just been mapping or prep.

On Fri, Dec 9, 2016 at 9:04 AM Ron Medford wrote:

Uber still does not have a CA testing permit according the DMV website. So they must be mapping and preparing to test.

On Fri, Dec 9, 2016 at 7:49 AM, Alex McCarthy wrote:

... and another moments later at Harrison and 4th.

First vehicle was an SUV with single driver (I think), second was a normal car (sedan?) With a co-driver

-Alex

On Dec 9, 2016 07:46, "Alex McCarthy" wrote:

> Saw another one while walking at 4th and Bryant this morning

-Alex

On Oct 24, 2016 08:55, "Romain Thibaux" <​███████████████​> wrote:

> From my social media circle. Same sensor setup as last sighting as far as I can tell. Just a black car this time.

--

You received this message because you are subscribed to the Google Groups "Chauffeur Industry Info" group.

To unsubscribe from this group and stop receiving emails from it, send an email to ███████████████████████████████.

To post to this group, send email to ███████████████████████████████.

--

You received this message because you are subscribed to the Google Groups "Chauffeur Industry Info" group.

To unsubscribe from this group and stop receiving emails from it, send an email to ███████████████████████████████.

To post to this group, send email to ▮

--

You received this message because you are subscribed to the Google Groups "Chauffeur Industry Info" group.

To unsubscribe from this group and stop receiving emails from it, send an email to ▮.

To post to this group, send email to ▮.

--
You received this message because you are subscribed to the Google Groups "Chauffeur Industry Info" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮
To post to this group, send email to ▮

--
- **John Krafcik**
- CEO, Self-Driving Cars

--
You received this message because you are subscribed to the Google Groups "Chauffeur Industry Info" group.
To unsubscribe from this group and stop receiving emails from it, send an email to ▮
To post to this group, send email to ▮

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          WAYMO-UBER-00027033