# EXHIBIT 41

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **From:** | Meiling Tan |
| **To:** | Juliet Rothenberg |
| **Sent:** | Tue, 30 May 2017 17:55:27 -0700 |
| **Subject:** | Re: In-ride experience reveal next steps |
| **Cc:** | Dan Chu, Margo Maddux, Johnny Luu, Min Li Chan, Ryan Powell |

REDACTED - PRIVILEGE

Meiling Tan
Head of Marketing
Mobile:
waymo.com

On Tue, May 30, 2017 at 5:48 PM, Juliet Rothenberg wrote:

Attorney-client privileged and confidential

Thanks, Meiling!  I went through and added comments.
+Dan and Margo --

Margo is coming to the in-car UX weekly on Thursday, and this will be a key topic of discussion.  In the meantime, Margo, if you have a chance to look through Meiling's doc, it'd be great to start there as a launching point

On Tue, May 30, 2017 at 2:51 PM, Meiling Tan wrote:

+Johnny
Hi all, Thanks for the follow-up sync today!

**1) TIMING:**

Shared context for timing live today. Here's the link to the ▮▮▮ deck. @Min Li happy to chat you through this live when you're back. To recap:

Given the knowledge that ▮▮▮ one possible and **tentative** timeline is as follows:

However let's vet exactly ▮▮▮ as that could drive timing forwards or backwards.

**2) CONTENT:**

We talked through the ▮▮▮ which are awesome and exactly the story we want to help you to tell! I've now updated our previous brief to include our latest hypothesis of ▮▮▮. This will continue to evolve as we build this into a storyboard.

**3) NEXT STEPS:**

Pinged folks in the brief, but could you look at ▮▮▮ and:

▮▮▮

Thanks for your help!

Meiling

Meiling Tan
Head of Marketing
Mobile: ▮▮▮
waymo.com

On Tue, May 23, 2017 at 7:50 AM, Juliet Rothenberg ▮▮▮ wrote:

> Meiling, do you still want comments on the doc?  It looks like it's been locked down for discussion at GTM.
> A few high-level thoughts until then:



On Mon, May 22, 2017 at 11:54 AM, Meiling Tan ████████████████ wrote:

> One more high level Q: ████████████████████████████████████████████████████
> ███████████████████████████████████████████████████ (Know timing there is tricky.)

Trying to get a high level understanding of concerns/issues/opportunities overall, and we'll update this to a more definite proposal after we get the early input for everyone.


**Meiling Tan**
Head of Marketing
Mobile: ████████████
waymo.com

On Mon, May 22, 2017 at 11:14 AM, Meiling Tan ████████████████ wrote:

> Hi Product/UX team,
> Thanks for the helpful brainstorm a couple of weeks ago about our UI/UX reveal! We're now targeting ████ ████████████ and so I'm hoping to get us all aligned so you have enough lead time to prepare any necessary materials.
>
> Here's **a brief to get us started** - could you take a look and comment in detail? I'm still sharing with PR as well, so a lot of this may continue to evolve, but I still want to give you a preview ASAP. I've tagged you in a couple of specific comments/questions.
>
> Please also avoid sharing this doc out more broadly at this stage. It's at draft 0.5 and I'd prefer to include other folks later, when our needs are more defined!
>
> Best,
> Meiling


**Meiling Tan**
Head of Marketing
Mobile: ████████████
waymo.com