# EXHIBIT 59

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David Perlson (Cal. Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa J. Baily (Cal. Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Cal. Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan R. Jaffe (Cal. Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California  94111-4788
   (415) 875-6600
8  (415) 875-6700 facsimile

9  Attorneys for Plaintiff WAYMO LLC

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| WAYMO LLC | Case No. 17-cv-00939-JCS |
|---|---|
| Plaintiffs, | **PLAINTIFF'S RESPONSES AND OBJECTIONS TO UBER'S INTERROGATORY NOS. 51-56** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

**SPECIFIC OBJECTIONS AND RESPONSES**

Waymo expressly incorporates the above objections as though set forth fully in response to each of the following individual interrogatories, and, to the extent that they are not raised in the particular response, Waymo does not waive those objections.

**INTERROGATORY NO. 51:**

Identify any Waymo or Google employee who ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**RESPONSE TO INTERROGATORY NO. 51:**

Waymo objects to this interrogatory on the grounds that it is vague and ambiguous, including with respect to the phrases ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Waymo further objects to this interrogatory to the extent that it is unduly burdensome, oppressive, overly broad, and not proportional to the needs of the case. Waymo further objects to this interrogatory to the extent that it seeks information that is confidential or protected by the attorney-client privilege or the work product doctrine or that is otherwise privileged or protected from discovery. Waymo further objects to this interrogatory on the grounds that it seeks information that is not relevant to the parties' claims and defenses. Waymo further objects to this request to the extent that it seeks information beyond the scope of the limited discovery of Waymo ordered by the Court, in particular, the Court's requirement that Defendants "take the 30(b)(6) [deposition of Waymo] first," before propounding any other discovery requests. (Dkt. 2342 [12/4 Hr'g. Tr.], at 61:7-17.)

**INTERROGATORY NO. 52:**

Identify, by Bates range, any Google Talk or Google Hangouts messages produced in this case for Waymo or Google employees.

the limited discovery of Waymo ordered by the Court, in particular, the Court's requirement that Defendants "take the 30(b)(6) [deposition of Waymo] first," before propounding any other discovery requests.  (Dkt. 2342 [12/4 Hr'g. Tr.], at 61:7-17.)

DATED:  December 19, 2017                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Charles K. Verhoeven
      Charles K. Verhoeven
      Attorneys for WAYMO LLC