1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PARTIES' SECOND AMENDED JOINT PROPOSED PRETRIAL ORDER** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 Parties' Second Amended Joint Proposed Pretrial Order ("Administrative Motion").
3  Having considered the Administrative Motion, and good cause to seal having been shown,
4 the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
5 below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Second Amended Joint Proposed Pretrial Order | Highlighted Portions |
| Appendix A to Second Amended Joint Proposed Pretrial Order | Entire Document |
| Appendix D to Second Amended Joint Proposed Pretrial Order | Highlighted Portions |

**IT IS SO ORDERED.**

Dated: _____, 2018

HON. WILLIAM ALSUP
United States Magistrate Judge