1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY  10019-6023
   Tel:  212.336.8330 / Fax:  212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20

21 WAYMO LLC,                              | Case No. 3:17-cv-00939-WHA

22           Plaintiff,                    | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO ORDER SHORTENING TIME TO BRIEF AND HEAR MOTIONS TO INTERVENE AND FOR ADVANCE DISCLOSURE OF QUESTIONS (DKT. 2515)**

23     v.

24 UBER TECHNOLOGIES, INC.,
   OTTOMOTTO LLC; OTTO TRUCKING
25 LLC,

26           Defendants.

27
28

Uber Technologies, Inc. and Ottomotto LLC (together, "Defendants" or "Uber") respectfully respond to the Court's Order Shortening Time to Brief and Hear Motions to Intervene and for Advance Disclosure of Questions (Dkt. 2515).

Uber does not oppose Mr. Gardner's motion to intervene for the limited purpose of bringing his motion. (Dkt. 2511.) Uber also does not oppose an order requiring disclosure of direct-examination questions in advance to Mr. Gardner. (Dkt. 2512 at 2.) Uber agrees that no witness should be called upon to invoke the attorney-client privilege in front of the jury, as the Court has already decided. (Dkt. 2512 at 6 n.3 (citing *Broyles v. Cantor Fitzgerald & Co.*, No. CV 10-854-JJB-CBW, 2016 WL 7656028, at *2 (M.D. La. Sept. 8, 2016) and *Goldberg v. 401 N. Wabash Venture LLC*, No. 09 C 6455, 2013 WL 1816162, at *4 (N.D. Ill. Apr. 29, 2013); Dkt. 874 at ¶ 9 (granting in part Uber's MIL # 2); Dkt. 1885 at 4 (granting Uber's renewed MIL # 2 without prejudice).) Uber does not intend to call Mr. Gardner in its case-in-chief, and thus has no direct-examination questions to disclose. In any event, Uber does not intend to ask any questions of Mr. Gardner to which Uber would reasonably expect that invocation of the attorney-client privilege would be the response.

Dated: January 24, 2018

BOIES SCHILLER FLEXNER LLP
SUSMAN GODFREY LLP
MORRISON & FOERSTER LLP

By: *Karen L. Dunn*
  KAREN L. DUNN

  Attorneys for Defendants
  UBER TECHNOLOGIES, INC. AND
  OTTOMOTTO LLC