[Counsel Signatures Appear at the End]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>              Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT**<br><br>Judge:   The Honorable William Alsup<br>Trial Date: February 5, 2018 |

Plaintiff Waymo LLC and Defendants Uber Tecnologies, Inc., Ottomotto LLC, Otto Trucking ("Parties") hereby respectfully request permission to bring the equipment listed below into Courtroom 8 on Friday, February 2, 2018 at 2:00 PM (as previously arranged with Deputy Clerk), and use the equipment for the duration of trial beginning on February 5, 2018.

1. 4 Tech tables
2. 3 A/V Stands
3. 3 video switches
4. 3 video splitters
5. 4 LCD monitors
6. 2 small carts
7. Rolling carts
8. 4 small printers
9. 2 portable scanners
10. 1 speaker system
11. 1 projector
12. 1 projection screen
13. ELMO Projector
14. Computer peripherals (i.e. portable external hard drives)
15. Boxes of documents to lodge with the Court (original deposition transcripts and trial exhibits), as well as boxes of documents for each party to use during trial

Dated: 1/25/2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Charles K. Verhoeven*
CHARLES K. VERHOEVEN

Attorneys for Plaintiff
WAYMO LLC

Dated: 1/25/2018

MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Request and [Proposed] Order Regarding Courtroom Equipment. In compliance with General Order 45, X.B., I hereby attest that Arturo J. González has concurred in this filing.

January 25, 2018

                                            */s/ Charles K. Verhoeven*
                                            CHARLES K. VERHOEVEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>            v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT**<br><br>Judge:   The Honorable William Alsup<br>Trial Date: February 5, 2018 |

      Plaintiff Waymo LLC and Defendants Uber Tecnologies, Inc., Ottomotto LLC, Otto Trucking ("Parties") have filed a Joint Request Regarding Courtroom Equipment ("Request").

      Having considered the Request, the Court GRANTS Parties Request.

      IT IS SO ORDERED.

Dated: _____, 2018

                                          HON. WILLIAM ALSUP<br>                                          United States District Court Judge