# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435 (CAND Rev. 02/2015)

COURT USE ONLY
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Cathleen Crane
**2a. CONTACT PHONE NUMBER:** (415) 391-5400
**3. CONTACT EMAIL ADDRESS:** ccrane@keker.com

**1b. ATTORNEY NAME (if different):** W. Hamilton Jordan
**2b. ATTORNEY PHONE NUMBER:** (414) 391-5400
**3. ATTORNEY EMAIL ADDRESS:** hjordan@keker.com

**4. MAILING ADDRESS:** Keker, Van Nest & Peters, LLP, 633 Battery Street, San Francisco, CA 94111

**5. CASE NAME:** Waymo LLC v. Uber Technologies, Inc. et al.
**6. CASE NUMBER:** 3:17-cv-00939

**7. COURT REPORTER NAME:** Belle Ball

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis
☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | a. SELECT FORMAT(S) | | | | b. DELIVERY TYPE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 08/16/2017 | WHA | HRG | UNSEALED | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**11. SIGNATURE:** [signed]
**12. DATE:** 01/25/2018

DISTRIBUTION: ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY