UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                        Plaintiff,<br><br>         v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                        Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**JOINT REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT**<br><br>Judge:   The Honorable William Alsup<br>Trial Date: February 5, 2018 |

Plaintiff Waymo LLC and Defendants Uber Tecnologies, Inc., Ottomotto LLC, Otto Trucking ("Parties") have filed a Joint Request Regarding Courtroom Equipment ("Request").

Having considered the Request, the Court GRANTS Parties Request.

IT IS SO ORDERED.

Dated:   January 25    , 2018

_____
HON. WILLIAM ALSUP
United States District Court Judge