1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFER OF PROOF REGARDING ADMISSIBILITY OF CERTAIN MARKET AND FINANCIAL INFORMATION** |

1      Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal

2 ("Waymo's Administrative Motion") certain information in its Offer of Proof Regarding

3 Admissibility of Certain Market and Financial Information ("Waymo's Offer").

4      Having considered Waymo's Administrative Motion, and good cause to seal having been

5 shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the

6 documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Offer of Proof | Highlighted in blue |
|  | Highlighted in green |
| Exhibit 1 to Waymo's Offer of Proof | Entire document |
| Exhibit 2 to Waymo's Offer of Proof | Entire document |
| Exhibit 3 to Waymo's Offer of Proof | Entire document |
| Exhibit 4 to Waymo's Offer of Proof | Entire document |
| Exhibit 5 to Waymo's Offer of Proof | Entire document |
| Exhibit 6 to Waymo's Offer of Proof | Entire document |
| Exhibit 7 to Waymo's Offer of Proof | Entire document |
| Exhibit 8 to Waymo's Offer of Proof | Entire document |
| Exhibit 9 to Waymo's Offer of Proof | Entire document |
| Exhibit 10 to Waymo's Offer of Proof | Entire document |
| Exhibit 11 to Waymo's Offer of Proof | Entire document |
| Exhibit 12 to Waymo's Offer of Proof | Entire document |
| Exhibit 13 to Waymo's Offer of Proof | Entire document |
| Exhibit 14 to Waymo's Offer of Proof | Entire document |
| Exhibit 15 to Waymo's Offer of Proof | Entire document |
| Exhibit 16 to Waymo's Offer of Proof | Entire document |
| Exhibit 17 to Waymo's Offer of | Entire document |

| | |
|---|---|
| Proof Exhibit 18 to Waymo's Offer of Proof | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. WILLIAM ALSUP
United States District Court Judge