QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>       vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI IN SUPPORT OF WAYMO'S OFFER OF PROOF REGARDING ADMISSIBILITY OF CERTAIN MARKET AND FINANCIAL INFORMATION** |

1       I, Jeff Nardinelli, hereby declare as follows.

2       1.      I am a member of the bar of the State of California and an associate with Quinn
3  Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo").  I make this
4  declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and
5  would testify competently as follows.

6       2.      Attached as Exhibit 1 is a true and correct excerpted copy of the September 7, 2017
7  Expert Report of E. Allen Jacobs.

8       3.      Attached as Exhibit 2 is a true and correct copy of a document produced by Waymo
9  in this case bearing Bates number WAYMO-UBER-00004175.

10      4.      Attached as Exhibit 3 is a true and correct copy of document produced by Waymo
11 in this case bearing Bates number WAYMO-UBER-00004108.

12      5.      Attached as Exhibit 4 is a true and correct copy of document produced by Uber in
13 this case bearing Bates number UBER00064468.

14      6.      Attached as Exhibit 5 is a true and correct copy of document produced by Stroz
15 Friedberg in this case bearing Bates number STROZ_R_000003106.

16      7.      Attached as Exhibit 6 is a true and correct copy of document produced by Uber in
17 this case bearing Bates number UBER00070108.

18      8.      Attached as Exhibit 7 is a true and correct excerpted copy of the June 16, 2017
19 deposition of John Bares.

20      9.      Attached as Exhibit 8 is a true and correct copy of document produced by Anthony
21 Levandowski in this case bearing Bates number LEV_000777.

22      10.     Attached as Exhibit 9 is a true and correct excerpted copy of the August 11, 2017
23 deposition of Cameron Poetzscher.

24      11.     Attached as Exhibit 10 is a true and correct copy of document produced by Uber in
25 this case bearing Bates number UBER00069030.

26      12.     Attached as Exhibit 11 is a true and correct excerpted copy of the August 1, 2017
27 deposition of Brian McClendon.

28

1   13.	Attached as Exhibit 12 is a true and correct copy of document produced by Waymo in this case bearing Bates number WAYMO-UBER-00031805.

2   14.	Attached as Exhibit 13 is a true and correct copy of document produced by Uber in this case bearing Bates number UBER00109871.

3   15.	Attached as Exhibit 14 is a true and correct copy of document produced by Uber in this case bearing Bates number UBER00060147.

4   16.	Attached as Exhibit 15 is a true and correct copy of document produced by Uber in this case bearing Bates number UBER00065989.

5   17.	Attached as Exhibit 16 is a true and correct copy of document produced by Uber in this case bearing Bates number UBER00060504.

6   18.	Attached as Exhibit 17 is a true and correct excerpted copy of the July 27, 2017 deposition of Travis Kalanick.

7   19.	Attached as Exhibit 18 is a true and correct copy of document produced by Uber in this case bearing Bates number UBER00060321.

8   20.	Attached as Exhibit 19 is a true and correct copy of document produced by Uber in this case bearing Bates number WAYMO-UBER-00032541.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 26, 2018		*/s Jeff Nardinelli*
				Jeff Nardinelli

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven