QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Lindsay Cooper (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF LINDSAY COOPER IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFER OF PROOF WITH RESPECT TO WAYMO'S DEVELOPMENT EXPENSES** |

I, Lindsay Cooper, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal its Offer of Proof With Respect To Waymo's Development Expenses ("Waymo's Administrative Motion"). Waymo's Administrative Motion seeks an order sealing the following materials:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Waymo's Offer of Proof | Highlighted in blue | Defendants |
|  | Highlighted in green | Waymo |
| Exhibit 1 to Waymo's Offer of Proof | Entire document | Defendants |
| Exhibit 2 to Waymo's Offer of Proof | Entire document | Defendants |
| Exhibit 3 to Waymo's Offer of Proof | Entire document | Defendants |
| Exhibit 4 to Waymo's Offer of Proof | Entire document | Defendants |
| Exhibit 5 to Waymo's Offer of Proof | Highlighted in green | Waymo |
|  | Entire document | Defendants |
| Exhibit 6 to Waymo's Offer of Proof | Entire document | Waymo & Defendants |
| Exhibit 7 to Waymo's Offer of Proof | Entire document | Waymo |

3. Portions of Waymo's Offer of Proof and the attached exhibits contain information that Defendants have designated as confidential and/or highly confidential.

4. Portions of Waymo's Offer of Proof and exhibits thereto also contain, reference, and/or describe Waymo's asserted trade secrets, including as misappropriated by Defendants. Waymo therefore seeks to seal portions of Waymo's Offer of Proof and the exhibits thereto as identified above. Specifically, Waymo's Offer of Proof and the attached exhibits referenced above describes certain technical specifications of Waymo's trade secrets. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and are valuable as trade secrets to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to in-depth descriptions—and analysis—of the functionality of Waymo's autonomous vehicle system. Waymo's Offer of Proof and the attached exhibits referenced above also contain or refer to confidential business information, including internal development costs, which Waymo maintains as

secret. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed. Waymo's request to seal is narrowly tailored to only the confidential information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on January 26, 2018.

By */s/ Lindsay Cooper*
Lindsay Cooper
Attorneys for WAYMO LLC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Lindsay Cooper.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven