1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFER OF PROOF WITH RESPECT TO WAYMO'S DEVELOPMENT EXPENSES** |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2 ("Waymo's Administrative Motion") certain information in its Offer of Proof With Respect To
3 Waymo's Development Expenses ("Waymo's Offer").

4    Having considered Waymo's Administrative Motion, and good cause to seal having been
5 shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the
6 documents listed below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Offer of Proof | Highlighted in blue |
|  | Highlighted in green |
| Exhibit 1 to Waymo's Offer of Proof | Entire document |
| Exhibit 2 to Waymo's Offer of Proof | Entire document |
| Exhibit 3 to Waymo's Offer of Proof | Entire document |
| Exhibit 4 to Waymo's Offer of Proof | Entire document |
| Exhibit 5 to Waymo's Offer of Proof | Highlighted in green |
|  | Entire document |
| Exhibit 6 to Waymo's Offer of Proof | Entire document |
| Exhibit 7 to Waymo's Offer of Proof | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2018

HON. WILLIAM ALSUP
United States District Court Judge