QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  John Neukom (Bar No. 275887)
  johnneukom@quinnemanuel.com
  Jordan Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br> vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JEFF NARDINELLI IN SUPPORT OF WAYMO LLC'S OFFER OF PROOF WITH RESPECT TO WAYMO'S DEVELOPMENT EXPENSES** |

I, Jeff Nardinelli, hereby declare as follows.

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Waymo LLC ("Waymo"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct excerpted copy of the August 15, 2017 deposition of Jeff Holden.

3. Attached as Exhibit 2 is a true and correct excerpted copy of the August 11, 2017 deposition of John Bares.

4. Attached as Exhibit 3 is a true and correct copy of document produced by Uber in this case bearing Bates number UBER00006451.

5. Attached as Exhibit 4 is a true and correct copy of document produced by Uber in this case bearing Bates number UBER00059911.

6. Attached as Exhibit 5 is a true and correct excerpted copy of the August 16, 2017 deposition of Benjamin Ingram.

7. Attached as Exhibit 6 is a true and correct excerpted copy of the September 26, 2017 deposition of Dr. Lambertus Hesselink.

8. Attached as Exhibit 7 is a true and correct copy of a document produced by Waymo in this case bearing Bates number WAYMO-UBER-00008167.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 26, 2018

*/s Jeff Nardinelli*
Jeff Nardinelli

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeff Nardinelli.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven