UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFER OF PROOF REGARDING ADMISSIBILITY OF CERTAIN MARKET AND FINANCIAL INFORMATION** |

Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal ("Waymo's Administrative Motion") certain information in its Offer of Proof Regarding Admissibility of Certain Market and Financial Information ("Waymo's Offer").

Having considered Waymo's Administrative Motion, and good cause to seal having been shown, the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed below:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Waymo's Offer of Proof | Highlighted in blue |
| | Highlighted in green |
| Exhibit 1 to Waymo's Offer of Proof | Entire document |
| Exhibit 2 to Waymo's Offer of Proof | Entire document |
| Exhibit 3 to Waymo's Offer of Proof | Entire document |
| Exhibit 4 to Waymo's Offer of Proof | Entire document |
| Exhibit 5 to Waymo's Offer of Proof | Entire document |
| Exhibit 6 to Waymo's Offer of Proof | Entire document |
| Exhibit 7 to Waymo's Offer of Proof | Entire document |
| Exhibit 8 to Waymo's Offer of Proof | Entire document |
| Exhibit 9 to Waymo's Offer of Proof | Entire document |
| Exhibit 10 to Waymo's Offer of Proof | Entire document |
| Exhibit 11 to Waymo's Offer of Proof | Entire document |
| Exhibit 12 to Waymo's Offer of Proof | Entire document |
| Exhibit 13 to Waymo's Offer of Proof | Entire document |
| Exhibit 14 to Waymo's Offer of Proof | Entire document |
| Exhibit 15 to Waymo's Offer of Proof | Entire document |
| Exhibit 16 to Waymo's Offer of Proof | Entire document |
| Exhibit 17 to Waymo's Offer of | Entire document |

| | |
|---|---|
| Proof | |
| Exhibit 18 to Waymo's Offer of Proof | Entire document |
| Exhibit 19 to Waymo's Offer of Proof | Entire document |

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. WILLIAM ALSUP
United States District Court Judge