UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br>      v.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>           Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**JOINT SUBMISSION OF PROPOSED AMENDED REVISION TO JUROR QUESTIONNAIRE QUESTION NO. 9** |

1  Pursuant to the Court's September 5, 2017 Order Re Meet and Confer on Juror
2  Questionnaire (Dkt. 1468), the parties hereby jointly submit a proposed amended revised version
3  of Question No. 9 in the juror questionnaire used in *Oracle America, Inc. v. Google Inc.*,
4  No. 3:10-cv-03561-WHA (Dkt. No. 1710-1), which amends the parties' previous proposal filed on
5  September 8, 2017 (Dkt. 1496).  The parties' proposed amended revised version is attached as
6  Exhibit 1.  The parties are working on a revised witness list that will be finalized after the pretrial
7  conference.

8
9  DATED:  January 26, 2018            QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
10
                                        By  /s/Charles K. Verhoeven
11                                          Charles K. Verhoeven
                                            *Attorneys for WAYMO LLC*
12
13                                      MORRISON & FOERSTER LLP
14 DATED:  January 26, 2018

15                                      By  /s/ Arturo J. González
                                            Arturo J. González
16                                          *Attorneys for Defendants Uber Technologies, Inc.*
                                            *and Ottomotto LLC*
17
18
19
20
21
22
23
24
25
26
27
28

JOINT SUBMISSION OF PROPOSED AMENDED REVISION TO JUROR QUESTIONNAIRE QUESTION NO. 9
Case No. 3:17-cv-00939-WHA
sf- 3861775                                                                                1

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Submission. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Charles K. Verhoeven has concurred in this filing.

                                                            */s/ Arturo J. González*
                                                              Arturo J. González

JOINT SUBMISSION OF PROPOSED AMENDED REVISION TO JUROR QUESTIONNAIRE QUESTION NO. 9
Case No. 3:17-cv-00939-WHA
sf- 3861775

2

# EXHIBIT 1

Case 3:17-cv-00939-WHA   Document 2536-1   Filed 01/26/18   Page 1 of 3

9.  In this lawsuit, Waymo LLC is accusing Uber Technologies, Inc. and, Ottomotto LLC, and Otto Trucking LLC of misappropriating certaineight of its trade secrets and of infringing one of its patents in connection with LiDAR sensors for self-driving cars. Waymo LLC is part of Google's parent company called Alphabet.  Waymo is seeking a large damage award.  Uber and, Ottomotto, and Otto Trucking deny these claims.

Please answer these questions:

   a. What, if anything, have you already heard or read about this case?
   (You must NOT look up anything about the dispute.)
   _____
   _____
   _____

   b. Do you have strong opinions, favorable or unfavorable, about Google, Uber, Waymo, or Ottomotto, or Otto Trucking?  • Yes • No
   If yes, please explain:
   _____
   _____

   c. In the past 10 years, have you had any problems with a Google product (such as gmail) or an Uber service?  • Yes • No
   If yes, please explain: _____
   _____
   _____

   d.  Have you or anyone close to you, within the last ten years, been employed by, owned stock in, or had any business relationship with Waymo, Google, Alphabet, Uber, or Ottomotto, or Otto Trucking?  • Yes • No
   If yes, please explain: _____
   _____
   _____

   e.  Do you know any employees of Google, Uber, Waymo, or Ottomotto, or Otto Trucking?  • Yes • No

   f. Have you or anyone close to you, within the last ten years, been employed by, owned stock in, or had any business relationship with any company, college or university, or other organization involved in the field of autonomous and/or self-driving vehicles?  • Yes • No
   If yes, please explain: _____
   _____
   _____

1

2

    g. Do you have a strong opinion, favorable or unfavorable, about any of the following potential witnesses?  Sergey Brin, Travis Kalanick, Anthony Levandowski, or Larry Page.  • Yes, I have a strong opinion. • No, I have no strong opinion.

    h. Do you have a strong opinion or impression, favorable or unfavorable, about this lawsuit?  • Yes, I have a strong opinion or impression. • No, I have no strong opinion or impression.

    i. On the back of this page is a list of all potential witnesses.  Please circle each that you personally are acquainted with.