# EXHIBIT 1

9.  In this lawsuit, Waymo LLC is accusing Uber Technologies, Inc. and, Ottomotto LLC, and Otto Trucking LLC of misappropriating certaineight of its trade secrets and of infringing one of its patents in connection with LiDAR sensors for self-driving cars. Waymo LLC is part of Google's parent company called Alphabet.  Waymo is seeking a large damage award.  Uber and, Ottomotto, and Otto Trucking deny these claims.

Please answer these questions:

    a. What, if anything, have you already heard or read about this case?
    (You must NOT look up anything about the dispute.)
    _____
    _____
    _____

    b. Do you have strong opinions, favorable or unfavorable, about Google, Uber, Waymo, or Ottomotto, or Otto Trucking?  • Yes • No
    If yes, please explain:
    _____
    _____

    c. In the past 10 years, have you had any problems with a Google product (such as gmail) or an Uber service?  • Yes • No
    If yes, please explain: _____
    _____
    _____

    d.  Have you or anyone close to you, within the last ten years, been employed by, owned stock in, or had any business relationship with Waymo, Google, Alphabet, Uber, or Ottomotto, or Otto Trucking?  • Yes • No
    If yes, please explain: _____
    _____
    _____

    e.  Do you know any employees of Google, Uber, Waymo, or Ottomotto, or Otto Trucking?  • Yes • No

    f. Have you or anyone close to you, within the last ten years, been employed by, owned stock in, or had any business relationship with any company, college or university, or other organization involved in the field of autonomous and/or self-driving vehicles?  • Yes • No
    If yes, please explain: _____
    _____
    _____

1

2

      g. Do you have a strong opinion, favorable or unfavorable, about any of the following potential witnesses?  Sergey Brin, Travis Kalanick, Anthony Levandowski, or Larry Page.  • Yes, I have a strong opinion. • No, I have no strong opinion.

      h. Do you have a strong opinion or impression, favorable or unfavorable, about this lawsuit?  • Yes, I have a strong opinion or impression. • No, I have no strong opinion or impression.

      i. On the back of this page is a list of all potential witnesses.  Please circle each that you personally are acquainted with.

2