UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

Case No. 17-cv-00939-WHA

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the February 5, 2018 Jury Trial in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )    All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.

(X)    The Court has denied the request as untimely; the proceeding will not be video recorded.

Dated: 01/26/2018

Susan Y. Soong, Clerk of Court

*Susan Y. Soong*

Signature of Clerk or Deputy Clerk