MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel: 212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>                    Defendants. | Case No.       3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO WAYMO'S OFFER OF PROOF RE DEVELOPMENT EXPENSES AND EXHIBITS THERETO** |

I, Thomas J. Pardini, declare as follows:

1.      I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein.  I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Response to Waymo's Offer of Proof Re Development Expenses and Exhibits Thereto.

2.      I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Offer of Proof re Development Expenses ("Response") | Highlights | Plaintiff |
| Exhibit 1 | Highlights | Plaintiff |
| Exhibit 3 | Entire Document | Plaintiff |
| Exhibit 4 | Highlights | Plaintiff |

3.      The highlighted portions of the Response, Exhibit 1, and Exhibit 4, as well as the entirety of Exhibit 3, contain information that has been designated "Highly Confidential – Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have agreed governs this case (Transcript of 3/16/2017 Hearing, page 6).  Defendants file this material under seal in accordance with Paragraph 14.4 of the Protective Order.

4.      Defendants' request to seal is narrowly tailored to the portions of their Response and supporting exhibits that merit sealing.

1      I declare under penalty of perjury that the foregoing is true and correct.  Executed this

2  28th day of January, 2018 in San Francisco, California.

3

4                                                    _____
                                                    */s/ Thomas J. Pardini*
                                                    Thomas J. Pardini

5

6

7

8                        **ATTESTATION OF E-FILED SIGNATURE**

9      I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this

10  Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas J. Pardini has

11  concurred in this filing.

12

13  Dated:  January 28, 2018                    _____
                                                    */s/ Michael A. Jacobs*
14                                                  MICHAEL A. JACOBS

15

16

17

18

19

20

21

22

23

24

25

26

27

28