1
MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
2
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
3
MORRISON & FOERSTER LLP
425 Market Street
4
San Francisco, California  94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522
5

6
KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
7
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
8
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
9
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

10
WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
11
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmanGodfrey.com
12
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
13
New York, NY  10019-6023
Tel: 212.336.8330 / Fax:  212.336.8340
14

15
Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC
16

17
UNITED STATES DISTRICT COURT

18
NORTHERN DISTRICT OF CALIFORNIA

19
SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  WAYMO LLC, | Case No.      3:17-cv-00939-WHA |
| 21              Plaintiff, | **DECLARATION OF HALLEY JOSEPHS IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO, LLC'S RESPONSE TO WAYMO'S OFFER OF PROOF RE DEVELOPMENT EXPENSES** |
| 22          v. | |
| 23  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24              Defendant. | Judge:  The Honorable William Alsup |
| 25 | |
| 26 | Trial Date: February 5, 2018 |

27

28

I, Halley Josephs, declare as follows:

1.      I am an associate with the law firm of Susman Godfrey LLP.  I am a member in good standing of the Bar of the State of New York.  I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.  I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Response to Waymo's Offer of Proof Re Development Expenses.

2.      Attached as **Exhibit 1** are relevant pages from the 30(b)(6) deposition of Aslan (Shawn) Bananzadeh, taken on August 24, 2017.

3.      Attached as **Exhibit 2** are relevant pages from the deposition of John Bares, taken June 16, 2017.

4.      Attached as **Exhibit 3** is a true and correct copy of a presentation that was produced bearing Bates numbers WAYMO-UBER00043124 to WAYMO-UBER00043148, which has been marked as Trial Exhibit 1546.

5.      Attached as **Exhibit 4** are relevant pages from the 30(b)(6) deposition of Pierre-Yves Droz, taken on August 3, 2017.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of January, 2018, at San Francisco, California.


                                                  */s/  Halley Josephs*
                                                  Halley Josephs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF E-FILED SIGNATURE

I, Michael A. Jacobs am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Halley Josephs has concurred in this filing.

Dated:  January 28, 2018

_____
*/s/ Michael A. Jacobs*
MICHAEL A. JACOBS

JOSEPHS DECL. ISO DEFENDANTS' RESPONSE TO WAYMO'S OFFER OF PROOF RE DEVELOPMENT EXPENSES
Case No. 3:17-cv-00939-WHA
sf-3822229

2