# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4    _____

5    WAYMO LLC,                          )

6                                        )

                 Plaintiff,              )

7       vs.                              )  Case No.

                                         )  17-cv-00939-WHA

8    UBER TECHNOLOGIES, INC.;            )

     OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )

9                                        )

                 Defendants.             )

10   _____)

11

12

         HIGHLY CONFIDENTIAL--OUTSIDE COUNSEL'S EYES ONLY

13

14       VIDEOTAPED 30(b)(6) DEPOSITION of WAYMO LLC

15       by and through its Designated Representative

16               ASLAN (SHAWN) BANANZADEH

17               San Francisco, California

18               Thursday, August 24, 2017

19                     Volume I

20

21   Reported by:

22   MARY J. GOFF

     CSR No. 13427

23   Job No. 2688513

24

25   PAGES 1 - 235

                                              Page 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                      SAN FRANCISCO DIVISION

4      _____

5      WAYMO LLC,                          )

6                                          )

7                      Plaintiff,          )

          vs.                              )   Case No.

8                                          )   17-cv-00939-WHA

       UBER TECHNOLOGIES, INC.;            )

9      OTTOMOTTO, LLC; OTTO TRUCKING LLC,  )

                                           )

10                    Defendants.          )

       _____   )

11

12

13          Highly Confidential Videotaped Deposition of

14     ASLAN (SHAWN) BANANZADEH, Volume I, taken on behalf

15     of Plaintiff Waymo LLC, at Morrison & Foerster LLP,

16     425 Market Street, 33rd Floor, San Francisco,

17     California, 94105, beginning at 9:54 a.m. and ending

18     at 5:53 p.m., on August 24, 2017, before MARY GOFF,

19     Certified Shorthand Reporter No. 13427.

20

21

22

23

24

25

                                                    Page  2

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | resistor could specify that this resistor should be | 11:36:25 |
| 2 | expensed against the cost for the LiDAR sensor or -- | 11:36:29 |
| 3 | MR. MACK:  Objection. | 11:36:37 |
| 4 | Q    (BY MS. CHANG) -- the timing board or | 11:36:37 |
| 5 | whatever it is that the resistor is intended to be | 11:36:38 |
| 6 | used for. | 11:36:42 |
| 7 | MR. MACK:  Objection, form. | 11:36:43 |
| 8 | A    So it -- when you say -- it -- Waymo set | 11:36:44 |
| 9 | up a system in the time that I have been there?  I | 11:36:50 |
| 10 | haven't -- I haven't set up a system to say | 11:36:53 |
| 11 | specifically:  This is the part. | 11:36:56 |
| 12 | Like, I don't tell someone:  Go back and | 11:36:57 |
| 13 | revise this and tell me the exact part number. | 11:37:01 |
| 14 | Dating back to, let's just say, 2009, I -- | 11:37:03 |
| 15 | I don't know the answer whether somebody told | 11:37:07 |
| 16 | somebody to go give them an individual part number, | 11:37:09 |
| 17 | et cetera. | 11:37:14 |
| 18 | Q    (BY MS. CHANG) Do you know if, at Waymo, | 11:37:14 |
| 19 | it's possible to break out each of these GL expenses | 11:37:15 |
| 20 | to correlate it to the various components of Waymo's | 11:37:19 |
| 21 | self-driving car? | 11:37:22 |
| 22 | MR. MACK:  Objection, form. | 11:37:22 |
| 23 | A    Like, possible -- again, like, if -- if | 11:37:25 |
| 24 | you told someone hypothetically to go, like, label | 11:37:28 |
| 25 | every P&L they put to an individual part number when | 11:37:33 |

Page 70

| | | |
|---|---|---|
| 1 | they purchased it, theoretically you could do that, | 11:37:36 |
| 2 | I guess, right. | 11:37:38 |
| 3 | Q     (BY MS. CHANG) To understand your | 11:37:39 |
| 4 | testimony, you're saying it would be possible for | 11:37:40 |
| 5 | Waymo to retroactively go back and recategorize the | 11:37:42 |
| 6 | expenses? | 11:37:49 |
| 7 | MR. MACK:  Objection, form. | 11:37:50 |
| 8 | A     No.  No.  No, that wasn't my testimony. I | 11:37:51 |
| 9 | -- | 11:37:54 |
| 10 | Q     (BY MS. CHANG) I'm just trying to | 11:37:55 |
| 11 | understand whether it's possible -- could we go to | 11:37:56 |
| 12 | Waymo today somewhere and either by looking at the | 11:37:58 |
| 13 | data sources or other information available at | 11:38:01 |
| 14 | Waymo, could we break out each of these GL -- | 11:38:04 |
| 15 | GL account expenses and map them to various | 11:38:06 |
| 16 | components of the self-driving car? | 11:38:11 |
| 17 | MR. MACK:  Objection, form. | 11:38:13 |
| 18 | A     I -- I -- I don't know, because I don't | 11:38:15 |
| 19 | know what everyone did historically every time they | 11:38:17 |
| 20 | purchased something. | 11:38:20 |
| 21 | Q     (BY MS. CHANG) To your knowledge, as you | 11:38:22 |
| 22 | sit here today, it's not possible to break out each | 11:38:23 |
| 23 | of these GL account expenses to the various | 11:38:26 |
| 24 | components of the self-driving car? | 11:38:30 |
| 25 | MR. MACK:  Same objection. | 11:38:33 |

Page 71

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | A    So it -- it -- can -- can you just repeat | 11:38:34 |
| 2 | the question?  I -- I got lost. | 11:38:39 |
| 3 | Q    (BY MS. CHANG) You're the company | 11:38:42 |
| 4 | representative -- | 11:38:43 |
| 5 | A    Right. | 11:38:43 |
| 6 | Q    -- on the cost of developing the trade | 11:38:43 |
| 7 | secrets?  I want to know whether it's possible to | 11:38:46 |
| 8 | break out each of these GL account values and map | 11:38:49 |
| 9 | them to how much of a particular GL account relates | 11:38:54 |
| 10 | to a certain component on the self-driving car. | 11:39:01 |
| 11 | You testified that based on the | 11:39:03 |
| 12 | information in Exhibit 1400, which has Bates label | 11:39:05 |
| 13 | WAYMO-UBER-00027045, that it was not possible to | 11:39:11 |
| 14 | break out each GL account into the components of the | 11:39:15 |
| 15 | self-driving car. | 11:39:20 |
| 16 | Is there information available at Waymo | 11:39:21 |
| 17 | that would allow you to do that? | 11:39:23 |
| 18 | MR. MACK:  Objection, form. | 11:39:25 |
| 19 | A    So -- so I mean -- I mean, like, there's | 11:39:27 |
| 20 | the element of, like, did you buy -- because I | 11:39:32 |
| 21 | want -- I want to -- like, there's kind of different | 11:39:34 |
| 22 | ways of looking at it. | 11:39:36 |
| 23 | Did you buy a -- again, like, a resistor | 11:39:39 |
| 24 | for this?  And did it -- what did it cost?  Right. | 11:39:41 |
| 25 | That's -- that's one way of saying:  What did it | 11:39:43 |

Page 72

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | cost to create that?  Right.  Well, there's that. | 11:39:46 |
| 2 | In contrast, if you said, for example: | 11:39:48 |
| 3 | What is the cost of the system as a whole, like, | 11:39:50 |
| 4 | insofar as it -- like, it all works together, right | 11:39:55 |
| 5 | like, you -- you know, there's different ways of | 11:39:58 |
| 6 | looking at it. | 11:40:00 |
| 7 | So I -- I'm going to go back to saying | 11:40:00 |
| 8 | that -- like:  Could you say a particular part costs | 11:40:03 |
| 9 | this?  It would be dependent on what it was coded as | 11:40:06 |
| 10 | and put through, right.  But not knowing whether | 11:40:09 |
| 11 | that happened, like, I -- I can't answer that, like, | 11:40:11 |
| 12 | sitting here right now. | 11:40:15 |
| 13 | Q     (BY MS. CHANG) Are you aware of any way to | 11:40:18 |
| 14 | break out each of these GL accounts to map onto | 11:40:20 |
| 15 | various components of the self-driving car? | 11:40:24 |
| 16 | MR. MACK:  Objection, form. | 11:40:30 |
| 17 | A     Mapping. | 11:40:31 |
| 18 | Q     (BY MS. CHANG) So let's take one example. | 11:40:31 |
| 19 | Let's take the "Equipment and Related EXP" | 11:40:33 |
| 20 | GL account.  If you look at 2016, there's a very | 11:40:38 |
| 21 | large number that starts with -- or that reads | 11:40:47 |
| 22 | ███████████ | 11:40:53 |
| 23 | Do you see that number? | 11:40:59 |
| 24 | A     Yeah.  I8?  Cell -- Cell I8?  Is that what | 11:41:00 |
| 25 | you're referring to?  Right? | 11:41:04 |

Page 73

| | | |
|---|---|---|
| 1 | Q    Yes. | 11:41:05 |
| 2 | A    Yes. | 11:41:05 |
| 3 | Q    Are you aware of a breakdown of this | 11:41:16 |
| 4 | number at Waymo for each of the components that make | 11:41:19 |
| 5 | up the self-driving car? | 11:41:25 |
| 6 | A    So there is -- like, if you go back to the | 11:41:27 |
| 7 | "Raw Data" tab, right, you can obviously divide it | 11:41:31 |
| 8 | up by cost center, right?  So that's a breakup of | 11:41:33 |
| 9 | that expense already. | 11:41:38 |
| 10 | Then when it comes to -- and that shows | 11:41:41 |
| 11 | you different, like, budget owners' cost center | 11:41:43 |
| 12 | areas.  So that's, like, a division that you could | 11:41:46 |
| 13 | have. | 11:41:48 |
| 14 | As far as, like, part numbers, I think, | 11:41:50 |
| 15 | is -- is, like, you're trying to go farther than | 11:41:52 |
| 16 | saying, like, big budget areas. | 11:41:55 |
| 17 | But then part numbers -- in some instances | 11:41:56 |
| 18 | people will code to a part number.  And others, they | 11:42:00 |
| 19 | won't.  So it -- it's -- again, it's a possibility, | 11:42:03 |
| 20 | but I -- I don't know for a fact that that breakdown | 11:42:06 |
| 21 | exists. | 11:42:09 |
| 22 | Q    Are you aware of any information at Waymo | 11:42:15 |
| 23 | that would indicate how much of the "Equipment and | 11:42:21 |
| 24 | Related EXP" GL account relates to the LiDAR in | 11:42:26 |
| 25 | Waymo's self-driving car? | 11:42:32 |

Page 74

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. MACK:  Objection, form. | 11:42:33 |
| 2 | A    Like, I don't think I can make that | 11:42:37 |
| 3 | determination.  Because, again, like, what you view | 11:42:39 |
| 4 | the LiDAR as is -- in the con -- in the context of | 11:42:41 |
| 5 | the whole of the -- the -- the SDS system is | 11:42:43 |
| 6 | something that I don't think I can technically tell | 11:42:48 |
| 7 | you.  So I don't think I can sit here and tell you: | 11:42:51 |
| 8 | This is how I would isolate that cost. | 11:42:54 |
| 9 | Q    (BY MS. CHANG) Can -- has Waymo isolated | 11:42:57 |
| 10 | that cost? | 11:43:00 |
| 11 | A    Which -- which -- sorry.  When you say | 11:43:00 |
| 12 | "that cost," what are you referring to again? | 11:43:01 |
| 13 | Q    The LiDAR-related cost portion -- sorry. | 11:43:04 |
| 14 | The LiDAR-related portion of the | 11:43:07 |
| 15 | "Equipment and Related EXP" GL account? | 11:43:08 |
| 16 | MR. MACK:  Objection, form. | 11:43:12 |
| 17 | A    My understanding is that we have experts | 11:43:13 |
| 18 | who are going to provide the reports and provide, | 11:43:16 |
| 19 | like, a conclusion about a number that relates to | 11:43:18 |
| 20 | that.  So at least that's my understanding of what's | 11:43:21 |
| 21 | going on in this litigation. | 11:43:24 |
| 22 | Q    (BY MS. CHANG) Does Waymo currently have | 11:43:26 |
| 23 | that information? | 11:43:28 |
| 24 | MR. MACK:  Objection, form. | 11:43:30 |
| 25 | A    The -- like, to the extent that the -- the | 11:43:34 |

Page 75

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | expert has, like, said there's this number that | 11:43:37 |
| 2 | relates to it, I know what that number is.  I -- I | 11:43:39 |
| 3 | have seen it in interrogatory responses, yes. | 11:43:42 |
| 4 | Q    (BY MS. CHANG) But that number is not | 11:43:45 |
| 5 | indicated in Exhibit 1400? | 11:43:47 |
| 6 | MR. MACK:  Objection, form. | 11:43:50 |
| 7 | A    I don't know if that -- that's true. | 11:43:55 |
| 8 | Because the -- the number, I think, is -- is | 11:43:56 |
| 9 | partially derived from the numbers that we provided | 11:43:58 |
| 10 | of how the program has, like, expensed things over | 11:44:01 |
| 11 | time so... | 11:44:04 |
| 12 | Q    (BY MS. CHANG) Can you show me where in | 11:44:05 |
| 13 | Exhibit 1400, the LiDAR portion of any of these | 11:44:08 |
| 14 | GL accounts is indicated? | 11:44:11 |
| 15 | MR. MACK:  Objection, form. | 11:44:14 |
| 16 | A    Sorry.  Again, going back to how the -- | 11:44:17 |
| 17 | the -- what's it called -- the -- the expert | 11:44:21 |
| 18 | formulated the conclusion, my understanding is they | 11:44:25 |
| 19 | used, like, a -- like, the whole is -- like, you | 11:44:29 |
| 20 | can't -- again, like I said, you can't take this | 11:44:34 |
| 21 | thing apart and say:  This is it and that's | 11:44:36 |
| 22 | isolated. | 11:44:38 |
| 23 | So you use the whole development cost of | 11:44:38 |
| 24 | program that -- if you wanted to ask on those -- an | 11:44:41 |
| 25 | individual basis, like, I'm familiar with what these | 11:44:43 |

Page 76

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | numbers are on this and how that was informed. | 11:44:46 |
| 2 | Q   But Exhibit 1400 doesn't break out the | 11:44:49 |
| 3 | LiDAR-related expense of "Equipment and Related | 11:44:53 |
| 4 | Expenses" GL account? | 11:45:00 |
| 5 | MR. MACK:  Objection, form. | 11:45:02 |
| 6 | A   Again, like, I don't think that I know how | 11:45:05 |
| 7 | to tell you what "LiDAR-related" means.  Like -- | 11:45:07 |
| 8 | like, to me, that's a technical thing, and I'm not | 11:45:10 |
| 9 | equipped -- I can tell you what these numbers | 11:45:13 |
| 10 | represent.  I can tell you, like, how they're | 11:45:16 |
| 11 | formulated, et cetera. | 11:45:17 |
| 12 | But to the extent that you're asking, if I | 11:45:17 |
| 13 | understand you correctly, like:  What is the number | 11:45:19 |
| 14 | to create a LiDAR, I think that's, like, a technical | 11:45:21 |
| 15 | question that an expert could opine on.  I can tell | 11:45:24 |
| 16 | you about the numbers, right. | 11:45:27 |
| 17 | Q   (BY MS. CHANG) I'm not asking you for | 11:45:28 |
| 18 | technical definition.  I just want to know if this | 11:45:30 |
| 19 | spreadsheet has a breakout of the LiDAR-related | 11:45:33 |
| 20 | portion of any of these GL accounts. | 11:45:35 |
| 21 | MR. MACK:  Objection, form. | 11:45:37 |
| 22 | A   I mean, I -- I'm not -- like, I -- I just | 11:45:39 |
| 23 | don't -- like, "LiDAR related," to me, like, I | 11:45:41 |
| 24 | can't -- I can't -- I can't understand what this is. | 11:45:43 |
| 25 | Like, if you could help me -- like -- like | 11:45:45 |

Page 77

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | I have said, like, this doesn't show a part-by-part | 11:45:46 |
| 2 | number, right.  But if you're asking for the | 11:45:49 |
| 3 | LiDAR-related cost of, like, developing a LiDAR | 11:45:52 |
| 4 | system in an SDS system, I think this is a | 11:45:54 |
| 5 | fundamentally, like, technical question that I -- | 11:45:58 |
| 6 | I'm not prepared to answer for you, right. | 11:45:59 |
| 7 | Q     (BY MS. CHANG) But your testimony is that | 11:46:02 |
| 8 | each of these accounts relates to the expenses for | 11:46:03 |
| 9 | the entire self-driving car? | 11:46:05 |
| 10 | A     The -- so this -- this -- these accounts | 11:46:08 |
| 11 | in totality capture the cost of creating a | 11:46:10 |
| 12 | self-driving system within which the LiDAR is an | 11:46:14 |
| 13 | integral part. | 11:46:19 |
| 14 | Q     You stated that LiDAR is an integral part | 11:46:55 |
| 15 | of the self-driving system.  What other integral | 11:46:59 |
| 16 | parts are you aware of? | 11:47:04 |
| 17 | A     I mean, again, my nontechnical | 11:47:07 |
| 18 | understanding is that, like, you need to have LiDAR | 11:47:10 |
| 19 | to do this.  Like, that's about as far as my, like, | 11:47:12 |
| 20 | nontechnical understanding of this goes. | 11:47:16 |
| 21 | Q     You're not aware of any other integral | 11:47:19 |
| 22 | parts of the self-driving system? | 11:47:22 |
| 23 | MR. MACK:  Objection, form. | 11:47:24 |
| 24 | A     The -- like, I don't pretend to -- to say | 11:47:24 |
| 25 | that, like, one is better than the other or | 11:47:30 |

Page 78

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | anything, but I know that the LiDAR is part of the | 11:47:32 |
| 2 | whole solution. | 11:47:35 |
| 3 |     Q    (BY MS. CHANG) Are you aware of any other | 11:47:36 |
| 4 | part of the whole solution for Waymo's self-driving | 11:47:39 |
| 5 | system? | 11:47:43 |
| 6 |         MR. MACK:  Objection, form. | 11:47:44 |
| 7 |     A   I -- I believe -- like, again, my | 11:47:45 |
| 8 | nontechnical understanding is that there are other | 11:47:48 |
| 9 | parts to it.  But I -- I wasn't prepared here to | 11:47:50 |
| 10 | talk about what the technical elements of the | 11:47:53 |
| 11 | self-driving system are. | 11:47:56 |
| 12 |     Q    (BY MS. CHANG) Are there other integral | 11:47:57 |
| 13 | parts of the Waymo self-driving system, other than | 11:47:57 |
| 14 | LiDAR that you're aware of as you sit here today | 11:48:00 |
| 15 | you? | 11:48:04 |
| 16 |         MR. MACK:  Objection, form; beyond the | 11:48:05 |
| 17 | scope. | 11:48:05 |
| 18 |     A   Like, I don't -- I -- I don't -- like, I | 11:48:07 |
| 19 | can't say what are other technical -- or sorry.  I | 11:48:10 |
| 20 | -- I don't know what to -- or I don't know what | 11:48:14 |
| 21 | other integral parts are, no. | 11:48:18 |
| 22 |     Q    (BY MS. CHANG) But you would characterize | 11:48:19 |
| 23 | LiDAR as an integral part? | 11:48:21 |
| 24 |         MR. MACK:  Objection, form; beyond the | 11:48:23 |
| 25 | scope. | 11:48:23 |

Page 79

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

```
 1        A     It -- in a nontechnical way without having      11:48:24

 2   any kind of, like, technical training or                   11:48:28

 3   understanding, yes, I just did.                            11:48:30

 4        MR. MACK:  Esther, I think we have been               11:48:33

 5   going well over an hour, if now is a good time to          11:48:35

 6   break.                                                     11:48:40

 7        MS. CHANG:  Yeah.                                     11:48:40

 8        THE VIDEOGRAPHER:  We are off the record             11:48:41

 9   at 11:49 a.m.                                              11:48:41

10        (A break was taken from 11:49 a.m. to                11:48:44

11   12:37 p.m.)                                                11:48:48

12        THE VIDEOGRAPHER:  Okay.  We are back on             12:36:02

13   the record at 12:37 p.m.                                   12:36:35

14        Q    (BY MS. CHANG) I'm handing you what's been      12:36:43

15   marked as Exhibit 1520.  Exhibit 1520 is                   12:36:45

16   "Plaintiff's Amended Fourth Supplemental Objections       12:37:03

17   and Responses to Uber's First Set of                       12:37:07

18   Interrogatories, Nos. 1 through 11."                       12:37:09

19        Do you recognize this document?                      12:37:15

20        A    Yes, I believe so.                              12:37:16

21        Q    You previously testified that in                12:37:46

22   preparation to provide testimony in your capacity as      12:37:48

23   the corporate witness for the cost aspect of              12:37:56

24   Topic 9, that you had reviewed responses to               12:38:00

25   interrogatory requests.                                    12:38:05
```

Page 80

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

```
 1              Are these the responses that you reviewed?      12:38:06

 2       A    Yes, I believe so.                                12:38:08

 3       Q    If you turn to page 61, you'll see               12:38:20

 4   Interrogatory 6 listed here.  And it reads,               12:38:28

 5   Separately for each alleged Waymo trade secret            12:38:33

 6   identified in response to Interrogatory No. 1,            12:38:37

 7   describe how long it took and how much it cost to         12:38:40

 8   develop.                                                  12:38:43

 9              Do you recall reviewing the response to        12:38:47

10   Interrogatory No. 6?                                      12:38:53

11       A    I -- I don't recall reviewing that               12:38:54

12   specific one, no.                                         12:38:58

13       Q    Did you help prepare the response to            12:39:08

14   Interrogatory No. 6?                                      12:39:12

15              MR. MACK:  Objection, form.  Again, I'll      12:39:13

16   just caution the witness not to reveal the substance     12:39:19

17   of any attorney/client privileged communications,        12:39:23

18   but you may answer.                                       12:39:25

19       A    So like, to the extent there are, like,         12:39:26

20   dollar values in here and to the extent that those       12:39:30

21   dollar values were derived from, like, this report       12:39:33

22   that we have on the screen right now, then you could     12:39:36

23   perhaps say that, like, I helped prepare this.           12:39:40

24              But I did not, like, directly draft or --     12:39:43

25   or answer -- answer this in any way, if -- if that       12:39:47
```

Page 81

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | answers your question. | 12:39:51 |
| 2 |     Q    (BY MS. CHANG) Going back to Exhibit 2090, | 12:39:53 |
| 3 | you were designated as Waymo's corporate | 12:40:10 |
| 4 | representative to testify to the cost of developing | 12:40:14 |
| 5 | each of the alleged Waymo trade secrets selected for | 12:40:18 |
| 6 | trial. | 12:40:21 |
| 7 |         Did you review a list of the alleged Waymo | 12:40:23 |
| 8 | trade secrets selected for trial? | 12:40:27 |
| 9 |     A    So my understanding is -- is that there | 12:40:35 |
| 10 | were many trade secrets at issue in this case.  Some | 12:40:37 |
| 11 | of them -- like, I think some of them are no longer | 12:40:40 |
| 12 | part of the case.  I don't -- I don't know exactly, | 12:40:45 |
| 13 | to be honest. | 12:40:47 |
| 14 |         But I believe there are some at issue, and | 12:40:48 |
| 15 | I -- and I did see those numbers that are still at | 12:40:51 |
| 16 | issue in the case. | 12:40:55 |
| 17 |     Q    Did you also review the descriptions or | 12:40:56 |
| 18 | the substance of the trade secret numbers?  You -- | 12:40:58 |
| 19 | you mentioned that you had reviewed the numbers? | 12:41:00 |
| 20 |     A    Right. | 12:41:03 |
| 21 |     Q    Did you also review the substance or the | 12:41:03 |
| 22 | description of that trade secret number? | 12:41:06 |
| 23 |     A    I believe I looked at a document that | 12:41:10 |
| 24 | listed them and had, like, detailed explanations.  I | 12:41:12 |
| 25 | didn't -- I didn't read in detail any of them, no, | 12:41:16 |

Page 82

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | so I... | 12:41:18 |
| 2 | Q    Turning to page 103 of Exhibit 1520, | 12:41:37 |
| 3 | trade -- you'll see that there are a "Trade | 12:41:45 |
| 4 | Secret 2" header. | 12:41:55 |
| 5 | A    Um-hum. | 12:41:57 |
| 6 | Q    And under this section it reads, | 12:41:58 |
| 7 | Information potentially relevant to determining such | 12:42:10 |
| 8 | cost estimates includes information that has been | 12:42:15 |
| 9 | produced at WAYMO-UBER-00027045, | 12:42:19 |
| 10 | WAYMO-UBER-00014506, WAYMO-UBER-00012830, | 12:42:20 |
| 11 | WAYMO-UBER-00014078, and WAYMO-UBER-00014489. | 12:42:31 |
| 12 | WAYMO-UBER-27045 is Exhibit 1400, and | 12:42:42 |
| 13 | that's the spreadsheet that we have been looking at. | 12:42:48 |
| 14 | A    Okay. | 12:42:52 |
| 15 | Q    I'm going to mark as exhibits, the | 12:42:54 |
| 16 | remaining documents that are cited in this | 12:42:58 |
| 17 | interrogatory response. | 12:43:02 |
| 18 | Exhibit 1413, which I have just handed | 12:43:53 |
| 19 | you, is the next document, WAYMO-UBER-00014506.  So | 12:43:56 |
| 20 | did I give you the wrong -- no, I didn't.  Is | 12:44:07 |
| 21 | that -- is that the document that you have? | 12:44:10 |
| 22 | A    Yes. | 12:44:13 |
| 23 | Q    Have you seen this document before? | 12:44:17 |
| 24 | A    Yes.  I saw it yesterday. | 12:44:19 |
| 25 | Q    What is your understanding of what this | 12:44:22 |

Page 83

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | document is? | 12:44:24 |
| 2 | A    This is the Term Sheet of the acquisition | 12:44:27 |
| 3 | of 510 Systems. | 12:44:31 |
| 4 | Q    Had you seen it before yesterday? | 12:44:34 |
| 5 | A    No. | 12:44:35 |
| 6 | Q    The next document, WAYMO-UBER-00012830, | 12:44:38 |
| 7 | was previously marked as Exhibit 1414.  This | 12:44:46 |
| 8 | document is the "Agreement and Plan of Merger By and | 12:45:12 |
| 9 | Among Google Inc., Plus 490 LLC; 510 Systems LLC; | 12:45:16 |
| 10 | each of the members of 510 Systems LLC; and with | 12:45:20 |
| 11 | respect to Articles VI, VIII, IX, and X only, | 12:45:24 |
| 12 | Anthony Levandowksi, as member representative; and | 12:45:26 |
| 13 | U.S. Bank National Association as escrow agent," | 12:45:30 |
| 14 | dated as of July 28, 2011. | 12:45:34 |
| 15 | Do you recognize this document? | 12:45:36 |
| 16 | A    Only insofar as I saw it yesterday. | 12:45:41 |
| 17 | Q    Had you seen it before yesterday? | 12:45:45 |
| 18 | A    No. | 12:45:46 |
| 19 | Q    The next document listed in Waymo's | 12:45:49 |
| 20 | response to Interrogatory No. 6 for Trade Secret 2 | 12:45:54 |
| 21 | on page 103 of Exhibit 1520 is WAYMO-UBER-00014078. | 12:45:59 |
| 22 | This document was previously marked as Exhibit 1415. | 12:46:12 |
| 23 | Exhibit 1415 is the "Google Inc. Project | 12:46:33 |
| 24 | Chauffeur Bonus Program." | 12:46:39 |
| 25 | Do you recognize this document? | 12:46:41 |

Page 84

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

1      A    Yes, insofar as I saw it yesterday.          12:46:45

2      Q    Before yesterday, had you seen this          12:46:48

3    document?                                           12:46:49

4      A    I hadn't seen the document, but I was        12:46:51

5    generally familiar with the 2011 special bonus plan. 12:46:54

6      Q    The final document listed in Waymo's         12:46:59

7    Interrogatory Response No. 6 for Trade Secret 2 is   12:47:02

8    WAYMO-UBER-00014489.                                 12:47:06

9          This document was previously marked as        12:47:13

10   Exhibit 1416.  Exhibit 1416 is a letter from Google, 12:47:16

11   in particular, David ████, who was vice president    12:47:32

12   of corporate development at the time, to Anthony     12:47:38

13   Levandowksi, dated April 13, 2011.                   12:47:40

14         Do you recognize this document?               12:47:46

15     A    Only insofar as I read it yesterday.         12:47:49

16     Q    Before yesterday had you seen this           12:47:53

17   document?                                            12:47:55

18     A    No.                                           12:47:55

19     Q    Looking back at Exhibit 1520, which is       12:48:47

20   Waymo's interrogatory responses, on page 103, the   12:48:50

21   next sentence reads, That information -- referring   12:48:55

22   to the five documents listed before that sentence -- 12:49:00

23   reflects that costs Waymo necessarily incurred for   12:49:10

24   the development, Trade Secret 2 are in the           12:49:13

25   ████████████                                          12:49:18

                                                    Page 85

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Did you help prepare that ██████████ | 12:49:24 |
| 2 | range number for Trade Secret 2? | 12:49:28 |
| 3 | MR. MACK:  Objection, form. | 12:49:30 |
| 4 | A    So -- so -- so again, insofar as that | 12:49:34 |
| 5 | number is derived from the numbers that you see of, | 12:49:37 |
| 6 | like, the historical spend at Waymo, to the extent | 12:49:39 |
| 7 | it incorporates those numbers, I would say yes. | 12:49:44 |
| 8 | Q    (BY MS. CHANG) Do you know how that | 12:49:48 |
| 9 | ████████  number was calculated? | 12:49:54 |
| 10 | A    So my understanding is that -- and this | 12:49:59 |
| 11 | is, I believe, a -- a formulation based on the | 12:50:04 |
| 12 | expert's calculations.  But what -- what it is is a | 12:50:08 |
| 13 | summation -- am I allowed to alter this just so I | 12:50:12 |
| 14 | can read it easier?  Can I make it into dollars? | 12:50:19 |
| 15 | No? | 12:50:23 |
| 16 | Q    Yes, we -- yes, we can, but I think we | 12:50:24 |
| 17 | would then need to mark it as new exhibit, so -- | 12:50:25 |
| 18 | A    Okay. | 12:50:28 |
| 19 | Q    -- what we'll do is we'll mark this as | 12:50:28 |
| 20 | Exhibit 2091. | 12:50:31 |
| 21 | A    It -- it's okay.  I don't -- I won't | 12:50:36 |
| 22 | change it, just to keep it -- sorry. | 12:50:37 |
| 23 | Q    Are you sure? | 12:50:39 |
| 24 | A    Yeah.  Yeah. | 12:50:40 |
| 25 | Q    Okay. | 12:50:41 |

Page 86

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | A    Sorry about that.  So my understanding is | 12:50:41 |
| 2 | that because of the nature of the development of the | 12:50:48 |
| 3 | program as a whole, right, what it was is a -- kind | 12:50:54 |
| 4 | of a calculation of historical spend through the end | 12:50:57 |
| 5 | of 2015. | 12:51:00 |
| 6 | So if -- on the screen you can see that | 12:51:02 |
| 7 | essentially I'm -- I'm highlighting all the cells in | 12:51:04 |
| 8 | Row 16, Columns B through H. | 12:51:08 |
| 9 | And in the bottom corner, Excel does a | 12:51:12 |
| 10 | sum.  So what that sum is saying is that this is | 12:51:15 |
| 11 | approximately ▮▮▮▮▮▮ | 12:51:17 |
| 12 | Q    For the record, the exact sum that is | 12:51:40 |
| 13 | shown in Exhibit 1400 when you highlight Cells B16 | 12:51:47 |
| 14 | to H16, is -- | 12:51:52 |
| 15 | A    Do you want me to read it out? | 12:52:00 |
| 16 | Q    -- you can read it out.  Or I was going | 12:52:02 |
| 17 | to, but you can. | 12:52:04 |
| 18 | A    Oh, I'm sorry.  I'm sorry.  Okay. | 12:52:05 |
| 19 | Q    It is ▮▮▮▮▮ is that right? | 12:52:07 |
| 20 | A    Yes, that's what the screen shows. | 12:52:20 |
| 21 | Q    And that's the number that is the basis | 12:52:23 |
| 22 | for the ▮▮▮▮▮ range that's shown as the | 12:52:26 |
| 23 | development cost for Trade Secret 2? | 12:52:33 |
| 24 | MR. MACK:  Objection, form. | 12:52:37 |
| 25 | A    That's -- that's my understanding of how | 12:52:37 |

Page 87

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | it was formulated. | 12:52:39 |
| 2 | Q    (BY MS. CHANG) Do you know what Trade | 12:52:41 |
| 3 | Secret 2 is? | 12:52:42 |
| 4 | A    Like -- like, in technical detail, no. | 12:52:46 |
| 5 | Q    In any level of detail? | 12:52:50 |
| 6 | MR. MACK:  Objection, form. | 12:52:52 |
| 7 | A    I -- I know that it's at issue in the | 12:52:57 |
| 8 | case, but I don't -- like, I don't know the | 12:53:00 |
| 9 | technical details of it, no. | 12:53:02 |
| 10 | Q    (BY MS. CHANG) Do you know anything about | 12:53:03 |
| 11 | Trade Secret 2? | 12:53:04 |
| 12 | A    In -- I -- I mean, I didn't ask -- like, | 12:53:07 |
| 13 | no, I didn't ask detailed questions about Trade | 12:53:10 |
| 14 | Secret 2. | 12:53:13 |
| 15 | Q    What do you know about Trade Secret 2, | 12:53:14 |
| 16 | other than that it's $███████ to develop? | 12:53:15 |
| 17 | A    That to the extent it is -- take -- how do | 12:53:23 |
| 18 | I say this? | 12:53:29 |
| 19 | That its development was not limited to, | 12:53:30 |
| 20 | a -- like, a discrete point in time.  And it -- | 12:53:33 |
| 21 | it -- the formulation of it and the basis for -- | 12:53:36 |
| 22 | thereby the basis of the calculation is that it is | 12:53:37 |
| 23 | the kind of -- from inception to the date of the | 12:53:43 |
| 24 | cutoff of -- whatever informs that cutoff date is | 12:53:47 |
| 25 | how it -- it's informed, right. | 12:53:52 |

Page 88

| | | |
|---|---|---|
| 1 | So there's a development time.  It's not | 12:53:52 |
| 2 | like a discrete thing with, like, a discrete item. | 12:53:54 |
| 3 | It is a totality.  And that's why, you know... | 12:53:57 |
| 4 | Q    Other than the number, what do you know | 12:54:03 |
| 5 | about the technology that's captured by Trade | 12:54:08 |
| 6 | Secret 2? | 12:54:11 |
| 7 | MR. MACK:  Objection, form. | 12:54:12 |
| 8 | A    So what I know about technology is that it | 12:54:21 |
| 9 | was developed at Waymo.  That would be -- and it was | 12:54:23 |
| 10 | technology that was developed in the program as a | 12:54:32 |
| 11 | whole. | 12:54:36 |
| 12 | Q    (BY MS. CHANG) Do you know what aspect of | 12:54:36 |
| 13 | the technology that was developed by Waymo that | 12:54:38 |
| 14 | Trade Secret 2 relates to? | 12:54:42 |
| 15 | MR. MACK:  Objection, form. | 12:54:44 |
| 16 | A    Well, I think based off of my | 12:54:45 |
| 17 | understanding of how it was calculated, aspect -- | 12:54:47 |
| 18 | aspect is a little -- I guess I would take issue | 12:54:51 |
| 19 | with the word "aspect."  Is that -- it -- it's a -- | 12:54:55 |
| 20 | it's a trade secret that is kind of comprehensive in | 12:54:58 |
| 21 | the program as a whole. | 12:55:01 |
| 22 | Like -- but again, that's just a -- like, | 12:55:01 |
| 23 | a nontechnical understanding of, like, how this | 12:55:03 |
| 24 | number was calculated.  And I'm kind of deriving it | 12:55:06 |
| 25 | based off of that calculation. | 12:55:09 |

Page 89

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    (BY MS. CHANG) If you turn to page 172 of | 12:55:11 |
| 2 | Exhibit 1520. | 12:55:14 |
| 3 | A    I'm sorry.  What page again? | 12:55:16 |
| 4 | Q    172. | 12:55:19 |
| 5 | A    Okay. | 12:55:20 |
| 6 | Q    This is Waymo's Response to | 12:55:36 |
| 7 | Interrogatory No. 6 with respect to Trade Secret 25. | 12:55:39 |
| 8 | If you look in the middle of the first paragraph, | 12:55:43 |
| 9 | under that header it reads, Information potentially | 12:55:48 |
| 10 | relevant to determining such cost estimates includes | 12:55:52 |
| 11 | information that has been produced at | 12:55:55 |
| 12 | WAYMO-UBER-00027045, WAYMO-UBER-00014506 | 12:55:58 |
| 13 | WAYMO-UBER-00012830, WAYMO-UBER-00014078, and | 12:56:06 |
| 14 | WAYMO-UBER-00014489. | 12:56:15 |
| 15 | I can represent to you that those are the | 12:56:20 |
| 16 | same five documents that were cited for Trade | 12:56:23 |
| 17 | Secret 2 that we just looked at. | 12:56:26 |
| 18 | The next sentence reads, That information | 12:56:30 |
| 19 | reflects that costs Waymo necessarily incurred for | 12:56:34 |
| 20 | the development of Trade Secret 25 are in the | 12:56:39 |
| 21 | ███████████████████ | 12:56:43 |
| 22 | What is the basis of the ███████████ | 12:57:02 |
| 23 | range number cited for Trade Secret 25 in Waymo's | 12:57:05 |
| 24 | response to Interrogatory No. 6 for Trade Secret 25? | 12:57:09 |
| 25 | A    So I -- again, I think my understanding of | 12:57:16 |

Page 90

| | | |
|---|---|---|
| 1 | how the expert who created that value is that they | 12:57:22 |
| 2 | took the numbers of spend historically since | 12:57:26 |
| 3 | inception through a certain date.  And like, same as | 12:57:28 |
| 4 | the previous one is that it goes through on -- | 12:57:32 |
| 5 | whichever exhibit number we labeled the screen. | 12:57:35 |
| 6 | Q    1400. | 12:57:41 |
| 7 | A    Sorry.  Yeah, 1400 is, again, from a -- | 12:57:42 |
| 8 | 2009 through end of year 2015, which represents that | 12:57:44 |
| 9 | approximately ███████████████ | 12:57:48 |
| 10 | Q    It's the same calculation that was used | 12:57:57 |
| 11 | for Trade Secret 2 that we previously discussed? | 12:58:00 |
| 12 | A    So -- so when you say "the same | 12:58:05 |
| 13 | calculation," I -- like, again, the -- to the | 12:58:07 |
| 14 | extent, like, an expert created that calculation, | 12:58:11 |
| 15 | I -- I can't tell you how precisely they calculate | 12:58:13 |
| 16 | it, right. | 12:58:16 |
| 17 | But my understanding is that it is a | 12:58:17 |
| 18 | culmination of all of the work that precedes -- took | 12:58:19 |
| 19 | -- took place preceding.  And therefore, perhaps in | 12:58:23 |
| 20 | broad strokes it's a similar calculation.  I don't | 12:58:28 |
| 21 | want to speak out of turn and say it's, like, the | 12:58:30 |
| 22 | same calculation. | 12:58:33 |
| 23 | Q    I just want to make sure that I'm | 12:58:34 |
| 24 | understanding your testimony.  You testified that | 12:58:36 |
| 25 | Trade Secret 2, which cited a ██████████████  was | 12:58:38 |

Page 91

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | the sum of Cells B16 to H16 of Exhibit 1400, and | 12:58:43 |
| 2 | that was for Trade Secret 2? | 12:58:52 |
| 3 |     A    Yeah, the -- the last -- yes, correct. | 12:58:54 |
| 4 |     Q    And now we're looking at Trade Secret 25, | 12:58:56 |
| 5 | which also cites a ███ cost? | 12:58:59 |
| 6 |     A    Um-hum. | 12:59:03 |
| 7 |     Q    The calculation for that ██████ | 12:59:03 |
| 8 | number, is it also the sum of Cells B16 to H16 of | 12:59:06 |
| 9 | Exhibit 1400? | 12:59:12 |
| 10 |     MR. MACK:  Objection, form. | 12:59:14 |
| 11 |     A    Yes, those same numbers inform that | 12:59:19 |
| 12 | number. | 12:59:22 |
| 13 |     Q    (BY MS. CHANG) Why is it that only the | 12:59:23 |
| 14 | costs incurred in 2009 through 2015 are used to | 12:59:28 |
| 15 | calculate the ██████ cost estimate for Trade | 12:59:34 |
| 16 | Secrets 2 and 25? | 12:59:41 |
| 17 |     A    Sorry.  Why is -- why only those years as | 12:59:46 |
| 18 | opposed to what other years, I guess? | 12:59:48 |
| 19 |     Q    Why wasn't 2016 included? | 12:59:52 |
| 20 |     A    Well, my understanding based off of, | 12:59:56 |
| 21 | again, like, the trade secret being a technical | 12:59:58 |
| 22 | thing is that this says it took a period of time. | 01:00:00 |
| 23 |     And that secret -- again, not being | 01:00:03 |
| 24 | technically minded about what a trade secret is | 01:00:07 |
| 25 | legally defined as or anything else, it's -- it's | 01:00:10 |

Page 92

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | formulation took that span of time; and therefore, | 01:00:14 |
| 2 | they're capturing that period of time's expense, | 01:00:16 |
| 3 | therefore. | 01:00:22 |
| 4 | Q    Your testimony is that the development of | 01:00:23 |
| 5 | Trade Secret 25 incurred cost only up through 2015? | 01:00:27 |
| 6 | MR. MACK:  Objection, form. | 01:00:34 |
| 7 | A    My -- my testimony is that that is my | 01:00:37 |
| 8 | understanding of how it was calculated, yes. | 01:00:39 |
| 9 | Q    (BY MS. CHANG) The same answer for Trade | 01:00:41 |
| 10 | Secret 2? | 01:00:45 |
| 11 | A    Again, like, my under -- my understanding | 01:00:48 |
| 12 | is, like, that's the method the expert used to | 01:00:50 |
| 13 | surmise the -- the data -- the costs incurred based | 01:00:55 |
| 14 | upon historical spend that we -- that I -- that we | 01:00:58 |
| 15 | provided. | 01:01:02 |
| 16 | Q    Do you know what the technology, that | 01:01:08 |
| 17 | Trade Secret 25 relates to, is? | 01:01:11 |
| 18 | MR. MACK:  Objection, form. | 01:01:16 |
| 19 | A    I don't know the specific technology or | 01:01:20 |
| 20 | technological elements that it informs.  My | 01:01:23 |
| 21 | understanding is it's -- it's technology that is -- | 01:01:27 |
| 22 | was developed within Waymo Chauffeur -- | 01:01:30 |
| 23 | Q    (BY MS. CHANG) Is that -- | 01:01:33 |
| 24 | A    -- but that would be the extent of it. | 01:01:34 |
| 25 | Q    You don't know any more details regarding | 01:01:35 |

Page 93

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Trade Secret 25? | 01:01:38 |
| 2 | A    No, I don't have any more details. | 01:01:40 |
| 3 | Q    You testified that Trade Secret 2 incurred | 01:01:44 |
| 4 | a ███████ cost for development.  You also | 01:01:47 |
| 5 | testified that Trade Secret 25 incurred the same | 01:01:52 |
| 6 | ███████ cost for development. | 01:01:57 |
| 7 | Is there any chance that costs of | 01:02:20 |
| 8 | development is being double counted between Trade | 01:02:23 |
| 9 | Secret 2 and Trade Secret 25? | 01:02:26 |
| 10 | MR. MACK:  Objection, form. | 01:02:29 |
| 11 | A    So one thing in -- in answering your | 01:02:30 |
| 12 | question, I think you said that my testimony was | 01:02:33 |
| 13 | that it costs ███████ to formulate those two | 01:02:36 |
| 14 | trade secrets. | 01:02:40 |
| 15 | So I just want to say first that, like, | 01:02:40 |
| 16 | that's -- that's not my testimony.  What -- what I'm | 01:02:41 |
| 17 | saying is that insofar is that an expert calculated | 01:02:43 |
| 18 | this, it's -- I'm showing the -- my testimony is | 01:02:46 |
| 19 | that in the years 2009 through 2015, those were the | 01:02:49 |
| 20 | expenses incurred. | 01:02:54 |
| 21 | With respect to your -- the -- the core of | 01:02:56 |
| 22 | the question or, like, the latter part of what you | 01:02:59 |
| 23 | just said of:  Is there a double count, I don't | 01:03:01 |
| 24 | think I am technically minded enough to say whether | 01:03:05 |
| 25 | that is true or not. | 01:03:10 |

Page 94

| | | |
|---|---|---|
| 1 | Q      (BY MS. CHANG) Do you understand that you | 01:03:11 |
| 2 | were designated corporate witness, so you're | 01:03:13 |
| 3 | supposed to do testify on behalf of the company | 01:03:16 |
| 4 | regarding the cost of each of the alleged trade | 01:03:19 |
| 5 | secrets?  Are you not prepared to testify as to that | 01:03:21 |
| 6 | today? | 01:03:25 |
| 7 | A      So -- so I'm -- I'm prepared to testify. | 01:03:26 |
| 8 | And -- and I have been trying to testify about the | 01:03:29 |
| 9 | numbers and the costs incurred by this program. | 01:03:32 |
| 10 | I am not technically minded to say that a | 01:03:37 |
| 11 | trade secret involved this cost versus that cost.  I | 01:03:39 |
| 12 | think that's a more expert-based formulation. | 01:03:44 |
| 13 | And I'm not prepared or capable of -- of | 01:03:49 |
| 14 | creating -- like, I'm not an expert, right.  Like, | 01:03:52 |
| 15 | my understanding is you -- you have expert reports | 01:03:54 |
| 16 | on these kinds of things, and there will be a whole, | 01:03:56 |
| 17 | you know, rigmarole around that. | 01:03:58 |
| 18 | But I am prepared to tell you about what | 01:04:01 |
| 19 | are the costs and what we have been discussing about | 01:04:01 |
| 20 | what the expenses that we're showing in these | 01:04:04 |
| 21 | various years. | 01:04:07 |
| 22 | Q      If I understand your testimony correctly, | 01:04:08 |
| 23 | you're prepared to testify about the costs incurred | 01:04:10 |
| 24 | by Waymo's self-driving car program, but you are not | 01:04:12 |
| 25 | prepared to testify about the costs of each | 01:04:19 |

Page 95

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | individual trade secret; is that right? | 01:04:22 |
| 2 | MR. MACK:  Objection to form. | 01:04:23 |
| 3 | A    So again, insofar as that -- in this | 01:04:26 |
| 4 | interrogatory response there is a response that says | 01:04:30 |
| 5 | the trade secret costs ███████    I can tell you | 01:04:31 |
| 6 | what numbers inform that. | 01:04:36 |
| 7 | So -- so yes, there's an -- there's an | 01:04:37 |
| 8 | expert conclusion about this, and I can help show | 01:04:39 |
| 9 | you -- like, to the two preceding questions you | 01:04:42 |
| 10 | asked, I showed you how that████████ was | 01:04:45 |
| 11 | informed.  So that extent, I am providing my | 01:04:48 |
| 12 | testimony and the -- the basis for that████████ | 01:04:51 |
| 13 | calculation. | 01:04:54 |
| 14 | Q    (BY MS. CHANG) You know how the number was | 01:04:54 |
| 15 | calculated, but you're not offering any testimony as | 01:04:56 |
| 16 | to how that number relates to each of the trade | 01:04:59 |
| 17 | secrets? | 01:05:02 |
| 18 | MR. MACK:  Objection, form. | 01:05:02 |
| 19 | A    I don't -- I don't understand what you | 01:05:05 |
| 20 | mean by "how it relates to each of the trade | 01:05:06 |
| 21 | secrets." | 01:05:09 |
| 22 | Q    (BY MS. CHANG) You're not providing any | 01:05:09 |
| 23 | testimony that -- for example, where it says, Trade | 01:05:11 |
| 24 | Secret 2 costs███████, you're not offering | 01:05:14 |
| 25 | that Trade Secret 2 actually costs ████████ | 01:05:17 |

Page 96

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | you're just offering testimony about how | 01:05:19 |
| 2 | ███████████ was calculated? | 01:05:22 |
| 3 | MR. MACK:  Objection, form. | 01:05:26 |
| 4 | A    Sorry.  Sorry.  Like, let me -- let me try | 01:05:30 |
| 5 | to -- can -- can you repeat the question?  It's kind | 01:05:34 |
| 6 | of long, so I -- I don't want to get lost in it. | 01:05:37 |
| 7 | MS. CHANG:  Could you read the question | 01:05:40 |
| 8 | back to the witness? | 01:05:41 |
| 9 | (The Reporter read the record as follows: | 01:05:43 |
| 10 | QUESTION:  You're not providing any testimony | 01:05:43 |
| 11 | that -- for example, where it says, Trade Secret 2 | 01:05:43 |
| 12 | costs ██████████, you're not offering that Trade | 01:05:43 |
| 13 | Secret 2 actually costs ████████████; you're just | 01:05:43 |
| 14 | offering testimony about how ███████████ was | 01:05:43 |
| 15 | calculated?) | 01:05:43 |
| 16 | MR. MACK:  Same objection. | 01:06:15 |
| 17 | A    So my understanding is that -- that these | 01:06:17 |
| 18 | trade secrets are a development over time; and | 01:06:21 |
| 19 | therefore, that -- it takes all of the preceding | 01:06:27 |
| 20 | work. | 01:06:30 |
| 21 | And to the extent that trade secret was | 01:06:30 |
| 22 | formulated from inception of the program through the | 01:06:33 |
| 23 | time period that we marked on that at the end of the | 01:06:37 |
| 24 | year, which it's -- it's now blacked out, but I | 01:06:40 |
| 25 | think it was 2015 or 2016, that is the cost of the | 01:06:42 |

Page 97

| | | |
|---|---|---|
| 1 | trade secret. | 01:06:46 |
| 2 |    Q   (BY MS. CHANG) You are testifying that -- | 01:06:48 |
| 3 | it is your testimony under oath that Trade Secret 2 | 01:06:49 |
| 4 | costs ████████ | 01:06:54 |
| 5 |      MR. MACK:  Objection, form. | 01:06:57 |
| 6 |    A   Again, to -- to the extent the expert | 01:06:58 |
| 7 | formulated that and -- and the basis is that all of | 01:07:01 |
| 8 | the work took -- took -- it's all of the preceding | 01:07:03 |
| 9 | work up until that time and that our -- the -- | 01:07:06 |
| 10 | the program's historical spend is that, then -- then | 01:07:09 |
| 11 | yes, consistent with that, ████████ is a correct | 01:07:12 |
| 12 | number. | 01:07:16 |
| 13 |    Q   (BY MS. CHANG) But you don't know what | 01:07:16 |
| 14 | Trade Secret 2 actually is? | 01:07:17 |
| 15 |      MR. MACK:  Objection, form. | 01:07:19 |
| 16 |    A   The -- the discrete technical elements of | 01:07:21 |
| 17 | it, no. | 01:07:23 |
| 18 |    Q   (BY MS. CHANG) And you don't know what | 01:07:25 |
| 19 | Trade Secret 25 is? | 01:07:27 |
| 20 |      MR. MACK:  Same objection. | 01:07:28 |
| 21 |    A   Again, the -- the discrete technical | 01:07:29 |
| 22 | elements of it, no.  I -- like, to the extent it was | 01:07:32 |
| 23 | formulated over time and it is -- it is a product of | 01:07:34 |
| 24 | work since the inception of a program, that's -- | 01:07:37 |
| 25 | that's what I understand. | 01:07:39 |

Page 98

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

```
1          Q      (BY MS. CHANG) Do you know if there was          01:07:46

2     any chance of double counting between the technology         01:07:47

3     that is claimed in Trade Secret 2 and the technology         01:07:50

4     that is claimed in Trade Secret 25?                          01:07:54

5               MR. MACK:  Objection to form.                      01:07:57

6          A     I -- like, what -- what would you consider        01:08:01

7     double counting?                                             01:08:06

8          Q     (BY MS. CHANG) Claiming the claim cost            01:08:13

9     twice.                                                       01:08:15

10         A     Between -- between -- so -- so saying the         01:08:16

11    costs of developing one trade secret versus the             01:08:19

12    other are duplicative?                                       01:08:21

13         Q     Yes.                                              01:08:26

14         A     Without -- without understanding the             01:08:27

15    technical elements of -- of the trade secrets,              01:08:29

16    which -- which I admittedly don't understand the            01:08:30

17    technical elements, I -- I don't know that I can            01:08:34

18    answer that.                                                01:08:35

19         Q     How are you able to testify that Trade           01:08:36

20    Secret 25 costs █████████ if you don't understand          01:08:38

21    the technical details that are claimed by Trade            01:08:42

22    Secret 25?                                                  01:08:45

23               MR. MACK:  Objection, form.                      01:08:46

24         A     Again, because -- my understanding is --         01:08:49

25    is that the trade secret was formulated since the          01:08:50
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | inception of the program.  And it is the totality of | 01:08:55 |
| 2 | the technology as whole that -- that allows the | 01:08:57 |
| 3 | system to work.  And therefore, all of the expenses | 01:09:01 |
| 4 | that come through that year that we ended on is why | 01:09:03 |
| 5 | that number is right. | 01:09:06 |
| 6 | So it's -- it's the -- the fact that a | 01:09:07 |
| 7 | given trade secret is a part of this entire | 01:09:12 |
| 8 | solution; and therefore, we took the expense of the | 01:09:15 |
| 9 | entire program and took them over a period of time | 01:09:17 |
| 10 | to what is determined as the date where it's, like, | 01:09:19 |
| 11 | formulated or -- not -- like, I don't know how to | 01:09:23 |
| 12 | describe it in whatever might be the applicable | 01:09:25 |
| 13 | term. | 01:09:28 |
| 14 | But that period of time you then take that | 01:09:28 |
| 15 | whole expense of the whole exclusion and say you | 01:09:30 |
| 16 | have now -- it's come to fruition, so to speak or | 01:09:33 |
| 17 | whatever, and that's how you will come up with the | 01:09:34 |
| 18 | ████████████ | 01:09:37 |
| 19 | Q    (BY MS. CHANG) Your testimony is that | 01:09:38 |
| 20 | Trade Secret 2 costs ████████ to develop; is | 01:09:40 |
| 21 | that right? | 01:09:44 |
| 22 | MR. MACK:  Objection, form. | 01:09:44 |
| 23 | A    My testimony is that to the extent that | 01:09:47 |
| 24 | the -- the expert has surmised that this is, like, a | 01:09:49 |
| 25 | full-on, like, evolution and it -- all of the steps | 01:09:53 |

Page 100

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | preceding takes time to create the solution.  You | 01:09:59 |
| 2 | take all of that spend, and it's ███████ of | 01:10:03 |
| 3 | spend that occurred during that time.  And | 01:10:05 |
| 4 | therefore, that's the way you come up to the | 01:10:06 |
| 5 | ███████ range identified in the interrogatory. | 01:10:09 |
| 6 | Q    (BY MS. CHANG) It's your testimony that | 01:10:12 |
| 7 | Trade Secret 25 costs ███████ to develop; is | 01:10:14 |
| 8 | that right? | 01:10:17 |
| 9 | MR. MACK:  Same objection. | 01:10:18 |
| 10 | A    I -- I would answer that in the same way I | 01:10:19 |
| 11 | did the preceding question. | 01:10:22 |
| 12 | Q    (BY MS. CHANG) What is your answer to the | 01:10:23 |
| 13 | question:  What was the cost of developing Trade | 01:10:24 |
| 14 | Secret 2 and Trade Secret 25? | 01:10:27 |
| 15 | MR. MACK:  Objection, form. | 01:10:32 |
| 16 | A    So it -- to -- to -- what was the cost of | 01:10:33 |
| 17 | developing the trade secret? | 01:10:38 |
| 18 | Q    (BY MS. CHANG) To clarify, the question | 01:10:41 |
| 19 | is:  What was the cost of developing Trade Secret 2 | 01:10:42 |
| 20 | and Trade Secret 25?  So I want to know the combined | 01:10:46 |
| 21 | cost of developing those two trade secrets. | 01:10:51 |
| 22 | A    I -- I don't know that I could answer | 01:10:54 |
| 23 | that, because I don't have, again, the technical | 01:10:55 |
| 24 | element of what the trade secret is. | 01:10:57 |
| 25 | I think that's -- that's something that I | 01:10:58 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | don't know.  But to the extent that -- like, if an | 01:11:02 |
| 2 | expert were to help -- like, tell me how you capture | 01:11:05 |
| 3 | those things, and we said:  Well, is there, like, | 01:11:09 |
| 4 | this time element, for example, or something of that | 01:11:12 |
| 5 | sort, then I could look at that amount of time or | 01:11:15 |
| 6 | however and then come up with a number.  Kind of | 01:11:17 |
| 7 | like what I have been describing in the preceding | 01:11:19 |
| 8 | answers. | 01:11:22 |
| 9 | Q    You testified that Trade Secret 2 used the | 01:11:22 |
| 10 | same calculation as Trade Secret 25? | 01:11:24 |
| 11 | MR. MACK:  Objection, form. | 01:11:30 |
| 12 | A    Like -- so I -- I don't think I used the | 01:11:31 |
| 13 | word "calculation."  But again, I think that we said | 01:11:34 |
| 14 | that in a similar manner, like, you took the whole | 01:11:37 |
| 15 | program's spend from inception to the time where | 01:11:41 |
| 16 | that trade secret was -- is determined to have, | 01:11:44 |
| 17 | like, come to fruition or whatever. | 01:11:45 |
| 18 | And you take all of that spend, because | 01:11:48 |
| 19 | these trade secrets are part of an integrated | 01:11:51 |
| 20 | whole -- like, it's a whole solution, right.  And | 01:11:54 |
| 21 | that's my understanding of how that determination | 01:11:56 |
| 22 | was made. | 01:11:57 |
| 23 | Q    (BY MS. CHANG) But isn't the calculation | 01:11:59 |
| 24 | of Trade Secret 2 based on that analysis, the same | 01:12:02 |
| 25 | way that you're calculating the cost for Trade | 01:12:06 |

Page 102

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Secret 25? | 01:12:08 |
| 2 | MR. MACK:  Objection, form. | 01:12:11 |
| 3 | Q    (BY MS. CHANG) You seem to be implying | 01:12:12 |
| 4 | that the calculation is not the same, so I'm just | 01:12:13 |
| 5 | trying to figure out exactly what your testimony is | 01:12:16 |
| 6 | with respect to the calculations. | 01:12:20 |
| 7 | A    Sure.  And -- and -- again, like -- like I | 01:12:21 |
| 8 | said earlier -- I think a bit earlier is that -- | 01:12:24 |
| 9 | like, the precise calculation of what informs and | 01:12:25 |
| 10 | costs of the trade secret, I think it requires | 01:12:29 |
| 11 | certain technical elements. | 01:12:31 |
| 12 | But to the extent that it was a | 01:12:32 |
| 13 | time-based, like, evolution of the entire | 01:12:35 |
| 14 | technological solution, to the extent that is what I | 01:12:39 |
| 15 | understand of it, then perhaps it -- then in that | 01:12:42 |
| 16 | vein, yes.  But again, I'm not the -- the -- the | 01:12:47 |
| 17 | expert who calculated that number, per se. | 01:12:49 |
| 18 | Q    Okay.  Stepping back, you keep on | 01:12:53 |
| 19 | mentioning an "expert."  Is there a particular | 01:12:54 |
| 20 | expert you're referring to? | 01:12:56 |
| 21 | A    I'm assuming who -- whichever expert | 01:12:58 |
| 22 | that -- it says "will be the subject of expert | 01:13:01 |
| 23 | testimony" here in the interrogatory. | 01:13:05 |
| 24 | Q    That's true.  I believe Waymo's experts | 01:13:07 |
| 25 | will be using this interrogatory response.  But | 01:13:10 |

Page 103

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | these are interrogatory responses from Waymo -- | 01:13:13 |
| 2 | A    Um-hum. | 01:13:17 |
| 3 | Q    -- so an expert did not draft -- I can | 01:13:17 |
| 4 | represent to you that an expert did not draft these | 01:13:21 |
| 5 | responses. | 01:13:25 |
| 6 | A    Okay. | 01:13:25 |
| 7 | Q    Waymo -- your counsel can correct me if | 01:13:25 |
| 8 | I'm wrong.  I just wanted to know whether you had a | 01:13:27 |
| 9 | particular expert in mind when you keep on | 01:13:32 |
| 10 | mentioning this expert. | 01:13:34 |
| 11 | A    I -- I don't have a name in mind, no. | 01:13:36 |
| 12 | Q    Moving on to Trade Secret 90, which is | 01:13:48 |
| 13 | another one of the trade secrets that are still at | 01:13:51 |
| 14 | issue in this case, if you could turn to page 126 of | 01:13:54 |
| 15 | Exhibit 1520. | 01:13:58 |
| 16 | The response to Interrogatory No. 6 for | 01:14:08 |
| 17 | Trade Secret 90 starts on exhibit starts on page 126 | 01:14:20 |
| 18 | and continues on to page 127. | 01:14:23 |
| 19 | If you look at the middle of the first | 01:14:27 |
| 20 | paragraph to the response regarding Trade Secret 90, | 01:14:30 |
| 21 | it states, Information potentially relevant to | 01:14:37 |
| 22 | determining such cost estimate has been produced at | 01:14:42 |
| 23 | WAYMO-UBER-00027045, WAYMO-UBER-00014506 | 01:14:46 |
| 24 | WAYMO-UBER-00012830, WAYMO-UBER-00014078, and | 01:14:57 |
| 25 | WAYMO-UBER-00014489. | 01:15:06 |

Page 104

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | I can represent to you that those are the | 01:15:09 |
| 2 | same five documents that were cited for Trade | 01:15:12 |
| 3 | Secret 2 and Trade Secret 25 that we just looked at. | 01:15:15 |
| 4 | The next sentence reads, That information | 01:15:18 |
| 5 | reflects that costs Waymo necessarily incurred for | 01:15:23 |
| 6 | the development of Trade Secret 90 are in the | 01:15:27 |
| 7 | ███████ range. | 01:15:31 |
| 8 | What was the basis for calculating that | 01:15:33 |
| 9 | ███████ cost estimate? | 01:15:36 |
| 10 | A   So again, my understanding is that it is a | 01:15:41 |
| 11 | cost that captures the entire program spend from | 01:15:43 |
| 12 | inception to the period of time where it stops -- I | 01:15:47 |
| 13 | think it's 2015, 2016, that ████ that you round up | 01:15:54 |
| 14 | to ██████ | 01:15:59 |
| 15 | It is informed by those same sets of | 01:16:00 |
| 16 | numbers for the totality of the program spend for | 01:16:04 |
| 17 | that period of time. | 01:16:05 |
| 18 | Q   The calculation that was the basis of the | 01:16:06 |
| 19 | ██████ cost estimate for Trade Secret 90 is | 01:16:09 |
| 20 | the same calculation that was done for Trade | 01:16:13 |
| 21 | Secret 2 and Trade Secret 25? | 01:16:16 |
| 22 | MR. MACK:  Objection, form. | 01:16:18 |
| 23 | A   Again, my understanding being that it | 01:16:23 |
| 24 | covers the -- the time period for the formulation of | 01:16:24 |
| 25 | that trade secret, without knowing the technical | 01:16:27 |

Page 105

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | elements of it, is -- is a time period that spans | 01:16:29 |
| 2 | the program's total spend of ███████████ | 01:16:32 |
| 3 |     Q   (BY MS. CHANG) And that calculation is the | 01:16:36 |
| 4 | sum of Cells B16 to H16 in Exhibit 1400? | 01:16:40 |
| 5 |     A   I'll -- I'll accept that.  I don't see it | 01:16:50 |
| 6 | on the screen, but I believe so.  It's -- it's the | 01:16:52 |
| 7 | cells that I had highlighted earlier. | 01:16:53 |
| 8 |     Q   And that's the same ██████ | 01:16:58 |
| 9 |     A   Correct. | 01:17:02 |
| 10 |     Q   ███████  number that we have been | 01:17:02 |
| 11 | looking at? | 01:17:05 |
| 12 |     A   Correct. | 01:17:05 |
| 13 |     Q   Do you know what -- the technical aspects | 01:17:10 |
| 14 | that is claimed by Trade Secret 90? | 01:17:20 |
| 15 |     MR. MACK:  Objection, form. | 01:17:24 |
| 16 |     A   I'm not familiar with the -- the precise | 01:17:25 |
| 17 | individual technical aspects of -- or sorry.  Let me | 01:17:29 |
| 18 | rephrase. | 01:17:31 |
| 19 |     I'm not -- I'm not familiar with the -- | 01:17:31 |
| 20 | the technical aspects of the individual trade | 01:17:33 |
| 21 | secret.  My understanding is that insofar as it is | 01:17:38 |
| 22 | part of the entirety of this self-driving system. | 01:17:42 |
| 23 | Therefore, all of the costs of the program since | 01:17:45 |
| 24 | inception to the time are what then informs that | 01:17:48 |
| 25 | ███████████  number. | 01:17:52 |

Page 106

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Q     (BY MS. CHANG) If I understand your | 01:17:54 |
| 2 | testimony correctly, the costs of the program from | 01:17:56 |
| 3 | inception to 2015 forms the basis for the | 01:18:05 |
| 4 | development cost for Trade Secret 2, Trade | 01:18:12 |
| 5 | Secret 25, and Trade Secret 90; is that correct? | 01:18:15 |
| 6 | MR. MACK:  Objection, form. | 01:18:20 |
| 7 | A     Can I get the question read back? | 01:18:24 |
| 8 | Q     (BY MS. CHANG) If I understand your | 01:18:28 |
| 9 | testimony correctly, the costs of the self-driving | 01:18:29 |
| 10 | car program from inception to 2015 forms the basis | 01:18:32 |
| 11 | for the development cost for Trade Secret 2, Trade | 01:18:36 |
| 12 | Secret 25, and -- and now Trade Secret 90? | 01:18:39 |
| 13 | MR. MACK:  Same objection. | 01:18:45 |
| 14 | A     I -- I believe so, yes, if I understand | 01:18:48 |
| 15 | your question. | 01:18:52 |
| 16 | Q     (BY MS. CHANG) Is there a part of the | 01:18:54 |
| 17 | question that you don't understand? | 01:18:55 |
| 18 | A     So -- sorry.  Can -- can you read it back | 01:18:57 |
| 19 | one more time?  I apologize. | 01:19:01 |
| 20 | Q     Your testimony is that the costs of the | 01:19:03 |
| 21 | self-driving car program from inception to 2015 | 01:19:08 |
| 22 | forms the basis for the development costs of Trade | 01:19:12 |
| 23 | Secret 2, Trade Secret 25, and now Trade Secret 90? | 01:19:16 |
| 24 | A     My understanding is that -- that since | 01:19:23 |
| 25 | inception through the year that you just identified | 01:19:25 |

Page 107

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | informs the ████████ number that was placed into | 01:19:27 |
| 2 | this interrogatory. | 01:19:31 |
| 3 |      Q    For each of those three trade secrets that | 01:19:32 |
| 4 | we have discussed so far? | 01:19:34 |
| 5 |      A    Correct.  That period of spend is what | 01:19:36 |
| 6 | informed that number.  And if I may add.  The one | 01:19:38 |
| 7 | thing, like -- and we had reviewed this a little bit | 01:19:41 |
| 8 | earlier in the deposition.  Is that -- to the extent | 01:19:43 |
| 9 | that there are historical expenses not captured, | 01:19:45 |
| 10 | that number is potentially higher. | 01:19:47 |
| 11 |      But because of the way the Alphabet | 01:19:50 |
| 12 | structure was run historically, et cetera, | 01:19:52 |
| 13 | et cetera, that number is -- is reported lower in | 01:19:54 |
| 14 | the Exhibit 1400, I think, is the one that -- that's | 01:20:00 |
| 15 | the spreadsheet so... | 01:20:04 |
| 16 |      Q    To clarify, you're saying that the | 01:20:12 |
| 17 | number -- the ████████ number that's shown in | 01:20:14 |
| 18 | Exhibit 1400 is actually lower than the actual spend | 01:20:20 |
| 19 | of the program from inception to 2015? | 01:20:23 |
| 20 |      A    Correct.  Correct.  As I mentioned | 01:20:25 |
| 21 | earlier, there are -- there are equity that's | 01:20:26 |
| 22 | missing from this, as well as, like, the | 01:20:28 |
| 23 | intracompany expenses of the allocated expensive. | 01:20:30 |
| 24 | Because, again, alphabetization, which is that | 01:20:33 |
| 25 | spinout, was something that happened later. | 01:20:36 |

Page 108

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Q      What is the cost of developing Trade | 01:20:40 |
| 2 | Secret 2, Trade Secret 25, and Trade Secret 90? | 01:20:42 |
| 3 | MR. MACK:  Objection, form. | 01:20:46 |
| 4 | A      So to the extent that the expert has | 01:20:48 |
| 5 | surmised that development of that trade secret is | 01:20:55 |
| 6 | something that is kind of program inception to the | 01:20:58 |
| 7 | date that, again, this comes to, like, fruition or | 01:21:02 |
| 8 | whatever you want to call it, it -- it is that | 01:21:04 |
| 9 | 1 point -- it is the spend for the entirety of the | 01:21:08 |
| 10 | program from that inception to the date that that's | 01:21:11 |
| 11 | cut off at, which is 2015 or '16, based on the | 01:21:14 |
| 12 | spreadsheet. | 01:21:19 |
| 13 | Q      (BY MS. CHANG) Given that the entirety of | 01:21:19 |
| 14 | the program cost from inception to 2015 is about | 01:21:21 |
| 15 | ████████████, would it be fair to say that the costs | 01:21:28 |
| 16 | of developing Trade Secret 2 is the same as the cost | 01:21:31 |
| 17 | of developing Trade Secrets 2, 25, and 90 together? | 01:21:35 |
| 18 | MR. MACK:  Objection, form. | 01:21:40 |
| 19 | A      You're asking:  Is -- is the cost of | 01:21:43 |
| 20 | developing -- is the cost of developing one, the | 01:21:45 |
| 21 | same as the cost of developing all of them? | 01:21:49 |
| 22 | Q      (BY MS. CHANG) All three of them that we | 01:21:53 |
| 23 | just discussed. | 01:21:54 |
| 24 | A      I -- like, I don't know that I understand? | 01:21:56 |
| 25 | Like, is the cost the same?  I mean, I guess my | 01:22:08 |

Page 109

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | answer would be that -- that they're all | 01:22:20 |
| 2 | wholly-integrated solutions in the system.  And | 01:22:24 |
| 3 | like, this is (inaudible), like, a self-driving | 01:22:26 |
| 4 | system, so -- | 01:22:26 |
| 5 | THE COURT REPORTER:  What is that?  This | 01:22:34 |
| 6 | is? | 01:22:34 |
| 7 | A    Sorry? | 01:22:35 |
| 8 | THE COURT REPORTER:  They're | 01:22:35 |
| 9 | wholly-integrated solutions in the system.  And | 01:22:35 |
| 10 | like? | 01:22:35 |
| 11 | A    They're all wholly-integrated solutions in | 01:22:35 |
| 12 | the same system is what I meant to say.  That -- | 01:22:38 |
| 13 | sorry.  I lost my train of thought. | 01:22:48 |
| 14 | Q    (BY MS. CHANG) You're the corporate -- | 01:22:52 |
| 15 | A    Yeah. | 01:22:55 |
| 16 | Q    -- representative on the cost of each of | 01:22:55 |
| 17 | the trade secrets? | 01:22:56 |
| 18 | A    Right. | 01:22:58 |
| 19 | Q    And I'm just trying to figure out how this | 01:22:58 |
| 20 | cost calculation works.  You're testifying that | 01:23:01 |
| 21 | Trade Secret 2 costs ██████████ which is the | 01:23:05 |
| 22 | entire program cost from inception to 2015. | 01:23:09 |
| 23 | You're testifying that Trade Secret 25 | 01:23:13 |
| 24 | costs ██████████ which is also the cost of the | 01:23:16 |
| 25 | entire program from inception to 2015. | 01:23:23 |

Page 110

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | And you're also claiming that Trade | 01:23:25 |
| 2 | Secret 90 costs ███████████, which is the cost of | 01:23:27 |
| 3 | the entire program from inception to 2015. | 01:23:34 |
| 4 | Because you're claiming the entire program | 01:23:39 |
| 5 | cost for each of these trade secrets, I want to | 01:23:42 |
| 6 | understand that if it's your testimony that the cost | 01:23:47 |
| 7 | of developing all three trade secrets is also the | 01:23:50 |
| 8 | entire cost of the program from inception to 2015. | 01:23:53 |
| 9 | MR. MACK:  Objection, form; beyond the | 01:23:58 |
| 10 | scope. | 01:23:59 |
| 11 | A    I -- I don't know that I know how to | 01:24:01 |
| 12 | answer that.  Because, again, like, given they all | 01:24:04 |
| 13 | have an interplay and -- and are all required, I -- | 01:24:07 |
| 14 | I don't think I -- I -- I have the technical | 01:24:11 |
| 15 | know-how to -- to -- to answer, like, if you | 01:24:13 |
| 16 | developed one wholly independently versus all of the | 01:24:16 |
| 17 | others, what would the costs be. | 01:24:19 |
| 18 | Q    (BY MS. CHANG) That's not my question. | 01:24:23 |
| 19 | A    I'm sorry.  All right.  I'm just having a | 01:24:26 |
| 20 | hard understanding -- | 01:24:28 |
| 21 | Q    Yeah. | 01:24:29 |
| 22 | A    -- to be honest. | 01:24:29 |
| 23 | Q    Well -- so maybe -- I think there are two | 01:24:30 |
| 24 | potential answers to this question, and there could | 01:24:36 |
| 25 | also be an alternate answer.  One potential answer | 01:24:38 |

Page 111

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | is because I'm already claiming the entire cost of | 01:24:44 |
| 2 | the program for -- for one of the trade secrets, | 01:24:48 |
| 3 | there's not more that I could claim for developing | 01:24:50 |
| 4 | all three. | 01:24:53 |
| 5 | Or you could say because I'm claiming | 01:24:53 |
| 6 | ████████ for one trade secret, ████████ for | 01:24:58 |
| 7 | another trade secret, and ████████ for a third | 01:25:02 |
| 8 | trade secret, that the cost of developing all three | 01:25:07 |
| 9 | of those would be ████████, even thought that | 01:25:09 |
| 10 | exceeds the costs of the entire program. | 01:25:12 |
| 11 | I just want to know what your testimony | 01:25:17 |
| 12 | is. I -- if I wanted to figure out what is the cost | 01:25:18 |
| 13 | of developing three of these trade secrets that are | 01:25:22 |
| 14 | still at issue in this case, is it just -- | 01:25:25 |
| 15 | A Can -- I'm sorry. I'm sorry. Like, I | 01:25:28 |
| 16 | want -- I want -- I want to make sure I understand. | 01:25:29 |
| 17 | Could I -- could I restate it back to you so that, | 01:25:30 |
| 18 | like -- like, you're essentially posing a | 01:25:33 |
| 19 | hypothetical of: If you developed only one of these | 01:25:36 |
| 20 | trade secrets, how much would it cost versus if you | 01:25:38 |
| 21 | developed all three at the same time? | 01:25:41 |
| 22 | Q It's not a hypothetical, because Waymo has | 01:25:42 |
| 23 | responded that developing one trade secret costs | 01:25:45 |
| 24 | ████████ | 01:25:48 |
| 25 | A Right. | 01:25:49 |

Page 112

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    That's not a hypothetical.  That's Waymo's | 01:25:50 |
| 2 | response. | 01:25:52 |
| 3 | A    Sure. | 01:25:52 |
| 4 | Q    And you're Waymo's corporate | 01:25:53 |
| 5 | representative to give that testimony. | 01:25:54 |
| 6 | A    Right. | 01:25:56 |
| 7 | Q    My question is:  Is the cost the same for | 01:25:58 |
| 8 | all three trade secrets -- if -- if I -- is the cost | 01:26:01 |
| 9 | of developing Trade Secret 2 the same as the cost of | 01:26:08 |
| 10 | developing Trade Secrets 2, 25, and 90? | 01:26:11 |
| 11 | MR. MACK:  Objection, form; beyond the | 01:26:14 |
| 12 | scope. | 01:26:15 |
| 13 | A    Again, to the extent they're identified as | 01:26:16 |
| 14 | the same number, then this is -- like, between the | 01:26:19 |
| 15 | responses for the individual trade secrets, the same | 01:26:23 |
| 16 | number is identified.  Like, that's in -- in the | 01:26:26 |
| 17 | answer.  So I -- | 01:26:28 |
| 18 | Q    (BY MS. CHANG) I understand. | 01:26:29 |
| 19 | A    -- don't know what else you're asking me | 01:26:30 |
| 20 | add to that. | 01:26:33 |
| 21 | Q    So for each -- you have -- you have | 01:26:34 |
| 22 | identified a cost for each one -- for each trade | 01:26:34 |
| 23 | secret; is that correct? | 01:26:37 |
| 24 | A    Right.  They're -- in -- in the Responses | 01:26:39 |
| 25 | to Interrogatories, there's a cost identified for | 01:26:40 |

Page 113

| | | |
|---|---|---|
| 1 |     MR. MACK:  Objection, form; beyond the | 02:29:34 |
| 2 | scope. | 02:29:34 |
| 3 |   A   Again -- so you're saying if it finishes | 02:29:46 |
| 4 | in a period, like, in the -- in the -- in the | 02:29:50 |
| 5 | between period, are there expenses that are backed | 02:29:52 |
| 6 | out? | 02:29:56 |
| 7 |   Q   (BY MS. CHANG) My question is:  If | 02:29:58 |
| 8 | development actually ends in the middle of a | 02:30:01 |
| 9 | month -- | 02:30:04 |
| 10 |   A   Okay. | 02:30:05 |
| 11 |   Q   -- by including the cost through the end | 02:30:06 |
| 12 | of the month, are you overstating that development | 02:30:09 |
| 13 | cost? | 02:30:13 |
| 14 |     MR. MACK:  Same objections. | 02:30:14 |
| 15 |   A   I mean, hypothetic -- hypothetically, I -- | 02:30:15 |
| 16 | like, I think it's -- it's -- it's a potential -- | 02:30:20 |
| 17 | there's a potential that if something is done | 02:30:25 |
| 18 | earlier, then it's not done later.  I guess that's | 02:30:28 |
| 19 | what I'm understanding you saying. | 02:30:31 |
| 20 |   Q   (BY MS. CHANG) Let's say the development | 02:30:33 |
| 21 | cost -- | 02:30:35 |
| 22 |   A   Right. | 02:30:35 |
| 23 |   Q   -- for December 2013 -- the month of | 02:30:35 |
| 24 | December 2013 is a hundred thousand dollars. | 02:30:38 |
| 25 |   A   Okay. | 02:30:43 |

Page 142

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | Q    Let's say development actually ends | 02:30:44 |
| 2 | somewhere in the month -- | 02:30:47 |
| 3 | A    Okay. | 02:30:49 |
| 4 | Q    -- somewhere in the middle of the month. | 02:30:50 |
| 5 | A    All right. | 02:30:53 |
| 6 | Q    Would claiming a $100,000 development cost | 02:30:54 |
| 7 | for December 2013 overstate the actual cost? | 02:30:59 |
| 8 | MR. MACK:  Objection, form; beyond the | 02:31:06 |
| 9 | scope. | 02:31:06 |
| 10 | A    Again, it -- you would have to make a | 02:31:07 |
| 11 | whole series of other assumptions that, in fact, the | 02:31:09 |
| 12 | work -- the work and the dollars that are flowing | 02:31:11 |
| 13 | through in that later period are not attributable to | 02:31:15 |
| 14 | work that has already been completed that -- to | 02:31:18 |
| 15 | enable -- to enable -- in order -- in order to be | 02:31:19 |
| 16 | able to, like, differentiate, right. | 02:31:21 |
| 17 | Something about, you know, the way the | 02:31:21 |
| 18 | books are closed is they represent liabilities that | 02:31:24 |
| 19 | are indiscernibly captured in -- within a period. | 02:31:26 |
| 20 | So if you somehow sliced in a bright line | 02:31:31 |
| 21 | that everything is done, et cetera, and every single | 02:31:36 |
| 22 | person invoiced exactly on time as soon as it was | 02:31:39 |
| 23 | done, all of those things, then that's a | 02:31:42 |
| 24 | possibility, assuming there's a whole other set of | 02:31:44 |
| 25 | things potentially that have to go right to be able | 02:31:47 |

Page 143

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | to do that. | 02:31:50 |
| 2 | There is a possibility.  I think the | 02:31:51 |
| 3 | circumstances would have to be very clear in that | 02:31:53 |
| 4 | situation. | 02:31:57 |
| 5 | Q    (BY MS. CHANG) Do you know when | 02:31:57 |
| 6 | development of Trade Secret 7 was actually | 02:32:00 |
| 7 | completed?  Trade Secret 7 claims a development cost | 02:32:06 |
| 8 | of ███████████ | 02:32:11 |
| 9 | MR. MACK:  Objection, form; beyond the | 02:32:14 |
| 10 | scope. | 02:32:14 |
| 11 | A    I -- I don't have the technical expertise | 02:32:15 |
| 12 | to -- to say when development of that trade secret | 02:32:18 |
| 13 | was completed, no. | 02:32:21 |
| 14 | Q    (BY MS. CHANG) Trade Secret 9 also claims | 02:32:24 |
| 15 | a development cost of ███████████.  Do you know | 02:32:26 |
| 16 | when development of Trade Secret 9 was actually | 02:32:29 |
| 17 | completed? | 02:32:34 |
| 18 | MR. MACK:  Same objections. | 02:32:36 |
| 19 | A    So same -- same answer as the preceding | 02:32:37 |
| 20 | one. | 02:32:40 |
| 21 | Q    (BY MS. CHANG) Trade Secret 13 claims a | 02:32:40 |
| 22 | development cost of ███████████.  Do you know when | 02:32:43 |
| 23 | development of Trade Secret 13 was actually | 02:32:48 |
| 24 | completed? | 02:32:51 |
| 25 | MR. MACK:  Same objections. | 02:32:51 |

Page 144

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | A     The same answer.  And -- and to just kind | 02:32:52 |
| 2 | of clarify generally, I don't know the precise | 02:32:55 |
| 3 | period in which a given -- I don't have the | 02:32:58 |
| 4 | technical expertise to say when a precise | 02:33:00 |
| 5 | development of any trade secret was completed. | 02:33:02 |
| 6 | I -- I do understand that based off of | 02:33:06 |
| 7 | the -- the expertise, that the calculation | 02:33:08 |
| 8 | represents periods that have ended in the various | 02:33:11 |
| 9 | respective endpoints, which we have discussed in the | 02:33:15 |
| 10 | preceding questions. | 02:33:17 |
| 11 | Q     (BY MS. CHANG) Is your testimony the same | 02:33:20 |
| 12 | for all the trade secrets that you do not know when | 02:33:22 |
| 13 | actual development for any of the nine trade secrets | 02:33:26 |
| 14 | at issue was actually completed? | 02:33:29 |
| 15 | MR. MACK:  Objection, form; beyond the | 02:33:34 |
| 16 | scope. | 02:33:34 |
| 17 | A     Correct.  I do not have the technical | 02:33:36 |
| 18 | expertise to know when the -- the formula -- the | 02:33:38 |
| 19 | formulation, I think was the word you used, of | 02:33:40 |
| 20 | the -- the trade secrets was completed for any of | 02:33:43 |
| 21 | them. | 02:33:46 |
| 22 | What I do understand and know is that the | 02:33:47 |
| 23 | numbers in the responses to the interrogatories | 02:33:49 |
| 24 | represent the various time periods which we have | 02:33:53 |
| 25 | just discussed and that the numbers that I have | 02:33:55 |

Page 145

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | pointed out in -- in the data that we have provided | 02:33:58 |
| 2 | in Exhibit -- Exhibit 1400. | 02:34:01 |
| 3 | Q    (BY MS. CHANG) To clarify, I asked about | 02:34:03 |
| 4 | when development of each of the trade secrets was | 02:34:05 |
| 5 | completed. | 02:34:09 |
| 6 | A    Right.  And -- and what I'm saying is to | 02:34:10 |
| 7 | the extent that I understand what informed the | 02:34:12 |
| 8 | number, that would be how I would understand that to | 02:34:14 |
| 9 | be true -- an ending would have occurred.  Like, it | 02:34:18 |
| 10 | would have been complete -- formulation would be | 02:34:22 |
| 11 | complete. | 02:34:26 |
| 12 | Q    Your understanding of when each of the | 02:34:28 |
| 13 | trade secrets completed development coincides with | 02:34:30 |
| 14 | the end period used to form the basis of the | 02:34:36 |
| 15 | calculation for the development cost? | 02:34:44 |
| 16 | MR. MACK:  Objection, form; beyond the | 02:34:48 |
| 17 | scope. | 02:34:48 |
| 18 | A    That would be my nontechnical | 02:34:49 |
| 19 | understanding. | 02:34:52 |
| 20 | Q    (BY MS. CHANG) As an example, Trade | 02:34:52 |
| 21 | Secret 2 claims a development cost of ▮▮▮▮▮▮, | 02:34:54 |
| 22 | which you testified was based on the entire program | 02:35:01 |
| 23 | spend for Waymo's self-driving system from inception | 02:35:06 |
| 24 | to 2015. | 02:35:10 |
| 25 | Based on that calculation, your | 02:35:13 |

Page 146

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

| | | |
|---|---|---|
| 1 | understanding is that Trade Secret 2 completed its | 02:35:20 |
| 2 | development in December 2015; is that right? | 02:35:23 |
| 3 | MR. MACK:  Objection, form; beyond the | 02:35:27 |
| 4 | scope. | 02:35:27 |
| 5 | A    That would be my nontechnical | 02:35:29 |
| 6 | understanding. | 02:35:32 |
| 7 | Q    (BY MS. CHANG) I'm handing you what was | 02:35:38 |
| 8 | previously marked as Exhibit 1079.  Exhibit 1079 is | 02:35:40 |
| 9 | Exhibit 1 to the Declaration of Jordan Jaffe in | 02:36:11 |
| 10 | support of Waymo's Motion for Preliminary | 02:36:19 |
| 11 | Injunction.  I can represent that to you. | 02:36:21 |
| 12 | If you turn to the second page, this | 02:36:26 |
| 13 | document is identified as "Plaintiff's List of | 02:36:31 |
| 14 | Asserted Trade Secrets Pursuant to California Code | 02:36:34 |
| 15 | Civil Procedure Section 2019.210. | 02:36:39 |
| 16 | Do you recognize this document? | 02:36:43 |
| 17 | A    No. | 02:36:48 |
| 18 | Q    You have never seen this document before? | 02:36:48 |
| 19 | A    No. | 02:36:50 |
| 20 | Q    If you turn to page 2 of Exhibit 1079, it | 02:37:25 |
| 21 | reads, ████████████████████████ ███████ | |
| | ███████████████████████████████ ███████ | |
| | ████████████████████████████ ███████ | |
| | ███████████████████████████████ ███████ | |
| | ████████████████████████████ | 02:37:50 |

Page 147

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY



```
 1    ███████████████████████████████   ██████
      ███████████████████████████       ██████
      ████████████████████████████████  ██████
      █████████████████████████████████ ██████
      █████████████████████████████████ ██████
      ███████████████████████████████   ██████
      █████████████████████████████████ ██████
      █████████████████████████████████ ██████
      ███████████████████████           02:38:18
10            See supra paragraph 1, second bullet, for    02:38:22
11    reasonable steps -- steps taken to maintain secrecy.  02:38:26
12    ███████████████████████           ██████
      ████████████████████████████      ██████
      █████████████████████████████████ ██████
      ████████████████████████          ██████
      █████████████████████████████     ██████
      ████████████████████████████████  ██████
      ████████████████████████          02:38:59
19            Is this the first time that you're seeing    02:39:07
20    a description of Trade Secret 2?    02:39:10
21        A    Yes.    02:39:12
22        Q    Do you know if Waymo's self-driving car    02:39:18
23    system has components other than ██████████  ██████
      ██████████████████████████████    ██████
      ███████████████████████████       02:39:34
```

Page 148

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS EYES ONLY

1  █████████████████████████████████    ████████████

   █████████████████████████████████    ████████████

   █████████████████                                02:39:43

4            MR. MACK:  Objection, form; beyond the    02:39:45

5      scope.                                          02:39:45

6      A     Is -- if I could kind of try to synthesize 02:39:52

7      your question a bit.  Like, essentially is -- is 02:39:56

8      there more to the self-driving system than a LiDAR? 02:39:58

9      Q     (BY MS. CHANG) Yes.  And specifically the  02:40:03

10     LiDAR described in the last bullet point of      02:40:04

11     paragraph -- paragraph 2.                        02:40:07

12           MR. MACK:  Same objections.                02:40:10

13     A     Again, I'm not technically trained or --   02:40:10

14     and I'm -- my general layman's understanding is that 02:40:14

15     there is more to our self-driving system than a  02:40:18

16     LiDAR, yes.                                      02:40:21

17     Q     (BY MS. CHANG) If you turn to page 5,      02:40:23

18     Trade Secret 7 is listed on page 5.  ██████████  ███████

   ███████████████████████████████████  ████████████

   ████████████████████████████████     ████████████

   ███████████████████████████████████  ████████████

   ████████████████████████████████████ ████████████

   ██████████████████████████████████   ████████████

   ██████████████████████████           ████████████

   ██████████████████████████████████████            02:41:14

                                          Page 149