# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO, LLC,                    )
     Plaintiffs,         )
     - vs -              ) Case No.
UBER TECHNOLOGIES, INC.,       ) 3:17-cv-00939
OTTOMOTTO LLC; OTTO            )
TRUCKING, LLC,                 )
     Defendants.         )
_____

    VIDEOTAPED DEPOSITION OF JOHN BARES,
a witness, called by the Plaintiff for examination,
in accordance with the Federal Rules of Civil
Procedure, taken by and before Tammie Elias, RPR and
Notary Public in and for the Commonwealth of
Pennsylvania, at the office of Reed Smith, 225 Fifth
Avenue, Suite 1200, Pittsburgh, Pennsylvania, on
Friday, June 16, 2017, commencing at 9:05 a.m.

JOB No. 2640097
PAGES 1 - 317

```
                                                              Page 128
 1         by that I mean we needed -- if somebody else          12:15p
 2         was first, we needed to be a nearby second.           12:15p
 3         We just couldn't be second by three years or          12:15p
 4         five years.                                           12:16p
 5    Q.   If three years or five years was too long to          12:16p
 6         be second, what would have been an okay amount        12:16p
 7         of time to be second?                                 12:16p
 8                   MR. BRILLE:  Objection to form.             12:16p
 9    A.   Six months to a year probably.                        12:16p
10    BY MR. JUDAH:                                              12:16p
11    Q.   In let's say the fall of 2015, did you have           12:16p
12         any opinion as to how far behind for example          12:16p
13         Waymo's AV program Uber was?                          12:16p
14    A.   I had an opinion, yes.                                12:16p
15    Q.   What was that opinion?                                12:16p
16    A.   That we were like three or four years.                12:16p
17    Q.   What was the basis for that opinion?                  12:16p
18    A.   Not much.  Other than they had an outright            12:16p
19         eight-year head start and my view they had            12:16p
20         squandered a bunch of that time monkeying             12:17p
21         around building their own car and that we             12:17p
22         could -- we never believed in doing that, so          12:17p
23         we could at least jump ahead on that front.           12:17p
24                   And then the second was that we had         12:17p
25         an intensely focused team that was excellent          12:17p
```

```
                                                              Page 129
 1        that was focused on one thing, not other            12:17p
 2        business goals and I believed a lot in the          12:17p
 3        team and I thought we could catch up and            12:17p
 4        technology of course is on our side, computers      12:17p
 5        get faster every year, storage gets cheaper.        12:17p
 6        So starting later in this game has an               12:17p
 7        inherited advantage just of that.                   12:17p
 8   Q.   So you thought that even though Uber ATC had        12:17p
 9        an eight-year absolute time disadvantage, that      12:17p
10        by late 2015 you were probably only three to        12:17p
11        four years behind?                                  12:17p
12                MR. BRILLE:  Objection to form.             12:17p
13        Misstates the testimony.                            12:17p
14   A.   Yes.                                                12:17p
15   BY MR. JUDAH:                                            12:17p
16   Q.   I want to ask you about --                          12:17p
17   A.   And we had also licensed a huge amount of           12:18p
18        intellectual property from Carnegie Mellon and      12:18p
19        that I believe saved us a large chunk of time       12:18p
20        moving forward.  And part of that eight-year        12:18p
21        head start was that when Chris Urmson left          12:18p
22        Carnegie Mellon, which I knew as a peer, he         12:18p
23        opened Source Stal with his software so Google      12:18p
24        didn't have to license it.                          12:18p
25   Q.   But then neither did you?                           12:18p
```

```
                                                            Page 130
 1   A.   What's that?                                        12:18p
 2   Q.   But then neither did Uber?                          12:18p
 3   A.   Yeah, but that was eight-year-old software, so      12:18p
 4        we did it the right way.                            12:18p
 5   Q.   What do you mean you did it the right way?          12:18p
 6   A.   I think to open Source software to avoid a          12:18p
 7        license is a little odd.                            12:18p
 8   Q.   So the fact that you had licenses from              12:18p
 9        Carnegie Mellon was part of the reason why in       12:19p
10        your opinion Uber ATC was only three to four        12:19p
11        years behind Google, Waymo?                         12:19p
12   A.   Exactly.                                            12:19p
13   Q.   I want to ask some more questions about             12:19p
14        Mr. Levandowski.  When did you first hear the       12:19p
15        name Anthony Levandowski?                           12:19p
16   A.   On or around 2004 related to the Darpa grand        12:19p
17        challenge.                                          12:19p
18   Q.   When was the next time you heard the name           12:19p
19        Anthony Levandowski?                                12:19p
20   A.   Well, it was that -- I met him.                     12:19p
21   Q.   You met him at the 2004?                            12:19p
22   A.   Yeah, I tried to hire him, yeah.                    12:19p
23   Q.   You tried to hire him in 2004, you tried to         12:19p
24        hire him for what capacity, remind me where         12:19p
25        you worked?                                         12:19p
```