# Exhibit C
# Redlined Edits to SVF

JANUARY ~~3, 2018~~ **29, 2018 [Waymo Proposed Version]**.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,                                                       No. C 17-00939 WHA

        Plaintiff,

v.

UBER TECHNOLOGIES, INC.,
and OTTOMOTTO LLC,                  **SPECIAL VERDICT FORM**
                                                **[PROPOSED]**

        Defendants.

_____/

    In answering this special verdict form, please refer to the ~~Alleged~~**Claimed** Trade Secrets as defined and numbered in Trial Exhibit _____. Your answers must be unanimous.

    **1.** ~~1.~~ Separately as to each ~~Alleged~~**Claimed** Trade Secret, state whether or not Waymo has proven **that** the following ~~parts of its claim for misappropriation against Uber Technologies, Inc. Answer "Yes" or "No." To sustain such a claim as to any Alleged Trade Secret, you must find Waymo has proven all of the elements in the three columns below, meaning "Yes" in all three columns. If you answer "No" as to any column, then you need not consider and need not answer as to the other columns for that particular Alleged Trade Secret, although you may do so if you wish. You are free to consider the Alleged Trade Secrets and the columns in any sequence or order you prefer.~~ **Claimed Trade Secret is an enforcible trade secret. Answer "Yes" or "No."** In any answer, you must follow the instructions of law.

| | Enforcible Trade Secret? | ~~Improperly Acquired?~~ | ~~Used or Disclosed?~~ |
|---|---|---|---|
| ~~Alleged~~Claimed Trade Secret No. 2 | _____ | ~~_____~~ | ~~_____~~ |
| ~~Alleged~~Claimed Trade Secret No. 7 | _____ | ~~_____~~ | ~~_____~~ |
| ~~Alleged~~Claimed Trade Secret No. 9 | _____ | ~~_____~~ | ~~_____~~ |
| ~~Alleged~~Claimed Trade Secret No. 13 | _____ | ~~_____~~ | ~~_____~~ |
| ~~Alleged~~Claimed Trade Secret No. 14 | _____ | ~~_____~~ | ~~_____~~ |
| ~~Alleged~~Claimed Trade Secret No. 25 | _____ | ~~_____~~ | ~~_____~~ |
| ~~Alleged~~Claimed Trade Secret No. 90 | _____ | ~~_____~~ | ~~_____~~ |
| ~~Alleged~~Claimed Trade Secret No. 111 | _____ | ~~_____~~ | ~~_____~~ |

*If you have answered "No"* ~~*in at least one column for all eight Alleged Trade Secrets, then skip ahead to Question No. 5. Otherwise, meaning you have answered "Yes" as to all three columns for at least one Alleged Trade Secret, continue to the next three questions.*~~ *for all eight Claimed Trade Secrets, then you are done — go to the end of the form and sign and date it. Otherwise, meaning you have answered "Yes" for at least one Claimed Trade Secret, continue to the next two questions.*

~~2.      Only with respect to any Alleged Trade Secret for which you answered "Yes" in all three columns in the previous question, state whether or not Waymo has proven that Uber was unjustly enriched and that such use or disclosure was a substantial factor in bringing about such unjust enrichment. If you answer "Yes," then further state the dollar amount by which Waymo has~~

2

~~proven that Uber was unjustly enriched (or, if such amount is not calculable, then enter "Zero" in the dollar amount column). If you answer "No," then leave the dollar amount column blank:~~

2. Separately as to each Claimed Trade Secret, state whether or not Waymo has proven that Uber improperly acquired the Claimed Trade Secret in question. Answer "Yes" or "No." In any answer, you must follow the instructions of law.

|  | IMPROPERLY ACQUIRED? |
|---|---|
| CLAIMED TRADE SECRET NO. 2 | |
| CLAIMED TRADE SECRET NO. 7 | |
| CLAIMED TRADE SECRET NO. 9 | |
| CLAIMED TRADE SECRET NO. 13 | |
| CLAIMED TRADE SECRET NO. 14 | |
| CLAIMED TRADE SECRET NO. 25 | |
| CLAIMED TRADE SECRET NO. 90 | |
| CLAIMED TRADE SECRET NO. 111 | |

*Continue to the next question.*

3. Separately as to each Claimed Trade Secret, state whether or not Waymo has proven that Uber used or disclosed the Claimed Trade Secret in question. Answer "Yes" or "No."

|  | USED OR DISCLOSED? |
|---|---|
| CLAIMED TRADE SECRET NO. 2 | |
| CLAIMED TRADE SECRET NO. 7 | |
| CLAIMED TRADE SECRET NO. 9 | |
| CLAIMED TRADE SECRET NO. 13 | |

3

|  |  |
|---|---|
| <u>CLAIMED TRADE SECRET NO. 14</u> | |
| <u>CLAIMED TRADE SECRET NO. 25</u> | |
| <u>CLAIMED TRADE SECRET NO. 90</u> | |
| <u>CLAIMED TRADE SECRET NO. 111</u> | |

<u>*If you have answered "No" for all eight Claimed Trade Secrets, then skip ahead to Question No. 7. Otherwise, meaning you have answered "Yes" in Question No. 3 for at least one Claimed Trade Secret, continue to the next three questions.*</u>

<u>4.     Only with respect to any Claimed Trade Secret for which you answered "Yes" in the previous question, state whether or not Waymo has proven that Uber was unjustly enriched and that such use or disclosure was a substantial factor in bringing about such unjust enrichment. If you answer "Yes," then further state the dollar amount by which Waymo has proven that Uber was unjustly enriched (or, if such amount is not calculable, then enter "Zero" in the dollar amount column). If you answer "No," then leave the dollar amount column blank:</u>

|  | UNJUST ENRICHMENT/ SUBSTANTIAL FACTOR? | DOLLAR AMOUNT |
|---|---|---|
| ~~ALLEGED~~<u>CLAIMED</u> TRADE SECRET NO. 2 | | |
| ~~ALLEGED~~<u>CLAIMED</u> TRADE SECRET NO. 7 | | |
| ~~ALLEGED~~<u>CLAIMED</u> TRADE SECRET NO. 9 | | |
| ~~ALLEGED~~<u>CLAIMED</u> TRADE SECRET NO. 13 | | |
| ~~ALLEGED~~<u>CLAIMED</u> TRADE SECRET NO. 14 | | |
| ~~ALLEGED~~<u>CLAIMED</u> TRADE SECRET NO. | | |

4

| | | |
|---|---|---|
| 25 | _____ | _____ |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 90 | _____ | _____ |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 111 | _____ | _____ |

~~Remember, as I said in the jury instructions, if you answer "Yes" and "Zero" as to any Alleged Trade Secret, we may have supplemental proceedings as to that Alleged Trade Secret with respect to an alternative form of award.~~

5.   ~~3.~~   If you entered dollar amounts greater than zero in two or more blanks in the preceding question, then, in order to eliminate any possibility of double or multiple counting, state the grand total of all such unjust enrichment to Uber without any double or multiple countings:

$_____

6.   ~~4.~~   Has Waymo proven that Uber acted willfully and maliciously with respect to any misappropriation found by you?  If "Yes," state the dollar amount of any exemplary damages you award.

| YES | NO | AMOUNT |
|---|---|---|
| _____ | _____ | $_____ |
| * | * | * |

The next group of questions concerns Ottomotto LLC and parallels the questions above.

~~5.~~

5

7. Separately as to each ~~Alleged~~<ins>Claimed</ins> Trade Secret, state whether or not Waymo has proven ~~the following parts of its claim for misappropriation against Ottomotto LLC~~<ins>that Ottomotto improperly acquired the Claimed Trade Secret in question</ins>. Answer "Yes" or "No." ~~To sustain such a claim as to any Alleged Trade Secret, you must find Waymo has proven all of the elements in the three columns below, meaning "Yes" in all three columns. If you answer "No" as to any column, then you need not consider and need not answer as to the other columns for that particular Alleged Trade Secret, although you may do so if you wish. You are free to consider the Alleged Trade Secrets and the columns in any sequence or order you prefer. In any answer, you must follow the instructions of law for that issue.~~

|  | ~~ENFORCIBLE TRADE SECRET?~~ | IMPROPERLY ACQUIRED? | ~~USED OR DISCLOSED?~~ |
|---|---|---|---|
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 2 | | | |
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 7 | | | |
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 9 | | | |
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 13 | | | |
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 14 | | | |
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 25 | | | |
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 90 | | | |
| ~~ALLEGED~~<ins>CLAIMED</ins> TRADE SECRET NO. 111 | | | |

<ins>*Continue to the next question.*</ins>

8. Separately as to each Claimed Trade Secret, state whether or not Waymo has proven that Ottomotto used or disclosed the Claimed Trade Secret in question. Answer "Yes" or "No."

| | USED OR DISCLOSED? |
|---|---|
| CLAIMED TRADE SECRET NO. 2 | |
| CLAIMED TRADE SECRET NO. 7 | |
| CLAIMED TRADE SECRET NO. 9 | |
| CLAIMED TRADE SECRET NO. 13 | |
| CLAIMED TRADE SECRET NO. 14 | |
| CLAIMED TRADE SECRET NO. 25 | |
| CLAIMED TRADE SECRET NO. 90 | |
| CLAIMED TRADE SECRET NO. 111 | |

If you have answered "No" ~~in at least one column~~ for all eight ~~Alleged~~Claimed Trade Secrets in the previous question, then you are done — go to the end of the form and sign and date it. Otherwise, meaning you have answered "Yes" ~~as to all three columns~~ for at least one ~~Alleged~~Claimed Trade Secret, continue to the next three questions.

9. ~~6.~~ Only with respect to any ~~Alleged~~Claimed Trade Secret for which you answered "Yes" ~~in all three columns~~ in the previous question, state whether or not Waymo has proven that Ottomotto was unjustly enriched and that such use or disclosure was a substantial factor in bringing about such unjust enrichment. If you answer "Yes," then further state the dollar amount by which Waymo has proven that Ottomotto was unjustly enriched (or, if such amount is

7

not calculable, then enter "Zero" in the dollar amount column). If you answer "No," then leave the dollar amount column blank:

| | UNJUST ENRICHMENT/ SUBSTANTIAL FACTOR? | DOLLAR AMOUNT |
|---|---|---|
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 2 | | |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 7 | | |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 9 | | |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 13 | | |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 14 | | |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 25 | | |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 90 | | |
| ~~ALLEGED~~CLAIMED TRADE SECRET NO. 111 | | |

~~Remember, as I said in the jury instructions, if you answer "Yes" and "Zero" as to any Alleged Trade Secret, we may have supplemental proceedings as to that Alleged Trade Secret with respect to an alternative form of award.~~

10.   ~~7.~~   If you entered a dollar amount greater than zero in two or more blanks in the preceding question, then, in order to eliminate any possibility of double or multiple counting, state the grand total of all such unjust enrichment to Ottomotto without any double or multiple countings:

$_____

8

11. ~~8.~~ Has Waymo proven that Ottomotto acted willfully and maliciously with respect to any misappropriation found by you?  If "Yes," state the dollar amount of any exemplary damages you award.



     Y<small>ES</small>       N<small>O</small>       A<small>MOUNT</small>

     _____       _____    $_____

     \*        \*         \*

*Your answer to all of the foregoing questions must be unanimous.*

Dated: February \_\_\_, 2018.       _____
                      F<small>OREPERSON</small>