1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Tel:  415.268.7000 / Fax:  415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   HAMISH P.M. HUME (*Pro Hac Vice*)
7  hhume@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington DC  20005
9  Tel:  202.237.2727 / Fax:  202.237.6131

10 WILLIAM CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY
   1301 Avenue of the Americas, 32nd Floor
13 New York, NY 10019-6023
   Tel: 212.336.8330 / Fax:  212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                              UNITED STATES DISTRICT COURT

18                             NORTHERN DISTRICT OF CALIFORNIA

19                                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  WAYMO LLC, | Case No.     3:17-cv-00939-WHA |
| 21             Plaintiff, | **DECLARATION OF MICHELLE YANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR RESPONSE TO WAYMO'S TRIAL BRIEF** |
| 22       v. | |
| 23  UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| 24             Defendants. | |
| 25 | |
| 26 | |

I, Michelle Yang, declare as follows:

1. I am an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Defendants' Administrative Motion to File Under Seal Their Response to Waymo's Trial Brief.

2. Defendants request an order granting leave to file under seal Exhibit 5 to the Declaration of Esther Chang, based on Waymo LLC's prior representations regarding the confidentiality of similar information. Defendants do not believe the highlighted portions of the Response merit sealing.

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Response to Waymo's Trial Brief ("Response") | Highlighted Portions | Plaintiff |
| Exhibit 5 | Entirety | Plaintiff<br>Defendants (Red Boxes) |

3. The highlighted portions of the Response contain short, public descriptions of the subject matter of the alleged trade secrets and thus do not merit sealing. Defendants file this material under seal out of an abundance of caution in order to provide Waymo the opportunity to justify sealing of this material to the Court.

4. The red boxes of Exhibit 5 contain screenshots of highly confidential CAD design files of Uber's LiDAR. This information is not publicly known, and its confidentiality is strictly maintained. I understand that disclosure of this information could allow competitors to gain insight into the details of Uber's LiDAR design, allowing them to tailor their own technical development to the detriment of Uber.

5. The entirety of Exhibit 5 contains information that has been designated "Highly Confidential –Attorneys' Eyes Only" or "Confidential" by Waymo in accordance with the Patent Local Rule 2-2 Interim Model Protective Order ("Protective Order"), which the parties have

Case 3:17-cv-00939-WHA   Document 2551-1   Filed 01/29/18   Page 3 of 3

1  agreed governs this case (Transcript of 3/16/2017 Hearing, page 6). Defendants file all this

2  material under seal in accordance with Paragraph 14.4 of the Protective Order.

3        6.    Defendants' request to seal is narrowly tailored to the portions of their Response to

4  Waymo's Trial Brief and supporting exhibits that merit sealing.

5        I declare under penalty of perjury that the foregoing is true and correct.  Executed this

6  29th day of January, 2018 at San Francisco, California.

                    */s/ Michelle Yang*
                     Michelle Yang

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michelle Yang has concurred in this filing.

Dated:  January 29, 2018              */s/ Arturo J.  González*
                                ARTURO J. GONZÁLEZ

YANG DECLARATION ISO DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-00939-WHA
dc-915547

2