MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DECLARATION OF ESTHER KIM CHANG IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S RESPONSE TO WAYMO'S TRIAL BRIEF**<br><br>Trial Date: February 5, 2018 |

I, Esther Kim Chang, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP. I am a member in good standing of the Bar of the State of California. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendants Uber Technologies, Inc. and Ottomotto LLC's Response to Waymo's Trial Brief. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Arturo Gonzalez, counsel for Uber, to Andrea Roberts, counsel for Waymo, dated January 27, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Daniel Muino, counsel for Uber, to counsel for Waymo, dated January 15, 2018.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Daniel Muino, counsel for Uber, to Jordan Jaffe, counsel for Waymo, dated January 18, 2018.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Daniel Muino, counsel for Uber, to Jordan Jaffe, counsel for Waymo, dated January 22, 2018.

6. Attached hereto as **Exhibit 5** are true and correct copies of relevant pages from the Reply Expert Report of Lambertus Hesselink, Ph.D, dated September 14, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2018 in San Francisco, California.

                                          */s/ Esther Kim Chang*
                                          ESTHER KIM CHANG

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Esther Kim Chang has concurred in this filing.

Dated: January 29, 2018

*/s/ Arturo J. González*
ARTURO J. GONZÁLEZ