# EXHIBIT 1

| | |
|---|---|
| **From:** | Gonzalez, Arturo J. |
| **Sent:** | Saturday, January 27, 2018 4:28 PM |
| **To:** | Andrea P Roberts; 'John Cooper'; Chang, Esther Kim |
| **Cc:** | UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate; QE-Waymo |
| **Subject:** | Waymo v. Uber Voir Dire |

Andrea,

We will not be raising this issue in voir dire.

**ARTURO J. GONZÁLEZ**
Partner | Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
**P:** +1 (415) 268-7020
mofo.com | LinkedIn | Twitter

---

**From:** Andrea P Roberts [mailto:andreaproberts@quinnemanuel.com]
**Sent:** Saturday, January 27, 2018 4:26 PM
**To:** Gonzalez, Arturo J.; 'John Cooper'; Chang, Esther Kim
**Cc:** UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate; QE-Waymo
**Subject:** RE: Waymo v. Uber Voir Dire

- External Email -

Arturo,

I'm following up on my email below. Please let us know if Uber has made a decision on this issue.

Thanks,
Andrea

---

**From:** Andrea P Roberts
**Sent:** Thursday, January 25, 2018 8:38 PM
**To:** 'Gonzalez, Arturo J.' <AGonzalez@mofo.com>; 'John Cooper' <JCooper@fbm.com>; Chang, Esther Kim <echang@mofo.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate <MCate@fbm.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** RE: Waymo v. Uber Voir Dire

Arturo,

Has Uber decided whether it will raise in voir dire whether the potential jurors have any views if a witness invokes the Fifth Amendment?

Thanks,
Andrea

1

**From:** Gonzalez, Arturo J. [mailto:AGonzalez@mofo.com]
**Sent:** Sunday, November 26, 2017 7:29 PM
**To:** 'John Cooper' <JCooper@fbm.com>; Chang, Esther Kim <echang@mofo.com>
**Cc:** Andrea P Roberts <andreaproberts@quinnemanuel.com>; UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate <MCate@fbm.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Waymo v. Uber Voir Dire

Andrea,

We have not made a final decision on whether to raise this issue in voir dire. As of now, the Court has told the parties not to mention it in opening statement. If we plan to raise it in voir dire, we will let you know.

Arturo

**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Sunday, November 26, 2017 5:06 PM
**To:** Chang, Esther Kim
**Cc:** Andrea P Roberts; UberWaymoMoFoAttorneys; BSF_EXTERNAL_UberWaymoLit; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate; QE-Waymo
**Subject:** Re: Waymo v. Uber Voir Dire

Esther

Please respond to Andrea's email of November 15 below. Thank you.

John

John L. Cooper
Farella Braun + Martel LLP
Direct: 415 954 4410
jcooper@fbm.com

On Nov 26, 2017, at 4:51 PM, Chang, Esther Kim <echang@mofo.com> wrote:

> Apologies. We thought the meet and confer at 4:30 pm was cancelled, in light of our response regarding the Jacobs letter and John's email cancelling the meet and confer.
>
> On Nov 26, 2017, at 4:46 PM, Andrea P Roberts <andreaproberts@quinnemanuel.com> wrote:
>
>> **- External Email -**
>>
>> Counsel,
>>
>> We were on the line with John for the 4:30 meet and confer, but no one from Uber's side that was prepared to discuss this issue joined the call. There is another meet and confer scheduled for tomorrow. Please provide a response to my November 15 email on this issue before that time.

2

Thanks,
Andrea

---

**From:** John Cooper [mailto:JCooper@fbm.com]
**Sent:** Sunday, November 26, 2017 3:49 PM
**To:** Andrea P Roberts <andreaproberts@quinnemanuel.com>
**Cc:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; Uber-sg@LISTS.SUSMANGODFREY.COM; Matthew Cate <MCate@fbm.com>; QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Re: Waymo v. Uber Voir Dire

Counsel

Notwithstanding my previous message removing the 4:30 meet and confer, in light of Andrea's message we will meet and confer at 4:30.  Call in 888-759-6039 access 415-954-4410.

John

John L. Cooper
Farella Braun + Martel LLP
Direct: 415 954 4410
jcooper@fbm.com

On Nov 26, 2017, at 3:45 PM, Andrea P Roberts <andreaproberts@quinnemanuel.com> wrote:

> I understand that there is a meet and confer today at 4:30 pm.  We would like to discuss this issue on that call.
>
> Thanks.
>
> ---
>
> **From:** Andrea P Roberts
> **Sent:** Wednesday, November 22, 2017 9:45 AM
> **To:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; Uber-sg@LISTS.SUSMANGODFREY.COM
> **Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
> **Subject:** RE: Waymo v. Uber Voir Dire
>
> Counsel,
>
> Can you please provide a response to my email below?
>
> Thanks,
> Andrea

3

**From:** Andrea P Roberts
**Sent:** Wednesday, November 15, 2017 2:33 PM
**To:** UberWaymoMoFoAttorneys <UberWaymoMoFoAttorneys@mofo.com>; BSF_EXTERNAL_UberWaymoLit <BSF_EXTERNAL_UberWaymoLit@BSFLLP.com>; Uber-sg@LISTS.SUSMANGODFREY.COM
**Cc:** QE-Waymo <qewaymo@quinnemanuel.com>
**Subject:** Waymo v. Uber Voir Dire

Counsel,

I write to follow up on the parties' discussion at the September 27 Pretrial Conference regarding voir dire.  Specifically, Waymo and the Court asked Uber if it will raise in voir dire whether the potential jurors have any views if a witness invokes the Fifth Amendment.  This arose in connection with whether Waymo will be permitted to tell the jury in its opening statement that Levandowski will plead the Fifth.  (9/27/17 Hearing Tr.,  147:15-150:17.)  Please let us know if Uber intends to do so.

Thanks,

Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

=============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.

=============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.