# EXHIBIT 2

| | |
|---|---|
| **From:** | Muino, Daniel P. |
| **Sent:** | Monday, January 15, 2018 8:16 PM |
| **To:** | QE-Waymo |
| **Cc:** | UberWaymoMoFoAttorneys; 'BSF_EXTERNAL_UberWaymoLit@bsfllp.com'; Uber-sg@LISTS.SUSMANGODFREY.COM |
| **Subject:** | Waymo v. Uber:  Fuji Redesigns |

Counsel,

As Uber disclosed in its supplemental responses to Common Interrogatories 1 and 4 on August 24, 2017, Uber has been working on redesigns of certain accused features of Fuji.  We write to disclose the status of that effort.  Please be informed that James Haslim may testify at trial to the following updated information regarding the Fuji redesigns:

- The redesign disclosed in the response to Common Interrogatory 4 with respect to alleged TS 7 is complete and has been implemented in the transmit boards of all operational Fuji prototypes.
- The redesigns disclosed in the response to Common Interrogatory 4 with respect to alleged TS 2, 13, and 14 are complete and have been implemented in at least two operational Fuji prototypes.
- The FAC lens optical design disclosed in the response to Common Interrogatory 4 with respect to alleged TS 9 is complete and the lenses are expected to be available in February 2018.

Best regards,

**DANIEL P. MUINO**
Partner | Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW | Washington, DC 20006-1888
**P:** +1 (202) 887-1501
mofo.com | LinkedIn | Twitter
Visit MoFo@ITC Blog