[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939 WHA <br><br> **JOINT SUBMISSION REGARDING THE JOINT STATEMENT OF THE CASE** <br><br> Trial Date: February 5, 2018 |

1  Pursuant to Paragraph 8 of the Court's Guidelines for Trial and Final Pretrial Conference
2  in Civil Jury Cases (last revised May 8, 2017), Plaintiff Waymo LLC and Defendants Uber
3  Technologies, Inc. and Ottomotto LLC have conferred and agreed on the language of the Joint
4  Statement of the Case, other than: (i) whether Waymo's asserted trade secrets should be referred
5  to as "claimed" trade secrets (Waymo's proposal) or "alleged" trade secrets (Defendants'
6  proposal) and (ii) the last paragraph of the statement. Attached as **Exhibit A** is Defendants'
7  proposed version. Attached as **Exhibit B** is Waymo's proposed version. The parties will provide
8  the Court with Word versions of both attachments at the final pretrial conference.

DATED: January 29, 2018                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                       By  */s/ Charles K. Verhoeven*
                                           Charles K. Verhoeven

                                           Attorneys for Plaintiff
                                           WAYMO LLC

DATED: January 29, 2018                MORRISON & FOERSTER LLP

                                       By  */s/ Arturo J. González*
                                           Arturo J. González

                                           Attorneys for Defendants
                                           UBER TECHNOLOGIES, INC. and
                                           OTTOMOTTO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Joint Submission Regarding the Joint Statement of the Case.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Charles K. Verhoeven has concurred in this filing.

Dated:  January 29, 2018　　　　　　　　　　　　　　　　　*/s/ Arturo J. González*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARTURO J. GONZÁLEZ