MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, and OTTO TRUCKING LLC,<br><br>　　　　　　　Defendants. | Case No.　3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. R. CIV. P. 7.1]**<br><br>Trial Date: February 5, 2018 |

Defendants Uber Technologies, Inc. and Ottomotto LLC, through their counsel of record, submit the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Uber Technologies, Inc. has no parent corporation and is not publicly held. SB Cayman 2 Ltd., a private company, owns more than ten percent of Uber Technologies, Inc.'s outstanding stock. SB Cayman 2 Ltd. is a subsidiary of Softbank Group Corp., a publicly traded corporation.

Ottomotto LLC is a wholly owned subsidiary of Uber Technologies, Inc. It is not publicly held, and no publicly held entity owns more than 10% of its stock.

Dated: January 29, 2018                MORRISON & FOERSTER LLP

By:  */s/Arturo J. Gonzalez*
　　　ARTURO J. GONZALEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC., and
OTTOMOTTO LLC

DEFENDANTS UBER AND OTTOMOTTO'S AMENDED CORPORATE DISCLOSURE STATEMENT
Case No. 3:17-cv-00939-WHA
sf-3862434