IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,<br><br>    Defendants. | No. C 17-00939 WHA<br><br>**ORDER RE SEALING OF OMNIBUS ORDER ON ACCUSATIONS RE UBER'S LITIGATION MISCONDUCT** |

The omnibus order on the extent to which accusations regarding Uber's litigation misconduct may feature at trial, filed under seal today, shall remain under seal until **TOMORROW AT 11:00 P.M.**, after which the order shall be filed on the public docket in its entirety unless one or more parties propose redactions.

**IT IS SO ORDERED.**

Dated: January 29, 2018.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE