IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC, | No. C 17-00939 WHA |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC, | **ORDER REQUIRING SUMMARY OF RULINGS** |
| Defendants. | |

Counsel shall please **MEET AND CONFER** and jointly submit an agreed-on summary of the top twenty evidentiary rulings in this case (other than rulings made in today's omnibus order (Dkt. No. 2557)). This summary must be submitted before opening statements.

**IT IS SO ORDERED.**

Dated: January 29, 2018.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE