[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
| Plaintiff, | **JOINT STIPULATION REGARDING TRADE SECRETS JURY INSTRUCTIONS AND [PROPOSED] ORDER** |
| vs. | |
| UBER TECHNOLOGIES, INC.; and OTTOMOTTO LLC, | |
| Defendants. | |

Pursuant to the Court's invitation in its October 17, 2017 Tentative Jury Instructions on Trade Secret Misappropriation (Dkt. 2010), Plaintiff Waymo LLC ("Waymo") and Defendants Uber Technologies, Inc. and Ottomotto LLC ("Defendants"), through their respective counsel of record, hereby stipulate and agree as follows:

1. To avoid jury confusion, the trade secrets jury instructions given to the jury shall be deemed to cover both federal and state law without distinction, except that if any party objects to a specific instruction based on a specific requirement of federal or state law, that objection is not waived by virtue of this stipulation; and

2. For purposes of Waymo's DTSA claim, Defendants will not dispute at trial that the alleged trade secrets, to the extent that any trade secrets are proven to exist, are related to a product or service used in or intended for use in interstate commerce.

**IT IS SO STIPULATED.**

DATED: January 29, 2018     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for Plaintiff WAYMO LLC

DATED: January 29, 2018     MORRISON & FOERSTER LLP

By */s/ Arturo J. González*
Arturo J. González
Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

-2-   Case No. 3:17-cv-00939-WHA
JOINT STIPULATION RE TRADE SECRETS JURY INSTRUCTIONS

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: _____, 2018          _____
                                                The Honorable William Alsup

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED: January 29, 2018    By  /s/ Charles K. Verhoeven
                                Charles K. Verhoeven