1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzalez@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel: 415.268.7000 / Fax: 415.268.7522
5

6   KAREN L. DUNN (*Pro Hac Vice*)
    kdunn@bsfllp.com
    MICHAEL BRILLE (*Pro Hac Vice*)
7   mbrille@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington DC  20005
9   Tel:  202.237.2727 / Fax: 202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY 10019-6023
    Tel: 212.336.8330 / Fax: 212.336.8340
14

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17                 UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20  WAYMO LLC,                          | Case No.     3:17-cv-00939-WHA

21              Plaintiff,              | **DECLARATION OF
                                        | THOMAS J. PARDINI IN SUPPORT
22      v.                              | OF PLAINTIFF WAYMO LLC'S
                                        | ADMINISTRATIVE MOTION TO
23  UBER TECHNOLOGIES, INC.,            | FILE UNDER SEAL PARTIES'
    OTTOMOTTO LLC; OTTO TRUCKING LLC,   | SECOND AMENDED JOINT
24                                      | PROPOSED PRETRIAL ORDER
              Defendants.               | (DKT. 2519)**
25

26

27

28

1    I, Thomas J. Pardini, declare as follows:

2        1.    I am a member of the Bar of the State of California and an attorney at the law firm

3    of Morrison & Foerster LLP.  I make this declaration based upon matters within my own personal

4    knowledge and if called as a witness, I could and would competently testify to the matters set

5    forth herein.  I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion

6    to File Under Seal Parties' Second Amended Joint Proposed Pretrial Order (Dkt. 2519).

7        2.    I have reviewed the following documents and confirmed that only the portions

8    identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Appendix A to Amended Joint Proposed Pretrial Order | Entire Document |
| Appendix D to Amended Joint Proposed Pretrial Order | Blue Highlights |

3.    Appendix A is an exhibit list containing brief descriptions of thousands of exhibits
in this case, including those that contain highly confidential information regarding third party
vendors, some of whom have NDAs with Uber, interspersed throughout the exhibits list.  This
information is not publicly known, and its confidentiality is strictly maintained.  Defendants
request this information be sealed to protect these confidential business relationships from
disclosure and possible interference from competitors.

4.    The blue highlights of Appendix D contain contact information of an individual
involved in this case, including a personal phone number and home address.  Defendants seek to
seal this information in order to protect the privacy of this individual because this lawsuit is
currently the subject of extensive media coverage.  Disclosure of this information could expose
this individual to harm or harassment.

//

//

1         5.     Defendants' request to seal is narrowly tailored to the portions of the Second

2    Amended Joint Proposed Pretrial Order and supporting appendices that merit sealing.

3         I declare under penalty of perjury that the foregoing is true and correct.  Executed this

4    29th day of January, 2018 at San Francisco, California.

5

6                           */s/ Thomas J. Pardini*
                           Thomas J. Pardini

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28