1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzález@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Tel: 415.268.7000 / Fax: 415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    MICHAEL BRILLE (*Pro Hac Vice*)
7   mbrille@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington DC  20005
9   Tel:  202.237.2727 / Fax: 202.237.6131

10  WILLIAM CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
13  New York, NY  10019-6023
    Tel: 212.336.8330 / Fax: 212.336.8340

14

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20

21  WAYMO LLC,                          | Case No.      3:17-cv-00939-WHA

22              Plaintiff,              | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S SUBMISSION OF PROPOSED DATES FOR TIMELINE**

23          v.

24  UBER TECHNOLOGIES, INC.,            | Trial Date: February 5, 2018
    OTTOMOTTO LLC; OTTO TRUCKING
25  LLC,

26              Defendants.

27

28

Pursuant to the Court's Order Regarding Timeline (Dkt. 2250) and Paragraph 32 of the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, Defendants Uber Technologies, Inc. and Ottomotto LLC and Plaintiff Waymo LLC have been meeting and conferring "on a simple timeline" having "seven or eight of the most important dates in this case." (Dkt. 2250.)  To date, the parties have not been able to agree on a timeline, but are continuing to meet and confer.  Defendants provide the Court with their proposed dates for the timeline for the Court's consideration, as well as a timeline graphic, attached hereto as **Exhibit A**.  Defendants will provide the Court with a copy of the timeline graphic at the final pretrial conference.

**Defendants' Proposed Dates for Timeline**:

- December 11, 2015 – Levandowski logs onto Google's SVN repository
- January 15, 2016 – Ottomotto is formed
- January 27, 2016 – Levandowski leaves Google
- April 11, 2016 – Uber and Ottomotto sign put call agreement
- August 23, 2016 – Uber's acquisition of Ottomotto closes
- February 23, 2017 – Waymo files complaint against Uber and Ottomotto
- May 26, 2017 – Uber terminates Levandowski's employment

Dated:  January 29, 2018                MORRISON & FOERSTER LLP


By:      /s/ Arturo J. González
         ARTURO J. GONZÁLEZ

         Attorneys for Defendants
         UBER TECHNOLOGIES, INC.
         and OTTOMOTTO LLC

# EXHIBIT A

# Timeline

**December 11, 2015**

Levandowski logs onto
Google's SVN repository

**January 15, 2016**

Ottomotto is formed

**January 27, 2016**

Levandowski leaves Google

**May 26, 2017**

Uber terminates
Lewandowski's
employment

**April 11, 2016**

Uber and Ottomotto
sign put call agreement

**August 23, 2016**

Uber's acquisition
of Ottomotto closes

**February 23, 2017**

Waymo files
complaint against
Uber and Ottomotto

| 2015 | 2016 | 2017 |