# EXHIBIT A

# Timeline

**December 11, 2015**
Levandowski logs onto Google's SVN repository

**January 15, 2016**
Ottomotto is formed

**January 27, 2016**
Levandowski leaves Google

**April 11, 2016**
Uber and Ottomotto sign put call agreement

**August 23, 2016**
Uber's acquisition of Ottomotto closes

**February 23, 2017**
Waymo files complaint against Uber and Ottomotto

**May 26, 2017**
Uber terminates Lewandowski's employment

2015 | 2016 | 2017