QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | CASE NO. 3:17-cv-00939 |
| Plaintiff, | **PLAINTIFF WAYMO LLC'S RESPONSE TO UBER'S SUBMISSION OF PROPOSED DATES FOR TIMELINE** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

The Court ordered that "[b]efore opening statements, counsel shall agree on a simple timeline" to be displayed at trial. (Dkt. 2250.) The parties have been meeting and conferring pursuant to that Order, but late last night, Defendants notified Waymo of their intention to file their proposed timeline with the Court in advance of the pretrial conference.[1] To the extent the Court is going to entertain this issue at pretrial conference, Waymo provides its own dates for the Court's consideration, as well as a timeline graphic, attached hereto as **Exhibit A**.

**Waymo's Proposed Dates for Timeline:**

- **September 2015** – Meetings begin between Ottomotto founders and Uber
- **December 11, 2015** – Anthony Levandowski accesses Google's SVN server and downloads more than 14,000 files
- **January 15, 2016** – Ottomotto is formed
- **January 27, 2016** – Levandowski's last day at Google
- **February 22, 2016** – Uber and Ottomotto sign Term Sheet
- **April 11, 2016** – Uber and Ottomotto sign Put Call agreement
- **August 5, 2016** – Stroz Friedberg issues investigation report
- **August 23, 2016** – Uber's acquisition of Ottomotto closes
- **February 23, 2017** – Waymo files complaint
- **May 30, 2017** – Levandowski's last day at Uber

DATED: January 30, 2018                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Charles K. Verhoeven*
      Charles K. Verhoeven
      Attorneys for WAYMO LLC

---

[1] Waymo has been seeking to meet and confer with Defendants since November 26, when Waymo sent a proposed timeline. Defendants did not provide any substantive response until January 22.

# EXHIBIT A

**September 2015**
Meetings begin between Ottomotto founders and Uber

**December 11, 2015**
Anthony Levandowski accesses Google's SVN server and downloads more than 14,000 files

**January 15, 2016**
Ottomotto is formed

**January 27, 2016**
Levandowski's last day at Google

**February 22, 2016**
Uber and Ottomotto sign Term Sheet

**April 11, 2016**
Uber and Ottomotto sign Put Call agreement

**August 5, 2016**
Stroz Friedberg issues investigation report

**August 23, 2016**
Uber's acquisition of Ottomotto closes

**February 23, 2017**
Waymo files complaint

**May 30, 2017**
Levandowski's last day at Uber

2015 | 2016 | 2017

