# EXHIBIT A



**April 11, 2016**
Uber and Ottomotto sign
Put Call agreement

**February 22, 2016**
Uber and Ottomotto sign
Term Sheet

**August 5, 2016**
Stroz Friedberg issues investigation report

**January 27, 2016**
Levandowski's last day at Google

**August 23, 2016**
Uber's acquisition of Ottomotto
closes

**January 15, 2016**
Ottomotto is formed

**February 23, 2017**
Waymo files complaint

**December 11, 2015**
Anthony Levandowski accesses
Google's SVN server and downloads
more than 14,000 files

**May 30, 2017**
Levandowski's last
day at Uber

**September 2015**
Meetings begin between
Ottomotto founders and Uber

**2015**     **2016**     **2017**