QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PARTIES' AMENDED JOINT LIST OF ALL POTENTIAL TRIAL WITNESSES** |

Pursuant to this Court's September 12, 2017 Order, Plaintiff Waymo LLC ("Waymo") and Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") hereby jointly submit the attached amended list of potential trial witnesses. The parties reserve the right to supplement this list based upon newly produced evidence and evidence not yet produced.

Dated: January 30, 2018                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                       By /s/ Charles K. Verhoeven
                                          Charles K. Verhoeven
                                          Attorneys for WAYMO LLC

Dated: January 30, 2018                MORRISON & FOERSTER LLP

                                       By:      /s/ Arturo J. González
                                          ARTURO J. GONZÁLEZ

                                          Attorneys for Defendants
                                          UBER TECHNOLOGIES, INC.
                                          and OTTOMOTTO LLC

1. Heather Adkins
2. Rey Allie
3. Chelsea Bailey
4. Shawn Banazadeh
5. John Bares
6. Travis Belanger
7. Adam Bentley
8. Matt Blattmachr
9. Scott Boehmke
10. Walter Bratic
11. Sergey Brin
12. Gary Brown
13. Don Burnette
14. Neel Chatterjee
15. Hanley Chew
16. Dan Chu
17. Craig Clark
18. Andy Crain
19. Dmitri Dolgov
20. Pierre-Yves Droz
21. David Drummond
22. Gerard Dwyer
23. Michael Epstein
24. John Facciola
25. Kevin Faulkner
26. Bernard Fidric
27. Paul French
28. Eric Friedberg
29. Mary Fulginiti
30. John Gardner
31. Blaise Gassend
32. Nick Gicinto
33. Arturo Gonzalez
34. William Grossman
35. Dan Gruver
36. Kristinn Gudjonsson
37. Bill Gurley
38. Randy Haimovici
39. Jennifer Haroon
40. Don Harrison
41. Bruce Hartley
42. James Haslim
43. Mathew Henley
44. Lambertus Hesselink
45. Jeff Holden
46. Ben Ingram
47. Richard Jacobs
48. Michael Janosko
49. Scott Johnston
50. Soren Juelsgaard
51. Travis Kalanick
52. Rudy Kim
53. Gregory Kintz
54. John Krafcik
55. David Lawee
56. Michael Lebby
57. Anthony Levandowski
58. Max Levandowski
59. Asheem Linaval
60. Kevin Maher
61. Sidney Majalya
62. Melanie Maugeri
63. William McCann
64. Brian McClendon
65. Paul McManamon
66. Ron Medford
67. Eric Meyhofer
68. Rhian Morgan
69. Zachary Morriss
70. Stephen Nestinger
71. Jake Nocon
72. Patrick Oot
73. Angela Padilla
74. Larry Page
75. Matthew Palomar
76. Gaetan Pennecot
77. Cameron Poetzscher
78. Nina Qi
79. Daniel Ratner
80. Sylvia Rivera
81. Lior Ron
82. Edward Russo
83. Bryan Salesky
84. Colin Sebern
85. Joe Spiegler
86. Shaun Stewart
87. Ognen Stojanovski
88. Justin Suhr
89. Joe Sullivan
90. Stacy Sullivan
91. Eric Tate
92. Sebastian Thrun
93. Jim Timmins
94. Drew Ulrich
95. Chris Urmson
96. Luke Wachter
97. Tim Willis
98. Salle Yoo
99. Sasha Zbrozek

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Joint Submission of Parties' Joint List of All Potential Trial Witnesses. In compliance with General Order 45, X.B., I hereby attest that Arturo J. González has concurred in this filing.

Dated: January 30, 2018                    */s/ Charles K. Verhoeven*
                                            Charles K. Verhoeven