MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>        Defendants. | Case No.    3:17-cv-00939-WHA<br><br>**DECLARATION OF THOMAS J. PARDINI IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OFFER OF PROOF WITH RESPECT TO WAYMO'S DEVELOPMENT EXPENSES (DKT. 2530)** |

I, Thomas J. Pardini, declare as follows:

1. I am a member of the Bar of the State of California and an attorney at the law firm of Morrison & Foerster LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Plaintiff Waymo LLC's Administrative Motion to File Under Seal Its Offer of Proof with Respect to Waymo's Development Expenses (Dkt. 2530).

2. I have reviewed the following documents and confirmed that only the portions identified below merit sealing:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Waymo's Offer of Proof | Blue highlights on page 6 |
| Nardinelli Exhibit 3 | Entire Document |
| Nardinelli Exhibit 4 | Entire Document |

3. The blue highlights on page 6 lines 1-3 of the Offer of Proof, as well as the entirety of Nardinelli Exhibit 3, contain highly confidential information regarding technical development goals of Uber's self-driving car program. This information is maintained as highly confidential. I understand that disclosure of this information could allow competitors and counterparties to gain insight into how Uber formulates various technical development goals of its self-driving car program, as well as how Uber prioritizes these technical goals in the context of their existing technology, allowing competitors to tailor their own technical development to the detriment of Uber.

4. The blue highlights on page 6 lines 4-5 of the Offer of Proof, as well as the entirety of Nardinelli Exhibit 4, contain highly confidential information regarding Uber engineers' technical testing plan for a LiDAR sensor, revealing the development team's priorities and evaluation strategy. This information has been maintained as highly confidential. I understand that disclosure of this information could allow competitors and counterparties to gain

insight into Uber's testing plan and goals for LiDAR, which would allow competitors to tailor their own technical development to the detriment of Uber.

5. Defendants' request to seal is narrowly tailored to the portions of Waymo's Offer of Proof and supporting exhibits that merit sealing.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2018 at San Francisco, California.

*/s/ Thomas J. Pardini*
Thomas J. Pardini