UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF WAYMO LLC'S<br>ADMINISTRATIVE MOTION TO<br>REMOVE INCORRECTLY FILED<br>DOCUMENT:  DOCKET NO. 825-3** |

1         Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly

2   Filed Document, Dkt. 825-3, and good cause appearing therefore, IT IS HEREBY ORDERED that

3   Waymo's Motion shall be granted.

4

5   Dated: _____January 30_____, 2018 ~~2017~~

6                                                   HON. WILLIAM ALSUP

7                                                   United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28