UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.     3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 850-1 AND 850-2** |

Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto LLC's Administrative Motion to Remove Incorrectly Filed Documents, Docket Nos. 850-1 and 850-2, which Defendants filed on July 10, 2017, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants' Administrative Motion shall be granted.

**IT IS SO ORDERED**.

Dated: __January 30__, ~~2017~~ 2018

_____
WILLIAM ALSUP
United States District Judge