UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>       Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NOS. 933-4, 934-7 |

1  Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly
2  Filed Document, Dkt. Nos. 933-4, 934-7, and good cause appearing therefore, IT IS HEREBY
3  ORDERED that Waymo's Motion shall be granted.

Dated: ___January 30___, ~~2017~~ 2018

_____
HON. WILLIAM ALSUP
United States District Court Judge