1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  ERIC A. TATE (CA SBN 178719)
   ETate@mofo.com
4  RUDY Y. KIM (CA SBN 199426)
   RKim@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:     415.268.7000
7  Facsimile:      415.268.7522

8  KAREN L. DUNN (*Pro Hac Vice*)
   kdunn@bsfllp.com
9  HAMISH P.M. HUME (*Pro Hac Vice*)
   hhume@bsfllp.com
10 BOIES SCHILLER FLEXNER LLP
   1401 New York Avenue, N.W.
11 Washington DC  20005
   Telephone:     202.237.2727
12 Facsimile:      202.237.6131

13 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
14 and OTTOMOTTO LLC

15                       UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                            SAN FRANCISCO DIVISION

18 WAYMO LLC,                               | Case No.     3:17-cv-00939-WHA
                                            | ORDER GRANTING
19                Plaintiff,                | **DEFENDANTS UBER
                                            | TECHNOLOGIES, INC., AND
20         v.                               | OTTOMOTTO LLC'S
                                            | ADMINISTRATIVE MOTION TO
21 UBER TECHNOLOGIES, INC.,                 | REMOVE DOCUMENT WITH
   OTTOMOTTO LLC; OTTO TRUCKING LLC,        | PERSONAL INFORMATION: DKT.
22                                          | NO. 1053-2**
               Defendants.
23
                                            | Trial Date: October 10, 2017
24

25

26

27

28

ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE DOCUMENT WITH PERSONAL INFORMATION
Case No. 3:17-cv-00939-WHA
sf-3810458

1    Defendants Uber Technologies, Inc. and Ottomotto LLC file this Administrative Motion to Remove the following document from ECF, submitted electronically on July 31, 2017, by Plaintiff:

1. Docket Number 1053-2: Re-filed Exhibit 6 to Waymo's Discovery Letter Brief (Dkt. 878-15)

This document contains personal information that was inadvertently not redacted. Defendants wish to redact this information in order to protect the privacy interests of an individual at a company that is currently the subject of extensive media coverage. Defendants have contacted the ECF Help Desk regarding this issue. In connection with this Motion, Defendants have also filed a corrected version of this document with the confidential information at issue redacted. Because the single redaction is irrelevant personal information, Defendants are not filing a separate version under seal.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Remove.

Dated: July 31, 2017                             MORRISON & FOERSTER LLP

By:  /s/ Arturo J. González
     ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC, and OTTO TRUCKING LLC



GRANTED
Judge William Alsup

Dated: January 30, 2018.

ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE DOCUMENT WITH PERSONAL INFORMATION
Case No. 3:17-cv-00939-WHA
sf-3810458

1