1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT:  DOCKET NO. 1266-2 |

1  Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly
2  Filed Document, Dkt. 1266-2, and good cause appearing therefore, IT IS HEREBY ORDERED
3  that Waymo's Motion shall be granted.

4
5  Dated:  January 30 , ~~2017~~ 2018

6  _____
   HON. WILLIAM ALSUP
7  United States District Court Judge