UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br>[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 1552-1 AND 1589 |

CASE NO. 3:17-cv-00939-WHA
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

1  Having reviewed and considered Plaintiff Waymo LLC's Motion to Remove Incorrectly
2  Filed Documents: Dkts. 1552-1 and 1589, and good cause appearing therefore, IT IS HEREBY
3  ORDERED that Waymo's Motion shall be granted.

Dated: \_\_\_January 30\_\_\_, ~~2017~~ 2018

_____
HON. WILLIAM ALSUP
United States District Court Judge