UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS** |

1    Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto
2    LLC's Motion to Remove Incorrectly Filed Documents [Dkt. Nos. 1638-3, 1638-4 and 1640-0],
3    which Defendants filed on September 18, 2017, and good cause appearing therefor,
4    **IT IS HEREBY ORDERED** that Defendants' Motion is hereby granted.

Dated:  January 30, ~~2017~~ 2018

_____
HONORABLE WILLIAM ALSUP
United States District Judge