UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGY, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS<br><br>Judge:　　Hon. William H. Alsup<br>Trial Date: October 10, 2017 |

Having reviewed and considered Defendants Uber Technologies, Inc.'s and Ottomotto LLC's (together, "Uber's") Administrative Motion to Remove Incorrectly Filed Documents: Docket Nos. 1666-2, 1666-3, and 1666-4, which Uber filed on September 18, 2017, and finding that good cause exists, **IT IS HEREBY ORDERED** that Uber's Administrative Motion shall be granted.

**IT IS SO ORDERED.**

Dated: ___January 30___, ~~2017~~ 2018

_____
HONORABLE WILLIAM ~~H.~~ ALSUP
United States District Judge

---

1
[~~PROPOSED~~] ORDER GRANTING UBER'S ADMIN. MTN TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 3:17-CV-00939-WHA