|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN FRANCISCO DIVISION |

| | |
|---|---|
| WAYMO LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>           Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC.'S AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DKT. NO. 2091-2**<br><br>Judge:     Hon. William H. Alsup<br>Trial Date: December 4, 2017 |

Having reviewed and considered Uber's and Ottomotto's Administrative Motion to Remove Incorrectly Filed Document: Docket No. 2091-2 (filed October 25, 2017), and finding that good cause exists, **IT IS HEREBY ORDERED** that Uber's Administrative Motion shall be granted.

**IT IS SO ORDERED.**

Dated: ___January 30___, ~~2017~~ 2018

_____
HONORABLE WILLIAM ~~H.~~ ALSUP
United States District Judge