UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No.　　3:17-cv-00939-WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S MOTION FOR RECONSIDERATION OF ORDER DENYING-IN-PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 891)**<br><br>Trial Date: October 10, 2017 |

Upon consideration of Defendants Uber Technologies, Inc. and Ottomotto LLC's ("Defendants") Motion for Reconsideration of Order Denying-In-Part Administrative Motion to File Under Seal (Dkt. No. 891), and finding that good cause exists, this Court hereby GRANTS Defendants' Motion for Reconsideration and ORDERS that additional portions shall be sealed, in accordance with Defendants' Motion and as indicated below:

| Title of Document | Additional Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 5 to Waymo's Letter Brief (Dkt. 681-10) | Marked portions |
| Exhibit 6 to Waymo's Letter Brief (Dkt. 681-11) | Marked portions |

**IT IS SO ORDERED**.

Dated: January 31, 2018, ~~2017~~

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge