UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | Case No.    3:17-cv-00939-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS<br><br>Trial Date: October 10, 2017 |

Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Remove Incorrectly Filed Documents: Docket Nos. 1278-3, 1279-0, & 1279-1, which Defendants filed on August 20, 2017, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Motion shall be granted.

**IT IS SO ORDERED**.

Dated: January 31, 2018, ~~2017~~

*[signature: Jacqueline Scott Corley]*

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge