# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| **Date:** 1/31/2018 | **Time:** 4 Hrs; 25 Min. | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorney for Plaintiff:** Charles Verhoeven, Melissa Bailey, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe
**Also Present:** Demarren Berkeley, Corporate Representative; Tara Trask, Jury Consultant
**Attorney for Defendant:** Arturo Gonzales, Bill Carmody, Esther Chang, Karen Dunn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin
**Also Present:** Eric Meyhofer, Uber Representative; Tony West, Uber Corporate Counsel

## PROCEEDINGS

REASON FOR HEARING:    Jury Selection - HELD

RESULT OF HEARING:    See Attached Log

CONTINUED TO: February 5, 2018 at 7:30 am for Further Jury Trial.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

17-cv-00939-WHA                    Waymo LLC v. Uber Technologies, Inc.

**TRIAL LOG**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, Melissa Bailey, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe. | Arturo Gonzales, Bill Carmody, Esther Chang, Karen Dunn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin. |
| TRIAL DATE: | REPORTERS: | CLERK: |
| January 31, 2018 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 a.m. | | | Court in session.  Preliminary matters discussed. | |
| | | 7:45 a.m. | | | Prospective Jury Panel enters courtroom.  The Court welcomes and instructs the panel. | |
| | | 7:50 a.m. | | | Prospective Jurors sworn.  The Court admonishes the jury regarding social media and advises the panel of the general nature of the case. | |
| | | 8:05 a.m. | | | Questionnaires brought forward by the panel.  Voir dire by the Court for hardships ensue.  Potential jurors excused. | |
| | | 9:10 a.m. | | | Jurors excused.  Court in recess. | |
| | | 9:28 a.m. | | | Court reconvened.  Voir dire by the Court continues. | |
| | | 10:22 a.m. | | | Voir dire begins by Charles Verhoeven. | |
| | | 11:04 a.m. | | | Jurors excused.  Court in recess. | |
| | | 11:23 a.m. | | | Court reconvenes.  Prospective Jurors present. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 11:39 a.m. | | | Voir dire begins by Arturo Gonzales. | |
| | | 12:06 p.m. | | | Voir dire continues by the Court. | |
| | | 12:09 p.m. | | | Voir dire by Charles Verhoeven. | |
| | | 12:10 p.m. | | | Voir dire by the Court.  Voir dire concludes. | |
| | | 12:14 p.m. | | | Jurors excused.  Matters discussed outside the presence of the jury. | |
| | | 12:35 p.m. | | | Court reconvened.  Jurors present.  Plaintiff and Defendant make their peremptory challenges on the record. | |
| | | 12:46 p.m. | | | Jury selected.  The Court admonishes the jury. | |
| | | 12:53 p.m. | | | Jurors are brought to the jury room.  The parties are to return for trial on Monday, February 5, 2018, at 7:30 a.m. | |