UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

        Plaintiff,

  v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

Case No. 17-cv-00939-WHA

**ORDER FOR JURY REFRESHMENTS**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the ten members of the jury in the above-entitled matter beginning **February 5, 2018  at 6:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 12, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: January 31, 2018

_____
WILLIAM ALSUP
United States District Judge