# EXHIBIT 4

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4                    ---oOo---

 5

 6   WAYMO LLC,

 7          Plaintiff,

 8   vs.                        No. 3:17-cv-00939-WHA

 9   UBER TECHNOLOGIES, INC.;

     OTTOMOTTO LLC; OTTO TRUCKING,

10   INC.,

11          Defendants.
                                    /
12

13        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

14

15               WAYMO LLC RULE 30(b)(6)

16        VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ

17                PALO ALTO, CALIFORNIA

18               THURSDAY, AUGUST 3, 2017

19

20

21   REPORTED BY:

22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23   CSR LICENSE NO. 9830

24   JOB NO. 2663199

25   PAGES 1 - 371
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4                     ---oOo---

5   WAYMO LLC,

6          Plaintiff,

7   vs.                          No. 3:17-cv-00939-WHA

8   UBER TECHNOLOGIES, INC.;

    OTTOMOTTO LLC; OTTO TRUCKING,

9   INC.,

10         Defendants.

                                 /

11

12

13         Videotaped Deposition of Pierre-Yves Droz

14     taken on behalf of the Defendant, on August 3,

15     2017, at Morrison & Foerster LLP, 950 Page Mill

16     Road, Palo Alto, California, beginning 9:27 a.m.,

17     and commencing at 7:25 p.m., Pursuant to Notice,

18     and before me, ANDREA M. IGNACIO, CSR, RPR, CRR,

19     CLR ~ License No. 9830.

20

21

22

23

24

25

                                        Page 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
13:32
13:32
13:33
13:33
13:33
13:33
13:33
13:33
13:33
13:33
13:33
13:33
```

| | | |
|---|---|---|
| 13 | MR. KIM:  All right. | 13:33 |
| 14 | Q   So I -- I don't understand why you're saying | 13:33 |
| 15 | from your personal knowledge.  You know, we -- we | 13:33 |
| 16 | looked earlier at your deposition topics. | 13:33 |
| 17 | A   Yep.  Okay. | 13:33 |
| 18 | Q   And Exhibit 1273 specifically asks for the | 13:33 |
| 19 | time cost and specific people involved in developing | 13:33 |
| 20 | each of the alleged trade secrets. | 13:33 |
| 21 | MR. JAFFE:  Which topic are you reading from? | 13:33 |
| 22 | MR. KIM:  Deposition Topic No. 9. | 13:33 |
| 23 | Q   And so I'm asking you about the -- the cost | 13:33 |
| 24 | to implement                              -- | 13:33 |
| 25 | A   So, are you asking what -- | 13:34 |

Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sorry.  Go ahead. | 13:34 |
| 2 | MR. JAFFE:  One -- one second here. | 13:34 |
| 3 | THE WITNESS:  Yes. | 13:34 |
| 4 | MR. JAFFE:  So, Mr. Droz is here subject to | 13:34 |
| 5 | our objections.  As I stated at the outset of this | 13:34 |
| 6 | deposition, he's designated on the development of the | 13:34 |
| 7 | asserted trade secrets other than 25.  So I just want | 13:34 |
| 8 | to make that clear for the record. | 13:34 |
| 9 | Go ahead. | 13:34 |
| 10 | THE WITNESS:  I think also here there is true | 13:34 |
| 11 | costs, too.  There is the cost of the actual units. | 13:34 |
| 12 | You know, is the -- the unit cheaper? | 13:34 |
| 13 | There's also the development cost, which is | 13:34 |
| 14 | the -- the -- how much, you know, the -- the cost was | 13:34 |
| 15 | used to -- to develop the -- the -- those boards. | 13:34 |
| 16 | So is your question about the actual cost of | 13:34 |
| 17 | the -- the finished good, basically -- or not finished | 13:34 |
| 18 | good, but the cost of the boards -- of making the | 13:34 |
| 19 | boards, or the cost of developing, you know, the -- | 13:34 |
| 20 | the boards? | 13:34 |
| 21 | MR. KIM:  Let's talk about the cost for | 13:34 |
| 22 | developing the boards. | 13:34 |
| 23 | Q   So how much did it cost to develop the trade | 13:34 |
| 24 | secret of ███████████████████ | 13:35 |
| 25 | MR. JAFFE:  Objection; form; outside the | 13:35 |

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    scope.                                                    13:35
 2              THE WITNESS:  So -- so from my personal          13:35
 3    knowledge, the -- you know, the -- I don't -- you          13:35
 4    know, I don't have an actual tracking of all the cost     13:35
 5    used to -- to -- that we put in this.                     13:35
 6              But, you know -- you know, in there is           13:35
 7    probably the cost of making prototypes, the cost of --    13:35
 8    of -- you know, the cost of the engineering on            13:35
 9    designing those boards.                                   13:35
10              MR. KIM:  Q.  So, you're not prepared to talk   13:35
11    about the cost of development of Trade Secret No. 2 as    13:35
12    Waymo's corporate designated witness; is that correct?    13:35
13         A    I'm not.                                        13:35
14              (Document marked Exhibit 1278                   13:36
15               for identification.)                           13:36
16              THE VIDEOGRAPHER:  1278.                         13:36
17              THE WITNESS:  Thank you.                        13:36
18              MR. KIM:  So I've marked for identification,    13:36
19    as Exhibit No. 1278, an e-mail from John McCauley at      13:36
20    Quinn Emanuel, dated Wednesday, August 2nd, 2017, at      13:36
21    7:56 p.m.                                                 13:36
22         Q    And, if you look at the second paragraph, it    13:36
23    says:                                                     13:36
24              "Waymo designates Mr. Droz to testify with      13:36
25    regard to Topics 9 and 10 of Uber's second 30(b)(6)       13:37
```

Veritext Legal Solutions
866 299-5127