1  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
2  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzález@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Tel: 415.268.7000 / Fax: 415.268.7522
5
   KAREN L. DUNN (*Pro Hac Vice*)
6  kdunn@bsfllp.com
   MICHAEL A. BRILLE (*Pro Hac Vice*)
7  mbrille@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
8  1401 New York Avenue, N.W.
   Washington, D.C. 20005
9  Tel: 202.237.2727 / Fax: 202.237.6131

10 WILLIAM C. CARMODY (*Pro Hac Vice*)
   bcarmody@susmangodfrey.com
11 SHAWN J. RABIN (*Pro Hac Vice*)
   srabin@susmangodfrey.com
12 SUSMAN GODFREY LLP
   1301 Avenue of the Americas, 32nd Floor
13 New York, New York 10019
   Tel: 212.336.8330 / Fax: 212.336.8340
14

15 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.
16 and OTTOMOTTO LLC

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S FEBRUARY 1, 2018 ROLLING WITNESS LIST** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | Trial Date: February 5, 2018 |
| Defendants. | |

Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit the following witness list pursuant to the Court's Order to maintain a "rolling, written list of the next seven or fewer witnesses it intends to call at trial." (Dkt. 2340 at 1.) Pursuant to the parties' agreements, Uber lists the witnesses in the order in which Defendants intend to call them, including three witnesses for which the parties have agreed Uber's cross-examination can go beyond the scope of Waymo's direct examination during Waymo's case-in-chief. (1/30/18 Hr'g Tr. at 106:8-19, 112:11-23.) Uber anticipates that the order of the witnesses listed below will change depending on the presentation of Waymo's case. Uber will promptly notify Waymo of any change in the witness order (*see id*. at 106:8-19), and the witness order will be updated in the next rolling witness list Uber provides pursuant to the Court's order. (Dkt. 2340.)

1. Travis Kalanick
2. Eric Friedberg
3. Alexander (Sasha) Zbrozek
4. John Krafcik
5. Sebastian Thrun
6. Scott Boehmke
7. James Haslim
8. David Drummond (by deposition)

Pursuant to the Court's order on closure of the courtroom (*see* Dkt. 2492 at 3 ¶ 3(a)), Uber does not believe that any items of evidence or argument to be presented with the above-named witnesses require courtroom closure, although Waymo may have a different view.

Dated: February 1, 2018                    MORRISON & FOERSTER LLP

By: /s/ *Arturo J. González*
ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC