QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **PLAINTIFF WAYMO'S FEBRUARY 1, 2018 LIST OF NEXT SEVEN WITNESSES** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

Pursuant to this Court's December 4, 2017 Order (Dkt. 2340) and the parties' stipulation (1/30/17 Hearing Tr., 106:8-19), Plaintiff Waymo LLC ("Waymo") hereby submits the following rolling list of its next seven trial witnesses:

1. John Krafcik
2. Dmitri Dolgov
3. Gary Brown
4. William Grossman
5. John Bares (by deposition)
6. Travis Kalanick
7. Brian McClendon (by deposition)

Pursuant to this Court's January 18, 2018 Order (Dkt. 2492), Waymo states that it currently intends to request closure of the courtroom for approximately the final 10 minutes of Dr. Dolgov's testimony because he will be discussing the substance of Waymo's asserted trade secrets.  Waymo intends to request closure of the courtroom for the final 9 minutes of John Bares' testimony because he will be discussing the substance of Waymo's asserted trade secrets.

Dated: February 1, 2018                             QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Submission of Waymo's List of Next Seven Witnesses for February 1, 2018.

Dated: February 1, 2018              /s/ *Charles K. Verhoeven*
                                          Charles K. Verhoeven