IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER RE BIFURCATION OF REASONABLE ROYALTY**

The contingent issue of reasonable royalty has not officially been bifurcated and we forgot to address it at the final pretrial conference. The Court would prefer to deal with this issue as per the penultimate jury instructions and special verdict form. Counsel shall please **MEET AND CONFER** on a joint proposal and file it by **FEBRUARY 4 AT 2:00 P.M.** We will address this issue on **FEBRUARY 5 AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: February 2, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE