MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL A. BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S FEBRUARY 2, 2018 ROLLING WITNESS LIST**<br><br>Trial Date: February 5, 2018 |

Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit the following witness list pursuant to the Court's Order to maintain a "rolling, written list of the next seven or fewer witnesses it intends to call at trial." (Dkt. 2340 at 1.) Pursuant to the parties' agreements, Uber lists the witnesses in the order in which Defendants intend to call them, including three witnesses for which the parties have agreed Uber's cross-examination can go beyond the scope of Waymo's direct examination during Waymo's case-in-chief. (1/30/18 Hr'g Tr. at 106:8-19, 112:11-23.) Uber anticipates that the order of the witnesses listed below will change depending on the presentation of Waymo's case. Uber will promptly notify Waymo of any change in the witness order (*see id*. at 106:8-19), and the witness order will be updated in the next rolling witness list Uber provides pursuant to the Court's order. (Dkt. 2340.)

1. Travis Kalanick
2. Eric Friedberg
3. Alexander (Sasha) Zbrozek
4. John Krafcik
5. Sebastian Thrun
6. Scott Boehmke
7. James Haslim
8. David Drummond (by deposition)

Pursuant to the Court's order on closure of the courtroom (*see* Dkt. 2492 at 3 ¶ 3(a)), Uber does not believe that any items of evidence or argument to be presented with the above-named witnesses require courtroom closure, although Waymo may have a different view.

Dated: February 2, 2018            MORRISON & FOERSTER LLP

                                   By: */s/Arturo J. González*
                                       ARTURO J. GONZÁLEZ

                                   Attorneys for Defendants
                                   UBER TECHNOLOGIES, INC. and
                                   OTTOMOTTO LLC