QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF JONATHAN FRANCIS IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PARTIES' JOINT SUBMISSION REGARDING SHORT DESCRIPTIONS FOR ALLEGED TRADE SECRETS** |

I, Jonathan Francis, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

I make this declaration in support of Administrative Motion to File Under Seal Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets ("Administrative Motion"), filed concurrently herewith. The Administrative Motion seeks an order sealing the following materials, also filed concurrently herewith:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets | Highlighted portions | Waymo (green highlights) |
| Exhibit A to Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets | Entire Document | Waymo |

2. Specifically, the green highlighted portions of the Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets and the entirety of Exhibit A thereto, contain or refer to Waymo's trade secrets, which Waymo seeks to seal. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, including its LiDAR designs, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and that the trade secrets are valuable to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle system. If such information were made public, I understand that Waymo's competitive standing would be significantly harmed.

3. Waymo's request to seal is narrowly tailored to those portions of the Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets and Exhibit A thereto that merit sealing.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct, and that this declaration was executed in San
3  Francisco, California, on February 3, 2018.

4

5                                                    By  */s/ Jonathan Francis*
                                                           Jonathan Franics
6                                                          Attorneys for WAYMO LLC

7

8  **SIGNATURE ATTESTATION**
9  Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the
10  filing of this document has been obtained from Jonathan Francis.

11
                                                     */s/ Charles K. Verhoeven*
12                                                       Charles K. Verhoeven

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28