1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PARTIES' JOINT SUBMISSION REGARDING SHORT DESCRIPTIONS FOR ALLEGED TRADE SECRETS** |

1  Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets
3  ("Administrative Motion").
4  Having considered the Administrative Motion, and good cause to seal having been shown,
5  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6  below:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets | Highlighted Portions |
| Exhibit A to Parties' Joint Submission Regarding Short Descriptions for Alleged Trade Secrets | Entire Document |

**IT IS SO ORDERED.**

Dated: _____, 2018

HON. WILLIAM ALSUP
United States District Court Judge