QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**DECLARATION OF FELIPE CORREDOR IN SUPPORT OF PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS NOTICE OF SUBMISSION OF DEPOSITION DESIGNATION PACKETS** |

I, Felipe Corredor, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Plaintiff Waymo LLC ("Waymo"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration in support of Waymo's Administrative Motion to File Under Seal Portions of Its Notice of Submission of Deposition Designation Packets, filed concurrently herewith (the "Administrative Motion"). The Administrative Motion seeks an order sealing the following materials filed concurrently herewith:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Appendix 1 | Entire Document | Defendants |
| Appendix 2 | Entire Document | Waymo; Defendants |
| Appendix 3A | Entire Document | Defendants |
| Appendix 3B | Entire Document | Waymo; Defendants |
| Appendix 4 | Entire Document | Defendants |
| Appendix 5 | Entire Document | Defendants |
| Appendix 6 | Entire Document | Waymo; Defendants |
| Appendix 7 | Entire Document | Defendants |
| Appendix 8 | Entire Document | Waymo; Defendants |
| Appendix 9 | Entire Document | Waymo; Defendants |
| Appendix 10 | Entire Document | Waymo; Defendants |
| Appendix 11 | Entire Document | Defendants |
| Appendix 12 | Entire Document | Defendants |

3. Specifically, the documents identified in the table above as designated by Waymo contain or refer to trade secret information, which Waymo seeks to seal.

4. The documents identified in the table above contain, reference, and/or describe Waymo's trade secrets. The information Waymo seeks to seal includes the confidential design and functionality of Waymo's proprietary autonomous vehicle system, including its technical specifications and/or LiDAR designs, which Waymo maintains as secret. I understand that these trade secrets are maintained as secret by Waymo (Dkt. 25-47) and that the trade secrets are valuable to Waymo's business (Dkt. 25-31). The public disclosure of this information would give Waymo's competitors access to descriptions of the functionality or features of Waymo's autonomous vehicle

1  system.  If such information were made public, I understand that Waymo's competitive standing
2  would be significantly harmed.

3      5.    Waymo's request to seal is narrowly tailored to those portions of Appendices 2-3, 6,
4  and 9 that merit sealing.

5      6.    Waymo only seeks to seal the documents identified in the table above as designated by
6  Defendants because Waymo believes such information is considered confidential or non-public by
7  Defendants.

9  I declare under penalty of perjury under the laws of the State of California and the United
10 States of America that the foregoing is true and correct, and that this declaration was executed in San
11 Francisco, California, on February 4, 2018.

By */s/ Felipe Corredor*
    Felipe Corredor
    Attorneys for WAYMO LLC

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Felipe Corredor.

*/s/ Charles K. Verhoeven*
    Charles K. Verhoeven