1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS NOTICE OF SUBMISSION OF DEPOSITION DESIGNATION PACKETS** |

1   Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2   Portions of Its Notice of Submission of Deposition Designation Packets ("Administrative
3   Motion").

4   Having considered the Administrative Motion, and good cause to seal having been shown,
5   the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
6   below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Appendix 1 | Entire Document | Defendants |
| Appendix 2 | Entire Document | Waymo; Defendants |
| Appendix 3A | Entire Document | Defendants |
| Appendix 3B | Entire Document | Waymo; Defendants |
| Appendix 4 | Entire Document | Defendants |
| Appendix 5 | Entire Document | Defendants |
| Appendix 6 | Entire Document | Waymo; Defendants |
| Appendix 7 | Entire Document | Defendants |
| Appendix 8 | Entire Document | Waymo; Defendants |
| Appendix 9 | Entire Document | Waymo; Defendants |
| Appendix 10 | Entire Document | Waymo; Defendants |
| Appendix 11 | Entire Document | Defendants |
| Appendix 12 | Entire Document | Defendants |

17   **IT IS SO ORDERED.**

19   Dated: _____, 2018

HON. WILLIAM ALSUP
United States District Judge