QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>  Defendants. | CASE NO. 3:17-cv-00939<br><br>**PLAINTIFF WAYMO LLC'S NOTICE OF SUBMISSION OF DEPOSITION DESIGNATION PACKETS** |

Pursuant to Judge Alsup's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases, Paragraph 20(c), Plaintiff Waymo LLC ("Waymo") hereby provides final packets for deposition designations for John Bares and Brian McClendon.

Rulings will be required on objections to the following:

| | | |
|---|---|---|
| Appendix 1 | John Bares Designations (NON-SEALED) | Pages 17, 19, 179-180, 209-215, 229, 231, 233, 423, 492-493, 547, 548, 556-559, 594-595 |
| Appendix 2 | John Bares Designations (SEALED) | Pages 573, 576 |
| Appendix 3A | John Bares Counter Designations (NON-SEALED) | Pages 70, 130-131, 170-172, 374-375 |
| Appendix 3B | John Bares Counter Designations (SEALED) | None |
| Appendix 4 | Brian McClendon Designations | Pages 50, 60-61, 179-180 |
| Appendix 5 | Brian McClendon Counter Designations | Pages 76-77, 122, 134-135, 194, 213 |

The following exhibits are included, with the relevant passages highlighted as followed:

| | | |
|---|---|---|
| Appendix 6 | TX 170 | Pages 1, 2 |
| Appendix 7 | TX 367 | Page 40 |
| Appendix 8 | TX 459 | Page 1 |
| Appendix 9 | TX 679 | Page 1 |
| Appendix 10 | TX 682 | Page 2 |
| Appendix 11 | TX 674 | 1 |

-1-
WAYMO'S NOTICE OF SUBMISSION OF DEPOSITION DESIGNATION PACKETS

| Appendix 12 | TX 315 | 1 |

DATED: February 4, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC

# APPENDIX 1
# FILED UNDER SEAL

# APPENDIX 2
# FILED UNDER SEAL

# APPENDIX 3
# FILED UNDER SEAL

# APPENDIX 4
# FILED UNDER SEAL

# APPENDIX 5
# FILED UNDER SEAL

# APPENDIX 6
# FILED UNDER SEAL

# APPENDIX 7
# FILED UNDER SEAL

# APPENDIX 8
# FILED UNDER SEAL

# APPENDIX 9
# FILED UNDER SEAL

# APPENDIX 10
# FILED UNDER SEAL

# APPENDIX 11
# FILED UNDER SEAL

# APPENDIX 12
# FILED UNDER SEAL