# APPENDIX 1
# FILED UNDER SEAL

# APPENDIX 2
# FILED UNDER SEAL

# APPENDIX 3
# FILED UNDER SEAL

# APPENDIX 4
# FILED UNDER SEAL

# APPENDIX 5
# FILED UNDER SEAL

# APPENDIX 6
# FILED UNDER SEAL

# APPENDIX 7
# FILED UNDER SEAL

# APPENDIX 8
# FILED UNDER SEAL

# APPENDIX 9
# FILED UNDER SEAL

# APPENDIX 10
# FILED UNDER SEAL

# APPENDIX 11
# FILED UNDER SEAL

# APPENDIX 12
# FILED UNDER SEAL