MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S OBJECTION TO USE OF VIDEOS**<br><br>Trial Date: February 5, 2018 |

Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") file this short statement to give the Court a preview of an issue that will arise the first day of trial. Waymo LLC insists on playing YouTube videos that are essentially infomercials about Waymo. Some of them have a narrator talking about how great Waymo is. For example, in one video, entitled "Say Hello to Waymo" (available at https://www.youtube.com/watch?v=uHbMt6WDhQ8), the narrator talks about how long Waymo has been working on autonomous vehicles: "Since 2009, our team has been developing fully self-driving technology. And testing it on real city streets every single day. Until, after more than a million miles, we were ready to take a big step forward." At that point, the video demonstrates Waymo giving a blind man a ride. We have conferred with Waymo and explained that this is hearsay and prejudicial, but Waymo insists on playing it as a "demonstrative."

Another YouTube video has music playing while Waymo vehicles drive around, with captions announcing that Waymo or autonomous vehicles have arrived. There is no need for either side to be using marketing materials—written or video—at trial. They are largely irrelevant and obviously intended to bias the jury. The Court and parties should stay focused on the trade secret issues the jury is to decide—not whether autonomous vehicles are cool or whether they have arrived, or who has the best marketing materials. Rather, it is whether Uber misappropriated the eight specific alleged trade secrets at issue in this case.

Dated: February 4, 2018   MORRISON & FOERSTER LLP

By:   */s/ Arturo J. González*
ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC