[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC.; and OTTOMOTTO LLC,<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PARTIES' JOINT SUBMISSION OF TIMELINE AND LIST OF KEY INDIVIDUALS**<br><br>Judge: The Honorable William Alsup<br><br>Trial Date: February 5, 2018 |

Plaintiff Waymo LLC and Defendants Uber Technologies, Inc. and Ottomotto LLC hereby inform the Court that the parties have agreed on a timeline of key events (*see* Dkt. 2250) and a one-page list of key individuals (*see* 1/30/18 Hr'g Tr. 42:10-43:1) to give to the jury for reference during trial. The parties hereby jointly submit the timeline, attached as Exhibit 1, and the list of key individuals, attached as Exhibit 2.

DATED: February 5, 2018                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
   Charles K. Verhoeven
   Attorneys for Plaintiff WAYMO LLC

DATED: February 5, 2018                    MORRISON & FOERSTER LLP

By */s/ Arturo J. González*
   Arturo J. González

   Attorneys for Defendants

   UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED: February 5, 2018          By  */s/ Charles K. Verhoeven*
                                     Charles K. Verhoeven

# Exhibit 1



# Exhibit 2

## *List of Key Individuals*

| Name | Affiliation | Dates with Company |
|---|---|---|
| John Bares | Uber | 2015 – September 2017 |
| Scott Boehmke | Uber | 2015 – present |
| Dimitri Dolgov | Google/Waymo | 2009 – present |
| Pierre-Yves Droz | Google/Waymo | 2011 – present |
| James Haslim | Uber | 2016 – present |
| Travis Kalanick | Uber | 2009 – June 2017 |
| John Krafcik | Google/Waymo | 2015 – present |
| Anthony Levandowski | Google/Waymo<br>Ottomotto<br>Uber | 2007 – January 2016<br>January 2016 – August 2016<br>August 2016 – May 2017 |
| Eric Meyhofer | Uber | 2015 – present |
| Larry Page | Alphabet/Google/Waymo | 1998 – present |
| Cameron Poetzscher | Uber | 2014 – present |
| Nina Qi | Uber | September 2015 – July 2017 |
| Alexander (Sasha) Zbrozek | Google/Waymo | 2011 – present |

sf-3864551