# Exhibit 2

## *List of Key Individuals*

| Name | Affiliation | Dates with Company |
|---|---|---|
| John Bares | Uber | 2015 – September 2017 |
| Scott Boehmke | Uber | 2015 – present |
| Dimitri Dolgov | Google/Waymo | 2009 – present |
| Pierre-Yves Droz | Google/Waymo | 2011 – present |
| James Haslim | Uber | 2016 – present |
| Travis Kalanick | Uber | 2009 – June 2017 |
| John Krafcik | Google/Waymo | 2015 – present |
| Anthony Levandowski | Google/Waymo<br>Ottomotto<br>Uber | 2007 – January 2016<br>January 2016 – August 2016<br>August 2016 – May 2017 |
| Eric Meyhofer | Uber | 2015 – present |
| Larry Page | Alphabet/Google/Waymo | 1998 – present |
| Cameron Poetzscher | Uber | 2014 – present |
| Nina Qi | Uber | September 2015 – July 2017 |
| Alexander (Sasha) Zbrozek | Google/Waymo | 2011 – present |

sf-3864551