UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

                Plaintiff,

      v.

UBER TECHNOLOGIES, INC., et al.,

                Defendants.

Case No. 17-cv-00939-WHA

**NOTICE OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project.  Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Further Jury Trial

Date of scheduled proceeding: Beginning 02/26/2018 and concluding in approximately four days.

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras within seven days of the date of this notice.

Dated: 02/05/2018

Susan Y. Soong, Clerk of Court

_Susan Y. Soong_
_____
Signature of Clerk or Deputy Clerk