# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| | | |
|---|---|---|
| **Date:** 2/05/2018 | **Time:** 4 Hrs. | **Judge:** WILLIAM ALSUP |
| **Case No.:** 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorney for Plaintiff:** Charles Verhoeven, Melissa Bailey, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe
**Also Present:** Demarren Berkeley, Corporate Representative
**Attorney for Defendant:** Arturo Gonzales, Bill Carmody, Esther Chang, Karen Dunn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin
**Also Present:** Eric Meyhofer, Uber Representative; Tony West, Uber Corporate Counsel; Nicole Barto, Uber Representative.
**Special Master:** John Cooper

## PROCEEDINGS

REASON FOR HEARING:    Jury Trial - HELD

RESULT OF HEARING:     Opening statements began and concluded by the parties.
Sworn Witnesses: John Krafcik, Dmitri Dolgoe.
Admitted Exhibits: 1249, 1898, 1362, 1907, 1131, 1648, 1255.

See Attached Trial Log.

CONTINUED TO: February 6, 2018 at 7:30 am for Further Jury Trial.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

17-cv-00939-WHA          Waymo LLC v. Uber Technologies, Inc.

## TRIAL LOG

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, Melissa Bailey, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe. | Arturo Gonzales, Bill Carmody, Esther Chang, Karen Dunn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin. |
| Also Present: Special Master: John Cooper | Demarren Berkeley, Corporation Representative | Eric Meyhofer, Corporate Representative; Tony West, Nicole Barto |
| TRIAL DATE: | REPORTERS: | CLERK: |
| February 5, 2018 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:28 a.m. | | | Court in session.  Preliminary matters discussed. | |
| | | 7:30 a.m. | | | Court in recess. | |
| | | 7:43 a.m. | | | Court reconvened.  Housekeeping matters discussed outside the presence of the jury. | |
| | | 8:00 a.m. | | | Jurors present. Case called.  Counsel state appearances. The Court welcomes and instructs the panel. | |
| | | 8:11 a.m. | | | Public opening statement begins by Charles Verhoeven. | |
| | | 9:04 a.m. | | | Public opening statement concludes. | |
| | | 9:05 a.m. | | | Court in recess. | |
| | | 9:23 a.m. | | | Court reconvened.  Housekeeping matters discussed outside the presence of the jury. | |
| | | 9:25 a.m. | | | Jury present.  Handouts distributed to jury with instruction by the Court. | |
| | | 9:28 a.m. | | | Public opening statement begins by Bill Carmody. | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 9:42 a.m. | | | Court in recess due to technical difficulties.  Jurors excused. | |
| | | 10:00 a.m. | | | Jury present.  Public opening statement by Bill Carmody continues. | |
| | | 10:25 a.m. | | | Public opening statement concludes. | |
| | | 10:30 a.m. | | | Sealed opening statement begins by Jordan Jaffe. | |
| | | 10:46 a.m. | | | Sealed opening statement concludes. | |
| | | 10:46 a.m. | | | Sealed opening statement begins by Bill Carmody. | |
| | | 11:19 a.m. | | | Sealed opening statement concludes. | |
| | | 11:20 a.m. | | | Jurors excused.  Housekeeping matters discussed outside the presence of the jury.  Attorneys to meet and confer regarding issues as stated on the record. | |
| | | 11:38 a.m. | | | Court in recess. | |
| | | 11:40 a.m. | | | Court reconvened.  Jurors present.  Witness, **John Krafcik**, approaches the witness stand and is sworn for testimony.  Direct examination of witness by Charles Verhoeven. | |
| | | 12:12 p.m. | | | Cross-examination of witness by Bill Carmody. | |
| | 1249 | | X | X | Email dated 11/20/2015 from Astro Teller to John Krafcik. | |
| | 1898 | | X | X | Email dated 01/09/2016 from Larry Page to John Krafcik. | |
| | 1362 | | X | X | Email dated 1/21/2016 from Dmitri Dolgov to John Krafcik. | |
| | 1907 | | X | X | Email dated 7/11/2016 from John Krafcik to Sergey Brin. | |
| | 1131 | | X | X | Email dated 7/11/2016 from John Krafcik to Joanne Chin. | |
| | 1648 | | X | X | Email dated 8/23/2016 from Stacy Savides Sullivan to Johnny Luu. | |
| | 1255 | | X | X | Self-Driving Cars one page summary from John Krafcik. | |
| | | 12:44 p.m. | | | Re-direct examination of witness by Charles Verhoeven. | |

| | | 12:48 p.m. | | | Re-cross examination of witness by Bill Carmody. | |
| | | 12:49 p.m. | | | Re-direct examination of witness by Charles Verhoeven. | |
| | | 12:50 p.m. | | | Re-cross examination of witness y Bill Carmody. | |
| | | 12:50 p.m. | | | Witness excused. | |
| | | 12:51 p.m. | | | Witness, **Dmitri Dolgoe**, approaches the witness stand and is sworn for testimony.  Direct examination of witness by Jordan Jaffe. | |
| | | 1:01 p.m. | | | The Court admonishes the jury and they are excused. | |
| | | | | | Housekeeping matters regarding seven future proposed documents to be introduced as exhibits discussed outside the presence of the jury.  Counsel will each submit a list of documents to be discussed by 6:00 a.m. 2/6/2018.  The Court ruled re [2603] Stipulation as stated on the record. | |
| | | 1:07 p.m. | | | Court in recess.  Counsel are to return tomorrow, February 6, 2018, at 7:30 a.m. | |