QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **PLAINTIFF WAYMO'S AMENDED FEBRUARY 5, 2018 LIST OF NEXT SEVEN WITNESSES** |

Pursuant to this Court's December 4, 2017 Order (Dkt. 2340) and the parties' stipulation (1/30/17 Hearing Tr., 106:8-19), Plaintiff Waymo LLC ("Waymo") hereby submits the following rolling list of its next seven trial witnesses:

1. Gary Brown
2. William Grossman
3. John Bares (by deposition)
4. Travis Kalanick
5. Brian McClendon (by deposition)
6. Cameron Poetzscher
7. Nina Qi
8. Lior Ron
9. Bill Gurley
10. Jim Timmins
11. Eric Friedberg
12. Melanie Maugeri
13. Eric Tate
14. Andy Crain

Pursuant to this Court's January 18, 2018 Order (Dkt. 2492), Waymo states that it intends to request closure of the courtroom for the final 9 minutes of John Bares' testimony because he will be discussing the substance of Waymo's asserted trade secrets.

Dated: February 5, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Plaintiff Waymo's February 5, 2018 List of Next Seven Witnesses.

Dated:  February 5, 2018                         */s/ Charles K. Verhoeven*
                                                                Charles K. Verhoeven