# EXHIBIT 1

| Row in "Photo_List.xlsx" | Prod_Volume | BegBates | EndBates | PgCount | Original Filename | Produced Filename |
|---|---|---|---|---|---|---|
| 17 | SFM004 | SFM00000922 | SFM00000922 | 1 | 003204953.jpg | SFM00000922.pdf |
| 21 | SFM003 | SFM00000557 | SFM00000557 | 1 | 003205361.PNG | SFM00000557.pdf |
| 24 | SFM003 | SFM00000558 | SFM00000558 | 1 | 003205406.PNG | SFM00000558.pdf |
| 25 | SFM003 | SFM00000561 | SFM00000561 | 1 | 003205575.PNG | SFM00000561.pdf |
| 29 | SFM003 | SFM00000569 | SFM00000569 | 1 | 003206006.PNG | SFM00000569.pdf |
| 32 | SFM003 | SFM00000571 | SFM00000571 | 1 | 003206155.PNG | SFM00000571.pdf |
| 49 | SFM004 | SFM00000929 | SFM00000929 | 1 | 003209035.jpg | SFM00000929.pdf |
| 50 | SFM004 | SFM00000930 | SFM00000930 | 1 | 003209195.jpg | SFM00000930.pdf |
| 51 | SFM004 | SFM00000933 | SFM00000933 | 1 | 003210044.jpg | SFM00000933.pdf |
| 52 | SFM003 | SFM00000643 | SFM00000643 | 1 | 003210458.JPG | SFM00000643.pdf |
| 60 | SFM003 | SFM00000664 | SFM00000664 | 1 | 003211376.PNG | SFM00000664.pdf |
| 64 | SFM003 | SFM00000686 | SFM00000686 | 1 | 003212846.JPG | SFM00000686.pdf |
| 68 | SFM003 | SFM00000696 | SFM00000696 | 1 | 003213285.JPG | SFM00000696.pdf |
| 69 | SFM004 | SFM00000940 | SFM00000940 | 1 | 003213671.jpg | SFM00000940.pdf |
| 70 | SFM004 | SFM00000941 | SFM00000941 | 1 | 003213811.jpg | SFM00000941.pdf |
| 87 | SFM003 | SFM00000726 | SFM00000726 | 1 | 003217207.JPG | SFM00000726.pdf |
| 92 | SFM005 | SFM00001181 | SFM00001181 | 1 | 003218446.PNG | SFM00001181.pdf |
| 98 | SFM004 | SFM00000964 | SFM00000964 | 1 | 003219179.JPG | SFM00000964.pdf |
| 102 | SFM005 | SFM00001184 | SFM00001184 | 1 | 003219540.JPG | SFM00001184.pdf |
| 106 | SFM003 | SFM00000737 | SFM00000737 | 1 | 003219760.JPG | SFM00000737.pdf |
| 109 | SFM003 | SFM00000739 | SFM00000739 | 1 | 003219876.JPG | SFM00000739.pdf |
| 111 | SFM005 | SFM00001189 | SFM00001189 | 1 | 003221486.JPG | SFM00001189.pdf |
| 113 | SFM004 | SFM00000970 | SFM00000970 | 1 | 003222090.jpg | SFM00000970.pdf |
| 133 | SFM005 | SFM00001200 | SFM00001200 | 1 | 003229138.PNG | SFM00001200.pdf |
| 139 | SFM005 | SFM00001201 | SFM00001201 | 1 | 003230020.JPG | SFM00001201.pdf |
| 142 | SFM003 | SFM00000750 | SFM00000750 | 1 | 003230696.JPG | SFM00000750.pdf |
| 143 | SFM003 | SFM00000754 | SFM00000754 | 1 | 003231062.JPG | SFM00000754.pdf |
| 145 | SFM003 | SFM00000759 | SFM00000759 | 1 | 003231683.PNG | SFM00000759.pdf |
| 147 | SFM003 | SFM00000761 | SFM00000761 | 1 | 003231740.PNG | SFM00000761.pdf |
| 149 | SFM004 | SFM00001004 | SFM00001004 | 1 | 003232500.JPG | SFM00001004.pdf |
| 150 | SFM003 | SFM00000770 | SFM00000770 | 1 | 003233926.JPG | SFM00000770.pdf |
| 151 | SFM004 | SFM00001060 | SFM00001060 | 1 | 003235961.JPG | SFM00001060.pdf |
| 152 | SFM003 | SFM00000783 | SFM00000783 | 1 | 003236053.JPG | SFM00000783.pdf |
| 154 | SFM004 | SFM00001064 | SFM00001064 | 1 | 003236134.JPG | SFM00001064.pdf |
| 155 | SFM004 | SFM00001068 | SFM00001068 | 1 | 003236276.JPG | SFM00001068.pdf |
| 157 | SFM005 | SFM00001207 | SFM00001207 | 1 | 003236422.JPG | SFM00001207.pdf |
| 163 | SFM004 | SFM00001076 | SFM00001076 | 1 | 003236749.JPG | SFM00001076.pdf |
| 166 | SFM004 | SFM00001081 | SFM00001081 | 1 | 003237030.JPG | SFM00001081.pdf |
| 167 | SFM004 | SFM00001083 | SFM00001083 | 1 | 003237104.JPG | SFM00001083.pdf |

Case 3:17-cv-00939-WHA   Document 2622-1   Filed 02/05/18   Page 3 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 168 | SFM004 | SFM00001085 | SFM00001085 | 1 | 003237146.JPG | SFM00001085.pdf |
| 170 | SFM004 | SFM00001087 | SFM00001087 | 1 | 003237222.JPG | SFM00001087.pdf |
| 173 | SFM004 | SFM00001089 | SFM00001089 | 1 | 003237372.JPG | SFM00001089.pdf |
| 176 | SFM004 | SFM00001091 | SFM00001091 | 1 | 003237529.JPG | SFM00001091.pdf |
| 177 | SFM003 | SFM00000800 | SFM00000800 | 1 | 003237800.JPG | SFM00000800.pdf |
| 178 | SFM004 | SFM00001106 | SFM00001106 | 1 | 003238189.JPG | SFM00001106.pdf |
| 180 | SFM004 | SFM00001108 | SFM00001108 | 1 | 003238336.JPG | SFM00001108.pdf |
| 183 | SFM004 | SFM00001115 | SFM00001115 | 1 | 003239020.JPG | SFM00001115.pdf |
| 186 | SFM004 | SFM00001116 | SFM00001116 | 1 | 003239170.JPG | SFM00001116.pdf |
| 194 | SFM003 | SFM00000846 | SFM00000846 | 1 | 003242781.JPG | SFM00000846.pdf |
| 196 | SFM003 | SFM00000847 | SFM00000847 | 1 | 003242993.JPG | SFM00000847.pdf |
| 198 | SFM003 | SFM00000850 | SFM00000850 | 1 | 003243576.JPG | SFM00000850.pdf |
| 204 | SFM003 | SFM00000869 | SFM00000869 | 1 | 003245011.JPG | SFM00000869.pdf |
| 222 | SFM004 | SFM00001130 | SFM00001130 | 1 | 003248791.jpg | SFM00001130.pdf |
| 284 | SFM004 | SFM00001141 | SFM00001141 | 1 | 003258992.jpg | SFM00001141.pdf |
| 289 | SFM004 | SFM00001146 | SFM00001146 | 1 | 003261075.jpg | SFM00001146.pdf |
| 323 | SFM004 | SFM00001152 | SFM00001152 | 1 | 003264106.jpg | SFM00001152.pdf |
| 326 | SFM004 | SFM00001153 | SFM00001153 | 1 | 003264254.jpg | SFM00001153.pdf |
| 337 | SFM004 | SFM00001162 | SFM00001162 | 1 | 003266563.jpg | SFM00001162.pdf |
| 346 | SFM004 | SFM00001166 | SFM00001166 | 1 | 003269658.jpg | SFM00001166.pdf |
| 356 | SFM003 | SFM00000889 | SFM00000889 | 1 | 003271911.JPG | SFM00000889.pdf |