# EXHIBIT 2

| Row in "Photo_List.xlsx" | Prod_Volume | BegBates | EndBates | PgCount | Original Filename | Produced Filename |
|---|---|---|---|---|---|---|
| 1 | SFM007 | SFM00001250 | SFM00001250 | 1 | 003203584.JPG | SFM00001250.pdf |
| 2 | SFM007 | SFM00001251 | SFM00001251 | 1 | 003203597.JPG | SFM00001251.pdf |
| 3 | SFM007 | SFM00001252 | SFM00001252 | 1 | 003203605.JPG | SFM00001252.pdf |
| 4 | SFM007 | SFM00001253 | SFM00001253 | 1 | 003203610.JPG | SFM00001253.pdf |
| 5 | SFM007 | SFM00001254 | SFM00001254 | 1 | 003203658.jpg | SFM00001254.pdf |
| 6 | SFM007 | SFM00001255 | SFM00001255 | 1 | 003204381.jpg | SFM00001255.pdf |
| 7 | SFM007 | SFM00001256 | SFM00001256 | 1 | 003204448.jpg | SFM00001256.pdf |
| 8 | SFM007 | SFM00001257 | SFM00001257 | 1 | 003204606.jpg | SFM00001257.pdf |
| 9 | SFM007 | SFM00001258 | SFM00001258 | 1 | 003204625.JPG | SFM00001258.pdf |
| 10 | SFM007 | SFM00001259 | SFM00001259 | 1 | 003204646.JPG | SFM00001259.pdf |
| 11 | SFM007 | SFM00001260 | SFM00001260 | 1 | 003204651.JPG | SFM00001260.pdf |
| 12 | SFM007 | SFM00001261 | SFM00001261 | 1 | 003204658.jpg | SFM00001261.pdf |
| 13 | SFM007 | SFM00001262 | SFM00001262 | 1 | 003204726.JPG | SFM00001262.pdf |
| 14 | SFM007 | SFM00001263 | SFM00001263 | 1 | 003204801.JPG | SFM00001263.pdf |
| 15 | SFM007 | SFM00001264 | SFM00001264 | 1 | 003204836.JPG | SFM00001264.pdf |
| 16 | SFM007 | SFM00001265 | SFM00001265 | 1 | 003204898.JPG | SFM00001265.pdf |
| 18 | SFM007 | SFM00001266 | SFM00001266 | 1 | 003205105.JPG | SFM00001266.pdf |
| 19 | SFM007 | SFM00001267 | SFM00001267 | 1 | 003205170.jpg | SFM00001267.pdf |
| 20 | SFM007 | SFM00001268 | SFM00001268 | 1 | 003205337.PNG | SFM00001268.pdf |
| 22 | SFM007 | SFM00001269 | SFM00001269 | 1 | 003205373.PNG | SFM00001269.pdf |
| 23 | SFM007 | SFM00001270 | SFM00001270 | 1 | 003205388.PNG | SFM00001270.pdf |
| 26 | SFM007 | SFM00001271 | SFM00001271 | 1 | 003205623.PNG | SFM00001271.pdf |
| 27 | SFM007 | SFM00001272 | SFM00001272 | 1 | 003205744.JPG | SFM00001272.pdf |
| 28 | SFM007 | SFM00001273 | SFM00001273 | 1 | 003205749.PNG | SFM00001273.pdf |
| 30 | SFM007 | SFM00001274 | SFM00001274 | 1 | 003206102.JPG | SFM00001274.pdf |
| 31 | SFM007 | SFM00001275 | SFM00001275 | 1 | 003206115.PNG | SFM00001275.pdf |
| 33 | SFM007 | SFM00001276 | SFM00001276 | 1 | 003206172.JPG | SFM00001276.pdf |
| 34 | SFM007 | SFM00001277 | SFM00001277 | 1 | 003206193.PNG | SFM00001277.pdf |
| 35 | SFM007 | SFM00001278 | SFM00001278 | 1 | 003206284.JPG | SFM00001278.pdf |
| 36 | SFM007 | SFM00001279 | SFM00001279 | 1 | 003206574.JPG | SFM00001279.pdf |
| 37 | SFM007 | SFM00001280 | SFM00001280 | 1 | 003206609.BMP | SFM00001280.pdf |
| 38 | SFM007 | SFM00001281 | SFM00001281 | 1 | 003206720.PNG | SFM00001281.pdf |
| 39 | SFM007 | SFM00001282 | SFM00001282 | 1 | 003206797.JPG | SFM00001282.pdf |
| 40 | SFM007 | SFM00001283 | SFM00001283 | 1 | 003206801.JPG | SFM00001283.pdf |
| 41 | SFM007 | SFM00001284 | SFM00001284 | 1 | 003206809.JPG | SFM00001284.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | SFM007 | SFM00001285 | SFM00001285 | 1 | 003206887.JPG | SFM00001285.pdf |
| 43 | SFM007 | SFM00001286 | SFM00001286 | 1 | 003206909.JPG | SFM00001286.pdf |
| 44 | SFM007 | SFM00001287 | SFM00001287 | 1 | 003206914.JPG | SFM00001287.pdf |
| 45 | SFM007 | SFM00001288 | SFM00001288 | 1 | 003206935.JPG | SFM00001288.pdf |
| 46 | SFM007 | SFM00001289 | SFM00001289 | 1 | 003207025.JPG | SFM00001289.pdf |
| 47 | SFM007 | SFM00001290 | SFM00001290 | 1 | 003207352.jpg | SFM00001290.pdf |
| 48 | SFM007 | SFM00001291 | SFM00001291 | 1 | 003208384.jpg | SFM00001291.pdf |
| 53 | SFM007 | SFM00001292 | SFM00001292 | 1 | 003210493.jpg | SFM00001292.pdf |
| 54 | SFM007 | SFM00001293 | SFM00001293 | 1 | 003210748.JPG | SFM00001293.pdf |
| 55 | SFM007 | SFM00001294 | SFM00001294 | 1 | 003210950.jpg | SFM00001294.pdf |
| 56 | SFM007 | SFM00001295 | SFM00001295 | 1 | 003211062.JPG | SFM00001295.pdf |
| 57 | SFM007 | SFM00001296 | SFM00001296 | 1 | 003211147.JPG | SFM00001296.pdf |
| 58 | SFM007 | SFM00001297 | SFM00001297 | 1 | 003211184.JPG | SFM00001297.pdf |
| 59 | SFM007 | SFM00001298 | SFM00001298 | 1 | 003211195.JPG | SFM00001298.pdf |
| 61 | SFM007 | SFM00001299 | SFM00001299 | 1 | 003211492.PNG | SFM00001299.pdf |
| 62 | SFM007 | SFM00001300 | SFM00001300 | 1 | 003211705.PNG | SFM00001300.pdf |
| 63 | SFM007 | SFM00001301 | SFM00001301 | 1 | 003212792.JPG | SFM00001301.pdf |
| 65 | SFM007 | SFM00001302 | SFM00001302 | 1 | 003212872.JPG | SFM00001302.pdf |
| 66 | SFM007 | SFM00001303 | SFM00001303 | 1 | 003212909.JPG | SFM00001303.pdf |
| 67 | SFM007 | SFM00001304 | SFM00001304 | 1 | 003213166.JPG | SFM00001304.pdf |
| 71 | SFM007 | SFM00001305 | SFM00001305 | 1 | 003213826.jpg | SFM00001305.pdf |
| 72 | SFM007 | SFM00001306 | SFM00001306 | 1 | 003213881.jpg | SFM00001306.pdf |
| 73 | SFM007 | SFM00001307 | SFM00001307 | 1 | 003214009.JPG | SFM00001307.pdf |
| 74 | SFM007 | SFM00001308 | SFM00001308 | 1 | 003214148.JPG | SFM00001308.pdf |
| 75 | SFM007 | SFM00001309 | SFM00001309 | 1 | 003214161.JPG | SFM00001309.pdf |
| 76 | SFM007 | SFM00001310 | SFM00001310 | 1 | 003214162.JPG | SFM00001310.pdf |
| 77 | SFM007 | SFM00001311 | SFM00001311 | 1 | 003214211.JPG | SFM00001311.pdf |
| 78 | SFM007 | SFM00001312 | SFM00001312 | 1 | 003214219.JPG | SFM00001312.pdf |
| 79 | SFM007 | SFM00001313 | SFM00001313 | 1 | 003214228.JPG | SFM00001313.pdf |
| 80 | SFM007 | SFM00001314 | SFM00001314 | 1 | 003214259.JPG | SFM00001314.pdf |
| 81 | SFM007 | SFM00001315 | SFM00001315 | 1 | 003214271.JPG | SFM00001315.pdf |
| 82 | SFM007 | SFM00001316 | SFM00001316 | 1 | 003214319.JPG | SFM00001316.pdf |
| 83 | SFM007 | SFM00001317 | SFM00001317 | 1 | 003214370.JPG | SFM00001317.pdf |
| 84 | SFM007 | SFM00001318 | SFM00001318 | 1 | 003214504.JPG | SFM00001318.pdf |
| 85 | SFM007 | SFM00001319 | SFM00001319 | 1 | 003216950.JPG | SFM00001319.pdf |
| 86 | SFM007 | SFM00001320 | SFM00001320 | 1 | 003216984.JPG | SFM00001320.pdf |
| 88 | SFM007 | SFM00001321 | SFM00001321 | 1 | 003217830.JPG | SFM00001321.pdf |
| 89 | SFM007 | SFM00001322 | SFM00001322 | 1 | 003218140.JPG | SFM00001322.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 90 | SFM007 | SFM00001323 | SFM00001323 | 1 | 003218204.PNG | SFM00001323.pdf |
| 91 | SFM007 | SFM00001324 | SFM00001324 | 1 | 003218339.JPG | SFM00001324.pdf |
| 93 | SFM007 | SFM00001325 | SFM00001325 | 1 | 003218594.JPG | SFM00001325.pdf |
| 94 | SFM007 | SFM00001326 | SFM00001326 | 1 | 003218615.jpg | SFM00001326.pdf |
| 95 | SFM007 | SFM00001327 | SFM00001327 | 1 | 003218979.jpg | SFM00001327.pdf |
| 96 | SFM007 | SFM00001328 | SFM00001328 | 1 | 003219124.JPG | SFM00001328.pdf |
| 97 | SFM007 | SFM00001329 | SFM00001329 | 1 | 003219144.JPG | SFM00001329.pdf |
| 99 | SFM007 | SFM00001330 | SFM00001330 | 1 | 003219305.JPG | SFM00001330.pdf |
| 100 | SFM007 | SFM00001331 | SFM00001331 | 1 | 003219489.JPG | SFM00001331.pdf |
| 101 | SFM007 | SFM00001332 | SFM00001332 | 1 | 003219538.JPG | SFM00001332.pdf |
| 103 | SFM007 | SFM00001333 | SFM00001333 | 1 | 003219545.JPG | SFM00001333.pdf |
| 104 | SFM007 | SFM00001334 | SFM00001334 | 1 | 003219573.JPG | SFM00001334.pdf |
| 105 | SFM007 | SFM00001335 | SFM00001335 | 1 | 003219701.JPG | SFM00001335.pdf |
| 107 | SFM007 | SFM00001336 | SFM00001336 | 1 | 003219795.JPG | SFM00001336.pdf |
| 108 | SFM007 | SFM00001337 | SFM00001337 | 1 | 003219803.JPG | SFM00001337.pdf |
| 110 | SFM007 | SFM00001338 | SFM00001338 | 1 | 003220737.JPG | SFM00001338.pdf |
| 112 | SFM007 | SFM00001339 | SFM00001339 | 1 | 003222056.JPG | SFM00001339.pdf |
| 114 | SFM007 | SFM00001340 | SFM00001340 | 1 | 003222369.JPG | SFM00001340.pdf |
| 115 | SFM007 | SFM00001341 | SFM00001341 | 1 | 003223181.JPG | SFM00001341.pdf |
| 116 | SFM007 | SFM00001342 | SFM00001342 | 1 | 003223643.JPG | SFM00001342.pdf |
| 117 | SFM007 | SFM00001343 | SFM00001343 | 1 | 003224402.JPG | SFM00001343.pdf |
| 118 | SFM007 | SFM00001344 | SFM00001344 | 1 | 003225297.JPG | SFM00001344.pdf |
| 119 | SFM007 | SFM00001345 | SFM00001345 | 1 | 003225385.jpg | SFM00001345.pdf |
| 120 | SFM007 | SFM00001346 | SFM00001346 | 1 | 003225388.JPG | SFM00001346.pdf |
| 121 | SFM007 | SFM00001347 | SFM00001347 | 1 | 003225462.JPG | SFM00001347.pdf |
| 122 | SFM007 | SFM00001348 | SFM00001348 | 1 | 003225718.JPG | SFM00001348.pdf |
| 123 | SFM007 | SFM00001349 | SFM00001349 | 1 | 003225759.JPG | SFM00001349.pdf |
| 124 | SFM007 | SFM00001350 | SFM00001350 | 1 | 003225900.JPG | SFM00001350.pdf |
| 125 | SFM007 | SFM00001351 | SFM00001351 | 1 | 003225995.JPG | SFM00001351.pdf |
| 126 | SFM007 | SFM00001352 | SFM00001352 | 1 | 003226085.JPG | SFM00001352.pdf |
| 127 | SFM007 | SFM00001353 | SFM00001353 | 1 | 003226373.JPG | SFM00001353.pdf |
| 128 | SFM007 | SFM00001354 | SFM00001354 | 1 | 003226553.jpg | SFM00001354.pdf |
| 129 | SFM007 | SFM00001355 | SFM00001355 | 1 | 003227354.JPG | SFM00001355.pdf |
| 130 | SFM007 | SFM00001356 | SFM00001356 | 1 | 003228373.JPG | SFM00001356.pdf |
| 131 | SFM007 | SFM00001357 | SFM00001357 | 1 | 003228379.JPG | SFM00001357.pdf |
| 132 | SFM007 | SFM00001358 | SFM00001358 | 1 | 003228395.PNG | SFM00001358.pdf |
| 134 | SFM007 | SFM00001359 | SFM00001359 | 1 | 003229308.JPG | SFM00001359.pdf |
| 135 | SFM007 | SFM00001360 | SFM00001360 | 1 | 003229314.JPG | SFM00001360.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 136 | SFM007 | SFM00001361 | SFM00001361 | 1 | 003229846.JPG | SFM00001361.pdf |
| 137 | SFM007 | SFM00001362 | SFM00001362 | 1 | 003229854.JPG | SFM00001362.pdf |
| 138 | SFM007 | SFM00001363 | SFM00001363 | 1 | 003230001.JPG | SFM00001363.pdf |
| 140 | SFM007 | SFM00001364 | SFM00001364 | 1 | 003230036.JPG | SFM00001364.pdf |
| 141 | SFM007 | SFM00001365 | SFM00001365 | 1 | 003230078.jpg | SFM00001365.pdf |
| 144 | SFM007 | SFM00001366 | SFM00001366 | 1 | 003231543.JPG | SFM00001366.pdf |
| 146 | SFM007 | SFM00001367 | SFM00001367 | 1 | 003231739.JPG | SFM00001367.pdf |
| 148 | SFM007 | SFM00001368 | SFM00001368 | 1 | 003232115.JPG | SFM00001368.pdf |
| 153 | SFM007 | SFM00001369 | SFM00001369 | 1 | 003236127.JPG | SFM00001369.pdf |
| 156 | SFM007 | SFM00001370 | SFM00001370 | 1 | 003236386.JPG | SFM00001370.pdf |
| 158 | SFM007 | SFM00001371 | SFM00001371 | 1 | 003236461.JPG | SFM00001371.pdf |
| 159 | SFM007 | SFM00001372 | SFM00001372 | 1 | 003236564.PNG | SFM00001372.pdf |
| 160 | SFM007 | SFM00001373 | SFM00001373 | 1 | 003236630.JPG | SFM00001373.pdf |
| 161 | SFM007 | SFM00001374 | SFM00001374 | 1 | 003236672.jpg | SFM00001374.pdf |
| 162 | SFM007 | SFM00001375 | SFM00001375 | 1 | 003236682.PNG | SFM00001375.pdf |
| 164 | SFM007 | SFM00001376 | SFM00001376 | 1 | 003236890.JPG | SFM00001376.pdf |
| 165 | SFM007 | SFM00001377 | SFM00001377 | 1 | 003236909.JPG | SFM00001377.pdf |
| 169 | SFM007 | SFM00001378 | SFM00001378 | 1 | 003237198.jpg | SFM00001378.pdf |
| 171 | SFM007 | SFM00001379 | SFM00001379 | 1 | 003237260.JPG | SFM00001379.pdf |
| 172 | SFM007 | SFM00001380 | SFM00001380 | 1 | 003237268.JPG | SFM00001380.pdf |
| 174 | SFM007 | SFM00001381 | SFM00001381 | 1 | 003237323.JPG | SFM00001381.pdf |
| 175 | SFM007 | SFM00001382 | SFM00001382 | 1 | 003237364.JPG | SFM00001382.pdf |
| 179 | SFM007 | SFM00001383 | SFM00001383 | 1 | 003238284.JPG | SFM00001383.pdf |
| 181 | SFM007 | SFM00001384 | SFM00001384 | 1 | 003238590.TIFF | SFM00001384.pdf |
| 182 | SFM007 | SFM00001385 | SFM00001385 | 1 | 003238739.jpg | SFM00001385.pdf |
| 184 | SFM007 | SFM00001386 | SFM00001386 | 1 | 003239090.TIFF | SFM00001386.pdf |
| 185 | SFM007 | SFM00001387 | SFM00001387 | 1 | 003239101.jpg | SFM00001387.pdf |
| 187 | SFM007 | SFM00001388 | SFM00001388 | 1 | 003239261.JPG | SFM00001388.pdf |
| 188 | SFM007 | SFM00001389 | SFM00001389 | 1 | 003239798.JPG | SFM00001389.pdf |
| 189 | SFM007 | SFM00001390 | SFM00001390 | 1 | 003240111.jpg | SFM00001390.pdf |
| 190 | SFM007 | SFM00001391 | SFM00001391 | 1 | 003241241.JPG | SFM00001391.pdf |
| 191 | SFM007 | SFM00001392 | SFM00001392 | 1 | 003242194.TIFF | SFM00001392.pdf |
| 192 | SFM007 | SFM00001393 | SFM00001393 | 1 | 003242569.JPG | SFM00001393.pdf |
| 193 | SFM007 | SFM00001394 | SFM00001394 | 1 | 003242722.JPG | SFM00001394.pdf |
| 195 | SFM007 | SFM00001395 | SFM00001395 | 1 | 003242818.JPG | SFM00001395.pdf |
| 197 | SFM007 | SFM00001396 | SFM00001396 | 1 | 003243408.JPG | SFM00001396.pdf |
| 199 | SFM007 | SFM00001397 | SFM00001397 | 1 | 003243883.jpg | SFM00001397.pdf |
| 200 | SFM007 | SFM00001398 | SFM00001398 | 1 | 003244083.jpg | SFM00001398.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 201 | SFM007 | SFM00001399 | SFM00001399 | 1 | 003244546.JPG | SFM00001399.pdf |
| 202 | SFM007 | SFM00001400 | SFM00001400 | 1 | 003244735.JPG | SFM00001400.pdf |
| 203 | SFM007 | SFM00001401 | SFM00001401 | 1 | 003244762.JPG | SFM00001401.pdf |
| 205 | SFM007 | SFM00001402 | SFM00001402 | 1 | 003245057.jpg | SFM00001402.pdf |
| 206 | SFM007 | SFM00001403 | SFM00001403 | 1 | 003245220.JPG | SFM00001403.pdf |
| 207 | SFM007 | SFM00001404 | SFM00001404 | 1 | 003245493.JPG | SFM00001404.pdf |
| 208 | SFM007 | SFM00001405 | SFM00001405 | 1 | 003245793.jpg | SFM00001405.pdf |
| 209 | SFM007 | SFM00001406 | SFM00001406 | 1 | 003246062.JPG | SFM00001406.pdf |
| 210 | SFM007 | SFM00001407 | SFM00001407 | 1 | 003246101.jpg | SFM00001407.pdf |
| 211 | SFM007 | SFM00001408 | SFM00001408 | 1 | 003246190.jpg | SFM00001408.pdf |
| 212 | SFM007 | SFM00001409 | SFM00001409 | 1 | 003246306.PNG | SFM00001409.pdf |
| 213 | SFM007 | SFM00001410 | SFM00001410 | 1 | 003248490.JPG | SFM00001410.pdf |
| 214 | SFM007 | SFM00001411 | SFM00001411 | 1 | 003248520.jpg | SFM00001411.pdf |
| 215 | SFM007 | SFM00001412 | SFM00001412 | 1 | 003248617.jpg | SFM00001412.pdf |
| 216 | SFM007 | SFM00001413 | SFM00001413 | 1 | 003248682.JPG | SFM00001413.pdf |
| 217 | SFM007 | SFM00001414 | SFM00001414 | 1 | 003248737.jpg | SFM00001414.pdf |
| 218 | SFM007 | SFM00001415 | SFM00001415 | 1 | 003248738.JPG | SFM00001415.pdf |
| 219 | SFM007 | SFM00001416 | SFM00001416 | 1 | 003248762.JPG | SFM00001416.pdf |
| 220 | SFM007 | SFM00001417 | SFM00001417 | 1 | 003248776.JPG | SFM00001417.pdf |
| 221 | SFM007 | SFM00001418 | SFM00001418 | 1 | 003248778.jpg | SFM00001418.pdf |
| 223 | SFM007 | SFM00001419 | SFM00001419 | 1 | 003248811.jpg | SFM00001419.pdf |
| 224 | SFM007 | SFM00001420 | SFM00001420 | 1 | 003248846.JPG | SFM00001420.pdf |
| 225 | SFM007 | SFM00001421 | SFM00001421 | 1 | 003248949.jpg | SFM00001421.pdf |
| 226 | SFM007 | SFM00001422 | SFM00001422 | 1 | 003249246.jpg | SFM00001422.pdf |
| 227 | SFM007 | SFM00001423 | SFM00001423 | 1 | 003249295.jpg | SFM00001423.pdf |
| 228 | SFM007 | SFM00001424 | SFM00001424 | 1 | 003249318.jpg | SFM00001424.pdf |
| 229 | SFM007 | SFM00001425 | SFM00001425 | 1 | 003249358.jpg | SFM00001425.pdf |
| 230 | SFM007 | SFM00001426 | SFM00001426 | 1 | 003249516.jpg | SFM00001426.pdf |
| 231 | SFM007 | SFM00001427 | SFM00001427 | 1 | 003249726.jpg | SFM00001427.pdf |
| 232 | SFM007 | SFM00001428 | SFM00001428 | 1 | 003249757.JPG | SFM00001428.pdf |
| 233 | SFM007 | SFM00001429 | SFM00001429 | 1 | 003249759.jpg | SFM00001429.pdf |
| 234 | SFM007 | SFM00001430 | SFM00001430 | 1 | 003250114.JPG | SFM00001430.pdf |
| 235 | SFM007 | SFM00001431 | SFM00001431 | 1 | 003250138.jpg | SFM00001431.pdf |
| 236 | SFM007 | SFM00001432 | SFM00001432 | 1 | 003250210.jpg | SFM00001432.pdf |
| 237 | SFM007 | SFM00001433 | SFM00001433 | 1 | 003250219.jpg | SFM00001433.pdf |
| 238 | SFM007 | SFM00001434 | SFM00001434 | 1 | 003250363.jpg | SFM00001434.pdf |
| 239 | SFM007 | SFM00001435 | SFM00001435 | 1 | 003250477.jpg | SFM00001435.pdf |
| 240 | SFM007 | SFM00001436 | SFM00001436 | 1 | 003250480.jpg | SFM00001436.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 241 | SFM007 | SFM00001437 | SFM00001437 | 1 | 003250529.jpg | SFM00001437.pdf |
| 242 | SFM007 | SFM00001438 | SFM00001438 | 1 | 003250549.jpg | SFM00001438.pdf |
| 243 | SFM007 | SFM00001439 | SFM00001439 | 1 | 003250581.jpg | SFM00001439.pdf |
| 244 | SFM007 | SFM00001440 | SFM00001440 | 1 | 003250658.jpg | SFM00001440.pdf |
| 245 | SFM007 | SFM00001441 | SFM00001441 | 1 | 003250757.jpg | SFM00001441.pdf |
| 246 | SFM007 | SFM00001442 | SFM00001442 | 1 | 003250821.jpg | SFM00001442.pdf |
| 247 | SFM007 | SFM00001443 | SFM00001443 | 1 | 003250939.jpg | SFM00001443.pdf |
| 248 | SFM007 | SFM00001444 | SFM00001444 | 1 | 003251087.jpg | SFM00001444.pdf |
| 249 | SFM007 | SFM00001445 | SFM00001445 | 1 | 003251145.jpg | SFM00001445.pdf |
| 250 | SFM007 | SFM00001446 | SFM00001446 | 1 | 003251273.jpg | SFM00001446.pdf |
| 251 | SFM007 | SFM00001447 | SFM00001447 | 1 | 003251537.jpg | SFM00001447.pdf |
| 252 | SFM007 | SFM00001448 | SFM00001448 | 1 | 003251573.jpg | SFM00001448.pdf |
| 253 | SFM007 | SFM00001449 | SFM00001449 | 1 | 003251582.jpg | SFM00001449.pdf |
| 254 | SFM007 | SFM00001450 | SFM00001450 | 1 | 003251626.jpg | SFM00001450.pdf |
| 255 | SFM007 | SFM00001451 | SFM00001451 | 1 | 003251684.jpg | SFM00001451.pdf |
| 256 | SFM007 | SFM00001452 | SFM00001452 | 1 | 003251971.jpg | SFM00001452.pdf |
| 257 | SFM007 | SFM00001453 | SFM00001453 | 1 | 003252420.jpg | SFM00001453.pdf |
| 258 | SFM007 | SFM00001454 | SFM00001454 | 1 | 003252528.jpg | SFM00001454.pdf |
| 259 | SFM007 | SFM00001455 | SFM00001455 | 1 | 003252704.jpg | SFM00001455.pdf |
| 260 | SFM007 | SFM00001456 | SFM00001456 | 1 | 003252757.jpg | SFM00001456.pdf |
| 261 | SFM007 | SFM00001457 | SFM00001457 | 1 | 003252781.jpg | SFM00001457.pdf |
| 262 | SFM007 | SFM00001458 | SFM00001458 | 1 | 003252827.jpg | SFM00001458.pdf |
| 263 | SFM007 | SFM00001459 | SFM00001459 | 1 | 003253089.jpg | SFM00001459.pdf |
| 264 | SFM007 | SFM00001460 | SFM00001460 | 1 | 003253163.jpg | SFM00001460.pdf |
| 265 | SFM007 | SFM00001461 | SFM00001461 | 1 | 003253386.jpg | SFM00001461.pdf |
| 266 | SFM007 | SFM00001462 | SFM00001462 | 1 | 003253896.jpg | SFM00001462.pdf |
| 267 | SFM007 | SFM00001463 | SFM00001463 | 1 | 003254230.jpg | SFM00001463.pdf |
| 268 | SFM007 | SFM00001464 | SFM00001464 | 1 | 003254724.jpg | SFM00001464.pdf |
| 269 | SFM007 | SFM00001465 | SFM00001465 | 1 | 003254887.jpg | SFM00001465.pdf |
| 270 | SFM007 | SFM00001466 | SFM00001466 | 1 | 003255053.jpg | SFM00001466.pdf |
| 271 | SFM007 | SFM00001467 | SFM00001467 | 1 | 003255157.jpg | SFM00001467.pdf |
| 272 | SFM007 | SFM00001468 | SFM00001468 | 1 | 003255779.jpg | SFM00001468.pdf |
| 273 | SFM007 | SFM00001469 | SFM00001469 | 1 | 003256023.jpg | SFM00001469.pdf |
| 274 | SFM007 | SFM00001470 | SFM00001470 | 1 | 003256117.jpg | SFM00001470.pdf |
| 275 | SFM007 | SFM00001471 | SFM00001471 | 1 | 003256318.jpg | SFM00001471.pdf |
| 276 | SFM007 | SFM00001472 | SFM00001472 | 1 | 003256608.jpg | SFM00001472.pdf |
| 277 | SFM007 | SFM00001473 | SFM00001473 | 1 | 003257695.jpg | SFM00001473.pdf |
| 278 | SFM007 | SFM00001474 | SFM00001474 | 1 | 003257759.jpg | SFM00001474.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 279 | SFM007 | SFM00001475 | SFM00001475 | 1 | 003257849.jpg | SFM00001475.pdf |
| 280 | SFM007 | SFM00001476 | SFM00001476 | 1 | 003258182.jpg | SFM00001476.pdf |
| 281 | SFM007 | SFM00001477 | SFM00001477 | 1 | 003258216.jpg | SFM00001477.pdf |
| 282 | SFM007 | SFM00001478 | SFM00001478 | 1 | 003258463.jpg | SFM00001478.pdf |
| 283 | SFM007 | SFM00001479 | SFM00001479 | 1 | 003258878.jpg | SFM00001479.pdf |
| 285 | SFM007 | SFM00001480 | SFM00001480 | 1 | 003259534.jpg | SFM00001480.pdf |
| 286 | SFM007 | SFM00001481 | SFM00001481 | 1 | 003259582.jpg | SFM00001481.pdf |
| 287 | SFM007 | SFM00001482 | SFM00001482 | 1 | 003259793.jpg | SFM00001482.pdf |
| 288 | SFM007 | SFM00001483 | SFM00001483 | 1 | 003261016.jpg | SFM00001483.pdf |
| 290 | SFM007 | SFM00001484 | SFM00001484 | 1 | 003261125.jpg | SFM00001484.pdf |
| 291 | SFM007 | SFM00001485 | SFM00001485 | 1 | 003261441.jpg | SFM00001485.pdf |
| 292 | SFM007 | SFM00001486 | SFM00001486 | 1 | 003261612.jpg | SFM00001486.pdf |
| 293 | SFM007 | SFM00001487 | SFM00001487 | 1 | 003261791.jpg | SFM00001487.pdf |
| 294 | SFM007 | SFM00001488 | SFM00001488 | 1 | 003261893.jpg | SFM00001488.pdf |
| 295 | SFM007 | SFM00001489 | SFM00001489 | 1 | 003261927.jpg | SFM00001489.pdf |
| 296 | SFM007 | SFM00001490 | SFM00001490 | 1 | 003262008.jpg | SFM00001490.pdf |
| 297 | SFM007 | SFM00001491 | SFM00001491 | 1 | 003262011.jpg | SFM00001491.pdf |
| 298 | SFM007 | SFM00001492 | SFM00001492 | 1 | 003262035.jpg | SFM00001492.pdf |
| 299 | SFM007 | SFM00001493 | SFM00001493 | 1 | 003262036.jpg | SFM00001493.pdf |
| 300 | SFM007 | SFM00001494 | SFM00001494 | 1 | 003262066.jpg | SFM00001494.pdf |
| 301 | SFM007 | SFM00001495 | SFM00001495 | 1 | 003262123.jpg | SFM00001495.pdf |
| 302 | SFM007 | SFM00001496 | SFM00001496 | 1 | 003262125.jpg | SFM00001496.pdf |
| 303 | SFM007 | SFM00001497 | SFM00001497 | 1 | 003262128.jpg | SFM00001497.pdf |
| 304 | SFM007 | SFM00001498 | SFM00001498 | 1 | 003262191.jpg | SFM00001498.pdf |
| 305 | SFM007 | SFM00001499 | SFM00001499 | 1 | 003262211.jpg | SFM00001499.pdf |
| 306 | SFM007 | SFM00001500 | SFM00001500 | 1 | 003262216.jpg | SFM00001500.pdf |
| 307 | SFM007 | SFM00001501 | SFM00001501 | 1 | 003262263.jpg | SFM00001501.pdf |
| 308 | SFM007 | SFM00001502 | SFM00001502 | 1 | 003262275.jpg | SFM00001502.pdf |
| 309 | SFM007 | SFM00001503 | SFM00001503 | 1 | 003262329.jpg | SFM00001503.pdf |
| 310 | SFM007 | SFM00001504 | SFM00001504 | 1 | 003262339.jpg | SFM00001504.pdf |
| 311 | SFM007 | SFM00001505 | SFM00001505 | 1 | 003262460.jpg | SFM00001505.pdf |
| 312 | SFM007 | SFM00001506 | SFM00001506 | 1 | 003262479.jpg | SFM00001506.pdf |
| 313 | SFM007 | SFM00001507 | SFM00001507 | 1 | 003262671.jpg | SFM00001507.pdf |
| 314 | SFM007 | SFM00001508 | SFM00001508 | 1 | 003262687.jpg | SFM00001508.pdf |
| 315 | SFM007 | SFM00001509 | SFM00001509 | 1 | 003262708.jpg | SFM00001509.pdf |
| 316 | SFM007 | SFM00001510 | SFM00001510 | 1 | 003262925.jpg | SFM00001510.pdf |
| 317 | SFM007 | SFM00001511 | SFM00001511 | 1 | 003263011.jpg | SFM00001511.pdf |
| 318 | SFM007 | SFM00001512 | SFM00001512 | 1 | 003263024.jpg | SFM00001512.pdf |

| | | | | | | |
|---|---|---|---|---|---|---|
| 319 | SFM007 | SFM00001513 | SFM00001513 | 1 | 003263209.jpg | SFM00001513.pdf |
| 320 | SFM007 | SFM00001514 | SFM00001514 | 1 | 003263600.jpg | SFM00001514.pdf |
| 321 | SFM007 | SFM00001515 | SFM00001515 | 1 | 003263730.jpg | SFM00001515.pdf |
| 322 | SFM007 | SFM00001516 | SFM00001516 | 1 | 003263922.jpg | SFM00001516.pdf |
| 324 | SFM007 | SFM00001517 | SFM00001517 | 1 | 003264107.jpg | SFM00001517.pdf |
| 325 | SFM007 | SFM00001518 | SFM00001518 | 1 | 003264204.jpg | SFM00001518.pdf |
| 327 | SFM007 | SFM00001519 | SFM00001519 | 1 | 003264649.jpg | SFM00001519.pdf |
| 328 | SFM007 | SFM00001520 | SFM00001520 | 1 | 003264966.jpg | SFM00001520.pdf |
| 329 | SFM007 | SFM00001521 | SFM00001521 | 1 | 003265055.jpg | SFM00001521.pdf |
| 330 | SFM007 | SFM00001522 | SFM00001522 | 1 | 003265250.jpg | SFM00001522.pdf |
| 331 | SFM007 | SFM00001523 | SFM00001523 | 1 | 003265500.jpg | SFM00001523.pdf |
| 332 | SFM007 | SFM00001524 | SFM00001524 | 1 | 003265508.jpg | SFM00001524.pdf |
| 333 | SFM007 | SFM00001525 | SFM00001525 | 1 | 003265705.jpg | SFM00001525.pdf |
| 334 | SFM007 | SFM00001526 | SFM00001526 | 1 | 003265717.jpg | SFM00001526.pdf |
| 335 | SFM007 | SFM00001527 | SFM00001527 | 1 | 003265990.jpg | SFM00001527.pdf |
| 336 | SFM007 | SFM00001528 | SFM00001528 | 1 | 003266296.jpg | SFM00001528.pdf |
| 338 | SFM007 | SFM00001529 | SFM00001529 | 1 | 003266675.jpg | SFM00001529.pdf |
| 339 | SFM007 | SFM00001530 | SFM00001530 | 1 | 003266830.jpg | SFM00001530.pdf |
| 340 | SFM007 | SFM00001531 | SFM00001531 | 1 | 003267043.jpg | SFM00001531.pdf |
| 341 | SFM007 | SFM00001532 | SFM00001532 | 1 | 003267490.jpg | SFM00001532.pdf |
| 342 | SFM007 | SFM00001533 | SFM00001533 | 1 | 003267513.jpg | SFM00001533.pdf |
| 343 | SFM007 | SFM00001534 | SFM00001534 | 1 | 003267842.jpg | SFM00001534.pdf |
| 344 | SFM007 | SFM00001535 | SFM00001535 | 1 | 003267994.jpg | SFM00001535.pdf |
| 345 | SFM007 | SFM00001536 | SFM00001536 | 1 | 003268306.jpg | SFM00001536.pdf |
| 347 | SFM007 | SFM00001537 | SFM00001537 | 1 | 003269692.jpg | SFM00001537.pdf |
| 348 | SFM007 | SFM00001538 | SFM00001538 | 1 | 003269973.jpg | SFM00001538.pdf |
| 349 | SFM007 | SFM00001539 | SFM00001539 | 1 | 003271226.jpg | SFM00001539.pdf |
| 350 | SFM007 | SFM00001540 | SFM00001540 | 1 | 003271639.jpg | SFM00001540.pdf |
| 351 | SFM007 | SFM00001541 | SFM00001541 | 1 | 003271883.JPG | SFM00001541.pdf |
| 352 | SFM007 | SFM00001542 | SFM00001542 | 1 | 003271886.JPG | SFM00001542.pdf |
| 353 | SFM007 | SFM00001543 | SFM00001543 | 1 | 003271898.JPG | SFM00001543.pdf |
| 354 | SFM007 | SFM00001544 | SFM00001544 | 1 | 003271908.JPG | SFM00001544.pdf |
| 355 | SFM007 | SFM00001545 | SFM00001545 | 1 | 003271910.JPG | SFM00001545.pdf |
| 357 | SFM007 | SFM00001546 | SFM00001546 | 1 | 003271916.JPG | SFM00001546.pdf |
| 358 | SFM007 | SFM00001547 | SFM00001547 | 1 | 003271941.JPG | SFM00001547.pdf |
| 359 | SFM007 | SFM00001548 | SFM00001548 | 1 | 003271965.JPG | SFM00001548.pdf |
| 360 | SFM007 | SFM00001549 | SFM00001549 | 1 | 003272146.JPG | SFM00001549.pdf |
| 361 | SFM007 | SFM00001550 | SFM00001550 | 1 | 003272200.JPG | SFM00001550.pdf |

| 362 | SFM007 | SFM00001551 | SFM00001551 | 1 | 003272288.JPG | SFM00001551.pdf |
| 363 | SFM007 | SFM00001552 | SFM00001552 | 1 | 003272291.JPG | SFM00001552.pdf |
| 364 | SFM007 | SFM00001553 | SFM00001553 | 1 | 003272528.JPG | SFM00001553.pdf |
| 365 | SFM007 | SFM00001554 | SFM00001554 | 1 | 003274519.JPG | SFM00001554.pdf |
| 366 | SFM007 | SFM00001555 | SFM00001555 | 1 | 003274744.JPG | SFM00001555.pdf |