*Waymo v. Uber*
Case No. 3:17-cv-00939-WHA

# TRIAL EXHIBIT 7114

**Uber Objections:**

- Fed. R. Evid. 802 – This document contains inadmissible hearsay; namely, while the general file descriptions were drafted by Stroz employees, the file listings consist of nothing but metadata copied from Anthony Levandowski's laptop, untransformed by Stroz's analysis. *See* Br. § III.

- Designated witnesses who received this document pre-litigation are: Eric Tate and John Gardner. The document therefore cannot be admitted for a non-hearsay purpose of notice to Uber or Ottomotto. *See* Br. § IV.

| Yellow Highlights | Hearsay Statements |
|---|---|
|  |  |

United States District Court
Northern District of California
Trial Exhibit 7114
Case No. 3:17-cv-00939-WHA
Date Entered _____
By _____ Deputy Clerk

PLF EXHIBIT 7114
WITNESS: KIM
DATE: 9-26-17
Anrae Wimberley, CSR 7778

| Row | File Ext | Last Accessed | Notes |
|---|---|---|---|
| 1 | pptx | 3/10/2016 16:06 | Apen confidential and proprietary presentation re: self-driving car |
| 2 | pdf | 2/24/2016 23:00 | Research paper on travel time reliability |
| 3 | pptx | 3/10/2016 16:06 | Vendor branded presentation regarding tests |
| 4 | pdf | 10/8/2015 17:11 | Password protected file |
| 5 | mp4 | 1/24/2016 13:09 | Split screen video of realtime traffic and digital interpretation of same |
| 6 | mp4 | 9/21/2015 20:32 | Split screen video of realtime traffic and digital interpretation of same |
| 7 | pdf | 3/22/2016 11:33 | Photographs of vehicle components and software |
| 8 | mp4 | 3/22/2016 11:34 | Video of someone demonstrating a feature of the self driving car |
| 9 | mp4 | 9/21/2015 20:32 | Video of someone demonstrating a feature of the self driving car |
| 10 | pptx | 3/10/2016 16:06 | Apen confidential and proprietary presentation re: marketing |
| 11 | mp4 | 3/10/2016 16:06 | Video of "Friday Sync" meeting about the miles stones and details of the self driving car project. Dated 03/13/15 |
| 12 | ogv | 3/22/2016 11:34 | Split screen video of realtime traffic and digital interpretation of same |
| 13 | ogv | 3/22/2016 11:34 | Split screen video of realtime traffic and digital interpretation of same |
| 14 | png | 3/10/2016 16:06 | Picture of close up of single component |
| 15 | png | 3/22/2016 11:34 | Picture of close up of multiple components |
| 16 | png | 3/10/2016 16:06 | Picture of multiple components |
| 17 | jpg | 3/10/2016 16:06 | Picture of component of self driving car |
| 18 | pdf | 3/22/2016 11:33 | Motor vehicle accident report with photographs |
| 19 | png | 3/10/2016 16:06 | Screenshot of browser of Aspen Slides of marketing material for autonomous vehicle |
| 20 | jpg | 3/22/2016 11:33 | Picture of comic related to self driving car |
| 21 | png | 3/10/2016 16:06 | Screenshot of browser of Aspen Slides of marketing material for autonomous vehicle |
| 22 | JPG | 10/2/2015 11:33 | Picture of component of self driving car |
| 23 | JPG | 10/2/2015 11:33 | Picture of component of self driving car |
| 24 | JPG | 10/2/2015 11:33 | Picture of component of self driving car |
| 25 | JPG | 10/2/2015 11:33 | Picture of component of self driving car |
| 26 | JPG | 10/2/2015 11:33 | Picture of component of self driving car |
| 27 | JPG | 10/2/2015 11:33 | Picture of component of self driving car |
| 28 | JPG | 10/2/2015 11:33 | Picture of component of self driving car |
| 29 | mp4 | 3/10/2016 16:06 | Close up video of a component of the self driving car |
| 30 | png | 3/10/2016 16:06 | Picture of aerial view of city |
| 31 | png | 3/22/2016 11:39 | Picture of aerial view of city |
| 32 | png | 3/10/2016 16:06 | Picture of aerial view of city |
| 33 | jpg | 3/10/2016 16:06 | Picture of closeup of component |
| 34 | png | 3/10/2016 16:06 | Picture of surface street sensors |
| 35 | doc | 12/26/2015 23:46 | Autonomous vehicles agenda with participants and maps |
| 36 | doc | 12/26/2015 23:46 | Autonomous vehicles agenda with participants |
| 37 | JPG | 3/10/2016 16:06 | Picture of closeup of component |
| 38 | JPG | 3/10/2016 16:06 | Picture of closeup of component |
| 39 | JPG | 3/10/2016 16:06 | Picture of closeup of component |
| 40 | JPG | 3/10/2016 16:06 | Picture of closeup of component |
| 41 | JPG | 3/10/2016 16:06 | Picture of closeup of component |
| 42 | JPG | 3/10/2016 16:06 | Picture of closeup of component |
| 43 | JPG | 3/10/2016 16:06 | Picture of closeup of component |
| 44 | jpg | 3/10/2016 11:35 | Picture of a cartoon depicting Android |
| 45 | jpg | 3/10/2016 16:06 | Picture of (confidential) camera advertisement material |
| 46 | png | 3/10/2016 16:06 | Picture of readings from oscilloscope |

| # | Date | Ext | Description |
|---|------|-----|-------------|
| 47 | 3/22/2016 11:35 | png | Picture of Android marketing material |
| 48 | 12/26/2015 23:32 | jpg | Picture of what appears to be someone's eye |
| 49 | 12/26/2015 23:32 | jpg | Picture of what appears to be someone's eye |
| 50 | 12/26/2015 23:32 | jpg | Picture of what appears to be someone's eye |
| 51 | 12/26/2015 23:32 | jpg | Picture of what appears to be someone's eye |
| 52 | 3/10/2016 16:06 | png | Picture of microlens focal plane diagram |
| 53 | 3/10/2016 16:06 | png | Picture of microlens ray fan horizontal view diagram |
| 54 | 9/21/2015 20:53 | pdf | Article on pulsed operation of VCSELs |
| 55 | 1/24/2016 13:09 | mov | Video of autonomous vehicle test drive |
| 56 | 3/22/2016 11:33 | rtf | Note describing bumper sticker of car |
| 57 | 3/22/2016 11:35 | JPG | Picture of safety instructions related to self driving car |
| 58 | 3/22/2016 11:35 | JPG | Picture of virtual world on monitor |
| 59 | 10/2/2015 11:33 | jpg | Picture of self driving car and a person |
| 60 | 10/2/2015 11:33 | jpg | Picture of a person in a car |
| 61 | 3/22/2016 11:35 | mp4 | Split screen video of realtime traffic and digital interpretation of same |
| 62 | 9/21/2015 20:32 | mp4 | Split screen video of realtime traffic and digital interpretation of same |
| 63 | 3/22/2016 11:35 | jpg | Picture of simulation arrangement |
| 64 | 3/22/2016 11:35 | png | Picture of diagram of autonomous vehicle |
| 65 | 1/24/2016 13:09 | wmv | Public video (a PBS program about the self driving car) |
| 66 | 1/24/2016 13:09 | wmv | Public video (a PBS program about the self driving car) |
| 67 | 3/22/2016 11:33 | pptx | Aspen confidential presentation re: self-driving car |
| 68 | 9/21/2015 20:52 | gslides | Gslide link |
| 69 | 9/21/2015 20:53 | xlsx | Spreadsheet containing very little information. |
| 70 | 1/24/2016 13:09 | MOV | Close up video of component on interior of vehicle |
| 71 | 3/22/2016 11:33 | rtf | Note describing comments of a plan regarding self-driving car |
| 72 | 3/22/2016 11:33 | rtf | Note describing list of names and emails |
| 73 | 3/10/2016 16:06 | key | Presentation of the miles stones over time. |
| 74 | 3/22/2016 11:39 | pdf | Receipt for computer components |
| 75 | 3/22/2016 11:35 | pptx | Aspen confidential presentation re: self-driving car |
| 76 | 9/21/2015 20:32 | pptx | Aspen confidential presentation re: self-driving car |
| 77 | 1/19/2016 13:58 | plugin | System File |
| 78 | 3/22/2016 11:35 | mp4 | Split screen video of realtime traffic and digital interpretation of same |
| 79 | 9/21/2015 20:32 | mp4 | Split screen video of realtime traffic and digital interpretation of same |
| 80 | 3/10/2016 16:06 | pptx | External presentation re: connected car |
| 81 | 3/22/2016 11:36 | pptx | Vendor branded confidential presentation regarding Mobility Challenges |
| 82 | 10/2/2015 11:33 | BMP | Picture of electrical component |
| 83 | 3/22/2016 11:36 | pdf | Privacy policy statement |
| 84 | 3/22/2016 11:35 | mp4 | Split screen video of realtime traffic and digital interpretation of same |
| 85 | 9/21/2015 20:32 | mp4 | Split screen video of realtime traffic and digital interpretation of same |
| 86 | 3/22/2016 11:35 | jpg | Picture of a component |
| 87 | 3/22/2016 11:35 | JPG | Picture of electrical components |
| 88 | 3/22/2016 11:36 | png | Picture of line chart of temperatures |
| 89 | 9/21/2015 20:53 | pdf | Internal email regarding laser |
| 90 | 9/21/2015 20:53 | pdf | Internal email regarding laser |
| 91 | 1/19/2016 13:58 | plugin | System File |
| 92 | 3/22/2016 11:36 | png | Picture of iPhone Screenshot of component |
| 93 | 3/22/2016 11:35 | jpg | Picture of self driving car |

| # | Date | Ext | Description |
|---|---|---|---|
| 94 | 1/19/2016 13:58 | plugin | System File |
| 95 | 3/10/2016 16:06 | pptx | Presentation regarding Mobility Internet. Unbranded |
| 96 | 10/2/2015 11:33 | jpg | Picture of a person in a car |
| 97 | 3/22/2016 11:36 | pptx | Diagram of Component |
| 98 | 3/22/2016 11:36 | avi | Digital interpretation of traffic crash in real time |
| 99 | 3/22/2016 11:35 | proj | Project file metadata (no content) |
| 100 | 1/19/2016 13:58 | plugin | System File |
| 101 | 10/8/2015 17:12 | pdf | Exam monitor rule list |
| 102 | 3/22/2016 11:35 | jpg | Picture of marketing materials of car |
| 103 | 3/22/2016 11:36 | pdf | Fiber optic products and applications specifications |
| 104 | 10/29/2015 22:38 | pdf | Autonomous vehicles agenda with participants and maps |
| 105 | 1/24/2016 13:09 | MOV | Video of autonomous vehicle test drive |
| 106 | 3/10/2016 16:06 | pptx | Aspen confidential presentation re: self-driving car |
| 107 | 3/22/2016 11:37 | pdf | Vehicle component diagram marked confidential |
| 108 | 1/19/2016 13:58 | plugin | System File |
| 109 | 10/2/2015 11:33 | BMP | Picture of component |
| 110 | 3/22/2016 11:37 | pdf | Robot competition information |
| 111 | 3/10/2016 16:06 | pptx | Aspen confidential presentation re: self-driving car |
| 112 | 3/10/2016 16:06 | numbers | Spreadsheet containing a list of parts, quantities, and costs |
| 113 | 9/1/2015 15:22 | pdf | Internal email regarding lens |
| 114 | 3/10/2016 16:06 | pptx | Vendor branded confidential presentation regarding Mobility Challenge |
| 115 | 3/10/2016 16:06 | ppt | Aspen presentation re: self-driving car |
| 116 | 3/10/2016 16:06 | ppt | Presentation regarding Self driving car |
| 117 | 3/10/2016 16:06 | jpg | Picture of closeup of component |
| 118 | 3/22/2016 11:39 | docx | Document on autonomous vehicle compliance implications |
| 119 | 3/10/2016 16:06 | pptx | Apen proprietary presentation re: marketing |
| 120 | 3/10/2016 16:06 | pptx | Apen confidential and proprietary presentation re: business plan |
| 121 | 12/26/2015 23:32 | pptx | Aspen confidential presentation re: self-driving car |
| 122 | 10/3/2015 0:26 | pdf | Internal email regarding press update |
| 123 | 3/10/2016 16:06 | pptx | Aspen proprietary presentation re: component design |
| 124 | 3/10/2016 16:06 | jpg | Picture of comic related to self driving car |
| 125 | 10/2/2015 11:33 | jpg | Picture of self driving car |
| 126 | 10/2/2015 11:33 | jpg | Picture of a person in a car |
| 127 | 10/2/2015 11:33 | jpg | Picture of self driving car |
| 128 | 10/2/2015 11:33 | JPG | Picture of people monitoring the surroundings from a car |
| 129 | 10/2/2015 11:33 | jpg | Picture explaining components of a self driving car |
| 130 | 12/26/2015 23:32 | pptx | Aspen confidential presentation re: mapping project |
| 131 | 10/2/2015 11:33 | ppt | Aspen confidential presentation re: mapping project |
| 132 | 1/24/2016 13:09 | m4v | Internal Aspen video discussing feedback |
| 133 | 12/26/2015 23:32 | png | Picture of graph with LogMag and Hz |
| 134 | 3/22/2016 11:35 | jpg | Picture of self driving car |
| 135 | 3/22/2016 11:35 | jpg | Picture of self driving car |
| 136 | 10/2/2015 11:33 | BMP | Picture of active work on component |
| 137 | 3/10/2016 16:06 | JPG | Picture of a component |
| 138 | 3/10/2016 16:06 | JPG | Picture of a closeup of a component |
| 139 | 3/10/2016 16:06 | JPG | Picture of writing on a whiteboard |
| 140 | 3/10/2016 16:06 | JPG | Picture of diagram and writing on whiteboard |

| # | Type | Date | Description |
|---|---|---|---|
| 141 | JPG | 3/10/2016 16:06 | Picture of self driving cars |
| 142 | JPG | 10/2/2015 11:33 | Picture of a bottle of Listerine |
| 143 | JPG | 10/2/2015 11:33 | Picture of a bottle of Listerine |
| 144 | JPG | 10/2/2015 11:33 | Picture of a cluttered table |
| 145 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 146 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 147 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 148 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 149 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 150 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 151 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 152 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 153 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 154 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 155 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 156 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 157 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 158 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 159 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 160 | JPG | 10/2/2015 11:33 | Picture of a screwdriver |
| 161 | JPG | 10/2/2015 11:33 | Picture of electrical components |
| 162 | JPG | 10/2/2015 11:33 | Picture of electrical components |
| 163 | JPG | 10/2/2015 11:33 | Picture of electrical components |
| 164 | JPG | 10/2/2015 11:33 | Picture of a person screwing in a component into something |
| 165 | JPG | 3/10/2016 16:06 | Picture of a component |
| 166 | JPG | 10/2/2015 11:33 | Picture of a component |
| 167 | JPG | 10/2/2015 11:33 | Picture of a person screwing in a component into something |
| 168 | JPG | 10/2/2015 11:33 | Picture of a person screwing in a component into something |
| 169 | JPG | 10/2/2015 11:33 | Picture of a component |
| 170 | JPG | 10/2/2015 11:33 | Picture of a person screwing in a component into something |
| 171 | JPG | 10/2/2015 11:33 | Picture of a component |
| 172 | JPG | 10/2/2015 11:33 | Picture of a person's hand holding a component |
| 173 | JPG | 10/2/2015 11:33 | Picture of a person's hand holding a component |
| 174 | JPG | 10/2/2015 11:33 | Picture of a person's hand holding a component |
| 175 | JPG | 10/2/2015 11:33 | Picture of a person's hand holding a component |
| 176 | JPG | 10/2/2015 11:33 | Picture of a person's hand drawing on a component |
| 177 | JPG | 10/2/2015 11:33 | Picture of a person's hand holding a component |
| 178 | JPG | 10/2/2015 11:33 | Picture of a tool |
| 179 | JPG | 10/2/2015 11:33 | Picture of a tool |
| 180 | JPG | 10/2/2015 11:34 | Picture of a tool |
| 181 | JPG | 10/2/2015 11:34 | Picture of a tool |
| 182 | JPG | 10/2/2015 11:34 | Picture of a person drilling into a component |
| 183 | JPG | 10/2/2015 11:34 | Picture of a person drilling into a component |
| 184 | JPG | 10/2/2015 11:34 | Picture of a person drilling into a component |
| 185 | JPG | 10/2/2015 11:34 | Picture of a person drilling into a component |
| 186 | JPG | 10/2/2015 11:34 | Picture of a person drilling into a component |
| 187 | JPG | 10/2/2015 11:34 | Picture of a person drilling into a component |

| # | Date | Description | Type |
|---|---|---|---|
| 188 | 10/2/2015 11:34 | Picture of a person's hand holding a component | JPG |
| 189 | 10/2/2015 11:34 | Picture of a person's hand holding a component | JPG |
| 190 | 10/2/2015 11:34 | Picture of a person drilling into a component | JPG |
| 191 | 10/2/2015 11:34 | Picture of a person drilling into a component | JPG |
| 192 | 10/2/2015 11:34 | Picture of a person drilling into a component | JPG |
| 193 | 10/2/2015 11:34 | Picture of a person drilling into a component | JPG |
| 194 | 10/2/2015 11:34 | Picture of a person drilling into a component | JPG |
| 195 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 196 | 10/2/2015 11:34 | Picture of a person drilling into a component | JPG |
| 197 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 198 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 199 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 200 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 201 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 202 | 10/2/2015 11:34 | Picture of a component | JPG |
| 203 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 204 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 205 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 206 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 207 | 10/2/2015 11:34 | Picture of a person fixing a component | JPG |
| 208 | 10/2/2015 11:34 | Picture of a person holding a component | JPG |
| 209 | 10/2/2015 11:34 | Picture of a person drilling into a component | JPG |
| 210 | 3/10/2016 16:06 | Picture of printed and handwritten notes of an inventory | JPG |
| 211 | 3/10/2016 16:06 | Picture of a component | JPG |
| 212 | 3/10/2016 16:06 | Picture of a car and lot of people | jpg |
| 213 | 3/10/2016 16:06 | Picture of components | jpg |
| 214 | 3/10/2016 16:06 | Close up video of mechanical manufacturing process | MOV |
| 215 | 3/22/2016 11:35 | Picture of a car and lot of people | jpg |
| 216 | 3/22/2016 11:35 | Picture of a car and people posing in-front | jpg |
| 217 | 3/10/2016 16:06 | Picture of a component | jpg |
| 218 | 3/10/2016 16:06 | Picture of compoenents and cars in what looks like a workshop | jpg |
| 219 | 3/10/2016 16:06 | Picture of a component | jpg |
| 220 | 3/10/2016 16:06 | Picture of a component | jpg |
| 221 | 3/10/2016 16:06 | Picture of a person holding a miniature car | jpg |
| 222 | 3/10/2016 16:06 | Picture of a hanging plant | jpg |
| 223 | 3/10/2016 16:06 | Picture of components | jpg |
| 224 | 3/22/2016 11:35 | Screenshot of a Aspen invoice | JPG |
| 225 | 3/10/2016 16:06 | Picture of muffins in a basket | JPG |
| 226 | 3/10/2016 16:06 | Close up video of mechanical manufacturing process | MOV |
| 227 | 3/10/2016 16:06 | Picture of a person making markings on a door | JPG |
| 228 | 12/27/2015 21:10 | Picture of a car and lot of people | JPG |
| 229 | 12/27/2015 21:09 | Picture of a self driving car | jpg |
| 230 | 10/2/2015 11:33 | Picture of a person holding a component | JPG |
| 231 | 10/2/2015 11:33 | Picture of components and electrical wires | JPG |
| 232 | 10/2/2015 11:33 | Picture of components and electrical wires | JPG |
| 233 | 10/2/2015 11:33 | Picture of components and electrical wires | JPG |
| 234 | 3/10/2016 16:06 | Picture of animated vehicle accident with graph of analysis | png |

| | | | |
|---|---|---|---|
| 235 | avi | 3/10/2016 16:06 | Digital interpretation of traffic crash in real time |
| 236 | avi | 3/10/2016 16:06 | Digital interpretation of traffic crash in real time |
| 237 | pptx | 12/26/2015 23:32 | Vendor branded presentation regarding tests mobility solutions |
| 238 | plist | 1/19/2016 13:58 | System File |
| 239 | plist | 1/19/2016 13:58 | System File |
| 240 | plist | 1/19/2016 13:58 | System File |
| 241 | plist | 1/19/2016 13:58 | System File |
| 242 | plist | 1/19/2016 13:58 | System File |
| 243 | plist | 1/19/2016 13:58 | System File |
| 244 | plist | 1/19/2016 13:58 | System File |
| 245 | plist | 1/19/2016 13:58 | System File |
| 246 | plist | 1/19/2016 13:58 | System File |
| 247 | plist | 1/19/2016 13:58 | System File |
| 248 | plist | 1/19/2016 13:58 | System File |
| 249 | plist | 1/19/2016 13:58 | System File |
| 250 | plist | 1/19/2016 13:58 | System File |
| 251 | plist | 3/22/2016 11:35 | System File |
| 252 | strings | 3/22/2016 11:35 | System File |
| 253 | png | 3/10/2016 16:06 | Picture of three graphs of current and range with data normalization |
| 254 | mov | 1/24/2016 13:09 | News segment about unicorn business model |
| 255 | avi | 1/24/2016 13:12 | Digital interpretation of world around moving vehicle |
| 256 | mov | 1/24/2016 13:12 | Time lapse video of component |
| 257 | mov | 1/24/2016 13:12 | Time lapse video of component |
| 258 | jpeg | 10/2/2015 11:33 | Picture of man |
| 259 | pdf | 9/1/2015 13:18 | Internal email regarding diffusers |
| 260 | mp4 | 1/24/2016 13:09 | Video of people out in a field flying planes |
| 261 | MOV | 1/24/2016 13:09 | Video of mechanical components colliding |
| 262 | MOV | 1/24/2016 13:09 | Video of mechanical components colliding |
| 263 | MOV | 1/24/2016 13:09 | Video of mechanical components colliding |
| 264 | pptx | 3/22/2016 11:35 | Aspen confidential and proprietary presentation re: self-driving car |
| 265 | rtf | 3/22/2016 11:35 | Note summarizing meeting events with respect to technology around cars |
| 266 | pptx | 1/24/2016 13:12 | Aspen confidential presentation re: self-driving car and safety |
| 267 | pptx | 1/24/2016 13:12 | Aspen confidential presentation re: self-driving car |
| 268 | pptx | 3/22/2016 11:35 | Aspen confidential and proprietary presentation re: self-driving car |
| 269 | pptx | 9/21/2015 20:32 | Aspen confidential and proprietary presentation re: self-driving car |
| 270 | pptx | 10/2/2015 11:33 | Aspen confidential presentation re: self-driving car |
| 271 | pptx | 10/2/2015 11:33 | Aspen presentation re: self-driving car |
| 272 | pptx | 3/22/2016 11:35 | Aspen presentation re: self-driving car |
| 273 | pptx | 9/21/2015 20:32 | Aspen presentation re: self-driving car |
| 274 | plugin | 1/19/2016 13:58 | System File |
| 275 | png | 3/22/2016 11:35 | Picture of Tesla login page |
| 276 | rtf | 3/22/2016 11:35 | Note describing marketing information regarding purpose of self-driving car |
| 277 | mov | 1/24/2016 13:09 | Video of senate testimony |
| 278 | pptx | 10/2/2015 11:33 | Presentation re: self-driving car |
| 279 | | 1/19/2016 13:58 | Application file |
| 280 | app | 3/22/2016 11:35 | Application executable |
| 281 | mdimporter | 1/19/2016 13:58 | Program metadata (no content) |

| # | Type | Date | Description |
|---|---|---|---|
| 282 | qlgenerator | 1/19/2016 13:58 | Software related file. |
| 283 | plugin | 1/19/2016 13:58 | System File |
| 284 | mp4 | 9/21/2015 20:32 | Close up video of a component of the self driving car |
| 285 | plugin | 1/19/2016 13:58 | System File |
| 286 | mov | 1/24/2016 13:09 | Digital interpretation of traffic in real time |
| 287 | JPG | 3/22/2016 11:35 | Picture of writing on a whiteboard |
| 288 | JPG | 3/22/2016 11:35 | Picture of drawing and writing on a whiteboard |
| 289 | AVI | 1/24/2016 13:09 | Video of people sitting inside warehouse |
| 290 | AVI | 1/24/2016 13:09 | Video of person sitting inside warehouse |
| 291 | AVI | 1/24/2016 13:09 | Video attached to remote controlled vehicle driving around warehouse |
| 292 | AVI | 1/24/2016 13:09 | Video of people inside warehouse |
| 293 | pdf | 10/2/2015 20:15 | Internal email regarding baby |
| 294 | | 3/22/2016 12:14 | System File |
| 295 | plugin | 1/19/2016 13:58 | System File |
| 296 | jpg | 3/10/2016 16:06 | Picture of a table involving money numbers and its graphical representation |
| 297 | jpg | 3/10/2016 16:06 | Picture of a table involving money numbers and its graphical representation |
| 298 | jpg | 3/10/2016 16:06 | Picture of a table involving money numbers and its graphical representation |
| 299 | JPG | 3/22/2016 11:35 | Picture of a car |
| 300 | JPG | 10/2/2015 20:15 | Picture of a car |
| 301 | JPG | 10/2/2015 20:15 | Picture of a car |
| 302 | plugin | 1/19/2016 13:58 | System File |
| 303 | png | 3/10/2016 16:06 | Picture of aerial view of city using application |
| 304 | avi | 1/24/2016 13:09 | Digital interpretation of traffic crash in real time |
| 305 | png | 3/10/2016 16:06 | Picture of credentials for internet access in Europe |
| 306 | ppt | 3/22/2016 11:35 | External presentation re: autonomous car |
| 307 | ppt | 3/22/2016 11:35 | External presentation re: self-driving car |
| 308 | jpg | 10/2/2015 20:15 | Picture of a component |
| 309 | jpg | 10/2/2015 20:15 | Picture of a component |
| 310 | mov | 1/24/2016 13:09 | Video of remote controlled mechanical device |
| 311 | pdf | 9/1/2015 15:22 | Legal code related to autonomous vehicles |
| 312 | png | 10/2/2015 20:15 | Picture of aerial view of cars at toll booth |
| 313 | png | 10/2/2015 20:15 | Picture of realtime traffic and digital interpretation of same |
| 314 | png | 10/2/2015 20:15 | Picture of screenshot of browser of social media |
| 315 | png | 10/2/2015 20:15 | Picture of screenshot of browser of social media |
| 316 | pptx | 10/2/2015 11:34 | Presentation of the miles stones over time. |
| 317 | avi | 3/22/2016 11:35 | Digital interpretation of traffic in real time |
| 318 | mp4 | 3/22/2016 11:35 | Split screen video of realtime traffic and digital interpretation of same |
| 319 | mp4 | 9/21/2015 20:32 | Split screen video of realtime traffic and digital interpretation of same |
| 320 | jpg | 10/2/2015 11:33 | Picture of simulation arrangement |
| 321 | mp4 | 3/22/2016 11:35 | Video of digital interpretation of traffic |
| 322 | mp4 | 9/21/2015 20:32 | Video of digital interpretation of traffic |
| 323 | mp4 | 3/22/2016 11:35 | Video of digital interpretation of traffic |
| 324 | mp4 | 9/21/2015 20:32 | Video of digital interpretation of traffic |
| 325 | pdf | 9/21/2015 20:53 | Internal email regarding brakes |
| 326 | pdf | 9/16/2015 10:07 | Internal email regarding simulations |
| 327 | pptx | 10/2/2015 11:34 | Confidential presentation regarding self driving car |
| 328 | pdf | 12/3/2015 22:51 | Photographs and videos related to internal testing of components |

| # | Type | Date | Description |
|---|---|---|---|
| 329 | pdf | 12/3/2015 22:51 | Laser component diagrams and metrics |
| 330 | png | 10/2/2015 20:15 | Picture of car |
| 331 | png | 10/2/2015 20:15 | Picture of car side view |
| 332 | jpg | 10/2/2015 20:15 | Picture of a golf car |
| 333 | mp4 | 3/22/2016 11:35 | Blank video |
| 334 | mp4 | 9/21/2015 20:32 | Blank video |
| 335 | mp4 | 3/22/2016 11:35 | Split screen video of realtime traffic and digital interpretation of same |
| 336 | mp4 | 9/21/2015 20:32 | Split screen video of realtime traffic and digital interpretation of same |
| 337 | mp4 | 1/24/2016 13:09 | Video of a part in motion. |
| 338 | jpg | 10/2/2015 13:09 | Vidow of employees domonstrating testing |
| 339 | plugin | 10/2/2015 11:33 | Picture explaining drive modes of a self driving car |
| 340 | pdf | 1/19/2016 13:58 | System File |
| 341 | jpg | 3/13/2016 19:55 | Tax document |
| 342 | png | 10/2/2015 20:15 | Picture of a component |
| 343 | png | 9/21/2015 20:32 | Picture of realtime traffic and digital interpretation of same |
| 344 | png | 9/21/2015 20:32 | Picture of realtime traffic and digital interpretation of same |
| 345 | key | 9/21/2015 20:32 | Picture of digital interpretation of traffic |
| 346 | key | 11/5/2015 12:15 | Confidential presentation regarding self driving car which contains a number of split screen videos of real time traffic and digital interpretation of same |
| 347 | | 11/5/2015 8:00 | Confidential presentation regarding self driving car which contains a number of split screen videos of real time traffic and digital interpretation of same |