*Waymo v. Uber*
Case No. 3:17-cv-00939-WHA

# TRIAL EXHIBIT 7418

**Uber Objections:**

- Fed. R. Evid. 802 – This document contains inadmissible hearsay; while the header identifying the document as Stroz work product and noting that "access" to a file may not indicate user activity, the remaining *over 200,000 pages* of the document consist of nothing but metadata copied from Anthony Levandowski's laptop, untransformed by Stroz's analysis.[1] *See* Br. § III.

- Fed. R. Evid. 403 – This document has little if any probative value. It poses a substantial danger of wasting time, misleading the jury, and prejudicing Uber, however, because it is more than 20,000 pages long, creating logistical challenges and potentially swaying the jury by its sheer volume. *See* Br. § IV.

- Designated witnesses who received this document pre-litigation are: Eric Tate and John Gardner. The document therefore cannot be admitted for a non-hearsay purpose of notice to Uber or Ottomotto. *See* Br. § IV.

---

[1] To avoid burdening the Court, Uber has excerpted Trial Exhibit 7418 and filed just the first 10 pages.



## STROZ FRIEDBERG
### Digital Forensics

# Morrison Foerster: Project Unicorn
# Privileged and Confidential

### ES034A - Anthony Levandowski's Desktop Computer

The last accessed time stamp can be modified by both user activity as well as system processes.
As such, the last accessed time stamp does not necessarily indicate user interaction with a file.

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| 1 | | Physical Disk, 500,118,192 Sectors 238.5GB | | | | 0 |
| 2 | | Volume, Sector 2048-206847, 100MB | | | | 4,096 |
| 3 | | Folder, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 552 |
| 4 | | File, Unallocated Clusters | | | | 129,396,736 |
| 5 | | File, Unallocated Clusters | | | | 4,096 |
| 6 | | File, Bitmap | | | | 32 |
| 7 | | File, Internal, Stream, System | | | | 32 |
| 8 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 131,072 |
| 9 | | File, Internal, Stream, System | | | | 263,776 |
| 10 | | File, Internal, Stream, System | | | | 4,096 |
| 11 | | File, Internal, Stream, System | | | | 4,096 |
| 12 | | File, Invalid Cluster, Hidden, System, Archive | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 0 |
| 13 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 0 |
| 14 | | File, Internal, Stream, System | | | | 471,855,104 |
| 15 | | File, Invalid Cluster, Hidden, System, Archive | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 0 |
| 16 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 0 |
| 17 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 8,192 |
| 18 | | File, Invalid Cluster, Hidden, System, Archive | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 0 |
| 19 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 14,400 |
| 20 | | File, Invalid Cluster, Hidden, System, Archive | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 0 |
| 21 | | File, Internal, Stream, System | | | | 56 |
| 22 | | File, Invalid Cluster, Hidden, System, Archive | 12/7/2014 4:27 | 12/7/2014 4:27 | 12/7/2014 4:27 | 0 |
| 23 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 2,560 |

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| | | The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file. | | | | |
| 24 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 0 |
| 25 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 4,259,840 |
| 26 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 4,096 |
| 27 | | File, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 262,144 |
| 28 | | File, Invalid Cluster, Hidden, System, Archive | 9/17/2015 10:18 | 9/17/2015 10:18 | 9/17/2015 10:18 | 0 |
| 29 | | File, Invalid Cluster, Hidden, System, Archive | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 0 |
| 30 | | File, Invalid Cluster, Hidden, System, Archive | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 0 |
| 31 | | File, Invalid Cluster, Hidden, System, Archive | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 0 |
| 32 | | File, Invalid Cluster, Hidden, System, Archive | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 0 |
| 33 | | Folder, Internal, Hidden, System | 9/17/2015 11:13 | 9/17/2015 11:13 | 9/17/2015 11:13 | 552 |
| 34 | | File, Unallocated Clusters | | | | 146,115,248,128 |
| 35 | | File, Unallocated Clusters | | | | 4,096 |
| 36 | tmp | File, Deleted, Overwritten | 2/21/2016 23:28 | 2/21/2016 23:28 | 2/21/2016 23:28 | 4,776,420 |
| 37 | tmp | File, Deleted, Overwritten | 2/21/2016 23:28 | 2/21/2016 23:28 | 2/21/2016 23:28 | 128,696 |
| 38 | tmp | File, Deleted, Overwritten | 2/21/2016 23:28 | 2/21/2016 23:28 | 2/21/2016 23:28 | 42,871 |
| 39 | tmp | File, Deleted, Overwritten | 2/21/2016 23:28 | 2/21/2016 23:28 | 2/21/2016 23:28 | 3,176 |
| 40 | tmp | File, Deleted, Overwritten | 2/21/2016 23:27 | 2/21/2016 23:27 | 2/21/2016 23:27 | 1,566 |
| 41 | tmp | File, Deleted, Overwritten | 2/21/2016 23:27 | 2/21/2016 23:27 | 2/21/2016 23:27 | 623 |
| 42 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 12/7/2015 5:39 | 24,061 |
| 43 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 12/7/2015 5:39 | 88,257 |
| 44 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 18:11 | 2,411 |
| 45 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 18:07 | 2,411 |
| 46 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 18:12 | 2,411 |
| 47 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/27/2016 14:56 | 2,509 |
| 48 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/27/2016 14:56 | 2,509 |
| 49 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 18:05 | 2,154 |
| 50 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 18:08 | 2,154 |
| 51 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 18:11 | 3,242 |
| 52 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 18:03 | 3,242 |
| 53 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/13/2015 7:17 | 12,516 |
| 54 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/13/2015 7:12 | 2,618 |
| 55 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/24/2015 11:39 | 121,137 |
| 56 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/13/2015 7:13 | 77,817 |

**The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file.**

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| 57 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/5/2016 3:22 | 67,228 |
| 58 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 11:35 | 112,242 |
| 59 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 11:32 | 150,693 |
| 60 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 61 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 62 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 63 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 64 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 65 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 66 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 67 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/28/2016 3:07 | 2,904 |
| 68 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/5/2016 3:22 | 24,554 |
| 69 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/5/2016 3:22 | 36,865 |
| 70 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 11:30 | 23,551 |
| 71 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/8/2016 0:40 | 95,173 |
| 72 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 12/7/2015 5:37 | 38,460 |
| 73 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/5/2016 3:22 | 7,870 |
| 74 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 12/7/2015 5:37 | 19,462 |
| 75 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 12/7/2015 5:37 | 7,679 |
| 76 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/5/2016 3:22 | 296,655 |
| 77 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 12/7/2015 5:37 | 33,465 |
| 78 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 11:30 | 17,276 |
| 79 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 11:32 | 89,153 |
| 80 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 11/22/2015 11:35 | 81,658 |
| 81 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/5/2016 3:22 | 24,659 |
| 82 | manifest | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/5/2016 3:22 | 16,124 |
| 83 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 363,789 |
| 84 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 2,715 |
| 85 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 86 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 87 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,177 |
| 88 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 194,671 |
| 89 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,602 |

**The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file.**

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| 90 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,602 |
| 91 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 92 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 93 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,177 |
| 94 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,174 |
| 95 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,602 |
| 96 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,602 |
| 97 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 24,635 |
| 98 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 14,871 |
| 99 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,749 |
| 100 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,476 |
| 101 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 102 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 12,873 |
| 103 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 13,805 |
| 104 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 22,349 |
| 105 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,604 |
| 106 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 107 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,169 |
| 108 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,603 |
| 109 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 5,403 |
| 110 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,741 |
| 111 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 112 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 5,493 |
| 113 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 114 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,169 |
| 115 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 4,702 |
| 116 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,737 |
| 117 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 5,800 |
| 118 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 207,947 |
| 119 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 13,381 |
| 120 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 55,889 |
| 121 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 122 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| | | The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file. | | | | |
| 123 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,793 |
| 124 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,169 |
| 125 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 5,493 |
| 126 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 127 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,169 |
| 128 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,741 |
| 129 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 130 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,169 |
| 131 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,741 |
| 132 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 133 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,741 |
| 134 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,740 |
| 135 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,740 |
| 136 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,169 |
| 137 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,604 |
| 138 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,169 |
| 139 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,741 |
| 140 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 141 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,603 |
| 142 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 4,702 |
| 143 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 14,695 |
| 144 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 11,495 |
| 145 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 13,624 |
| 146 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,741 |
| 147 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,798 |
| 148 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 26,077 |
| 149 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 37,274 |
| 150 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 20,202 |
| 151 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 5,533 |
| 152 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,190 |
| 153 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 5,943 |
| 154 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 262,144 |
| 155 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 4,096 |

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| | | **The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file.** | | | | |
| 156 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 2,097,152 |
| 157 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 0 |
| 158 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 2,560 |
| 159 | | File, Internal, Stream, System | | | | 56 |
| 160 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 3,200 |
| 161 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 8,192 |
| 162 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 0 |
| 163 | | File, Internal, Stream, System | | | | 104,853,504 |
| 164 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 0 |
| 165 | | File, Internal, Stream, System | | | | 4,096 |
| 166 | | File, Internal, Stream, System | | | | 4,096 |
| 167 | | File, Internal, Stream, System | | | | 267,564 |
| 168 | | File, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 131,072 |
| 169 | | File, Internal, Stream, System | | | | 32 |
| 170 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 5,933 |
| 171 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 86,898 |
| 172 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 173 | | File, Bitmap | | | | 32 |
| 174 | | File, Unallocated Clusters | | | | 4,096 |
| 175 | | File, Unallocated Clusters | | | | 75,239,424 |
| 176 | | Volume, Sector 206848-499193855, 237.9GB | | | | 12,288 |
| 177 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 4,104 |
| 178 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,801 |
| 179 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,800 |
| 180 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,800 |
| 181 | | Folder, Internal, Hidden, System | 5/14/2014 0:21 | 5/14/2014 0:21 | 5/14/2014 0:21 | 552 |
| 182 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,801 |
| 183 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,801 |
| 184 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,800 |
| 185 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 186 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 11,228 |
| 187 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 19,175 |
| 188 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| | | The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file. | | | | |
| 189 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 12,677 |
| 190 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 13,069 |
| 191 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 10,177 |
| 192 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 15,152 |
| 193 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 12,521 |
| 194 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:22 | 9,605 |
| 195 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 1,752 |
| 196 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 1,752 |
| 197 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,601 |
| 198 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 199 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 10,193 |
| 200 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 1,754 |
| 201 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 1,754 |
| 202 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 1,754 |
| 203 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 204 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:17 | 1,758 |
| 205 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 206 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,605 |
| 207 | | File, Deleted, Overwritten | 2/22/2016 0:07 | 2/22/2016 0:07 | 2/22/2016 0:07 | 14,534 |
| 208 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:27 | 2/21/2016 23:27 | 1/30/2016 10:23 | 9,602 |
| 209 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,605 |
| 210 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,732 |
| 211 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,748 |
| 212 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,605 |
| 213 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,750 |
| 214 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,748 |
| 215 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,748 |
| 216 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,732 |
| 217 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,750 |
| 218 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,750 |
| 219 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,750 |
| 220 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,750 |
| 221 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |

**The last accessed time stamp can be modified by both user activity as well as system processes.
As such, the last accessed time stamp does not necessarily indicate user interaction with a file.**

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| 222 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 223 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 224 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,732 |
| 225 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 226 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,736 |
| 227 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,732 |
| 228 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,736 |
| 229 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,736 |
| 230 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,736 |
| 231 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 232 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 17,957 |
| 233 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 234 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,744 |
| 235 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,746 |
| 236 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,744 |
| 237 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,744 |
| 238 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 239 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,793 |
| 240 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,746 |
| 241 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,746 |
| 242 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 243 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,604 |
| 244 | | File, Deleted, Overwritten, Archive | 2/22/2016 0:07 | 10/30/2015 6:28 | 2/22/2016 0:07 | 13,098 |
| 245 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 246 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,742 |
| 247 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 248 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 249 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,732 |
| 250 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,604 |
| 251 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 252 | | File, Deleted, Overwritten, Archive | 10/30/2015 9:02 | 10/30/2015 7:24 | 10/30/2015 9:02 | 664 |
| 253 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,944 |
| 254 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |

| | | The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file. | | | | |
|---|---|---|---|---|---|---|
| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
| 255 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,743 |
| 256 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,759 |
| 257 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 258 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 259 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,731 |
| 260 | | File, Deleted, Overwritten, Archive | 10/30/2015 7:21 | 10/30/2015 7:24 | 10/30/2015 7:21 | 389 |
| 261 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,601 |
| 262 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,605 |
| 263 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,731 |
| 264 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,731 |
| 265 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,732 |
| 266 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,733 |
| 267 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 9,601 |
| 268 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,733 |
| 269 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,732 |
| 270 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,733 |
| 271 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,733 |
| 272 | | File, Deleted, Overwritten, Archive | 10/30/2015 7:21 | 10/30/2015 7:24 | 10/30/2015 7:21 | 396 |
| 273 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,733 |
| 274 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,761 |
| 275 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,793 |
| 276 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,793 |
| 277 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 1,729 |
| 278 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 2,334 |
| 279 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,593 |
| 280 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 23,890 |
| 281 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 5,180 |
| 282 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 5,927 |
| 283 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 10,192 |
| 284 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 5,383 |
| 285 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 13,352 |
| 286 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 4,878 |
| 287 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,602 |

| # | File Ext | Description | Last Accessed | File Created | Last Written | Logical Size |
|---|---|---|---|---|---|---|
| | | The last accessed time stamp can be modified by both user activity as well as system processes. As such, the last accessed time stamp does not necessarily indicate user interaction with a file. | | | | |
| 288 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 15,322 |
| 289 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 3,900 |
| 290 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 16,003 |
| 291 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 27,666 |
| 292 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 4,894 |
| 293 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 4,894 |
| 294 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,605 |
| 295 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 4,894 |
| 296 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 4,894 |
| 297 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,604 |
| 298 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,605 |
| 299 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:23 | 9,605 |
| 300 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 10,764 |
| 301 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 10,177 |
| 302 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 12,545 |
| 303 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 4,875 |
| 304 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 14,862 |
| 305 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 10,585 |
| 306 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 10,585 |
| 307 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 132,592 |
| 308 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 167,490 |
| 309 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:17 | 5,599 |
| 310 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 34,575 |
| 311 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:26 | 2/21/2016 23:26 | 1/30/2016 10:22 | 26,891 |
| 312 | | File, Deleted, Overwritten, Archive | 10/30/2015 8:06 | 10/30/2015 7:24 | 10/30/2015 8:06 | 43,190 |
| 313 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:22 | 9,605 |
| 314 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:22 | 36,758 |
| 315 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:22 | 48,783 |
| 316 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:17 | 5,497 |
| 317 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:22 | 15,281 |
| 318 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:22 | 9,604 |
| 319 | cat | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:22 | 9,605 |
| 320 | mum | File, Deleted, Overwritten, Archive | 2/21/2016 23:25 | 2/21/2016 23:25 | 1/30/2016 10:17 | 2,108 |