*Waymo v. Uber*
**Case No. 3:17-cv-00939-WHA**

# TRIAL EXHIBIT 8854

**Uber Objections:**

- Fed. R. Evid. 802 – This document contains inadmissible hearsay; namely, out of court statements made by Anthony Levandowski, who participated in the Stroz diligence process in his individual capacity. *See* Br. § II.

- Fed. R. Evid. 805 – This document contains inadmissible hearsay within hearsay; namely, Anthony Levandowski's recitation of out of court statements made by other declarants. *See* Br. § II.

- Fed. R. Evid. 1002 – The original document contains multiple different colors of writing. The different colors are attributable to different authors and/or were composed separately at different points in time. *See* Br. § II. The trial exhibit is a photocopy of the original document, which obscures the color differences.

- This document was never received by anyone outside of Stroz Friedberg. It is therefore inadmissible for any non-hearsay purpose as to Uber or Ottomotto.

*Note*: This document is handwritten and is not susceptible to highlighting.

Wanted
That comp. talk
Uber so we have
a valuation. two have

VBER

to meet for lunch

an announcnt from UBER
+ we had lunch
so you emailed him
(what's the day
what
for meet

met Travis / Garret

2012   < at event 2012 gave them a
ride in self driving car

2014/2015  Sebastian intro. me to Travis. Travis
handed me to Jeff. Jeff Holden
tried to recruit me to Uber.

July 2015
I stalled!
I congratulate Brian   with UBER

Brian follow-up meeting   Brian to build
2 5 wks   follow email   a separate start-up to do something
3 lunch w/ Brian — after cafe
discussion in team up w/ a month google tacen too long

Sept   early VBER — Anthony —
Brian McClenon   VBER . we start Uber
Casy   descending shakcup
Noven   they partner + be a

Sept   customer deal
Fundrs if future term / fundraisr
figure out cust

2015   mtg. customer agreemt
Nonth   licensy, finch

say I want to fund — went to

United States District Court
Northern District of California
**Trial Exhibit 8854**
Case No.  3:17-cv-00939-WHA
Date Entered
By
Deputy Clerk

Lets get Uber to write an letter in
exchange for

— help cemente true value

CONFIDENTIAL

STROZ_ 0021101

/ 8pm - 2am.

Oct 2015 - ~~Having~~ Talk to TK + decide
what want to do -
— Educate him on Uber cars

Several
came to him as
a compliments
'Go to Uber'
offer
~~Feb~~ go

— Travis said want deeper
deal — ~~but~~ transition from
customer to acquisition

— ~~tk~~ Travis texts Antony to meet @ Uber
~~meet~~ bigger deal / sun

Oct / Nov. 2015 — Meet ~~at Uber~~

following week — CAM     Antony
in person meeting   Brian  — Antony decide
@ Uber office

Oct/Nov.
2015 [ merge w/ (Brian Selosky) → men
and Uber meeting.

merge
in person
~~feb~~
when clears
teams to
consult

after
Nov. 2015
~~feb~~
meet
told him stuff wasn't progressing )
w/ UBER

Then discuss what bigger deal be like.

They understood / main focus of
Carey

— specifics of what + dug

Dec
2015
discuss progress → Dec — ~~feb~~ you
— plan to acquire company b/f left Bagle
— acquisition price
— teams;
— term sheet

UB  Travis — 1 m/ a w/ deal guys (CAM + NINA)
~~Feb~~ Bangs — (runs Uber self driving.)

UPDATE - deal progress

Amil — Uber → Cam's boss

( 3 convos w/ Levin
    make sure deal was alive

Post that meeting · win + Lin

10 —         generally Cam, Nina, Travis,
meeting                Justin, Jeff

& twice a month

finalize terms of Deal

    @ Deal Terms —
    — Cautious about how Google contract

Nov/Dec   @   sol. employ  } taedcy
              cent.
Timefms
         — showed Uber contract ( Cam
       — once became clear.

    @ Patents - asked about patents

    Veledini — went to make sure can
        make lasers y part existing patents.

DUTIES UBER

deliver laser

deliver automated drive part

Devise Uber deploy vehicle faster +
int new markets

build kit to outfit new cars to

in charge of otto & otto a whole
own subsidiary of Uber

Joining Uber

— just Lior + me knew about

— assuming .

NOBODY @ company Brice lin lior
— MBen currently was at ~~Uber~~ Google lin

— Brian Schelbrey — ~~waters~~ I think
he told

CONFIDENTIAL          STROZ_ 0021104

DISCUSSED

leaving Google

(sept.)

HANKE

JOHN ~~HANKE~~ ⟩ — Brian McClendon Peer m?
Google Maps).
— asked into advice about leaving

front
Google

Larry Page — done

JOHN Krafcik — done

— How to handle
— Google legal PR
— Business insight
re: KIT solutions
—

OTTOMILER

ORCAS?

OTTOMOTO

— Build self-driving trucks so can
drive w/out human dr

— KIT — sell set hard ware to other
car to become self driving.

— why people — interesting technical
aspect
might never

— work similar to google
Both involve trucks or self-driving

CONFIDENTIAL

- Do you think Ottomotto compete w/ Google

- Kits secondary

- Ever relied on w/o info you learned
  experience w/ Google

  relys on memory of what
  I've seen + built

Want 50 Employees

- .30 Now
  was SWE
  EG

STAFF Ottomotto
  referral -
  websites w/ job postings
  recruiter -

Anthony- meets/interviews all non Google
  employees - 1 of -
  ·Ultimate have go act so dec

CONFIDENTIAL

STROZ_ 0021106

DIFF  For Google Candidates
— ~~only talk to~~ Non-google   ~~Apple not only~~

| Don'T Know |
   — INT of Non-google employee
   — know det — sales

More Google workers enitalled common.
   of your about leary good

TEXT          ✱ Russell Smith  "I would be interested
Email              in have a Chat w/

— Phone
  calls       NO IMPORT OF CODE —

            ⌐
            in Trailg —
            Pictures .  ✱ don't bring personal mail
               — "    "  tools / take home

Vendors — contacted same vendor variedly
                              before

        . — Machine shop — makes part
          — purchase equip. — gun cutter

[Adrian Ann] —  to they   works in diff team,
                       244 — Dec 2015
                     suggested I should leave
no longer @ Goo.    Google — talked to him about
left Dec 2015        leaving + be joining his
                     start up

          — spoke up him abt not
              happy + should leave
          — told him considery leave

[Freda Akener] —  to · spoke up him abt
                    Jan 2016
              leaving google — Jan 2016
          — slow order made a question
              wanted to answer under
          — not talked to him since
              them

CONFIDENTIAL                                    STROZ_ 0021108



CONFIDENTIAL

STROZ_0021109

• Prototype This - TV show ( showcased A. Roberts)

• Anthony Robot ⌉ Oct 17, 2011
• STO. systems  ⌋ > acquired

[ • Darpa Grand Challenge - (pre Google) (Event for
         Laraison                                    Robotic compet)

                                         ( generated
                                           testdata

         GPS guided tractors
         GPS augmented bulldozer
         mobile mapping equipmnt

original  [ Vutool — to build streamer ( acquired
          ↳ Tiramusu — quts andare prod or there  2007 )
                        Quadcopter

          Glimmin — side proj funded +
                    advised by D. Estrade

          ↓ Dale Knight invested + advised

          ✗ Nemo — advise ≠ own
          Building System    modular building
                             manufactur company   another
                                                  affiliated

Aaron Cruz —
left Google
2013
( ~~actual~~
aetoveari
startup )

- one convo to reconnect
see if he will become
advisor to Otto

- as a consult

Jonathan
Brian Dowdell

lunch
@ reat
near
home

David Estrada
left Google
2012
Glidden - take ~~chan~~ of
face

Atty
or
Chauff

Jan 2016
- follow up convo b/f
lunch

- text messages
re: coording to
lunch

- discuss his role in
Newco - same as
Google

- 2 phone - 2 meeting
after leaving Google
Anthony + Dave
had a conversat
re: issue in deploy
self drive cars

CONFIDENTIAL          STROZ_ 0021111

Dave Ferguson
SM/Google

Jan 2016
- talke to him abt
leaving Google
want to leave + do
something new

to leave

- He was interested in
doing Amazon - Robot
- super worried you would
UBER -+ want
to join cometa
+ recruit

Bernard Fidiic

told him leaving in
Jan. 2016
- told him I wanted to
make Robot trucks

told
leaving

- + recruit
- (Pierre + really went to
him probaly
knew

Matt

| Key People |

AARH
sorry  Jules gaut          Jan 2017
(Director Eagen to hardware)      told him
chauffeur      leavig
otto

(workig at ROBOT          — Recruty him
Park Garage)          to help stay

left
2011          → 7 director(s)

George Laquin —          → TWO besin Feb
left Google          past 2016 left
2014          Recruited him

Ash eem (yuval)          → ws Recruited after
Electrical          left Google
Eagen
left Google (controls)
2012

worked w/ A-on
fuzz @ Travis.

CONFIDENTIAL          STROZ_ 0021113

Bryan Majerus (left 2012) — Bryan left Google

Me

Trying to hire him

Robbie Miller

Sept 2015 / first conv.

Spoke about NewCo last week

Ops Manager
Left _____ / March ayr.
joined Otto March 2016

about

— Robbie came to me
why aren't we doing
self-driving trucks

— He leaves Feb 2016 — after he
leaves AL has convo of
hire ____

Robbie comes to house after
trip to Africa — wants
to know what dog gets
after left

Total TB - 24TB data

Forensic - last access report = (Date/Time)

file Extension → both descripter of
doc. file type/extension
extension

access for purposes of report

→ Just a file type.

list of metadata fields.
who it is - "which device/ when accessed/
file type
last access
file size

Forensic analysis of all custodians -
USB/ laptops/ desktops - go - by Sunday
last access



Nick Munley — Dian 7 talk to until aff
he left coogle + I
left Gap

Andrew Schultz

cofund 510 systems
Chenff & E

Jan 2016
· AS approched him
+ says he hears
stuff — AL said
guy to leave — once
out welcome to
talk to me +
≠ recruit
+ offer
≠ solicit

Jack Tisdale

SE @ Google

(college classmate Jack
@ OTP)
other people have prod
experience
we should
out reach
join!

Nov / Dec 2015
lunch
— discussed
direction of project
— AL confirmed guy
to leave once self
pard
JT — tell him when
me.

CONFIDENTIAL
STROZ_0021117

1/2015

Micheal Toull
Google
ME (chull

He answered
Az about wanted
to start new
business — I Natter
in Date Knight
a ph

Reached out via
text yn left
I want to talk t
yr — sent
him canned
respo

Tajim Bhu
Google
St Cheryl

Thursly analysis
2011 — led

lives near me
— he wanted valuation
of Uber from
Brian McClend

Dec/Jan spoke abut
2015/16 Leery Gaylo — before
Az leave

— Tajir head games t
wanted to knw abt what

after left

— told him maybe do
   something to travely
   + tell him about d
   trust

— Reached out via text
   messages to talk

— I can only talk abt
   now work stuff

— Came to house - saw
   truck — commented
   on unnecessary and useless travels.

— told him couldn't
   meet him