*Waymo v. Uber*
**Case No. 3:17-cv-00939-WHA**

# TRIAL EXHIBIT 8857

**Uber Objections:**

- Fed. R. Evid. 802 – This document contains inadmissible hearsay; namely, out of court statements made by Anthony Levandowski, who participated in the Stroz diligence process in his individual capacity. *See* Br. § II.

- Fed. R. Evid. 805 – This document contains inadmissible hearsay within hearsay; namely, Anthony Levandowski's recitation of out of court statements made by other declarants. *See* Br. § II.

- Fed. R. Evid. 1002 – The original document contains multiple different colors of writing. The different colors are attributable to different authors and/or were composed separately at different points in time. *See* Br. § II. The trial exhibit is a photocopy of the original document, which obscures the color differences.

*Note*: This document is handwritten and is not susceptible to highlighting.

CAMPAD evidence RECYCLED

9:30 Jan 26, 2016

UF

ANTHONY LEVANDOWSKI

DOCS

→ Recognized Ex 1 + Ex 2 - Ex 2 best recollect

→ Devices

iPhone 6s - used personal / work
- used @ Google
- got it in Dec. 2015

- used Google Apps - mail + sync
- (removed acct + delete app)

install - App - Security - ?

- best knowledge any Google info on phone
- any Ottomotto info -
- just email

- Using gmail app for Ottomotto
+ use default app. at all

- Use Text / iMessage
Snapchat
Email
~~iMessage~~
+ Use WhatsApp.
Sync notes through phone
→ Sync contacts through card dav (syncs through email) (opensource)

- Dropbox,

Phones
Laptop
- Work together + come up w/ remediation
- don't delete
- don't copy
- we will re-image + to make sure you + copy stuff in the container

- image networked computer so we have image

- local data
- migrate that email to a new personal email box

United States District Court
Northern District of California
Trial Exhibit 8857
Case No. 3:17-cv-00939-WHA
Date Entered
By
Deputy Clerk

- Previously had Evernote
( ?

- Sync to iCloud - Maybe

Safari, News, iPhone backup

Anthony
- only one has access to phone

(Previously used iPhone 6 -)
wiped it gave away

→ ( Galaxy Nexus - ~~[illegible]~~ )
?

~~Google Nexus~~

# - Backed up phone to iTunes - DID you encrypt the backup.

(NEED iTunes backup password)

iPad Mini ( didn't bring it - drop off this afternoon)

- use to fly your drone (Quadcopter)
- got it 2014
- girlfriend has access
- ? use for work

iPad 3 2013 - used for videos Netflix
playing games
Personal notices

- fly Quaver
- Not syncing email
- DropBox may be installed as an app.
- GF ≠ use it

Nexus 7 - 2014

- hasn't been used in awhile
- Playing w/ airplane controls
  - (work-related)
  - not google/Ottomotto related
-

Software - Develop an application - trying to figure out how to pick up things from airplane -

(No Google owned IP)

- ≠ use for google / Ottomotto

Side-Project → Non Google
Google employee funded
side-project
Google aware

Called
"Tiramisu"
"Flier"

KittyHawk
Tiramisu Flier

everything is [illegible]
all otto files — are in folder or on Google Drive
— email through web

Apple Laptop — 2013 —
[ — Need Admin Password
— LAST Pass — passwords

① ☆ NOT synced
② email locally on google only

Primary Laptop
personal activities + Work

Encrypted

for email dropbox any drive syncing

personal / ~~work~~ uses —
work-related — uses →

Not synced ~~stuff~~ up to NewCo servers

any devices at NewCo

USED it for Work w/ Google
— use it for Ottomotto → ① access Ottomotto drive through Mac OS ~~Ghost~~ ~~ui~~ + log into ~~gmail~~

Email
2014 — Uses it have it synced at some point
— stored locally

• email access — work email
• presentations
• ~~no~~ no code/software
• writing docs — mainly through google drive
• VM on there to configure tools WINDOWS only

Outlook PST on email stored it locally.

— Bulk Google Work Chauffeur

① ☆ STUFF on LAPTOP belongs to Google
— Google folder in chauffeur

~~[illegible]~~ — used it to access work email (through WEB)
— Work docs ① or presentations — google
② — Manual — (and data sheets)
Google ③ • Vendor Specific Data Sheets
④ • Chauffeur
+ Systems diagram of how the car works

(File/folder called chauffeur

— Work Things organized

— all stuff in folder called DROPBOX
• chauffeur
• stuff related to

• Things from 3rd parties
— updates to Vendors

(Chauffeur/Google)

ok — Street View, Google Maps - Chauffeur.

Personal

Google — Attorney's stuff
— offer letter

Management related Docs — Docs I signed has Exhibits of everybody
→ confidential

• Storing [illegible] on laptop

Disks →

Unless you archived and [illegible] or migrated it into a personal mail BOX — connecting it to Backing personal Repository

(6) Google work — mail → 14,000 messages
iMac connects pulls down mail 2014-[illegible]

Used apple mail app — iMac connects that synch up with email Pull down at [illegible] it [illegible]

OTTOMOTTO
→ use it for Ottomotto
→ data sheets, spreadsheets, text files
→ email locally — (not on computer) ONLY Web-based
File it in DropBox —

LOOK

- Everything in Google Docs
- transfer anything from Chauffeur into Otto[?]

Laptop - wiped & re-imaged
* 2014 →

Drobo 5D
- used it for keeping big files + backing up

[margin: files used to make ... of Google]

Took disks out + Destroyed

* Drives in are new - not formatted
* No Data on it -

DESKTOP Machine 2015 - 10 gb.

[margin: where is it]

- Windows 10
- play minecraft, picture,
- No work email
-

movies
stuff (Presentations ~70 figs)
Pictures

30 addt - really 20 servs
demos

Dell servers (in storage) 10

NOT TURNED ON

- Previous business

Vertool (street view)

sold 3 business to Google

510 Systems (mobile mapping)
Anthony Robots
(laser + drawings used for pilot)

Full us
10 servs
20 work stations

• In a storage facility in Lathrop, CA

•

- Never had Google data on it
- But Google bought business

Google
1

- most info from 510 Systems

- log of GPS (data got from that)
- indoor (how to make maps of indoor space)
- Backtrack (w/camera) Trials.

- Everything on these severs is

- List of stuff that Google wanted → - took
- delivered that to Google
- + direct you to do anything w/ excess

* ← - merger agreement → stuff delived to them

Home Built Machines (20)

2010 2011

- Premising from "510 systems"
- ≠ Know what's on them · how many there are.
- Haven't been turned on since then
- Haven't been used for Google or otherwise
- assets ≠ want
- Stored in same facility as Dell servers
- ≠ accessed since 2010/2011
- Employees - work stations.

≠ OK to access accounts to obtain passwords

Personal Email / Accounts

10 accounts

Email from ~~[illegible]~~ to Google – Personal (a)

- built accounts for personal use.
- "I am sure I sent some to my personal account"

~~or~~ Anthony@google.com

(b) Email from ~~[illegible]~~ Personal – Work

(c) Use levandowski@gmail.com MOST

* otto accounts
set up ~~[illegible]~~ after left google

Domain not registered

Email accounts -

280 Systems

a (a) ottomotto.com — Pretty sure ~~[illegible]~~ start ~~domain~~ email until after

— Domain (may ~~[illegible]~~ have been registered pre-

a@ot.to — very recent

(not established when

CONFIDENTIAL

STROZ_ 0021163

Anthony's Cars

Personal Email

Google

April 2017 — acquisition here ← Sebastian Thrun
← Andrew Levandowski [Lonengbill]
← Joakim Arfvidsson
← Hendrik Dahlkamp
← Anthony [illegible]

- Joined Google as a package + Mission Street Streetview

- Docs signed ✓

-obligated him to
-not recruit people
-keep Google's secrets secret
-say Confidential info + tell pet[?]

Levels of Non-Solicitation

- after leave can't solicit
-
-

Training Courses (not IP-related)
- user privacy issues
- + receive any additional training re solicitation

Sticky notes: Anthony's Car[s]; Joined Google April 2017

CONFIDENTIAL

- Not IP related
- did receive training re: Uber-related training

- what info have access to re other employees

manage 25 individuals (help set salary bonus)

who are individuals

- compensation, evaluations, performance rating scores

-

- Side Work [Project]

- Google's Policy - Verifying you did NOT related to what did @ Google - NOT Google's

Google Work

2017, 2018, - Build out "Street View" vehicles + called "Cityblock" - "CB"

2018-2009 - autonomous mapping - "GEOS" ← "Oblique Driving" aerial imaging

"GroundTRUTH or GT"

2008 - - MAPPING - setting up operations in Mountain View + India to imagery to extract city info

Non Google
2008–2009

SIRE

They knew it

"Prototype This"

TV show – Deliver Pizza Downtown to Treasure Island

– asked them

→ "Anthony's Cars" – ROBOT CARS.

≠ use anything at Google – funds or bypass

"SDC"
"Self Driving Car Project"

– Finished US Maps

2009 – [illegible] – Started "Chauffeur" @ Google "Robots"

• hardware done by Robots
• software "KARR"

"Firefly" vehicle
– "Pribot" "Henry"
"Bigfoot"
"Ecto 1"
"KITT"

"Anthony's Robots" – purchased equipment hardware to drive vehicle

external vendor to help build it.

2011 – Decided to Bring into Google
Anthony's Robots

Pre-dates employment @ Google

510 Systems (investor not employee)

Anthony's Robots used 510 Systems

* Tramwell – picked up on airdere

SIRE

2005 – Started to invest in 510 systems
(Darpa Grand Challenge)

Farms project
systems [illegible]

Anthony's Cars

CONFIDENTIAL

used by company named Topcon

Google side Projects
- as long as not competing
- you were careful to let Google know about all side projects

Responsibilities

Titles

Software Engineer - (2007-2012) (

Engineering Manager - 2012

(But acted like a Product manager)

~~Product Manager~~

challenge

Engineering Manager - 2012 - left

Resp - (worked on Projects got done what had to get done on projects)

- participated in helping write what autonomous car is.
-

- Never wrote code/software

follow up

→ Consulted on bunch other projects

- Cardboard
- Telepresence Robot

Supervisor

sebastian THRUN (Primary supervisor

Chris Uhlick (

Chauffeur

2012 - engineer manager

2012 - ~~step~~ supervisor sebastian THRUN

2013-2015 - ~~then~~ then supervisor Chris Urmson

1st 2014/2015 - Bryan Salesky

List of 25 people manage

- ~~Thrun~~.

EMPLOYEE LIST

- phone contact (gmail contacts)
- + rely on internal company directory

Sent

20 emails — from work to personal

1) SCAN
2) Presentat—
3) major Study [illegible]
4)

AnthonyL@google.com to [illegible]

where to find stuff

Where to find stuff

1) Downloads folder on Mac
2) Dropbox / [illegible] chauffeur folder / Google folder
3) Email PST / Mac email · com    normal in the

AnthonyL@google.com

Through normal course of work [illegible] normal
— computer
—

Worked Google — Place Stored Google Doc

— any    Dropbox
Google Docs
Laptop
Phone
possible tablet
+ Thumb drive
Drobo — set of hard disks

My apple laptop backed up to

CONFIDENTIAL