internal
chauffeur — Firefly — car (SDC)
robots

2015 — approaching dealers of launching vehicles

— Re: building custom cars as opposed to
focusing on technology

— internal milestone — project

Larry really Page really loves it — but
to opset of direction going in
— wanted to pursue [?] tech — @ Google
— wl end up going in that

political / internal / dynamics —

time to move on

— told Larry I am guy to this X! —
but I want to do trucks —
Larry decided to stay

Resign

— Sent email — Jan 25 — to Larry — gets to
resign

(Sent this email to myself)

Jan 26 — Chris — grabs badge
— sits down w/ Brian

CONFIDENTIAL

Deputy
Dep

Exit Interview

;Chris Lawson
Brian Salesky    (meeting w/ A. Shultz)

[Chris says]
— How could you leave now
— I hear you have recruiting people
     — there are a lot of people share
            my view on where project
            goes.

cint
room 1

(response)  — wasn't probe + trying to get out
              as fast as possible
            —(they set down in order to make sure not leave  A. Schultz)
            — After Chris walked me to desk — walked me
              outside

                                   (used to be accurate
cint                                brought him into
cint                                project)
room
2      — HE [crossed out] Among Chris —
         (circle) Lego [crossed out]
         Chris
                    spoke about how did it get
                    to this. what did he/we do
                    wrong — slightly accusatory
                    How could you do this to team
                    trying to tear apart

                    is it true that Chris — had
                       quit the team — told him
                       sergi

              — factual based res

CONFIDENTIAL

(HR enters room) — Chelsea

what it means to leave Boeing

ask why — issues on project
    - collected your badge
    ask abt. computers
    (showed Chris all docs)

legal
comes
in

[Instructns] — what obl. were
            NM 801.
Duress coming    con infirm t
beyond yor      Asked for guidence
employment      (what I should feel
confident            them)
NOT to solicit
            — They would NOT tell me what
— I understand that   TO Tell me    say
I am supposed     if    "can't talk to
to get rid of docs
        on the
[LEGAL]  IN
(Jade Wagner)→    — Hey — "Happy to meet
                w/ you but I can't talk
I wanted to do clean+t   abt past/current work
(mag possible)      Thing — I have counsel
— came up w/ language+   object have to have "
LEGAL said okay
        [Documents]
                +sign any docs

Jade Wagner

CONFIDENTIAL                           STROZ_0021173

- Returned all Google Property?

(a) returned 2 lenovo laptops
+
DESKTOPS
TO GOOGLE

Looked in
Garage

(b) ~~returned~~ Ruts work on for
Street view + Map
(TOOLS, pieces of alarm,
ROBOT arms, OLD streetview
TEST Prototype Camera

new property

insight further
scrutiny

SUPPENA
came + picked up Google?

Destroyed
Set of disks (sensitive
info)

- (house/garage) straight - put in a
box - disposed of it
- destroyed
- Crushed/melted down
(paid for destruction)
~~take~~ company (to mer)

when?

☑ DID THIS LAST WEEK
(WEEK 3/14)

Download/copy anything from Google

- download/copy/ergo

(c) ≠ or any online reviews
to see if

CONFIDENTIAL
STROZ_ 0021174

Return Google
Property

DISC...

Destruct
Staff

→ DECIDING TO ~~leave~~ DO START UP

① 

August — Lior + I had lunch and
2015      had lunch to discuss him
Tuesday ~~lunch~~ getting into the space - chauffeur

~~Aug (14) 2015~~

agenda  ⎡ gave him states of chauffeurs
him        ⎢ ~~They to recruit~~ where car at
explait    ⎣ told him about my ~~dissuaded~~ dissatisfaction w/
                                              team
                                              + direct

Sunday chat

Couple
Days later   — live 4 5 Blocks from each other
~~early~~
~~Sept~~      — ~~told~~ Lior detained what doing w/
~~2015~~         Alphabet - new closing tech noly
aug 2015/     — ~~An~~ talked about doing ~~at~~ Trucks w/
sept                                         alphabet
              — talked about DOING KIT — for
                 after market - on highway
                 (more like TESLA autopilot)

              — Discuss doing it together + lets
                 figure out a way to make
~~eabar~~       it work w/ Google.

Early
Sept
2015

— Followis weese — met and took anter
         walk — (right by Google CEO's
                 house)

— Things get more concrete — we should
   do something —

Anthony    Hold in lots — think this through b/f do it

~~Do it that~~

Sept
2015 — | Travi + Anthony went to meet a lawyer
                     onry
       — several fllw. up in per
   (a) text messages
       — several meetings up Uber
   (b) — ~~one Google email~~
         may have sent one email to
                  his Google
   (B) — ▇▇▇▇ gmail
           gmail
   (d) snapchat

*  How can we build something at Google
   Too complicated — leave + build
   something externally — (Nov/Dec)



- We talked about ~~separate~~ [illegible] roles

~~[illegible]~~ Anth — Personal resp. for building technology.

"LiOi" → Person resp. for business

CONFIDENTIAL

STROZ_0021178

## 1 on 1 Reports

handing out after letter to employees

- sees me QWTN + getting escalated + had breakdown

— Discussions of people every 2 weeks

Hardware engineer

(Pierre Droz) — ~~stress~~ starting talking about forming new cainery 2012

Latex engineer -TECH LEAD

of chanters

# 1 engineer

I recall who approached who

Helped plan many secondary chats

- different options NewCo
- He preferred Tesla
- WANTED BE A founder
- agreed to commit funds
- meetings @ house to org strategy
- ask how to help - bring on people + wrote offer letter to bring ~~handed~~ ~~close~~

— 2015 December 2nd annual 1 on 1 - Anrug brought it up — whats Next — Talked abt lasers ~~fast~~ drones, Tesla, not into Kit

conern who else going to join & more enclined to join if others going.

· sam Linvies
· arta
· Liala

— DreamRadi - Jan 2016

— every 2 weeks
— Talked about delivery /600 k/ 5 2 k

— Wanted to get Yraight on what wanted to do

Mech Engineer

(Gaetan) — December-Jan 2016 regular chats every 2 weeks

√ | - Will McCann — Jan. 15, Jan 24

√ | Drew Ulricil — Dec 15 + ~~int regularly~~
                    (4 times)

√ | ~~Re~~ Laila Mathes — Dec 2015 - Jan.
                    (regular)

| Blaise Gassend — Jan 2016 - a couple
        - regular Googlework + asks what
          there

~~Andrew Harvey~~ — ~~Dec~~ Jan ~~couple~~ many

Donut Jordan

CONFIDENTIAL   STROZ_ 0021180

Du 2a5

Barbeque
- Pierre (on NewCo)
- Gaetan (NewCo)
- Mark Shand (not involved in dinner)
- Luke Waehter (NewCo)
- Drew Vicert (NewCo)
- Zach Morriss (NewCo)
- Lion (NewCo)

Rita → helped entire. team together people

Luke

Rahim

Sam Vsness

Mark Nick

Dan Burnett

Mark

Zach

# Communicats w/ Google Employes

— regular phone multiple times

defiely
structs push
to rush on proyect — [Pierrie] — Nuuro
while at General

{ encureged to leave @ dog te
first at buget      do new proyet
theuto leave buget start up
encurged to leave @ ogle

Google

— [Gaetan] — Dec/Jan 2016 —
       — a rememns unomintented
       — discussions about what shurbl be
          building

usually talk
       — requested Speech Engnes
       — wanted to iNEST
       — wanted to ↑
       — Ron /      3 times

encurge to leave Google       Dec/Jan 2016
— [Carla] — met about 3 times
                  Ron /                      faller
Man.
Engnes
                — { Carla appruched me after Dreue
usually talked — { chat about campary, what she
at                    wuld do, mateemity leave pctires,
reguler
mamns           — a always
                   ragi standry 
                — orally set tnigs up w: next meetng
                — walky buy + say 6+1 meet
                — at most or regularly scheduled mamns

CONFIDENTIAL       STROZ_ 0021183

Mechanical
Engineer
Chauffeur

Will McCann — 2 discussion

— to Jan 15, Jan 23
~~Jan 23~~

• ~~existing~~ daytime 1m/1 at oth
• henri approaches me what
  going on @ home of Gaek
• me telling henri money
  q leaving + daz start up
  in robot car space
• ~~new every meeting~~

(Office Tech)
~~off~~
~~open~~
~~Office~~
telegraph Brown

• every meeting 1m
  in street by his
  house
• He requested it
  verbatim at work
  edit later that
  day
• polled at + salary
  ~~offer later taken~~
  ~~never offer~~
  ~~later~~ discussed
— what expected or
  NOT
• rile shortly after
  never offer
  later

— DON'T end up jail

Drew Vleck — 4 meetings

— Dec – Jan 2016

— Discussing mainly general
business climate for
autonomous cars

Michael
engineer Chauffeur

— Anthony brought it up
that we should ~~a~~ do
~~separate alphabet google~~
project at/Google

— ~~starting to talking about~~

— general understood
if cant do it at google
then leave +
waited early Jan

— encourage him to learn bus

— offer letter

— sitting next to each other
lets grab drinks

— TEXT – from Drew – me about
setting up an eng discussion
+ calendar it +
sent ~~an~~ an invite
to google address.

② ①②②
PM – Drew ⎰ — Interested in more discussion
forward + wanted to get
welcome in a door

(Jan 2016) ( before

Blase — 3 discussion

Software
engfull
Oband

- came to me b/c friends of Reem
- Did same thing at STO - schln
- heavy on
- Infuated by him
- 2 on premiss (during work day)
- 1 not ( phone convo in meeting — he called
  Antony )
- Phone calls / text messges
  comp, Role, things he wanted
  + reenact or encourage him to
  leave
- relionally extend contact

DONUT — ( meeting Jan 15. 2016
           in person to

- use boys confirm from week to  want
                                   SF
- He approach me due to
  discuss of Duke / Reem
- No other comment about
  Neuer

January 2016

**Luke** — to 2 meetings, @ Google

Software
~~Electrical~~
Engineers

- ~~Both at Google~~
- First meeting — he wasn't really said was abut it (pingual)
  serious abt it (Pingual)
- Second meeting — Anthony reached
  out to him
  orally

Discussion
him going
turn to DC
to find out
more

- confirmed his interest
  in Newco
- commute issue
- confirmed talk on
  talking to others.
- signed offer letter

**Rahim** — Jan. 2016

Hardware

- approached by Pierre
- 1st meeting — request to move into
- 2nd meeting — equested by him
Turned
my shoulder
said let's
talk
well around
block

@ google — walked in     discuss salary offy

3rd meeting — more salary, offer
(after week) expressed interest in fun

- to instate contact at all
- + email / text
- sog offer letter — expired

Jan 2016

Sam ∠ 3 meetings in per
Pierre

Hardware
Engineer
— approached by ~~Pierre~~ + then asked
what was ~~so~~ going

— Sam initiated meeting ~~of~~ today
~~to~~ after talking to Pierre

— Talk about — more technical
things
$\left(\begin{array}{l}\text{— F initiated} \\ \text{others 2}\end{array}\right)$
— what type of
sensors dev.
( cameras, radar )

— macro picture
— why Robot imp.

— compensation

Bapcadus/Marcin

[ NiCC ] — I in ~~room~~ ( Donutam
SF )

Don
Collin
Lior
RP
Claire
— Aurey reached out to
him, w/ Dec 2015 BUT
didn't
Met Jan 2016
— Discussion of Macro Picture
scenarios — why matters imp,
He wanted to do Truck Not
Ca
— & got offer
— maybe phone call
— text messages — ~~sent~~

? — SWE

Don Bennett

Knew frustrated of Google — Hao?
Z in person chats abt. ~~Antrey~~ Anthony
leaving + what going to do
std

- Anthony initiated meeting
  @ Google (went outside + took walk)
    Don initiated
- 2nd meeting — following up — talked more
  @ Google              abut general topic
                        macro picture


- Got offer letter  Jan 2016 offer spike
  but before you left — 280 systems
     a lot of
- Text/comm. back + forth but
  nothing about NewCo

- Joined NewCo — ~~Jan 2016~~
                  end Feb 2016

Software
Eng?

[ Mark Shand ]

1 ~~~~~~ Meeting
@ Google
Anthony

- he approached / in dec 2010
- refused to share info
  b/c I trust + doesn't want

- I suspect new company +
  I want in

meeting chat — late Jan 2011

[ Zach ]  1 ~~~~~~ chat
            I me
            meeting @ his house

                    - Hey I am
                      leaving team —
- Anthony introduced it      I knew unhappy
  just wanted to             he expressed
  give him heads             interest in joining.
  up

a day later
- met at his house that
  day, discussed what we'd
  do, gave offer letter

CONFIDENTIAL                    STROZ_ 0021190

User Experience
Researcher

Brian Collane — ~~Unterter~~ ~~Deny~~
— + phone convo

Early
Jan
2016

~~Dec~~ (ISP) In person meeting
~~1st~~
I walked up to desk
+ asked "want to meet"

— ~~shared~~ shared concerns of
project - asked what
he thought about Newco

Jan 2016 — ~~2nd~~ meeting (coffee shop
5 days
late      discussing when start comp      phil's
                                          theater

— then saw Matt + I talked +
interested if Matt expres
                        interest

— 3rd - phone convo — he called
                               me
— hey we just got offered
a lot of $ to stay. Large
can we stay a couple
months

— to Think he has an offer
with + possibly from Real

## Brian Torcellini

Jan 2016

Program Manger
(runs entire
Pueran of Lunars
in Chandler.

- (1) verbal convo aft Matt
  tied him off of newco.
- Hey hear you doy something
  new (walked up to primary @ desk)
  - maybe
  - what want to do,
    Truets
- Discussed career
- Get an offer

## Matt Willers

- talked about This to Captone
- He was on StreetView
  + helped me negotn
- Had convos dating back to
  Dec 2014/early 2015
  about status of project +
  thinking about Newco
- Fast Forward Dec. / Jan - goys to
  leave

Teahu
project mar

(Brian
Turllini)
(major)

- Matt encourages Anthony to leave Google

- we talked about sup. team in Alphabet — but he want it

- Jan 4, 2016 — resigned Google

RiKard Gruwman — Jan 2016

operation Person
Project Manager
out field in

1st @ Google — he approached me in heard doing something + I want to join

— talk about $1, Planning, Idea for TRUCKS

2nd @ Google
Left Google (2 weeks after Anthony)

inevitable conversation
— Anthony walked up to desk + said lets talk

SAVE

Claire — met w/ Claire about Newco 3-4 3 times (prior to group meeting
Jan 2016 Spoke w/ her about technical details

(Sept. 2015)

STROZ_0021193

(Sept 2015) He says let's grab
dinner — he stays the
I want to know what's
going on — he wants 8 yr
— Anthony told him

## Brian Selesky

(my manager)

— went away / came back

— Never solicited him
to leave

— Multiple times —

Brian said I
I trust knew Anthony something +
him I want in

— He talked to Sam + Chris [crossed out]
+ said I was
recruiting people to
to join me
penutrate @ google
— Davis W. — met over b/f + me after guys
Jan. 2016 get feel communication / timing
6 ft curious (on street)
Google he buds
2 weeks Oct / Nov. 2015 —
ago

Brian says talking to Uber — + discuss
having a bunch of Google team leave +
join them. — take vehicle team +
sell that patent to USER

— He discussed what he wants to bring

CONFIDENTIAL                                        STROZ_0021194

UBER

✓ Introduced to UBER 2014

We invite him to meeting @ UBER —
realizes the discussion we
advanced, wants to join
NewCo, then says he will keep
this confidential BUT stay
@ Google b/c paid
, 10 million

2/0X

see before

(BBQ) — ~~Dee~~ Nov/Dec 2015 — BBQ
Anthny's
House
— laser team bbq to
celebrate achevmt

Aut — invited others
— discussed render and staff

~~Beach side~~ — side group [Pierre] [Pierre] Cupe
[Brian Dowdell]        [Me]      [~~me~~]  totally
(told hein guy to      [Gaeton]  [Pierre]  out
do Robot car/truck                         Newco
start up)   — Lior — to meet guys Micott
Seen Pierre + Anthny        Join Newco
asked what tacks abt
sd thinking leaving +    — on my memo
joining Newco
— how long recreate techub

(PM 1) — Dec 2015, Anthny Horse
                15-20 @        Brian Dowdall
        — Pierre            Brian T
~ Word of Mouth  Gaeton    Brian C.
Meet at my house  ~~staff~~ new   clane Delaunay
✻ (No text, email    Laila
  snapchat)   Luke    Davis Wedderwesh...
              Lior          (SWG)
              ~~Scott~~
                        (How may chat)
LIOR MICOTT
ONLY    Purpose — had a bunch on convo —
        — introducing everyone
        — clarify story of business
CONFIDENTIAL — no docs shown or handed a STROZ_0021196

won Might have done a presentati about
business of Robot driver

SKi - TRIP   Early Jan - Tahoe - Anthony
                                          fails.

( laser -           - Everyone from laser team
 creates a 3D       - wm laser team
 rendery yuml6 )    - 20 people

                    - Team bonding. ( No talk of
                                       Otto )

    - side talks    Pierre ) How going to
                    Gaetan    build existy
                              from scratch vput
                              itraig on IP.

- Pierre - said we could do suruty new
           vput ~~~~ vs itraig on IP

- Anthony - can we make a laser v/art
            v.olatf ~~~ anytng we did

- Knew imp. to be clean - start from scratch

> - comfitable of using parts of vendors
    to re-Use

— Can we do this from ~~odt~~ scratch

Next Day ↑

(PM 2) — organized by Drew — @ Anthony's House

LATE January 30th night before resigned

⇒ Confirm in next couple days there would be day I quit first +
Han Long people

Anthony
Brian

⇒ ~~Stay~~ ~~Peter Platt~~ Lior → Pierre —
Gaeten
Will
Drew
Laura
& Tonik (reassures Anthony Wone first)
Luke
Sam

handed out
couple other
letters

Lior

1st
PM
meeting

Brian Tincher ?
Bruce Cullinane ?

Clarie D,
Dann W → Both were there in

(Brian Dowdall —
— instigated meeting, he may have

sent calendar invite

— Might have done something
— actively encourage people to leave + join
NewCo.

Notice Next Day!

Next DAY

Chat w/ Brian Selasky

to coordinate my role going
forward

E Mails
for Laura
Team for Charles

Tvv be be teaser
To prep joint sreach
to group - being replaced b/c
went more loyal person
MEETING said it was an issue that I may leave

Brian

deliver new role going forward +
committed to finding you a new
team a, to Brian said no they to
a place where
comp. or leave

- Brian Leary

- Open convo - whats up on my projects
- I am proud of work
- I hope to stay close, likely for new opp.
- say I ___ The company
- I say there are things broken + what to
do

Responses

Lacy - likes what I do
John - "

Chris + Love me
Brian Selah - likes what
I do diff

Give Notice Next Day!

~~ant morning cu~~

→ who speak w/
- ~~⊗~~ Sergi Bren (co funder)
- Justin Krafki (CEO & self Driv Car)
- Chelsey Bali (HR)
- Staci (Her Boss) Sullivan

*(1 week after rep)*

*(Same day,)*

Sergi — really unfortunate loss —
go for 1 month sabbatical.
come back

John — follow up chat
Discussion abt what to

( ~~thinking~~
- traveling
- might start NewCo
- you gonna do travel?
+ Don't care
- John fine post tin back
@ Google

Talked about problems of funds/Keel

→ A number of Google employees
reach out to Anthony

After resigned

– ones that talk about
work

    – Don't respond
    – or text/email
      canned response

People reached out

– small stuff

– Don't refer them to
   anyone at comp.

My UNDERSTANDING NOT OKAY
TO talk to anyone from Google

Not talking any

    – ORAL
    – written
    – no elec } communicat

- some people who left Google
(Brian McClendon) (Google employee)

Colin - No longer a Google employee when
Anthony spoke of him.

Dan Ratner ─ → talk about Lear
ME (street view)
~~deck~~
works @ Otto + Lior
reached out / after leaving Google
hardware
- Joined Otto in March 2016

OTTOMOTTO
30 employees
16 from Google

10 recent Google Hires
↓
- Don
- Collin
- Lior
- Claire
- ~~Don~~

# UBER

<u>Brian McClendon</u> (Google employee + Ram Engl Mgrs)

Conv. w/ + have disks: Lift
Lior ↗ of sensitive info

TOLD LIOR - FIRST - said hey went to date they delete
+ he said we should tell Uber about it
- NO Lior we should quickly disclose of info so
don't end up # of encryption

MEETING - 1-2 wks ago / Possible end of
w/ UBER last week

Had this
years ago

- Met w/ uber re: deal terms

- Went though all my stuff +
say DISKS w/ sensitive stuff

(5 DISKS) → (no)

ENCRYPTED TrueCrypt  Google proprietary INFO - chen eth (everytime
Source file  Source Code  need to know)
→ far →
Design files

Source Code  ENGINEERING DOCUMENT
Public Code  (Software) rel. to creating
a self Driving car
→ Source Code Remote  LASER Files
(common team
personnel)  electrical Eng/ software Comp.
required to
.TC
Contains all
Building Tech ready for SDC
- got files needed, encrypt image
- last time / used 2015 Jan / Nov / Dec
occurred

**TX-8857, Page 49 of 51**

- who did you tell
    - John Gardner
    - Told Lior - + what was on disks
    -
    Regular status meeting w/ UBER

    Cam (Head of Car Dev.)  Lior
    Nina (works of Cam)      Anthony
    Travis (

$(3 \text{ mins})$

END OF
MEETING

A - Hey I found some stuff/files I want to
    ~~cam saw~~ them b/f we do DD)  get rid of

CAM - Don't delete that we need to see what's
        in there + keep a copy for the record

Travis - Don't take any advice from boofs

            If you have Google stuff I don't want
            to know about - I don't want it here
            and do what you need to do.

A - Just so you know I will delete [ + ] shred
        + you will ~~sto~~                    DISK

TK - NODS
CAM - ~~Skimms~~ Non ~~Reverbal~~ Verbal signs of agreement
NINA - Pale / a-mixed / astonished
        I left meeting understanding that I was going to
                                                destroy th

CONFIDENTIAL                              STROZ_0021204

near Oakland plr.

s ⇒ Brought them to shredding place in Oakland plr.

saw them being shredded ) Didn't recall
where name of
facility

(※)(①) VBE1
Later that afternoon - I got a call
from CAM - "please don't ~~shred them~~
delete or shred those things"
~~I~~ I appreciate that but I shredded them

② VBE1 (Sat morng 19))
Called me said next day - CAM -
and said - want to make sure ≠ delete

③ Lion (~~Sat morg~~)(over weekend)
← informed him that (cam VBE1 ≠ want you
wina said)
to delete more stuff

Lion - just knew conf. info - never told
him ≠ he them