***Waymo v. Uber***
**Case No. 3:17-cv-00939-WHA**

# TRIAL EXHIBIT 8858

**Uber Objections:**

- Fed. R. Evid. 802 – This document contains inadmissible hearsay; namely, out of court statements made by Anthony Levandowski, who participated in the Stroz diligence process in his individual capacity. *See* Br. § II.

- Fed. R. Evid. 805 – This document contains inadmissible hearsay within hearsay; namely, Anthony Levandowski's recitation of out of court statements made by other declarants. *See* Br. § II.

- Fed. R. Evid. 1002 – The original document contains multiple different colors of writing. The different colors are attributable to different authors and/or were composed separately at different points in time. *See* Br. § II. The trial exhibit is a photocopy of the original document, which obscures the color differences.

*Note*: This document is handwritten and is not susceptible to highlighting.

STAPLES

Sensitive bunch of chicks to sinks formerly Otto- to clean house

② We had a bunch of old hard drives destroyed (+ Google) C+ / ours laptops

Follow-up

[Questions]

- (Anthony will get name of company)
- small Mom + Pop shop - have machine used to shred hardware
- recall name

paid cash. point was to make

- Name of vendor
- Receipt disks shredded - + paperwork + receipt + paid
- any written verification / receipt went there.

Disks

- when find them @ house
- know how long been there
- when you last looked @ those
- How / when were they created /
- why didn't use Google laptop (for work stuff)

software on Google laptop that needs to ... on Car - ... USB hard drive ... copy it to disk to ... transfer ... clear + ... in Otto.

Chauffeur / Google / Gmail

- company ... computer name
- this way that needed to access some files before left - Google always before left in normal course of business

- approx when you download these to DropBox when working at Google (?

- other than interview date, do you recall when you last looked at any of these files

most critical when needed to work on them - could it have been other ...

+ clue - Google mail - were you aware on laptop. - b/f located them.

United States District Court
Northern District of California
Trial Exhibit 8858
Case No. 3:17-cv-00939-WHA
Date Entered
By
Deputy Clerk

Vast majority not accessed 2016
some accessed that needed to work on
recall → after leaving Google → I recall access
~~expect~~ before ~~un~~

Rhian Morgan