MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel:   415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel:   202.237.2727 / Fax:   202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel:   212.336.8330 / Fax:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S BRIEF IN SUPPORT OF PRECLUDING WAYMO FROM SOLICITING SPECULATIVE, IRRELEVANT, AND PREJUDICIAL OPINION TESTIMONY FROM FORMER UBER BOARD MEMBER BILL GURLEY** |

I, Kaitlyn Murphy, declare as follows:

1. I am an associate with the law firm of Boies Schiller Flexner LLP representing Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") in this matter. I am a member in good standing of the Bar of the State of California. I make this declaration in support of Defendants' Brief in Support of Precluding Waymo from Soliciting Speculative, Irrelevant, and Prejudicial Opinion Testimony from Former Uber Board Member Bill Gurley. I make this declaration based on personal knowledge and, if called as a witness, I could and would competently testify to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from John William Gurley's deposition in this matter taken on August 24, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of February, 2018 at San Francisco, California.

*/s/ Kaitlyn Murphy*
Kaitlyn Murphy

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. Gonzalez, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Kaitlyn Murphy has concurred in this filing.

Dated: February 5, 2018                         */s/ Arturo J. González*
ARTURO J. GONZÁLEZ