QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO'S FEBRUARY 6, 2018 LIST OF NEXT SEVEN WITNESSES** |

Pursuant to this Court's December 4, 2017 Order (Dkt. 2340) and the parties' stipulation (1/30/17 Hearing Tr., 106:8-19), Plaintiff Waymo LLC ("Waymo") hereby submits the following rolling list of its next trial witnesses:

1. Brian McClendon (by deposition)
2. Cameron Poetzscher
3. Nina Qi
4. Lior Ron
5. Eric Friedberg
6. Melanie Maugeri
7. Bill Gurley
8. Eric Tate
9. Andy Crain
10. Matt Henley
11. Richard Jacobs
12. Michael Janosko
13. Sasha Zbrozek
14. Pierre Yves-Droz
15. Gaetan Pennecot
16. Dan Gruver
17. James Haslim

Pursuant to this Court's January 18, 2018 Order (Dkt. 2492), Waymo states that it intends to request closure of the courtroom for the final portion of John Bares' testimony, which has not yet been played, because he will be discussing the substance of Waymo's asserted trade secrets. Waymo also states that it intends to request closure of the courtroom for portions of the testimony of Pierre Yves-Droz, Gaetan Pennecot, Dan Gruver, and James Haslim.

Dated: February 6, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
   Charles K. Verhoeven
   Attorneys for WAYMO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Plaintiff Waymo's February 6, 2018 List of Next Seven Witnesses.

Dated: February 6, 2018

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven