1 | MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
2 | ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California  94105-2482
Tel:  415.268.7000 / Fax:  415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC  20005
Tel:  202.237.2727 / Fax:  202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
Tel:  212.336.8330 / Fax:  212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No.   3:17-cv-00939-WHA<br><br>**REQUEST AND [PROPOSED] ORDER PERMITTING USE OF PHYSICAL EXHIBITS IN THE COURTROOM FOR TRIAL**<br><br>Trial Date: February 5, 2018 |

Defendants Uber Technologies, Inc. and Ottomotto LLC hereby respectfully request permission to bring the devices listed below into Courtroom 12 on Thursday, February 8, 2018 at 6:30 a.m., and use the devices for the duration of trial.

1. Physical Exhibit – Fuji v2.5 (TX-2763-1);
2. Physical Exhibit – Fuji v2.0 (TX-2763-2);
3. Physical Exhibit – Fuji components (TX-2763-3);
4. Physical Exhibit – Velodyne HDL-64 (TX-2765);
5. Physical Exhibit – Spider components (TX-2762).

IT IS HEREBY ORDERED that Defendants may bring the above-described devices into the courtroom to be used as physical exhibits at trial.

Dated:  February 6, 2018        MORRISON & FOERSTER LLP

By:  */s/ Esther Kim Chang*
         ESTHER KIM CHANG

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC

**IT IS SO ORDERED.**

DATED: _____, 2018        _____
                                                        The Honorable William Alsup