MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN RABIN (*Pro Hac Vice*)
srabin@susmanGodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>             Defendants. | Case No.   3:17-cv-00939-WHA<br><br>~~REQUEST AND [PROPOSED]~~ **ORDER PERMITTING USE OF PHYSICAL EXHIBITS IN THE COURTROOM FOR TRIAL**<br><br>Trial Date: February 5, 2018 |

1  Defendants Uber Technologies, Inc. and Ottomotto LLC hereby respectfully request

2  permission to bring the devices listed below into Courtroom 12 on Thursday, February 8, 2018 at

3  6:30 a.m., and use the devices for the duration of trial.

4      1.    Physical Exhibit – Fuji v2.5 (TX-2763-1);

5      2.    Physical Exhibit – Fuji v2.0 (TX-2763-2);

6      3.    Physical Exhibit – Fuji components (TX-2763-3);

7      4.    Physical Exhibit – Velodyne HDL-64 (TX-2765);

8      5.    Physical Exhibit – Spider components (TX-2762).

10  IT IS HEREBY ORDERED that Defendants may bring the above-described devices into

11  the courtroom to be used as physical exhibits at trial.

13  Dated: February 6, 2018    MORRISON & FOERSTER LLP

15      By: /s/ Esther Kim Chang
        ESTHER KIM CHANG

16  Attorneys for Defendants
17  UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC

20  **IT IS SO ORDERED.**

23  DATED:  February 7 , 2018    _____
24      The Honorable William Alsup