UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| **Date:** 2/07/2018 | **Time:** 4 Hrs; 57 Min. | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorney for Plaintiff:** Charles Verhoeven, Melissa Baily, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe, Jared Newton, Patrick Schmidt
**Also Present:** Demarren Berkeley, Corporate Representative
**Attorney for Defendant:** Arturo Gonzales, Bill Carmody, Esther Chang, Michael Jacobs, Karen Dunn, Thomas Pardini, Wendy Ray, Martha Goodman, Meredith Dearborn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin
**Special Master**: John Cooper
**Also Present:** Demarron Berkeley, Waymo Representative; Eric Meyhofer, Uber Representative; Tony West, Uber Corporate Counsel

## PROCEEDINGS

REASON FOR HEARING:     Jury Trial - HELD

RESULT OF HEARING:      See Attached Log

    Witnesses: Travis Kalanick, Nina Qi, Lior Ron, Eric Friedberg.

    Admitted Exhibits: 273, 277, 10275, 5460, 8009, 10312, 376, 8011, 378, 911, 910, 285, 743, 383, 1771, 1770, 259, 263, 298, 299, 7304, 5413, 5213, 4296, 4297, 4316, 5146, 4314, 5822, 5077, 5467, 4313, 5472, 3226, 3227, 354, 7912, 5078, 7661, 7111, 7114, 5101.

CONTINUED TO: February 8, 2018 at 7:30 am for Further Jury Trial.

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

17-cv-00939-WHA                Waymo LLC v. Uber Technologies, Inc.

**TRIAL LOG**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, Melissa Baily, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe, Patrick Schmidt. | Arturo Gonzales, Bill Carmody, Michael Jacobs, Esther Chang, Thomas Pardini, Wendy Ray, Martha Goodman, Karen Dunn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin. |
| Special Master: John Cooper | | |
| Also Present: | Demarren Berkeley, Corp. Rep. | Eric Meyhofer, Corp. Rep. Tony West, Corp. Counsel |
| **TRIAL DATE:** | **REPORTERS:** | **CLERK:** |
| February 7, 2018 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 a.m. | | | Court in session. Housekeeping matters discussed. Disc of excerpts of video deposition of John Bares handed to the Court. | |
| | | 7:55 a.m. | | | Jury present. Witness, **Travis Kalanick**, on witness stand for continued testimony. Direct testimony continues by Charles Verhoeven. | |
| 273 | | | X | X | Email dated 1/25/2016 from John Bares to Cameron Poetzscher. | |
| 277 | | | X | X | Email dated 1/28/2016 from Cameron Poetzscher to Travis Kalanick. | |
| | | | | | 7/27/17 Excerpt from Video deposition of Travis Kalanick. | |
| 10275 | | | X | X | Series of text messages from Travis Kalanick to Anthony Levandowski. | |
| 5460 | | | X | X | Text from Anthony Levandowski to Travis Kalanick dated 3/1/2016. | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 8009 | | | X | X | Text from Anthony Levandowski to Travis Kalanick dated 3/17/2016. | |
| | | | | | 10/2/2017 Excerpt from video deposition of Travis Kalenick. | |
| 10312 | | | X | X | Text from Anthony Levandowski to Travis Kalanick on 3/19/2016. | |
| | | | | | Excerpt clip YouTube video of Wall Street (Greed is Good speech) | |
| 376 | | | X | X | Text message from Anthony Levandowski to Travis Kalanick on 3/21/2016. | |
| 8011 | | | X | X | Text message from Anthony Levandowski to Travis Kalanick on 3/21/2016. | |
| 378 | | | X | X | Email with attachment dated 3/31/2016 from Anthony Levandowski. | |
| 911 | | | X | X | Minutes of Special Meeting of Board of Directors dated 4/11/2016. | |
| 910 | | | X | X | Project Zing Review dated 4/11/2016 (7 slides). | |
| | | | | | 7/27/2017 Excerpt from video deposition of Travis Kalanick. | |
| 285 | | | X | X | Newco Agreement | |
| 743 | | | X | X | Indemnification Agreement dated 4/11/2016. | |
| | | | | | 7/27/2017 Excerpt from video deposition of Travis Kalanick. | |
| 383 | | | X | X | Text from Anthony Levandowski dated 5/5/2016 | |
| 291 | | | X | | | |
| | | 8:55 a.m. | | | Cross-examination of witness by Karen Dunn. | |
| | 1771 | | X | X | Email dated 3/7/2015 from David Drummond to Travis Kalanick. | |
| | 1770 | | X | X | Email dated 1/22/2015 from David Dummond to Travis Kalanick. | |
| | | 9:22 a.m. | | | Jury excused. Housekeeping matters discussed outside the presence of the jury. | |
| | | 9:25 a.m. | | | Court in recess. | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 9:42 a.m. | | | Court reconvened.  Housekeeping matters discussed outside the presence of the jury. | |
| 259 | | | X | X | By Stipulation regarding Poetzschedr. | |
| 263 | | | X | X | By Stipulation regarding Poetzschedr. | |
| | | 9:45 a.m. | | | Jury present.  Cross-examination of witness continues by Karen Dunn. | |
| | | 10:01 a.m. | | | Re-direct examination of witness by Charles Verhoeven. | |
| | | 10:03 a.m. | | | Witness is excused. | |
| | | 10:06 a.m. | | | Witness, **Nina Qi**, approaches the witness stand and sworn for testimony.  Direct examination of witness by Melissa Baily. | |
| 298 | | | X | X | Email dated 1/16/2016 from Nina Qi to Cameron Poetzscher. | |
| 299 | | | X | X | Attachment to email above. | |
| | | | | | 6/22/2017 Excerpt of Video deposition of Nina Qi | |
| 7304 | | | X | X | Spreadsheet | |
| | | 10:19 a.m. | | | Cross-examination of witness by Michael Brille. | |
| | | 10:30 a.m. | | | Re-direct examination of witness by Melissa Baily. | |
| | | 10:33 a.m. | | | Re-cross examination of witness by Michael Brille. | |
| | | 10:34 a.m. | | | Witness excused. | |
| | | 10:35 a.m. | | | Witness, **Lior Ron**, approaches the witness stand and is sworn for testimony.  Direct examination by David Perlson. | |
| 5413 | | | X | X | Email dated 11/10/2015 from feedback@slack.com to Levandowski. | |
| 5213 | | | X | X | Text message between Anthony Levandowski and Lior Ron. | |
| 4296 | | | X | X | Text message between Anthony Levandowski and Lior Ron. | |
| 4297 | | | X | X | Text message between Lior Ron and Anthony Levandowski. | |
| 4316 | | | X | X | Email dated 11/16/2015 from Lior Ron and Anthony Levandowski. | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 5146 | | | X | X | Text message between Anthony Levandowski and Lior Ron. | |
| 4314 | | | X | X | Email dated 1/1/2016 from Lior Ron. | |
| 5822 | | | X | X | Text message between Lior Ron and Anthony Levandowski. | |
| 5077 | | | X | X | Entity Details | |
| 5467 | | | X | X | Text message between Anthony Levandowski and Lior Ron. | |
| 903 | | | X | | Document received from Levandowski on 11/2/2016. (Objection sustained) | |
| 523 | | | X | | Email dated 11/2/2016. | |
| | | | | | Excerpt of 10/2/2017 video deposition of Lior Ron. | |
| 4313 | | | X | X | Email dated 1/2/2016 from Lior Ron to Lior Ron. | |
| 5472 | | | X | X | Email dated 3/6/2016 from Lior Ron to Anthony Levandowski. | |
| | | 11:06 a.m. | | | Cross-examination of witness by Bill Carmody. | |
| | 3226 | | X | X | Text messages dated 1/22/2016 between Lior Ron and Anthony Levandowski. (Objection) Only pages 267 and 268 admitted. | |
| | 3227 | | X | X | Text message between Anthony Levandowski and Lior Ron. | |
| | | 11:23 a.m. | | | Re-direct examination of witness by David Perlson. | |
| | | 11:26 a.m. | | | Re-cross examination of witness by Bill Carmody. | |
| | | 11:26 a.m. | | | Witness excused. Jury excused. | |
| | | 11:26 a.m. | | | Preliminary matter regarding next witness discussed outside the presence of the jury. | |
| | | 11:32 a.m. | | | Court in recess. | |
| | | 11:53 a.m. | | | Court in session. Housekeeping matters discussed outside the presence of the jury. | |
| | | 11:56 a.m. | | | Jury present. Witness, **Eric Friedberg**, on the witness stand and is sworn for testimony. Direct examination of witness by Charles Verhoeven. | |
| 354 | | | X | X | Engagement Letter | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7912 | | | X | X | Stroz Friedberg Summary Report | |
| 5078 | | | X | X | Email chain dated 3/25/2016 from Mary Fulginiti to Hanley Chu. | |
| 7661 | | | X | X | Email chain dated 4/1/2016 from Eric Friedberg to Tate, et al | |
| 7111 | | | X | X | Memorandum dated 4/2/2016 from Stroz Friedberg to John Gardner. | |
| 81 | | | X | | Exhibit A to term sheet | |
| 7114 | | | X | X | Spreadsheet | |
| 5101 | | | X | X | Anthony Levandowski Preliminary Forensic Findings - Evidence Summary | |
| | | 1:00 p.m. | | | Jury admonished and excused. | |
| | | | | | Housekeeping matters regarding witnesses discussed outside the presence of the jury. The parties are to return tomorrow, 2/8/2018, for Further Jury Trial at 7:30 a.m. before Judge William Alsup, Courtroom 12, 19th Floor. | |
| | | 1:05 p.m. | | | Court in recess. | |