1   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
2   ARTURO J. GONZÁLEZ (CA SBN 121490)
    AGonzález@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Tel: 415.268.7000 / Fax: 415.268.7522
5
    KAREN L. DUNN (*Pro Hac Vice*)
6   kdunn@bsfllp.com
    MICHAEL A. BRILLE (*Pro Hac Vice*)
7   mbrille@bsfllp.com
    BOIES SCHILLER FLEXNER LLP
8   1401 New York Avenue, N.W.
    Washington, D.C. 20005
9   Tel: 202.237.2727 / Fax: 202.237.6131

10  WILLIAM C. CARMODY (*Pro Hac Vice*)
    bcarmody@susmangodfrey.com
11  SHAWN J. RABIN (*Pro Hac Vice*)
    srabin@susmangodfrey.com
12  SUSMAN GODFREY LLP
    1301 Avenue of the Americas, 32nd Floor
13  New York, New York 10019
    Tel: 212.336.8330 / Fax: 212.336.8340
14

15  Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
16  and OTTOMOTTO LLC

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20  WAYMO LLC,                          Case No. 3:17-cv-00939-WHA

21              Plaintiff,              **DEFENDANTS UBER
                                        TECHNOLOGIES, INC. AND
22       v.                             OTTOMOTTO LLC'S
                                        FEBRUARY 7, 2018
23  UBER TECHNOLOGIES, INC.,            ROLLING WITNESS LIST**
    OTTOMOTTO LLC; OTTO TRUCKING LLC,
24                                      Trial Date: February 5, 2018
              Defendants.
25

26

27

28

Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit the following witness list pursuant to the Court's Order to maintain a "rolling, written list of the next seven or fewer witnesses it intends to call at trial." (Dkt. 2340 at 1.) Pursuant to the parties' agreements, Uber lists the witnesses in the order in which Defendants intend to call them, including two witnesses for which the parties have agreed Uber's cross-examination can go beyond the scope of Waymo's direct examination during Waymo's case-in-chief. (1/30/18 Hr'g Tr. at 106:8-19, 112:11-23.) Uber anticipates that the order of the witnesses listed below will change depending on the presentation of Waymo's case. Uber will promptly notify Waymo of any change in the witness order (*see id.* at 106:8-19), and the witness order will be updated in the next rolling witness list Uber provides pursuant to the Court's order. (Dkt. 2340.)

1. Eric Friedberg
2. Alexander (Sasha) Zbrozek
3. Anthony Levandowski[1]
4. Scott Boehmke
5. James Haslim
6. David Drummond (by deposition)
7. Ben Ingram (by deposition)
8. David Lawee (by deposition)

Pursuant to the Court's order on closure of the courtroom (*see* Dkt. 2492 at 3 ¶ 3(a)), Uber does not believe that any items of evidence or argument to be presented with the above-named witnesses require courtroom closure, although Waymo may have a different view.

---

[1] Defendants Uber and Ottomotto continue to believe it would be extremely prejudicial to Uber and Ottomotto for Anthony Levandowski to be called to the stand for the sole purpose of asserting the Fifth Amendment. Should the Court disagree and allow Waymo to call Mr. Levandowski, however, Defendants would seek leave of the Court to question Mr. Levandowski at the same time.

1    Dated: February 7, 2018                    MORRISON & FOERSTER LLP

2

3                                                By:  */s/Arturo J. González*
                                                     ARTURO J. GONZÁLEZ
4
                                                Attorneys for Defendants
5                                               UBER TECHNOLOGIES, INC. and
                                                OTTOMOTTO LLC
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28