QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, <br><br>　　　　　Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br>**REQUEST AND [PROPOSED] ORDER PERMITTING USE OF PHYSICAL EXHIBITS IN THE COURTROOM FOR TRIAL** <br><br>Trial Date: February 5, 2018 |

Plaintiff Waymo LLC hereby respectfully requests permission to bring the devices listed below into Courtroom 12 on Thursday, February 8, 2018, at 6:30 a.m., and use the devices for the duration of the trial.

1. Physical exhibit – GBr2 (TX 4074)
2. Physical exhibit – GBr3 (TX 4075)
3. Physical exhibit – MBr (TX 4162)
4. Physical exhibit – PBr (TX 4178)

IT IS HEREBY ORDERED that Plaintiffs may bring the above-described devices into the courtroom to be used as physical exhibits at trial.

DATED: February 7, 2018                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Charles Verhoeven
   Charles Verhoeven
   Attorneys for WAYMO LLC

**IT IS SO ORDERED.**

DATED: _____, 2018

HON. WILLIAM ALSUP
United States District Court