1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| WAYMO LLC, | CASE NO. 3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF WAYMO LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS NOTICE OF SUBMISSION OF INTERROGATORY RESPONSES** |
| vs. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

1   Plaintiff Waymo LLC ("Waymo") has filed an Administrative Motion to File Under Seal
2  Portions of Its Notice of Submission of Interrogatory Responses ("Administrative Motion").
3   Having considered the Administrative Motion, and good cause to seal having been shown,
4  the Court **GRANTS** Waymo's Administrative Motion and **ORDERS** sealed the documents listed
5  below:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Appendix A | Entire Document | Defendants |

**IT IS SO ORDERED.**

Dated: _____, 2018

　　　　　　　　　　　　　　　　HON. WILLIAM ALSUP
　　　　　　　　　　　　　　　　United States District Judge