# APPENDIX B

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ERIC A. TATE (CA SBN 178719)
ETate@mofo.com
RUDY Y. KIM (CA SBN 199426)
RKim@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P.M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington DC 20005
Telephone: 202.237.2727
Facsimile: 202.237.6131

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S SUPPLEMENTAL RESPONSES TO WAYMO'S FIRST SET OF EXPEDITED INTERROGATORIES PURSUANT TO PARAGRAPH SIX OF THE MAY 11, 2017 PRELIMINARY INJUNCTION ORDER (NOS. 1, 3, 6)** |

DEFENDANTS' SUPPLEMENTAL RESPONSES TO WAYMO'S FIRST SET OF EXPEDITED INTERROGATORIES
Case No. 3:17-cv-00939-WHA
la-1358616

1

1  ~~destroyed the discs. Uber never received those discs, and does not know whether those discs~~
2  ~~contained any of the "DOWNLOADED MATERIALS."~~

3  **INTERROGATORY NO. 3:**

4  IDENTIFY all Uber Devices and Non-Uber Devices (as those terms are defined in
5  UBER00006444) that LEVANDOWSKI has used to access any of DEFENDANTS' Networks
6  (as that term is defined in UBER00006444), or that LEVANDOWSKI could have used to access
7  any of DEFENDANTS' Networks (as that term is defined in UBER00006444).

8  ~~**RESPONSE TO INTERROGATORY NO. 3:**~~

9  ~~Defendants object to this interrogatory because it implicates information protected by the~~
10 ~~attorney-client privilege, the work-product doctrine, and the common-interest and joint-defense~~
11 ~~privileges. Defendants further objects to this interrogatory to the extent it purports to require~~
12 ~~expert opinion. Defendants further object to the interrogatory as vague, ambiguous, and~~
13 ~~overbroad because it asks for the identity of any device that Levandowski "could have used" to~~
14 ~~access Defendants' networks, which is infinite in scope.~~

15 ~~Subject to and without waiving the general and specific objections above, Defendants~~
16 ~~respond as follows:~~

17 ~~To Defendants' knowledge, Mr. Levandowski used two devices to access Uber's~~
18 ~~networks:~~

19 ~~1. A MacBook Pro (15-inch, 2016) computer provided to Mr. Levandowski by Uber~~
20 ~~2. A personal MacBook Pro (not issued by Uber)~~

21 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

22 Subject to and without waiving the general and specific objections above, Defendants
23 respond as follows:

24 To Defendants' knowledge, Mr. Levandowski used three devices to access Uber's
25 networks:

26     1. A MacBook Pro (15-inch, 2016) computer provided to Mr. Levandowski by Uber
27     2. A MacBook Pro (not issued by Uber)
28     3. An iPhone 7 provided to Mr. Levandowski by Uber

DEFENDANTS' SUPPLEMENTAL RESPONSES TO WAYMO'S FIRST SET OF EXPEDITED INTERROGATORIES
Case No. 3:17-cv-00939-WHA
la-1358616

6

1  ~~Anthony Levandowski and Mr. Ron in October 2016.~~

3  Dated: August 24, 2017                MORRISON & FOERSTER LLP

5                                         By:  */s/ Arturo J. González*
                                                ARTURO J. GONZÁLEZ

6                                         Attorneys for Defendants
7                                         UBER TECHNOLOGIES, INC.
                                          and OTTOMOTTO LLC

DEFENDANTS' SUPPLEMENTAL RESPONSES TO WAYMO'S FIRST SET OF EXPEDITED INTERROGATORIES
Case No. 3:17-cv-00939-WHA
la-1358616

10

| | |
|---|---|
| I. Neel Chatterjee<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA94025<br><br>Brett M. Schuman<br>Rachel M. Walsh<br>GOODWIN PROCTER LLP<br>Three Embarcadero Center<br>San Francisco, California 94111<br><br>*Attorneys for Defendant Otto Trucking LLC* | nchatterjee@goodwinlaw.com<br>bschuman@goodwinlaw.com<br>rwalsh@goodwinlaw.com |

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Palo Alto, California, this 24th day of August, 2017.

| Ethel Villegas | */s/ Ethel Villegas* |
|:---:|:---:|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
Case No. 3:17-cv-00939-WHA
la-1358616

2

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**VERIFICATION**

I, Eric Meyhofer, declare:

1. I am Head of ATG for Defendant Uber Technologies, Inc. ("Uber") in the above-captioned action, and I am authorized to execute this verification on behalf of Uber and Ottomotto LLC.

2. I have read Defendants Uber Technologies, Inc. and Ottomotto LLC's Supplemental Responses to Waymo's First Set of Expedited Interrogatories (Nos. 1, 3, 6) (the "Responses"), and know the contents thereof.

3. I am informed and believe that the matters stated in the Responses are true and correct and, on that ground, allege that the matters stated therein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of October, 2017, at Pittsburgh, Pennsylvania.

_____
Eric Meyhofer

DEFENDANTS' SUPPLEMENTAL RESPONSES TO WAYMO'S FIRST SET OF EXPEDITED ROGS (NOS. 1, 3, 6)
Case No. 3:17-cv-00939-WHA
sd-706944

1