| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzález@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
| | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
| | MICHAEL A. BRILLE (*Pro Hac Vice*) |
| 7 | mbrille@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
| | Washington DC  20005 |
| 9 | Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
| | srabin@susmangodfrey.com |
| 12 | SUSMAN GODFREY LLP |
| | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY  10019-6023 |
| | Tel:  212.336.8330 / Fax:  212.336.8340 |
| 14 | |
| 15 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| WAYMO LLC, | | Case No. | 3:17-cv-00939-WHA |
| | Plaintiff, | | |
| | | **DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S NOTICE OF SUBMISSION OF RESPONSES TO REQUESTS FOR ADMISSION PACKETS** | |
| v. | | | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | | | |
| | Defendants. | | |

1    Pursuant to Judge Alsup's Guidelines for Trial and Final Pretrial Conference in Civil Jury
2    Cases, Paragraph 20(c), Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively,
3    "Uber") hereby provide final packets for Responses to Requests for Admission designations,
4    attached hereto as Appendices A and B.
5    Rulings will be required on objections to the following:

| Appendix A | Plaintiff's Responses and Objections to Defendant Uber Technologies, Inc. and Ottomotto LLC's Third Set of Requests for Admission (Nos. 9-23) dated August 21, 2017 | Pages 4 through 9 |
| --- | --- | --- |
| Appendix B | Plaintiff's Supplemental Responses and Objections to Defendant Uber Technologies, Inc. and Ottomotto LLC's Third Set of Requests for Admission (No. 20), dated August 30, 2017 | Page 4 |

Counsel will also provide the Court the required packets in hard copy before the commencement of proceeding on Thursday morning, February 8, 2018, with the required flags denoting which of the designation will require a ruling.

Dated: February 7, 2018                MORRISON & FOERSTER LLP

By: _____/s/ Arturo J. González_____
    ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC