# APPENDIX A

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>　　　　Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S THIRD SET OF REQUESTS FOR ADMISSION (NOS. 9-23)** |

United States District Court
Northern District of California
**Trial Exhibit 2835**
Case No. __3:17-cv-00939-WHA__
Date Entered_____
By_____
Deputy Clerk

**REQUEST FOR ADMISSION NO. 9:**

~~Admit that Anthony Levandowski is the only Google or Waymo employee who received a payment pursuant to the Project Chauffeur Bonus Program in excess of $50,000,000.~~

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

~~Waymo objects to the term "a payment" as vague and ambiguous. Waymo understands the request as asking whether any Google or Waymo employee was paid in excess of $50,000,000 though their participation in the Project Chauffeur Bonus Program. Subject to and without waiving its objections, Waymo responds as follows:~~

~~Denied.~~

**REQUEST FOR ADMISSION NO. 10:**

Admit that on April 11, 2017, a lawyer for Waymo inspected Uber's Fuji and Owl prototypes at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

[Objection 401, 402, 403M, 403P]

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

**REQUEST FOR ADMISSION NO. 11:**

Admit that on April 19, 2017, a lawyer for Waymo inspected components of Uber's Spider at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

[Objection 401, 402, 403M, 403P]

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

**REQUEST FOR ADMISSION NO. 12:**

Admit that on April 19, 2017, a lawyer for Waymo inspected Uber's design files at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:** [Objection 401, 402, 403M, 403P]

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

**REQUEST FOR ADMISSION NO. 13:**

Admit that on May 24, 2017, Waymo's lawyers inspected Uber's facilities at 737 Harrison Street, 120 Perry Street, and 777 Harrison Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:** [Objection 401, 402, 403M, 403P]

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

**REQUEST FOR ADMISSION NO. 14:**

Admit that on May 26, 2017, a lawyer for Waymo inspected Uber's source code at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:** [Objection 401, 402, 403M, 403P]

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

**REQUEST FOR ADMISSION NO. 15:**

Admit that on May 31, 2017, Waymo's lawyers inspected emails belonging to Uber engineers at 425 Market Street in San Francisco, California.

**Objection 401, 402, 403M, 403P**

1  RESPONSE TO REQUEST FOR ADMISSION NO. 15:

2  ~~Subject to and without waiving its objections, Waymo responds as follows:~~

3  ==Admitted.==

5  REQUEST FOR ADMISSION NO. 16:

6  Admit that on June 6, 2017, a lawyer for Waymo inspected emails belonging to Uber

7  engineers and technical documents at 425 Market Street in San Francisco, California.

**Objection 401, 402, 403M, 403P**

9  RESPONSE TO REQUEST FOR ADMISSION NO. 16:

10  ~~Subject to and without waiving its objections, Waymo responds as follows:~~

11  ==Admitted.==

13  REQUEST FOR ADMISSION NO. 17:

14  Admit that on June 9, 2017, Waymo's lawyers inspected Anthony Levandowski's work

15  station and Uber-issued smartphone at 555 Market Street in San Francisco, California.

**Objection 401, 402, 403M, 403P**

17  RESPONSE TO REQUEST FOR ADMISSION NO. 17:

18  ~~Subject to and without waiving its objections, Waymo responds as follows:~~

19  ==Admitted.==

21  REQUEST FOR ADMISSION NO. 18:

22  Admit that on June 12, 2017, Waymo's lawyers inspected the Uber-issued computers of

23  Gaetan Pennecot, Daniel Gruver, and Anthony Levandowski at 737 Harrison Street in San

24  Francisco, California.

**Objection 401, 402, 403M, 403P**

26  RESPONSE TO REQUEST FOR ADMISSION NO. 18:

27  ~~Subject to and without waiving its objections, Waymo responds as follows:~~

28  ==Admitted.==

**REQUEST FOR ADMISSION NO. 19:**

Admit that on June 13, 2017, a lawyer for Waymo inspected emails belonging to Uber engineers and technical documents at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

[Objection 401, 402, 403M, 403P]

**~~REQUEST FOR ADMISSION NO. 20:~~**

~~Admit that on June 20, 2017, a lawyer for Waymo inspected Uber's facility at 50 33rd Street in Pittsburgh, Pennsylvania, including the computers of Scott Boehmke and John Bares, and the work spaces of several LiDAR hardware engineers, including Scott Boehmke and Jim Gasbarro.~~

**~~RESPONSE TO REQUEST FOR ADMISSION NO. 20:~~**

~~Subject to and without waiving its objections, Waymo responds as follows:~~

~~Denied.~~

**REQUEST FOR ADMISSION NO. 21:**

Admit that on June 28, 2017, Waymo's lawyers inspected emails belonging to Uber engineers and a partial backup of Anthony Levandowski's computer at 425 Market Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

[Objection 401, 402, 403M, 403P]

**REQUEST FOR ADMISSION NO. 22:**

Admit that on June 29, 2017, Waymo's lawyers inspected the Uber-issued computers of Max Levandowski and Will Treichler and Uber's design files at 737 Harrison Street in San Francisco, California.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

[Objection 401, 402, 403M, 403P]

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that on June 29, 2017, Andrew Wolfe inspected Uber's design files at 737 Harrison Street in San Francisco, California, on behalf of Waymo.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

[Objection 401, 402, 403M, 403P]

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Admitted.

DATED: August 21, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Charles K. Verhoeven
    Charles K. Verhoeven
    Attorneys for WAYMO LLC