# APPENDIX B

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | Charles K. Verhoeven (Cal. Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
|   | David Perlson (Cal. Bar No. 209502) |
| 3 | davidperlson@quinnemanuel.com |
|   | Melissa J. Baily (Cal. Bar No. 237649) |
| 4 | melissabaily@quinnemanuel.com |
|   | John Neukom (Cal. Bar No. 275887) |
| 5 | johnneukom@quinnemanuel.com |
|   | Jordan R. Jaffe (Cal. Bar No. 254886) |
| 6 | jordanjaffe@quinnemanuel.com |
|   | 50 California Street, 22nd Floor |
| 7 | San Francisco, California  94111-4788 |
|   | (415) 875-6600 |
| 8 | (415) 875-6700 facsimile |
| 9 | Attorneys for Plaintiff WAYMO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC | Case No. 17-cv-00939-JCS |
| Plaintiffs, | **PLAINTIFF'S SUPPLEMENTAL REPONSES AND OBJECTIONS TO DEFENDANT UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S THIRD SET OF REQUESTS FOR ADMISSION (NO. 20)** |
| v. | |
| UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

United States District Court
Northern District of California
**Trial Exhibit 2982**
Case No. 3:17-cv-00939-WHA
Date Entered _____
By _____
Deputy Clerk

No. 3:17-cv-00939-WHA
WAYMO'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO UBER AND OTTOMOTTO'S THIRD SET OF RFAS (NO. 20)

**REQUEST FOR ADMISSION NO. 20:**

Admit that on June 20, 2017, a lawyer for Waymo inspected Uber's facility at 50 33rd Street in Pittsburgh, Pennsylvania, including the computers of Scott Boehmke and John Bares, and the work spaces of several LiDAR hardware engineers, including Scott Boehmke and Jim Gasbarro.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

WAYMO OBJECTIONS — Objection 401, 402, 403M, 403P

~~Subject to and without waiving its objections, Waymo responds as follows:~~

Waymo admits that on June 20, 2017, a lawyer representing Waymo inspected Uber's facility at 50 33rd Street in Pittsburgh, Pennsylvania, including the computers of Scott Boehmke and John Bares, and the work spaces of certain LiDAR hardware engineers, including Scott Boehmke. Waymo otherwise denies the request.

DATED: August 30, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Charles K. Verhoeven
Charles K. Verhoeven
Attorneys for WAYMO LLC