1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   David A. Perlson (Bar No. 209502)
3  davidperlson@quinnemanuel.com
   Melissa Baily (Bar No. 237649)
4  melissabaily@quinnemanuel.com
   John Neukom (Bar No. 275887)
5  johnneukom@quinnemanuel.com
   Jordan Jaffe (Bar No. 254886)
6  jordanjaffe@quinnemanuel.com
   50 California Street, 22nd Floor
7  San Francisco, California 94111-4788
   Telephone:    (415) 875-6600
8  Facsimile:    (415) 875-6700

9  Attorneys for WAYMO LLC

10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12  WAYMO LLC,                                  CASE NO. 3:17-cv-00939-WHA

13              Plaintiff,                      **REQUEST AND [PROPOSED] ORDER PERMITTING USE OF PHYSICAL EXHIBITS IN THE COURTROOM FOR TRIAL**

14        vs.

15  UBER TECHNOLOGIES, INC.;                    Trial Date: February 5, 2018
    OTTOMOTTO LLC; OTTO TRUCKING
16  LLC,

17              Defendants.

1   Plaintiff Waymo LLC hereby respectfully requests permission to bring the devices listed
2   below into Courtroom 12 on Thursday, February 8, 2018, at 6:30 a.m., and use the devices for the
3   duration of the trial.

4   1.  Physical exhibit – GBr2 (TX 4074)
5   2.  Physical exhibit – GBr3 (TX 4075)
6   3.  Physical exhibit – MBr (TX 4162)
7   4.  Physical exhibit – PBr (TX 4178)

9   IT IS HEREBY ORDERED that Plaintiffs may bring the above-described devices into the
10  courtroom to be used as physical exhibits at trial.

12  DATED:  February 7, 2018                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                            By  */s/ Charles Verhoeven*
                                                Charles Verhoeven
                                                Attorneys for WAYMO LLC

17  **IT IS SO ORDERED.**

18  DATED:  ___February 8___, 2018

                                            _____
                                            HON. WILLIAM ALSUP
                                            United States District Court