UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*AMENDED CIVIL TRIAL MINUTES

| **Date:** 2/06/2018 | **Time:** 5 Hrs; 17 Min. | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorney for Plaintiff:** Charles Verhoeven, Melissa Baily, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe, Jared Newton
**Also Present:** Demarren Berkeley, Corporate Representative
**Attorney for Defendant:** Arturo Gonzales, Bill Carmody, Esther Chang, Michael Jacobs, Karen Dunn, Thomas Pardini, Wendy Ray, Martha Goodman, Meredith Dearborn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin
**Special Master**: John Cooper
**Also Present:** Demarron Berkeley, Waymo Representative; Eric Meyhofer, Uber Representative; Tony West, Uber Corporate Counsel

PROCEEDINGS

REASON FOR HEARING:    Jury Trial - HELD

RESULT OF HEARING:     See Attached Log

Witnesses: Dmitri Dolgov, Gary Thomas Brown, William Grossman, Travis Kalanick.

Admitted Exhibits: 1049, 1248, 1136, 4879, 4850, 4840, 4852, 4881, 4846, 4842, 2260, 5031, 2241, 2232, 2211, 2242, 2215, 4835, 170, 171, 367, 433, 459, 662, 663, 668, 674, 678, 682, 8002, 4174, 262, 113, 332, 333, 346, 770, 803, 1088, 1096, 1353, 1895, 1991, 2116, 3239, 3564, 3574, *387, *1089.

CONTINUED TO: February 7, 2018 at 7:30 am for Further Jury Trial.

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17-cv-00939-WHA    Waymo LLC v. Uber Technologies, Inc.

**TRIAL LOG**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, Melissa Bailey, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe. | Arturo Gonzales, Bill Carmody, Michael Jacobs, Esther Chang, Thomas Pardini, Wendy Ray, Martha Goodman, Karen Dunn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin. |
| Special Master: John Cooper | | |
| TRIAL DATE: | REPORTERS: | CLERK: |
| February 6, 2018 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 a.m. | | | Court in session. Preliminary matters discussed. | |
| | | 8:02 a.m. | | | Jurors present. Witness, **Dmitri Dolgov**, approaches the witness stand and direct examination continues by Jordan Jaffe. | |
| | | 8:13 a.m. | | | Cross-examination of witness by Arturo Gonzales. | |
| 1049 | | | X | X | U.S. Patent of Google, Inc. | |
| 1248 | | | X | X | Email chain dated 8/18/2016 from Dmitri Dolgov. | |
| 1136 | | | X | X | Page 10 (disclosed only to the jury) | |
| | | 8:41 a.m. | | | Re-direct examination of witness by Jordan Jaffe. | |
| | | 8:46 a.m. | | | Re-cross examination of witness by Arturo Gonzales. | |
| | | 8:47 a.m. | | | Public session closed. | |
| | | 8:49 a.m. | | | Sealed session begins. | |
| | | 8:49 a.m. | | | Sealed session concluded. | |
| | | 9:10 a.m. | | | Court in recess. | |

|      |      |            |   |   |                                                                                                                      |
|------|------|------------|---|---|----------------------------------------------------------------------------------------------------------------------|
|      |      | 9:25 a.m.  |   |   | Court reconvened. Jury present. The Court instructs the jury regarding patents versus trade secrets.                 |
|      |      | 9:37 a.m.  |   |   | Witness, **Gary Thomas Brown**, approaches the witness stand and sworn for testimony. Direct examination by Duane Lyons. |
| 4879 |      |            | X | X | Disk - Log Files                                                                                                     |
| 4850 |      |            | X | X | Disk - Log Files                                                                                                     |
| 4840 |      |            | X | X | Armada Host View                                                                                                     |
| 4852 |      |            | X | X | Disk - Log Files                                                                                                     |
| 4881 |      |            | X | X | SVN Files Downloaded by Levandowski - Disk                                                                           |
| 4846 |      |            | X | X | Disk - Log Files                                                                                                     |
| 4842 |      |            | X | X | Screenshot                                                                                                           |
| 2260 |      |            | X | X | Machine Forensic Record                                                                                              |
| 5031 |      |            | X | X | Disk - GBr3 Design Review Presentation Downloads                                                                     |
|      |      | 10:00 a.m. |   |   | Cross-examination of witness by Arturo Gonzales.                                                                     |
|      | 2241 |            | X | X | Email chain dated 2/8/2016 to Chelsea Bailey                                                                         |
|      | 2232 |            | X | X | Mater Meeting Notes                                                                                                  |
|      | 2211 |            | X | X | Email chain dated 8/23/2016 from Kevin Vosen to Michael Pfyl.                                                        |
|      | 2242 |            | X | X | Email chain dated 9/13/2016 from Thomas Gorman.                                                                      |
|      | 2215 |            | X | X | Email chain dated 10/7/2016 from Kristinn Gudjonsson to Thomas Gorman.                                               |
|      |      | 10:27 a.m. |   |   | Re-direct examination of witness by Duane Lyons.                                                                     |
|      |      | 10:33 a.m. |   |   | Witness excused.                                                                                                     |
|      |      | 10:34 a.m. |   |   | Witness, **William Grossman**, approaches the witness stand and is sworn for testimony. Direct examination of witness by David Perlman. |
| 4835 |      |            | X | X | Email chain dated 12/13/2016 from Eri Suzuki to Elvia Guitierrez.                                                    |
|      |      | 10:56 a.m. |   |   | Re-cross examination of witness by Arturo Gonzales.                                                                  |
|      |      | 10:58 a.m. |   |   | Re-direct examination of witness by David Perlman. Witness excused. Jury excused.                                    |

3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 10:58 a.m. |  |  | Housekeeping matters discussed outside the presence of the jury. |
|  |  | 11:08 a.m. |  |  | Court in recess. |
|  |  | 11:20 a.m. |  |  | Court reconvened. Jury present. Witness, **John Bares**, by way of video deposition. |
|  |  | 11:20 a.m. |  |  | Video deposition testimony of John Bares. |
|  |  | 12:06 p.m. |  |  | Video deposition concludes. |
| See Desc. |  |  |  |  | The following exhibits attached to the video deposition of John Bares are marked and admitted: 170, 171, 367, 433, 459, 662, 663, 668, 674, 678, 682. |
|  |  | 12:06 p.m. |  |  | The Court explains various corporate names to the jury. |
|  |  | 12:12 p.m. |  |  | Witness, **Travis Kalanick**, approaches the witness stand and sworn for testimony. Direct testimony by Charles Verhoeven. |
| 291 |  |  | X |  | Transcript of news article. |
| 387 |  |  | X | X | Email dated 8/162016 from Travis Kalanick to Rachel Whetstone. |
|  |  | 12:24 p.m. |  |  | Video Deposition excerpts of Travis Kalanick. |
| 8002 |  |  | X | X | Uber badge of Anthony Levandowski. |
| 4174 |  |  | X | X | Notes of meeting. |
| 262 |  |  | X | X | Email from Jeff Holden. |
|  |  |  |  |  | Video deposition transcript excerpts of Travis Kalanick dated 10/2/2017. |
| 113 |  |  | X | X | Email chain dated 1/9/2016 from Travis Kalanick to Jeff Holden. |
|  |  | 1:02 p.m. |  |  | Witness excused for the day. Jury admonished and excused. Housekeeping matters discussed outside the presence of the parties. |
| See Desc. |  |  |  |  | Following exhibits are agreed to by the parties: The Court admits into evidence the following exhibits: 332, 333, 346, 770, 803, 1088, 1089, 1096, 1353, 1895, 1991, 2116, 3239, 3564, 3574. |
|  |  |  |  |  | The Court stated the parties need to submit a disk with only the excerpts of video deposition testimony. |

4

|  |  | 1:12 p.m. |  |  | Court in recess.  Parties are to return tomorrow, 2/7/2018, at 7:30 a.m. for Further Jury Trial before Judge William Alsup, Courtroom 12, 19th Floor. |  |