QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**PLAINTIFF WAYMO'S FEBRUARY 8, 2018 LIST OF NEXT SEVEN WITNESSES** |

Pursuant to this Court's December 4, 2017 Order (Dkt. 2340) and the parties' stipulation (1/30/18 Hearing Tr., 106:8-19), Plaintiff Waymo LLC ("Waymo") hereby submits the following rolling list of its next trial witnesses:

1. Pierre Yves-Droz
2. Eric Tate
3. Gaetan Pennecot
4. Dan Gruver
5. James Haslim
6. Lambertus Hesselink
7. Jeff Holden
8. Dan Chu
9. Anthony Levandowski

Pursuant to this Court's January 18, 2018 Order (Dkt. 2492), Waymo states that it intends to request closure of the courtroom for the final portion of John Bares' testimony, which has not yet been played, because he will be discussing the substance of Waymo's asserted trade secrets.  Waymo also states that it intends to request closure of the courtroom for portions of the testimony of Pierre Yves-Droz, Gaetan Pennecot, Dan Gruver, James Haslim, and Lambertus Hesselink because they will be discussing the substance of Waymo's asserted trade secrets. Waymo further states that it intends to request closure of the courtroom for portions of the testimony of Dan Chu because he will be discussing detailed information about Waymo's plans to launch and scale its business and future revenue and profit forecasts.

Dated: February 8, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for WAYMO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Charles K. Verhoeven, am the ECF User whose ID and password are being used to file this Plaintiff Waymo's February 8, 2018 List of Next Seven Witnesses.

Dated: February 8, 2018                    */s/ Charles K. Verhoeven*
                                            Charles K. Verhoeven