MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: 415.268.7000 / Fax: 415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
MICHAEL A. BRILLE (*Pro Hac Vice*)
mbrille@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: 202.237.2727 / Fax: 202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 212.336.8330 / Fax: 212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br>OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S FEBRUARY 8, 2018 ROLLING WITNESS LIST** |

Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber") submit the following witness list pursuant to the Court's Order to maintain a "rolling, written list of the next seven or fewer witnesses it intends to call at trial." (Dkt. 2340 at 1.) Per the parties' agreement, Uber lists the witnesses in the order in which Defendants intend to call them. Uber anticipates that the order of the witnesses listed below may change depending on how the case unfolds. Uber will promptly notify Waymo of any change in the witness order, and the witness order will be updated in Uber's next rolling witness.

1. Anthony Levandowski[1]
2. Discovery designations (Waymo's Responses to Defendants' Third Set of RFA Nos. 10-19, 22-23, dated August 21, 2017, and Waymo's Supplemental Responses to Defendants' Third Set of RFA No. 20, dated August 30, 2017)
3. Kevin Faulkner
4. Cameron Poetzscher
5. Scott Boehmke
6. James Haslim
7. Ben Ingram (by deposition)
8. David Drummond (by deposition)
9. David Lawee (by deposition)

Pursuant to the Court's order on closure of the courtroom (*see* Dkt. 2492 at 3 ¶ 3(a)), Uber does not believe that any items of evidence or argument to be presented with the above-named witnesses require courtroom closure, although Waymo may have a different view.

---

[1] Defendants Uber and Ottomotto continue to believe it would be extremely prejudicial to Uber and Ottomotto for Anthony Levandowski to be called to the stand for the sole purpose of asserting the Fifth Amendment. Should the Court disagree and allow Waymo to call Mr. Levandowski, however, Defendants would seek leave of the Court to question Mr. Levandowski at the same time.

Dated: February 8, 2018         MORRISON & FOERSTER LLP

By: */s/ Arturo J. González*
    ARTURO J. GONZÁLEZ

Attorneys for Defendants
UBER TECHNOLOGIES, INC. and
OTTOMOTTO LLC