UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED, by the undersigned counsel for Plaintiff Waymo LLC and Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber"), that pursuant to a confidential settlement agreement, all claims in this action are dismissed with prejudice, all parties to bear their own attorney's fees and costs.

Dated: February 8, 2018         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By: /s/ Charles K. Verhoeven
                                    CHARLES K. VERHOEVEN

                                    Attorneys for Plaintiff
                                    WAYMO LLC

Dated: February 8, 2018         MORRISON & FOERSTER LLP

                                By: /s/ Michael A. Jacobs
                                    MICHAEL A. JACOBS

                                    Attorneys for Defendants
                                    UBER TECHNOLOGIES, INC.
                                    and OTTOMOTTO LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2018         _____
                                The Honorable William Alsup