UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED, by the undersigned counsel for Plaintiff Waymo LLC and Defendants Uber Technologies, Inc. and Ottomotto LLC (collectively, "Uber"), that pursuant to a confidential settlement agreement, all claims in this action are dismissed with prejudice, all parties to bear their own attorney's fees and costs.

Dated: February 8, 2018        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Charles K. Verhoeven*
    CHARLES K. VERHOEVEN

    Attorneys for Plaintiff
    WAYMO LLC

Dated: February 8, 2018        MORRISON & FOERSTER LLP

By: /s/ *Michael A. Jacobs*
    MICHAEL A. JACOBS

    Attorneys for Defendants
    UBER TECHNOLOGIES, INC.
    and OTTOMOTTO LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 9, 2018        _____
                               The Honorable William Alsup