UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| **Date:** 2/08/2018 | **Time:** 4 Hrs; 53 Min. | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorney for Plaintiff:** Charles Verhoeven, Melissa Baily, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe, Jared Newton, Patrick Schmidt
**Also Present:** Demarren Berkeley, Corporate Representative
**Attorney for Defendant:** Arturo Gonzales, Bill Carmody, Esther Chang, Thomas Pardini, Michael Jacobs, Karen Dunn, Meredith Dearborn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin
**Special Master**: John Cooper
**Also Present:** Demarron Berkley, Waymo Representative; Eric Meyhofer, Uber Representative; Tony West, Uber Corporate Counsel; Nicole Bartow.

## PROCEEDINGS

REASON FOR HEARING:   Jury Trial - HELD

RESULT OF HEARING:    See Attached Log

Witnesses: Eric Friedberg, Melanie Maugeri, John M. Gurley, Andy Crain, Michael Janosko.

Admitted Exhibits: 10388, 7418, 10247, 5119, 5124, 4952, 2219, 2218, 2216, 4178, 4074, 4075, 4881, 530, 4076.

CONTINUED TO: February 9, 2018 at 7:30 am for Further Jury Trial.

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

17-cv-00939-WHA            Waymo LLC v. Uber Technologies, Inc.

## TRIAL LOG

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, Melissa Baily, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe, Jared Newton, Patrick Schmidt. | Arturo Gonzales, Bill Carmody, Michael Jacobs, Esther Chang, Karen Dunn, Joseph Grinstein, Michael Brille, Thomas Pardini, Matthew Berry, Shawn Rabin. |
| Special Master: John Cooper | | |
| Also Present: | Demarren Berkeley, Corp. Rep. | Eric Meyhofer, Corp. Rep.; Tony West; Nicole Bartow |
| TRIAL DATE: | REPORTERS: | CLERK: |
| February 8, 2018 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:30 a.m. | | | Court in session. Housekeeping matters discussed. | |
| | | 7:53 a.m. | | | Jury present. Witness, **Eric Friedberg**, approaches the witness stand. Direct examination of witness continues by Charles Verhoeven. | |
| 10388 | | | X | X | Declaration of Mitchell Dobi. | |
| | | 8:01 a.m. | | | Cross-examination of witness by Michael Brille. | |
| | | 8:25 a.m. | | | Re-direct examination of witness by Charles Verhoeven. | |
| | | 8:28 a.m. | | | Witness excused. | |
| | | 8:28 a.m. | | | Witness, **Melanie Maugeri**, approaches the witness stand and is sworn for testimony. Direct examination by Charles Verhoeven. | |
| | | | | | Excerpts of video deposition testimony of Melanie Maugeri. Direct examination continues. | |
| | | 8:48 a.m. | | | Cross-examination of witness by Arturo Gonzales. | |

2

|  | 7418 |  | X | X | Digital Forensics Report |  |
|---|---|---|---|---|---|---|
|  |  | 9:02 a.m. |  |  | Re-direct examination of witness by Charles Verhoeven. |  |
| 5081 |  |  |  | X | Declaration of Anthony Levandowski. (Objection is sustained) |  |
|  |  | 9:08 a.m. |  |  | Re-cross examination of witness by Arturo Gonzales. |  |
|  |  | 9:09 a.m. |  |  | Witness excused. |  |
|  |  | 9:10 a.m. |  |  | Jury excused. Housekeeping matters regarding further witnesses discussed outside the presence of the jury. |  |
|  |  | 9:15 a.m. |  |  | Court in recess. |  |
|  |  | 9:30 a.m. |  |  | Court reconvened. Jury present. The Court reads further evidence to the jury. |  |
|  |  | 9:35 a.m. |  |  | Witness, **John M. Gurley**, approaches the witness stand and is sworn for testimony. Direct examination of witness by Charles Verhoeven. |  |
|  |  |  |  |  | Excerpt of video deposition testimony of John M. Gurley. Direct examination continues. |  |
|  |  | 9:42 a.m. |  |  | Cross-examination of witness by Karen Dunn. |  |
|  |  | 9:48 a.m. |  |  | Witness excused. |  |
|  |  | 9:49 a.m. |  |  | Witness, **Andy Crain**, approaches the witness stand and sworn for testimony. Direct examination by Melissa Baily. |  |
| 10247 |  |  | X | X | Spreadsheet. |  |
| 5119 |  |  | X | X | Spreadsheet. |  |
| 5124 |  |  | X | X | Spreadsheet. |  |
| 5123 |  |  |  |  | Demonstrative - Summary. |  |
|  |  | 10:21 a.m. |  |  | Cross-examination of witness by Arturo Gonzales. |  |
|  |  | 10:23 a.m. |  |  | Re-direct examination of witness by Melissa Baily. |  |
|  |  | 10:23 a.m. |  |  | The Court examines the witness. |  |
|  |  | 10:25 a.m. |  |  | Re-direct examination of witness by Melissa Baily. |  |
|  |  | 10:27 a.m. |  |  | Re-cross examination of witness by Arturo Gonzales. |  |
|  |  | 10:27 a.m. |  |  | Witness excused. |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 10:28 a.m. |  |  | Witness, **Michael Janosko**, approaches the witness stand and is sworn for testimony. Direct examination of witness by David Perlson. |  |
|  |  | 10:43 a.m. |  |  | Cross-examination of witness by Arturo Gonzales. |  |
|  |  |  |  |  | Excerpt of video deposition testimony of Michael Janosko. Cross examination continues. |  |
|  |  | 10:54 a.m. |  |  | Re-direct examination of witness by David Perlson. |  |
|  |  | 10:55 a.m. |  |  | Witness excused. |  |
|  |  | 10:57 a.m. |  |  | Jury excused. Court in recess. |  |
|  |  | 11:19 a.m. |  |  | Court reconvened. Housekeeping matters regarding next witnesses discussed outside the presence of the jury. |  |
|  |  | 11:22 a.m. |  |  | Witness, **Alexander Zbrozek**, (Sasha) approaches the witness stand and is sworn for testimony. Direct examination by Duane Lyons. |  |
| 4952 |  |  | X | X | Instructions re: Altium Subversion Use & Maintenance. |  |
| 2219 |  |  | X | X | Email chain dated 10/6/2016 from Sasha Zbrozek |  |
| 2218 |  |  | X | X | Email to Sasha Zbrozek. |  |
|  |  |  |  |  | Demonstratives - Slides |  |
| 2216 |  |  | X | X | Email chain dated 3/12/2015 from Sasha Zbrozek |  |
|  |  |  |  |  | Demonstrative - Slides |  |
|  |  | 11:41 a.m. |  |  | Cross-examination of witness by Arturo Gonzales. |  |
|  |  |  |  |  | Excerpts of video deposition testimony of Sasha Zbrozek. Cross-examination continues. |  |
|  |  | 11:56 a.m. |  |  | Re-direct examination of witness by Duane Lyons. |  |
|  |  | 12:01 p.m. |  |  | Re-cross examination of witness by Arturo Gonzales. |  |
|  |  | 12:03 p.m. |  |  | Witness, **Pierre Droz**, approaches the witness stand and is sworn for testimony. Direct examination of witness by Jordan Jaffe. |  |
| 4178 |  |  | X | X | Physical exhibit: Papa Bear, Version 7 |  |
| 4074 |  |  | X | X | Physical exhibit: GBR2 |  |
| 4075 |  |  | X | X | Physical exhibit: GBR3 |  |


| | | | | | | |
|---|---|---|---|---|---|---|
| 1071 | | | X | | News Article (objection is sustained) | |
| 4881 | | | X | X | Physical exhibit: Hard drive SVN server 12/7/2017 | |
| 530 | | | X | X | (Sealed) | |
| 4076 | | | X | X | (Sealed) | |
| | | 12:30 p.m. | | | Cross-examination of witness by Joseph Grinstein. | |
| | | | | | Excerpt of deposition testimony read aloud of Pierre Droz. | |
| | | 12:43 p.m. | | | Witness excused until tomorrow. | |
| | | 12:40 p.m. | | | Public session closed. | |
| | | 12:46 p.m. | | | Closed session begins. | |
| | | 1:00 p.m. | | | Closed session ends. Jury excused. Court in recess. The parties are to return for further jury trial tomorrow, February 9, 2018 at 7:30 a.m. before Judge William Alsup, Courtroom 12, 19th Floor. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | 1 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |