IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

    Plaintiff,

  v.

UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; and OTTO TRUCKING LLC,

    Defendants.

No. C 17-00939 WHA

**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

All pending administrative motions to file under seal are hereby **DENIED**. Each side may file one comprehensive administrative motion by **MARCH 9 AT NOON** to keep court filings in this action under seal. Any such motion must include a proposed order with a detailed chart identifying with particularity each document or portion thereof sought to be kept under seal, as well as their specific location(s) on the docket. It will not be sufficient for the chart to simply refer to "highlighted portions" of documents. Multiple documents reflecting the same information, however, may be grouped together in the chart with comprehensive supporting declaration(s) explaining why the underlying information remains sealable. In all events, requests not narrowly tailored to seek sealing only of sealable material as required by Civil Local Rule 79-5 will be denied.

Supporting declarations may not rely on vague boilerplate language or nebulous assertions of potential harm but must explain with particularity why any document or portion thereof remains sealable under the applicable legal standard, especially in light of all the

information that has already become public over the course of this litigation via court filings, orders, public hearings, media publications, and at trial.

**IT IS SO ORDERED.**

Dated: February 9, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE