UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| **Date:** 2/09/2018 | **Time:** 4 Min. | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 17-cv-00939-WHA | **Case Name:** Waymo LLC v. Uber Technologies, Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Katherine Sullivan / Debra Pas | |

**Attorney for Plaintiff:** Charles Verhoeven, Melissa Baily, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe, Jared Newton, Patrick Schmidt
**Also Present:** Demarren Berkeley, Corporate Representative
**Attorney for Defendant:** Arturo Gonzales, Bill Carmody, Esther Chang, Thomas Pardini, Michael Jacobs, Karen Dunn, Meredith Dearborn, Joseph Grinstein, Michael Brille, Matthew Berry, Shawn Rabin
**Special Master**: John Cooper
**Also Present:** Demarron Berkley, Waymo Representative; Eric Meyhofer, Uber Representative; Tony West, Uber Corporate Counsel; Nicole Bartow.

## PROCEEDINGS

REASON FOR HEARING:   Jury Trial.

RESULT OF HEARING:   Oral Motion to Dismiss With Prejudice - GRANTED.  See Attached Log.

Witnesses:  N/A

Admitted Exhibits: N/A

1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

17-cv-00939-WHA            Waymo LLC v. Uber Technologies, Inc.

## TRIAL LOG

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William Alsup | Charles Verhoeven, Melissa Baily, Duane Lyons, David Eiseman, Andrea Roberts, David Perlson, James Judah, Jordan Jaffe, Jared Newton, Patrick Schmidt. | Arturo Gonzales, Bill Carmody, Michael Jacobs, Esther Chang, Karen Dunn, Joseph Grinstein, Michael Brille, Thomas Pardini, Matthew Berry, Shawn Rabin. |
| Special Master: John Cooper | | |
| Also Present: | Demarren Berkeley, Corp. Rep. | Eric Meyhofer, Corp. Rep.; Tony West; Nicole Bartow |
| TRIAL DATE: | REPORTERS: | CLERK: |
| February 9, 2018 | Katherine Sullivan / Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:50 a.m. | | | Court in session. Jury present. Oral Motion made to Dismiss this case with prejudice - The Court GRANTS the motion. | |
| | | 7:54 a.m. | | | Court adjourned. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |