1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | WAYMO LLC,                                  | Case No.    3:17-cv-00939-WHA
12 |                 Plaintiff,                   | **[PROPOSED] ORDER GRANTING DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENTS**
13 |        v.                                   |
14 | UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, |
15 |                                             |
16 |                 Defendants.                  | Trial Date: October 10, 2017

Having reviewed and considered Defendants Uber Technologies, Inc. and Ottomotto LLC's Motion to Remove Incorrectly Filed Documents: Docket Nos. 1780 and 1780-1, which Defendants filed on September 24, 2017, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Motion shall be granted.

**IT IS SO ORDERED**.

Dated:  February 9  , ~~2017~~ 2018

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge