UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

February 15, 2018

CASE NUMBER: 17-cv-00939-WHA

CASE TITLE: Waymo LLC v. Uber Technologies, Inc.

## RECEIPT

I acknowledge receipt of the exhibits in the above case, returned to me on 2/16/2018.

Name: _____
Waymo

_____
Michael Kim
(Print)

_____
Uber

Name: _____
ETHEL VILLEGAS
(Print)