```
                                            Volume 6

                                            Pages 1091 - 1096

            UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

       BEFORE THE HONORABLE WILLIAM H. ALSUP


WAYMO, LLC                         )
           Plaintiff,              )
  vs.                              ) No. C 17-00939 WHA
                                   )
UBER TECHNOLOGIES, LLC., OTTO      )
TRUCKING, LLC, and OTTOMOTTO, LLC, )
                                   ) San Francisco, California
           Defendants.             ) Friday
                                   ) February 9, 2018
_____) 7:30 a.m.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:
**For Plaintiff:**          QUINN, EMANUEL, URQUHART, OLIVER
                             & SULLIVAN, LLP
                            50 California Street
                            22nd Floor
                            San Francisco, California 94111
                     **BY: CHARLES KRAMER VERHOEVEN, ESQ.**
                         **JORDAN R. JAFFE, ESQ.**
                         **DAVID ANDREW PERLSON, ESQ.**
                         **MELISSA J. BAILY, ESQ.**
                         **DAVID EISEMAN, ESQ.**
                         **ANDREA PALLIOS ROBERTS, ESQ.**
                         **JAMES DUBOIS JUDAH, ESQ.**


                            QUINN, EMANUEL, URQUHART, OLIVER
                             & SULLIVAN, LLP
                            1299 Pennsylvania Avenue, NW
                            Suite 825
                            Washington, DC 20004
                     **BY: JARED WESTON NEWTON, ESQ.**

            (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:  Debra L. Pas, CSR 11916, CRR, RMR
              Katherine Sullivan CSR 5812, CRR, RMR
                Official Reporters - US District Court

              *Debra L. Pas, CSR, RPR, RMR, CRR*
     *Official Reporter - U.S. District Court - San Francisco*
                        *(415) 431-1477*

```
 1   APPEARANCES (Continued)

 2

 3   For Plaintiffs:        QUINN, EMANUEL, URQUHART & OLIVER
                              & SULLIVAN, LLP
 4                          865 South Figueroa Street
                            10th Floor
 5                          Los Angeles, California 90017
                       BY:  DUANE R. LYONS, ESQ.
 6                          PATRICK THOMAS SCHMIDT, ESQ.

 7

 8
     For Defendants:        MORRISON & FOERSTER, LLP
 9                          425 Market Street
                            San Francisco, California 94105
10                     BY:  ARTURO J. GONZÁLEZ, ESQ.
                            MICHAEL A. JACOBS, ESQ.
11                          ESTHER KIM CHANG, ESQ.
                            THOMAS J. PARDINI, ESQ.
12

13
     For Defendants:        BOIES, SCHILLER AND FLEXNER, LLP
14                          5301 Wisconsin Avenue, NW
                            Washington, DC 20015
15                     BY:  KAREN LEAH DUNN, ESQ.

16
                            BOIES, SCHILLER AND FLEXNER, LLP
17                          435 Tasso Street
                            Suite 205
18                          Palo Alto, California 94301
                       BY:  MICHAEL BRILLE, ESQ.
19                          MEREDITH R. DEARBORN, ESQ.

20

21   For Defendants:        SUSMAN, GODFREY, LLP
                            1000 Louisiana Street
22                          Suite 5100
                            Houston, Texas, 77002
23                     BY:  JOSEPH S. GRINSTEIN, ESQ.

24

25          (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1   APPEARANCES:  (CONTINUED)

 2
     For Defendants:        SUSMAN, GODFREY, LLP
 3                          1301 Avenue of the Americas
                            32nd Floor
 4                          New York, New York 10019
                       BY:  WILLIAM CARMODY, ESQ.
 5                          SHAWN RABIN, ESQ.

 6

 7                          SUSMAN, GODFREY, LLP
                            1201 Third Avenue
 8                          Suite 3800
                            Seattle, Washington 98101
 9                     BY:  MATTHEW ROBERT BERRY, ESQ.

10

11

12   Special Master:        FARELLA BRAUN & MARTEL, LLP
                            Russ Building, 30th Floor
13                          235 Montgomery Street
                            San Francisco, California 94104
14                     BY:  JOHN L. COOPER, ESQ.

15

16   Also Present:          DEMARRON BERKLEY

17

18                          ERIC MEYHOFER

19                          TONY WEST

20                          NICOLE BARTOW

21                                 _  _  _

22

23

24

25
```

**P R O C E E D I N G S**

**FEBRUARY 9, 2018**                                              **7:50 A.M.**

---oOo--

THE COURT: All right. Be seated, please.

And we don't need to call the case. This is the Waymo v Uber case.

Ladies and gentlemen, we're going to begin things slightly differently this morning. I'll explain as we go along.

Mr. Verhoeven, I understand you have a motion to make.

MR. PERLSON: I do, Your Honor. The parties have reached a settlement in this case, Your Honor.

Waymo, pursuant to the stipulation of the parties to be filed this morning, hereby moves to dismiss the case with prejudice.

THE COURT: All right. Stipulated?

MR. GONZÁLEZ: That's confirmed, Your Honor.

THE COURT: All right. That motion is granted. This case is ancient history. It's over.

However, I am going to discharge you from service in the case and with two caveats. One is, the things that you heard in private session when the public was not here, you must keep that to yourself. Don't repeat any of that.

The things that you otherwise learned about the case, you're free now to talk with anyone you wish; the lawyers, for example, or the press, your loved ones. So you can write a

book.  Just don't get into the stuff that we discussed in the private session.  That's the main thing.

So it's rare that a case settles in the mid-stream. Usually if they are going to settle, they settle before, but this does happen occasionally.  And it means so much to the system to have good people like you willing to serve.  And I just -- it's such a wonderful system and institution; the jury, I mean.  So good for you.

I'd like to ask you to go back in the jury room.  I'm going to now discharge you from further service.  I ask you to go back into the jury room.  I know I sound like I'm contagious, so I won't shake your hand, but I would like to say goodbye to you and then I'll send you on your way.  All right?

Anything more?

**MR. VERHOEVEN:**  No, Your Honor.

**MR. GONZÁLEZ:**  No.

**THE COURT:**  Okay.  Please escort the jury back to the jury room.

**THE CLERK:**  All rise for the jury.

(Jury exits the courtroom at 7:53 a.m.)

**THE COURT:**  Be seated.

So, really, if I understand it right, there is nothing more for me to do in this case.  It's done.  I thank both sides.

I ask you to try to get all your materials out of the

```
 1  courtroom so that I can move on to the next case.
 2       I want to thank John Cooper, our Special Master.
 3           MR. COOPER:  Thank you, Your Honor.
 4           THE COURT:  Yeah, let's give him...
 5       (Applause.)
 6           THE COURT:  You were a tremendous help to the Court
 7  in this case, so thank you for that.
 8           MR. COOPER:  Thank you.
 9           THE COURT:  All right.
10       Okay.  Any other business?
11           MR. VERHOEVEN:  Nothing else, Your Honor, except to
12  express my heartfelt thanks for your devotion to this case.
13  It's very much appreciated, I'm sure, by both sides.
14           THE COURT:  Okay.  Thank you for that comment.
15       Okay.  We will adjourn and the case, out there for all you
16  newspaper people, is over.
17       (Laughter.)
18           THE COURT:  Thank you.
19       (Whereupon at 7:54 a.m. further proceedings were
20        adjourned.)
```

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*
*(415) 431-1477*

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

Debra L. Pas, CSR 11916, CRR, RMR, RPR

Friday, February 9, 2018