Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
OTTO TRUCKING, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., *et al.*,<br><br>    Defendants. | Case No.: 3:17-cv-00939-WHA<br><br>**OTTO TRUCKING LLC'S MOTION TO JOIN AND ADOPT DEFENDANTS UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC'S COMPREHENSIVE ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO COURT ORDER (DKT. 2653)**<br><br>Judge: The Honorable William Alsup |

Defendant Otto Trucking LLC ("Otto Trucking") respectfully moves before this Court for an Order granting leave to join and adopt Defendants Uber Technologies, Inc.'s ("Uber") and Ottomotto LLC's ("Ottomotto") Comprehensive Administrative Motion to File Under Seal Pursuant to Court Order (Dkt. 2653). In support, Otto Trucking states as follows:

1. On February 9, 2018, this Court issued an Order Denying Administrative Motions to File Under Seal and instructing each side to file one comprehensive administrative motion by March 9, 2018.

2. On March 9, 2018, Defendants Uber Technologies, Inc. and Ottomotto LLC filed their Comprehensive Administrative Motion to File Documents Under Seal Pursuant to the Court's Order Denying Administrative Motions to File Under Seal [Dkt. 2653] ("Comprehensive Administrative Motion"). Dkt. 2663.

3. Otto Trucking joins and adopts, as if set out verbatim herein, the arguments, authorities, contentions, exhibits, attachments, and prayers of Co-Defendants Uber and Ottomotto set forth in Co-Defendants' Comprehensive Administrative Motion for the reason that said motion is equally applicable to this Defendant in the above captioned matter.

4. Otto Trucking joins and adopts Co-Defendants' Comprehensive Administrative Motion in order to best serve justice and avoid unnecessary or duplicative effort, time, or expense to the parties involved.

WHEREFORE, Defendant Otto Trucking respectfully request that the Court GRANT Otto Trucking's Motion to Join and Adopt Co-Defendants' Comprehensive Administrative Motion to File Documents Under Seal Pursuant to the Court's Order Denying Administrative Motions to File Under Seal [Dkt. 2653].

1

DEFENDANT OTTO TRUCKING, LLC'S MOTION TO JOIN COMPREHENSIVE ADMINISTRATIVE MOTION TO FILE UNDER SEAL
(CASE NO. 3:17-CV-00939-WHA)

Dated: March 9, 2018

Respectfully submitted,

By: /s/ Neel Chatterjee
    Neel Chatterjee
    *nchatterjee@goodwinlaw.com*
    GOODWIN PROCTER LLP
    135 Commonwealth Drive
    Menlo Park, California 94025
    Tel.: +1 650 752 3100
    Fax.: +1 650 853 1038

    Brett Schuman
    *bschuman@goodwinlaw.com*
    Rachel M. Walsh
    *rwalsh@goodwinlaw.com*
    Hayes P. Hyde (SBN 308031)
    hhyde@goodwinlaw.com
    GOODWIN PROCTER LLP
    Three Embarcadero Center
    San Francisco, California 94111
    Tel.: +1 415 733 6000
    Fax.: +1 415 677 9041

    Attorneys for Defendant
    OTTO TRUCKING, LLC

2

DEFENDANT OTTO TRUCKING, LLC'S MOTION TO JOIN COMPREHENSIVE administrative motion to file under seal
(CASE NO. 3:17-CV-00939-WHA)

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 9, 2018.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of March 2018.

/s/ I. Neel Chatterjee
I. NEEL CHATTERJEE