Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
bschuman@goodwinlaw.com
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
Hayes P. Hyde (SBN 308031)
hhyde@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Waymo LLC, <br><br> Plaintiff, <br><br> v. <br><br> Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC, <br><br> Defendants. | Case No. 3:17-cv-00939-WHA <br><br> **DECLARATION OF HAYES P. HYDE IN SUPPORT OF PLAINTIFF WAYMO LLC'S COMPREHENSIVE ADMINISTRATIVE MOTION TO SEAL AND DEFENDANTS UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, AND OTTO TRUCKING LLC'S COMPREHENSIVE ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO COURT ORDER (DKT. 2653)** <br><br> Judge:     Hon. William Alsup |

I, Hayes P. Hyde, declare as follows:

I am an attorney at the law firm of Goodwin Procter, LLP. I make this declaration based upon matters within my own personal knowledge and if called as a witness, I could and would competently testify to the matters set forth herein. I make this declaration in support of Waymo's Comprehensive Administrative Motion to File Under Seal (Dkt. 2664) and Defendants Uber Technologies Inc., Ottomotto LLC, and Otto Trucking LLC's Comprehensive Administrative Motion to File Under seal (Dkt. 2663) filed pursuant to Court Order [Dkt. 2653] ("Comprehensive Administrative Motion"). As stated in Defendants' Comprehensive Administrative Motion, multiple documents or portions of documents have been grouped into categories of information as described below.

**CATEGORIES OF SEALABLE INFORATION**

1. **CORPORATE OPERATIONAL PROCEDURES AND ADMINISTRATION:** These documents or portions thereof include sensitive business information relating to Otto Trucking's internal operations and corporate policies and regulatory procedures. Otto Trucking is a private corporation whose confidential business structure and operational procedures are not public information. There is no public interest in this information, which, if made public, would threaten the economic advantage in the highly competitive industry of autonomous vehicles.

2. **CORPORATE STRUCTURE AND AGREEMENTS:** These documents or portions thereof include sensitive business information relating to negotiations and implementation of the terms of Otto Trucking's agreements. Otto Trucking is a private corporation and its agreements were entered into under terms of confidentiality and non-disclosure. There is no public interest in this information, which, if made public, would threaten the economic advantage of Otto Trucking in the highly competitive industry of autonomous vehicles.

3. **CORPORATE ASSETS AND TECHNICAL INFORMATION:** These documents or portions thereof include sensitive business information relating to Otto Trucking's daily operations, specific assets, and technology it uses. Otto Trucking is a private corporation whose confidential operations are not public information. Disclosure of this information would threaten the competitive and economic advantage of Otto Trucking in the highly competitive

industry of autonomous vehicles.

4. **SHAREHOLDER INDIVIDUAL PERSONAL INFORMATION:** These documents or portions thereof include personal contact and financial information of Otto Trucking's shareholders and officers. This personal information includes names, addresses, personal compensation and financial interest in Otto Trucking. The Court has regularly granted sealing of this type of information (*See, e.g.* Dkt. 2393 at 9, Dkt. 2387 at 2:18 and 2:22-24. There is no public interest in the disclosure of personal contact information or financial information, which threatens the privacy interests of these individuals and could lead to harassment or other harm. The media has taken an intense interest in this case and often publishes documents and filings online immediately after they are filed. If personal contact and financial information are made public, these individuals' privacy, safety, and well-being would be threatened with no corresponding public benefit.

5. **THIRD PARTY VENDOR INFORMATION:** These documents or portions thereof contain the names and contact information of third party vendors whose confidentiality is imperative. The names of these third parties, the terms of the related deals, and the nature of the relationships between Otto Trucking and these third parties must remain confidential for Otto Trucking to maintain its competitive advantage in this highly competitive industry. There is no public interest in this information.

6. In response to the Court's Order Denying Administrative Motions to File Under Seal, Otto Trucking undertook a careful review of the previously filed materials in light of the information that has been made public over the course of this litigation. Consequently, Otto Trucking's designations are more narrowly tailored.  Under both the "compelling reasons" and "good cause" standards which the Ninth Circuit considers in determining whether material is sealable, the documents or portions thereof identified by Otto Trucking merit sealing. Pursuant to Civil Local Rule 79-5(b), I have confirmed that these documents are "narrowly tailored to seek sealing of only sealable material."

I declare under penalty of perjury under the laws of the United States that  the foregoing is

true and correct. Executed this 9th day of March, 2018 in San Francisco, California.

/s/ Hayes P. Hyde
Hayes P. Hyde

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 9, 2018. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 9th day of March 2018.

                                                                            /s/ Hayes P. Hyde
                                                                             Hayes P. Hyde