Christopher B. Hockett (SBN 121539)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
chris.hockett@davispolk.com
serge.voronov@davispolk.com

*Counsel for Nonparty*
*Kitty Hawk Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, OTTO TRUCKING LLC,<br><br>                Defendants. | CASE NO. 3:17-cv-00939 WHA<br><br>**DECLARATION OF SERGE A. VORONOV IN SUPPORT OF SEALING CONFIDENTIAL INFORMATION IN DOCUMENTS REFERENCED IN PLAINTIFF WAYMO'S COMPREHENSIVE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 2664) AND DEFENDANT UBER'S COMPREHENSIVE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 2663)** |

I, Serge A. Voronov, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate at the law firm Davis Polk & Wardwell LLP, counsel for nonparty Kitty Hawk Corporation ("Kitty Hawk"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. I make this declaration pursuant to Civil Local Rule 79-5(e)(1) in support of sealing confidential information in documents referenced in Plaintiff Waymo's Comprehensive

1  Administrative Motion to File Under Seal (Dkt. 2664) and Defendant Uber's Comprehensive
2  Administrative Motion to File Under Seal (Dkt. 2663).
3    3.  On Friday, March 9, I was contacted by an attorney from Quinn Emanuel Urquhart
4  & Sullivan, LLP, who indicated that two documents that had previously been filed under seal in
5  this matter may contain confidential Kitty Hawk information:  Dkt. 1486-6 (excerpt from 8/22/2017
6  deposition of Pierre-Yves Droz) and Dkt. 1524-17 (5/3/16 Bijnens Email).  I was not previously
7  aware that these two documents contain confidential Kitty Hawk information.
8    4.  These documents were both designated as Highly Confidential—Attorneys' Eyes
9  Only by Waymo.  In their comprehensive motions to seal, neither Waymo nor Uber has requested
10 sealing Kitty Hawk's confidential information in these two documents.
11   5.  Portions of these documents contain, reference, and/or describe trade secrets and
12 other confidential and proprietary research, development, commercial, and business information
13 belonging to Kitty Hawk.  Specifically, the following portions set forth confidential details
14 regarding corporate strategy, business models, and prototype development and testing:

| Sealing Motion Dkt. No. (bold) / Document sought to be sealed (Dkt. No.) | Document Description | Portions sought to be sealed |
|---|---|---|
| **1486** / 1486-6 | Excerpt from 8/22/2017 deposition of Pierre-Yves Droz | End of sentence on 281:18-20 beginning with "Like, at some point he was doing, like" |
| **1524** / 1524-17 | 5/3/16 Bijnens Email | Two sentences in email from G. Brown dated Mar. 9, 2016 at 1:15 PM between "TL;DR so far:" and "The connection to KittyHawk" <br> End of sentence in email from C. Bailey dated Mar. 8, 2016 at 8:51 PM beginning with "seems somewhat dated (articles online dating back to 2013) but could be relevant" |

25   6.  This information was never made public during this litigation.  The public disclosure
26 of this information would give Kitty Hawk's competitors and potential competitors access to
27 sensitive information that could be used to Kitty Hawk's disadvantage.  I am informed and believe
28 that disclosure would inflict serious and irreparable damage to Kitty Hawk's business.

7. Kitty Hawk's request to seal is narrowly tailored to those portions of Dkt. 1486-6 and Dkt. 1524-17 that merit sealing.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 13th day of March, 2018, in Menlo Park, California.

*/s/ Serge A. Voronov*
Serge A. Voronov

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Serge A. Voronov.

*/s/ Charles K. Verhoeven*
Charles K. Verhoeven