1  John M. Neukom
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  525 University Avenue, Suite 1400
   Palo Alto, CA 94301
3  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
4
   Attorney for Plaintiff WAYMO LLC
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | WAYMO LLC,                          | CASE NO.: 17-cv-00939-WHA
   |                   Plaintiff         |
13 |           v.                        | **NOTICE OF WITHDRAWAL OF ATTORNEY JOHN M. NEUKOM**
14 | UBER TECHNOLOGIES, INC. AND
   | OTTOMOTTO LLC,
15 |
   |                   Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that John M. Neukom hereby withdraws, effective immediately, as attorney of record for WAYMO LLC.  All other counsel will remain counsel of record for WAYMO LLC.

DATED:  May 3, 2018                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                 By:  _____*/s/ John Neukom*_____
                                                           Attorney for Plaintiff

NOTICE OF WITHDRAWAL                                                          Case No.: 17-cv-00939-WHA