# EXHIBIT B

1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13    WAYMO LLC,                              CASE NO. 3:17-cv-00939-WHA

14            Plaintiff,                      **JOINT STIPULATION AND
                                              [PROPOSED] ORDER TO EXTEND**
15        vs.                                 **THE DEADLINE UNDER
                                              PARAGRAPH 15 OF THE INTERIM**
16    UBER TECHNOLOGIES, INC. and             **MODEL PROTECTIVE ORDER**
      OTTOMOTTO LLC,
17
              Defendants,
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-1(b) and 6-2(a), and upon the accompanying declaration

2    of Meredith R. Dearborn, dated April 6, 2018 ("Dearborn Decl."), Plaintiff Waymo LLC and

3    Defendants Uber Technologies, Inc. and Ottomotto LLC hereby stipulate and agree to the

4    following sixty-day extension, from April 10, 2018 until June 11, 2018, of the deadline to comply

5    with the requirements of Paragraph 15 of the Interim Model Protective Order:

6        1.    On March 16, 2017, the Court ordered that the parties be bound by the Interim

7    Model Protective Order (the "Protective Order"), a true and correct copy of which is attached as

8    Exhibit A to the accompanying declaration of Meredith R. Dearborn, dated April 6, 2018. *See*

9    Dearborn Decl. ¶ 2.

10       2.    Paragraph 15 of the Protective Order provides that, "[w]ithin 60 days after the

11   final disposition of this action, as defined in paragraph 4, each Receiving Party must return all

12   Protected Material to the Producing Party or destroy such material," and further requires each

13   Receiving Party to certify in writing by the 60-day deadline (1) that all of the material subject to

14   the Protective Order was returned or destroyed, and (2) that it has not retained copies, abstracts,

15   compilations, or summaries of material subject to the Protective Order. *See* Dearborn Decl., ¶ 3

16   and Ex. A.

17       3.    The parties settled this lawsuit, and a final disposition was entered on February 9,

18   2018. *See* Dearborn Decl. ¶ 4.

19       4.    Each Receiving Party, as defined by Paragraph 2.17 of the Protective Order, has

20   sixty days from that final disposition, until April 10, 2018, to comply with the requirements of

21   Paragraph 15. *See* Dearborn Decl. ¶ 4 and Ex. A.

22       5.    The pendency of related matters impose document preservation obligations on the

23   parties that conflict with Paragraph 15's requirements. *See* Dearborn Decl. ¶ 5.

24       6.    The parties agree that additional time is therefore needed to satisfy conflicting

25   preservation obligations, and that it is possible the parties might hereafter request additional time

26   if those obligations have not been satisfied. *See id.*

27   //

28   //

1

1    **IT IS SO STIPULATED**

2

3    DATED:  April 6, 2018          QUINN EMANUEL URQUHART & SULLIVAN LLP

4

5                                   By:   /s/ *David A. Perlson*
                                          David A. Perlson
6                                         Attorney for Plaintiff WAYMO LLC

7

8    DATED:  April 6, 2018          BOIES SCHILLER FLEXNER LLP

9

10                                  By:   /s/ *Meredith R. Dearborn*
                                          Meredith R. Dearborn
11                                        Attorney for Defendants UBER TECHNOLOGIES,
                                          INC. and OTTOMOTTO LLC

12

13

14

15   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17   DATED:  _____April 9_____, 2018     _____

18                                           The Honorable William H. Alsup

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE EXTENSION OF INTERIM MODEL PROTECTIVE ORDER DEADLINE
CASE NO. 3:17-CV-00939-WHA

Case 3:17-cv-00939-WHA   Document 2671-3   Filed 04/09/18   Page 4 of 4

1

**<u>SIGNATURE ATTESTATION</u>**

2
Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

3
filing of this document has been obtained from any other signatory to this document.

4

5
DATED:  April 6, 2018                              By:  /s/ *Meredith R. Dearborn*

6
                                                             Meredith R. Dearborn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE EXTENSION OF INTERIM MODEL PROTECTIVE ORDER DEADLINE
CASE NO. 3:17-CV-00939-WHA