SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
matthew@spertuslaw.com

Attorneys for Non-Parties Mathew Henley, Nicholas Gicinto,
Edward Russo, and Jacob Nocon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>             Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>             Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE BY MATTHEW DONALD UMHOFER** |

*NOTICE OF APPEARANCE BY MATTHEW DONALD UMHOFER*

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Matthew Donald Umhofer of Spertus, Landes & Umhofer, LLP hereby appears as counsel of record for non-parties Mathew Henley, Nicholas Gicinto, Edward Russo, and Jacob Nocon. Copies of all pleadings and notices pertaining to this action not otherwise filed through the Court's electronic filing system should be directed to:

> Matthew Donald Umhofer
> SPERTUS, LANDES & UMHOFER, LLP
> 1990 South Bundy Dr., Suite 705
> Los Angeles, California 90025
> Telephone: (310) 826-4700
> Facsimile:  (310) 826-4711
> Email: matthew@spertuslaw.com

Dated:  July 11, 2018          Respectfully submitted,

SPERTUS, LANDES & UMHOFER, LLP

By:  _____
   Matthew Donald Umhofer
   Attorneys for Plaintiffs

2

*NOTICE OF APPEARANCE BY MATTHEW DONALD UMHOFER*