SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
matthew@spertuslaw.com

Attorneys for Mathew Henley, Nicholas Gicinto,
Edward Russo, and Jacob Nocon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF RELATED CASE PURUSANT TO CIVIL L.R. 3-12; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11**<br><br>Related case: <u>Henley, et al. v. Jacobs</u>, Case No. 4:18-cv-02244-SBA |

Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Plaintiffs Mathew Henley, Nicholas Gicinto, Edward Russo, and Jacob Nocon (collectively, "Plaintiffs") hereby provide notice[1] of a potentially related case pending in the Northern District of California, <u>Waymo LLC v. Uber Technologies, Inc., et al.</u>, Case No. 3:17-cv-00939-WHA, before the Honorable William H. Alsup (the "<u>Waymo</u> case").[2]

---

[1] This Notice was originally filed in <u>Henley, et al. v. Jacobs</u>, Case No. 4:18-cv-02244-SBA, on July 6, 2018.  As <u>Henley</u> defendant Richard Jacobs has filed his Opposition in both cases, the Notice is now being filed in this case.

[2] While this Court granted a motion to dismiss in the <u>Waymo</u> case with prejudice on February 9, 2018 (Dkt. No. 2654), there have been several filings in the case since then—the most recent on June 11, 2018 (Dkt. No. 2674)—and according to the docket, the case has not been closed.

*NOTICE OF RELATED CASE*

The definition of "related cases" under Civil Local Rule 3-12(b) is whether:

    (1) The actions concern substantially the same parties, property, transaction or event; and

    (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

This case is a defamation case in which the plaintiffs, former employees at Uber, allege that the defendant Richard A. Jacobs defamed the plaintiffs by making false statements about their conduct at Uber. It relates to the <u>Waymo</u> case because this Court devoted substantial judicial attention and resources to Mr. Jacobs' statements in the <u>Waymo</u> matter.

    On the eve of trial in the <u>Waymo</u> case, a disclosure was made to this Court concerning allegations Mr. Jacobs made about the plaintiffs' conduct at Uber—allegations that echo the defamatory statements at issue in this case. This Court then held a two-day evidentiary hearing on the Jacobs allegations, during which he heard testimony from Mr. Jacobs and all but one of the plaintiffs. This Court also ordered depositions, and all of the parties to this case were deposed in the <u>Waymo</u> case on the subject of the Jacobs allegations. This Court then received extensive briefing and issued orders concerning the Jacobs allegations that are the subject of this defamation case.

Although the <u>Waymo</u> case involved an underlying trade secret dispute not at issue here, this case does involve events, parties, and facts that were carefully considered and addressed by this Court in the <u>Waymo</u> case. It would be a duplication of labor and expense for a different judge to consider matters already considered by this Court in the <u>Waymo</u> case.

Furthermore, the plaintiffs intend to amend the complaint to add additional allegations and parties related to the matters addressed by this Court in the <u>Waymo</u> case, and before doing so, require judicial determination of certain matters related to the attorney-client privilege substantially similar to privilege issues considered by this Court in the <u>Waymo</u> case.

For the foregoing reasons, the plaintiffs respectfully submit that this case may be related to the <u>Waymo</u> case under Rule 3-12(b), and defer to the Court on the proper course of action in light of the relationship between the two cases.

Dated:  July 11, 2018          Respectfully submitted,

SPERTUS, LANDES & UMHOFER, LLP

By: _____
Matthew Donald Umhofer
Attorneys for Plaintiffs

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYMO LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11**<br><br>Related case: Henley, et al. v. Jacobs, Case No. 4:18-cv-02244-SBA |
|---|---|

---

*[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE*
*MOTION TO CONSIDER CASES RELATED*

Plaintiffs have filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 7-11 ("Administrative Motion").

Having considered the Administrative Motion, and good cause appearing, the court hereby **GRANTS** the Administrative Motion. The matter captioned <u>Henley, et al. v. Jacobs</u>, Case No. 4:18-cv-02244, shall be deemed related to <u>Waymo LLC v. Uber Technologies, Inc., et al.</u>, Case No. 3:17-cv-00939, and shall be assigned to the Hon. William H. Alsup.

Dated: _____, 2018   By: _____
                              THE HONORABLE WILLIAM H. ALSUP