Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr, Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11** |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | Related case: <u>Henley, et al. v. Jacobs</u>, Case No. 4:18-cv-02244-SBA |

*[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED*

1   Plaintiffs have filed an Administrative Motion to Consider Whether Cases
2   Should Be Related Pursuant to Civil L.R. 7-11 ("Administrative Motion").
3   Having considered the Administrative Motion, and good cause appearing,
4   the court hereby **GRANTS** the Administrative Motion.  The matter captioned
5   <u>Henley, et al. v. Jacobs</u>, Case No. 4:18-cv-02244, shall be deemed related to
6   <u>Waymo LLC v. Uber Technologies, Inc., et al.</u>, Case No. 3:17-cv-00939, and
7   shall be assigned to the Hon. William H. Alsup.

9   Dated: _____, 2018    By: _____
                                  THE HONORABLE WILLIAM H. ALSUP

*[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER CASES RELATED*