SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (SBN 206607)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
matthew@spertuslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>                    PLAINTIFFS,<br><br>     V.<br><br>UBER TECHNOLOGIES, INC., ET AL.,<br><br>                    DEFENDANTS. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF ERRATA TO REPLY RE: NOTICE OF RELATED CASE PURUSANT TO CIVIL L.R. 3-12; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11**<br><br>Related case: <u>Henley et al. v. Jacobs</u>, Case No. 4:18-cv-02244-SBA |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs submit an errata to their Reply re: Notice of Related Case Pursuant to Civil L.R. 3-12; Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 7-11 (Doc. No. 2679) as follows:

On page 1, lines 23-24, the phrase "an amended complaint adding" should be replaced with the phrase "a complaint naming." On page 1, line 26, the word "amended" should be deleted.

On page 1, line 28, the first use of the word "amended" should be deleted and replaced with the word "draft."

Dated: July 13, 2018      Respectfully submitted,

SPERTUS, LANDES & UMHOFER, LLP

By: _____
Matthew Donald Umhofer
Attorneys for Plaintiffs

2.

*NOTICE OF ERRATA TO REPLY RE: NOTICE OF RELATED CASE*