
1  SPERTUS, LANDES & UMHOFER, LLP
   Matthew Donald Umhofer (SBN 206607)
2  1990 South Bundy Dr., Suite 705
   Los Angeles, California 90025
3  Telephone: (310) 826-4700
   Facsimile:  (310) 826-4711
4  matthew@spertuslaw.com

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
|---|---|
| PLAINTIFFS, | **SECOND NOTICE OF ERRATA TO REPLY RE: NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11** |
| V. | |
| UBER TECHNOLOGIES, INC., ET AL., | |
| DEFENDANTS. | |
| | Related case: <u>Henley et al., v. Jacobs</u> Case No. 4:18-CV-2244 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in response to concerns raised by counsel for Uber Technologies, Inc., Plaintiffs submit this second errata to their Reply re: Notice of Related Case Pursuant to Civil L.R. 3-12; Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil L.R. 7-11 (Doc. No. 2679) as follows.  This errata supersedes the previously filed errata.

The second sentence of the second paragraph, starting on page 1 line 22, and the following two sentences, should read as follows: "Unable to reach a resolution with Uber—a defendant in this case—plaintiffs began preparing a

draft complaint naming Uber and others as defendants and alleging several claims relating to matters considered by this Court during the pendency of this matter.  Counsel for plaintiffs then shared the draft complaint with Uber.  On July 3, 2018, Uber raised privilege concerns about the contents of the draft complaint that require judicial attention before an amended complaint can be filed in the Henley matter."

Dated:  July 13, 2018        Respectfully submitted,

SPERTUS, LANDES & UMHOFER, LLP

By: _____
Matthew Donald Umhofer
Attorney for Plaintiffs

2.

*SECOND NOTICE OF ERRATA TO REPLY RE: NOTICE OF RELATED CASE*