[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939<br><br>**JOINT ADMINISTRATIVE MOTION FOR CLARIFICATION OF THE COURT'S ORDER ON COMPREHENSIVE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. 2685)** |

Together, Plaintiff Waymo LLC. and Defendants Uber Technologies Inc. and Ottomotto LLC. ("Uber") move this Court under Local Rule 7-11 for clarification of an administrative issue pertaining to the Court's Order on Comprehensive Administrative Motions to File Under Seal (Dkt. 2685). Specifically, the parties seek clarification as to the Court's ruling with regard to the parties' respective requests to seal Dkt. 2011-11. (*See* Dkt. 2664 at 41.)

The Court's Order appears to inadvertently omit any ruling on the parties' respective requests to seal Dkt. 2011-11. (*See* Dkt. 2664 at 41.) In Waymo's Comprehensive Administrative Motion to File Under Seal, (*id.*), both Waymo and Uber individually requested the Court seal Dkt. 2011-11 in its entirety because the document "contain[s], reference[s] and/or describe[s] Waymo's asserted software trade secrets," (Dkt. 2665 ¶ 11 ), and because the document "include[s] technical information regarding Uber's LiDAR development and/or self-driving software development," (Dkt. 2666 ¶ 4). The parties respectfully ask the Court to provide clarity with respect to its intended ruling on this document.

DATED:  January 25, 2019					QUINN EMANUEL URQUHART & SULLIVAN, LLP


						By  */s/ Jonathan S.M. Francis*
						     Jonathan S.M. Francis
						     Attorneys for Plaintiff WAYMO LLC


DATED:  January 25, 2019					MORRISON & FOERSTER LLP


						By  */s/ Thomas J. Pardini*
						     Thomas J. Pardini
						     Attorneys for Defendants
						     UBER TECHNOLOGIES, INC. and
						     OTTOMOTTO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Jonathan Francis, am the ECF User whose ID and password are being used to file this Joint Administrative Motion for Clarification of the Court's Order on Comprehensive Administrative Motions to File Under Seal.  In compliance with Local Rule 5-1, I hereby attest that Thomas J. Pardini concurred in this filing.

Dated:   January 25, 2019            */s/ Jonathan S.M. Francis*
                                     Jonathan S.M. Francis