1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | WAYMO LLC,                              | CASE NO. 3:17-cv-00939

12 |          Plaintiff,

13 |     vs.                                  | **[PROPOSED] ORDER GRANTING SEALING OF DKT. 2011-11**

14 | UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC,

15
16 |          Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

1  Together, Plaintiff Waymo LLC ("Waymo") and Defendants Uber Technologies Inc. and
2  Ottomotto LLC. ("Uber")  have filed an Administrative Motion for Clarification of the Court's
3  Order on Comprehensive Motions to File Under Seal  ("Administrative Motion").
4  Having considered the Administrative Motion for Clarification and Waymo's
5  Comprehensive Administrative Motion to File Under Seal (*see* Dkt. 2664 at 41), and good cause
6  having been shown therein, the Court **GRANTS** the parties' requests to seal Dkt. 2011-11.

9  **IT IS SO ORDERED.**

11  Dated:  _____, 2019

HON. WILLIAM ALSUP
United States District Judge