1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC,<br><br>    Defendants. | CASE NO. 3:17-cv-00939<br><br>[PROPOSED] ORDER GRANTING<br>SEALING OF DKT. 2011-11 |

1    Together, Plaintiff Waymo LLC ("Waymo") and Defendants Uber Technologies Inc. and
2 Ottomotto LLC. ("Uber") have filed an Administrative Motion for Clarification of the Court's
3 Order on Comprehensive Motions to File Under Seal ("Administrative Motion").
4    Having considered the Administrative Motion for Clarification and Waymo's
5 Comprehensive Administrative Motion to File Under Seal (*see* Dkt. 2664 at 41), and good cause
6 having been shown therein, the Court **GRANTS** the parties' requests to seal Dkt. 2011-11.

9    **IT IS SO ORDERED.**

11  Dated:  ___January 25___, 2019

                                    _____
                                    HON. WILLIAM ALSUP
                                    United States District Judge