1 | Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Brett Schuman (SBN 189247)
*bschuman@goodwinlaw.com*
Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for Defendant
Otto Trucking LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| Waymo LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc.; Ottomotto LLC; Otto Trucking LLC,<br><br>    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**DECLARATION OF BRENT SCHWARZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:  8<br>Judge:  Hon. William Alsup<br>Trial:  October 10, 2017<br><br>Filed/Lodged Concurrently with:<br>1. Defendants' Motion for Summary Judgment<br>2. Proposed Judgment<br>3. Chang Declaration<br>4. Brun Declaration |

**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

ACTIVE/92373220.1

DECLARATION OF BRENT SCHWARZ IN SUPPORT OF    CASE NO. 3:17-CV-00939-WHA
DEFENDANTS' MSJ

I, BRENT SCHWARZ, declare:

1. I am a Senior Manager of Business Operations at the Advanced Technologies Group at Uber Technologies ("Uber"), assigned to Otto Trucking. I was Senior Business Operations Manager in charge of Self-Driving Trucks at Ottomotto LLC ("Ottomotto"). I am an equity holder in Otto Trucking LLC ("Otto Trucking") and coordinate operations between Uber and Otto Trucking (and its subsidiaries). I have personal knowledge of the facts stated herein. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein. I make this declaration in support of Defendant's Motion for Summary Judgment.

2. Pursuant to the May, 2017 Framework Agreement between Uber and Otto Trucking, having an effective date of April 11, 2016, Otto Trucking leased seven Volvo trucks from Uber subsidiary, Ottomotto. (the "Leased Trucks"). Those trucks are now owned by Uber as a result of its acquisition of Ottomotto.

3. Otto Trucking has a wholly owned subsidiary, Otto Transport LLC. Otto Transport currently owns three Volvo VNL670 tandem axle sleeper trucks and one Peterbilt truck (the "Otto Transport Trucks"). The Volvo trucks were purchased by Otto Transport in May, 2017. The Peterbilt truck was purchased by Otto Transport in August, 2017.

4. Each of the Leased and Otto Transport Trucks has been equipped with LiDAR systems purchased from Velodyne LiDAR, Inc., a third party vendor. Specifically, each of the Leased and Otto Transport Trucks has been equipped with Velodyne VLP-16 and HDL-64E LiDAR systems.

5. Uber or Ottomotto purchased the above Velodyne LiDAR systems and leased these systems to Otto Trucking. These Velodyne LiDAR systems were installed onto the Leased and Otto Transport Trucks by either Ottomotto or Uber employees.

6. No Leased or Otto Transport Truck has ever been equipped with the Spider or Fuji LiDAR system.

7. Neither Otto Trucking nor Otto Transport has ever made, used, sold, offered for sale, or imported into the U.S. either the Spider or Fuji LiDAR system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of August, 2017 in San Francisco, California.

> */s/ Brent Schwarz*
> BRENT SCHWARZ

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, X.B., I hereby attest that Brent Schwarz has concurred in this filing.

Dated: August 31, 2017                      */s/ Michael A. Jacobs*
                                                               MICHAEL A. JACOBS

ACTIVE/92373220.1                                  2
DECLARATION OF BRENT SCHWARZ IN SUPPORT OF    CASE NO. 3:17-CV-00939-WHA
DEFENDANTS' MSJ