# *EXHIBIT 3*

*UNREDACTED VERSION
OF DOCUMENT
SOUGHT TO BE SEALED*

*EXHIBIT 3*

Highly Confidential – Attorneys' Eyes Only

# United States District Court
# Northern District of California, San Francisco Division
# Civil Action No. 3:17-CV-00939-WHA

# WAYMO LLC
# v.
# UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC

# Expert Report of
# Michael J. Wagner
# August 24, 2017

21.     In August 2016, Uber acquired Ottomotto, which at the time had over 90 employees.[36] After the acquisition, Uber retired the Otto name and integrated all of its self-driving efforts under its Advanced Technologies Group.[37]

### 4. Otto Trucking LLC

22.     Otto Trucking LLC is a limited liability company with its principal place of business located at 737 Harrison Street, San Francisco, CA.[38]

23.     Anthony Levandowski and Lior Ron founded Otto Trucking on February 1, 2016.[39]  As explained by Lior Ron, "Otto Trucking is basically a legal holding entity. It doesn't have any IP; it doesn't have any R&D activities; doesn't have any employees; doesn't have any ongoing activity of any sort."[40]  Cameron Poetzscher, Uber's Vice President of Corporate Development, stated that "Otto Trucking is largely just an LLC" and "just an entity with … very little, if any, operations or employees."[41]

24.     However, as Mr. Poetzscher also explained, Otto Trucking LLC has a "contract with Uber or one of its affiliates to be acquired by Uber."[42]  Uber's option period to acquire Otto Trucking opens on August 31, 2017, and closes on November 30, 2017.[43] If Uber does not acquire Otto Trucking during that period, Uber will be obligated to (i) become a 50% owner in Otto Trucking and (ii) to license Uber's self-driving technology (including all trade secrets) exclusively to Otto Trucking (even vis-à-vis Uber) for use in the commercialization of self-driving trucks.[44]

---

[36] Uber, "Rethinking Transportation," August 18, 2016, <https://newsroom.uber.com/rethinking-transportation/>, accessed August 16, 2017. [2.14]

[37] Uber, "The Future of Trucking," <https://www.uber.com/info/atg/truck/>, accessed August 16, 2017. [2.13]

[38] First Amended Complaint, ¶ 15, p. 6. [2.1]

[39] First Amended Complaint, ¶ 49, p. 12. [2.1]

[40] Deposition of Lior Ron, April 19, 2017, p. 13. [2.18]

[41] Deposition of Cameron Poetzscher, June 19, 2017, pp. 292, 370. [2.19]

[42] Deposition of Cameron Poetzscher, June 19, 2017, p. 370. [2.19]

[43] Plaintiff's First Supplemental Objections and Responses to Otto Trucking, LLC's First Set of Interrogatories (Nos. 1-14), p. 126. [7.7]

[44] Plaintiff's First Supplemental Objections and Responses to Otto Trucking, LLC's First Set of Interrogatories (Nos. 1-14), pp. 126-127. [7.7]