# Exhibit N

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3         SAN FRANCISCO DIVISION
4
5    _____
6    WAYMO LLC,                  )
7           Plaintiff,           )
8        v.                      ) Case No.
9    UBER TECHNOLOGIES, INC.;    ) 3:17-cv-00939-WHA
10   OTTOMOTTO LLC;              )
11   OTTO TRUCKING,              )
12          Defendants.          )
13   _____)
14
15    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17      VIDEOTAPED DEPOSITION OF EDWARD RUSSO
18         WEDNESDAY, DECEMBER 20, 2017
19
20
21   REPORTED BY:
22   PAUL J. FREDERICKSON, CCR, CSR
23   JOB NO. 2771335
24
25   PAGES 1 - 367

Page 1

| | | |
|---|---|---|
| 1 | information in that deck about Uber's | 15:36:19 |
| 2 | competitors being reviewed with some of the | 15:36:22 |
| 3 | members of ATG? | 15:36:24 |
| 4 |     A.    That's my recollection. | 15:36:25 |
| 5 |     Q.    Let me show you previously marked | 15:36:45 |
| 6 | Exhibit 9206. | 15:36:45 |
| 7 |     [Document passed to the witness.] | 15:36:46 |
| 8 |     Q.    Have you seen this document | 15:37:13 |
| 9 | before? | 15:37:14 |
| 10 |     A.    Yes. | 15:37:14 |
| 11 |     Q.    In what context? | 15:37:16 |
| 12 |     A.    As I recall, I prepared it shortly | 15:37:19 |
| 13 | after I was hired. | 15:37:24 |
| 14 |     Q.    Did you give it to anyone else | 15:37:26 |
| 15 | in -- on your team? | 15:37:28 |
| 16 |     A.    I submitted it to Mr. Gicinto, | 15:37:29 |
| 17 | yes. | 15:37:33 |
| 18 |     Q.    Did he give you feedback? | 15:37:34 |
| 19 |     A.    Yeah, I mean, he thanked me for | 15:37:36 |
| 20 | the -- the document, and then that was about | 15:37:39 |
| 21 | it. I don't -- I don't recall us ever doing | 15:37:43 |
| 22 | anything with it. | 15:37:46 |
| 23 |     Q.    This says "Draft" on each page. | 15:37:46 |
| 24 | Do you recall whether there were other versions | 15:37:48 |
| 25 | of this document? | 15:37:50 |

| | | |
|---|---|---|
| 1 | A. As I recall, this was the only, | 15:37:51 |
| 2 | the only one I prepared, and that's why it says | 15:37:54 |
| 3 | draft because it never -- never went any | 15:37:57 |
| 4 | further. | 15:37:59 |
| 5 | Q. Did Mr. Gicinto ask you to prepare | 15:37:59 |
| 6 | this? | 15:38:03 |
| 7 | A. Yes. | 15:38:03 |
| 8 | Q. And where did the information in | 15:38:03 |
| 9 | this document come from? | 15:38:06 |
| 10 | A. Everything in this document would | 15:38:10 |
| 11 | have come from -- I'd have to read the -- the | 15:38:12 |
| 12 | whole thing. | 15:38:15 |
| 13 | Q. Well, let me ask a different | 15:38:28 |
| 14 | question. | 15:38:30 |
| 15 | A. Yes. | 15:38:31 |
| 16 | Q. If you look at the -- on the | 15:38:32 |
| 17 | second page -- | 15:38:35 |
| 18 | A. Right. | 15:38:35 |
| 19 | Q. -- it says "Collection strategy." | 15:38:36 |
| 20 | And what's that intended to convey? | 15:38:37 |
| 21 | A. Collection strategy. | 15:38:48 |
| 22 | [Pause.] | 15:38:48 |
| 23 | A. The whole -- it's intended to | 15:39:13 |
| 24 | convey just that, how we would do our research | 15:39:15 |
| 25 | into the various competitors. | 15:39:19 |

| | | |
|---|---|---|
| 1 | And -- so you're -- what you're | 15:54:40 |
| 2 | saying -- we talked about Iden earlier; | 15:54:40 |
| 3 | correct? | 15:54:43 |
| 4 | A.   Right, yep. | 15:54:43 |
| 5 | Q.   And you had said that you believed | 15:54:43 |
| 6 | all of these Idens, C, D, E, F, G and H, were | 15:54:45 |
| 7 | Chinese competitors? | 15:54:53 |
| 8 | A.   There were other competitors.  I | 15:54:55 |
| 9 | believe the majority of them were Chinese, yes. | 15:54:57 |
| 10 | Q.   But what you're saying here is | 15:55:00 |
| 11 | that Iden I and Iden J are -- are | 15:55:01 |
| 12 | identifications of the ATG group at Uber -- | 15:55:06 |
| 13 | A.   Uh-huh. | 15:55:11 |
| 14 | Q.   -- and the Otto company -- | 15:55:12 |
| 15 | A.   Right. | 15:55:12 |
| 16 | Q.   -- respectively; is that right? | 15:55:14 |
| 17 | A.   Yes. | 15:55:16 |
| 18 | Q.   And then it says: | 15:55:21 |
| 19 | "The purpose of these meetings | 15:55:22 |
| 20 | will be to gather assessment on the claims of | 15:55:23 |
| 21 | competitors as to their progress in the AV | 15:55:25 |
| 22 | race" -- | 15:55:27 |
| 23 | A.   Right. | 15:55:27 |
| 24 | Q.   -- "and then to identify which | 15:55:27 |
| 25 | specific techniques and technologies are likely | 15:55:29 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | to lead to success and which are red herrings." | 15:55:32 |
| 2 | Do you know if this was done? | 15:55:34 |
| 3 | A. It was not done. | 15:55:35 |
| 4 | Q. Do you know why? | 15:55:36 |
| 5 | A. Yeah. Again, this, this document | 15:55:38 |
| 6 | I prepared at Mr. Gicinto's request last year. | 15:55:41 |
| 7 | It was conceptual in nature, and most of what's | 15:55:46 |
| 8 | in here we never did. We didn't actually make | 15:55:50 |
| 9 | any kind of concerted effort until after the | 15:55:56 |
| 10 | meeting with -- with Mr. Ron, and that's when | 15:55:58 |
| 11 | those requirements came in. | 15:56:00 |
| 12 | Q. Do you see that after internal | 15:56:07 |
| 13 | resources, there's a little asterisk? | 15:56:09 |
| 14 | A. Internal resources, little | 15:56:09 |
| 15 | asterisk. Yes. | 15:56:14 |
| 16 | Q. I'm looking at page 626. | 15:56:15 |
| 17 | A. Yes. | 15:56:17 |
| 18 | Q. Okay. | 15:56:17 |
| 19 | And does that asterisk refer to | 15:56:17 |
| 20 | what's on page 628, the asterisk there, the | 15:56:19 |
| 21 | note? | 15:56:23 |
| 22 | A. Yes. | 15:56:35 |
| 23 | Q. Okay. | 15:56:35 |
| 24 | And is what's being conveyed here | 15:56:44 |
| 25 | that when you're meeting with some of the | 15:56:47 |

Page 314

| | | |
|---|---|---|
| 1 | employer? | 16:01:45 |
| 2 | A.   We never did it, so the question | 16:01:46 |
| 3 | is hypothetical.  But, of course, it would have | 16:01:47 |
| 4 | mattered. | 16:01:49 |
| 5 | Q.   Well, you were suggesting that | 16:01:49 |
| 6 | that's one thing that should be done here in | 16:01:51 |
| 7 | this document; right? | 16:01:53 |
| 8 | A.   That could be done, sure. | 16:01:54 |
| 9 | Q.   Okay. | 16:01:54 |
| 10 | And did you discuss that with | 16:01:56 |
| 11 | Mr. Gicinto? | 16:01:58 |
| 12 | A.   I don't recall having that | 16:02:02 |
| 13 | discussion with him specifically, no. | 16:02:04 |
| 14 | Q.   All right. | 16:02:04 |
| 15 | Do you recall having a discussion | 16:02:08 |
| 16 | with anyone in your group? | 16:02:11 |
| 17 | A.   About that? | 16:02:12 |
| 18 | Q.   Yes. | 16:02:12 |
| 19 | A.   No.  Again, I prepared this | 16:02:14 |
| 20 | document and shared it with Mr. Gicinto. | 16:02:15 |
| 21 | Essentially, I mean, it never really went | 16:02:19 |
| 22 | anywhere.  We never ended up doing or executing | 16:02:21 |
| 23 | any of this. | 16:02:25 |
| 24 | Q.   Well, you executed some of it? | 16:02:27 |
| 25 | A.   Some of it, yes. | 16:02:28 |

Page 319

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          C E R T I F I C A T E
2
3              I, PAUL J. FREDERICKSON, CA
4     Certified Shorthand Reporter No. 13164 and
5     WA Certified Court Reporter No. 2419, do
6     hereby certify:
7
8              That prior to being examined,
9     the witness named in the foregoing
10    deposition was by me duly sworn or affirmed
11    to testify to the truth, the whole truth and
12    nothing but the truth;
13
14             That said deposition was taken
15    down by me in shorthand at the time and
16    place therein named, and thereafter reduced
17    to print by means of computer-aided
18    transcription; and the same is a true,
19    correct and complete transcript of said
20    proceedings.
21
22             I further certify that I am not
23    interested in the outcome of the action.
24
25

Page 366

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1                    Witness my hand this 21st day
2      of December 2017.
3
4
5      _____
6           PAUL J. FREDERICKSON, CCR, CSR
7           WA CCR 2419   CA CSR 13164
8           Expiration date:  March 31, 2018
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```