# *E*XHIBIT *4*

## *UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED*

# *E*XHIBIT *4*

**From:** Stacy Savides Sullivan <​>
**To:** Prasad Setty <​>, Laszlo Bock <​>
**Sent:** Thu, 28 Jan 2016 19:37:10 -0800
**Subject:** few things from Larry

Hi both,

Prasad, thanks for being on ping this afternoon. Glad I was in the RLS (where i'm suppose to be) as Larry wanted to talk live on a few things and he came to me conf room and found me, with fair warning from Esther.

He's very concerned about the Anthony (Chauff lead) departure as he's likely going to start his own company and has been suggesting to current Chauff team members to join him. Larry is upset that we allowed him to leave and walked him out even though the leaders didn't trust him. Larry is also getting contradicting info from Sebastian that Anthony was fired, which is clearly not what happened...it's a soap opera. Talking to Anthony in person on Monday and I may have Drummond talk to him as well to get to the bottom of what his future plans are. Larry is worried he's going to start something competitive.

On [REDACTED - PRIVACY] .I will let you know what happens.

Bill Campbell will be at RLS Tues and I can give him Ruth and Eric's letters.

I asked Larry about Bill's comp and he thought about it and said let's review at the next board mtg, maybe to do what we've been doing. But we didn't get more specific.

Thanks,
stacy

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

WAYMO-UBER-00022238