# EXHIBIT 2

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                         No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

    Defendants.

_____/

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017

BY: ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507

PAGES 1 - 234

Page 50

| | | |
|---|---|---|
| 1 | And in that Excel file, I computed the X/Y | 12:08 |
| 2 | separations using the Pythagorean theorem, as | 12:08 |
| 3 | previously discussed. | 12:09 |
| 4 | Q   Okay.  And the use of the Pythagorean theorem | 12:09 |
| 5 | to calculate separation, is that what you're calling | 12:09 |
| 6 | vertical separation in paragraph 33? | 12:09 |
| 7 | A   The separation is the separation between the | 12:09 |
| 8 | individual components.  The terminology of vertical, | 12:09 |
| 9 | yes, that is the separation between the | 12:09 |
| 10 | two components. | 12:09 |
| 11 | Q   Okay.  And I -- I just want to clarify. | 12:09 |
| 12 | So, earlier we were looking at the X/Y | 12:09 |
| 13 | coordinates for the GBr3. | 12:09 |
| 14 | Do you recall that? | 12:09 |
| 15 | A   Yes. | 12:09 |
| 16 | Q   By vertical separation, you're not talking | 12:09 |
| 17 | about just the delta or the difference between the Y | 12:09 |
| 18 | coordinates between two diodes then; is that correct? | 12:09 |
| 19 | A   No.  I was computing the -- both components. | 12:09 |
| 20 | Q   Using both the X and Y coordinates? | 12:09 |
| 21 | A   Yes. | 12:10 |
| 22 | Q   And then there is this number ▇▇▇▇▇ | ▇▇▇ |
| 23 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 12:10 |
| 24 | Do you see that in paragraph 33? | 12:10 |
| 25 | A   Yes. | 12:10 |

```
 1     A    That is correct.                                    13:42
 2     Q    Okay.  And in order to calculate the vertical       13:42
 3   spacing between A0 and A1, how would you calculate         13:42
 4   that using the X/Y coordinates there?                      13:42
 5     A    The vertical spacing is related to its              13:42
 6   position on the great circle relative to the lens.         13:42
 7   And so I would take the difference in the X/Y              13:42
 8   components and compute their separation, the               13:42
 9   Pythagorean theorem.                                       13:42
10     Q    Is that something you could do now between A0      13:42
11   and A1?                                                    13:42
12     A    Yes.                                                13:42
13     Q    Okay.  What -- what is the vertical                13:42
14   separation between those two?                              13:42
15     A    Do you have a calculator?                           13:42
16     Q    We do.                                              13:42
17     A    Do you have a sheet of paper that I can write      13:42
18   on?                                                        13:42
19     Q    Yes.                                                13:42
20     A    Do you have a pen that I can write with?           13:43
21     Q    Sure.                                               13:43
22     A    (Witness complies.)                                 13:43
23          I come up with ███████████████, with               13:46
24   rounding to the third significant digit.                   13:46
25     Q    And what does that number represent?                13:46
```

WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [ ] was [x] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 4/27/2017

ANDREA M. IGNACIO,

RPR, CRR, CCRR, CLR, CSR No. 9830