# EXHIBIT 17

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


WAYMO LLC,                          )

        Plaintiff,                  )

            vs.                     ) Case No.

UBER TECHNOLOGIES, INC.;            ) 3:17-cv-00939 WHA

OTTOMOTTO LLC; OTTO                 )

TRUCKING LLC,                       )

        Defendants.                 )

_____


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF ███████████████

San Jose, CA

Wednesday, August 23, 2017

Volume I


Reported by:

SUSAN F. MAGEE, RPR, CCRR, CLR

CSR No. 11661

JOB No. 2686098


PAGES 1-154

Page 60

1    alignment for the ███████ and ██████.

2             BY MR. MUINO:

3        Q.   MPI refers to manufacturing process

4    instructions?

5        A.   That is correct.

6        Q.   Is that an abbreviation that you --

7    ██████████ uses in some of its documents?

8        A.   That is correct.

9        Q.   What does the laser -- it says "laser fiber

10   attach."

11            What does that refer to?

12       A.   ████████ uses a fiber, which is placed in

13   front of the laser diode as a fast axis collimator.

14       Q.   Is that fiber cylindrical in shape?

15       A.   Yes.

16       Q.   And you said it uses this fiber as a fast

17   axis collimator.

18            Is that sometimes abbreviated FAC?

19       A.   That is correct.

20       Q.   What is a fast axis collimator?

21       A.   Fast axis collimator is used to collimate

22   the output rays typically with a -- typically with a

23   system in which the angular extent on one axis is

24   larger than the other.

25       Q.   And when you refer to -- well, you said the

1    rays are -- the angular extent is larger on one axis

2    than the other.

3             Can you explain what you mean?

4        A.   So we use a fast axis collimator to -- to

5    in essence compress the outgoing angular extent of

6    the viewable angle of a system.

7        Q.   The laser diodes that ██████uses, what

8    kind of laser diodes does ██████ use, do you know?

9    Do you get it from a particular vendor?

10       A.   We do.

11       Q.   Do you know which vendor?

12            MR. PICONE:  You can go ahead.

13            THE WITNESS:  ████.

14            BY MR. MUINO:

15       Q.   And the rays from that -- emitting from

16   those laser diodes, do they tend to diverge faster

17   in one direction than the other?

18       A.   They do.

19       Q.   The direction that they diverge faster is

20   called the fast axis?

21       A.   Yes.

22       Q.   The fast axis collimator that ██████ puts

23   into the ██████ and ██████, is that the kind to

24   collimate the light in the fast axis direction?

25       A.   It reduces -- it reduces the angular extent

Page 62

1    of the light coming out from that direction.

2         Q.   And I think you mentioned previously that

3    the transmit lens of the system also has the

4    function of collimating the beams?

5         A.   That is correct.

6         Q.   So the -- this -- the fast axis collimator

7    that ████████ uses is kind of precollimating that

8    light or a first stage of collimation?

9         A.   Correct.

10        Q.   Now, this particular document applies to

11   the ██████ and the ████████; correct?

12        A.   Correct.

13        Q.   Do ██████████ other LiDARs also use a fast

14   axis collimator in front of their laser diodes?

15        A.   They do.

16        Q.   Does each laser diode in ██████████ LiDARs

17   have its own fast axis collimator?

18        A.   Yes.

19        Q.   The date on the front of this document is

20   April 5th, 2017.

21             Do you see that?

22        A.   I do.

23        Q.   Has ██████ always used fast axis

24   collimators for its laser diodes in its LiDARs?

25        A.   To the -- to the best of my knowledge, yes.

Page 63

1      Q.  So going back to 2007 release, for example,

2   of the ████, that LiDAR also had fast axis

3   collimators in front of its laser diodes?

4      A.  Correct.

5      Q.  If we go to -- just quickly go through this

6   document.

7          If we go to page 2, generally, what is

8   that?  What is page 2 showing?

9      A.  Page 2 is showing the complete setup, the

10  station setup that's used to attach the fiber to the

11  █████████  laser boards.

12     Q.  And if we go to page 8, please.

13         First of all, on the left side Figure 1,

14  what does Figure 1 show?

15     A.  Figure 1 shows the clamping method that we

16  have for holding the fiber down for the fiber attach

17  process.

18     Q.  That fiber that we see there, that's the

19  fast axis collimator?

20     A.  That is correct.

21     Q.  Then if you go to page 10, please.

22         And do you see on the right side there

23  appears to be a board, and then there's the fiber in

24  front of it?

25     A.  Yes.

1        A.   Correct.

2        Q.   And we see that it's situated there in

3    front of the laser diode; correct?

4        A.   Correct.

5        Q.   And I believe you -- you mentioned before,

6    but just to be clear, all of ██████████ LiDARs use

7    fast axis collimators in front of the individual

8    laser diodes?

9        A.   To the best of my knowledge, yes.

10            MR. MUINO:  All right.  Why don't we take a

11    break.

12            THE VIDEOGRAPHER:  Off the record?  We're

13    now going off the record.  The time is 9:59 a.m.

14            (Recess taken from 9:59 a.m. to 10:13 a.m.)

15            THE VIDEOGRAPHER:  We are now back on the

16    record.  The time is 10:13 a.m.

17            BY MR. MUINO:

18        Q.   I have just a few more questions about the

19    fast axis collimators that we were discussing.

20            You mentioned that the fast axis

21    collimators are used to collimate the laser light

22    coming out of the diodes; correct?

23        A.   They are used to slow down the fast axis of

24    the diodes.

25        Q.   Can you explain what you mean by that.



1    A.   They help converge the light coming out of

2    the diodes.

3    Q.   And that's referred to as collimation?

4    A.   Yes.

5    Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮

10   Q.   And how does that work?

11   A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮

20   A.   Yes.

21   Q.   What are those?  What are those

22   circumstances?

23   A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 69

1 ██████████████████████████████████████████

2 █ ████████████████████████████

3     Q.  So in those situations, it's desirable to

4 ██████████████████████████████████████████

5 █ ████████████

6     A.  Correct.

7     Q.  Is that kind of done on an ad hoc basis or

8 is that a relatively common practice in setting up

9 the FACs?

10     A.  So it is product-dependent.  It's a common

11 practice done on the ████ and not so much done on

12 the ████████████.

13     Q.  And again, the ████is the one that's

14 been selling since 2007; correct?

15     A.  That is correct.

16     Q.  ██████████████████████████████

17 using the FACs in the ████, has that been done

18 since it was first sold?

19     A.  To the best of my knowledge, yes.

20     Q.  Outside of ██████, are you aware of other

21 laser systems that use FAC lenses?

22     A.  No, I'm not aware.

23     Q.  Are you aware of vendors that sell FACs?

24     A.  In general, yes.

25     Q.  Any particular ones that you can think of?

1       A.  I believe ████████ sells fast axis

2   collimators.

3       Q.  Does ██████ purchase its fast axis

4   collimator fibers from a vendor?

5       A.  It does.

6       Q.  Which vendor?

7       A.  I do not know off the top of my head right

8   now.

9           MR. MUINO:  I think we're up to 1964.  I'm

10  going to mark as 1964 another document that was

11  produced, I believe, in native format by ███████.

12          (Exhibit 1964, ██████ and ██████ Laser or

13  Emitter Board Outline (4 pages), marked for

14  identification.)

15          MR. PICONE:  Similar to the previous

16  exhibits, this should be marked attorneys' eyes

17  only.

18          BY MR. MUINO:

19      Q.  Do you recognize this document?

20      A.  I do.

21      Q.  What is this document?

22      A.  This document appears to show the top layer

23  and board outline of the ██████ and ██████ laser or

24  emitter board.

25      Q.  If we look at the last page of this

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1      I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify: That the foregoing proceedings were taken

4    before me at the time and place herein set forth;

5    that any witnesses in the foregoing proceedings,

6    prior to testifying, were administered an oath; that

7    a record of the proceedings was made by me using

8    machine shorthand which was thereafter transcribed

9    under my direction; that the foregoing transcript is

10    a true record of the testimony given.

11      Further, that if the foregoing pertains to

12    the original transcript of a deposition in a Federal

13    Case, before completion of the proceedings, review

14    of the transcript [ ] was [X] was not requested.

15      I further certify I am neither financially

16    interested in the action nor a relative or employee

17    of any attorney or any party to this action.

18      IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20      Dated: August 24, 2017

21

22

23    _____

24    Susan F. Magee, RPR, CCRR, CLR

25    CSR No. 11661

Page 154