# EXHIBIT 18

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



| | MPI, LASER FIBER ATTACH & ALIGNMENT, VLP-16 & HDL32E | MPI # : 70-0303 |
|---|---|---|
| Product Line: HDL32E/VLP-16 | MANUFACTURING PROCESS INSTRUCTIONS | Rev:   A   Page: 1 of 23 |

**Engineering Change History**

| ECO | REV | DESCRIPTION OF CHANGE | AUTHOR | REQUESTOR | DATE |
|---|---|---|---|---|---|
| 002119 | A | RELEASE TO PRODUCTION | R. Balderas | Alen Mekertichian | 04/05/17 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT **1963**
Witness:
STEPHEN NESTINGER
Date: 08.23.2017
Susan Magee CSR No. 11661

FORM #: 66-0119, Rev. E



| MPI, LASER FIBER ATTACH & ALIGNMENT, VLP-16 & HDL32E | MPI # : 70-0303 |
|---|---|
| Product Line: HDL32E/VLP-16    MANUFACTURING PROCESS INSTRUCTIONS | Rev:   A   Page: 2 of 23 |





| MPI, LASER FIBER ATTACH & ALIGNMENT, VLP-16 & HDL32E | MPI # : 70-0303 |
|---|---|

| Product Line: HDL32E/VLP-16 | MANUFACTURING PROCESS INSTRUCTIONS | Rev:   A   Page: 3 of 23 |
|---|---|---|



**PART LIST**

| Item # | P/N | Item Description | UM | Qty |
|---|---|---|---|---|
| 1 | N/A | MONITOR | EA | 3 |

◯ Item   ▢ Work   ⬤ Verify   ▲ TQC

**Operation:**  Tools Required

| **Velodyne®** | **MPI, LASER FIBER ATTACH & ALIGNMENT, VLP-16 & HDL32E** | **MPI # : 70-0303** |
|---|---|---|
| Product Line: HDL32E/VLP-16 | MANUFACTURING PROCESS INSTRUCTIONS | Rev:   A    Page: 4 of 23 |









| PART LIST | | | | | | |
|---|---|---|---|---|---|---|
| Item # | P/N | Item Description | UM | Qty | | |
| 1 | N/A | AIR HOSE w/ FILTER AND DEIONIZER | EA | 1 | | |
| 2 | N/A | ESD STRAP | EA | 1 | | |
| 3 | N/A | UV LIGHT SYSTEM | EA | 1 | | |
| 4 | N/A | LASER BOARD TRAY | EA | 1 | | |
| 5 | N/A | MICROSCOPE | EA | 1 | | |
| 6 | 91-0031 | UV SAFETY GLASSES | EA | 1 | | |
| 7 | 49-0064 | OPTICAL ADHESIVE | EA | 1 | | |

⬭ Item   🟨 Work   🔵 Verify   🔺 TQC

**Operation:**   Tools Required

| Velodyne® | MPI, LASER FIBER ATTACH & ALIGNMENT, VLP-16 & HDL32E | MPI # : 70-0303 |
|---|---|---|
| Product Line: HDL32E/VLP-16 | MANUFACTURING PROCESS INSTRUCTIONS | Rev:   A   Page: 5 of 23 |





| PART LIST | | | | |
|---|---|---|---|---|
| Item # | P/N | Item Description | UM | Qty |
| 1 | N/A | VIDEO CAMERA | EA | 1 |
| 2 | N/A | HITACHI CAMERA | EA | 1 |
| 3 | N/A | AXIS ALIGNMENT FIXTURE | EA | 1 |
| 4 | N/A | ADJUSTMENT RAIL | EA | 1 |
| 5 | 53-59303 | 100um Optical Fiber | EA | 1 |
| 6 | N/A | LASER POWER SUPPLY | EA | 1 |
| 7 | 95-0042 | GLOVES, ANTISTATIC NITRILE | PR | 1 |

◯ Item   ▮ Work   ⬤ Verify   ▲ TQC

**Operation:**   Tools Required

| Velodyne® | MPI, LASER FIBER ATTACH & ALIGNMENT, VLP-16 & HDL32E | MPI # : 70-0303 |
|---|---|---|
| Product Line: HDL32E/VLP-16 | MANUFACTURING PROCESS INSTRUCTIONS | Rev:   A   Page: 6 of 23 |

     

| PART LIST | | | | |
|---|---|---|---|---|
| Item # | P/N | Item Description | UM | Qty |
| 1 | 98-0001 | ALCOHOL, ISOPROPYL, 99.8% | EA | 1 |
| 2 | 91-0004 | WIRE CUTTER | EA | 1 |
| 3 | 91-0012 | TWEEZER | EA | 1 |
| 4 | 95-13701 | BRUSH | EA | 1 |
| 5 | 95-0051 | SWAB, CLEANROOM, POLYESTER, 0.0394" TIP | BG | 1 |
| 6 | N/A | APPLICATION ADHESIVE TOOL | EA | 1 |

○ Item   ▢ Work   ● Verify   ▲ TQC

**Operation:** Tools Required

| Velodyne® | MPI, LASER FIBER ATTACH & ALIGNMENT, VLP-16 & HDL32E | MPI # : 70-0303 |
|---|---|---|
| Product Line: HDL32E/VLP-16 | MANUFACTURING PROCESS INSTRUCTIONS | Rev:   A   Page: 7 of 23 |



| PART LIST | | | | |
|---|---|---|---|---|
| Item # | P/N | Item Description | UM | Qty |
| 1 | N/A | LASER BOARD TRAY | EA | 1 |

◯ Item   🟨 Work   🔵 Verify   🔺 TQC

**Operation:**  Laser Tray

Attention:  ESD Strapping and Nitrile Gloves is to be warned at all times during build.

1. Please note location designation for each slot in tray as indicated in photo.

FORM #: 66-0119, Rev. E