# *E*XHIBIT *1*

*UNREDACTED VERSION*
*OF DOCUMENT*
*SOUGHT TO BE SEALED*

# *E*XHIBIT *1*

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

```
1                  UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                     SAN FRANCISCO DIVISION
4    _____
5    WAYMO LLC,                              )
                                             )
6              Plaintiff,                    )
                                             )
7       vs.                                  )  Case No.
                                             )  17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.;                )
     OTTOMOTTO, LLC; OTTO TRUCKING LLC,      )
9                                            )
10             Defendants.                   )
11   _____)
12
13     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
14
15       VIDEOTAPED 30(b)(6) DEPOSITION of OTTO TRUCKING
16         by and through its Designated Representative
17                    ADAM BENTLEY, ESQ.
18                 San Francisco, California
19                Tuesday, August 22, 2017
20                         Volume I
21
22   Reported by:
     MARY J. GOFF
23   CSR No. 13427
     Job No. 2684904B
24
25   PAGES 1 - 95
```

Page 1

| | | |
|---|---|---|
| 1 | issuance. | 03:21:33 |
| 2 | And then I would work with outside counsel | 03:21:34 |
| 3 | to provide a written consent and provide it to the | 03:21:35 |
| 4 | managing members for their approval and signature. | 03:21:40 |
| 5 | Q   So -- and it requires the majority of the | 03:21:46 |
| 6 | managing members to actually authorize a written | 03:21:52 |
| 7 | consent, right? | 03:21:56 |
| 8 | A   Correct. | 03:21:58 |
| 9 | Q   And that would -- because there's only two | 03:21:58 |
| 10 | managing members, that would require unanimity? | 03:22:01 |
| 11 | A   Correct. | 03:22:05 |
| 12 | Q   Have -- have there been any instance in | 03:22:06 |
| 13 | which only one of the two managing members has -- | 03:22:07 |
| 14 | has approved of a written consent and the report was | 03:22:11 |
| 15 | not actually executed? | 03:22:16 |
| 16 | A   No.  To my knowledge, the only written | 03:22:19 |
| 17 | consents that have been passed have been those that | 03:22:23 |
| 18 | have been signed by both managing members.  I'm not | 03:22:25 |
| 19 | aware of any instance where one refused to sign the | 03:22:28 |
| 20 | other. | 03:22:32 |
| 21 | Q   Under the corporate formation document of | 03:22:34 |
| 22 | Otto Trucking, there is an option under which one of | 03:22:40 |
| 23 | the managing members is -- well, let me ask it this | 03:22:45 |
| 24 | way:  Under the corporate governance documents for | 03:22:47 |
| 25 | Otto Trucking, there is a way to divest a | 03:22:51 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | duties. | 03:26:56 |
| 2 | Q    (BY MR. JUDAH) Does Mr. Levandowski owe a | 03:26:57 |
| 3 | duty of loyalty to Otto Trucking? | 03:26:59 |
| 4 | MR. SCHUMAN:  Same objections. | 03:27:02 |
| 5 | A    And again, I don't have the LLC Agreement | 03:27:05 |
| 6 | in front of me, but my understanding is that duties | 03:27:07 |
| 7 | are generally disclaimed. | 03:27:10 |
| 8 | Q    (BY MR. JUDAH) Is Mr. Levandowski | 03:27:15 |
| 9 | complying with all corporate duties he owes Otto | 03:27:17 |
| 10 | Trucking? | 03:27:19 |
| 11 | MR. SCHUMAN:  Objection, beyond the scope. | 03:27:21 |
| 12 | And I'm also going to instruct you not to reveal any | 03:27:22 |
| 13 | attorney/client privileged communications. | 03:27:26 |
| 14 | A    So as the notes indicate, the primary | 03:27:29 |
| 15 | activity -- | 03:27:33 |
| 16 | MS. EWINS:  Object as to form. | 03:27:35 |
| 17 | A    -- the primary matter that the managing | 03:27:37 |
| 18 | members have been -- have had to handle up to this | 03:27:40 |
| 19 | point have been equity issuances, of which there's | 03:27:46 |
| 20 | no more equity being issued.  And both managing | 03:27:49 |
| 21 | members perform their duties in connection with that | 03:27:54 |
| 22 | item. | 03:27:57 |
| 23 | Q    (BY MR. JUDAH) Has Mr. Levandowski | 03:27:58 |
| 24 | performed any corporate duties on behalf of Otto | 03:27:59 |
| 25 | Trucking since January 1, 2017? | 03:28:02 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | MR. SCHUMAN: Objection as to form. | 03:28:09 |
| 2 | A   I'm not aware that there's been a written | 03:28:13 |
| 3 | consent since the 1st of the year of 2017. | 03:28:16 |
| 4 | Q   (BY MR. JUDAH) And the written consent | 03:28:21 |
| 5 | would be the way any corporate action would -- would | 03:28:25 |
| 6 | take place? | 03:28:29 |
| 7 | A   Yes. | 03:28:30 |
| 8 | Q   So the same question with respect to Otto | 03:28:32 |
| 9 | Transport. | 03:28:35 |
| 10 | A   I'm not aware of any corporate action | 03:28:37 |
| 11 | taken by Otto Transport. | 03:28:40 |
| 12 | Q   Since January 1, 2017? | 03:28:43 |
| 13 | A   Correct. | 03:28:46 |
| 14 | Q   How about this -- going back to the | 03:28:55 |
| 15 | response for Topic 1, this Framework Agreement | 03:28:56 |
| 16 | between Otto Trucking and Uber, wasn't that some | 03:29:00 |
| 17 | sort of corporate action? | 03:29:03 |
| 18 | A   So that was an action taken in connection | 03:29:06 |
| 19 | with the Merger Agreement.  And in 2016, there was | 03:29:07 |
| 20 | already a broad approval by the managing members of | 03:29:11 |
| 21 | Otto Trucking to enter into the Merger Agreement and | 03:29:14 |
| 22 | other transactions or documents related thereto. | 03:29:17 |
| 23 | Q   Did someone sign that Framework Agreement | 03:29:21 |
| 24 | on May 18, 2017? | 03:29:24 |
| 25 | A   Yes. | 03:29:27 |

Page 77

| | | |
|---|---|---|
| 1 | Q    Okay.  So Otto Trucking has a license for | 03:32:04 |
| 2 | any in-house LiDAR developed by Ottomotto prior to | 03:32:06 |
| 3 | August 23, 2016? | 03:32:10 |
| 4 | A    There is a License Agreement that we have | 03:32:14 |
| 5 | discussed which is in place between Ottomotto and | 03:32:16 |
| 6 | Otto Trucking.  But because Otto Trucking has no | 03:32:19 |
| 7 | personnel and is not developing any technology, | 03:32:22 |
| 8 | that's not anything that's being utilized. | 03:32:24 |
| 9 | Q    So -- so they have a license to it, but | 03:32:31 |
| 10 | your testimony is they aren't actually utilizing | 03:32:33 |
| 11 | anything -- anything under that license? | 03:32:36 |
| 12 | A    Correct.  Because there are no employees | 03:32:38 |
| 13 | or consultants at Otto Trucking, it's doing no | 03:32:41 |
| 14 | development work of any kind that would require | 03:32:44 |
| 15 | exploiting the license. | 03:32:47 |
| 16 | Q    The -- the trucks that Otto Transport | 03:32:49 |
| 17 | owns, they run -- they use LiDAR, right? | 03:32:54 |
| 18 | A    My understanding is they use off-the-shelf | 03:32:59 |
| 19 | commercially available LiDAR. | 03:33:03 |
| 20 | Q    Who supplies that LiDAR? | 03:33:05 |
| 21 | A    My understanding is those are Velodyne | 03:33:07 |
| 22 | LiDARs. | 03:33:10 |
| 23 | Q    Have you received any compensation in | 03:33:16 |
| 24 | your -- your role as an officer of Otto Trucking? | 03:33:20 |
| 25 | MR. SCHUMAN:  Objection, beyond the scope. | 03:33:23 |

| | | |
|---|---|---|
| 1 | question was specific to the Otto Transport-owned | 03:39:51 |
| 2 | trucks, yes. | 03:39:54 |
| 3 | A    Okay. | 03:39:57 |
| 4 | MR. SCHUMAN:  Objection as to form; beyond | 03:39:58 |
| 5 | the scope. | 03:39:58 |
| 6 | A    No, I'm not aware of any fully autonomous | 03:40:02 |
| 7 | operation of any of Otto Transport's trucks. | 03:40:06 |
| 8 | Q    (BY MR. JUDAH) Does Otto Trucking have any | 03:40:10 |
| 9 | knowledge as to when the Otto Transport-owned trucks | 03:40:12 |
| 10 | will be commercially launched as autonomous | 03:40:16 |
| 11 | vehicles? | 03:40:22 |
| 12 | MR. SCHUMAN:  Objection as to form; | 03:40:23 |
| 13 | objection, beyond the scope of the 30(b)(6) Notice. | 03:40:25 |
| 14 | A    Otto Trucking does not have knowledge as | 03:40:33 |
| 15 | to when those trucks will be commercialized or | 03:40:35 |
| 16 | exactly when they would be able to have fully | 03:40:38 |
| 17 | autonomous capabilities. | 03:40:40 |
| 18 | Q    (BY MR. JUDAH) How close is Otto Trucking | 03:40:44 |
| 19 | to having custom LiDAR that is ready to go to | 03:40:47 |
| 20 | market? | 03:40:50 |
| 21 | MR. SCHUMAN:  Objection as to form. | 03:40:53 |
| 22 | A    Otto Trucking is nowhere close to that | 03:40:55 |
| 23 | since it doesn't have any custom LiDAR program. | 03:40:59 |
| 24 | Q    (BY MR. JUDAH) Well, what else does Otto | 03:41:03 |
| 25 | Trucking need to do to get its custom LiDAR ready to | 03:41:04 |

Page 86

```
 1   go to market?                                              03:41:07
 2         MR. SCHUMAN:  Objection as to form.  Can             03:41:08
 3   you repeat -- can you read back the question,              03:41:10
 4   please?                                                    03:41:12
 5     Q    (BY MR. JUDAH) What else does Otto                  03:41:13
 6   Trucking need to do to get its custom LiDAR ready to       03:41:14
 7   go to market?                                              03:41:17
 8     A    Otto Trucking does not have a custom LiDAR          03:41:19
 9   program.                                                   03:41:21
10     Q    The LiDAR sensors that are on Otto                  03:41:23
11   Trucking -- the LiDAR sensors that are on Otto             03:41:26
12   Transport's owned trucks, how much do they cost to         03:41:30
13   build?                                                     03:41:34
14         MR. SCHUMAN:  Objection, beyond the scope            03:41:34
15   of the 30(b)(6) Notice.  Objection as to form.             03:41:35
16     A    The LiDAR that are on the four Otto                 03:41:40
17   Transport trucks are purchased.  They are, to my           03:41:45
18   understanding, ▓▓▓▓▓▓ commercially available               03:41:48
19   units.                                                     03:41:51
20     Q    (BY MR. JUDAH) And how much do they cost            03:41:51
21   to purchase?                                               03:41:53
22     A    I do not --                                         03:41:54
23         MR. SCHUMAN:  Objection, beyond the scope            03:41:55
24   of the 30(b)(6) Notice.                                    03:41:56
25     A    -- I don't know the cost of each of those           03:41:57
```

Page 87

1    I, MARY J. GOFF, CSR No. 13427, Certified
2    Shorthand Reporter of the State of California,
3    certify;
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth, at
     which time the witness declared under penalty of
6    perjury; that the testimony of the witness and all
7    objections made at the time of the examination were
     recorded stenographically by me and were thereafter
8    transcribed under my direction and supervision; that
9    the foregoing is a full, true, and correct
10   transcript of my shorthand notes so taken and of the
     testimony so given;
11   That before completion of the deposition,
12   review of the transcript (  ) was (XX) was not
13   requested:    (  ) that the witness has failed or
14   refused to approve the transcript.
15   I further certify that I am not financially
     interested in the action, and I am not a relative or
16   employee of any attorney of the parties, nor of any
17   of the parties.
18   I declare under penalty of perjury under the
19   laws of California that the foregoing is true and
20   correct, dated this 24th day of August 2017.
21
22
23
24   _____
25   MARY J. GOFF, CSR No. 13427

Page 95