# EXHIBIT 4

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| **Message** | |
| From: | Mathieu de Fayet [████████] |
| Sent: | 11/4/2015 2:07:40 PM |
| To: | Anthony Levandowski [████████] |
| CC: | Anthony Levandowski [████████] |
| Subject: | Re: Visite AXA France <> Google (5 Novembre) |

I'm on

https://plus.google.com/hangouts/_/nianticlabs.com/mdf

On Wed, Nov 4, 2015 at 1:40 PM, Mathieu de Fayet <████████> wrote:

Cool. Thanks

On Nov 4, 2015 1:32 PM, "Anthony Levandowski" <████████> wrote:
It looks like we are talking at 2pm
On Wed, Nov 4, 2015 at 12:07 PM Mathieu de Fayet <████████> wrote:
hey there
do u copy?

2015-11-03 18:24 GMT-08:00 Mathieu de Fayet <████████>:
Salut Anthony,

Hope all good. Cool to see this @ the Museum of Computer History today (I did a keynote there).
Are u available tomorrow PM to chat about the AXA meeting coming on Thursday?


2015-10-12 15:08 GMT-07:00 Anthony Levandowski <████████>:
I will come to a meeting that's happening on campus, but won't bring a car... also need to have the room setup and make sure I am just part of the meeting and not the whole meeting.
Also happy to send you to others on the team if you want, but they will likely not want to come chat (and they don't speak french).
-A

2015-10-12 15:06 GMT-07:00 Mathieu de Fayet <████████>:
Salut salut,

Sorry de te relancer mais AXA est super content d'avoir la chance de te rencontrer le 5.
Peux-tu juste me confirmer par un OK ou ACK que midi-till 1PM est good pour toi ?

Merci

2015-10-09 8:29 GMT-07:00 Mathieu de Fayet <████████>:

Hello hello,

Tu peux juste me confirmer que c'est ok pour toi le 5 Nov de midi a 1 PM ?
On pourrait faire ca chez [X] eventually ?

On Oct 7, 2015 4:50 PM, "Mathieu de Fayet" <​​​​​​​​​​​​​​​​> wrote:
Salut,

Je viens de t'envoyer une invit pour l'event AXA du 5 Nov prochain.
C'est tjs OK pour toi a midi ? Je ferai une breve intro sur la Google culture par la preuve > the Niantic spinout...et ensuite le floor is yours sur les Moonshot, en l'occurrence ton moonshot pour 45'.

Le tout se passera sur main campus - bat et salle tbd - en presence du gratin d'AXA France.
Si tu te sens de venir de [X] a main campus avec ta Lexus/Lidarisée, c'est encore mieux :)
Merci encore pour ton support !

Looking forward to seeing u there.
Mathieu



2015-10-06 9:35 GMT-07:00 Mathieu de Fayet <​​​​​​​​​​​​​​​​>:
moving Sacha to bcc

Hey Anthony,

The sooner you can give me your dispos + ideal setting for you pour le 5 Nov, the better !
Merci bcp !
Mathieu



2015-10-05 14:18 GMT-07:00 Mathieu de Fayet <​​​​​​​​​​​​​​​​>:
Salut Anthony,

That would be fantastic...
it's a group of about 30 people including the CEO of AXA France (AXA is the #1 Insurance Company in the World).
Would you be able to do it in the morning of November 5th around 10 AM ?
Can we possibly host them at [X] or it's complicated for you ? Otherwise we would do it @ the Partnerplex on main campus.

Let me know what works best for you.
Merci encore !!!

**PS: would you guys be available for a dinner (with your significant others) @ home on Saturday October 24th - we are on , San Francisco ?**

CONFIDENTIAL                                                                                                                  STROZ_R_000249948

2015-10-05 12:13 GMT-07:00 Anthony Levandowski <███████>:
Yes, that's fine if you prefer that. How many people?
-A

2015-10-03 22:01 GMT-07:00 Mathieu de Fayet <███████>

Thanks a lot Anthony.
Could you talk to them about the project and how you guys work instead of a live demo ?

On Oct 3, 2015 12:00 AM, "Anthony Levandowski" <███████> wrote:
Happy to help. I can only give a demo to two people on any given day. We no longer give massive entourage rides (30 people etc).
-A

2015-10-02 17:55 GMT-07:00 Mathieu de Fayet <███████>:
Chers Sacha et Anthony,

J'espère que vous allez bien. L'un d'entre vous pourrait il me rendre l'immense service (une fois n'est pas coutume...j'espère pouvoir payer mes lourdes dettes un jour ou l'autre) d'intervenir le 5 Novembre auprès du CEO d'AXA France ? Il s'agit de le faire rêver sur la culture Google et les projets fou type Geo-Imagery et/ou Self Driving Cars...

J'aurai besoin de 30-45' de votre temps ce jour la. Time still TBD.
Le 1er qui répond oui gagne un t-shirt Ingress !

Mathieu

---------- Forwarded message ----------
From: **LOILIER Thibaut** <███████>
Date: 2015-10-02 17:04 GMT-07:00
Subject: Visite AXA France <> Google (5 Novembre)
To: "███████
Cc: CABRERE Guillaume <███████>

Bonjour Mathieu,


J'espère que tu vas bien!

Je te contacte suite aux discussions que tu as eu avec Guillaume concernant la venue des 27 meilleurs agents AXA ainsi que Nicolas Moreau (CEO AXA France) et certains de ces N-1 (tu trouveras ci-dessous la liste des participants) : au total 39 personnes.

Nous aimerions revenir vers les équipes qui organise ce voyage avec la liste des speakers ainsi que l'agenda. Pour rappel, l'agenda initialement discuté :

- 12 - 1PM: Welcome at the PartnerPlex by Mathieu de Fayet - Head of Patnerships - Google Niantic Labs

- 1 - 2PM: Lunch @ Charlie's Cafe

- 2- 3 PM: Campus Tour including the Google Store

La dernière fois que nous t'avions vu, nous avions évoqué la possibilité de faire intervenir un ingénieur français de chez Google pour cette session. As-tu pu avancer sur cette piste ? Peux-tu intervenir lors de ce meeting ? Ravi d'en discuter de vive voix la semaine prochaine si nécessaire.

De ton côté, n'hésite pas à nous contacter si tu as besoin d'informations supplémentaires.

Excellent Friday / weekend !

- <u>List of participants at AXA (37)</u>:
    - 27 agents:
        - ALLAVOINE Fabrice
        - BAILLON Patrick
        - BARBE Solange
        - BERTHELOT Thierry
        - CIPRIAN Jean-Marc
        - FAURE Jean-Claude
        - GACON Eric
        - GAUTHIER Serge
        - GOFFINGS Jan
        - GRATTARD B
        - GROS Emmanuel
        - GROS Laetitia
        - HADDAD Bernard
        - HONDERMARCK Rodolphe
        - LEO Patrick
        - LEROY Jean-François
        - MASSON Stéphane
        - MELCER François
        - MONOT CHRISTOPHE
        - PEZIN Emilie
        - REY Stéphane
        - ROBBAZ Xavier ?
        - ROUAT Armelle
        - ROUGERIE Gaëlle
        - SANTIAGO José
        - SERMON Renaud
        - STACHINO Dominique

- TAYEB Philippe
- TOUYON Jérôme
- VILLE Jean-Marie
  - Nicolas Moreau (Chairman & Chief Executive Officer of AXA France)
  - Mathieu Bébéar (CEO Axa Private & Professional)
  - Amélie Oudéa-Castéra (Deputy CEO Axa Private & Professional; CMO)
  - Isabelle Le Bot (Distribution Director Private & Professional)
  - Ludovic Barroux (Travel Agency : support function)
  - 2 translators
  - 2 representatives from AXA Lab

Thibaut Loilier

Analyst, AXA Lab

Group Marketing & Distribution

@WeWork 25 Taylor St, San Francisco, CA 94102

Mobile:

  





Ce message est confidentiel; Son contenu ne represente en aucun cas un engagement de la part de AXA sous reserve de tout accord conclu par ecrit entre vous et AXA. Toute publication, utilisation ou diffusion, meme partielle, doit etre autorisee prealablement. Si vous n'etes pas destinataire de ce message, merci d'en avertir immediatement l'expediteur.

CONFIDENTIAL
STROZ_R_000249951

This message is confidential; its contents do not constitute a commitment by AXA except where provided for in a written agreement between you and AXA. Any unauthorised disclosure, use or dissemination, either whole or partial, is prohibited. If you are not the intended recipient of the message, please notify the sender immediately.

--

[image: placeholder box — "The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location."]

--

[image: placeholder box — "The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location."]

--

[image: placeholder box — "The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location."]

--

CONFIDENTIAL
STROZ_R_000249953

--

CONFIDENTIAL

STROZ_R_000249954