QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa Baily (Bar No. 237649)
melissabaily@quinnemanuel.com
Jordan Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO LLC; OTTO TRUCKING LLC,<br><br>            Defendants. | CASE NO. 3:17-cv-00939<br><br>**PLAINTIFF WAYMO LLC'S NOTICE OF REFILING OF DOCUMENTS PURSUANT TO ORDER ON COMPREHENSIVE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. 2685)** |

In accordance with the Court's Order on Comprehensive Administrative Motions to File Under Seal, Plaintiff Waymo LLC ("Waymo") hereby refiles public versions of the documents for which sealing was denied in whole or in part and for which Waymo does not move for reconsideration.

DATED: January 28, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Jonathan S.M. Francis
Jonathan S.M. Francis
Attorneys for WAYMO LLC