# Exhibit 6
# Filed Under Seal

```
From:                          Don Burnette
Participants:                  Don Burnette
                Anthony Levandowski

Source: iMessage:
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)


Time Stamp: 2/1/2016 10:43:58 PM(UTC-6)


Yes dude, I'm so in that I bought an iPhone
```

CONFIDENTIAL
STROZ_R_000246719

From: ███████████████ Don Burnette
Participants: ███████████████ Don Burnette
+ ████████ Anthony Levandowski

Source: iMessage: ███████████████
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/3/2016 2:12:08 PM(UTC-6)

Looks like things are set

CONFIDENTIAL                                                                                       STROZ_R_000246724

From: ███████ Anthony Levandowski
Participants: ███████████ Don Burnette
███████ Anthony Levandowski

Source: iMessage: ███████████
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/3/2016 2:27:38 PM(UTC-6)

Awesome

```
From:          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Don Burnette
Participants:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Don Burnette
               ▮▮▮▮▮▮▮▮  Anthony Levandowski

Source: iMessage: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)


Time Stamp: 2/6/2016 12:17:37 PM(UTC-6)

FYI, I took back my request and told them I wasn't waiting. Talked with the planning
team and told everyone I'm leaving, so it's pretty much a done deal
```

CONFIDENTIAL
STROZ_R_000246736

From: ▮▮▮▮▮▮▮▮▮▮ Don Burnette
Participants: ▮▮▮▮▮▮▮▮▮▮ Don Burnette
▮▮▮▮ Anthony Levandowski

Source: iMessage: ▮▮▮▮▮▮▮▮▮▮
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/6/2016 12:17:47 PM(UTC-6)

Ok

CONFIDENTIAL

From: ▇▇▇▇▇▇▇▇ Don Burnette
Participants: ▇▇▇▇▇▇▇▇ Don Burnette
▇▇▇▇▇ Anthony Levandowski

Source: iMessage: ▇▇▇▇▇▇▇▇
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/6/2016 12:17:53 PM(UTC-6)

That was my plan

CONFIDENTIAL
STROZ_R_000246738

From: +▓▓▓▓▓▓▓▓ Anthony Levandowski
Participants: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Don Burnette
+▓▓▓▓▓▓▓▓ Anthony Levandowski

Source: iMessage: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/6/2016 12:18:01 PM(UTC-6)

Ok

CONFIDENTIAL          STROZ_R_000246739

From: ▮▮▮▮▮▮▮▮▮▮ Don Burnette
Participants: ▮▮▮▮▮▮▮▮▮▮ Don Burnette
+ ▮▮▮▮▮ Anthony Levandowski

Source: iMessage: ▮▮▮▮▮▮▮▮▮▮
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/6/2016 12:18:16 PM(UTC-6)

Sergey requested a meeting

CONFIDENTIAL
STROZ_R_000246740

```
From: +[REDACTED]         Anthony Levandowski
Participants:  [REDACTED]          Don Burnette
+[REDACTED]    Anthony Levandowski


Source: iMessage:  [REDACTED]
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)


Time Stamp: 2/6/2016 12:18:38 PM(UTC-6)


Of course
```

CONFIDENTIAL
STROZ_R_000246741

```
From:                         Don Burnette
Participants:                 Don Burnette
+              Anthony Levandowski


Source: iMessage:
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)


Time Stamp: 2/6/2016 12:18:54 PM(UTC-6)


Anyway, talk later
```

CONFIDENTIAL

From: +███████████ Anthony Levandowski
Participants: ████████████████ Don Burnette
+███████████ Anthony Levandowski

Source: iMessage: ████████████████
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/6/2016 12:18:58 PM(UTC-6)

Sergey and Larry are actually really good people

```
From: +[REDACTED]         Anthony Levandowski
Participants: [REDACTED]            Don Burnette
            +[REDACTED]   Anthony Levandowski


Source: iMessage: [REDACTED]
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)


Time Stamp: 2/6/2016 12:19:06 PM(UTC-6)

Ok
```

CONFIDENTIAL                                                         STROZ_R_000246744

```
From:      +█████████ Anthony Levandowski
Participants: ████████████████ Don Burnette
           +█████████ Anthony Levandowski


Source: iMessage: ████████████████
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)


Time Stamp: 2/6/2016 12:19:18 PM(UTC-6)


About to erase the messages
```

CONFIDENTIAL                                                                       STROZ_R_000246745

From: ███████████████ Don Burnette
Participants: ███████████████ Don Burnette
+ ████████ Anthony Levandowski

Source: iMessage: ███████████████
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/6/2016 12:19:22 PM(UTC-6)

Yep

CONFIDENTIAL                                                                                          STROZ_R_000246746

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Don Burnette
Participants: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Don Burnette
+▮▮▮▮▮▮▮ Anthony Levandowski

Source: iMessage: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Start Time: 2/1/2016 10:43:58 PM(UTC-6)
Last Activity: 3/23/2016 3:07:24 PM(UTC-5)

Time Stamp: 2/6/2016 12:19:23 PM(UTC-6)

Same

CONFIDENTIAL

STROZ_R_000246747