# EXHIBIT 4
# FILED UNDER SEAL

## Otto Trucking Expenses

| | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll & Salary Related** | $ 8,000.00 | $ 6,800.00 | $ 186,944.17 | $ 217,912.79 | $ 260,454.78 | $ 1,148.69 | $ - | $ - | $ - | $ 681,260.43 |
| **Operating Expenses** | $ 34,918.67 | $ 92,432.22 | $ 73,398.75 | $ 221,384.41 | $ 297,115.78 | $ 99,731.47 | $ - | $ - | $ - | $ 818,981.30 |
| **Rent** | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 33,300.00 |
| **Total Expenses:** | $ 46,618.67 | $ 102,932.22 | $ 264,042.92 | $ 442,997.20 | $ 561,270.56 | $ 104,580.16 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 1,533,541.73 |
| | | | | | | $ 1,522,441.73 | | | | |

## Balance Sheet

| | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fixed Asset Expenses** | $ 169,444.54 | $ 616,440.23 | $ 141,288.51 | $ 163,087.53 | $ 291,959.25 | $ 274,907.14 | $ - | $ - | $ - | $ 1,657,127.20 |
| | | | | | | $ 1,657,127.20 | | | | |

**GRAND TOTAL**                                              $ 3,179,568.93                                        ##########