# EXHIBIT 9
# FILED UNDER SEAL

EXECUTION VERSION

# OTTO TRUCKING OFFICER'S CERTIFICATE

December 22, 2016

      Reference is made to that certain Agreement and Plan of Merger, dated as of April 11, 2016, by and among Uber Technologies, Inc., a Delaware corporation ("**Parent**"), Apparate International C.V., a limited partnership (*commanditaire vennootschap*) organized under the laws of the Netherlands ("**Purchaser**"), Zing Merger Sub II, LLC, a Delaware limited liability company, Otto Trucking LLC, a Delaware limited liability company (the "**Company**"), Lior Ron, solely in his capacity as the Company Unitholder Representative, and, solely for purposes of Section 5.4 and 5.11, Anthony Levandowski and Lior Ron in their individual capacities, as amended by that certain Amendment No. 1, dated as of August 23, 2016, by and between Purchaser and the Company (as amended, the "**Merger Agreement**"). Capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Merger Agreement.

      This Certificate is being furnished to Parent and Purchaser regarding the occurrence and satisfaction of the Trucking Business Commercial Launch. The undersigned, Lior Ron, President of the Company, hereby certifies on behalf of the Company that:

      1.    I am the duly appointed and acting President of the Company with full right, power and authority to certify as to the matters set forth below. I have reviewed the Merger Agreement and have made, or have caused to be made, such examinations or investigations as is necessary to enable me to express an informed opinion as to the matters referred to herein.

      2.    On October 20, 2016, pursuant to that certain Transportation Agreement for the provision of Truckload Motor Contract Carriage, dated as of August 19, 2016, by and between Ottomotto LLC and Anheuser-Busch, LLC ("**AB**"), the Company provided carrier services to AB, a third party, for the delivery of Budweiser beer by using a qualified autonomous Class 6 or above off-road or on-road vehicle, and such vehicle was driven more than ninety percent (90%) of a route that was not less than 100 miles over public roads without any active human intervention (other than a safety driver being present).

      The undersigned acknowledges that Parent and Purchaser will rely on the certifications given herein.

[SIGNATURE PAGE FOLLOWS]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    UBER00199508

      IN WITNESS WHEREOF, the undersigned has executed this Officer's Certificate on behalf of the Company as of the date set forth above.

                                    OTTO TRUCKING LLC

                                    By_____

                                    Name: Lior Ron

                                    Title: President

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY      UBER00199509