# EXHIBIT 17
# FILED UNDER SEAL

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
      Case No. 3:17-cv-00939-WHA
 5   _____
                                     )
 6   WAYMO LLC,                      )
                                     )
 7             Plaintiff,            )
                                     )
 8        v.                         )
                                     )
 9   UBER TECHNOLOGIES, INC.;        )
     OTTOMOTTO LLC;                  )
10   OTTO TRUCKING,                  )
                                     )
11             Defendants.           )
     _____)
12
13
14          VIDEOTAPED DEPOSITION OF
15             JAMES E. MALACKOWSKI
16        DATE TAKEN:  OCTOBER 3, 2017
17
18
19
20
21   REPORTED BY:
22   PAUL J. FREDERICKSON, CCR, CSR
23   JOB NO. 2720761
24
25   Pages 1 - 198
```

Page 1

| | | |
|---|---|---|
| 1 | the thrust, meaning that, yes, if these terms | 12:01:02 |
| 2 | are executed, then Otto Trucking will be the | 12:01:07 |
| 3 | exclusive field of use licensee for Uber's | 12:01:13 |
| 4 | AV-related technology. | 12:01:17 |
| 5 | Q.   In those circumstances, Uber won't | 12:01:17 |
| 6 | be allowed to use its own AV technology that | 12:01:20 |
| 7 | it's developed in the trucking field; correct? | 12:01:24 |
| 8 | MR. BRUN:  Objection, form. | 12:01:27 |
| 9 | A.   Well, Uber will be Otto Trucking | 12:01:29 |
| 10 | in the sense that they will be a 50 percent | 12:01:31 |
| 11 | owner, so they will get the benefit through | 12:01:33 |
| 12 | that participation. | 12:01:36 |
| 13 | Q.   The license to Otto Trucking | 12:01:37 |
| 14 | happens if Uber doesn't acquire Otto Trucking, | 12:01:39 |
| 15 | right? | 12:01:43 |
| 16 | MR. BRUN:  Same objection. | 12:01:44 |
| 17 | A.   Yes, true.  Fair correction. | 12:01:47 |
| 18 | Q.   Just so that we have a clear | 12:01:53 |
| 19 | record, in the event that Uber does not acquire | 12:01:55 |
| 20 | Otto Trucking, Otto Trucking will have an | 12:01:58 |
| 21 | exclusive field of use license regarding Uber's | 12:02:00 |
| 22 | autonomous vehicle technology in the trucking | 12:02:03 |
| 23 | field; correct? | 12:02:06 |
| 24 | MR. BRUN:  Objection, form. | 12:02:07 |
| 25 | A.   Yes, generally speaking, that's | 12:02:13 |

Page 104

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | true. | 12:02:14 |
| 2 | Q.    In those circumstances, Uber will | 12:02:16 |
| 3 | not be able to use the autonomous vehicle | 12:02:18 |
| 4 | technology it developed in the trucking field; | 12:02:21 |
| 5 | correct? | 12:02:24 |
| 6 | MR. BRUN:  Same objection. | 12:02:25 |
| 7 | A.    That's generally my understanding | 12:02:26 |
| 8 | of the term sheet, correct. | 12:02:28 |
| 9 | Q.    Do you know the current status of | 12:02:30 |
| 10 | potential acquisition discussions between Uber | 12:02:32 |
| 11 | and Otto Trucking? | 12:02:35 |
| 12 | A.    No, sir, I don't believe that an | 12:02:38 |
| 13 | acquisition has taken place.  I understand | 12:02:41 |
| 14 | we're in a window where that's possible. | 12:02:43 |
| 15 | Q.    Do you know whether | 12:02:45 |
| 16 | Mr. Levandowski's firing from Uber has affected | 12:02:46 |
| 17 | the potential acquisition of Otto Trucking by | 12:02:49 |
| 18 | Uber? | 12:02:52 |
| 19 | A.    I do not. | 12:02:53 |
| 20 | Q.    Do you know how this lawsuit has | 12:02:54 |
| 21 | affected Uber's potential acquisition of Otto | 12:02:56 |
| 22 | Trucking? | 12:03:00 |
| 23 | A.    I do not. | 12:03:00 |
| 24 | Q.    Did you review Waymo's | 12:03:07 |
| 25 | interrogatory responses as part of your work in | 12:03:08 |

Page 105