# EXHIBIT 5

# FILED UNDER SEAL

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                   SAN FRANCISCO DIVISION
4
5    WAYMO LLC,
6              Plaintiff,
                                          Case
7    vs.                           No. 3:17-cv-00939-WHA
8    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING LLC,
9
               Defendants.
10   _____/
11
12
13
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16        VIDEOTAPED DEPOSITION OF BENJAMIN INGRAM
17                WEDNESDAY, AUGUST 16, 2017
18
19
20
     Reported by:
21   Anrae Wimberley
22   CSR No. 7778
23   Job No.  2678952
24
25   PAGES 1 - 281
```

Page 1

```
 1    Trade Secret 25 items.  It has --                      10:52:22
 2              (Reporter seeks clarification.)
 3         A.   -- "Go/V2 Sensor Requirements" in the title.  10:52:33
 4    And that's -- that had a list of use cases we expected  10:52:38
 5    to drive the design.                                    10:52:39
 6         Q.   And, generally speaking, what were the        10:52:42
 7    driving use cases?                                      10:52:46
 8         A.   It's a hard thing to talk about in general.   10:52:48
 9    I think there are 70 or something cases in that         10:52:52
10    document.  These are things that, through the years of  10:52:57
11    driving and the millions of miles in driving that       10:53:00
12    we've done, we have come to understand are likely to    10:53:04
13    drive a LiDAR design.                                   10:53:07
14         Q.   And you referred, I think, to the documents   10:53:09
15    that appear in alleged Trade Secret 25 in this case,    10:53:13
16    those documents contain the driving use cases?          10:53:17
17         A.   That's correct.                               10:53:20
18         Q.   We'll look at those later on.                 10:53:22
19              Number 3 here says, ███████████████    ██████
20         ████████████████████████                           10:53:26
21              Do you see that?                              10:53:27
22         A.   I do.                                         10:53:28
23         Q.   What does that refer to?                      10:53:31
24         A.   That refers to Christian Lauterbach, who is   10:53:32
25    C. Lauterbach in this e-mail, had built a simulator     10:53:36
```