# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT 2

# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WAYMO LLC,

    Plaintiff,

vs.                          No. 3:17-cv-00939-WHA

UBER TECHNOLOGIES, INC.;

OTTOMOTTO LLC; OTTO TRUCKING,

INC.,

    Defendants.

_____/


WAYMO & UBER CONFIDENTIAL ATTORNEYS' EYES ONLY


VIDEOTAPED DEPOSITION OF GREGORY KINTZ

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 26, 2017


BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

CSR LICENSE NO. 9830

JOB NO. 2592507


PAGES 1 - 234

Page 50

| | | |
|---|---|---|
| 1 | And in that Excel file, I computed the X/Y | 12:08 |
| 2 | separations using the Pythagorean theorem, as | 12:08 |
| 3 | previously discussed. | 12:09 |
| 4 | Q   Okay.  And the use of the Pythagorean theorem | 12:09 |
| 5 | to calculate separation, is that what you're calling | 12:09 |
| 6 | vertical separation in paragraph 33? | 12:09 |
| 7 | A   The separation is the separation between the | 12:09 |
| 8 | individual components.  The terminology of vertical, | 12:09 |
| 9 | yes, that is the separation between the | 12:09 |
| 10 | two components. | 12:09 |
| 11 | Q   Okay.  And I -- I just want to clarify. | 12:09 |
| 12 | So, earlier we were looking at the X/Y | 12:09 |
| 13 | coordinates for the GBr3. | 12:09 |
| 14 | Do you recall that? | 12:09 |
| 15 | A   Yes. | 12:09 |
| 16 | Q   By vertical separation, you're not talking | 12:09 |
| 17 | about just the delta or the difference between the Y | 12:09 |
| 18 | coordinates between two diodes then; is that correct? | 12:09 |
| 19 | A   No.  I was computing the -- both components. | 12:09 |
| 20 | Q   Using both the X and Y coordinates? | 12:09 |
| 21 | A   Yes. | 12:10 |
| 22 | Q   And then there is this number ███████ ███████ | 12:10 |
| | █ ████████████████████ | 12:10 |
| 24 | Do you see that in paragraph 33? | 12:10 |
| 25 | A   Yes. | 12:10 |

| | |
|---|---|
| 1    But let me ask you my next question, which | 12:13 |
| 2  is:  You also looked at the difference in angular | 12:13 |
| 3  orientation as well? | 12:13 |
| 4      A    Correct. | 12:13 |
| 5      Q    And that was part of your determination as to | 12:13 |
| 6  whether or not there was ███████████████████ ███ | |
| 7  ██ ███████████; correct? | 12:13 |
| 8         MR. JAFFE:  Objection; form. | 12:13 |
| 9         THE WITNESS:  There is -- as demonstrated by | 12:13 |
| 10 the information in the pick-and-place file, that there | 12:13 |
| 11 ████████████████████████████████████████████████ ███ | |
| 12 ██████████████████████████████████████. | 12:14 |
| 13        MR. KIM:  Q.  So you could look at the | 12:14 |
| 14 ████████████████████████████████████████████████ ███ | |
| 15 ██ █████████████████████████████████████████████. | 12:14 |
| 16     A    The angle information by itself would not | 12:14 |
| 17 yield enough data to actually produce that | 12:14 |
| 18 information. | 12:14 |
| 19     Q    Why not? | 12:14 |
| 20     A    Because angle only tells you position along a | 12:14 |
| 21 line or a vector, and not -- doesn't give you the | 12:14 |
| 22 secondary intersection point that defines a point. | 12:14 |
| 23     Q    And so you would need to look at both the | 12:14 |
| 24 difference in angular orientation, as well as the | 12:14 |
| 25 difference in the X and Y coordinates; correct? | 12:14 |

```
                                                          Page 83
1      A    That is correct.                              13:42
2      Q    Okay.  And in order to calculate the vertical 13:42
3   spacing between A0 and A1, how would you calculate    13:42
4   that using the X/Y coordinates there?                 13:42
5      A    The vertical spacing is related to its        13:42
6   position on the great circle relative to the lens.    13:42
7   And so I would take the difference in the X/Y         13:42
8   components and compute their separation, the          13:42
9   Pythagorean theorem.                                  13:42
10     Q    Is that something you could do now between A0 13:42
11  and A1?                                               13:42
12     A    Yes.                                          13:42
13     Q    Okay.  What -- what is the vertical           13:42
14  separation between those two?                         13:42
15     A    Do you have a calculator?                     13:42
16     Q    We do.                                        13:42
17     A    Do you have a sheet of paper that I can write 13:42
18  on?                                                   13:42
19     Q    Yes.                                          13:42
20     A    Do you have a pen that I can write with?      13:43
21     Q    Sure.                                         13:43
22     A    (Witness complies.)                           13:43
23          I come up with ▮▮▮▮▮▮▮▮▮▮▮▮ with              13:46
24  rounding to the third significant digit.              13:46
25     Q    And what does that number represent?          13:46
```

Page 89

| | | |
|---|---|---|
| 1 | THE WITNESS:  No.  With the data that you've | 13:55 |
| 2 | given me right here at this time, with the equipment | 13:56 |
| 3 | that's available to me, I cannot make a determination. | 13:56 |
| 4 | MR. KIM:  Q.  And what would you need to make | 13:56 |
| 5 | that determination? | 13:56 |
| 6 | A    I would need to have information that gave me | 13:56 |
| 7 | the locations of the features on this board.  This is | 13:56 |
| 8 | a fabrication document that lays out the layers of the | 13:56 |
| 9 | board and the relative positions of the bond pads on | 13:57 |
| 10 | the surface of the board, but does not really disclose | 13:57 |
| 11 | any information on the actual positions of the | 13:57 |
| 12 | components. | 13:57 |
| 13 | Q    And the same would be true for Exhibit 1043 | 13:57 |
| 14 | that you were just looking at before that? | 13:57 |
| 15 | A    No.  1043 actually has component information | 13:57 |
| 16 | on it. | 13:57 |
| 17 | Q    Okay.  And what would you need to determine | 13:57 |
| 18 | whether or not the ████████████████████████ ████ | |
| | ████  for the board depicted in Exhibit 1043? | 13:57 |
| 20 | A    Ideally, I would need a way of expanding the | 13:57 |
| 21 | image and creating center line information between the | 13:58 |
| 22 | placed components in their ideal location and the | 13:58 |
| 23 | adjacent one, and from that information, computing the | 13:58 |
| 24 | data. | 13:58 |
| 25 | I frequently do that type of analysis in | 13:58 |

Page 90

| | | |
|---|---|---|
| 1 | graphics programs.  I in particular use a program | 13:58 |
| 2 | called CorelDRAW that allows me to do this type of | 13:58 |
| 3 | detailed point-by-point analysis. | 13:58 |
| 4 | Q    And that would be for the purpose of | 13:58 |
| 5 | determining the X/Y coordinates and the theta? | 13:58 |
| 6 | A    That's correct. | 13:58 |
| 7 | Q    And you didn't do that for the board depicted | 13:58 |
| 8 | in Exhibit 1043; correct? | 13:58 |
| 9 | A    That's correct. | 13:58 |
| 10 | Q    Okay. | 13:58 |
| 11 | (Document marked Exhibit 1045 | 13:58 |
| 12 | for identification.) | 13:59 |
| 13 | MR. KIM:  I have the same question for | 13:59 |
| 14 | Exhibit No. 1045, which bears Bates No. Uber00008610. | 13:59 |
| 15 | Q    Does this exhibit depict ████████████  ████ | 13:59 |
| 16 | ████████████████████████████████████████ | 13:59 |
| 17 | A    This document is an assembly document.  So | 13:59 |
| 18 | the positions -- so the actual components should be | 13:59 |
| 19 | shown in the printout.  And again, I would need to | 13:59 |
| 20 | expand the figure to make a determination of the | 13:59 |
| 21 | relative position. | 13:59 |
| 22 | Q    So sitting here today, you can't tell me | 13:59 |
| 23 | whether or not the board depicted in Exhibit 1043 has | 13:59 |
| 24 | ██████████████ -- | 13:59 |
| 25 | MR. JAFFE:  1045, I'm assuming you're asking | 13:59 |