# EXHIBIT B
# FILED UNDER SEAL

# EXHIBIT 2

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4                       ---oOo---
5
6    WAYMO LLC,
7            Plaintiff,
8    vs.                          No. 3:17-cv-00939-WHA
9    UBER TECHNOLOGIES, INC.;
     OTTOMOTTO LLC; OTTO TRUCKING,
10   INC.,
11           Defendants.
     _____/
12
13        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15              WAYMO LLC RULE 30(b)(6)
16       VIDEOTAPED DEPOSITION OF PIERRE-YVES DROZ
17                 PALO ALTO, CALIFORNIA
18                THURSDAY, AUGUST 3, 2017
19
20
21   REPORTED BY:
22   ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
23   CSR LICENSE NO. 9830
24   JOB NO. 2663199
25   PAGES 1 - 371
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 230



Page 232



Page 233

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1        CERTIFICATE OF REPORTER
2
3        I, ANDREA M. IGNACIO, hereby certify that the
4   witness in the foregoing deposition was by me duly
    sworn to tell the truth, the whole truth, and nothing
5   but the truth in the within-entitled cause;
6        That said deposition was taken in shorthand
7   by me, a disinterested person, at the time and place
8   therein stated, and that the testimony of the said
    witness was thereafter reduced to typewriting, by
9   computer, under my direction and supervision;
10       That before completion of the deposition,
11  review of the transcript [x] was [ ] was not
12  requested.  If requested, any changes made by the
13  deponent (and provided to the reporter) during the
    period allowed are appended hereto.
14       I further certify that I am not of counsel or
15  attorney for either or any of the parties to the said
16  deposition, nor in any way interested in the event of
    this cause, and that I am not related to any of the
17  parties thereto.
18  Dated: August 4, 2017
19
20
21
22
23  _____
24       ANDREA M. IGNACIO,
25     RPR, CRR, CCRR, CLR, CSR No. 9830

Page 371