# EXHIBIT E
# FILED UNDER SEAL

# EXHIBIT 4
# FILED UNDER SEAL

Message

| | |
|---|---|
| **From**: | Anthony Levandowski [a@ot.to] |
| **Sent**: | 4/30/2016 7:28:42 AM |
| **To**: | Gaetan@ot.to |
| **Subject**: | Fwd: Our quote and payment terms (Takashi at Nalux) |
| **Attachments**: | 160429_Quote for Mr Fast Lens.pdf |

FYI ;-)

---------- Forwarded message ----------
From: **Takashi Nakagawa** <███████████████>
Date: Friday, April 29, 2016
Subject: RE: Our quote and payment terms (Takashi at Nalux)
To: Daniel Gruver <daniel@ot.to>
Cc: 岡田 真 <███████████>, Anthony Levandowski <a@ot.to>, 小田垣 琢也 <███████████>, 松尾 剛志 技師 <███████████>, ███████████

Dear Daniel

Thank you for your message. I shared your material information as well coating information to Okada-san and engineering team. Pardon me for taking time.

1) **Quote**

Please find out quote. This pretty much aligned with the program we work together at your previous company.

2) **Payment Terms and PO**

Regarding payment terms and PO, our proposal is below. Let me know your thought if this is acceptable to you, please.

NRE

- We'd like to receive Tooling and tray charge in advance payment prior to tool kick off.

Lens

- Confirmed L/C at sight amount for 50Kpcs every 6months with PO covering 100Kpcs (annual demand)* we'd like to receive based on projection you shared with us.

Now~Q1, 2017 100Kpcs*

Q2, 2017~Q, 2018 100Kpcs

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                UBER00011613

Q1, 2019~ 250Kpcs/Year

Wish you have relaxing weekend!

P.S.

We have a week long holiday called Golden Week starting from yesterday. It started out sort of weird weather like Scotland windy, rain and sunny spell patterns come and go one after another in frequent cycles.

We have gorgeous weather today. Fresh greens on trees are literally shining and radiating nerve soothing beam to purify me. I just returned from morning walk. This is one of the best time of the year till we have unpleasant rain season in June.

Best regards,

Takashi

Takashi Nakagawa

**Nalux Corp. Ltd.**

Yamazaki 2-1-7, Shimamoto-cho, Mishima-gun, Osaka, Japan 618-0001

http://www.nalux-world.com

**From:** Daniel Gruver [mailto:daniel@ot.to]
**Sent:** Thursday, April 21, 2016 3:33 AM
**To:** Takashi Nakagawa
**Cc:** 岡田 真; Anthony Levandowski; 小田垣 琢也; 松尾 剛志 技師;
**Subject:** Re: Timeline for tooling and DFM 0420(Takashi at Nalux)

Hi Takashi -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UBER00011614

Thank you for the DFM notes. So far they all look reasonable You've correctly identified that █████████ ██████████████████████████████████████████████████████████ I'll also work to clean up the part model to be in line with your DFM guidelines and requests.

For the part name we'd like to go with Mr Fast Lens (as in "Mister Fast Lens", although ████████ ███████████. The material will be ███████████ I have not yet simulated performance with an AR coating vs without but I think we'll be able to use lenses without any coating on them. Also the simulations look tolerant to some optical deviations and defects so we should be able to use relaxed tolerances for the optical surfaces.

For credit and payment we're still working to acquire credit letters but until then we'll pay via check or bank transfer and can provide deposits as early as needed to secure tooling and press timing.

I'll work on the lens design and submit an updated model for review in the coming days. Let us know if we can send a deposit to secure tooling and commit to starting the project.

Thank you for the help,

Daniel

On Tue, Apr 19, 2016 at 7:43 PM, Takashi Nakagawa <██████████████████> wrote:

Dear Daniel

Hello, Daniel. Thank you for your time to speak with me last Saturday. Pardon me for taking time to send you the message, please.

1) **Timeline for Tooling**

   ● Currently we have secure ████████████ processing slot in June. That makes FOT parts available Mid/Aug.

   ● Another 4weeks or so required from FOT if compensation is required( We didn't need compensation for G FAC program.)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                      UBER00011615

One question I have you're referring to there could be minor design changes before tool kick off, would you let me know what kinds of design changes you may have either at lens area(███████████) or Non lens area such as assembly feature etc.

Rationale is we may have slot available for DT, may want to process earlier. We could do that if your design changes to be made Non lens(optical) area.

2) **DFM**

Also DFM attached for your review.

3) **Credit information/Payment Terms**

Friendly reminder I wonder if you have update on Credit information. I'd like to come to an agreement with you on payment terms before design freeze/tool kick off.

Best regards,

Takashi

Takashi Nakagawa

**Nalux Corp. Ltd.**

Yamazaki 2-1-7, Shimamoto-cho, Mishima-gun, Osaka, Japan 618-0001

███████████████

███████████████████

http://www.nalux-world.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                      UBER00011616

--

Daniel Gruver / Engineer / Otto / daniel@ot.to / █████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY												UBER00011617