# EXHIBIT H
# FILED UNDER SEAL

# EXHIBIT 33
# FILED UNDER SEAL

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David Perlson (Cal. Bar No. 209502)
davidperlson@quinnemanuel.com
Melissa J. Baily (Cal. Bar No. 237649)
melissabaily@quinnemanuel.com
John Neukom (Cal. Bar No. 275887)
johnneukom@quinnemanuel.com
Jordan R. Jaffe (Cal. Bar No. 254886)
jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
(415) 875-6600
(415) 875-6700 facsimile

Attorneys for Plaintiff WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.; OTTOMOTTO, LLC; OTTO TRUCKING LLC,<br><br>    Defendants. | Case No. 17-cv-00939-JCS<br><br>**PLAINTIFF'S RESPONSE TO DISCOVERY ORDER (DKT. NO. 2454)** |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   Pursuant to the Court's January 4, 2018 Discovery Order (Dkt. No. 2454) and December

2   11, 2017 Rule 502 Order (Dkt. No. 2363), Plaintiff Waymo LLC ("Waymo") states as follows:

3   The only chat application generally approved for use at Waymo and Google is Google

4   Hangouts. The default setting for Google Hangouts used by employees at Waymo and Google is

5   "history off," or "off the record." Waymo and Google employees subject to a litigation hold,

6   ████████████████████████████████████████████████████████████

7   ███████████████████████████████████████

8

9   DATED:  January 5, 2018                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

10

11                                              By  */s/ Charles Verhoeven*
                                                    Charles K. Verhoeven
12                                                  Attorneys for WAYMO LLC

## **VERIFICATION**

I, Scott Johnston, declare:

1. I am Director, Product Management at Google. I am authorized to execute this verification on behalf of Waymo and Google.

2. I am informed and believe that the matters stated in this Response are true and correct and, on that ground, allege that the matters stated herein are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of January, 2017, at New York, New York.

_____
Scott Johnston