# EXHIBIT I
# FILED UNDER SEAL

# EXHIBIT 7

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Bryan Salesky <███████████> |
| To: | Chris Urmson <███████████> |
| Sent: | Sat, 31 Jan 2015 11:17:56 -0500 |
| Subject: | Re: Playing to win in Self-Driving Cars |
| Cc: | Dmitri Dolgov <███████████> |

Well thanks to iMessage I got all the confirmation I needed while on plane this morning :)
Nrec/ri is officially raided. It's uber. And they've declared war on us. Woohoo.

On Saturday, January 31, 2015, Bryan Salesky <███████████> wrote:

> One more thing: i actually wanted to extend my stay another week in mtv but am leaving for the burgh to do some networking Monday and Tuesday and double check facts. Please don't send till I give go ahead. I will get key details on magnitude of this play to make sure no one is overblowing it through the rumor mill. I've got about a half dozen sessions setup with robot CEOs in Pittsburgh.
> Bryan

On Saturday, January 31, 2015, Bryan Salesky <███████████> wrote:

> Lay it down captain. Amen!  I'm glad you lose sleep every now and again to write this gold. It's exactly what is at the heart of frustrating us. You may want to give some bullets on team progress over the last year or two to remind him/them of what we have accomplished with such lean resources.   Incredible gains on mpi. Building a polished car from scratch with a complete working biz model behind it. Having the only and best custom tailored sensor suite for sdc's with line of sight to automotive acceptable cost.  And the team. The team is so amazing and incredible. We will see attrition in coming years if we don't play to win. Key sr folks that are the ticking heart of what we do.
> Well done Chris.  You've got to tackle this and pressure test if google wants this product or not.  Applying upward pressure is the only way that gets done.

I'm ready to go to war.

Bryan

On Saturday, January 31, 2015, Chris Urmson <███████████> wrote:

> DRAFT- I'm thinking of sending to Sergey.  Ignore late night stupidness (I'll edit) but send thoughts.  I want to send to Sergey, and if I get no response send on to Larry.

UBER understands that self-driving cars are a clear threat to their business.  As I'm writing this they are investing $100M's of dollars to hire talent to jump start a self-driving car team in Pittsburgh.  They are also engaged in conversations with OEM's and I believe are committed to spending a billion+ dollars to realize this technology.

We have a multi-year lead but the team they are assembling in Pittsburgh will be the second best team in self-driving technology.   They are in discussion with ███ among other OE's.  ███ is the most likely to move with them, as they are ███████████████████████████████ know the power of this technology, and are committed to becoming a mobility company.

While we have invested in self-driving cars, over the last 9 months we have stopped playing to win, and instead are now playing to not lose.  Symptoms of this show up as:

- Not believing in the team delivering:
  ████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  - ○ We dwell for excessive amounts of time on any minor setback while not celebrating the overwhelming successes of the teams at X.
- Not committing to next essential next steps, even on favorable terms:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                      WAYMO-UBER-00035450

- We are unwilling to hire key people we need:
    - ○ We are denying transfers of key personnel because ███
    - ○ UBER are hiring ███
- We are placing process and control ahead of speed and innovation:
    ███

We have the opportunity to build another Google scale business, but by being unwilling to play to win, will waste the investment we have made so far.  UBER is demonstrating committed action to counter what they see as a clear and present danger to their livelihood.   They are making smart hiring decisions.  They are committing dollars, and they are not letting legal or other bureaucracy get in the way (They are turning term sheets around in hours, not days as an example).

███

1. ███

3. The best way self-driven vehicles will be used is as ███

The chauffeur team has consistently demonstrated an ability to deliver amazing technology at an incredible rate, on an extremely lean budget.  Allow me to turn my team loose properly - allow me to invest in the things that we need to do to get to scale.  Here's what we need to do:

███

I love this company.  I love the team that I've built over the last 6 years.  I do not want to see Google's investment wasted.  We've been doing the right thing - it's time to play to win, not just to avoid losing.

Chris

--
Chris Urmson | Self-Driving Cars | ███