MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
agonzalez@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Tel:    415.268.7000 / Fax:   415.268.7522

KAREN L. DUNN (*Pro Hac Vice*)
kdunn@bsfllp.com
HAMISH P. M. HUME (*Pro Hac Vice*)
hhume@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C.  20005
Tel:    202.237.2727 / Fax:   202.237.6131

WILLIAM C. CARMODY (*Pro Hac Vice*)
bcarmody@susmangodfrey.com
SHAWN J. RABIN (*Pro Hac Vice*)
srabin@susmangodfrey.com
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel:    212.336.8330 / Fax:   212.336.8340

Attorneys for Defendants
UBER TECHNOLOGIES, INC.
and OTTOMOTTO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC. and<br>OTTOMOTTO LLC,<br><br>          Defendants. | CASE NO. 3:17-cv-00939-WHA<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

The undersigned attorneys for Uber Technologies and Ottomotto LLC file this Notice of Change of Address and respectfully request that the Court's docket in the above-captioned case be updated accordingly.

PLEASE TAKE NOTICE effective July 8, 2019, the address for Kathleen R. Hartnett, Meredith R. Dearborn, and Maxwell V. Pritt of Boies Schiller Flexner LLP is changed to:

BOIES SCHILLER FLEXNER LLP
44 Montgomery St.
41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

Dated: July 12, 2019                BOIES SCHILLER FLEXNER LLP

By: */s/Meredith R. Dearborn*_____

BOIES SCHILLER FLEXNER LLP
Kathleen R. Hartnettt
khartnett@bsfllp.com
Meredith R. Dearborn
mdearborn@bsfllp.com
Maxwell V. Pritt
mpritt@bsfllp.com
44 Montgomery St.
41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Attorneys for Uber Technologies, Inc. and Ottomotto LLC

1