RAMSEY & EHRLICH LLP
MILES EHRLICH - #237954
miles@ramsey-ehrlich.com
ISMAIL RAMSEY - #189820
izzy@ramsey-ehrlich.com
AMY CRAIG - #269339
amy@ramsey-ehrlich.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant
ANTHONY LEVANDOWSKI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO AND SAN JOSE DIVISIONS

| | |
|---|---|
| Waymo LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc. et al.,<br><br>          Defendant. | Case No. CV 17-939 WHA<br><br>[COMPLAINT FILED **FEBRUARY 23, 2017**] |
| United States,<br><br>          Plaintiff,<br><br>    v.<br><br>Anthony Levandowski,<br><br>          Defendant | Case No. CR 19-377 LHK<br><br>[INDICTMENT FILED **AUGUST 15, 2019**]<br><br>**DEFENDANT ANTHONY LEVANDOWSKI'S RESPONSE TO NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 8-1(D)** |

1

ANTHONY LEVANDOWSKI'S RESPONSE TO NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 8-1(D)
Case Nos. CV 17-939 WHA and CR 19-377 LHK

The prosecution has filed a Notice of Related Case pursuant to Local Rule 8-1. *See United States v. Levandowski*, N.D. Cal. No. CR 19-377 LHK, Dkt. 5; *see also Waymo LLC v. Uber Tech., Inc. et al.*, N.D. Cal. No. CV 17-939 WHA ("*Waymo v. Uber*"), Dkt. 2704. In the notice, the government explains its view that the above-captioned criminal matter is related to *Waymo v. Uber* because "[b]oth actions concern one or more of the same alleged events, occurrences, transactions, or property" and "there will be some duplication of labor if the [two cases] are heard by different judges." *Levandowski*, CR 19-377 LHK, Dkt. 5 at 2-3. The defense concurs.

To be clear, Anthony Levandowski has pled not guilty in the criminal case and denies the allegations contained in the government's indictment. Nevertheless, without conceding the *accuracy* of any of the contentions set forth in the government's "Brief Statement of the Relationship Between the Cases," we accept the government's *recital* of the allegations in the criminal action and its description of the proceedings in *Waymo v. Uber*. *See id.* at 2. In particular, we note the government's recital that Mr. Levandowski "was not a party to the civil action, but his alleged theft of Google files related to self-driving technology was central to Waymo's theory of the case," and the government's report concerning specific allegations that arose in the earlier civil matter and now recur in the instant criminal case:

> The Indictment identifies thirty-three specific files alleged to contain trade secrets. The technology revealed in at least twelve of the files was the subject of litigation in the civil case. For example, Counts One through Six of the Indictment relate to Google's transmit block configuration, trade secrets numbers two and seven in the civil case. Count Twenty-Seven of the Indictment is a presentation regarding Google's unique fiber laser design and was trade secret number ninety in the civil case.

*Id*.

In light of the relationship between certain allegations in the two cases, the overlap between the technologies at issue in the two cases, and the extensive litigation relating to these highly technical matters that Judge Alsup already oversaw in *Waymo v. Uber*, the defense

believes that the two "actions appear likely to entail substantial duplication of labor if heard by different Judges." Local Rule 8-1(b)(2). Accordingly, "assignment to a single Judge is . . . likely to conserve judicial resources and promote an efficient determination" of the instant criminal case. Local Rule 8-1(c)(4).

Date:   August 29, 2019                             Respectfully submitted,


/s/ _____
Miles Ehrlich
Ismail Ramsey
Amy Craig
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 548-3600
Fax: (510) 291-3060

miles@ramsey-ehrlich.com
izzy@ramsey-ehrlich.com
amy@ramsey-ehrlich.com

**Counsel for Anthony Levandowski**