UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | |
|---|---|
| CR 19-377 LHK | USA v. Anthony Scott Levandowski |
| CR 17-939 WHA | Waymo LLC v. Uber Technologies, Inc., et al. |

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

( )   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

( )   ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

( X )   ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials WHA immediately after the case number.  All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED:  September 3, 2019.

_____
WILLIAM ALSUP
United States District Judge