# EXHIBIT F

[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC. and OTTOMOTTO LLC, <br><br> Defendants. | CASE NO. 3:17-cv-00939-WHA <br><br> **FIFTH JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE UNDER PARAGRAPH 15 OF THE INTERIM MODEL PROTECTIVE ORDER** <br><br> (as modified) |

Pursuant to Civil Local Rules 6-1(b) and 6-2(a), and upon the accompanying declaration of Meredith R. Dearborn, dated June 2, 2019 ("Dearborn Decl."), Plaintiff Waymo LLC and Defendants Uber Technologies, Inc. and Ottomotto LLC hereby stipulate and agree to the following one-hundred-and-twenty-day extension, from June 6, 2019 until October 4, 2019, of the deadline to comply with the requirements of Paragraph 15 of the Interim Model Protective Order:

1.  On March 16, 2017, the Court ordered that the parties be bound by the Interim Model Protective Order (the "Protective Order"), a true and correct copy of which is attached as Exhibit A to the accompanying declaration of Meredith R. Dearborn.  *See* Dearborn Decl. ¶ 3.

2.  Paragraph 15 of the Protective Order provides that, "[w]ithin 60 days after the final disposition of this action, as defined in paragraph 4, each Receiving Party must return all Protected Material to the Producing Party or destroy such material," and further requires each Receiving Party to certify in writing by the 60-day deadline (1) that all of the material subject to the Protective Order was returned or destroyed, and (2) that it has not retained copies, abstracts, compilations, or summaries of material subject to the Protective Order.  *See* Dearborn Decl., ¶ 4 and Ex. A.

3.  The parties settled this lawsuit, and a final disposition was entered on February 9, 2018.  *See* Dearborn Decl. ¶ 5.

4.  Each Receiving Party, as defined by Paragraph 2.17 of the Protective Order, had sixty days from that final disposition, until April 10, 2018, to comply with the requirements of Paragraph 15.  *See* Dearborn Decl. ¶ 5 and Ex. A.

5.  On April 6, 2018, the parties filed a stipulation and proposed order extending the deadline to comply with Paragraph 15 until June 11, 2018, citing the pendency of related matters that impose document preservation obligations on the parties that conflict with Paragraph 15's requirements.  *See* Dearborn Decl. ¶ 6.  The parties further indicated that they "might hereafter request additional time if those obligations have not been satisfied."  *Id.*

6.  The Court approved the stipulation and signed the proposed order on April 9, 2018.  *See* Dearborn Decl. ¶ 7 and Ex. B.

7. On June 7, 2018, the parties filed a second stipulation and proposed order extending the deadline to comply with Paragraph 15 for another 120 days, until October 9, 2018. *See* Dearborn Decl. ¶ 8.

8. The Court approved the stipulation and entered the proposed order on June 11, 2018. *See* Dearborn Decl. ¶ 8 and Ex. C.

9. On October 9, 2018, the parties filed a third stipulation and proposed order extending the deadline to comply with Paragraph 15 for another 120 days, until February 6, 2019. *See* Dearborn Decl. ¶ 8.

10. The Court approved the stipulation and entered the proposed order on October 9, 2018. *See* Dearborn Decl. ¶ 9 and Ex. D.

11. On February 4, 2019, the parties filed a fourth stipulation and proposed order extending the deadline to comply with Paragraph 15 for another 120 days, until June 6, 2019. *See* Dearborn Decl. ¶ 10 and Exhibit E.

12. The Court approved the stipulation and entered the proposed order on February 5, 2019. *See* Dearborn Decl. ¶ 10 and Exhibit E.

13. The parties agree that additional time is still needed to satisfy conflicting preservation obligations, and that the parties may still hereafter request additional time if those obligations have not been satisfied. *See* Dearborn Decl. ¶ 11.

**IT IS SO STIPULATED**

DATED: June 3, 2019                    QUINN EMANUEL URQUHART & SULLIVAN LLP

                By: */s/ David A. Perlson*
                   David A. Perlson
                   Attorneys for Plaintiff WAYMO LLC

1  DATED: June 3, 2019                    BOIES SCHILLER FLEXNER LLP

2

3                                          By:   */s/ Meredith R. Dearborn*
                                                 Meredith R. Dearborn
4                                                Attorneys for Defendants UBER TECHNOLOGIES,
                                                 INC. and OTTOMOTTO LLC
5

6

7

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
     No more extensions will be granted.
9   DATED:  _____June 10_____, 2019        _____
10                                                 The Honorable William Alsup

3