UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

               Plaintiff,

      v.

UBER TECHNOLOGIES, INC., et al.,

              Defendants.

Case No.  17-cv-00939-WHA (AGT)

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

      I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

      **IT IS SO ORDERED.**

Dated:  February 6, 2020

_____
ALEX G. TSE
United States Magistrate Judge