Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:   (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:         dgrassgreen@pszjlaw.com
                    mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Catherine L. Steege (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone: 312/222-9350
Facsimile: 312/527-0484
Email: dbradford@jenner.com
           csteege@jenner.com
           tmascherin@jenner.com

Attorneys for Defendant
Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WAYMO LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC. AND OTTOMOTTO LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**NOTICE OF APPEARANCE OF DEBRA GRASSGREEN** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS FOR RECORD:

PLEASE TAKE NOTICE that Debra Grassgreen of Pachulski Stang Ziehl & Jones LLP, hereby appears as co-counsel for the Defendants, Uber Technologies, Inc.  Copies of all pleadings and notices pertaining to this action not otherwise filed through the Court's electronic filing system should be directed to:

Debra I. Grassgreen
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111
Telephone:  415/263-7000
Facsimile:  415/263-7010
Email: dgrassgreen@pszjlaw.com

Dated: September 29, 2020    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Debra I. Grassgreen*
Debra I. Grassgreen

*Attorneys for Uber Technologies, Inc.*

DOCS_SF:104218.1 85647/001                                                   NOTICE OF APPEARANCE