UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-00939-WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 2718 |

The pro hac vice application of Attorney David J. Bradford Re: Dkt. No. 2718 is **Denied** for failing to comply with Civil Local Rule 11-3. That rule requires an applicant to submit "together with the written application, a true and correct copy of a certificate of good standing or other similar official document issued by the *appropriate authority* governing attorney admissions for *the relevant bar*" (emphasis added). The pro hac vice application at Dkt. 2718 certifies that Attorney David J. Bradford is an active member in good standing of the bar of the Illinois Supreme Court and U.S. Court of Appeals, 7th Circuit, but attaches a certificate of good standing from only the Supreme Court of Illinois. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: October 7, 2020

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　United States District Judge