1  Debra I. Grassgreen (CA Bar No. 169978)
   Miriam Manning (CA Bar No. 178584)
2  **PACHULSKI STANG ZIEHL & JONES LLP**
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone:     (415) 263-7000
4  Facsimile:     (415) 263-7010
   E-mail:        dgrassgreen@pszjlaw.com
5                 mmanning@pszjlaw.com

6  David J. Bradford (admitted *pro hac vice*)
   Terri L. Mascherin (admitted *pro hac vice*)
7  **JENNER & BLOCK LLP**
   353 N. Clark St.
8  Chicago, IL 60654
   Telephone: (312) 222-9350
9  E-mail: dbradford@jenner.com
           tmascherin@jenner.com
10
   *Counsel for Uber Technologies, Inc.*
11

12                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13                     **SAN FRANCISCO DIVISION**

14 | WAYMO LLC,                              | Case No. 3:17-cv-00939-WHA
15 |                          Plaintiff,    | **CERTIFICATE OF SERVICE**
16 |              v.                         |
17 | UBER TECHNOLOGIES, INC.,                |
   | OTTOMOTTO LLC, OTTO TRUCKING            |
18 | LLC                                     |
19 |                          Defendants.    |

---

CERTIFICATE OF SERVICE

DOCS_SF:104475.1 85647/001

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On November 5, 2020, I caused to be served the following documents in the manner stated below:

- **DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO MODIFY THE INTERIM MODEL PROTECTIVE ORDER**
- **DECLARATION OF DEBRA GRASSGREEN IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY THE INTERIM MODEL PROTECTIVE ORDER**
- **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE INTERIM MODEL PROTECTIVE ORDER**

| ☑ | (BY EMAIL) On **November 5, 2020,** I caused to be served the above-described documents by email to the parties indicated on the service list below at the indicated email address. |
|---|---|

| **Attorneys for Google LLC** | **Attorneys for Anthony S. Levandowski** |
|---|---|
| **MUNGER, TOLLES & OLSON LLP**<br>Thomas B. Walper (thomas.walper@mto.com)<br>John W. Berry (john.berry@mto.com)<br>Alexander S. Gorin (alex.gorin@mto.com)<br><br>**KEKER, VAN NEST & PETERS LLC**<br>Rachael E. Meny (rmeny@keker.com)<br>Thomas E. Gorman (tgorman@keker.com) | **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Dara L. Silveira (dsilveira@kbkllp.com)<br><br>**GOODWIN PROCTER LLP**<br>Brett Schuman (bschuman@goodwinlaw.com)<br>Rachel M. Walsh (rwalsh@goodwinlaw.com)<br>Hong-An Vu (hvu@goodwinlaw.com) |
| **Counsel for Tyto Group** | **Counsel for Peak Trust** |
| **SAWYER & LABAR LLP**<br>Adrian Sawyer (sawyer@sawyerlabar.Com) | **JERMAIN, DUNNAGAN & OWENS, P.C.**<br>Diane F. Vallentine (dvallentine@jdolaw.com) |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 5, 2020 at San Francisco, California.

                                              */s/ Oliver Carpio*
                                                 *Legal* Assistant