Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
**PACHULSKI STANG ZIEHL & JONES LLP**
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:   (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:         dgrassgreen@pszjlaw.com
                    mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
           tmascherin@jenner.com

*Counsel for Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, OTTO TRUCKING LLC<br><br>                    Defendants. | Case No. 3:17-cv-00939-WHA<br><br>**CERTIFICATE OF SERVICE OF:**<br><br>**(1)  DEFENDANT'S REPLY IN SUPPORT OF MOTION TO MODIFY THE INTERIM MODEL PROTECTIVE ORDER; AND**<br><br>**(2)  DECLARATION OF DAVID BRADFORD IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO MODIFY THE INTERIM MODEL PROTECTIVE ORDER** |

CERTIFICATE OF SERVICE

DOCS_SF:104595.1 85647/001

STATE OF CALIFORNIA       )
                          )
CITY OF SAN FRANCISCO     )

I, Hung Phan, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On November 25, 2020, I caused to be served the following documents in the manner stated below:

- **DEFENDANT'S REPLY IN SUPPORT OF MOTION TO MODIFY THE INTERIM MODEL PROTECTIVE ORDER; AND**

- **DECLARATION OF DAVID BRADFORD IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO MODIFY THE INTERIM MODEL PROTECTIVE ORDER**

☑ (BY EMAIL) On **November 25, 2020,** I caused to be served the above-described documents by email to the parties indicated on the service list below at the indicated email address.

| ATTORNEYS FOR GOOGLE LLC | Attorneys for Anthony S. Levandowski |
|---|---|
| **MUNGER, TOLLES & OLSON LLP** <br> Thomas B. Walper (thomas.walper@mto.com) <br> John W. Berry (john.berry@mto.com) <br> Alexander S. Gorin (alex.gorin@mto.com) <br><br> **KEKER, VAN NEST & PETERS LLC** <br> Rachael E. Meny (rmeny@keker.com) <br> Thomas E. Gorman (tgorman@keker.com) | **KELLER BENVENUTTI KIM LLP** <br> Tobias S. Keller (tkeller@kbkllp.com) <br> Dara L. Silveira (dsilveira@kbkllp.com) <br><br> **GOODWIN PROCTER LLP** <br> Brett Schuman (bschuman@goodwinlaw.com) <br> Rachel M. Walsh (rwalsh@goodwinlaw.com) <br> Hong-An Vu (hvu@goodwinlaw.com) |
| **COUNSEL FOR TYTO GROUP** | **COUNSEL FOR PEAK TRUST** |
| **SAWYER & LABAR LLP** <br> Adrian Sawyer (sawyer@sawyerlabar.Com) | **JERMAIN, DUNNAGAN & OWENS, P.C.** <br> Diane F. Vallentine (dvallentine@jdolaw.com) |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 25, 2020 at San Francisco, California.

                                         */s/ Hung Phan*
                                           *Legal* Assistant