Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

WAYMO LLC,

                    Plaintiff(s),

      v.

UBER TECHNOLOGIES, INC.,
OTTOMOTTO LLC; OTTO TRUCKING LLC,

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

Case No: 3:17-cv-00939-WHA

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Katharine R. Ciliberti , an active member in good standing of the bar of the Illinois Supreme Court , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Uber Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Debra Grassgreen , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Pachulski Stang Ziehl & Jones<br>150 North California Street, 15th Floor<br>San Francisco, California 94111-4500 |
| MY TELEPHONE # OF RECORD:<br>(312) 840-7292 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 217-5102 |
| MY EMAIL ADDRESS OF RECORD:<br>kciliberti@jenner.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dgrassgreen@pszjlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6308753 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/11/20                      /s/ Katharine R. Ciliberti

                                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Katharine R. Ciliberti is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 14, 2020

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE