Debra I. Grassgreen (CA Bar No. 169978)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
E-mail:       dgrassgreen@pszjlaw.com
              mmanning@pszjlaw.com

David J. Bradford (admitted *pro hac vice*)
Terri L. Mascherin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 222-9350
E-mail: dbradford@jenner.com
        tmascherin@jenner.com

*Counsel for Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYMO LLC, | Case No. 3:17-cv-00939-WHA |
| Plaintiff, | **ORDER APPROVING UBER TECHNOLOGIES, INC.'S SUPPLEMENTAL MOTION TO MODIFY INTERIM PROTECTIVE ORDER** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC, OTTO TRUCKING LLC | |
| Defendants. | |

Defendant Uber Technologies, Inc. ("**Uber**") filed a Supplemental Motion[1] to modify paragraph 7 of the Protective Order to allow the parties to the bankruptcy adversary proceeding entitled, *Anthony Levandowski v Uber Technologies, Inc.*, N.D. Cal. Bankr., Adv. Pro. No. 20-03050 (HLB) (the "**Adversary Proceeding**") to (a) review the Protected Materials that were provided by the Remaining Third Parties and (b) use such materials for prosecuting, defending, and attempting to settle the Adversary Proceeding, subject to the Adversary Proceeding Protective Order, and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Supplemental Motion.

consistent with the terms of the *Order Modifying Protective Order* entered on December 22, 2020 (Dkt. 2733) ("**December 22 Order**").  Upon consideration of the Supplemental Motion and good cause shown,

    1.    Uber's Supplemental Motion is **GRANTED.**

    2.    The December 22 Order shall be deemed to apply to the Remaining Third Parties listed below:

> Allen & Company LLC
> Ariana Huffington
> Benchmark Capital Partners VII, L.P., Matt Cohler
> Chris Urmson
> Collier Law Firm
> Cybel LLC
> GDK Consulting LLC
> David Trujillo
> The SMC
> Gorilla Circuits
> Halunen Law
> IX Blue Photonics
> Lazard Group LLC
> Luminar Technologies, Inc.
> Nautalis Group, Inc.
> Quintel LLC
> Quanergy Systems, Inc.
> Radu Raduta
> Red Five Security, LLC
> Shearman & Sterling LLP
> Tal Global
> Voyage Auto, Inc.

**IT IS SO ORDERED:**


Dated: _____, 2021

                                       HON. WILLIAM H. ALSUP
                                       United States District Court Judge