QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
  David A. Perlson (Bar No. 209502)
  davidperlson@quinnemanuel.com
  Melissa Baily (Bar No. 237649)
  melissabaily@quinnemanuel.com
  Jordan R. Jaffe (Bar No. 254886)
  jordanjaffe@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:      (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for WAYMO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYMO LLC,<br><br>          Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.;<br>OTTOMOTTO LLC; OTTO TRUCKING<br>LLC,<br><br>        Defendants. | CASE NO. 3:17-cv-00939<br><br>**WAYMO LLC'S STATEMENT OF NON-OPPOSITION TO UBER'S SUPPLEMENTAL MOTION TO MODIFY INTERIM PROTECTIVE ORDER (DKT. 2734)**<br><br>**Hearing:**<br><br>**Date:**    **February 18, 2021**<br>**Time:**    **8:00 AM**<br>**Place:**   **Courtroom 12, 19th Floor**<br><br>**Judge:**   **Honorable William Alsup** |

Plaintiff Waymo LLC ("Waymo") hereby submits a statement of non-opposition to Uber Technologies, Inc.'s ("Uber") Supplemental Motion to Modify the Interim Protective Order.

Uber previously moved for modification of the protective order entered in this case to allow for Uber's review and use of the confidential information produced in this litigation in a separate bankruptcy proceeding. *See* Dkt. 2726.  In its December 22, 2020 Order Modifying Protective Order ("December 22 Order"), this Court granted Uber's request to the extent that Uber is permitted to "review our record for appropriate use in the bankruptcy proceeding" but must provide "prior reasonable notice to all affected parties, including third parties, protected by our protective order and an opportunity for them to be heard in the bankruptcy court" before introducing or disclosing any protected material.  Dkt. 2733 at 2.  Given Uber's assertion that nonparties had been given notice of its request via ECF, the Court limited the December 22 Order to evidence produced by third parties who had appeared on the ECF docket of this litigation. *Id.*

Uber seeks to expand the application of the December 22 Order to the remaining third parties who are not on the ECF Service List, but provided documents and/or testimony pursuant to the protective order in this case ("Remaining Third Parties"). *See* Dkt. 2734.  As Uber represents it has now given notice to the Remaining Third Parties, Waymo does not oppose Uber's Supplemental Motion to Modify the Interim Protective Order.  Consistent with the December 22 Order, Waymo reserves the right to object to Uber's use of protected material in the bankruptcy proceedings.

1  DATED:  January 20, 2021              QUINN EMANUEL URQUHART & SULLIVAN,
                                         LLP
2

3                                        By /s/ Jordan R. Jaffe
                                            Jordan R. Jaffe
4                                           50 California Street, 22nd Floor
                                            San Francisco, California 94111
5                                           Tel: 415-875-6344
                                            jordanjaffe@quinnemanuel.com
6

7                                           Attorneys for WAYMO LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAYMO'S NON-OPPOSITION TO UBER'S SUPPLEMENTAL MOTION TO MODIFY INTERIM PROTECTIVE ORDER
(DKT. 2734)