| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Tel:  415.268.7000 / Fax:  415.268.7522 |
| 5 | |
| | KAREN L. DUNN (*Pro Hac Vice*) |
| 6 | kdunn@bsfllp.com |
| | MICHAEL BRILLE (*Pro Hac Vice*) |
| 7 | mbrille@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 8 | 1401 New York Avenue, N.W. |
| | Washington DC  20005 |
| 9 | Tel:  202.237.2727 / Fax:  202.237.6131 |
| 10 | WILLIAM CARMODY (*Pro Hac Vice*) |
| | bcarmody@susmangodfrey.com |
| 11 | SHAWN RABIN (*Pro Hac Vice*) |
| | srabin@susmanGodfrey.com |
| 12 | SUSMAN GODFREY LLP |
| | 1301 Avenue of the Americas, 32nd Floor |
| 13 | New York, NY  10019-6023 |
| | Tel:  212.336.8330 / Fax:  212.336.8340 |
| 14 | |
| 15 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. |
| 16 | and OTTOMOTTO LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAYMO LLC, | Case No.    3:17-cv-00939-WHA |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL FOR ESTHER KIM CHANG** |
| v. | |
| UBER TECHNOLOGIES, INC., OTTOMOTTO LLC; OTTO TRUCKING LLC, | |
| Defendants. | |

NOTICE OF CHANGE OF COUNSEL FOR ESTHER KIM CHANG
Case No. 3:17-cv-00939-WHA
sf-4442568

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 5-1(c)(2)(B), the undersigned requests that Esther Kim Chang, of Morrison & Foerster LLP, be withdrawn as counsel of record for Uber Technologies, Inc.  Effective March 12, 2021, Ms. Chang is no longer associated with Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105.  Other counsel of record will continue to represent Uber Technologies, Inc.  As such, withdrawal of Ms. Chang will cause no prejudice to any party.

Dated:  March 12, 2021

MORRISON & FOERSTER LLP

By:  /s/ *Michael A. Jacobs*
      MICHAEL A. JACOBS

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

### ECF ATTESTATION

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file the foregoing document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Esther Kim Chang concurs in this filing.

Dated:  March 12, 2021

MORRISON & FOERSTER LLP

 /s/*Michael A. Jacobs*
 Michael A. Jacobs